UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARCUS I. WASHINGTON,

                                    Plaintiff,

        v.

UNITED STATES OF AMERICA, STATE OF NEW YORK, CITY OF
NEW YORK, JOE BIDEN, DONALD TRUMP, KAMALA HARRIS,
KATHY HOCHUL, ANDREW CUOMO, ERIC ADAMS, BILL
DEBLASIO, NATIONAL INSTITUTES OF HEALTH, NATIONAL
INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES, FOOD &
DRUG ADMINSTRATION, CENTER FOR DISEASE CONTROL &
PREVENTION, ANTHONY FAUCI, BILL GATES, BILL & MELINDA
GATES FOUNDATION, PFIZER, MODERNA, JOHNSON &
JOHNSON, DEPARTMENT OF EDUCATION, LAUREN NUMEROFF,
ALEXANDER ARTZ, NEW YORK CITY DEPARTMENT OF
EDUCATION, UNITED FEDERATION OF TEACHERS, JEANIE
SANTOPEITRO, MARK COLLINS, MICHAEL HERRON,
UNIVERSITY OF MIAMI, EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, RICHARD BUCKLEY, CHRISTIANA DORIETY,
WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC; formerly
known as the WILLIAM MORRIS AGENCY, ESTATE OF ROBERT
P. PATTERSON, PETER KEVIN CASTEL, LORETTA A. PRESKA,
SOUTHERN DISTRICT OF NEW YORK, SECOND CIRCUIT,
SUPREME COURT, LOEB & LOEB LLP, MICHAEL P. ZWEIG,
CHRISTIAN CARBONE, SONNENSCHEIN NATH & ROSENTHAL
LLP, AMERICAN ARBITRATION ASSOCIATION, TIMOTHY K.
LEWIS, SCHNADER HARRISON SEGAL & LEWIS LLP, et al.

                                    Defendants.

Civil Action No. 23 CIV 05312 (EK)(PK)

## EMERGENCY MOTION TO RECONSIDERATION DISQUALIFICATION, OR IN THE ALTERNATIVE, REQUEST TO TRANSFER CASE TO A NON-RACIALLY SEGREGATED DISTRICT COURT

For the following reasons argued below, I, PLAINTIFF Mr. Washington, now seek for Article III judge Eric Ross Komitee to stay the filing of the amended Complaint for reparations and either (1.) disqualify himself from this case due to the appearance of and/or actual bias, prejudice, impropriety and partiality in favor of the predominately "white" Defendants, or in the alternative, significantly amend his January 25, 2024 Order to correct its numerous glaring errors and omissions.[1]

---

[1] This Motion exceeds the maximum 20-page limit set forth in Fed. R. Civ. P. 27 and should be waived in the interests of justice since there is so much to be addressed in this historically significant legal matter and I am never allowed an oral hearing to elaborate on the legal arguments raised.

## I.    SUMMARY OF CASE'S PROCEDURAL HISTORY:

On July 10, 2023, I, PLAINTIFF Marcus I. Washington (or "Mr. Washington"), filed a Complaint for Reparations against DEFENDNATS United

States of America and numerous other predominately-white defendants named in the case caption for their role in the African Holocaust,

which includes periods of the trans-Atlantic slave trade, slavery, Jim Crow semi-slavery and on-going racism (e.g. widespread job

discrimination, the man-made COVID-19 "pandemic," bans on critical race theory and affirmative action,  etc.) on behalf of myself and all

Africans, in Africa and throughout the diaspora.

On January 25, 2024 – more than six months after the Complaint was filed – Judge Komitee issued an Order granting Plaintiff Mr.

Washington's in forma pauperis ("IFP") request pursuant to 28 U.S.C. § 1915(a). In the first paragraph, he states: "The Court grants Plaintiff's

application to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a) solely for the purpose of this Order. For the reasons

discussed below, however, the complaint is dismissed, with leave to amend solely as to plaintiff's employment discrimination claims against

the New York City Department of Education ("NYCDOE")." [pg. 2.]

After stating that "many" of my claims must be dismissed because they were filed in direct contravention of a 2014 filing injunction

issued by DEFENDANT Castel in PLAINITFF Mr. Washington's case against DEFENDANT William Morris Endeavor Entertainment LLC, Judge

Komitee then stated that "[a]ll but one of the plaintiff's other claims — those that do not fall within the relatively narrow ambit of Judge

Castel's injunction — are frivolous and have no basis in law." [pg. 2]

As for his explanation for dismissing all claims against all parties except DEFENDANT NYCDOE, Judge Komittee states:

> Plaintiff fails to set forth any facts against the State of New York, the City of New York, Donald Trump, Kamala Harris, Kathy Hochul, Andrew
> Cuomo, Eric Adams, Bill DeBlasio, the National Institutes of Health, the National Institute of Allergy and Infectious Diseases, the Food
> & Drug Administration, the Center for Disease Control & Prevention, Anthony Fauci, Pfizer, Moderna, Johnson & Johnson, the University of
> Miami, Christiana Doriety, Sonnenschein Nath & Rosenthal LLP and Schnader Harrison Segal & Lewis LLP, and that he fails to allege any
> plausible facts against the United States of America, Joe Biden, Bill Gates, the Bill & Melinda Gates Foundation, Department of Education,
> Lauren Numeroff, Alexander Artz, the United Federation of Teachers, Jeanie Santopietro, Mark Collins, Michael Herron, the Equal
> Employment Opportunity Commission and Richard Buckley.

[pg. 8-9] Judge Komitee additionally stated in a footnote: "[T]he United States, Joe Biden, Donald Trump, Kamala Harris, the National

Institutes of Health, National Institute of Allergy and Infectious Diseases, Food & Drug Administration, Center for Disease Control & Prevention,

Anthony Fauci, United States Department of Education, the Equal Employment Opportunity Commission, Lauren Numeroff, and Alexander Artz

all enjoy sovereign immunity." [pg. 9]

On pages 9-11 of Judge Komitee's Order, he titles this section as "Employment Discrimination at Department of Education."[2] While

Judge Komitee doesn't believe my Title VII claims are "frivolous" or "have no basis in law," he still concludes: "Even under a liberal

---

[2] In the same way that Judge Komitee incorrectly claimed that I was employed as a teacher, he also incorrectly states the name of employer.
It cannot be disputed that I was hired and worked for DEFENDANT NYCDOE as a substitute teacher for nearly five years.

interpretation plaintiff fails to provide facts to support a violation of Title VII. Plaintiff makes broad accusations of racism, but does not allege specific instances or facts indicating that his former employer took any adverse action because of his race, color or national origin." [pg. 10.] Next, he dismisses PLAINITFF Mr. Washington's claims under 42 U.S.C. 1981, stating: "Plaintiff fails, however, to state any facts that would support a claim under Section 1981.' [pg. 11.]

Since Judge Komitee believes majority of my claims are factually frivolous, he states that my amended Complaint can focus "solely as to plaintiff's employment discrimination claims against the New York City Department of Education ("NYCDOE")." [pg. 2] He ends the Order by threatening to impose a filing injunction against PLAINTIFF Mr. Washington and stating that "[t]he Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal." [pg. 13.]

On February 26, 2024, PLAINITFF Mr. Washington filed an Emergency Motion, seeking Judge Komitee's disqualification from the case due to his actual and/or the appearance of bias, prejudice, partiality and impropriety, or in the alternative, sought for him to amend his Order to correct its many glaring errors and factual inaccuracies. In this pleading, he once again, explained the reason for his Complaint's deficiency (laptop crashed days before the pleading was due). He demonstrated Judge Komitee's bias, in part, by his effort to mischaracterize the complaint as a Title VII case, when the complaint seeks reparations for the entirety of the African Holocaust, which include the trans-Atlantic slave trade, slavery, Jim Crow semi-slavery and on-going racism, which includes systemic race-based employment discrimination and the man-made COVID-19 "pandemic." He challenged the argument that DEFENDANT United States of America and others were protected under the doctrine of sovereign immunity by arguing that in a similar fashion to the Native American Indians, a common law trust exists between the U.S. and African Americans. Additionally, due to the fact that U.S. committed these genocidal crimes, any law that it has created to avoid accountability are null and void.

Furthermore, PLAINTIFF Mr. Washington argued that Judge Komitee's decision to enforce DEFENDANT Peter Kevin Castel's filing injunction in the Washington Litigation was unlawful and further demonstrated his bias, prejudice, partiality and impropriety, in part because after having DEFENANTS Loeb & Loeb LLP, Michael P. Zweig and Christian Carbone deny any and all wrongdoing throughout his case, DEFENDANT William Morris later admitted that Hollywood had a problem with racism and committed $5 million to improve diversity, equity and inclusion within its company. Due to the fact that PLAINTIFF Mr. Washington's claims of "fraud upon the Court" were timely raised, the filing injunction should be vacated and the actions of those involved in this conspiracy should be held accountable to the fullest extent under the law. Additionally, DEFENDANT Castel, Patterson and other federal judges that turned a blind eye to DEFENDANT William Morris' c

Regarding PLAINTIFF Mr. Washington's claims against DEFENDANT NYCDOE, PLAINTIFF Mr. Washington also argued that Komitee's decision to restrict his claims to only Title VII against DEFENDANT NYCDOE constituted further evidence of his bias, prejudice, partiality and

3

impropriety. PLAINTIFF Mr. Washington argued that his employment discrimination claims couldn't be limited to Title VII, because DEFENDANT NYCDOE can also be sued under Section 1981, as well as the New York State Human Rights Law and New York City Human Rights Law. PLAINTIFF Mr. Washington also argued that DEFENDANT NYCDOE's civil rights violations were limited to the employment sphere, as the school district is maintaining one of the most racially segregated school districts in the nation and is purposefully brainwashing students with a false understanding of history which omits the contributions of Africans to world civilization and perpetuates many lies including race being a biological reality, people classified as "white" being members of the "superior race" and vaccines being "safe and effective" to name a few.

PLAINTIFF Mr. Washington was terminated from DEFENDANT NYCDOE for refusing the harmful COVID-19 vaccine, so he is also suing key players involved in orchestrating this conspiracy, including but not limited to DEFENDANTS United States of America, NIAID, Anthony Fauci, Bill Gates and the Bill & Melinda Gates Foundation. People of African descent were especially targeted with this bioweapons and have suffered the most in the U.S. — economically and non-economically — as a result. As he argued, his standing to pursue claims of crimes against humanity, genocide, conspiracy, violation of human rights and fraud against DEFENDANT NYCDOE are not because of his former employment status, but are simply due to the fact that he is a concerned hue-man being that truly cares the greater good of hue-manity.

PLAINTIFF Mr. Washington also argued that Judge Komitee's threat of issuing another filing injunction against him was further sign of his bias, prejudice, partiality and impropriety because as he'd demonstrated, all of his claims were legitimate as a matter of law and were presented in "good faith." He concluded his arguments by explaining that Komitee's actions violated the U.S. Constitution, his Oath of Office and numerous Canons under the Judicial Code of Conduct because he's part of a larger conspiracy known as the "conservative judicial agenda." This agenda was started by Republicans in the 1980s under the Reagan administration and sought to undermine the substantive strength of our nation's civil rights laws by filling the bench with ideologically conservative, predominately "white" male judges that were hostile to civil rights to lifelong appointments to the bench. This "agenda" was finally achieved under the presidency of DEFENANT Trump and Komitee — a male classified as "white" — is one of Trump's appointees.

On February 29, 2024, Judge Komitee issued an electronic Order, denying PLAINTIFF Mr. Washington's motion to disqualify and informed him that his Amended Complaint against DEFENDANT NYCDOE was due on March 6, 2024.

## II.    CONSTITUTIONAL AND ETHICAL RESPONSBILITIES OF ARTICLE III FEDERAL JDUGES:

### A.    INTENTIONAL VIOLATIONS OF THE U.S. CONSTITUTION & OATH OF OFFICE:

Article III of DEFENDANT United States of America's Constitution "preserves the independence of judges in their decision making process."[3] Each justice or judge of the United States takes the following oath or affirmation before performing the duties of his office: "I, XXX XXX, do

---

[3] Burkeley N. Riggs and Tamera D. Westerberg. Judicial Independence: An Historical Perspective The Independence of Judges Is….Requisite To Guard the Constitution and the Rights of the Individuals…74 Denv. U. L. Rev. 337, 338 (1997) (*citing* Roger Handberg, Judicial Accountability and Independence: Balancing Incompatibles?, 49 U. Miami L. Rev. 127, 130 (1994) (stating that "(J)udicial independence

solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as XXX under the Constitution and laws of the United States. So help me God." 28 USC § 453. Upon ascending the bench, every federal judge takes an oath to "faithfully and impartially discharge and perform all the duties" of judicial office, 28 U.S.C. §453, and the Due Process Clause of the Fourteenth Amendment to the United States Constitution has been construed to guarantee litigants the right to a "neutral and detached," or impartial, judge. *See e.g.*, Ward v. Village of Monroeville, 409 U.S. 57 (1972).

Article III federal judges are appointed to serve lifelong terms "during good Behaviour," but Article Two, Section Four of the Constitution says: "The President, Vice-President, and all civil officers of the United States, shall be removed from office on impeachment for, and connection of, treason, bribery, or **other high crimes and misdemeanors.**" (emphasis added) Justices and judges appointed under Article III of the Constitution (Supreme Court justices, appellate and district court judges, and Court of International Trade judges).

The issues of judicial misconduct and the lack of repercussions or effective deterrence for judges who engage in misconduct has to be addressed. In so many areas of the law (e.g. pleading requirements, sovereign and judicial immunity, employment civil rights, etc.), the Court has drifted far away from its intended purpose.

**B.    INTENTIONAL VIOLATIONS OF THE JUDICIAL CODE OF CONDUCT**

It is this type of historical misconduct that Americans' trust in DEFENDANT United States of America's judicial system has and continues to erode.  Based on the unethical judicial opinion rendered by Judge Komitee, he has also violated numerous Canons under the Judicial Code of Conduct.

The Judicial Code of Conduct "provides guidance for judges on issues of judicial integrity and independence, judicial diligence and impartiality, permissible extra-judicial activities, and the avoidance of impropriety or even its appearance." Below are a list of the Canons Judge Komitee has violated as a result of conspiring to deprive me of unalienable, human and constitutional rights under the color of law and refusing to uphold the U.S. Constitution, his Oath of Office and the prevailing law:

- Canon 1: "An independent and honorable judiciary is indispensable to justice in our society. A judge should maintain and enforce high standards of conduct and should personally observe those standards, so that the integrity and independence of the judiciary may be preserved." In the Commentary for this Canon, it states: "Although judges should be independent, they must comply with the law and should comply with this Code."

- Canon 2(A): "A judge should respect and comply with the law and should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary."

- Canon 2(B): "A judge should not allow family, **social**, **political**, financial, or **other relationships to influence judicial conduct or judgment.**" (emphasis added).

---

refers to the notion that judges may have physical and emotional space to render impartial decisions, without fear of retribution (either formal or informal) for unpopular, yet sound, decisions").)

- o In the Commentary for Canon 2, it states: "An appearance of impropriety occurs when **reasonable minds, with knowledge of all the relevant circumstances disclosed by a reasonable inquiry, would conclude that the judge's honest, integrity, impartiality, temperament, or fitness to serve as a judge is impaired. Public confidence in the judiciary is eroded by irresponsible or improper conduct by judges. A judge must avoid all impropriety and appearance of impropriety. This prohibition applies to both professional and personal conduct…Actual improprieties under this standard include violations of law, court rules, or other specific provisions of this Code.**" (emphasis added)

- Canon 3(A)(1): "A judge should be faithful to, and maintain professional competence in, the law and should not be swayed by partisan interests, public clamor, or fear of criticism."

- Canon 3(A)(4): "A judge should accord to every person who has a legal interest in a proceeding, and that person's lawyer, the full right to be heard according to law."

- Canon 3(B)(5) states: "A judge should take appropriate action upon learning of reliable evidence indicating the likelihood that a judge's conduct contravened this Code or that a lawyer violated applicable rules of professional conduct."

These are the same Canons that DEFENDANTS Patterson, Castel, appellate judges on the Second Circuit and Justices on the Supreme Court, including the late Ginsburg, that has refused to hold DEFENDANT William Morris accountable under the law for their numerous violations of the law.

### III.    CASE LAW REGARDING DISQUALIFICATION:

Disqualification of Article III federal judges at the district court level are supported by two statutes: 28 U.S. Code § 144 and 455. There is also substantial case law providing the grounds for disqualifying a federal judge. The two principal statutes governing judicial disqualification are 28 U.S.C. § 455, "Disqualification of justice, judge or magistrate judge," and 28 U.S.C. § 144, "Bias or prejudice of judge." The primary source of disqualification law in the federal judicial system is 28 U.S.C. § 455.

#### A.    Section 144:

28 U.S. Code § 144 states: "Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding."

#### B.    Section 455:

Section 455(a) requires disqualification for the appearance[4] of partiality (i.e., when a judge's "impartiality might reasonably be questioned") as compared to § 455(b)(1), which requires disqualification for actual partiality (i.e., when a judge "has a personal bias or prejudice toward a party"). § 455(a) states that: "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which

---

[4] Id. at 17-18. ("The justification for making perceived partiality a grounds for disqualification is at least twofold. First, regardless of whether judges are partial in fact, public perceptions of partiality can undermine confidence in the courts. Second, disqualifying judges for outward manifestations of what could reasonably be construed as bias obviates making subjective judgment calls about what is actually going on inside a judge's heart and mind.")

<ins>his impartiality might reasonably be questioned</ins>." (emphasis added). The statute's purpose is to promote public confidence in the integrity of the judicial process: "The goal of section 455(a) is to avoid even the appearance of partiality." <u>Liljeberg v. Health Services Acquisition Corp.</u>, 486 US 847, 860, 108 S.Ct. 2194, 2203 (1988) (internal quotes omitted) This obligation is identical to that set forth in the Code of Conduct for United States Judges Canon 3(C)(1), which provides: "A judge shall disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned . . ." See <u>First Interstate Bank of Arizona, N.A. v. Murphy, Weir & Butler</u>, 210 F3d 983, 987, fn. 6 (9th Cir. 2000). Any circumstance in which a judge's impartiality might reasonably be questioned under § 455(a) requires disqualification, even if the circumstance is not enumerated in § 455(b). <i>Id.</i> at 860 n.8.

"When Congress amended § 455(a), it made clear that judges should apply an objective standard in determining whether to disqualify. A judge contemplating disqualification under § 455(a) should not ask whether he or she believes he or she is capable of impartially presiding over the case. Rather, the question is whether a judge's impartiality might be question from the perspective of a reasonable person, and every circuit has adopted some version of the "reasonable person" standard to answer this question.[5] <u>United States v. Lovaglia</u>, 954 F.2d 811, 815 (2d Cir. 1992). The Second Circuit has characterized the reasonable person as an "objective, disinterested observer" who is privy to full knowledge of the surrounding circumstances. <u>United States v. Bayless</u>, 201 F.3d 116, 126 (2d Cir. 2000). In <u>Bayless</u>, the Second Circuit concluded that the need for disqualification "is to be determined 'not by considering what a straw poll of the only partly informed man-in-the-street would show[,] but by examining the record facts and the law, and then deciding whether a reasonable person knowing and understanding all the relevant facts would recuse the judge.'" <i>Id.</i> at 127. (<i>citing</i> <u>In re Drexel Burnham Lambert Inc.</u>, 861 F.2d 1307, 1313 (2d Cir. 1988)). § 455(a) requires allegations of bias "to be evaluated on an objective basis, so that what matters is not the reality of bias or prejudice but its appearance." <u>Liteky v. United States</u>, 510 U.S. 540, 548 (1994). In addition to applying the objective standard under § 455(a), a judge must also apply the "subjective" standard of actual bias under 28 U.S.C. § 455(b)(1) "to determine whether he can be truly impartial when trying the case." <u>United States v. Holland</u>, 519 F.3d. at 915 (9th Cir. 2008).

"Disqualification has ethical and procedural dimensions. The ethical dimension is governed by Canon 3C of the Code of Conduct for United States Judges, as construed by the Codes of Conduct Committee of the Judicial Conference of the United States...The procedural dimension, in contrast, is governed by four sections in Title 28 of the United States Code: §§ 47, 144, 455, and 2106. While the text of Canon 3C on disqualification is substantially similar to 28 U.S.C. § 455, and both seek to promote public confidence in the judiciary, the focus of the two is different: <ins>Whereas the goal of the Code of Conduct, including Canon 3C, is to inform federal judges of their ethical obligations to</ins>

---

[5] Id. at 18.

the end of advising them on how judges should conduct themselves, § 455 is a procedural statute aimed at articulating disqualification standards to the end of preserving the rights of litigants to impartial justice."[6] (emphasis added)

A section 455(a) motion is "evaluated on an **objective** basis, so that what matters is not the reality of bias or prejudice but its appearance." Liteky v. Untied States, 510 U.S. 540, 548 (1994) (emphasis in the original). The Court also noted that "judicial rulings alone almost never constitute a valid basis for a basis or partiality motion...." Id. at 555. The Second Circuit, applying Liteky, has said that on a section 455(a) motion "[t]he question...is whether 'an objective, disinterested observer fully informed of the underlying facts, [would] entertain significant doubt that justice would be done absent recusal.'" ISC Holding AG v. Nobel Biocare Finance AG, 688 F.3d 98, 107 (2d Cir. 2012) (quoting United States v. Carlton, 534 F.3d 97, 100 (2d. Cir. 2008).

The fact a judge holds a firm view on law or policy relevant to decision of the case does not itself establish personal bias or prejudice in favor of or against a party. However, preconceived views may rise to the level of personal bias if it is established that the *judge's mind is "irrevocably closed"* on the issues as they arise in the context of a particular case. In that event, the judge is *incapable* of judging a particular controversy fairly on the basis of its own circumstances. Southern Pac. Communications Co. v. AT & T, 740 F2d 980, 991(DC Cir. 1984) (dictum) "[T]he whole is sometimes greater than the sum of the parts. The cumulative effect of a judge's individual actions, comments and past associations could raise some question about impartiality, even though none (taken alone) would require recusal." In re Martinez–Catala., 129 F3d 213, 221 (1st Cir. 1997) (parentheses in original). Should a judge not disqualify himself as required by law, then that judge is acting in violation of the Due Process Clause of the U.S. Constitution. *See* United States v. Sciuto, 521 F.2d 842, 845 (7th Cir. 1996) ("The right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause.").

## IV.    LEGAL ARGUMENTS IN SUPPORT OF JUDGE KOMITEE RECONSIDERING HIS DECISION NOT TO DISQUALIFY HIMSELF FROM THIS EXTREMELY IMPORTANT CASE:

This Motion is being submitted on the same day the Amended Complaint was due, so I have attached the draft of my Amended Complaint to this Motion to further preserve the record. *See* **Exhibit A.** This Amended Complaint is what my Complaint would have been had my laptop not crashed. It is not exhaustive, but it is much more detailed and further supports why all of my claims are meritorious, as well as why the QUADRILLIONS that are owed in reparations to descendants of African slaves and the larger African American community and Africa as a whole by DEFENDANT United States of America is long overdue.

Since it took Judge Komitee six months to decide the issue of IFP but two days to deny my 45-page Motion to Disqualify, it is quite likely that Judge Komitee never read it in its entirety. This is further supported by the fact that no judicial opinion was rendered despite me raising serious and legitimate counterarguments to the legal conclusions reached in Judge Komitee's January 29, 2024 Order. There's a

---

[6] Charles Gardner Geyh. Judicial Disqualification: An Analysis of Federal Law, 2nd ed., pg. 2 (2010).

strong likelihood that Judge Komitee will do the same as he did with my Motion to Disqualify and/or Amend, and will quickly dismiss this motion without disqualifying himself, correcting his errors and providing the relief sought. All of my legal challenges to this Order are contained in the Motion for Reconsideration, but this pleading focuses on Judge Komitee's decision that the amended complaint "solely as to his employment discrimination claims against defendant NYCDOE," and once again ask him to amend his January 25, 2024 Order, at least on the issues addressed below.

## A.    FURTHER ACTING ABOVE THE LAW AND ABUSING POWER BY STATING ONLY DEFENDANT NYCDOE CAN BE NAMED IN THE SUIT AND LIMITING CLAIMS ONLY TO TITLE VII:

Out of all of the DEFENDANTS named in the initial Complaint, the section supporting my claims against DEFENDANT NYCDOE and their conspirators was the most detailed. In order to show violations of Title VII against DEFENDANT NYCDOE, I relied on three theories: 1. systemic disparate treatment, 2. disparate impact and 3. pre and post-hiring individual disparate treatment.

On pages 9-11 of Judge Komitee's Order, he titles this section as "Employment Discrimination at Department of Education." In the same way that Judge Komitee incorrectly claimed that I was employed as a teacher, he also incorrectly states that my employer was DEFENDANT DOE. Although the "plaintiff does not need substantial evidence of discriminatory intent," and need only "sustain a minimal burden of showing facts suggesting an inference of discriminatory motivation" and Judge Komitee doesn't believe my Title VII claims are "frivolous" or "have no basis in law," he still concludes: "Even under a liberal interpretation plaintiff fails to provide facts to support a violation of Title VII. Plaintiff makes broad accusations of racism, but does not allege specific instances or facts indicating that his former employer took any adverse action because of his race, color or national origin." [pg. 10.] For various reasons, these statements are intentionally false and further indicative of Judge Komitee's bias, prejudice, partiality and impropriety.

In the same way that Judge Komitee ignored my larger claims of institutional and systemic racism against DEFENDANTS United States of America and William Morris, he's doing the same thing with DEFENDANT NYCDOE. Judge Komitee indicated that he was only focused in my individual disparate treatment claim by only making mention of 42 U.S.C. 2000e-2(a)(1). He intentionally ignored 42 U.S.C. 2000e-2(a)(2), which also makes it unlawful for an employer to: "limit, segregate or classify his employees or applicants for employment in any way which would deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin." This is typical of most racist and ideologically conservative, white male federal judges. DEFENDANT Castel – another Republican appointed federal judge – did the same thing in the Washington Litigation.

More likely than not, Judge Komitee will also ignore and/or dismiss my claims under systemic disparate treatment and disparate impact without requiring DEFENDANT NYCDOE to sufficiently refute the pyramid of evidence that has been presented. This is due to the fact that the historical and statistical evidence cannot be disputed. For example, it cannot be disputed that African Americans have historically been underrepresented as teachers throughout the nation, including at DEFENDANT NYCDOE. "7 percent of all public school teachers are

[African American]."[7]  Due to on-going hiring discrimination in the present and other employment practices that act as headwinds (e.g. strong reliance on licenses and subjective decision-making tainted with racial bias), 2% of teachers are African American males[8] and I was the only African American educator at most of the schools I worked at, including the school I was unlawfully terminated from – P.S. 250.

As far as my individual disparate treatment claims, I do not have to rely on the limited, McDonnell Douglas tripartite framework to establish the minimal pleading burdens for filing a Complaint and surviving motions for summary judgment. Even if it's not factored in that I again worked in a racially segregated workplace, in which I was the only African American male educator working at P.S. 250, Arnott's racial bias can be indicated by her decision not to comply with the various Agreements between DEFENDANTs UFT and NYCDOE. This further supports my claim that NYCDOE's policy of allowing decision-makers to make subjective decisionmaking creates a disparate impact against African Americans. Why? Because by default, its tainted with racial bias (to varying degrees)! To this day, I have never been given an official reason for my termination. One administrator told me I engaged in "corporeal punishment," but that is 100% not true and extremely defamatory and damaging to my reputation. I have every right to defend myself.  This is a violation of due process. As a form of continued retaliation, DEFENDANT NYCDOE is STILL refusing to produce any of the complaints that have been filed against me during the 2020-2021 school year, including during the Summer Rising program, as well as falsely claiming that they cannot produce these complaints because of an on-going investigation by the NYPD. It's been nearly three years and I've never been contacted by the NYPD. DEFENDANT NYCDOE's actions are the equivalent to a professional lynching or castration. As a result of these bogus investigations, I am barred from teaching again although DEFENDANTS NYCDOE, as well as DEFENDANTS State and City of New York, ended their unconscionable and unconstitutional vaccine mandates on February 10, 2023.

Regarding PLAINTIFF Mr. Washington's claims under 42 U. S. C. §1981, he states: "Plaintiff fails, however, to state any facts that would support a claim under Section 1981. Even according the complaint a liberal reading, the Section 1981 claims are dismissed." [pg. 11.] For numerous reasons, this conclusion is also erroneous as a matter of law and public policy. If I can pursue claims under Title VII, then it is well settled that I can also pursue those same claims under Section 1981, the New York State Human Rights Law and the New York City Human Rights Law since they all include allegations of race discrimination. Section 1981 and NYCHRL is broader than Title VII and can be invoked against employers with less than 15 employees and target individual supervisors. Under Title VII, a plaintiff can recover only up to $300,000 in compensatory and punitive damages total, while Section 1981 has no cap. Thus, if Judge Komitee says I am allowed to pursue claims under Title VII, then it is well settled that I can also pursue claims under additional civil rights laws which prohibit employment

---

[7] Youki Terada. "Why Black Teachers Walk Away." Edutopia. March 26, 2021. https://www.edutopia.org/article/why-black-teachers-walkaway.
[8] Bristol.

discrimination. Lastly, I also know that I can sue under these additional statutes because I did in <u>Washington Litigation</u> and no finder of fact told me that I could not.

To further show that DEFENDANT NYCDOE's "anti-black racism," as well as that my claims against DEFENDANT NYCDOE violation of antidiscrimination law aren't limited to the workplace, I challenge DEFENDANT NYCDOE's racist policies towards its majority black and brown student population. DEFENDANT NYCDOE receiving billions in federal and state funds to miseducate it students, while maintaining racial segregation. In <u>Brown v. Board of Education</u> (1954), the Supreme Court deemed "separate but equal" to be unconstitutional and compelled schools to desegregate with "all deliberate speed," but "many federal rulings after the Brown decision dismantled desegregation policies and strategies, and public schools today remain highly segregated by race, ethnicity, and socioeconomic status." As a result, schools in DEFENDANT United States of America, including those within DEFENDANT NYCDOE, remain largely segregated by race and/or color in the 70 years since the ruling was rendered. DEFENDANT NYCDOE has the largest public school district in the country with over one million students and 75,000 teachers in 1,800 schools.

I worked throughout many of these schools and it was a pretty disturbing sight to see, on many levels. Racism is a learned behavior and our nation's educational system plays a big role in conditioning us all to believe in this myth. DEFENDANTS DOE and NYCDOE's predominately white teachers are knowingly and/or unknowingly miseducating students with a Eurocentric curriculum, perpetuating the myths of "white superiority" and "black inferiority." This is achieved by whitewashing history so that citizens are indifferent to the atrocities of the African Holocaust and are unable to make the connection between the present and the past. African American students throughout the nation are still being "deprived of the equal protection of the laws guaranteed by the Fourteenth Amendment" and as an African American who cares about his people and our plight, I'm tired of allowing DEFENDANT NYCDODE, DOE, United States of America and others get away with it and acting like there's no solution other than to maintain the racist status quo. This is nothing short of genocide and it has to stop.

Clearly, if I argued the COVID-19 "pandemic" was man-made, then DEFENDANTS Anthony Fauci, NIAID, Bill Gates, Bill & Melinda Gates Foundation and others are implicated. The COVID-19 "pandemic" was not accidental and/or due to chance. According to an April 28, 2020 article published by Newsweek, in 2019, "the National Institute for Allergy and Infectious Diseases, the organization led by Dr. Fauci, funded scientists at the Wuhan Institute of Virology and other institutions for work on gain-of-function research on bat coronaviruses."[9] "In 2019, with the backing of NIAID, the National Institutes of Health committed $3.7 million over six years for research that included some gain-of-function work. The program followed another $3.7 million, 5-year project for collecting and studying bat coronaviruses, which ended in 2019, bringing the total to $7.4 million."[10]

---

[9] Fred Guterl. "Dr. Fauci Backed Controversial Wuhan Lab with U.S. Dollars for Risky Coronavirus Research." Newsweek. April 28, 2020. https://www.newsweek.com/dr-fauci-backed-controversial-wuhan-lab-millions-us-dollars-risky-coronavirus-research-1500741.
[10] Guterl.

The COVID-19 vaccines are not "safe and effective" as claimed. They are bioweapons and DEFENANT Pfizer suppressed data from its studies proving the fact that is now playing out as people of all ages are suffering from the adverse effects, including but not limited to myocarditis and death. Myself and many other American citizens lost their jobs for refusing the unsafe and ineffective COVID-19 vaccine. I am well within my rights as a human being to sue all individuals, corporations, institutions, governments and nations responsible for this diabolical conspiracy to depopulate the world and help act as a necessary catalyst to bring about the elite's "new world order." My livelihood was jeopardized because I refused to comply and put poison into my body. The evidence has always been there that vaccines are harmful, but due to millions being spent on advertising by DEFENDANT United States of America's government, as well as companies like DEFENDANTS BMGF and Pfizer, people have been brainwashed into believing their lies.

Children have always been the least likely to fall seriously ill and/or die from COVID-19. The risk of a child developing autism from a vaccine is greater than the risk of a child contracting and/or dying from COVID-19. In DEFENDANT Pfizer's COVID-19 vaccine clinical trial, approximately 86% of children suffered an adverse reaction and one and nine children suffered a serious reaction grave enough to leave them unable to perform daily activities.[11] COVID-19 vaccines have caused cardiac arrest, blindness, and paralysis in American children.[12] "Since the vaccine is almost certainly causes more teen deaths and injuries than COVID-19, vaccinating this age group is highly unethical, and any physician who inoculates a healthy child is committing serious medical malpractice."[13] State governments, including New York State, as well as school districts, like DEFENDANT NYCDOE, were one of the few to impose mandatory vaccination on its employees, so clearly they (e.g. DEFENANTS Cuomo, Bill DeBlasio, Kathy Hochul, Eric Adams, etc.) were conspiring with the U.S. government, Fauci, Bill Gates and others. And both are still considering adding the COVID-19 vaccine to their list of toxic vaccines students have to take in order to enroll. This is a clear human rights violation, and it also has to be stopped. I have numerous children and teens in my family and close circle that I love and care for. And one day in the future, I want to have kids of my own. When that time comes, I will not be forced to have to vaccinate my child in order to fully enjoy my freedoms and civil liberties.

DEFEDNANT NYCDOE is not violating Brown and our civil rights laws on its own. DEFENDANTS DOE, UFT and EEOC are acting in concert with DEFENDANT NYCDOE and turning a blind eye to their systemic violations. After being terminated from P.S. 250, I filed complaints with each institution, and they all refused to enforce the law and/or deprived me of due process. For example, DEFENDANT UFT failed to issue a decision at the Step 1 phase, preventing me from filing an appeal at the Step 2 phase. The finder of fact rendered a decision that did not discuss the arguments raised and now the UFT is refusing to have the matter reviewed by an arbitrator. DEFENDANT EEOC exists to enforce our nation's antidiscrimination laws, but PLAINTIFF Mr. Washington has worked in three industries that continue to be segregated by race

---

[11] Kennedy, Jr., pg. 92.
[12] Kennedy, Jr., pg. 92-93
[13] Kennedy, Jr., pg. 94.]

since moving to DEFENDANT City of New York in 2008. DEFENDANTS DOE and EEOC profess to enforce our nation's antidiscrimination laws and as it concerns African Americans, they have failed tremendously. Due to the fact that none of the institutions tasked with making a decision, were able to do so, they are clearly engaging in fraud. The Three years after filing these complaints, the Court is now trying to make it appear that my claims aren't plausible and/or that he hasn't established a prima facie case to show that his race, color, perceived national origin and/or sex played a motivating factor in his termination from P.S. 250 and that his termination from DEFENDANT NYCDOE for refusing the COVID-19 vaccine constituted crimes against humanity, genocide and intentional violation of human rights, to name a few. For many reasons, this case is much bigger than myself — as was the Washington Litigation.

In Judge Komitee's February 29, 2024 Order refusing to disqualify himself, he cites Liteky v. United States, 510 U.S. 540, 555 (1994). In that case, the Supreme Court held that "judicial rulings alone almost never constitute a valid basis for a bias or partiality motion". Clearly, it's not the judicial ruling alone which supports that you harbor racial biases and prejudices and are not impartial enough to preside over this case. Since there's a strong likelihood that Judge Komitee will try to litigate this case in a similar fashion of DEFENDANT Castel — through written pleadings only — a racist and corrupt judge's judicial opinions are the only way to demonstrate the finder of fact is biased or impartial, upholding the Constitution or prevailing laws, being ethical, etc. I've been studying the antidiscrimination law for over a decade and Judge Komitee has more than demonstrated that he is incapable of impartially administering justice in this case.

"True to the key tenets of the conservative judicial agenda, [Judge Komitee has] construe[d] laws as narrowly as possible"[14] to preserve institutionalized racism throughout the U.S. Judge Komitee had the opportunity to amend his Order and clarify and/or correct his errors, but he refused to do so. I raised very compelling legal arguments and these arguments would essentially be argued throughout the case. If he's indifferent and still telling me that I can only sue DEFENDANT NYCDOE, then it's clear that he has little to no desire to uphold and enforce our nation's antidiscrimination laws, especially against institutions that have "frozen" their racially segregated workplaces over time despite race being a myth. To narrow my claims only to Title VII when all of these statutes are essentially the same, is further evidence that Judge Komitee is not being impartial and is trying to deprive me of my constitutional rights under the color of law. Preventing PLAINITFF Mr. Washington from suing under additional civil rights laws further supports that no matter what evidence PLAINITFF Mr. Washington presents, he will think that the "plaintiff fail[ed] to provide facts to support a violation of Title VII" and will dismiss the case to prevent an impartial jury from deciding its merits, even though there are genuine issues of material fact. Like DEFENDANTS Castel and Patterson, Judge Komitee's actions constitute an additional violation under the Ku Klux Klan Act of 1871.

---

[14] Neil A. Lewis. "The 1992 Campaign; Selection of Conservative Judges Insures a President's Legacy." New York Times. July 1, 1992. http://www.nytimes.com/1992/07/01/us/the-1992-campaign-selection-of-conservative-judges-insures-a-president-s-legacy.html.

Now that Judge Komitee has deprived me of my unalienable, human, constitutional and civil rights (under the color of law) by upholding DEFENDANT Castel's filing injunction despite overwhelming evidence of "fraud upon the Court." I prevailed on the merits and years after the case ended, DEFENDANT William Morris' co-CEO, Ari Emanuel that Hollywood was racist and commitment of $5 million to improve diversity, equity and inclusion throughout its workplace, there's no possible way that he can be expected to impartially resolve my Title VII claims against DEFENDANT NYCDOE. All judgments in their favor should be vacated since DEFENDANTS Loeb & Loeb LLP, Michael P. Zweig and Christian Carbone knowingly lied when they argued that my claims were without merit, legally and factually, called my racist, and anti-Semitic, amongst other insults. By asking PLAINTIFF Mr. Washington to file an Amended Order under these unconstitutional and unconscionable restrictions, Judge Komitee is simply creating the illusion that he intends to uphold the law. If I concede to only suing DEFENANT NYCDOE under Title VII, I will be further deprived of my unalienable, human, constitutional and civil rights because he's demonstrated a refusal to take my claims of systemic disparate treatment and disparate impact seriously. Furthermore, he refuses to acknowledge the pyramid of evidence which demonstrates that this institution is racist and miseducating its students. He will continue to issue a series of unfavorable rulings that ultimately will prevent the case from being decided by an impartial jury and allowing DEFENDANT NYCDOE to maintain its racially discriminatory employment and business practices, policies and procedures.

As a result of decisions like this over time, "[t]he Civil Rights Act of 1964, which has been called 'one of the most significant legislative achievements in American history' has been gutted. Responsibility lies not with Congress or an executive agency. For the most part, it is the third branch — the judges of the United States courts. Federal judges, from the trial courts to the Supreme Court, from one end of the country to the other, of all political affiliations, have interpreted the Act virtually, although not entirely, out of existence." It is exactly because of this ignoring of history and systemic evidence of racial discrimination, that most African Americans who file employment civil rights cases never have the merits of their case decided by an impartial jury, the Voting Rights Act of 1965 is essentially eviscerated, the Supreme Court recently ruled that affirmative action is unconstitutional in college admissions, Republican states are successfully passing critical race theory and DEFENDANT Trump is on the campaign trail telling his mostly racist, "white" followers that he plans to end diversity, equity and inclusion if re-elected to name a few. These are all racist acts of desperation to further prevent younger generation from realizing that we all share a common ancestor: a Black woman that lived approximately 200,000 years ago known as the "Mitochondrial Eve". Since we all aren't being taught the truth, it is time of African Americans to be in charge of our own destiny, including our own institutions of learning, This sinking slave ship, but we won't be sinking with you. DEFENDANT United States of American must atone for its crimes and make descendants of African slaves whole in every way imaginable, including the payment of QUADRILLIONS in gold.

14

# Exhibit A

Complaint against State of New York, City of New York, United States of America, United Kingdom, the Netherlands, Spain, Portugal, Germany, France, Canada, China, Freemasons, Illuminati, The Russell Trust, Skull & Bones, Department of Education, New York City Department of Education, Rachel Pomerantz, Alexander H. Artz, Lauren Numeroff, Adele Rapport, Eric Adams, Bill DeBlasio, Jill Amott, Liz Vladeck, Dana Nieves, UFT, Michael Milgrew, Elenor Radzivilover, Jeanie Santopietro, Ann Macadangdang, Dana Nieves, Michael Herron, EEOC, Richard Buckley, Judy Keenan, Jeffrey Burnstein, CDC, Anthony Fauci, Bill Gates, BMGF, Peter Daszack, Pfizer, Moderna, Johnson & Johnson, John Hopkins University, University of Miami, Donowitz.

Request for Expedited Jury Trial

<u>Amended Complaint for Reparations</u>

I. Origins of Race & Global White Supremacy (Racism):

1. "European tribes or Europeans refer to a mixture of Caucasian ethnic groups, that are called French, Spanish, Scandinavian, English, Dutch, Italians, Mongolians, Goks, Barbarians, Franks, Russians, Portuguese, Prussians, Bavarians, etc."
2. "These ethnic groups have common rituals and ceremonies – a common ethic."
3. According to child psychiatrist Dr. Frances Cress Welsing, order to prevent "white genetic annihilation," the system of global white supremacy (racism) was created by those classified as "white." [Dr. Frances Cress Welsing. The Isis Papers. pg. 83. 1974.]
4. "Global white supremacy (racism)" is defined as ""the local and global power system structured and maintained by persons who classify themselves as white, whether consciously or subconsciously determined; which consists of patterns of perception, logic, symbol formation, thought, speech, action and emotion response, as conducted simultaneously in all areas of people activity (economics, education, entertainment, labor, law, politics, religion, sex and war); for the ultimate purpose of white genetic survival and to prevent white genetic annihilation on planet Earth —— a planet upon which the vast and overwhelming majority of people are classified as nonwhite (black, brown, red and yellow) by white skinned people, and all of the nonwhite people are genetically dominant (in terms of skin coloration) compared to the genetic recessive white skin people." [Welsing, pg. ii.]
5. "[R]acism (white supremacy) is the dominant social system in today's world." [Dr. Frances Cress Welsing. The Isis Papers. pg. 83. 1974.]
6. Marimba Ani defines "European nationalism" as "all forms of thought and behavior which promote European Hegemony/global white supremacy."
7. Marimba Ani defines "White nationalism" as "an expression of European nationalism which identifies Caucasian racial characteristics with superiority and African racial characteristics with inferiority."

II. Brief History of Europeanized Secret Societies:

8. Before and after the "discovery" of DEFENDANT United States of America, predominately "white" male members of secret societies like the Freemasons, Illuminati and Skull & Bones have played a major role in most world events and have covertly sought to establish a "new world order."
9. "In antiquity there were corporations of architects and engineers, who undertook the building of temples and stadia; the 'Dionysiacs' in Greece, the 'Collegium Muriorum' in Rome were such. They were the prototypes of the association of masons, builders, carpenters, who in the Middle Ages flourished chiefly in Germany and England. These, sometimes numbering six to eight hundred members, made contracts with monks, chapters, and other ecclesiastical authorities for the erection of cathedrals or churches. Eventually they made themselves independent of the Church, and in the thirteenth century they formed an extensive building association, originating at Cologne, and having lodges, as they called the directing members, at Strasbourg, Vienna, Cologne, and Zürich. There were other lodges, but these were the most important. They called themselves Free masons, and had ceremonies of initiation." [Heckethorn, cited in Manly P. Hall's Masonic Orders of Fraternity. 1950.]
10. "Assemblies of men specially skilled in architecture descended from antiquity and flourished in both Europe and Asia. These guilds of artisans were called upon whenever it was resolved to build new cities to erect monumental structures, or to restore or enlarge shrines, temples, and palaces." [Hall. Masonic Orders of Fraternity.]
11. "The burden of progress was shifted from the physical to the ethical level, and the builders of temples became the builders of man's democratic destiny." [Hall. Masonic Orders of Fraternity.1950.]

1

12. "Toward the end of the sixteenth century non-operative masons were admitted into the fraternity, who were called 'accepted' Masons; they included men distinguished for learning or high position. Thus the work in the lodges became more symbolical than operative." [Heckethorn, cited in Manly P. Hall's Masonic Orders of Fraternity.]

13. "In philosophic Masonry, Master Builders, inspired by the symbols of fraternity, resolved to perfect the Everlasting House of human brotherhood. The true spirit of modern Masonry arose when these guild artisans first recognized the possibility of applying the rules of the architectural unions and other trade guilds to society in general. For this reason,  no exact dating is possible; rather there was a gradual emergence of a sincere conviction into the light of a large sphere of usefulness." [Hall. Masonic Orders of Fraternity. 1950.]

14. Freemasonry "became public in 1717 in England when cathedral building was on the decline and the 'operative masons' or 'free masons,' started to accept as members those who were not members of the masons' craft, calling them 'speculative masons' or 'accepted masons.'" [Robert Stader. The Comacine Master. pg. 3.]

15. The Grand Lodge of England was created in 1717. [United States Holocaust Memorial Museum. "Freemasonry." Holocaust Encyclopedia. https://encyclopedia.ushmm.org/content/en/article/freemasonry.]

16. There are two classes of Freemasons. [Epperson, pg. 153.]

17. According to Manly P. Hall, "Freemasonry is a fraternity within a fraternity — an outer organization concealing an inner brotherhood of the elect....[I]t is necessary to establish the existence of these two separate yet interdependent orders, the one visible and the other invisible. The visible society is a splendid camaraderie of 'free and accepted' men enjoined to devote themselves to ethical, educational, fraternal, patriotic, and humanitarian concerns. The invisible society is a secret and most august fraternity whose members are dedicated tot eh service of a mysterious arcanum arcandrum [defined as a secret; a mystery.]" [Lectures on Ancient Philosophy. pg. 433.]

18. "[T]he secrets of the Masons do not even belong to all of the Masons. Some Masons know and some other Masons do not know the meanings of the secrets." [Epperson, pg. 151.]

19. Albert Pike was the Sovereign Grand Commander of the Scottish Rite of Freemasonry in the United States from 1850 to 1891. [Epperson, pg. 2.]

20. In 1871, Pike published a book entitled Morals and Dogma.

21. Pike says, "Masonry conceals its secrets from all except the Adepts and Sages, or the elect, and uses false explanations and misinterpretations of its symbols mislead those who deserve only to be misled; to conceal the Truth, which it calls Light, from them, and to draw them away from it." [Morals and Dogma, pg. 104-105.]

23. "The true Adept and Initiate shall reveal his identity to no man, unless that one is worth to receive it." [Manly P. Hall. What the Ancient Wisdom Expects of Its Disciples. pg. 56. ____.]

24. According to Pike, "every lodge is a temple, "Masonry is worship" and "Masonry is a religious and philosophic body." [Morals and Dogma, pg. 7, 526; Lectures on Ancient Philosophy, pg. 434.]

25. Pike also stated: "Every Masonic Lodge is a temple of religion; and its teachings are instructions in religion." [Morals and Dogma, pg. 213.]

26. A number of secret societies like the Freemasons and Illuminati conceal the fact that their most powerful and high-ranking members believe in Lucifer, also known as Satan or the devil. [Epperson, pg. 38.]

27. "Lucifer was the name of the being that was in heaven with the God of the Bible, until he rebelled. He was punished and sent to earth, where it appears that his name was changed to Satan. These New Agers, some of the Masons, and members of the Illuminati worship the being that was in heaven before he fell, not the being known as Satan." [Epperson, pg. 80.]

28. In the Bible, Lucifer "was an anointed cherub in heaven, who fell because he sought godly power." [Epperson, pg. 42.]

29. In Morals and Dogma, Pike "instruct[ed] the Masonic reader that the Order will eventually be asked to rule the entire globe." [Epperson, pg. 3.]

30. Pike also stated: "...the World will soon come to us for its Sovereigns and Pontiffs. We shall constitute the equilibrium of the universe, and be rules over the Masters of the World." [Morals and Dogma, pg. 817.]

31. "Not only is Freemasonry the oldest and largest of all secret lodges but, more importantly, it has served as a model for practically all non-Masonic fraternal orders." [A. J. Schmidt & Babchuk, N. (1973). The Unbrotherly Brotherhood: Discrimination in Fraternal Orders. Phylon (1960-), 34(3), 276. https://doi.org/10.2307/274186.]

32. Months before the signing of DEFENDANT United States of America's Constitution, the Illuminati was founded by Bavarian professor named Adam Weishaupt on May 1, 1776 in Ingolstadt, Germany. [Isabel Hernandez. "Meet the Man Who Started the Illuminati." National Geographic. November 1, 2016. https://www.nationalgeographic.com/history/history-magazine/article/profile-adam-weishaupt-illuminati-secret-society.]

33. Weishaupt was a descendant of Jewish converts to Christianity. [Hernandez.]

34. Weishaupt "based his secret society on the Freemasons, with a hierarchy and mysterious rituals, and named it the Order of Illuminati to reflect the enlightened ideals of its educated members." [Asya Likhtman. "Who Are The Illuminati — and What Do They Control?" The Week. August 4, 2020. https://www.theweek.co.uk/62399/what-is-the-illuminati-and-what-does-it-control.]

35. The aims of the Illuminati have been summarized as "1. Abolition of Monarchy and all ordered Government, 2. Abolition of private property, 3. Abolition of inheritance, 4. Abolition of patriotism, 5. Abolition of the family (i.e. of marriage and all morality, and the institution of the communal education of children), and 6. Abolition of all religion." [Nesta Webster. World Revolution. pg. 22.]

36. Weishaupt said: "The true purpose of the Order was to rule the world. To achieve this it was necessary for the Order to destroy all religions, overthrow all governments and abolish private property." [Proofs of a Conspiracy, pg. 4.]

37. Weishaupt stated: "If in order to destroy all Christianity, all religion, we have pretended to have the sole true religion, remember that the end justifies the means, and that the wise ought to take all the means to do good which the wicked take to do evil." [World Revolution, pg. 13.]

38. Weishaupt stated: "The pupils [members of Illuminati] are convinced that the Order will rule the world. Every member therefore becomes a ruler." [Proofs of a Conspiracy. pg. 123.]

39. Weishaupt "said that once a candidate had achieved the exalted degree of Illuminatus Minor, the fourth of the thirteen inside his Order, his superiors would 'assist him [the member] in bringing his talents into action, and [would] place him in situations most favorable for their exertion, so that he may be assured of success." [Proofs of a Conspiracy. pg. 6-7.]

40. The goal of the Illuminati was "man made perfect as a god – without God." [Fire in the Minds of Man. pg. 97.]

41. Weishaupt boastfully stated: "The great strength of our Order lies in its concealment; let it never appear in any place in its own name, but always covered by another name, and another occupation." [Epperson, pg. 105-106.]

42. Members of the Illuminati take an oath, which read in part: "I bind myself to perpetual silence and unshaken loyalty and submission to the Order..." [Proofs of Conspiracy. pg. 3.]

43. Weishaupt said: "One must speak sometimes one way and sometimes another...so that, with respect to our true line of thinking, we may be impenetrable." [Conspiracy Against God and Man, pg. 118.]

44. Weishaupt told the world, in his writings where he would conceal his order: "None is fitter than the three lower degrees of Free Masonry; the public is accustomed to it, expects little from it, and therefore takes little notice of it." [Quoted by Gary North. Conspiracy, A Biblical View. pg. 57. 1986.]

45. Over time, the Order also turned into a religion.

46. Weishaupt stated: "I never thought that I should become the founder of a new religion." [Secret Societies and Subversive Movements, pg. 219.]

47. A number of secret societies like the Freemasons and Illuminati conceal the fact that its most powerful and high-ranking members believe in Lucifer, also known as Satan or the devil. [Epperson, pg. 38.]

48. "Lucifer was the name of the being that was in heaven with the God of the Bible, until he rebelled. He was punished and sent to earth, where it appears that his name was changed to Satan. These New Agers, some of the Masons, and members of the Illuminati worship the being that was in heaven before he fell, not the being known as Satan." [Epperson, pg. 80.]

49. "The Bavarian government discovered the existence of this secret conspiracy and investigated the Order in 1786. They issued a report in which they concluded: '...the express aim of this Order was to abolish Christianity, and overthrow all civil government." [Conspiracy Against God and Man. pg. 125.]

50. Four years before the Bavarian government caught on to the Illuminati's conspiracy, its members successfully infiltrated the Masonic Order in 1782, at the Masonic Congress at Wilhelmsbad. [Epperson, pg. 110.]

51. In 1798, Abbe Barruel wrote a four volume series on the Illuminati and concluded that they were a "terrible and horrible sect" and that "it has formed for that general Revolution which is to overthrow all thrones, all altars, annihilate all property, efface all law, and end by dissolving all society." [Conspiracy Against God and Man, pg. 176.]

52. In 1812, former President at Harvard University turned Vermont preacher, expressed his concern over the consequences of the then looming war: "There sufficient evidence that a number of societies of the Illuminati have been established in this land. They are doubtless striving to secretly undermine all our ancient institutions, civil and sacred. These societies are clearly leagued with those of the same order in Europe...We live in an alarming period. The Enemies of all order are seeking our ruin. Should infidelity generally prevail, our independence would fall, of course. Our republican government would be annihilated..." [The Unseen Hand, pg. 133.]

53. In 1832, the Skull & Bones were founded at Yale.

3

54. This secret society has been described as a "death cult" and some of its prominent members include George W. Bush and George H. W. Bush.

55. Globalist organizations like the Bilderberg Group, the Trilateral Commission and Council on Foreign Relations comprise members of these secret societies and its goals are in alignment with those of the Freemasons, Illuminati, etc.

56. According to GlobalResearch.ca, the Group's grand design is for "a One World Government (World Company) with a single, global marketplace, policed by one world army, and financially regulated by one 'World (Central) Bank' using one global currency." Their "wish list" includes: "one international identify (observing) one set of universal values;" centralized control of world populations by "mind control;" in other words, controlling world public opinion; a New World Order with no middle class, only "rulers and servants (serfs)," and, of course, no democracy; "a zero-growth society" without prosperity or progress, only greater wealth and power for the rulers; manufactured crises and perpetual wars; absolute control of education to program the public mind and train those chosen for various roles; "centralized control of all foreign and domestic policies;" one size fits all globally; using the UN as a de facto world government imposing a UN tax on "world citizens;" expanding NAFTA and WTO globally; making NATO a world military;  imposing a universal legal system; and a global "welfare state where obedient slaves will be rewarded and non-conformists targeted for extermination."

III. History of Europe and DEFENDANT United States of America's Role in the Genocidal African Holocaust:

57. The African Holocaust consists of four major periods: the Trans-Atlantic slave trade, chattel slavery, Jim Crow semi-slavery and on-going, systemic racism.

A. The Trans-Atlantic Slave Trade & Genocide of Indigenous, Melanated Peoples of the Americas:

58. In Africa, "white," European "missionaries" used Europeanized Christianity as a tool to numb the minds of Africans.

59. "Europe...bequeathed Americans with the very category of 'race.'" [Andrew Curran. TIME. July 10, 2020.]

60. "According to historical records of transatlantic slavery, traders forcibly deported an estimated 12.5 million people from ports along the Atlantic coastline of Africa between the 16th and 19th centuries, with global impacts reaching to the present day, more than a century and a half after slavery's abolition. [Steven J. Micheletti. "Genetic Consequences of the Transatlantic Slave Trade in the Americas." Am J Hum Genet. 2020 Aug 6; 107(2): 265–277. Published online 2020 Jul 23. doi: 10.1016/j.ajhg.2020.06.012.]

61. "An estimated 10.1 million enslaved people, primarily male, disembarked in Central America, South America, and the Caribbean (accounting for more than 90% of all captives who were brought to the Americas), with fewer than half a million disembarking in mainland North America (3% to 5% of the total). Concurrent with transatlantic voyages, slave traders also transferred nearly 500,000 enslaved people throughout the Americas with most documented intra-American voyages originating in the Caribbean. Despite a majority of enslaved Africans disembarking into Latin America, estimates of the proportion of African ancestry for Latin Americans with African roots are lower on average than estimates for African Americans in the United States." [Micheletti.]

62. "[P]atterns of embarkation of enslaved populations varied over time, whereby people primarily from 48 distinct ethnolinguistic groups were targeted across Atlantic Africa." [Micheletti.]

63. "Prior to 1650, slave voyages most often originated in Senegambia and West Central Africa (in locations now known as the Democratic Republic of Congo and Angola). Although West Central Africa remained a primary embarkation region throughout the slave trading period (from 1650 to 1850), these voyages originated with increasing frequency at ports in the Bight of Benin and the Bight of Biafra, in locations now known as Benin, Nigeria, Cameroon, and Gabon." [Micheletti.]

64. Christopher Columbus was not the first European to arrive to the Americas.

65. No European "discovered" the Americas because the land was already inhabited with melanated peoples when they arrived.

66. The historical reality is that Native Americans, Mexicans, Africans and other indigenous groups originally occupied the land upon which the Portuguese, Dutch, and English came to dominate.

67. "Once here, the foreign nationals methodically pushed the Native Americans off their lands.

68. "Eventually, the American government entered into treaties, common law trust relationships, and/or formal trusts with certain Native American nations, leaving them confined to reservations with little control over their resources. To achieve its goal of asserting domination over the land and physical resources occupied by Native Americans, the U.S. has gone to extraordinary

4

lengths to 'monopoliz[e]...control over the process of acquiring and redistributing tribal territory.' These acquisitions have occurred largely without tribal consent or authority." [Hardaway.]

69. "The enactment of laws such as the General Allotment Act has served to continually erode Native American property rights and resources. This enormous loss is evidenced by the staggering decrease in tribally-owned land, from 156 million acres in 1881 to approximately forty-eight million acres by 1934. During this mass confiscation, American courts were content to assume a paternalistic role in the negotiation and transfer of tribal land." [Hardaway.]

70. Upon Europe's discovery of the Americas, "a secret society, or several secret societies, decided that America would be fertile ground for the establishment of a new society." [Epperson, pg. 134.]

71. Freemasonry was brought to the United States by early European colonizers with the earliest Lodge of Freemasons being formed in Philadelphia in 1730. [Strader.]

72. People classified as "white" are illegally occupying stolen land, now known as the United States of America, including Puerto Rico, Alaska and Hawaii.

B. The European's Invention of Race:

73. "[D]uring ancient times the notion of race did not exist." [DeGruy, pg. 44.]

74. "'Race,' as an indicator of a group of people, animals, or plants of common genetic lineage, derives from the Old Italian word razza and has been conserved in languages with Latin roots, such as race in English and French, razza in Italian, raza in Spanish, raça in Portuguese, and rasa in Romanian." [Fairbanks, pg. 14-15.]

75. "Its earliest use in English, in the context of human races, dates to approximately 1500 CE, during the time of the Renaissance." [Fairbanks, pg. 15.]

76. "In modern times, the word race is used almost exclusively in reference to humans," but "if we go back not too long ago," it was "used more often to denote genetically defined groups of animals and plants." [Fairbanks, pg. 15.]

77. "Throughout the 16th, 17th and 18th centuries, organized religion used doctrines to justify slave trading. During this same period, botanists and others in the biological sciences were studying and attempting to stratify plants and animals based upon their biological similarities and differences. They ordered plants and animals by 'species.' Though it took nearly 300 years, the concept of race eventually merged with the concept of biological species. By that time, White Europeans had secured nearly total control of the world's wealth and resource powers." [Anderson, pg. 4.]

78. "[T]oday's racism...grew out of an elaborate and supposedly 'scientific' European conception of the human species that began during the Enlightenment." [Andrew Curran. TIME. July 10, 2020.]

79. The philosopher Montesquieu stated in 1748, "[I]t is impossible to suppose these creatures to be men, because allowing them to be men a suspicion would follow that we ourselves are not Christians." [Jack Gratus. The Great White Lie. pg. 15. 1973.]

80. "By the early decades of the 18th century, the Continent's savants and natural philosophers no longer automatically looked to the Bible to explain the story of the human species." [Curran.]

81. "Intent on finding physical explanations for natural phenomena, naturalists employed more "empirical" methods to solve one of the biggest "anthropological" questions of the day: why did people from Africa, millions of whom were already toiling in European plantations, look different from white Europeans?" [Curran.]

82. "By the 1740s, one could find a dozen or more purportedly scientific explanations. Some claimed that blackness came from vapors emanating from the skin; others claimed that black skin was passed on from generation to generation via the power of the maternal imagination or from darkened sperm; still others asserted that the heat or the air of the Torrid Zone darkened the humors and stained the skin." [Curran.]

83. Carl (or Carolus) Linnaeus (1707-78) "laid the groundwork for the taxonomic system we use today to classify all plants and animals: kingdom, phylum, class, order, family, genus, and species." [DeGruy, pg. 42.]

84. Linneaus "expanded his system to try to account for different types of humans, and unlike all his previous work, his classifications for humans used considerably fewer objective descriptors." [DeGruy, pg. 42.]

85. "With his highly suspect effort to classify humans, Linnaeus began the science of anthropology and laid the foundation for 19th century beliefs about race that resulted in racism." [DeGruy, pg. 42.]

86. "In his Systema Naturae, he set forth this race classification system using skin color as a criterion for classifying races, while also assigning moral and intellectual capacities to each race. These concepts became a permanent part of 19th century anthropological thought and language." [DeGruy, pg. 42.]

87. Linnaeus described "Homo Americanus as reddish, choleric, obstinate, contented, and regulated by custom; Homo Europeaus as white, fickle, sanguine, blue-eyed, gentle and governed by laws; Homo Asiaticus as sallow, grave dignified, avaricious, and ruled by opinion; and Homo Afer as black, phlegmatic, cunning, lazy, lustful, careless, and governed by caprice." [J.S. Haller. Outcasts from Evolution. pg. 4. 1900.]

88. Historians have shed light on Linnaeaus' pitiable and deficient education, which "gave the pseudoscientist plenty of room to promote his specious assertions about race classifications." [DeGruy, pg. 43.]

89. Linneaus, "after one week received his Ph.D. for a thirteen-page dissertation from the Dutch University of Harderwijk, which one historian of science designated as a mail-order institution." [Nell Irvan Painter. The History of White People. pg. 73. 2009.]

90. Linneaus wrote his opinions in his book as if they were facts and truths and others believed him.

91. Linneaus' "misguided opinions provided the backdrop for other researchers to develop their race theories of race classification." [DeGruy, pg. 43-44.]

92. "By the 1770s, German figureheads including Emmanuel Kant and J.F. Blumenbach — the latter of whom coined the term Caucasian because he believed that the original prototype race originated in the Caucus Region — affirmed that new biometric and anatomical discoveries justified the use of the modernistic word race to distinguish among human subspecies." [Andrew Curran. "Facing America's History of Racism." TIME. July 10, 2020. https://time.com/5865530/history-race-concept/.]

93. "The dominant "anthropological" concept that emerged around 1750 was called degeneration, which... maintained that there was an original and superior white race, and that this group of humans moved about the globe and mutated in different climates." [Curran.]

94. "The German scientist Johann Friedrich Blumenbach (1752-1840), in his treatise, On the Natural Way Variety of Mankind, developed his own system of classification, grouping man into the categories of Caucasian, Mongolian, American, Ethiopian, and Malayan races." [DeGruy, pg. 44.]

95. "While Linneaus founded his classificatory system principally upon skin color, Blumenbach considered a combination of color, hair, skull, and facial characteristics as a fundamental means for classifying the five varieties of man." [Haller, pg. 5.]

96. "Central to [Blumenbach's] study was the Caucasian, a term which he originated. He took the name from Mount Caucasus because its southern slop cradled what he felt to be the most beautiful race of men; the Georgian." [Haller, pg. 5.]

97. Blumenbach stated: "For, in the first place, the stock displays, as we have seen, the most beautiful form of the skull, from which, as a mean and primeval type, the others diverge by the most easy gradations on both sides to the two ultimate extremes (that is, on the one side the Mongolian, on the other the Ethiopian). Besides, it is white in color, which we may fairly assume to have been the primitive color of mankind." [Haller, pg. 72.]

98. "Blumenbach, like Linneaus before him, lacked adequate education and training yet his work also gained prominence." [DeGruy, pg. 44.]

99. "Blumenbach received his medical degree from the University of Göttingen after submitting his 'fifteen page long dissertation, the result of one year's study with an older professor who owned an extraordinary large and disordered natural history collection' (skulls)." [DeGruy, pg. 44.]

100. "Blumenbach, along with scientific racists of Britain and the United States, began to rank facial characteristics and skin color hierarchically, beginning...with white as superior and most 'beautiful.' Thus, identifying beauty as a scientific category." [DeGruy, pg. 44.]

101. Blumenbach was also expressing his opinions, but "wrote them as if they were facts and truths, and those who need to assuage their guilt took his and Linneaus' work as gospel." [DeGruy, pg. 45.]

102. "Despite the fact that both Linneaus and Blumenbach had failed to produce a shred of scientific evidence to support their opinions, their ideas continued to be referenced in scientific communities throughout the Western world." [DeGruy, pg. 45.]

103. By the mid-1800s, the "science of phrenology" was used to scientifically prove white superiority.

104. "Phrenology's adherents claimed that you could discover much about a person by examining his or her skull." [DeGruy, pg. 49.]

105. "Phrenologists believed the bumps on the skull coincided with brain development and so, through careful examination, one could draw conclusions about an individual's intellect and personality." [DeGruy, pg. 49.]

106. In 1859, phrenologists O.L. and L.N. Fowler wrote: "The various races also accord with phrenological science. Thus, Africans generally have full perceptives, and large Tuner and Language, but retiring Causality, and accordingly are deficient in reasoning capacity, yet have excellent memories and lingual and musical powers...This wholesale view of this science precludes the possibility of mistake. Phrenology is therefore a part and parcel of nature — a universal fact." [O.S. and L.N. Fowler; revised by

Nelson Sizer. The Self-Instructor in Phrenology and Physiology: With Over One Hundred New Illustrations, Including a Chart for the Use of Practical Phrenologists. Pg. 64-65. 1859.]

107. Systematic research validating phrenology's predictions were never performed, yet it was "accepted as scientific evidence as to the superiority of whites" and "a number of European anthologists used it to claim European superiority of all other peoples on the planet." [DeGruy, pg. 50.]

108."From the time of its first postulation, around 1790 in Vienna, through the time of its final debunking in the 1980s, phrenology was proven inadequate again and again." [DeGruy, pg. 50.]

109. "Medical practitioners stepped in to flesh out that vague narrative, creating the basis for the idea of what we now call race." [Curran.]

110. "Anatomists, in particular, dissected the bodies of supposedly degenerated Africans, and published numerous now-shocking articles on the supposed damage of living in a tropical climate: black brains, black bile, black sperm and even race-specific black lice." [Curran.]

111. "The most bigoted of European physicians attributed specific organ-based liabilities to Black Africans, including indolence and diminished cognition." [Curran.]

112. "[T]hese falsehoods and the methods that produced them flourished in the United States: in 1851, Samuel A. Cartwright identified two "diseases" associated with Africans. The first was a mental illness he dubbed drapetomania, which caused slaves to run away. The second was dysaesthesia aethiopica, a type of lethargy that struck Africans who were not enslaved or overseen by whites. His cure: anointing them with oil, and applying a leather strap." [Curran.]

113. "Some naturalists...propos[ed] that Africans actually formed a different species entirely....[T]his latter idea was adopted by some members of the proslavery lobby in the United States." [Curran.]

114. In a movement during the mid-nineteenth to the late twentieth century now called "scientific racism," proponents of white supremacy used supposed science to promote their cause.

115. In Charles Darwin's On the Origins of Species, first published in 1859, "his use of the word race denotes a genetically distinct group of animals or plants." [Fairbanks, pg. 15.]

116. "Part of its purpose was to preserve the view that nonwhite people were members of distinct races, separate and subordinate to the white race, even to the point where, according to some, nonwhite races did not merit inclusion within the human species." [Fairbanks, pg. 151.]

117. "Hypothesis collectively known as polygenism posited separate biological origins of different races, an extreme and early version of the multiregional hypothesis of human origins." [Fairbanks, pg. 151.]

118. "To some, each race was considered as a separate and distinct species, with only the white race classified as human." [Fairbanks, pg. 151.]

119. "Often, proponents mixed Christian theology with their supposedly scientific speculations to claim that Adam and Eve were the original parents of only the white race, other so-called races having allegedly evolved from animals." [Fairbanks, pg. 152.]

120. "[T]hroughout the past several centuries, people have used the term race to describe groups of people in much the same way it was used in past centuries to describe groups of animals." [Fairbanks, pg. 15.]

121. "Under such a scheme, nonwhite people were legally classified as property, just as domestic animals were regarded as property under the law." [Fairbanks, pg. 152.]1. Europeans using biology, anthropology, craniology, etc. sciences to "prove" African inferiority and separateness of the hue-man race based largely on the amount of skin melanin an individual produced.

122. To date, all racist scientific theories have been proven untrue.

C. Slavery in DEFENDANT United States of America:

1. "Throughout colonial and antebellum history, U.S. slaves lived primarily in the South. Slaves comprised less than a tenth of the total Southern population in 1680 but grew to a third by 1790. At that date, 293,000 slaves lived in Virginia alone, making up 42 percent of all slaves in the U.S. at the time. South Carolina, North Carolina, and Maryland each had over 100,000 slaves. After the American Revolution, the Southern slave population exploded, reaching about 1.1 million in 1810 and over 3.9 million in 1860." [Economic History Association. https://eh.net/encyclopedia/slavery-in-the-united-states/.]

1. Buck-breaking to put Black men in their place.

1. The fact that African slaves "were forcibly excluded from all forms of Jewish, Christian, and Islamic religious worship; and that they were even persecuted and prosecuted for any attempt at practicing either on their own, is further prima facie evidence that

there is a distinctly different Judaism, Christianity, and Islam developed by the African-Americans that is not attributable and/or applicable to, and by, European-Americans." [Jochannan, pg. 8.]

123. The barbaric gynecological experiments on Black women by Dr. J. Marion Simms, also known as the "Father of Modern Gynecology."

124. Non-consensual and barbaric experimentation on black bodies.

125. "Domination and elaborate control of Africans in colonial America, and later the United States, were exerted to provide the requisite framework for the economically profitable slave trade." [Ayesha Bell Hardaway, "The Breach of the Common Law Trust Relationship Between the United States and African Americans: A Substantive Right to Reparations." 2014.]

126. Slavery was not purely physical, it was mental as well.

1. Stripped Africans of knowledge of self, history, language, names, customs, traditions, etc. in order to create a blank slate.

127. Upon Europe's discovery of the Americas, "a secret society, or several secret societies, decided that America would be fertile ground for the establishment of a new society." [Epperson, pg. 134.]

128. Freemasonry was brought to the United States by early European colonizers with the earliest Lodge of Freemasons being formed in Philadelphia in 1730. [Strader.]


[U.S. Constitution. 1776]

129. When the Declaration of Independence was signed on July 5, 1776, slavery "had long since become an accepted part of life in all of the thirteen colonies." [Brooks, pg. 187.]

130. Many of DEFENDANT United States of America's "Founding Fathers" were not only slaveowners, but a few were also Freemasons.

131. Anywhere from 13 to 23 of the 39 original signers of the Constitution were Masons. [Epperson, pg. 146.]

132. According to Hall: "Not only were many of the founders of the United States Government Masons, but they received aid from a secret and august body existing in Europe which helped them to establish this country for a particular purpose known only to the initiated few." [The Secret Teachings of All Ages, pg. XCI.]

133. 33 Generals in George Washington's army and six of his aides were Freemasons. [Epperson, pg. 146.]

134. "The US Constitution permitted 60 percent, or three-fifths, of slaves to be counted toward the total population of each state in a compromise [between racist "white" men] designed to provide the southern states with greater representation in Congress and the Electoral College." [Gilder.]

135. A number of DEFENDANT United States of America's Presidents, including George Washington and Franklin Roosevelt, have been Freemasons.

136. According to Hall, the Order of the Quest was "set up in America before the middle of the 17th century." [The Secret Destiny of America, pg. 130.]

137. According to Hall, "[Benjamin] Franklin spoke for the Order of the Quest, and most of the men who worked with him in the early days of the American Revolution were also members." [Hall, The Secret Destiny of America. pg. 134.]

138. "As early as 1786 a lodge of the Order [of the Illuminati] had been started in Virginia, and this was followed by fourteen others in different cities." [Nesta Webster. World Revolution. pg. 78.]

139. The Order of the Quest concealed their purpose inside the symbols of the Great Seal of the United States. [Epperson, pg. 136.]

140. "The Great Seal was designed and accepted in 1782, but not until several committees appointed by Congress had failed to design one." [Epperson, pg. 136.]

141. "All three committees appointed in succession by Congress between 1776 and 1782 included members holding various positions in Freemasonry." [Max Toth. Pyramid Prophecies. pg. 24. ____.]

142. The unfinished pyramid was put on the dollar bill in 1935. [Epperson, pg. 145.]

143. "Careful analysis of the seal discloses a mass of occult and Masonic symbols..." [The Secret Teachings of All Ages. pg. XC.]

144. The Great Seal is the "one that appears on the back side of the American dollar bill, and consists of two sides, what are called the Obverse side, the one with the eagle, and the Reverse side, the one with the pyramid." [Epperson, pg. 136.]

145. According to Hall, "...if the design on the obverse side of the seal [the eagle] is stamped with the signature of the Order of the Quest, the design on the reverse, [the pyramid] is even more definitely related to the Old Mysteries." [The Secret Destiny of America. pg. 177-178.]

146. According to Hall, "The Great Seal is the signature of this exalted body — unseen and for the most part unknown — and the unfinished pyramid upon its reverse side is a trestleboard setting forth symbolically the task to the accomplishment of which the United States Government was dedicated from the day of its inception." [The Secret Teachings of All Ages. pg. XCI.]

147. The Reverse side contains an unfinished pyramid with the "all-seeing eye" at its apex, with the phrase "Annuit Coeptis" at the top and "Novus Ordo Seclorum" at the bottom.

148. The pyramid is a symbol that has African origins.

149. According to the Treasury Department of DEFENDANT United States of America: "The pyramid is the symbol of strength and its unfinished condition denoted the belief of the designers of the Great Seal that there was still work to be done." [Robert Keith Spencer. The Cult of the All-Seeing Eye. pg. 24. ____.]

150. The "all-seeing eye" symbol has its origins in ancient Egypt.

151. Many Masons have given interpretations of the meaning behind the "all-seeing eye."

152. According to Kenneth Mackenzie, "The eye was also the symbol of Osiris." [The Royal Masonic Encyclopedia. pg. 31.]

153. Another Mason, Carl Claudy, stated: "This [the All-Seeing Eye] is one of the oldest and most widespread symbols denoting God. The Open Eye of Egypt represented Osiris." [Introduction to Freemasonry. pg. 148.]

154. "The ubiquity of Masonic law was symbolized by the All-Seeing Eye." [H. L. Haywood. Freemasonry and the Bible. pg. 16. ____.]

155. Mason Albert Mackey stated: "An important symbol of the Supreme Being, borrowed by the Freemasons from the nation of antiquity....the open eye was selected as the symbol of witfulness, and the eye of God as the symbol of Divine watchfulness and care of the universe." [An Encyclopedia of Freemasonry. pg. 47-48.]

156. According to E. Raymond Capt, "The triangle, in connection with the All-Seeing Eye, is the Masonic symbol of the 'Grand Architect of the Universe.'" [Our Great Seal. pg. 59. _____.]

157. The words "Annuit Coeptis" have traditionally been interpreted as meaning "He, has prospered our undertakings." [Epperson, pg. 138.]

158. The phrase "Annuit Coeptis" also can be interpreted to mean "announcing the birth of." [Epperson, pg. 138.]

159. The words "Novus Ordo Seclorum" means "new world order." [Epperson, pg. 144.]

160. The "New World Order" in the Great Seal was not the creation of the Republic under the American Constitution because it was completed six years after the Declaration of Independence was signed. [Epperson, pg. 142.]

161. The Naturalization Act of 1790 "limited access to U.S. citizenship to white immigrants — in effect, to people from Western Europe—who had resided in the U.S. at least two years and their children under 21 years of age. It also granted citizenship to children born abroad to U.S. citizens." [https://www.visitthecapitol.gov/artifact/h-r-40-naturalization-bill-march-4-1790.]

162. "With minor modifications, this racial qualification for citizenship remained on the books until 1952." [Delgado, et al, pg. 76.]

163. "During the more than 150 years that the requirement remained in place, U.S. courts decided many cases determining who was white and who was not." [Delgado, et al., pg. 76.]

164. "Slavery was deeply woven into the fabric of the United States and challenged the meaning of democracy." [Smithsonian, The National Museum of American History.]

C. Slavery in DEFENDANTS State of New York and City of New York.

165. Although it is typically taught throughout US schools that the North, as compared to the South, was vigorously and adamantly opposed to slavery, very few are taught that the North, particularly the State of New York, was just as involved in the "peculiar institution" and were unjustly enriched from these genocidal crimes against humanity.

166. The Dutch are credited with the founding of slavery.

167. The Dutch kept slaves from day one in the colony called New Amsterdam, which they controlled from 1624 to 1664.

168. "Slavery was introduced to New York City when the Dutch settled the colony, bringing with them 11 African men in 1626 and three women in 1628." [https://www.nycurbanism.com/blog/2019/6/18/a-short-history-of-slavery-in-nyc.]

169. "Colonial slavery had a slow start, particularly in the North. The proportion there never got much above 5 percent of the total population." [Economic History Association. https://eh.net/encyclopedia/slavery-in-the-united-states/.]

170. "When the English captured the city in 1664 nearly 9% of the 8000 settlers were Africans (slaves and freed) and their ownership was transferred to the British who institutionalized slavery, classifying them as chattel that worked involuntarily." [https://www.nycurbanism.com/blog/2019/6/18/a-short-history-of-slavery-in-nyc.]

171. "In British New York City, killing a slave was illegal, but unlike the Dutch who had allowed slaves to marry in church, under the British they could not be married and families were split up." [https://www.nycurbanism.com/blog/2019/6/18/a-short-history-of-slavery-in-nyc.]

172. "Slavery continued to be an important source of the city's labor force into the early 18th century, with 40 percent of white households owning slaves, making New York the largest slave-owning colony in the north." [https://www.nycurbanism.com/blog/2019/6/18/a-short-history-of-slavery-in-nyc.]

173. "In 1711 a slave market was established at the foot of Wall Street. The market was located at the present-day intersection of Wall and Water Streets, then at the water's edge, and was intended for the hiring, buying, and selling of slaves." [https://www.nycurbanism.com/blog/2019/6/18/a-short-history-of-slavery-in-nyc.]

174. "In 1991 when Federal Plaza was being constructed in Lower Manhattan, an excavation found intact human skeletal remains located 30 feet below Broadway, a 6-acre burial ground containing upwards of 15,000 intact skeletal remains of enslaved and free Africans who lived and worked in colonial New York. Now a public monument, the African Burial Ground is a reminder of the city's history that is often neglected." [https://www.nycurbanism.com/blog/2019/6/18/a-short-history-of-slavery-in-nyc.]

175. "On April 6, 1712, nine white New Yorker's were killed in what would become the city's first slave uprising. On April 6, 1712, twenty-three enslaved blacks armed with guns and knives set fire to a building on Maiden Lane. When the fire soon spread, the slaves attacked the white colonists who rushed to put the fire out, killing nine of them. British soldiers dispatched militia units and soon captured the twenty-three slaves. Six off the captured committed suicide, but the rest were executed, most burned alive. " [NYC Urbanism]

176. "Laws were quickly established following the revolt making it illegal for slaves to meet and allowing slave owners to punish their slaves as they saw fit. But not even forty years later there would be another slave uprising in New York City." [NYC Urbanism]

177. "Between 1700 and 1774 the city legally admitted around 6,800 slaves, with prominent NYC families such as the Schuylers, Livingstons, Van Cortlands, Beekmans and Waltons profiting from the trade. In 1741 a slave uprising burned down homes, businesses, the seat of the royal government, the walls of the Governor's residence at Fort George (the Battery). The uprising lasted six months and resulted in the execution of 30 black men and the deportation of 72." [NYC Urbanism.]

178. After the decade of the 1740s – when New York would have the second largest slave population in the Thirteen Colonies – Manhattan's slave population would peak at 21% before starting a slow decline leading up to the Revolution. The slave market on Wall Street wasn't dismantled until 1762." [NYC Urbanism.]

179. "At the time of the American Revolution, fewer than 10 percent of the half million slaves in the thirteen colonies resided in the North, working primarily in agriculture. New York had the greatest number, with just over 20,000. New Jersey had close to 12,000 slaves. Vermont was the first Northern region to abolish slavery when it became an independent republic in 1777. Most of the original Northern colonies implemented a process of gradual emancipation in the late eighteenth and early nineteenth centuries, requiring the children of slave mothers to remain in servitude for a set period, typically 28 years. Other regions above the Mason-Dixon line ended slavery upon statehood early in the nineteenth century — Ohio in 1803 and Indiana in 1816, for instance." [Economic History Association. https://eh.net/encyclopedia/slavery-in-the-united-states/.]

180. Slavery "remained intact during and after the American Revolution, when slaves still represented 20 percent of New York's population." [Brian Purnell and Jeanne Theoharis. "How New York City became the capital of the Jim Crow North." Washington Post. August 23, 2017. https://www.washingtonpost.com/news/made-by-history/wp/2017/08/23/how-new-york-city-became-the-capital-of-the-jim-crow-north/.]

181. "In 1825, a 25-year-old African American shoe shiner named Andrew Williams bought land in the middle of Manhattan, two years before slavery was abolished in New York. More free Black Americans followed, fleeing the disease and discrimination of downtown, and together they created a bustling settlement of their own, known as Seneca Village." ["Uncovering the history of Seneca Village in New York City." CBS News. February 6, 2022. https://www.cbsnews.com/news/uncovering-the-history-of-seneca-village-in-new-york-city/.]

182. "Seneca Village was home to the largest number of African-American property owners in New York before the Civil War, and because those Black men possessed property, they had the ability to vote. Irish and German immigrants moved in, too, and White and Black villagers attended church side-by-side."

183. "In 1853 the city used eminent domain to take control of the land. In all, about 1,600 residents were displaced, including nearly 300 from Seneca Village."

184. Seneca Village lasted only 32 years and now, Central Park stands in its place.

D. The Abolishment of Slavery:

[Civil War]

185. Innocent black New Yorkers were attacked ending in a death toll of over a hundred during the draft riots in 1863. [https://www.nycurbanism.com/blog/2019/6/18/a-short-history-of-slavery-in-nyc.]

186. "During the Civil War, American newspapers played a major role in shaping public opinion and, in many cases, helping give pseudo-intellectual heft to racist ideologies." [Isaiah Thompson. "Philanthropy Must Engage in Reparations, Report Argues." Non Profit Quarterly. https://nonprofitquarterly.org/philanthropy-must-engage-in-reparations-report-argues/.]

187. Among the many newspapers guilty of such behavior was the Sun, today known as the Baltimore Sun, and The Washington Post.

188. "The profits of those newspapers helped build the wealth behind several modern-day charitable foundations, notably the William S. Abell Foundation, created by the great-grandson of the Sun's founder; and the Meyer Foundation, named for the former owner of the Post." [Thompson.]

189. Many philanthropic institutions of today "gained their wealth at least in part by profiting from anti-Black racism." [Thompson.]

190. "By 1865, when slavery was abolished, America was the inhospitable home to four million slaves." [Lyons, pg. 3.]

[40 acres and a mule]

191. "To curry political favor from Southern landowners, the executive branch removed over 400,000 acres from the purview of the Freedman's Bureau and returned it to former Confederate landowners who had been pardoned during Reconstruction." [Hardaway.]

192. Although freed slaves were promised "40 acres and a mule," the U.S. did not keep its promise.

193. "After the war, more prominent white New Yorkers began to push for gradual emancipation and in 1799 children of slaves were free. In 1809, marriage between slaves was legalized with separation of families prohibited. In 1827, New York State Governor Tompkins abolished slavery, but complete abolition was not achieved until 1841 when the state revoked a law that made nonresidents able to hold slaves for up to 9 months. But the city still held ties to southern slaveholding states until the Civil War and blacks were often kidnapped in the street and transported to the South for sale." [https://www.nycurbanism.com/blog/2019/6/18/a-short-history-of-slavery-in-nyc.]

194. "New York was a stronghold of abolitionism, but it also bred proslavery sentiments and anti-immigrant white nationalism." [Purnell.]

195. "While New York's leaders had passed a bill for the gradual abolition of slavery in 1799, it was not fully implemented until 1827. Therefore, New York included 60 percent of those held in bondage within its borders in the census counts of 1800, 1810, and 1820." [NYC Urbanism]

196. "The sale and keeping of slaves in New York City was common since its founding and it wasn't until 1841 that New York State finally abolished the practice."

197. "The majority of city voters did not vote for Abraham Lincoln in 1860 (nor in 1864) because the city's economy, its ports and its banks were wedded to slavery." [Purnell.]

198. "In July 1863 a bloody Civil War battle actually happened in New York City (although we rarely recognize it as an official battle in the war) when immigrant artisans rebelled against the Union Army's mandatory draft. They attacked draft offices, Republican newspapers and black people, killing random African Americans in the streets and even burning down the colored orphanage." [Purnell.]

199. While the physical chains were removed from the African man, woman, and child, their minds were and are still enslaved.

200. "Long after the formal end of slavery, slavery apologists characterized the aims of slavery in pseudo-paternalistic terms as 'training' and 'civilizing...the untutored savage.'" [Hardaway.]

201. Although slavery was abolished in 1865, it continued well into the 1960s in some parts of DEFENDANT United States of America.

[Civil Rights Act of 1866]

IV. History of Jim Crow-Semi Slavery in DEFENDANT State and City of New York:

A. Jim Crow Semi-Slavery in DEFENDANT United States of America:

202. American history has taught that "[f]or every action of African American advancement, there's a reaction, a backlash." [Carol Anderson. "Ferguson Isn't About Black Rage Against Cops. It's White Rage Against Progress." Washington Post. August 29, 2014. http://www.washingtonpost.com/opinions/ferguson-wasnt-black-rage-against-copsit-was-white-rage-againstprogress/2014/08/29/3055e3f4-2d75-11e4-bb9b-997ae96fad33_story.html.]

203. "In the late 1800s, Jim Crow laws spread as part of a backlash against the Reconstruction Amendments — the Thirteenth, Fourteenth, and Fifteenth Amendments of the U.S. Constitution — which ended slavery, granted equal citizenship to freed slaves, and prohibited racial discrimination in voting." [Erika Woods. "Jim Crow in New York." Brennan Center for Justice. February 10, 2010. https://www.brennancenter.org/our-work/research-reports/jim-crow-new-york.]

204. Jim Crow was "codified oppression" and "that era's way of continuing" the enslavement of African people. [DeGruy, pg. 188.]

[Rise of the Ku Klux Klan]

[Ku Klux Klan Act of 1871]

205. 31 years after the end of the Civil War and the passage of the 13th Amendment, which made slavery illegal, the Supreme Court upheld the constitutionality of racial segregation under the "separate but equal" doctrine in Plessy v.Ferguson (1896).

206. In Plessy v. Ferguson (1896), In Plessy, a black man had challenged a railroad's rule prohibiting him from riding in a car reserved for whites. The railroad replied that it had set aside identical cars for black passengers, hence its practice did not violate the Equal Protection Clause of the Fourteenth Amendment.

207. "[C]riminal disenfranchisement laws were part of the effort to maintain white control over access to the polls. Between 1865 and 1900, a period when African-American men were, theoretically, granted greater voting rights state-by-state, and ultimately enfranchised by the Fifteenth Amendment, 19 states passed criminal disenfranchisement laws. By 1900, 38 states deployed some type of criminal voting restriction. These laws disenfranchised convicted individuals long after their release from prison; many dictated that individuals released from prison could not vote unless they had been pardoned by the governor." [Woods.]

208. "States also adapted their criminal codes to punish those offenses with which they believed freedmen were likely to be charged, including bigamy, vagrancy, petty theft and burglary. Together, targeted criminalization and felony disenfranchisement stripped African Americans of their voting rights — and suppressed African American's political power for decades." [Woods.]

[Eugenics]

209. According to Merriam-Webster, eugenics is "the practice or advocacy of controlled selective breeding of human populations (as by sterilization) to improve the population's genetic composition."

[Margaret Sanger and Planned Parenthood]

210. Margaret Sanger was the founder of Planned Parenthood — "a rebranded organization birthed out of the American Eugenics Society" — o in [insert year].

211. "In promoting birth control, [Margaret Sanger] advanced a controversial 'Negro Project,' wrote in her autobiography about speaking to a Ku Klux Klan group and advocated for a eugenics approach to breeding for "the gradual suppression, elimination and eventual extinction, of defective stocks —— those human weeds which threaten the blooming of the finest flowers of American civilization." [Kristan Hawkins. "Remove statues of Margaret Sanger, Planned Parenthood founder tied to eugenics and racism." USA Today. July 23, 2020. https://www.usatoday.com/story/opinion/2020/07/23/racism-eugenics-margaret-sanger-deserves-no-honors-column/5480192002/.]

12

212. "Like the abortion lobby today, Sanger urged Dr. Gamble to enlist the help of spiritual leaders to justify their deadly work, writing, 'We do not want word to go out that we want to exterminate the Negro population, and the minister is the man who can straighten out that idea if it ever occurs to any of their more rebellious members.'" [Id.]

213. "In an article titled "A Better Race Through Birth Control," Sanger wrote, "Given Birth Control, the unfit will voluntarily eliminate their kind." [Id.]

214. Sanger also wrote, "Birth Control does not mean contraception indiscriminately practiced. It means the release and cultivation of the better elements in our society.'" [Id.]

215. From "Birth Control and Racial Betterment" (1919), Sanger wrote: "Before eugenicists and others who are laboring for racial betterment can succeed, they must first clear the way for Birth Control. Like the advocates of Birth Control, the eugenicists, for instance, are seeking to assist the race toward the elimination of the unfit. Both are seeking a single end but they lay emphasis upon different methods." [M. K. Sprinkle. "Sprinkle: Margaret Sanger's legacy of racism and 'elimination of the unfit.'" Baltimore Sun. January 4, 2020. https://www.baltimoresun.com/maryland/carroll/opinion/cc-op-sprinkle-010420-20200104-opc3c76o4na47mtdtun4nvqw3y-story.html.]

217. From "The Pivot of Civilization" (1922), Sanger wrote: "We are paying for, and even submitting to, the dictates of an ever-increasing, unceasingly spawning class of human beings who never should have been born at all." [Sprinkle.]

218. From "A Plan for Peace" (1932), Sanger wrote: [The government should] "give certain dysgenic groups in our population their choice of segregation or sterilization." [Sprinkle]

219. From "The Eugenic Value of Birth Control Propaganda" (1921), Sanger wrote: "Today eugenics is suggested by the most diverse minds as the most adequate and thorough avenue in the solution of racial, political and social problems." [Sprinkle.]

220. "Sanger skillfully crafted her language of caring for children and women while at the same time blatantly spewing her repugnance for the 'unfit,' the 'garden weeds,' and the 'human beings who should never have been born at all.'" [Sprinkle.]

221. The Nazis applied the mindset of Sanger and other eugenicists and applied it to "Jews" of EurAsian descent during the Holocaust.

222. DEFENDANT Bill Gates' father, Bill Gates, Sr., was board member of Planned Parenthood during its early years of existence.

223. Today, abortion clinics are set up in predominately black and brown neighborhoods to reduce the number of black and brown children throughout the population. [statistic said 80%]

224. Marketing messages for abortion is more aggressive towards African Americans than "white" communities.

225. The abortion industry claims that the tissues obtained from predominately black aborted fetuses are "used for medical research, but most are sold to the vaccine manufacturers and they use those tissues to grow biomass for vaccines that are then injected into other children." [Mike Adams.]

226. Undercover video of executive from Planned Parenthood trying to sell aborted fetuses, which is against the law.

227. Each year since 1966, Planned Parenthood has handed out The Margaret Sanger Award to "honor" the legacy of its founder.

228. In 2009, Hillary Clinton was the recipient of the award. She said during her acceptance: "It was a great privilege when I was told that I would receive this award. I admire Margaret Sanger enormously...I'm really in awe of her. There are a lot of lessons we can learn from her life, from the causes she launched and fought for and scarified for so greatly." [Sprinkle.]

229. The 2014 recipient was Nancy Pelosi. [Sprinkle.]

[Tulsa race massacre 1921]

[Lynchings and other forms of racial terrorism]

[Nazism]

230. Adolf Hitler of Nazi Germany — a eugenicist — "was the highest crystallization of the white supremacy mind-set based upon the fear of white genetic annihilation and its companion thought, white genetic survival by any necessary and conceivable means." [Dr. Welsing, pg. 297.]

231. Hitler, head of the German government during World War II, and the Nazi Party were responsible for killing 50 million people during that war.

232. His "leadership of Germany from 1933 to 1945 in the war against the Semites has become the standard for the ultimate conduct of governmental and state white supremacy." [Dr. Welsing, pg. 298.]

233. Very early in Adolf Hitler's life, he joined a secret organization called the Thule Society. [Epperson, pg. 55.]

234. The Thule Society has been termed "the secret prime mover of Nazism." [The Occult and the Third Reich. pg. 91.]

235. The Thule Society was "but a fragment of a much more important secret society known as the Germanic Order founded in 1912." [_____. The Occult and the Third Reich. pg. 164. _____.]

236. The Germanic Order had its origin in other secret societies, having "gathered together certain lodges of the Prussian Freemasonry, as well as a number of openly anti-Semitic associations." [_____. The Occult and the Third Reich. pg. 167. _____.]

237. "The Committee and the forty original members of the New German Workers' Party were all drawn from the most powerful Occult Society in German: the Thule Society." [_____. The Spear of Destiny. pg. 102. _____.]

238. German Freemasonry served as an important "model for esoteric structuring of the Nazi Party." [_____. The Occult and the Third Reich. pg. 156. _____.]

239. "The inner core within the Thule Society were all Satanists who practiced Black Magic." [_____. The Spear of Destiny. pg. 159. _____.]

240. Another writer on the Thule Society, Joseph Carr, observed: "The inner group with controlled the Thule Society contained men who were self-confessed Luciferians...." [The Twisted Cross. pg. 108.]

241. Hitler absorbed the works of philosopher Friedrich Nietzsche "whose powerful dissertation on 'the Genealogy of Morals' sought to make a 'Revaluation of all values' in the proof that so-called evil was good, and what was habitually believed to be good was evil." [The Spear of Destiny. pg. 23.]

242. "The man who played the most important role in Hitler's life was Dietrich Eckart, one of the original seven who founded the Nazi Party and who was in fact called the 'spiritual founder of Nazism.'" [Epperson, pg. 130.]

243. Eckart has been called "a dedicated Satanist...and the central figure in a powerful and wide-spread circle of occultists – the Thule Society." [_____. The Spear of Destiny. pg. 91. _____.]

244. While he lay dying, Eckart told those at his bedside: "Follow Hitler! He will dance, but it I who have called the tune! I have initiated him into the 'Secret Doctrine,' opened his centres in vision and given him the means to communicate with the Powers. Do not mourn for me: I shall have influenced history more than any other German." [_____. The Spear of Destiny. pg. 91. _____.]

245. Hitler saw himself to be an agent of a dark force that reduced the population of people that he held to be undesirable.

246. Hitler wrote: "I have the right to exterminate millions of individuals of inferior races, which multiply like vermin." [The Occult and the Third Reich. Pg. 225.]

247. Hitler "did what he considered acceptable inside his religion. Those who did not believe in his new religion had no choice, and they perished." [Epperson, pg. 15.]

248. "Another of the links of the Thule Society with Lucifer worship is the emblem chosen as the symbol of the Nazi Party itself: the swastika." [Epperson, pg. 131.]

249. "The dictionary defines a swastika as a cross with its four equal arms bent back in a right angle extension." [Epperson, pg. 131.]

250. There are two forms of the swastika symbol: "one with its arms bent to the left, and one with the arms bent to the right. The former is universally a symbol of good, while the latter is universally a symbol of evil." [Epperson, pg. 131.]

251. The swastika was used as the official insignia of the Thule Society.

252. Adolf Hitler, a Socialist, and the head of the German government prior to and during that nation's involvement in World War III, is quoted as saying: "...National socialism will use its own revolution for the establishing of a new world order." [Epperson, pg. xiv.]

253. "[T]he basic tenets of polygenics and eugenics from the sixteenth century right up until the 1930s and 1940s...were: (1) that certain complex behaviors and morphological traits were fixed and immutable; and (2) that these traits were created either by God and/or biologically determined through simple Mendelian inheritance. These traits included such things as the size and shape of the head and brain, intelligence, and the ability to create, to meaningfully participate in, and to contribute to 'civilization.' Furthermore, the polygenicists and eugenicists believed that human beings were biologically divided into races, and even economic classes, which were dealt different inherent abilities and that environmental or behavioral interventions could not change these abilities. They also believed that these races and classes could be put into hierarchical categories according to their abilities. Finally, they believed that some races, especially Nordic/Aryan races, were highly superior to others and were the 'genetic carriers' of civilization and of the biological traits that made civilization possible." [Sussman, pg. 146.]

254. "[T]he Tuskegee experiments that forced nearly 400 African American men to be subjected to syphilis without medical treatment. These experiments began in the 1930s and continued until 1972; one third of the victims died from the program organized by the U.S. Public Health Service." [Cooper, pg. 114.]

255. "In 1932, the year before Adolf Hitler came into power in Germany, in Tuskegee, Alabama, U.S.A., another destruction was being conducted against people who were classified as non-white by people who classified themselves as white doctors, scientists and government officials. This planned destruction was the Tuskegee Syphilis Study." [Welsing, pg. 298.]

266. "From 1932 to 1972, a total of 40 years, United States Public Health, Macon County Health Department, Tuskegee Institute, Veterans Hospital in Tuskegee and private physicians in and around Macon County deliberately planned to withhold treatment from more than 400 Black men who were suffering from syphilis. It was verbalized that the program would be a means for getting rid of the Black people in the U.S. (This destructive deception recently ended, under pressure, in the year 1972.)" [Welsing, pg. 299.]

277. In 1996, President Clinton gave an official apology on behalf of DEFENDANT United States of America.

278. There have been dozens of medical experimentations done on African Americans by the United States similar to Tuskegee, many carried out in U.S. prisons.

[New and Fair Deals Were Used to Create the White Middle Class]

[Operation Paperclip]

279. After the end of World War II, DEFENDANT United States of America conspired with members of the Nazi party have citizenship and infiltrate the government.

280. "White flight"

281. In 1952, John D. Rockefeller III founded The Population Council "at a conference he convened...including the director of the new Planned Parenthood Federation of America and several well-known eugenicists." [Kennedy, Jr., pg. 338.]

282. "Lamenting that modern civilization had reduced the operation of natural selection by saving more 'weak' lives and enabling them to reproduce, resulting in 'a downward trend in...genetic quality,' the group agreed to create an organization devoted to the 'reduction of fertility.'" [Kennedy, Jr., pg. 338.]

283. "While Rockefeller formally launched the Council with a grant of $100,000 and served as the first president, the next two Council presidents were Frederick Osborn and Frank Notestein, both members of the American Eugenics Society." [Kennedy, Jr., pg. 338.]

284. "The Council does research promoting the use of artificial birth control and abortion and biomedical research to discover and develop new contraceptive drugs and technologies." [Kennedy, Jr., pg. 338.]

285. The Council "collaborated with the Ford Foundation and International Planned Parenthood Foundation to develop large-scale IUD programs abroad, despite its own research doctors warning about acute adverse side effects." [Kennedy, Jr., pg. 338.]

286. "Later, the Council played a key role in developing the extremely dangerous hormonal contraceptive implant Norplant." [Kennedy, Jr., pg. 338.]

287. "Emmett Louis Till was an African American boy who was abducted, tortured, and lynched in Mississippi in 1955 at the age of 14, after being accused of offending a white woman, Carolyn Bryant, in her family's grocery store."

288. "Slavery and Jim Crow found slaves and free blacks, who had few or no resources to begin with, as well as their descendants, into the worst jobs, the worst housing, the worst educational systems, and, in general, the worst plight imaginable in a liberal democratic society." [Roy L. Brooks. Atonement and Forgiveness: A New Model for Black Reparations. pg. x. 2004.]

289. "[T]oday, there are millions of living African Americans who suffered severely under legal segregation, and many more continue to suffer today from racial discrimination at the hands of many white Americans." [Feagin, pg. 53-54.]

290. Albert Einstein stated: "Your ancestors dragged these black people from their homes by force; and in the white man's quest for wealth and an easy life they have been ruthlessly suppressed and exploited, degraded into slavery. The modern prejudice against Negroes is the result of the desire to maintain this unworthy condition." [Jerome, pg. 1.]

291. Einstein recognized: "The separation of the races [segregation] is not a disease of colored people, but a disease of white people." [Fred Jerome and Rodger Taylor. Einstein On Race and Racism. pg. 88. 2005.]

B. Jim Crow in DEFENDANTS State of New York and City of New York.

292. Jim Crow was not confined to the South.

293. The end of the war and slavery did not bring racial reconciliation to DEFENDANT State of New York.

294. "Jim Crow segregation and racism had a strange and robust career outside of the South, especially in that supposed bastion of liberalism, New York City. Citizens at every level of New York society gave it life: journalists at national newspapers, wealthy suburban homeowners, working-class renters, university bureaucrats, police commissioners, mayors, union leaders and criminal court judges." [Brian Purnell and Jeanne Theoharis. "How New York City became the capital of the Jim Crow North." Washington Post. August 23, 2017. https://www.washingtonpost.com/news/made-by-history/wp/2017/08/23/how-new-york-city-became-the-capital-of-the-jim-crow-north/.]

295. "Just as Jim Crow segregation laws spread throughout the South in the 1890s and early 1900s, black people in New York suffered from written and unwritten rules against racial mixing in marriage, public accommodations and housing." [Purnell.]

296. "Racial violence broke out in New York City over brutal encounters between black people and police officers in 1900, 1935 and 1943." [Purnell.]

297. "Not even the nation's fight against the Nazis eliminated Jim Crow practices from New York City. When the city's master builder, Robert Moses, expanded construction of housing, parks, playgrounds, highways and bridges in the decades following World War II, he adhered to ethnic composition rules for urban planning. This practice exacerbated the racial segregation that already existed in the city's neighborhoods. The Federal Housing Authority's neighborhood rating system and city zoning policies meant that New York City schools and neighborhoods grew even more segregated after the war." [Purnell.]

298. "The building of Stuyvesant Town, a residential development in New York City, shows how both private decisions and public policy shaped the Jim Crow North. Made possible by the city's use of eminent domain to clear the area, the reversion of public streets and land to private ownership and a 25-year tax abatement, Stuyvesant Town opened in 1947 completely racially segregated. (Moses, who had championed the project, had directly opposed inserting a provision into the city contract that would have opposed discrimination in tenant selection.) When black people sued, the New York Supreme Court protected segregation and sided with the developer's claim that the development was private — despite all the public money used to make it possible — and therefore entitled to discriminate as it sees fit." [Purnell.]

299. "[O]ne of the longest-standing facets of Northern racism and segregation was the constant deflection to the problems in the South." [Purnell.]

300. Malcolm X observed: "Ultraliberal New York had more integration problems than Mississippi. The North's liberals have been for so long pointing accusing fingers at the South and getting away with it that they have fits when they are exposed as the world's worst hypocrites."

301. The history of DEFENDANT State of New York's election laws mirrors those imposed at the national level.

302. In the 18th century, DEFENDANT State of New York "was the only state in the country to require blacks – and only blacks – to own real property in order to qualify to vote." [Woods.]

303. "New York was the only state in the country to require blacks – and only blacks – to own real property in order to qualify to vote." [Woods.]

304. "As African Americans gained freedom with the gradual end of slavery, New York's voting qualifications – including criminal disenfranchisement laws – became increasingly more restrictive." [Woods.]

305. "A careful reading of New York's constitutional history reveals that at the very time that the Fourteenth and Fifteenth Amendments forced the state to remove its nefarious property requirements for African-American voters, New York changed its law from allowing to requiring the disenfranchisement of those convicted of 'infamous crimes.'" [Woods.]

VI. History of Educational Racism in DEFENDANT United States of America:

306. Education is fundamental not only to a people's survival, but a group and/or individual's genetic survival.

307. "On April 23, 1635, the first public school in what would become the United States was established in Boston, Massachusetts. Known as the Boston Latin School, this boys-only public secondary school was led by schoolmaster Philemon Pormont, a Puritan settler." ["Apr 23, 1635 CE: First Public School in America." National Geographic.]

308. "Between 1740 and 1867, anti-literacy laws in the United States prohibited enslaved, and sometimes free, Black Americans from learning to read or write." [Harvard Library.]

16

309. "[L]iteracy undermined the false foundation slavery was built on: the intellectual inferiority and inhumanity of African-descended people." [Harvard Library.]

310. Anti-literacy laws were: "...a natural extension of the slave code system, preventing the enslaved black population from learning how to read in any form." ["Literacy And Anti-Literacy Laws." Encyclopedia. https://www.encyclopedia.com/humanities/applied-and-social-sciencesmagazines/literacy-and-anti-literacy-laws.]

311. Anti-literacy laws were "important for obvious reasons: Making it illegal for black people to learn to read and write reinforced the notion that Africans were inferior to whites." ["Literacy And Anti-Literacy Laws." Encyclopedia. https://www.encyclopedia.com/humanities/applied-and-social-sciencesmagazines/literacy-and-anti-literacy-laws.]

312. "In the antebellum South, literacy was a sign of intellectual development and, potentially, social mobility—in fact, many white southerners were illiterate, so it was imperative to prevent the blacks from learning to read in order to maintain the myth of white supremacy." ["Literacy And Anti-Literacy Laws." Encyclopedia. https://www.encyclopedia.com/humanities/applied-and-social-sciencesmagazines/literacy-and-anti-literacy-laws.]

313. "Learning to read gave the enslaved access to important information; plantation owners were afraid of the barrage of abolitionist literature flooding the South. News of recent slave insurrections and arguments against slavery as an institution were of particular concern." ["Literacy And Anti-Literacy Laws." Encyclopedia. https://www.encyclopedia.com/humanities/applied-and-social-sciencesmagazines/literacy-and-anti-literacy-laws.]

314. "In the case of the so-called 'Western Religions,' the Africans were even denied the right to read any book whatsoever, that is, including the Jewish or Christian 'Holy Scripture,' must less the Moslem's — which was not tolerated among the colonists, even after they became independent as the United States of America." [Jochannan, pg. 8.]

315. "Anti-literacy laws varied from state to state."

316. "The small percentage of enslaved people who became literate did so at great risk — those who were caught were often violently punished, sold, or even killed." [Harvard Library.]

317. "Black education was generally viewed with suspicion and suppressed through legislation and threat of violence."

318. "For instance, when white schoolteacher Prudence Crandall opened a boarding school for Black girls in 1832 Connecticut, the state promptly passed a law requiring written permission from town officials for anyone seeking to teach Black students from other states. This empowered anti-Black racism on a local level and, facing escalating harassment and vandalism, Crandall closed the school after only two years." [Harvard Library.]

319. "Higher education has a long history of excluding Black people entirely." [Hannah Furfaro. "To understand structural racism, look to our schools." Seattle Times. July 14, 2020. https://www.seattletimes.com/education-lab/to-understand-structural-racism-look-to-our-schools/?amp=1.]

[Role of colleges and universities to perpetuate the myth of race and white racial superiority]

320. Many U.S. universities like John Hopkins University and Harvard profited from slavery and used science and other fields of study to advance the myth of "white racial superiority."

321. As stated by Malcom X, "[J]ust because you have colleges and universities, doesn't mean you have education. The colleges and universities in the American educational system are skillfully used to miseducate." [Stated during an interview with Jack Barnes and Barry Sheppard of the Young Socialist Alliance on January 18, 1965.]

322. DEFENDANT United States of America's school system today came from Prussia.

323. In the 1840s, Horace Mann went to Prussia to study what was becoming a very popular way of teaching children and brought the system back to the United States.

324. Industry giants like Rockefeller and Carnegie fell in love with it for its ability to consistently churn out supplies of "worker bees" year after year.

325. It produces a labor class and not surprisingly, the school system is also called the "factory model."

326. For almost 200 years, nothing has changed.

327. "After the Civil War, emancipated Black Americans who'd been denied educational access for centuries made learning a priority. They established schools at their own expense and advocated for universal public education." [Harvard Library.]

328. "Centuries of slavery and oppression led to a dual school system in which Black Americans were systematically denied access to quality education." [Harvard Library. https://library.harvard.edu/confronting-anti-black-racism/education.]

329. "Education was embraced as a safeguard of Black liberation, self-determination, and rights as citizens." [Harvard Library.]

330. "Unfortunately, strides made during this era were cut short by racism and white supremacy." [Id.]

17

331. "Southern schoolhouses and teachers, regardless of race, were targets of racist violence. Between 1864 and 1876, over 630 southern Black schools were significantly damaged or destroyed." [Harvard Library.]

332. "Black Americans who moved to Northern urban centers, meanwhile, were segregated by anti-Black laws, policies, and cultural practices that denied them equitable access to schools." [Harvard Library.]

333. "Across the country, state governments used their power to reinforce school segregation and to fund white schools at the expense of Black ones. Black students were left with dilapidated school buildings, fewer teachers and programs, and limited curriculum options." [Harvard library.]

334. "Facing these injustices, Black educators countered by receiving exceptional academic credentials to provide Black students with quality education." [Harvard library.]

335. "Because education was one of the only well respected career paths open to blacks, there was an abundance of well-trained, talented black teachers. The presence of skillful teachers 'resulted in many all-Black schools as places where children received an excellent academic education, along with schooling from their Black elders in "the ways of the world."'" [Lutz quoting Martha Lash and Monica Ratcliffe, "The Journey of an African American Teacher Before and After Brown v. Board of Education," The Journal of Negro Education 83, no. 3 (2014): 329.]

336. Topeka, Kansas "had a thriving black community in the decades leading up to Brown v. Board. In the 1880s and 1890s many blacks owned and managed shops, businesses, and several newspapers. Even though the city was segregated, many blacks played a prominent role in their thriving communities; from teachers to preachers to lawyers, many African American citizens of Topeka were highly respected and also served as role models for the larger community. The black press in Topeka was a point of pride for many black citizens in the capital city. Black printers in Topeka published the Topeka Plaindealer from 1900 to 1932." [Lutz.]

337. "Some black teachers in Topeka were content providing the city's black children with a separate, but enriching educational experience." [Lutz.]

338. "W.E.B. Du Bois, a prominent black leader and founder of the NAACP, believed blacks were better off maintaining their own distinct communities. Du Bois eventually distanced himself from the NAACP, as his views shifted away from the Association's stance of "unmitigated opposition to segregation." [Lutz.]

339. "Du Bois concluded that opposition to segregation in fact 'undermine[d], not enhance[d], black pride.'" [Richard Kluger, Simple Justice (New York: Random House, 1975), 165.]

340. "Du Bois cited the benefits of blacks attending their own schools and churches, living in their own neighborhoods, and 'associat[ing] with black friends.'" [Lutz.]

341. Du Bois saw segregated schools as a way to protect young black children and give them a chance to attend school where they were safe, welcome, and 'trained by teachers of their own race, who know what it means to be black in the year of salvation of 1935.'" [Lutz.]

[Racist IQ Tests]

342. IQ, like race, is more of a social construct than a biological reality. [Sussman.]

343. Psychologist Jefferson Fish (2002), observed: "Access to schools, school quality, modes of instruction, attitudes toward formal education, and educational values vary cross-culturally. Biological-sounding concepts, especially inheritability, have been misused to imply a genetic basis for group differences in IQ scores...A wide variety of data...imply that group differences in IQ are social in origin and can change as the result of changing social circumstances or social interventions." [Source]

344. Psychologist Leon Kamin (1974) stated: "There exists no data which should lead a prudent man to accept the hypothesis that IQ test scores are in any degree heritable." [Robert Wald Sussman. The Myth of Race. pg. 261. 2014.]

[Bell Curve]

IV. The Role Culture and Environment Play In Maintaining DEFENDANT United States of America's Racial Caste System:

345. People are not born racist, a bigot or a thief.

346. Although people classified as "white" living in DEFENDANT United States of America have maintained a racial caste system for more than four hundred years, it is well settled that "race" is not a biological reality and is nothing more than a legal and social construct.

347. Racism is taught and over time, produces a mental disease which distorts a person's worldview.

[Franz Boas and his contributions to anthropology]

348. Franz Boas helped put "culture"

349. "A society ensures its unity and survival by means of culture. The term culture has been broadly defined to encompass all the continually changing patterns of acquired behavior and attitudes transmitted among the members of a society." [Levin and Ornstein. Foundations of Education. 10th ed. pg. 291. 2008.]

350. "Culture is a way of thinking and behaving; it is a group's traditions, memories, and written records, its shared rules and ideas, its accumulated beliefs, habits, and values. No individual, group, or entire society can be understood without reference to culture." [Levin, pg. 291.]

351. Religion, education and entertainment have served as large sources for socialization and maintaining racism throughout DEFENDANT United States of America's culture.

352. "Socialization, which prepares children to function first as young people and then as adults, transmits culture and thereby allows society to function satisfactorily." [Levin, pg. 291.]

353. For example, although the three major Western religions (e.g. Judaism, Christianity and Islam) have African origins, Europeans and their descendants have whitened characters mentioned in the Torah and Bible, including but not limited to Jesus and God.

354. DEFENANT United States of America's government is directly responsible for the conditions in which American citizens and non-citizens live.

355. DEFENDANT United States of America and its "white" controlled government have known since at least 1950 that race is not a biological reality.

356. In Robert Wald Sussman's groundbreaking book, The Myth of Race, he states in the first paragraph: "In 1950, UNESCO issued a statement asserting that all humans belong to the same species and that 'race' is not a biological reality but a myth. This was a summary of the findings of an international panel of anthropologists, geneticists, sociologists, and psychologists. A great deal of evidence had accumulated by that time to support this conclusion, and the scientists involved were those who were conducting research and were most knowledgeable about the topic of human variation. Since that time similar statements have been published by the American Anthropological Association and the American Association of Physical Anthropologists, and an enormous amount of modern scientific data has been gathered to justify this conclusion. Today the vast majority of those involved in research on human variation would agree that biological races do not exist among humans. Among those who study the subject, who use and accept modern scientific techniques and logic, this scientific fact is valid and true[.]" [Robert Wald Sussman. The Myth of Race. pg. 1. 2014.]

357. If race is not a biological reality, then racism is a learned behavior.

V Passage of the Civil Rights Act of 1964 and Efforts By "White"-Controlled Government to Maintain Racial Segregation:

383. "[E]conomic subjugation of black Americans between Reconstruction and the modern civil rights era was a result of a combination of Jim Crow laws, actual or threatened private violence, and laws that gave monopoly power to private actors who discriminated against blacks[.]" [David E. Bernstein. Licensing Laws: A Historical Example of the Use Of Government Regulatory Power Against African-Americans.

[Civil rights movement of 1950s and 1960s]

384. On July 24, 1953, following a meeting with the governor of South Carolina regarding the possibility of desegregation, President Dwight D. Eisenhower wrote in his diary: "I do not believe that prejudices, even palpably unjustifiable prejudices, will succumb to compulsion. Consequently, I believe that Federal law imposed upon our States...would set back the cause of race relations a long, long time." [Mallory Lutz. "The Hidden Cost of Brown v. Board: African American Educators' Resistance to Desegregating Schools," Online Journal of Rural Research & Policy: Vol. 12: Iss. 4. 2017. https://doi.org/ 10.4148/1936-0487.1085.]

[Brown v. Board of Education (1954)]

385. In Brown v. Board of education, the Supreme Court deemed "separate but equal" to be unconstitutional.

386. "We conclude that, in the field of public education, the doctrine of 'separate but equal' has no place. Separate educational facilities are inherently unequal. Therefore, we hold that the plaintiffs and others similarly situated for whom the actions have been brought are, by reason of the segregation complained of, deprived of the equal protection of the laws guaranteed by the Fourteenth Amendment." [Citation]

387. In Brown, former-Supreme Court Chief Justice Earl Warren stated: "Today, education is perhaps the most important function of state and local governments. Compulsory school attendance laws and the great expenditures for education both demonstrate our recognition of the importance of education to our democratic society. It is required in the performance of our most basic public responsibilities, even service in the armed forces. It is the very foundation of good citizenship. Today it is a principal instrument in awakening the child to cultural values, in preparing him for later professional training, and in helping him to adjust normally to his environment. In these days, it is doubtful that any child may reasonably be expected to succeed in life if he is denied the opportunity of an education. Such an opportunity, where the state has undertaken to provide it, is a right which must be made available to all on equal terms."

388. School districts were ordered to integrate with "all deliberate speed." [Brown v. Board of Education, 347 U.S. 483, 493 (1954).]

389. It takes much more than a court decision or law to change the attitudes and beliefs of staunch "white" racists about people African descent.

390. "The group whom they supposedly benefit always greets cases like Brown with great celebration. But after the celebration dies down, the great victory is quietly cut back by narrow interpretation, administrative obstruction, or delay. In the end, the minority group is left little better than it was before, if not worse. Its friends, the liberals, believing the problem has been solved, go on to something else, such as saving the whales, while its adversaries, the conservatives, furious that the Supreme Court has given way once again to undeserving minorities, step up their resistance." [Richard Delgado, et al. Critical Race Theory. pg. 23. 2001.]

391. The rulings in Brown and similar cases "did not automatically end segregation, nor did they move Negroes from a position of legal inferiority to one of equality." [Ronald Turner. "The Way To Stop Discrimination On the Basis of Race..." Stanford Journal of Civil Rights & Civil Liberties. pg. 67. January 2015.]

392. Desegregationist opponents were able to build resistance to the implementation of Brown and the opposition to Brown manifested itself in number of ways.

393. At the legislative level, in March 1956, 'the vast majority of United States Senators and Representatives from southern states issued a "Declaration of Constitutional Principles,' also known as the 'Southern Manifesto.'"

394. "Drafted by Senators Strom Thurmond, Sam Ervin, Harry Byrd, Richard Russell, and others, the Manifesto stated that the 'unwanted decision of the Supreme Court is now bearing fruit always produced when men substitute naked power for established law.' Protesting this 'unwanted decision' and approvingly referring to Plessy v. Ferguson, the Manifesto stated that the 'original Constitution does not mention education'; that the 'very Congress which proposed the [Fourteenth Amendment] subsequently provided for segregated schools in the District of Columbia'; and that at the time of the adoption of the amendment, twenty-six of the thirty-seven states of the union 'that had any substantial racial differences among its people, either approved the operation of segregated schools already in existence or subsequently established such schools by action of the same law-making body which considered the 14th amendment.'" [Turner, pg. 60.]

395. In Virginia, "an attempt was made to shut down the public education system rather than allow the joint schooling of black children and white children." [Charles J. Olgetree. From Dred Scott to Obama. pg. 20. 2009.]

396. "Efforts by civil rights leaders to peacefully protest segregation in American society were zealously battled by state and local authorities." [Olgetree, pg. 20.]

397. In 1962, "more than 10,000 white mothers marched over the Brooklyn Bridge to protest a very modest school desegregation program." [Purnell.]

398. "In many ways, the fervent opposition to desegregation can be summarized in Governor George Wallace's infamous statement in his 1963 Inaugural Address: 'In the name of the greatest people that have ever trod this earth, I draw the line in the dust and toss the gauntlet before the feet of tyranny, and I say segregation today, segregation tomorrow, segregation forever.'" [Olgetree, pg. 20.]

399. As late as the 1960s, "most African-American, Latino, and Native American students were educated in wholly segregated schools funded at rates many times lower than those serving whites and were excluded from many higher education institutions entirely." [Olgetree, pg. 20.]

400. "With the Supreme Court's decision in Brown v. Board of Education, black parents and civil rights activists thought desegregation would finally come to the city's separate and unequal schools. But city leaders, many white New Yorkers and the city's newspapers repeatedly demurred. Schools superintendent William Jansen directly instructed his staff to refer to New York City's segregated schools as 'separate' or 'racially imbalanced': 'The use of the word "segregation" in releases is always unfortunate.'" [Purnell.]

401. "After a decade of meetings, rallies and black parent organizing, on Feb. 3, 1964, over 460,000 students and teachers stayed out of school to protest the lack of a comprehensive desegregation plan for New York City schools —— the largest civil rights demonstration of the era, far outstripping the March on Washington." [Purnell.]

402. DEFENDANT City of New York "bowed to white parents' pressure not to desegregate." [Purnell.]

403. "[O]pposition to civil rights activism was fierce in New York." [Purnell.]

404. Over 38,000 black teachers in the South and border states lost their jobs after the Brown v. Board of Education ruling in 1954.

405. "Black students lost role models who not only knew them on a personal level, but had a unique understanding of their communities, cultural identities, and individual situations." [Lutz.]

406. "Many blacks believed that "without the principals, the members of the African American community lost their voice in education, and the students also lost role models whom they were able to trust and emulate.'" [Lutz quoting Martha Lash and Monica Ratcliffe, "The Journey of an African American Teacher Before and After Brown v. Board of Education," The Journal of Negro Education 83, no. 3 (2014): 334.]

407. "In 1964, a year before the passage of the Voting Rights Act, in a poll conducted by the New York Times, a majority of white people in New York City said the civil rights movement had gone too far. Respondents spoke of black people receiving 'everything on a silver platter' and of 'reverse discrimination' against whites. Nearly half said that picketing and demonstrations hurt black people's cause." [Purnell.]

408. Malcolm X stated: "[You] could not deny the fact that all these new laws are aimed at the South. None of them are aimed at the North. Nothing in this legislation is designed to straighten out the situation that you and I are confronted with here in New York City. There's nothing in the bill that will stop job discrimination in New York, that will stop housing discrimination in New York, that will stop educational discrimination in New York. There's nothing in the bill that will stop the police from exercising police state tactics in New York. There's nothing in the bill that touches on your and my problem here in New York City. Everything in the bill deals with our people in the South." [Stated during the second rally of the Organization of Afro American Unity at the Audubon Ballroom in New York on July 5, 1964.]

[Passage of the Civil Rights Act of 1964]

409. In July of 1965, the Civil Rights Act of 1964 was passed by President Lyndon B. Johnson.

410. Pursuant to Title VII, it is unlawful for an employer (1) "to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin."

411. Pursuant to Title VII, it is also unlawful for an employer to (2) "to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin."

412. "Disparate impact is a legal theory of discrimination liability that holds employers, housing authorities, and other entities accountable for practices that have discriminatory effects on groups protected under anti-discrimination laws, even when there is no intent to discriminate." ["Disparate Impact." Ballotopedia. https://ballotpedia.org/Disparate_impact.]

413. Before Title VII was passed, Malcom X adamant that the laws would not be effective, especially in the North, and specifically in cities like DEFENDANT City of New York.

414. Before Dr. Martin Luther King, Jr. was assassinated by the U.S. government, he feared that African Americans were integrating into a "burning house."

21

415. After DEFENDANT United States of America's government was involved in the assassination of civil and human rights leaders Malcolm X, Dr. Martin Luther King, Jr., and Fred Hampton to name a few, DEFENDANT United States of America's government sought to prevent the rise of another "black messiah."

416. "As early as 1949, Congressional bills to abolish CDC because of the remarkable decline in infectious disease mortalities twice won by impressive majorities." [Kennedy, Jr., pg. 130.]

417. In March 17, 1978, Zbigniew Brzezinski published a Memorandum re: "Black Africa and the U.S. Black Movement."

418. In the Memorandum, Brzezinski discusses how to prevent the rise of another "black messiah" in the U.S.

419. Brzezinski later became an aide to Barack Obama during his presidency.

[Immigration and the influx of Hispanics in or around the Civil Rights Act of 1964 was passed]

420. Today, African Americans are outnumbered by Hispanics and now constitute the second largest minority group in DEFENDANT United States of America.

421. During the 1970s and 80s, DEFENDANT United States of America's government responded to chants of "I'm black and I'm proud" by pushing crack into their communities, stagnating their progress.

422. "From the mid-1970s, CDC was seeking to justify its existence by assisting state health departments track down small outbreaks of rabies and a mouse disease called hantavirus, and by linking itself to the military's bioweapons projects." [Kennedy, Jr., pg. 130.]

[Conservative judicial agenda of the 1980s beginning with Ronald Reagan and culminating with the presidency of Donald Trump]

423. Predominately "white" male federal judges are engaging in a race-based conspiracy to eviscerate many of the gains made for African Americans during the civil rights movement.

424. Throughout history and into the present, all levels of the U.S. judiciary have been overrepresented by "whites."

425. Less than 20 years after the passage of the Civil Rights Act of 1964, Roanld Reagan helped usher in the "conservative judicial agenda" beginning in 1980.

426. Regan's "emphasis on the courts is rooted in a conservative movement of the 1960's, when ''Impeach Earl Warren'' signs blossomed across the countryside." [Steven V. Roberts. "THE NATION; Reagan's Legions of Nominees Put His Own Stamp on the Judiciary." The New York Times. October 9, 1988.]

427. Reagan was also quoted as saying that the "[Founding Fathers] never intended, for example, that the courts pre-empt legislative prerogatives or become vehicles for political action or social experimentation, or for coercing the populace into adopting anyone's personal view of utopia.'' [Weinraub. The New York Times.]

428. On October 22, 1985, the New York Times wrote: "President Reagan promised today to use the rest of his second term to appoint Federal judges who seek ''judicial restraint,'' and he criticized those who view courts as ''vehicles for political action and social experimentation.'" [Bernard Weinraub. "Reagan Says He'll Use Vacancies to Discourage Judicial Activism." The New York Times. October 22, 1985.]

429. "Edwin Meese, the President's counselor during Mr. Reagan's first term and the Attorney General for much of the second." [Roberts]

430. "With Mr. Meese taking the lead, the White House set up an elaborate procedure for screening judicial candidates that included a computerized analysis of their published opinions, articles and public speeches." [Roberts]

431.By October of 1988, "[f]ewer than 2 percent of the 375 Reagan judicial appointees as of October have been black, fewer than 5 percent Hispanic and fewer than 9 percent female." [Stuart Taylor, "Reagan's Judges." The New York Times. December 11, 1988.]

432. 3.4 percent of Nixon appointed 3.4 percent of African Americans to the bench, while Ford appointed 5.8 percent and Carter 13.9 percent.

433. Reagan's appointments "significantly diluted the power of Democratic judges named since 1960 by Presidents Kennedy, Johnson and Carter, and altered the basic tone of the Federal judiciary.

434. "True to the key tenets of the conservative judicial agenda, these judges tend to construe laws as narrowly as possible and usually favor law enforcement officials over criminal defendants."

435. Reagan was responsible for appointing federal judge Antonin Scalia to the Supreme Court.

22

436. "In opinions, articles and debates, Judge Scalia has said or strongly suggested, among other things, that the Supreme Court was wrong to recognize a constitutional right to abortion, to approve ''racial affirmative action,'' to order busing as a desegregation remedy and to strike down all existing death penalty laws in 1972." [Stuart Taylor. "Scalia's Views, Stylishly Expressed, Line Up With Reagan's. The New York Times. June 19, 1986.]

437. "Building on the record of Ronald Reagan before him, Mr. Bush has put into place a Federal judiciary with its own distinct conservative philosophy." [Neil A. Lewis. "The 1992 Campaign; Selection of Conservative Judge's Ensure A President's Legacy. The New York Times. July 1, 1992.]

438. "During his Presidency, Mr. Reagan appointed about 325 lawyers to the Supreme Court, the appellate courts and the district courts...Mr. Bush has appointed 150 more, so that now 60 percent of the nation's sitting Federal judges were selected by these two men. And Mr. Bush is expected to fill 30 more slots before Election Day." [Lewis, The New York Times.]

439. By July of 1992, Reagan-Bush nominees made up the majority on 10 of the 13 appeals courts and the two Presidents appointed about 70 percent of the nation's appellate judges. [Lewis, The New York Times.]

440. Faithful to Mr. Reagan's approach of selecting conservatives, "Mr. Bush's choices [were] generally white, wealthy, male and perhaps most striking of all, relatively young." [Lewis, The New York Times.]

441. One of a handful of African American federal judges appointed by George H. W. Bush is current Supreme Court justice Clarence Thomas.

442. "The President, when asked in an interview to name his major achievements, cited his record in judicial appointments: 'We have good, quality judges. I think I'd take that as a significant accomplishment.'" [Lewis, The New York Times.]

443. "I don't know if [George H. W. Bush] explicitly sat down and told the right wing, 'I'll leave you the judges and social policy,' but that's exactly what happened," Senator Biden said." [Lewis, The New York Times.]

444. President Trump is conscious of race when selecting individuals to fill key positions within his administration.

445. President Trump has selected majority white men to keys positions within his administration.

446. "The 13 [appellate] courts are the last stop for federal cases before the Supreme Court, and nearly all federal litigation ends there." [Ruiz. New York Times.]

447. "US President Donald Trump has ordered federal agencies to stop racial sensitivity training, labelling it 'divisive, anti-American propaganda'. A memo to government agencies says it has come to his attention that millions of dollars of taxpayers' money have funded such 'trainings'. The document says these sessions only foster resentment in the workforce. Mr. Trump has previously said he does not believe systemic racism is a problem in the US." ["Trump Bans 'Anti-American' Diversity Training." BBC. September 5, 2020.]

448. "Nearly two weeks after Democrats grilled Attorney General William P. Barr over the Justice Department's crackdowns on racial justice protests, Barr on Sunday lashed out at the Democratic Party and the Black Lives Matter movement, saying in an interview on Fox News that liberals are intent on 'tearing down the system' and calling protesters' tactics 'fascistic.'" [Tim Elfrink, Teo Armus and Jaclyn Peiser. "Protests: Barr Slams Black Lives Matter, Accuses The Left Of 'Tearing Down The System." The Washington Post. August 11, 2020.]

449. In November of 2019, Trump stated at a gathering of Republican leaders and conservative judicial activists, "I've always heard, actually, that when you become president, the most — single most — important thing you can do is federal judges."

450. "President Trump on Friday made a direct appeal to Black voters with a slew of targeted policy pledges if he's reelected in November, including making Juneteenth a federal holiday and prosecuting the Ku Klux Klan as a terrorist organization. Trump, speaking to supporters in Atlanta, unveiled what he dubbed the "Platinum Plan" for Black voters, outlining what a second term policy agenda could look like for African Americans. The plan leans heavily on economic proposals, such as tax cuts for minority-owned businesses, further focus on opportunity zones that encourage investment in low-income areas and additional money for broadband and internet access to foster job and educational opportunities." [Marty Johnson and Brett Samuels. "Trump pledges to make Juneteenth a federal holiday, designate KKK a terrorist group in pitch to Black voters." The Hill. September 25, 2020.]

451. Throughout history and into the present, all levels of the U.S. judiciary have been overrepresented by "whites."

452. DEFENDANT Trump has frequently "attribute[d] his popularity among Republicans to his judicial appointments." [Ruiz. New York Times.]

453. "When Mr. Trump took office there were 103 unfilled federal court openings, in addition to a Supreme Court seat, in part because Senator Mitch McConnell of Kentucky, the Republican leader of the Senate, and allies had refused to proceed with confirming many of Mr. Obama's nominees." [Ruiz. New York Times.]

454. "The last time so many vacancies had been left to a successor of the opposing party was when the federal bench was expanded by dozens of judges under President George H.W. Bush." [Ruiz. New York Times.]

23

455. Trump has referred to El Salvador, Haiti and African countries as "shitholes."

456. "President Trump has appointed judges to the federal appeals courts at a record-setting pace." [Rebecca R. Ruiz, Robert Gebeloff, Steve Eder and Ben Protess. "A Conservative Agenda Unleashed on the Federal Courts." New York Times. March 14, 2020.]

457. "The Trump appointees are far less diverse than Mr. Obama's, with two-thirds of them white men." [Ruiz. New York Times.]

458. "The new judges have been selected for their rock-solid conservative credentials, including at least seven that had previous jobs with Mr. Trump's campaign or his administration." [Ruiz. New York Times.]

459. "All but eight had ties to the Federalist Society, a legal group with views once considered on 'the fringe.'" [Ruiz. New York Times.]

460. "Now, as he seeks a second term, Mr. Trump can boast of having named more than a quarter of all judges on the appeals courts, 51 to date." [Ruiz. New York Times.]

461. "When ruling on cases, [Trump's appellate appointees] have been notably more likely than other Republican appointees to disagree with peers selected by Democratic presidents, and more likely to agree with those Republican appointees, suggesting they are more consistently conservative." [Ruiz. New York Times.]

462. "Mr. Trump has appointed more judges to the appeals courts, where eight of the nine current Supreme Court Justices served, than any other president during the first three years in office." [Ruiz. New York Times.]

463. "More than one-third of the Trump appointees have filled seats previously occupied by judges appointed by Democrats, tipping the balance toward conservatives in some circuits that include largely Democratic states like New York and Connecticut." [Ruiz. New York Times.]

464. "In a history-making intervention, one of Mr. Trump's appellate picks was confirmed only when Vice President Mike Pence broke a 50-50 deadlock. It was Mr. Pence's 12th tiebreaking vote in the Senate, the most of anyone in his office since the 1870s, and the only time a vice president installed a nominee to the bench." [Ruiz. New York Times.]

465. "The judge, Jonathan A. Kobes, had been working on Capitol Hill as an aide to a Republican senator. He was rated unqualified by the American Bar Association, which questioned his ability to reflect "complex legal analysis" and "knowledge of the law" in his writing." [Ruiz. New York Times.]

466. On [insert date], Justice Ruth Bader Ginsburg died. On September 26, 2020, Trump nominated [insert name].

467. On [insert date], Trump announced that his replacement for Ginsburg's seat on the bench was federal judge Amy C. Barnett.

468. Judge Barnett is a woman classified as 'white.'

469. Judge Barrett, a noted originalist, once served as a clerk to former Justice Antonin Scalia.

470. In Smith v. Illinois Department of Transportation, "Judge Barrett authored an opinion rejecting a claim by a Black employee, Terry Smith, that he had been subject to a racially hostile work environment when his supervisor used the 'n-word' to refer to him directly. Rejecting that claim, Judge Barrett concluded that use of the n-word did not necessarily create a racially hostile work environment." [NAACP. October 21, 2020.]

471. "[O]n Tuesday, October 13, 2020, Judge Barrett [falsely] testified [before the Senate Judiciary Committee regarding her nomination to the Supreme Court] that she had rejected Mr. Smith's hostile environment claim because he failed to base his claim on being subjected to use of the n-word by his supervisor."

472. If Barnett is appointed to the Supreme Court, the Republicans will have a 6 to 3 majority.

473. A majority white and ideologically conservative judiciary cannot be "neutral," "objective," "impartial" or "independent" on matters concerning race, civil rights and affirmative action.

474. As of today, Republican Justices in the Supreme Court have a 6-3 majority.

VIII. Intentional Violations of Brown Throughout the Entire U.S.:

475. "As education in the United States has evolved over the years, one consistent — and significant — factor has been anti-Black racism." [Harvard Library. https://library.harvard.edu/confronting-anti-black-racism/education.]

A. Nationwide:

476. DEFENDANT United States of America's schools are a microcosm of our highly racist society.

24

477. "Although Brown v. Board of Education ended legal segregation in public schools, it did not end racial inequality in education." [Harvard Library.]

478. "[G]enerations of Black Americans both before and after [Brown have been] forced to defy laws and structural barriers to receive an education even close to equal." [Harvard Library.]

479. "Freedom of Choice plans, private school vouchers, and white flight into suburbs perpetuated segregation and further concentrated wealth and school resources into predominantly white areas." [Harvard Library.]

480. "[M]any federal rulings after the Brown decision dismantled desegregation policies and strategies, and public schools today remain highly segregated by race, ethnicity, and socioeconomic status." [Harvard Library.]

481. "Since the end of the 1970s, something has gone profoundly wrong in America. Inequality has soared. Educational progress slowed. Incarceration rates quintupled. Family breakdown accelerated. Median household income stagnated...[T]he average American has been stuck since the Reagan era in a predawn darkness of stagnation and inequality, and we still haven't shaken it off, particularly since 2000. Inequality has increased further" under Presidents Barack Obama, Donald Trump and Joe Biden. [Nicholas Kristof. "Reagan, Obama and Inequality." New York Times. January 21, 2015. http://nyti.ms/1CRC1EV.]

482. 70 years after the passage of Brown, public schools in DEFENDANT United States of America, African American students throughout the nation are still being "deprived of the equal protection of the laws guaranteed by the Fourteenth Amendment."

483. "Majority of public-school students in the United States are now people of color[.]" [Iman Rastegasi and Leah Shafer. "White Principals, Black and Brown Schools." Harvard. February 8, 2018.]

484. "About 70 percent of students of color attend majority-minority schools, half of all black students are in schools that are at least three-fourths people of color, and a third of both blacks and Latinos attend schools where the student bodies are virtually all black and brown." [Tim Wise. Colorblind. pg. 102. 2010.]

485. "In large urban areas, these data are even more extreme. [F]or instance, in Chicago, the average black student attends an 86 percent black school, while in New York City, six in ten black students attend a school where 90 percent or more of all students are black." [Wise, pg. 102.]

486. "In large urban areas generally, two-thirds of black and Latino students attend schools where enrollment is at least 90 percent black and brown." [Wise, pg. 102.]

487. "These majority-people of color schools are anywhere from eleven to thirteen times more likely than mostly white schools to be places with high levels of concentrated poverty among their students." [Wise, pg. 102.]

488. "Concentrated poverty...complicates the task of delivering a high-quality education to students, as their families will face disproportionate rates of unemployment, inadequate nutrition and growing up in isolated, crowded spaces, largely cut off from the larger social opportunity structure." [Wise, pg. 102.]

489. "[I]t is often lower-income schools of color in which the least experienced teachers are placed, as those with more experience seek out teaching assignments in wealthier and whiter communities." [Wise, pg. 102.]

490. Research has found that "teachers with the most experience, highest levels of certification and best track records in terms of boosting the achievement of their students, choose to leave schools when the numbers of black students enrolled begin to increase." [Wise, pg. 102.]

491. "In California, schools where more than half the teachers lack credentials in the fields they teach, have, on average, 98 percent student of color." [Wise, pg. 103.]

492. "[N]ationally, in schools serving mostly people of color, students have less than a fifty-fifty chance of ending up with a math or science teacher with a degree in the field, or who is licensed to teach those subjects specifically." [Wise, pg. 103.]

493. "[N]ew teachers at mostly black and brown schools are five times more likely to be unlicensed in the field they teach than are newly hired teachers in mostly white schools." [Wise, pg. 103.]

494. "Overall, students of color are half as likely as white students to be taught by the most experienced and qualified teachers, and twice as likely to be taught by the least experienced and least qualified teachers." [Wise, pg. 103.]

495. "Children can lose several points on a standard IQ test for every year they are subjected to substandard resources, instruction and facilities." [Wise, pg. 103.]

496. "Research from Texas shows that students who start out ahead academically but are then exposed to less-qualified teachers experience a rapid drop in performance, while those who start out behind but have highly qualified instruction can catch up with those who started ahead, and even surpass them." [Wise, pg. 103.]

497. The "concentration of students of color in high-density, majority-minority and low-income schools is not only an issue for poor and working-class students and families of color...[E]ven blacks with incomes higher than those of whites are less likely to attend high-quality schools and more likely to live in low-income neighborhoods than whites are." [Wise, pg. 103-104.]

498. "According to one study in Philadelphia, African American children from affluent families typically attend schools with three times as many low-achieving poor students as affluent white children do." [Wise, pg. 104.]

499. Most schools, including colleges and universities, continue to be segregated by race and/or color.

500. Many who interpret gaps in educational achievement between white and non-Asian minority students, as measured by standardized test scores, and presume, based on the belief that equal opportunity now exists, that "continued low levels of achievement on the part of minority students must be a function of genes, culture, or a lack of effort and will.

501. DEFENDANT United States of America's "white"-controlled educational system and institutions are inherently racist.

502. Throughout all 50 states in DEFENDANT U.S., majority of teachers, vice principals, principals, superintendents, authors of textbooks, curriculum decisionmakers, etc. are classified as "white."

503. The widespread existence of racially segregated schools throughout the United States of America present-day are not accidental or due to chance and demonstrates racism's malleableness and resistance to change.

504. Racial segregation throughout DEFENDANT United States of America schools, including DEFENDANT NYCDOE, has shifted from de jure to de facto.

505. Today's schools are shaped by decades of institutional racism and most school districts are violating Brown v. Board of Education and Title VII without any consequences or repercussions.

506. DEFENDANT United States of America, Department of Education and NYCDOE's education policies are sites of antiblackness.

B. New York City:

507. "New York's Constitution places responsibility for education with the Board of Regents, not with the Governor." [Johanna Miller. "BILL GATES SHOULDN'T BE THE ONE 'REIMAGINING' NY'S PUBLIC EDUCATION." NYCLU. MAY 8, 2020. https://www.nyclu.org/en/news/bill-gates-shouldnt-be-one-reimagining-nys-public-education.]

508. DEFENDANT NYCDOE is the largest public school district in the country with over one million students and 75,000 teachers in 1,800 schools. [Source]

509. "There are 1,876 schools within the DOE as of Fall 2020, including 268 charter schools." [NYC DOE]

510. According to DEFENDANT NYCDOE's website, as of 2020, there were "1,094,138 students in the NYC school system, the largest school district in the United States. Of those students: 40.8 percent Hispanic, 24.7 percent black, 16.5 percent Asian, 14.8 percent white and 138,648 are in charter schools." [NYC DOE. https://www.schools.nyc.gov/about-us/reports/doe-data-at-a-glance.]

511. Of those students: "13.3 percent of students are English Language Learners, 20.8 percent are students with disabilities and 73.0 percent are economically disadvantaged." [NYC DOE.]

512. Every year, the NYC DOE receives a budget in the amount of billions.

513. For the 2021-2022 school year, the NYC DOE's total budget was $38 billion.

514. "Despite its polychromatic diversity," New York City still holds to honor of being one of the most racially segregated cities in the nation and its school system is no different.

515. It cannot be disputed that 70 years after the Supreme Court ruled "separate but equal" to be unconstitutional in Brown v. Board of Education (1954), the State of New York is one of the most racially segregated states for black and brown students.

516. DEFENDANT City of New York is "among the most segregated school districts in the country." [Elizabeth A. Harris. "New York City Council to Look at School Segregation." New York Times. October 21, 2014. https://www.nytimes.com/2014/10/22/nyregion/new-york-city-council-to-look-at-school-segregation.html; See also The Editorial Board. "Confronting Segregation in New York City School." The New York Times. May 17, 2017. https://mobile.nytimes.com/2017/05/15/opinion/school-segregation-nyc.html. (noting that NYC "has one of most deeply segregated school systems in the nation.")]

517. When former mayor, DEFENDANT Bill De Blasio, was asked to explain NYC's deeply segregated school system, he "dodged [the question] by saying that the schools are a reflection of historical housing patterns, and, 'We cannot change the basic reality of housing in New York City.'" [The Editorial Board. "Confronting Segregation in New York City School." The New York Times. May 17, 2017. https://mobile.nytimes.com/2017/05/15/opinion/school-segregation-nyc.html.]

518. As the Editorial Board of the New York Times responded, "Segregation in the city's schools cannot be dismissed as an unsolvable problem. And though housing plays a role, decades-old educational policies have reinforced inequality and placed many low-income black and brown children on the road to second-class citizenship."

519. In New York City, a large number of individuals and students commute to school via public transportation, housing discrimination cannot be the primary reason for this historically "frozen" outcome.

520. Even if DEFENDANT DeBlasio's assessment were true, by 2022, DEFENDANT NYCDOE should have relied less on racially discriminatory zoning and implemented policies to desegregate its public schools.

521. For example, PLAINTIFF Mr. Washington has taught students in Brooklyn who lived in Queens and taught students in Manhattan who commuted every day from the Bronx.

C. Trans-epigenetic Effects of Educational Racism on African American Students:

522. "Racial disparities in education are the cumulative effect of generations of racism, divestment, and denied opportunities." [Harvard Library. https://library.harvard.edu/confronting-anti-black-racism/education.]

523. Educational experiences for African American students have continued to be substantially separate and unequal.

524. "Much of today's educational inequality is the legacy of historical racism. The affluence of one's family, the neighborhood in which one resides, and the educational background of one's parents all are major factors influencing educational opportunity and attainment." [Daniel J. Fairbanks. Everyone is African. pg. 125. 2015.]

525. As explained by veteran math teacher, Jose Vilson, "[I]f America has serious racial issues, especially serious racist issues, then inherently what we're teaching is going to see manifestations of that racism." [Terada, "Why Black Teachers Walk Away."]

526. "The historic roots of educational inequality lie in the history of racial segregation, and, inevitably, they continue to discriminate along socially defined lines of race, even if the intent to do so is a relic of the past. Recent trends of reversion to increased educational inequality prompted by budget woes disproportionately affect the disadvantaged, further exacerbate attainment gaps, and, tragically, erase gains that have started to close those gaps." [Fairbanks, pg. 125.]

527. "Black students face significant barriers that keep them from enrolling in college and ultimately earning a degree. It starts with their K-12 education: If schools fail to prepare them early on, they're more likely to struggle to get in or possess study habits that allow them to persist and earn a degree. Students who go to school in low-income neighborhoods might not have the standardized test scores required for admission." [Furfaro.]

528. "Educational outcomes for minority children are much more a function of their unequal access to key educational resources, including skilled teachers and quality curriculum, than they are a function of race." [Linda Darling-Hammond. "Unequal Opportunity: Race and Education." Brookings. March 1, 1998. https://www.brookings.edu/articles/unequal-opportunity-race-and-education/.]

529. Because of hiring discrimination, "Black students are far less likely to have a teacher, counselor or principal who looks like them during the course of their education compared to white students." [Hannah Furfaro.]

530. "White educators' racial biases, as well as lack of cultural competence and consideration, affects black students disproportionately." [Nyla Pollard. "STUDENT VOICE: Black boys need the guidance and mentorship of black male teachers." The Hechinger Report. January 7, 2020. https://hechingerreport.org/student-voice-black-boys-need-the-guidance-and-mentorship-of-black-male-teachers/.]

531. "Discrimination and racial bias against Black students begins as early as preschool. Several studies bear this out, including one from last year, in which researchers reported that teachers asked to rate students' academic abilities scored Black children far below white peers with identical scores. Such implicit bias can have serious negative consequences: Teachers tasked with recommending students for gifted and talented programs, for example, might overlook Black students who would excel." [Furfaro.]

532. "Black and Latino students are more likely to attend failing schools, where research shows they're more likely to be placed with teachers who are uncertified or still in training." [Greene.]

[Mislabeling]

533. "Research has found that students of color, especially African Americans, are disproportionately likely to be classified and labeled as learning disabled and placed in special education programs. This is especially" [Wise, pg. 104.]

534. In Arizona public schools, "males of color at mostly white schools are two-thirds more likely to be labeled as emotionally disturbed or learning disabled than minority males at mostly minority schools, even though the latter are far more likely to have grown up in poverty, and thus could be expected to occasionally demonstrate emotional or cognitive impairment." [Wise, pg. 104-105.]

535. "Nationally, black students are anywhere from 1.5 times to four times more likely than whites to be classified as mentally handicapped or emotionally disturbed: a range so broad as to suggest significant imprecision, subjectivity and likely bias in the evaluation process." [Wise, pg. 105.]

536. "This labeling of students has a profound effect on their future educational attainment. [S]tudents labeled as learning disabled are 20 percent more likely to drop out than students not labeled in this way, and those labeled emotionally disturbed are three time more likely to quit school than students with physical disabilities." [Wise, pg. 105.]

537. "Although the labeling itself is not the cause of the student's failure to complete their schooling, it creates a set of expectations and stigmas for those so labeled that can suppress the drive to achieve academically." [Wise, pg. 105.]

538. Nationally, research has found that "students labeled as mentally handicapped or emotionally disturbed are likely to be placed in restricted learning environments, despite evidence indicating that such students need exactly the opposite in order to thrive." [Wise, pg. 105.]

539. "[O]nce labeled and removed from normal classroom environments, students of color receive less services and support than whites who have been similarly labeled." [Wise, pg. 105-106.]

540. Both disability labeling and ability tracking can become self-fulfilling prophecies.

541. "Studies have long found that blacks and Latinos are far more likely than white students to be placed in lower-track remedial level classes and far less likely to be placed in honors courses than whites, even when their prior academic performance would justify different placements." [Wise, pg. 106.]

542. "Nationally, schools disproportionately serving students of color have about one-third as many advanced courses offered, per capita, as schools serving mostly whites." [Wise, pg. 106.]

543. According to data in 2010, there were more than 125 high schools in California without a single AP class. [Wise, pg. 106.]

544. "Evidence suggests that ability tracking actually hampers the literacy and academic accomplishments of students of color at lower levels of prior ability, while failing to boost the performance of more advanced students." [Wise, pg. 107.]

545. "Those labeled as slower learners often suffer from reduced self-esteem and a lowered sense of their own efficacy, which compromises their academic success and creates a self-fulfilling prophecy of sorts, whereby their track becomes their destiny in school." [Wise, pg. 107.]

546. "[L]ow-track teachers typically eschew a focus on academic advancement or mastery of material for their students, focusing instead on maintaining discipline, respect for authority, punctuality and simple task completion. Furthermore, they emphasize how to be less outspoken and more compliant with rules and regulations as set by authority figures (be they teachers or future bosses). There is very little room within remedial-track classes for development of critical thinking skills or for moving up the school ladder." [Wise, pg. 107-108.]

[Disparities in Punishment]

547. African American students, like in the larger society, are also disciplined more often than their "white" counterparts due to the racial biases of majority non-black teachers and staff.

548. Disproportionate rates and severity of discipline begin in preschool and extend over the years of Black children's education. [Furfaro.]

549. Black preschoolers are about 3.6 times more likely to receive at least one out-of-school suspension than white preschoolers. [Furfaro.]

550. "Nationally, fourteen separate studies have found clear racial disparities in rates of suspension and expulsion from school. Black students are two to three times more likely to be suspended or expelled than whites, even though they do not, contrary to popular belief, violate school rules disproportionately, relative to white students." [Wise, pg. 110-111.]

551. "[W]hen it comes to some of the most serious rule infractions, whites often lead the pack, and they certainly violate those rules at least as often as black and brown students do, from possession of drugs to drinking and smoking. Most of the infractions for which students of color are punished are vague, highly subjective offenses — far more given to interpretation and thus implicit bias on the part of teachers — such as 'disrespect for authority,' 'making excessive noise,' or loitering." [Wise, pg. 111.]

552. Many educators who remain colorblind or "colormute" "replicate inequities by failing to get to the bottom of their own biases or the structural impediments to equal opportunity within their schools." [Wise, pg. 112.]

553. In 2018, the Government Accountability Office ("GAO"), studying Department of Education civil rights data, also found some disturbing trends, concluding that "regardless of the racial makeup of the school, the type of punishment, the level of poverty in

the school or grade level — black students are much more likely than their white counterparts to be punished in school." [Michael Harriot. "Government Study: School is Racist." April 5, 2018. https://t.co/HYtTgONUXM.]

554. The GAO report explained, "These disparities were widespread and persisted regardless of the type of disciplinary action, level of school poverty or type of public school attended."

555. In a May 26, 2023 press release, Assistant Attorney General Kristen Clarke of the Justice Department's Civil Rights Division said: "Discrimination in school discipline can have devastating long-term consequences on students and their future opportunities. The Department of Justice's Civil Rights Division uses our federal civil rights laws to protect students from discriminatory discipline, including discrimination in suspensions and expulsions, law enforcement referrals and school-based arrests. The investigations that we describe demonstrate how students may experience discrimination based on multiple facets of their identities and reflect our joint commitment to fully protect all students." ["U.S. Departments of Education and Justice Release Resource on Confronting Racial Discrimination in Student Discipline." U.S. Department of Education. May 26, 2023. https://www.ed.gov/news/press-releases/us-departments-education-and-justice-release-resource-confronting-racial-discrimination-student-discipline.]

[Removing Consequences]

556. Many schools in NYC and other cities throughout the nation have now appeared to have done away with disciplinary measures like detention, in-school suspension and out-of-school suspension.

557. This has actually worsened student behavior and made it more difficult for teachers to teach now that there are less consequences for students who violate classroom rules and engage in disruptive behavior repeatedly.

558. Despite a reduction in disciplinary measures, a 2021 report from the city "shows that despite declines in the number of students being suspended, Black students are still almost twice as likely to be suspended as white students. For Hispanic students, there has been slightly more positive movement in disciplinary trends, but inequities still exist." [Tolani Britton. "Black & Brown kids belong in school: Stop suspending some kids unfairly." Daily News. December 22, 2021. https://www.nydailynews.com/opinion/ny-oped-black-brown-kids-belong-school-20211222-dvejtinavzba5ms5l5m6ivn474-story.html.]

559. This creates the illusion that students at these schools are well-behaved.

560. Despite a reduction in disciplinary measures, a 2021report from the city "shows that despite declines in the number of students being suspended, Black students are still almost twice as likely to be suspended as white students. For Hispanic students, there has been slightly more positive movement in disciplinary trends, but inequities still exist." [Tolani Britton. "Black & Brown kids belong in school: Stop suspending some kids unfairly." Daily News. December 22, 2021. https://www.nydailynews.com/opinion/ny-oped-black-brown-kids-belong-school-20211222-dvejtinavzba5ms5l5m6ivn474-story.html.]

[School to prison pipeline]

561. K-12 school policies allow students to be arrested on their campuses, and Black students face this fate far more often than others. [Furfaro.]

562. In the 2015-16 school year, for instance, Black students nationwide made up about 15 percent of public school students but 31 percent of those referred to police or arrested at school. [Furfaro.]

563. Black students are about 5 times more likely than white students to be detained in juvenile justice facilities and are disproportionately sent from juvenile to adult court. [Furfaro.]

564. "The rate at which Black males are being pushed out of school and into the pipeline to prison far exceeds the rate at which they are graduating or reaching high levels of academic achievement." [Dr. Nyree Dawn Dixon [Acting Superintendent]. "Peripheral View: Urban Black Male Middle School Students Academic Achievement as Influenced by Teacher Perceptions of the Students and the Students' Perceptions of How They Are Perceived" (2019). Dissertations available from ProQuest. AAI27546356. https://repository.upenn.edu/dissertations/AAI27546356]

565. Majority of those who fill the prisons and juvenile centers throughout the DEFENDANT United States of America are African American.

566. Rikers Island in DEFENDANT City of New York has "roughly 15,000 employees, with 14,000 inmates made up of men, women, and youth," "with the inmate population [being] 85% African American." [Dr. Joy DeGruy. Post Traumatic Slave Syndrome. pg. 14. 2017.]

[Racist Incidents Throughout Nation in Last Few Years]

567. In the 21st century, parents classified as "white" are still fighting to keep schools throughout the nation segregated by race and/or color.
568. On February 10, 2023, over 200 students at Alabama Hillcrest High School walked out after a "white" administrator asked students to leave out certain relevant events like slavery or civil rights from an upcoming student-led Black History Month program because "she felt uncomfortable."
569. On [insert date], videos were posted on TikTok, showing "white" girls from Philadelphia, PA spray another female with black spray paint.
570. An elementary school of DEFENDANT NYCDOE with a 41 percent African American population banned students from writing reports on Malcolm X. [Clare Trepasso. "EXCLUSIVE: Queens school barred student reports on 'bad' Malcolm X, parents say." New York Daily News. February 9, 2014. http://www.nydailynews.com/new-york/education/queens-school-barred-reports-bad-malcolm-x-parents-article-1.1607362.]
571. Students being discriminated against because of their natural hairstyles (e.g. afros, dreadlocks, etc.).

[Performance in Reading & Math]

572. "According to the National Assessment of Educational Progress (NAEP), a sector of the U.S. Department of Education, 84 percent of Black students lack proficiency in mathematics and 85 percent of Black students lack proficiency in reading skills." [Armstrong Williams. "Many of America's Black youths cannot read or do math — and that imperils us all." The Hill. November 4, 2021. https://thehill.com/opinion/education/579750-many-of-americas-black-youths-cannot-read-or-do-math-and-that-imperils-us/.]

[Racially Disparate Pass Rates on Aptitude Tests]

573. "The ACT, the SAT, the LSAT, the MCAT — Black students do worse than white students on nearly every prominent precollege and preprofessional test." [Greene.]
574. The makers of these tests are predominately "white."

[Racial Disparities in Rates of Graduation]

575. Black students "have higher dropout rates and lower college attendance rates than their white counterparts."
576. Based on data compiled by the United States Department of Education on high school graduation rates nationwide in the 2017-18 academic year, 85.3 percent of all students graduated from high school in four years. ["The Racial Gap in Four-Year High School Graduation Rates." The Journal of Blacks in Higher Education. March 16, 2020. https://www.jbhe.com/2020/03/the-racial-gap-in-four-year-high-school-graduation-rates/.]
577. For White Americans, 89.1 percent of all students graduated from high school in four years. For African Americans, the figure was 79.0 percent. Hispanics students had a graduation rate of 81.0 percent.
578. The highest Black student high school graduation rate was in the state of Alabama. There, 87.7 percent of all Black students earned their high school diplomas within four years. This was just 3.8 percentage points lower than the rate for Whites.
579. Texas had the second-highest graduation rate for Black students at 86.5 percent.
580. The lowest Black student high school graduation rate of 67 percent was in the District of Columbia.
581. In all 50 states, the graduation rate for White students was higher than the rate for Black students.
582. In Wisconsin, the Black student high school graduation rate was 24.1 percentage points lower than the rate for White students.

[Blacks in Higher Education]

583. "Diversity in higher education has made improvements over the years but is still not accessible to all, primarily due to cost. The National Center for Education Statistics found that in 2017, 41 percent of white young adults were enrolled in college, compared to 36 percent of black and Hispanic young adults. Additionally, for Americans over 25, 33 percent of whites have a bachelor's degree, compared to 19 percent of blacks and 16 percent of Hispanics." [Elin Johnson. "Racial Inequality, at College and in the Workplace." Inside Higher Ed. October 17, 2019. https://www.insidehighered.com/news/2019/10/18/racial-inequality-college-and-workplace].

584. A 2016 Pew Research finding showed that Blacks are more likely to have been victims of racism if they attended college. [Nathan Hardy. https://www.diverseeducation.com/demographics/african-american/article/15107367/underrepresented-in-faculty-jobs-part-of-the-problem-is-racism-against-black-faculty-and-students.]

585. "Black students complain about how they are treated differently in new student orientation, put into remedial courses, and discouraged from certain majors. This can increase lawsuits, bad press, and protests for colleges, and decrease trust in the educational system." [Hardy.]

586. The Atlantic article, "The Disciplines Where No Black People Earn Ph.Ds.," noted that more than a dozen fields of study in 2017 had no Black doctoral students.

587. The plight of Black graduate students is particularly important because graduate school is a pipeline for future teachers and other underrepresented occupations that can serve as encouragement.

588. "Improved educational outcomes for Black students today can only be achieved by addressing these historic, race-based inequities." [Harvard Library.]

589. "Black students face an uphill battle against a system built on centuries of racism, divestment, and denied opportunities." [Harvard Library.]

590. These frozen trends will continue into the future until structural and systemic forms of racism are eradicated.

591. The disparities that exist between blacks and "whites" are due to the trans-epigenetic effects of slavery, Jim-Crow semi-slavery and on-going racism since the passage of the Civil Rights Act of 1964 or last 60 years.

592. "New York school districts with higher proportions of students of color have less funding, fewer advanced courses and enrichment activities, outdated and culturally irrelevant curricula, and armed police patrolling hallways and classrooms. In many neighborhoods, school buildings themselves expose students to toxic air, water, and chemicals. " [Miller.]

IX. DEFENDANTS DOE & NYCDOE's On-Going and Intentional Violations of Title VII and Additional Civil Rights Laws:

B. Systemic Disparate Treatment:

593. Occupational segregation based on race throughout DEFENDANT United States of America has shifted from de jure to de facto.

594. "Well over a half-century after Brown, black teachers make up a miniscule fraction of the teaching force, which has negatively impacted many black students in terms of test scores and graduation rates." [Lutz.]

595. 60 years after the passage of Title VII, African Americans remain grossly underrepresented throughout higher-status, higher-paying positions in school districts nationwide.

596. "Latino, Black, Asian, and Native American teachers account for 17 percent of all U.S. public school teachers." [Travis J. Bristol. "Black Male Teachers: There Aren't Enough Them." Stanford Center for Opportunity Policy in Education. 2015. https://ed.stanford.edu/in-the-media/black-male-teachers-there-aren-t-enough-them-op-ed-travis-bristol-ma-04.]

597. "7 percent of all public school teachers are [African American]." [Youki Terada. "Why Black Teachers Walk Away." Edutopia. March 26, 2021. https://www.edutopia.org/article/why-black-teachers-walkaway.]

598. Due to on-going hiring discrimination in the present and other employment practices that act as headwinds, 2% of teachers are African American males. [Bristol.]

599. According to the U.S. Census Bureau, "In 2020, the Black or African American alone population (41.1 million) accounted for 12.4% of all people living in the United States." [https://www.census.gov/library/stories/2021/08/improved-race-ethnicity-measures-reveal-united-states-population-much-moremultiracial.html.]

31

600. "In 2012, the black and white teachers who applied for jobs in [an unnamed] district were equally qualified, researchers found. However, white teachers received a disproportional number of job offers. Although 13 percent of job applicants were black, only 6 percent received offers. On the other hand, 70 percent of applicants were white, and 77 percent received offers. Black teachers disproportionately received job offers from schools with black principals. Black teachers were also disproportionately hired in schools with high rates of low-income and minority students." [Rebecca Klein. "Why Aren't There More Black Teachers? Racial Discrimination Still Plays A Role." HuffingtonPost. April 12, 2017. https://www.google.com/amp/m.huffpost.com/us/entry/us_58ebdcc2e4b0c89f912083dc/amp.]

601. "In 2012, the black and white teachers who applied for jobs in [an unnamed] district were equally qualified, researchers found. However, white teachers received a disproportional number of job offers. Although 13 percent of job applicants were black, only 6 percent received offers. On the other hand, 70 percent of applicants were white, and 77 percent received offers. Black teachers disproportionately received job offers from schools with black principals. Black teachers were also disproportionately hired in schools with high rates of low-income and minority students." [Rebecca Klein. "Why Aren't There More Black Teachers? Racial Discrimination Still Plays A Role." Huffington Post. April 12, 2017. https://www.google.com/amp/m.huffpost.com/us/entry/us_58ebdcc2e4b0c89f912083dc/amp.]

602. Many studies have shown how on-going patterns of race-based discrimination in the job market contributes to employment, income and wealth gaps between "whites" and people of color.

603. In a 2003 study titled "Are Emily and Greg More Employable than Lakisha and Jamal? A Field Experiment on Labor Market Discrimination," researchers Marianne Bertrand and Sendhil Mullainathan found that job applicants with "white-sounding names" are about 50 percent more likely to be called back for a job interview than applicants with "black-sounding" names, even when their qualifications are indistinguishable. [Bertrand, Marianne and Sendhil Mullainathan. "Are Emily And Greg More Employable Than Lakisha And Jamal? A Field Experiment On Labor Market Discrimination," American Economic Review, 2004, v94(4,Sep), 991-1013. https://www.nber.org/papers/w9873.]

604. In this study, the researchers discovered that the value of merely having a "white"-sounding name was equivalent to being black and having eight more years of experience than a "white" job applicant.

605. In 2019, "[e]conomists from the University of California Berkeley and the University of Chicago sent 83,000 job applications to 108 Fortune 500 employers — half with traditionally white-sounding names, the other half with distinctively Black-sounding names. Applicants with Black names were called back 10% fewer times across the board — and even less when it came to specific companies — despite having comparable applications to their white counterparts." [Robin Young and Serene McMahon. "Name Discrimination Study Finds Lakisha And Jamal Still Less Likely To Get Hired Than Emily And Greg." WBUR. August 18, 2021. https://www.wbur.org/hereandnow/2021/08/18/name-discrimination-jobs.]

606. Hiring discrimination acts as a form of affirmative action for "whites."

607. While more than 75% percent of DEFENDANT NYCDOE's students are of color, "only 40 percent of teachers are of color." ["A Qualitative Evaluation of the Early Implementation of and Current Participants' Experiences with the NYC Men Teach Program." Westat. April 2019. https://www1.nyc.gov/assets/opportunity/pdf/evidence/nyc-men-teach-rpt-2019.pdf.]

608. "This disparity between the racial/ethnic composition of teachers and students in our schools is troubling for several reasons. First, in this flat or interconnected world, our children deserve a diverse teaching force to prepare them to be global citizens. Second, diversity drives innovation. White teachers can benefit from having teachers of color on the faculty to assist with navigating unfamiliar cultural territory and designing culturally sustaining pedagogy. Finally, evidence exists that there is an added-value — as measured by increases on standardized exams — for students of color when taught by a same race teacher." [Bristol.]

609. Had racial discrimination not be taking place in the present, there would be less "white" teachers employed and more African American teachers employed throughout schools in DEFENDANTS United States of America, City of New York and NYCDOE.

610. "[R]ecruitment and hiring practices tend to leave out Black educators or pay them less than their peers." [Hannah Furfaro. "To understand structural racism, look to our schools." Seattle Times. July 14, 2020. https://www.seattletimes.com/education-lab/to-understand-structural-racism-look-to-our-schools/?amp=1.]

611. "Blacks who manage to be hired as faculty can face racism in the work environment. This includes suffering from microaggressions, significantly higher rates of promotion denials, and abuse from their students, who resist and challenge minority faculty more than White faculty, according to multiple research studies reported in the third edition of Linda Nilson's book, Teaching At Its Best." [Hardy.]

612. "Black teachers are often recruited to teach in schools serving large populations of students of color, many plagued with a lack of resources and high teacher turnover rates." [Kimberly Underwood. EdSurge. August 28, 2019.]

613. "Black teachers often feel that their contributions aren't acknowledged, their competence is unfairly questioned, or their assertiveness is perceived as aggression or anger. Ultimately, experiencing microaggressions on a regular basis can make teachers feel like second-class citizens in the school community." [Terada, "Why Black Teachers Walk Away."]

614. In a recent study published in Educational Researcher, Toya Frank, professor of mathematics education at George Mason University, "found that compared with other factors, like salary, the level of support provided by school leadership, or a lack of resources, Black teachers' experiences of racism played a major role in why they wanted to leave the profession." [Terada, "Why Black Teachers Walk Away."]

615. African American male teachers have "related inequitable teaching conditions, the lack of peer and leadership support, unrealistic accountability, expectations and scarce resources as common experiences when entering a new school setting." [Underwood.]

616. "The socio-emotional challenges black male teachers faced were not enough to drive them from their schools. The nine black male teachers who left their school or the teaching profession cited having to teach under poor working conditions — specifically dysfunctional administrators. This finding supports a recent theory by Harvard University researchers Nicole Simon and Susan Moore Johnson. Black male teachers described an environment of hyper-surveillance by administrators, continuous observations where the focus was on complying with singular ways of teaching and adhering to a scripted curriculum." [Bristol.]

617. "Yolanda Sealey-Ruiz from Teachers College at Columbia University and Richard Ingersoll from the University of Pennsylvania find that teachers of color leave the profession at rates that are higher than their White colleagues." [Bristol.]

618. "[D]espite efforts to diversify the teaching workforce, the percentage of Black teachers has dropped by one percentage point in the last 20 years." [Terada.]

619. Currently, DEFENDANT United States of America is facing "a severe nationwide teacher shortage and a disproportionately white teacher pipeline[.]" [Green.]

620. "[S]chool leadership have yet to diversify. As late as 2012, 80 percent of principals in the U.S. were white." [Iman Rastegasi and Leah Shafer. "White Principals, Black and Brown Schools." Harvard. February 8, 2018.]

621. African Americans are also less likely to be superintendents or serve on the board of education across various cities. [Meghan E. Irons. "I Have Never Seen A Black Superintendent Retire." Boston Globe. July 7, 2021. https://www.bostonglobe.com/2021/07/07/metro/i-have-never-seen-black-superintendent-retire-theres-systemic problem/; Bonnie Bolden. "Analysis: Are minority students adequately represented on local school boards? The answer may surprise you." Monroe News-Star. July 2, 2020. https://www.thenewsstar.com/story/news/education/2020/07/03/analysis-do-school-boards-adequatelyrepresent-minority-students/5357557002/.]

622. "A White education professor and founder of the Center for Minority Serving Institutions at Rutgers University, Dr. Marybeth Gasman, is renowned in the field of race in higher education. She has blamed faculty-hiring committees and their lack of diversity and racial bias training for national minority hiring problems. Gasman noted that much of the racism was directed at Blacks and gave an example in which a Black woman applied to 200 faculty jobs without success." [Hardy.]

623. Although Blacks are underrepresented in these higher-status, higher-paying positions, they are overrepresented in lower status, lower paying positions such as substitute teacher, lunch staff and janitors.

624. DEFENDANT NYCDOE, like other business, masks diversity under "people of color" while still excluding African Americans in significant numbers.

625. The racially disparate outcomes focused on in this complaint (e.g. dearth of black (male) teachers and racially segregated schools) are a direct consequence of slavery, Jim Crow semi-slavery and on-going systemic racism.

626. Like most U.S. businesses, DEFENDANT NYCDOE's employment policy manual and website contains generic language that says it does not discriminate.

627. The Teacher's and Substitute Teachers, it also contains anti-discrimination language.

628. Article 2 of the Teacher's Collective Bargaining Agreement between the UFT and NYC DOE, which is titled "Fair Practices." It states, in part: "The Board agrees to continue its policy of not discriminating against any employee on the basis of race, creed, color, national origin, sex, marital status, sexual orientation, handicapping condition, age or membership or participation in, or association with the activities of, any employee organization."

629. Any excuse proffered by DEFENDANT NYC DOE in 2023 for "freezing" its racially segregated workforce is a pretext for racism.

630. African Americans have been employed in prominent positions such as Supreme Court justices, POTUS, CEOs, doctors, etc., thus it cannot be argued that there are not enough qualified African Americans in the job market to be teachers, principals and administrators.

C. Systemic Disparate Impact:

i. Strong Reliance on Licenses:

[Process for Becoming a Teacher]

631. To become a teacher, generally, that individual must be licensed by the state.
632. Historically, "white interest groups used occupational licensing laws to stifle black economic progress." [David E. Bernstein. Licensing Laws: A Historical Example of the Use Of Government Regulatory Power Against African-Americans. https://digital.sandiego.edu/cgi/viewcontent.cgi?article=1203&context=sdlr&fbclid=IwAR1Am6fpbkZqzKBMWTWmTHZ467znfX FnHm8b0DMomxn9Q_UOOnRuL3cNuUM.]
633. "While generally not Jim Crow laws per se, the laws were used both in the South and the North to prevent blacks from competing with established white skilled workers." [Bernstein.]
634. "The pursuit of the public interest, however, was seldom the sole motivation behind the passage of licensing statutes. States and municipalities frequently passed licensing laws at the behest of the organized members of the licensed profession in order to grant them a state-sponsored monopoly at the expense of those who could not get the license." [Bernstein.]
635. "Organized groups of workers controlled the licensing process through their unions or professional societies. Those groups usually excluded blacks, and they used the licensing statutes to prevent blacks from gaining licenses in professions in which they were once numerous - particularly, though far from exclusively, in the South - and to prevent blacks from getting a toehold in other fields." [Bernstein.]
636. "There's an extensive history of states using licensure exams, sometimes intentionally, to keep Black educators out of classrooms following Brown v. Board." [Emma Green. "The $1.8-Billion Lawsuit Over a Teacher Test." The New Yorker. October 31, 2023. https://www.newyorker.com/news/annals-of-education/the-teachers-who-oppose-tests.]
637. "In the seventies, as Southern states reluctantly desegregated their schools, Black teachers and the National Education Association, a teachers' union, believed that state officials deliberately used the N.T.E. to make it less likely that Black teachers would obtain certification." [Green.]
638. "This was primarily achieved through cutoff scores—the score someone needed to get on the test in order to pass, which was determined by state officials and varied from place to place." [Green.]
639. "According to research by Leslie Fenwick, a professor of education policy at Howard, these scores have often been set slightly above the average pass rate for Black test-takers." [Green.]
670. In a quote from a 1970 report, the program director for the N.T.E. warned, 'You can build the best test available . . . but if there's malice in somebody's heart, it can be used to eliminate Blacks.'" [Green.]
671. "In the eighties, Black teachers successfully sued the state of Alabama for using teacher-certification tests that were culturally biased and had an adverse effect on racial minorities." [Green.]
672. "In a report she authored, Fenwick described the introduction in the nineties of the Praxis I, now called the Praxis Core—a broad-based skills test required in some states, often for college students interested in becoming teachers—as a disaster for her education department at a historically Black college in Atlanta." [Green.]
673. "Suddenly, instead of bustling hallways, the department struggled to recruit teacher candidates. Black students had lower pass rates on the Praxis I than white students, and failing this test meant that they were cut off from trying to become teachers before they had even started. The test shrunk the whole Black-teacher pipeline." [Green.]

[Information about the general exam]

674. "Many states, including New York, also require certain teachers to pass subject-area exams." [Green.]
675. "In 2014, New York began requiring teacher candidates to take the edT.P.A., an extensive assessment that focusses on their performance in the classroom, drawing on sample lesson plans and materials, written narratives about their experiences, and video samples of their teaching." [Green.]
676. "A few years later, the state lowered the passing score for the test; Black test-takers were nearly twice as likely to fail the edT.P.A. as white or Hispanic test-takers, according to an analysis done by Chalkbeat." [Green.]
677. In 2022, DEFENDANT State of New York "got rid of the edT.P.A altogether." [Green.]

34

687. "New York State United Teachers, a federation of unions that represents a huge number of teachers in the state, hailed the move, citing reports from students and educators who "said completing the edT.P.A. was so consuming and stressful that it ruined the student teaching experience." [Green.]

679. "Teacher candidates in New York no longer have to take a broad-based knowledge or practical exam; starting this fall [of 2023], their preparation programs will be primarily responsible for evaluating whether they're ready to be in a classroom." [Green.]

680. "New York has cycled through at least four licensure exams since the late nineteen-eighties, always eventually dropping them." [Green.]

681. "Those who become teachers often face difficulties with teacher preparation programs that frequently become barriers to teacher certification. In addition, they face challenges with standardized testing, instances of racism, marginalization and isolation, all of which often have serious implications." [Kimberly Underwood. EdSurge. August 28, 2019.]

682. No clear proof exists "that any of these changes have actually improved students' education." [Green.]

683. "In recent years, thousands of teachers who failed the LAST have received compensation for damages." [Green.]

[Alternative, Less Racially Discriminatory Pathways to Becoming a Teacher]

684. Alternative, less racially discriminatory pathways to becoming a teacher exist, but they are not heavily advertised to the public.

685. Programs like Teach for America and DEFENDANT NYCDOE's Men Teach program support that one shouldn't have to be licensed in order to teach.

686. For a minimum of seven years, DEFENDANT NYCDOE has been aware that its schools employ a dearth of qualified African American teachers and administrators, particularly African American males.

687. "Announced in 2015 by Mayor de Blasio, NYC Men Teach was launched by the NYC Young Men's Initiative (YMI) with support from the Mayor's Office for Economic Opportunity (NYC Opportunity), and is implemented in partnership between the New York City Department of Education (DOE) and the City University of New York (CUNY)."

688. According to the program's official website: "The NYC Men Teach initiative was created to inspire more men of color to become teachers in New York City through engagement and recruitment efforts. NYC Men Teach is the nation's boldest effort to diversify the teaching pipeline by recruiting and retaining 1,000 additional men of color to teach in NYC schools, where currently less than 8% of the teachers are men of color (less than 2% nationally)." ["NYC Men Teach." New York City's My Brother's Keeper. https://nycmbk.org/nyc-men-teach/.]

689. It also states: "A collaboration with NYC Department of Education, Mayor Bill de Blasio's Young Men's Initiative, and the City University of New York, the NYC Men Teach program seeks to impact people, practice, and policy around diversity in our schools and classrooms." ["NYC Men Teach.]

690. According to DEFENDANT NYC DOE, the program "engages and recruits men of color to become teachers in New York City by providing early career support, professional development, mentoring, and networking services."

691. DEFENDANT NYC DOE stated that it anticipated that there would "be an additional 1,000 men of color in our teacher pipeline."

692. On DEFENDANT City of New York's website, as of March 1, 2024, it states: "Whether a CUNY student or a career shifter, this program will help you find a pathway to teaching that is right for you." [NYC My City. June 15, 2023. https://jobs.nyc.gov/programs/nyc-men-teach/.]

693. To apply, all one has to do is have a Bachelor's degree or be a CUNY student.

694. Other schools, like charter and private schools, do not strictly rely on licenses to hire teachers.

695. Most new textbooks contain completed lesson plans, making subject matter mastery less important.

ii. Strong reliance on subjective decision making tainted with racial bias:

697. In the same way that black students are disciplined more than white students, black teachers are disciplined more harshly than their "white"-counterparts, often times, for having done absolutely nothing wrong.

698. While disciplinary measures against children have lessened, NYC DOE's questionable and ineffective disciplinary procedures against teachers remain intact.

699. "The charging process under mayoral control allows anyone, including parents, other employees and principals, to make accusations against an educator. But no tenured educator can be fired without a hearing, called 3020-a arbitration in state law." [Betsy Combier. "NYC promised to ban teacher 'rubber rooms' — they went underground instead." New York Post. August 15, 2020. https://nypost.com/2020/08/15/nyc-pledged-to-ban-teacher-rubber-rooms-they-went-underground-instead/.]

700. It has gotten to a point where a student who refuses to do any work in class and repeatedly disrupts a teacher while trying to teach, can claim that the teacher is engaging in "corporeal punishment" and/or "humiliating"/"embarrassing" the student if they have to raise their voice to prevent further disruption in the classroom.

701. Instead of the student being written up, parents can file complaints against the teacher without having a conversation with the teacher about the incident and investigation is conducted by DEFENDANT NYC DOE.

702. "The most outrageous part of this hoax is that there is no accountability and no consequences for making false accusations or abusing the process." [Combier.]

703. In one study, researchers analyzed more than 5,500 teacher evaluations in Chicago and "found that the race gap was largely a reflection of 'differences in the school and classroom settings in which teachers teach, rather than real differences in teacher performance.'" [Terada, "Why Black Teachers Walk Away."]

704. In one study, black male teaching fellows "related inequitable teaching conditions, the lack of peer and leadership support, unrealistic accountability expectations and scarce resources as common experiences when entering a new school setting." [Kimberly Underwood. "Why America Needs More Black Male Teachers." EdSurge. August 28, 2019. https://www.edsurge.com/news/2019-08-28-why-america-needs-more-black-male-teachers.]

705. Work cultures defined along racialized lines, large sources for unconscious racism and implicit racial biases. [Tristin K. Green.]

D. Individual disparate treatment:

i. PLAINTIFF Mr. Washington's Background & Work History:

706. 30 years after Brown and 20 years after the passage of Title VII, PLAINTIFF Mr. Washington was born in Winston-Salem, North Carolina.

707. PLAINTIFF Mr. Washington has always understood the value of receiving an education and has never taken receiving an education for granted.

708. PLAINTIFF Mr. Washington attended public schools in the states of Georgia and Florida and excelled academically.

709. Throughout the entirety of PLAINTIFF Mr. Washington's 13 years of public-school education (K-12), zero of his core academic teachers were African American.

710. PLAINTIFF Mr. Washington was awarded the Benjamin Banneker's Association Award for excellence in math in 2001.

711. PLAINTIFF Mr. Washington was awarded more than $100,000 in scholarships and attended the University of Miami.

712. PLAINTIFF Mr. Washington completed his undergraduate degree in three years and obtained his graduate degree in Music Business and Entertainment Industries from the University of Miami by the age of 23.

713. While attending the University of Miami, PLAINTIFF Mr. Washington worked four jobs throughout the entertainment industry simultaneously.

714. PLAINTIFF Mr. Washington served as the Urban Editor for a regional entertainment and fashion publication, publicist, student rep. for The Recording Academy and co-manager to a now 2x GRMMY Award winning Artist.

715. PLAINTIFF Mr. Washington helped Artist sign with J Records and took initial meetings with the William Morris Agency for representation in touring and other areas.

716. At no time during Mr. Washington's years of schooling was he taught about the realities of institutionalized racism throughout DEFENDANT United States of America or the truth about the African origins of hue-manity and civilization.

717. Upon moving to New York City, PLAINTIFF Mr. Washington has worked for two industries in which African Americans are significantly underrepresented, especially within higher-status, higher-paying positions: entertainment and education.

718. Between September 2008 and April 2010, Mr. Washington was employed as an Agent Trainee at the William Morris Agency (now known as William Morris Endeavor Entertainment).

719. At the time of hire, Mr. Washington was the only African American employed at any level of the company's Agent Trainee program.

720. Although PLAINTIFF Mr. Washington was considerably more qualified than his similarly situated "white" and/or "Jewish" counterparts, they all advanced above him and the second African American Agent Trainee that was hired six months later.

721. After addressing his concerns with human resources and senior management, PLAINTIFF Mr. Washington was constructively discharged and filed a complaint with the EEOC.

722. No investigation took place by EEOC investigator Andrea Hahm and when the complaint was later filed in federal court, opposing counsel use that dismissal letter to support their frivolous argument that my legal arguments were without merit.

723. In December of 2010, PLAINTIFF Mr. Washington — as a pro se litigant — filed a thorough, 80-page Complaint against William Morris, alleging intentional violations of the Civil Rights Act of 1964 and additional civil rights laws based on race, color and/or national origin.

724. Unable to find sufficient work, PLAINTIFF Mr. Washington moved to Spain for nearly a year, where he taught English privately.

725. Between December of 2016 and October of 2021, Mr. Washington was employed as a substitute teacher for DEFENDANT NYC DOE.

726. PLAINTIFF Mr. Washington taught grades Pre-K through 12th and covered all subjects, academic and non-academic (e.g. gym, music, dance, art).

727. PLAINTIFF Mr. Washington observed, as well as many of his colleagues, students and/or classrooms that were out of control, disruptive and/or rude, making it difficult for teachers to teach their lessons and students to complete assignments,

728. Currently, PLAINTIF Mr. Washington works for various events and catering companies as a server and captain.

729. Despite PLAINTIFF Mr. Washington's low paying salary, he has been able to travel the world, having visited 5 continents, 31 countries and 19 states throughout the U.S.

ii. Mr. Washington's work history at NYC DOE:

730. Between 2016 and October 2021, PLAINTIFF Mr. Washington worked at more than 50 public schools for DEFENDANT NYC DOE.

731. Most of the schools PLAINTIFF Mr. Washington taught at were largely segregated by race and/or color.

732. PLAINTIFF Mr. Washington taught at very few schools with majority "white" students.

733. At majority of the schools PLAINTIFF Mr. Washington taught at, he was the only or one of the only African American male educators in the building.

734. Based on the fact that students don't see many black male educators, PLAINTIFF Mr. Washington was very conscious of his ability to be a positive black role model in students' lives.

735. PLAINITFF Mr. Washington's teaching philosophy was Postmodernist at heart and similar in ideology to educators like Paulo Freire and Comenius.

736. "Like existentialists, postmodernist teachers work to raise their students' consciousness. While existentialists focus on consciousness about personal choice, postmodernist focus on consciousness about social inequalities by deconstructing traditional assumptions about knowledge, education, schooling, and instruction. They do not regard the school's curriculum as a repository of objective truths and scientific findings to be transmitted to students. It is an area of conflicting viewpoints — some of which dominate and subordinate others." [Allan Ornstein and Daniel Levine. Foundations of Education. pg. 178. 2011.]

737. Paulo Freire (1921-1997) "developed his philosophy of liberation pedagogy while working in a literacy campaign among impoverished illiterate peasants and urban poor in his native Brazil. For Freire, literacy meant more than learning to read and write; it raised people's consciousness about the conditions of their lives, especially those conditions that exploited and marginalized them." [Ornstein. Foundations of Education. 11th ed. pg. 121. 2011.]

738. "[Jan Komensky, known as] Comenius, an early multicultural and international educator, respected religious and cultural diversity but also believed all persons were members of a common human family. He believed that schooling, by cultivating universal knowledge and values, could promote international understanding and peace and create a nonviolent world." [Ornstein. Foundations of Education. 11th ed. pg. 99. 2011.]

739. PLAINTIFF Mr. Washington strongly believed that every student deserved the utmost quality in education and discipline and my teaching style mirrors that of the many exceptional teachers I was privileged to have been taught by growing up in the South.

740. PLAINTIFF Mr. Washington was well received by most of the students he worked with and had a special way of connecting with students, even if I had to address students who were violating classroom rules.

741. In many of the classes PLAINTIFF Mr., Washington taught, many of the students were below grade level and were unable to complete assignments and demonstrate proficiency in reading, writing and math.

742. Whether working with three-year-olds or high school seniors, PLAINTIFF Mr. Washington overall teaching style never changed. 1. PLAINITFF Mr. Washington was fair, reasonable, respectful, and relatable.

743. Compared with other substitutes and teachers, PLAINTIFF Mr. Washington went over and beyond in performing my job duties. 1. PLAINTIFF Mr. Washington had long-term teaching assignments and led classes, even with the teacher present.

744. PLAINITFF Mr. Washington built strong relationships with his students, and not only that, inspired and challenged them to become better students and hue-man beings.

745. PLAINITFF Mr. Washington created lesson plans, graded classwork and homework, held parent-teacher conferences and other things outside of what he was required and paid to do.

746. Many teachers, paraprofessionals and administrators praised PLAINTIFF Mr. Washington for his teaching abilities and classroom management.

747. Many of the classrooms throughout DEFENDANT NYCDOE contain students with varying levels of aptitude and abilities.

748. Although schools are required by law to share student IEPs with their teacher, PLAINTIFF Mr. Washington was rarely given access to these important documents.

749. There is an expectation in the 21st century, at least at DEFENDANT NYCDOE public schools, for teachers to have excellent classroom management and to teach differentiated lessons for each subject.

750. One of PLAINTIFF Mr. Washington's consistent observations at the schools he worked at, was the out of control behavior of students that went largely unaddressed by administration.

751. Talking back, cursing and cellphone usage during class was commonplace amongst students at most middle and high schools.

752. It is pretty commonplace for teachers to raise their voice in order to manage and control disruptive student behaviors.

753. "According to the Primary Sources: 2012 report, more than half of teachers wish they could spend less time disciplining students throughout the day. Time spent disciplining students takes away from the primary reasons many of us went into teaching: to help kids learn and grow." [Brad Weinstein. "The Relationship Between Behavior and Academics." Behavior Flip's Blog. March 9, 2019. https://blog.behaviorflip.com/the-relationship-between-behavior-academics/.]

754. Throughout DEFENDANT NYC DOE public schools, students have more first amendment rights than teachers.

755. "In April 2015, the New York City Department of Education modified its discipline code and added an extra step to the process for suspending students from school. Principals are now required to receive authorization from the DOE before suspending students in grades K through 2 for any behavior or any student of any age for incidents involving insubordination, such as cursing at a teacher or refusing to leave a classroom. The change was made in an effort to move away from overusing suspensions and toward alternative disciplinary measures that address the root causes of disruptive behavior." [Carmen Russo. "DeBlasio School Discipline Policy Shift Causes A Stir." Gotham Gazette. https://www.gothamgazette.com/6360-de-blasio-school-discipline-policy-shift-.]

756. "The relationship between academic and behavior problems is a long recognized phenomenon (Alexander, Entwisle, & Horsey, 1997; Hinshaw, 1992). In their meta-analysis, Maguin and Loeber (1996) found that poor academic performance appears to be related to frequency, persistence, and seriousness of delinquent activity. A more recent study (Joffe & Black, 2012) revealed that those with low academic performance had significantly greater social, emotional, and behavioral difficulties." [Brad Weinstein. "The Relationship Between Behavior and Academics." Behavior Flip's Blog. March 9, 2019. https://blog.behaviorflip.com/the-relationship-between-behavior-academics/.]

757. PLAINTIFF Mr. Washington witnessed dozens of licensed teachers who struggled to manage their classrooms.

758. There's an adversarial system for student complaints against teachers, but very little structures are in place to address inappropriate student behavior that disrupts class and the teacher's ability to teach differentiated lessons to a classroom of students are varying academic levels.

759. Each year, one or two false complaints would be made against Mr. Washington by students, their parents and/or colleagues

760. Due to the false allegations, PLAINTIFF Mr. Washington regularly took notes to document his workday.

761. PLAINTIFF Mr. Washington was never terminated by DEFENDANT NYC DOE for any disciplinary infractions.

762. Instead of addressing and helping correct student behavior, DEFENDANT NYCDOE'snadministration, often times, was nowhere to be found, making it difficult for teachers to teach and creating situations that would later be used against the teacher when trying to address and correct problematic student behavior.

763. DEFENDANT DOE requires substitutes who work more than ___ days during a school year to acquire 6 graduate level credits in education each year (up to 30 credits).

764. Substitute teachers must pay for these continuing education courses out of pocket.

765. After the sub receives 30 credits, absolutely nothing happens.

iii. Termination at P.S. 250:

766. After all schools were shut down due to alleged increases in COVID rates of infection, Mr. Washington accepted a job at P.S. 250, an elementary school located in his neighborhood of Williamsburg, Brooklyn.

767. It's because of the on-going, systemic racism why PS 250 was racially segregated at the teacher/administrative level.

768. Both the principal, Jill Amott, and vice-principal, Rosecindy Siegel, were "white" women who lived in Long Island, New York.

769. Amott oversaw a racially segregated, underperforming school and maintained a racially segregated workforce where African American males were practically nonexistent, except as custodians and lunchroom workers.

770. PLAINTIFF Mr. Washington was a frontline worker and taught in-person at P.S. 250 for majority of the 2020-2021 school year.

771. On his first day, the principal, DEFENDANT Amott, asked PLAINTIFF Mr. Washington to work for the remainder of the school year.

772. At the time of Mr. Washington employment at P.S. 250, the principal at the school was Jill Amott.

773. At the time of Mr. Washington employment at P.S. 250, the vice principal at the school was Rosecindy.

774. Both DEFENDANT Amott and Rosecindy are women classified as "white" and live in Long Island.

775. PLAINTIFF Mr. Washington was the only African American teacher teaching in-person at P.S. 250 during the 2020-2021 school year.

776. PLAINITFF Mr. Washington was originally supposed to work at P.S. 250 for a few days, but DEFENDANT Amott, who had been looking for a long-term substitute, asked the plaintiff if he wanted to remain at the school as a long-term substitute teacher in a third grade ICT class.

777. PLAINITFF Mr. Washington was never allowed to see the IEPs of any of these students, although it was required by law.

778. While working at PS 250 during the pandemic year, PLAINTIFF Mr. Washington was practically set up to fail.

779. For reasons largely out of PLAINTIFF Mr. Washington's control, he was moved twice to different classrooms by DEFENDANT Amott.

780. P.S. 250's administration also took the side of largely white and/or Hispanic adult staff who were underperforming and/or spent considerable time on their phones during class hours.

781. PLAINTIFF Mr. Washington was moved from his original third grade class, because he complained of being micromanaged by his co-teacher — an older "white" woman — who was an overall poor teacher that was unable to adapt with many of the changes brought on by the "pandemic."

782. None of the students in this class were "white."

783. At one point during the class, the co-teacher decided to reteach a lesson, telling the students that she felt she hadn't done a good job the day before.

784. In the third-grade class that Mr. Washington co-taught, he worked with a veteran teacher who was making a salary close to six figures but did substantially less than work than he did.

785. Throughout the school year, administration observed PLAITNIFF Mr. Washington's classes once,

786. That observation was the direct result of PLAINTIFF Mr. Washington speaking to DEFENDANT. Amott about the problems he was having working with his third grade co-teacher.

787. PLAINTIFF Mr. Washington sought for administration to also provide solutions for working with his co-teacher.

788. DEFENDANT Amott observed PLAINTIFF Mr. Washington's lesson, decided to teach a 5 minute mini lesson and was supposed to give Mr. Washington, as well as the co-teacher, feedback but never did.

789. DEFENDANT Amott moved PLAINTIFF Mr. Washington to a fifth grade ICT class.

790. PLAINTIFF Mr. Washington was never allowed to see the IEPs of any of these students, although it was required by law.

791. In the few weeks PLAINTIFF Mr. Washington was a co-teacher in the class, he made many observable improvements to the class containing majority students that were below grade level.

792. The class had two, new international students and they both performed better in reading, writing and math than majority of their American classmates.

793. After one parent complained that PLAINITFF Mr. Washington was giving too much homework, DEFENDANT Amott decided to move him to another classroom.

794. Throughout the entire school year, PLAINTIFF Mr. Washington also covered lunch duty on alternate days for kindergarten and first grade.

795. In or around the time of the parent's complaint about homework, a student in the first-grade class threatened to kill one of their classmates.

796. As a result, DEFENANT Amott moved PLAINTIFF Mr. Washington to co-teach in the first grade ICT class.

797. PLAINTIFF Mr. Washington remained in this classroom for the remainder of the year.

798. PLAINTIFF Mr. Washington was never allowed to see the IEPs of any of these students, although it was required by law.

799. Although there were a couple student complaints by problematic students in the classroom, PLATINIFF Mr. Washington made a noticeable, positive impact on the students in the class and their behavior drastically improved.

800. For a significant part of the last half of the school year, DEFENDANT Amott did not physically show up to school.

801. For the second half of the school year, DEFENDANT Amott never observed the fifth and first grade classes PLAINTIFF Mr. Washington taught.

802. Many teachers that Mr. Washington worked with at P.S. 250 did not give sufficient homework, would not help students correct their work, etc.

803. In each of the three classes PLAINTIFF Mr. Washington taught, majority of the students were below grade level in reading, writing and math.

804. Near the end of the school year, DEFENDANT Amott asked in-person employees if they were interested in teaching during DEFENDANT NYC DOE's Summer Rising program.

805. PLAINTIFF Mr. Washington expressed interest working during the Summer Rising program and was offered a job by DEFENDANT Amott.

806. PLAINTIFF Mr. Washington was unable to attend the Summer Rising teacher meeting where classroom assignments were distributed, but DEFENDANT Amott chose to assign PLAINTIFF Mr. Washington – the only substitute teacher – to a self-contained class with grades 3rd through 5th.

807. DEFENDANT Amott assigned all of the licensed teachers to classrooms with one grade.

808. PLAINTIFF Mr. Washington was expected to prepare and teach differentiated lessons to his students.

809. DEFENDANT Amott nor P.S. 250 provided PLAINTIFF Mr. Washington with the IEPs of students in his class, which is required by law.

810. PLAINTIFF Mr. Washington had to manage disruptive personalities and pretty odd behaviors in this class and he never raised complaints about these students to administrators.

811. On average, four students would show up to class each day.

812. On the days one student, Jane Doe, came to class, she refused to participate in class, refused to complete any classwork and was an all-around dark and negative individual, albeit very smart.

813. Another student, Jane Doe No. 1, repeatedly disrupted PLAINTIFF Mr. Washington while he tried to teach, speaking out of turn and speaking on behalf of other students, but when time to answer a question related to class, she would claim to not know the answer.

814. Jane Doe No. 1's mother was under the wrong impression that the Summer Rising program were purely a summer camp and complained that she didn't want her daughter being asked to complete classwork.

815. Acting principal, Mr. Budhu, took a meeting with PLAINTIFF Mr. Washington regarding Jane Doe No. 2 and told him that if her mother didn't want her to learn, to let her sit in class and do nothing.

816. PLAINTIFF Mr. Washington was in disbelief and did not agree, although he did not object verbally.

817. During the same meeting, Mr. Budhu expressed to PLAINTIFF Mr. Washington that up until that time, he'd thought that Mr. Washington was a licensed teacher – not a substitute – based on the way that he carried himself and his classroom.

818. A week or two later, the parent of another student, John Dee, complained about Mr. Washington.

819. P. S. 250's administrators never interviewed the two paraprofessionals that were assigned to PLATINIFF Mr. Washington's class – Ms. Nora and Ms. Shekinah.

820. The details of this complaint were never shared with PLAINTIFF Mr. Washington and the adult paraprofessionals in the classroom were never interviewed as part of the school's investigation.

821. PLAINTIFF Mr. Washington switched classrooms with a teacher covering 5th grade.

822. With two to three weeks remaining in the Summer Rising program, PLAINTIFF Mr. Washington _____

823. On PLAINTIFF Mr. Washington's first day in the new class, he asked the high school interns to stay off their phones and one of the adult paras questioned him, causing an unnecessary exchange in front of the students.

824. On more than two separate occasions, PLAINTIFF Mr. Washington complained to Rosecindy and DEFENDANT Amott about the cellphone usage of the paras (2) and high school interns (3) that stayed in his class during the academic portion of the program.

825. On the day PLAINTIFF Mr. Washington e-mailed Rosecindy and DEFENDANT Amott to do a walk through on the class so they could see staff on their phones during class, they both came up to the classroom at the end of the school day and asked PLAINTIFF Mr. Washington to meet with them at the end of class.

826. Those present at the August 3, 2021 meeting with PLAINTIFF Mr. Washington were DEFENDANT Amott, Rosecindy and Mr. Budhu.

827. DEFENDANT Amott proceeded to tell PLAINTIFF Mr. Washington that he was being terminated from P.S. 250, although no specific reason was given for the decision.

828. DEFENDANT Amott referenced the times PLAINTIFF Mr. Washington had to be moved to different classrooms and told PLAINTIFF Mr. Washington that she didn't believe he was a "good fit" for elementary schools although he was well liked by majority of the students at the school and he'd taught at more than 20 elementary schools during his teaching career.

829. No representative from DEFENDANT UFT was present during the meeting.

830. PLAINTIFF Mr. Washington did not want to be confrontational, so he accepted the decision and communicated to DEFENDANT Amott that he would be addressing this matter with DEFENDANTS NYC DOE and the UFT.

831. After the meeting, Mr. Budhu saw PLAINTIFF Mr. Washington in the hallway, offered his condolences and when asked by PLANITNFF Mr. Washington what he did wrong, Mr. Budhu said he had been accused of engaging in corporeal punishment.

832. PLAINTIFF Mr. Washington was shocked because he never put his hands on a student during the Summer Rising program.

833. PLAINTIFF Mr. Washington went over and beyond for P.S. 250 as a substitute teacher.

834. PLAINTIFF Mr. Washington was always one of the first teachers in the building, spent hours preparing lessons using PowerPoint presentations for third and fifth grades, used his own money to purchase school supplies for students to name a few and did other things to give students a sense of normalcy.

835. Mr. Washington's teaching style and efforts to see all students succeed ran counter to the culture of mediocrity and insubordination P.S. 250's majority "white" administration produced and maintained amongst its predominately melanated student population.

835. The administration at P.S. 250 was more concerned about a black teacher who valued and stressed the importance of taking education seriously and holding students to high standards, than students not being able to demonstrate mastery of core subjects and/or students with disruptive classroom behavior.

836. Less than two hours after being terminated, PLAINTIFF Mr. Washington emailed complaints about his abrupt termination to DEFENDANTS NYC DOE and UFT.

837. Less than two days later, DEFENDANT Amott submitted her resignation letter to DEFENDANT NYC DOE and announced she would become the new principal at an elementary school in Long Island, New York.

838. On November 3, 2021, a representative from DEFENDANT NYCDOE's Office of Special Investigations, Camille Blake, abruptly informed Mr. Washington's UFT rep that the scheduled interview was cancelled, and that the "case is now closed."

iv. Unlawful Termination from NYC DOE:

839. PLAINITFF Mr. Washington worked in-person nearly every day of the 2020-2021 school year without being vaccinated.

840. During the 2020-2021 school year, PLAINITFF Mr. Washington never tested positive for COVID-19 nor did any of the students in his classroom.

841. In July of 2021, DEFENDANT NYC DOE announced that it would require all non-COVID-19 vaccinated DOE employees to be tested weekly in order to work.

842. Shortly thereafter, DEFENDANT NYC DOE stated that COVID-19 vaccination would be mandatory for all DOE employees, with at least one dose, by September 27.

843. Since November 1, 2021, DEFENDANT City of New York employees have been required to submit proof that they have received the primary series of the COVID-19 vaccine, per a series of Commissioner of Health Orders.

844. The COVID-19 vaccine requirement applied to "current city and DOE employees, nonpublic school staff, early childcare and daycare staff, prospective City employees, as well as visitors to Department of Education (DOE) school buildings [e.g. parents]."

845. By November 1, 2021, most states and school districts in DEFENDANT United States of America did not impose and/or had their COVID-19 vaccine mandates vacated.

846. PLAINITFF Mr. Washington, along with many others, was terminated for refusing to put an experimental, poisonous bioweapon into his body.

847. DEFENDANT UFT was also in support of DEFENDANT NYCDOE's decision to vaccinate its workforce and students.

848. On January 4, 2022, it was reported, however, that "[o]ver 38,000 teachers and students in New York City public schools...reported positive COVID tests since the Dec. 24 start of winter recess, representing more virus cases than the entire rest of the school year combined, according to updated figures the education[.]" [Alex Zimmerman. "COVID cases among NYC students and school staff spiked over winter break." Chalkbeat New York. January 4, 2022. https://www.chalkbeat.org/newyork/2022/1/4/22867408/covid-cases-spike-winter-break-nyc-schools/.]

849. "In the first three months of the school year, through Dec. 23, nearly 23,000 staff and students tested positive." [Id.]

X. Genocidal Crimes Against Humanity:

A. Importance of Teachers

850. In the Western world, including DFEENDANT United States of America, education allows for enculturation, racist socialization and indoctrination.

851. "In Loco Parentis" is a Latin term meaning "in place of the parent" is a legal doctrine that applies to school administrators and teachers. ["Personal Injury of School _____." Dussault & Zatir, PC. March 21, 2016.]

852. "The doctrine means that while a child is at school or away on a school-sponsored, extracurricular activity, the teacher has the responsibility and duties of the student's parents." ["Personal Injury of School _____." Dussault & Zatir, PC. March 21, 2016.]

853. Teachers are our children's earliest role models outside of the home.

854. Teachers, including substitutes, are not babysitters.

855. For nearly 15 years of an individual's life, they receive an education by the State.

856. Children spend on average six hours in school each day.

857. The job of a teacher "is much broader, and more subtle: to fill students' minds and equip them to venture out into the world." [Green.]

858. "Improving the behavior of students in the classroom is part of a teacher's job." [The Editorial Team. "Strategies to Improve Classmate Behavior and Academic Outcome." May 20, 2020. https://resilienteducator.com/classroom-resources/strategies-to-improve-classroom-behavior-and-academic-outcomes/.]

859. All teachers in DEFENDANT United States of America, like judges, police officers, U.S. Presidents and members of other professions, harbor explicit and/or implicit racial biases and prejudices, to varying degrees.

860. Historically, majority of individuals employed in higher-status, higher-paying positions at DEFENDANTS DOE, NYC DOE and UFT are classified as "white."

B. Educational Fraud:

Shortcomings of Eurocentrism:

861. Postmodernists have correctly identified the shortcomings of Westernized, "white"-controlled educational system: they, like other official institutions, "help reproduce a society that is (1) patriarchal — it favors men over women — (2) Eurocentric — its so-called knowledge is largely a construction of white people of European ancestry — and (3) particularly in the United States, capitalist — private property and the corporate mentality are glorified in the free-market ideology." [Allan Ornstein and Daniel Levine. Foundations of Education. pg. 178.]

862. In these white-controlled learning environments, most subjects that are taught in grades 3K-12 are centered around whiteness and "instruction is couched within a system that sends subtle signals that math and science are the domain of White men." [Terada, "Why Black Teachers Walk Away."]

863. The Western system of education has hidden the contributions of people of African descent and exalted the contributions of people from European descent. [Allan Ornstein and Daniel Levine. Foundations of Education. pg. 178.]

864. The experiences of other groups, such as people of color, are marginal add-ons in the curriculum's official narratives.

865. DEFENDANT United States of America's institutions of higher learning are also committing fraud and aiding and abetting in the overall conspiracy to commit cultural genocide against melanated people of African descent.

866. Most of the curriculum and textbooks are designed and/or written by people classified as "white" and/or "Jewish."

867. Although we are taught about the "Jewish" Holocaust that lasted 12 years, students of all ethnicities are not taught in depth about the atrocities of the on-going African Holocaust that has spanned more than five centuries.

868. In the U.S., African American history has typically begins with a watered down history of the trans-Atlantic slave trade and/or slavery, but it cannot be disputed that Africa is the birthplace of man and civilization.

869. In 2015, the following excerpt was written in a textbook published by McGraw Hill, stated: "The Atlantic Slave Trade between the 1500s and 1800s brought millions of workers from Africa to the southern United States to work on agricultural plantations."

870. A picture of the page was uploaded to social media and it sparked considerable controversy.

871. To correct this glaring error, McGraw Hill changed the caption to characterize the migration accurately as a "forced" diaspora of slaves.

872. The company said in a statement: "We conducted a close review of the content and agree that our language in that caption did not adequately convey that Africans were both forced into migration and to labor against their will as slaves. We believe we can do better."

873. Although the company apologized, it didn't change the fact that "Texas school districts were already in possession of more than 100,000 copies of the book, while another 40,000 [were] in schools in other states across the country."

874. More likely than not, McGraw Hill employs an underrepresentation of qualified African Americans in meaningful positions throughout its company.

875. Majority of public, charter and private schools throughout the U.S. continue to teach a Eurocentric curriculum that purposefully miseducates the masses by whitewashing history and concealing the truth about many other important topics.

876. For thirteen years or more, students are indoctrinated with Eurocentric ideals and false beliefs about the reality of race and "white racial superiority."

877. When it concerns discussions of historical and systemic racism, many "whites" suffer from historical amnesia and white denial.

878. "Most whites take for granted — or even vehemently defend — the group-based advantages that past and present racial discrimination have provided them. Race-based social dominance has furthered racial inequality in every generation since blacks arrived in this country, despite the legal restrictions against racial discrimination ushered in by the civil rights movement. Institutional practices of tokenism and formal equality continue to hide the private attitudes and biases of the white majority ultimately responsible for America's hyper-segregated schools and neighborhoods, a school to prison pipeline for black children, mass incarceration, discrimination against upper- and middle-class black mortgage applicants, and the unpunished killings of unarmed African-Americans by police." [Carlton Mark Waterhouse. "Reparations Would Hit At The Core of Racial Inequality." New York Times. January 28, 2016. http://www.nytimes.com/roomfordebate/2016/01/28/racial-reparations-and-the-limits-of-economic-policy/reparations-would-hit-at-the-core-of-racial-inequality.]

879. "[M]any white people do not know their country's history, do not understand culture or socialization, and believe that we can be exempt from historical legacies and social conditioning,..This lack of understanding has serious consequences for the ability to understand systemic racism." [DiAngelo. Nice Racism. pg. 22. 2021.]

880. By refusing to teach the truth about the atrocities of slavery and Jim Crow semi-slavery, this allows "whites" to develop cognitive dissonance, ignore the realities of present day racism and downplay the role it's played in freezing the racial inequality that existed since the arrival of people classified as "white."

881. Since history is not properly taught, it allows all citizens, as well as immigrants, to become brainwashed and feel proud about their ignorance.

882. Racism cannot stay alive if the truth is taught.

883. J. A. Rogers once stated: "Racial understanding, racial sympathy, is the key to permanent WORLD PEACE." [Sex & Race Vol. 1. 1952.]

884. Any "educated" person that believes in race, that God and Jesus are "white" men, that men are superior to women, that original man and woman lacked the ability to produce skin melanin and/or that vaccines are "safe and effective" to name a few lacks true intelligence.

885. Failing to properly teach history also allows for the past to be disconnected from the present, so that the causes for many of the social outcomes that negatively impact African Americans, are not understood to be the direct result of slavery and Jim Crow semi-slavery.

43

886. The resulting racial caste system in education, from the administrative to student level, is meant to maintain and perpetuate the myth of white superiority and/or myth of black inferiority.

887. Malcolm X noted: "If the entire American population were properly educated — by properly educated, I mean given a true picture of the history and contributions of the black man — I think many whites would be less racist in their feelings. They would have more respect for the black man as a human being. Knowing that the black man's contributions to science and civilization have been in the past, the white man's feelings of superiority would be at least partially negated...So it takes education to eliminate [racial prejudice in the U.S.]. [ Stated during the second rally of the Organization of Afro American Unity at the Audubon Ballroom in New York on July 5, 1964.]

888. Knowledge is power and this is what "white" people are afraid of: the reawakening of the black psyche and/or the development of an African centered consciousness.

Africa is the Birthplace of Wo[man] & Civilization:

889. In a 1985 issue of National Geographic, they acknowledged that: "Africa is recognized as the very cradle of the human race." [Kenneth F. Weaver. "Stones, Bones, and Early Man: The Search for Our Ancestors." National Geographic, Vol. 168, No. 5. November 1985.]

890. The Twa and Buti people of Africa were the first peoples in the Americas 100,000 years ago.

891. Given that original man and woman were dark-skinned, melanated Africans, everyone on the planet — no matter their phenotype — is a descendant of Africans.

892. No matter our phenotypical differences, we are all ultimately descendants of a melanated African woman.

893. Europeans did not appear on the Earth until about 55,000 years ago and those Europeans were black. [Ivan van Sertima.]

894. As stated by Malcolm X in The Autobiography of Malcolm X: "If you know fundamental biology, then you know that white can only produce white, but crystal black can produce a mutation to albinism and that will be a white person...Black producing white is not a mystery in biology. Black people are the only people that by producing a mutation to albinism, crossing the albino with the black, that you get the entire color spectrum that we call mankind or humankind." [pg. ????]

895. The uncomfortableness African Americans feel after having realized they've been taught lies about their history and the history of their oppressors for the entirety of their lives outweighs any uncomfortableness "whites" may feel about the truth being taught.

896. African history is world history and world history cannot be properly taught without teaching African history.

897. African Americans are also not taught about melanin — an important substance that also causes coloration of the skin.

898. African Americans have not only had to integrate into a racist society, but they have also been required to learn about other ethnicities and cultures more than they do their own.

899. While stripped of their native languages, African Americans are not only being expected to learn English, but are taught other, non-African languages like Spanish, French and Mandarin.

890. In some Pre-K and K classes, DEFENDANT NYC DOE students are being taught Mandarin.

891. By middle and/or high schools, courses are offered in Spanish, French, Russian and other non-African languages.

Historical Examples of Black Excellence:

892. "Education is an important element in the struggle for human rights. It is the means to help [African American] children and our people rediscover their identity and thereby increase their self-respect. Education is our passport to the future, for tomorrow belongs only to the people who prepare for it today." — Malcolm X

893. In no way are Africans "inferior" to people classified as "white."

894. Like the origins of homo sapien sapiens (modern man), civilization, spirituality, mathematics, religion, chemistry, architecture, philosophy, music, art, science, psychology, astronomy, astrology, etc., education also began and was developed on the continent of what is now referred to as Africa.

895. Melanated Africans are a highly intelligent people.

896. "Mathematics is an intellectual and scientific tool created and invented by African people for the purpose of systematically studying, learning, and comprehending Nature." [African Creation Energy. Supreme Mathematic African Ma'at Magic. pg. 5. 2010.]

44

897. "Since Mathematics is the intellectual tool used for studying Nature, there is a field of Mathematics that corresponds to every aspect of Nature. In the broadest sense, Nature consists of Space/Vacuum, Matter/Energy, and Time/Existence." [Id.]
898. "The deities Ma'at, Tehuti, and Seshat represented a triad of concepts related to Mathematics, Science, and Engineering that were acknowledged and used by Ancient Africans to develop and build the many structures along the Nile River in Africa." [African Creation Energy. Supreme Mathematic African Ma'at Magic. pg. 27. 2010.]
899. Imhotep is the true "Father of Medicine."
890. Kush, Kemet (Egypt) and its "Mystery Schools"
891. Some Europeans have claimed that the ancient Egyptians were "white" Africans and/or did not produce skin eumelanin.
892. These civilizations predate the existence of Abraham, Moses, Jesus, Mohammed, Judaism, Christianity and Islam.
893. The Moors, known as the "blackamoors" ruled parts of Europe for nearly seven centuries.
894. West African Empires (e.g. Mali, Ghana, Kongo and Songhoy (?))
895. Dogon, were able to see distant stars Sirius A and B before the telescope was invented.

[Education in West Africa prior to the arrival of the European]

896. The first universities were also established by Africans. The "'UNIVERSITY OF SALAMANCA' —— Europe's first — was built in Spain by Africans called 'Moors' when they ruled the entire Iberian Peninsula [Spain, Portugal and parts of Southern France from ca. 711 to 1385 C.E."[1]
897. "During the period in West African history from the early part fourteenth century to the time of the Moorish invasion in 1591, the city of Timbuktu and the University of Sankore in the Songhay Empire were the intellectual center of Africa. Black scholars were enjoying a renaissance that was known and respected throughout most of Africa and in parts of Europe. At this period in African history, the University of Sankore at Timbuktu was the educational capital of the western Sudan."[2]

898. Africans traveled to the Americas at least ___ times prior to the arrival of the first European. [Ivan van Sertima. The Came Before Columbus.]
899. The presence Africans in pre-Colombian Americas can been seen in museums throughout Mexico, Central America and South America.
900. Throughout various instances in history, Africans have helped civilized Europeans.
901. Prior to the arrival of the European on the African continent, no African nation required adults to be vaccinated to participate in society or children to be vaccinated to attend school.

[Numerous contributions of African Americans are what have made DEFENDANT United States of America "great."]

[Purposefully dumbing down Americans]

902. "Education is an important element in the struggle for human rights. It is the means to help [African American] children and our people rediscover their identity and thereby increase their self-respect. Education is our passport to the future, for tomorrow belongs only to the people who prepare for it today." —— Malcolm X

C. America's School system a failure:

903. Not only is U.S education system failing African Americans, it's failing everyone.
904. "Men are born ignorant, not stupid; they are made stupid by education." —— Bertrand Russel
905. Engaging in a war on truth.
906. Baltimore spent an average of $21,606 per student in 2022, the city reported that zero students in 23 different schools across the city are proficient in math. [Jeffrey Clark. Fox News. February 14, 2023.]
907. "In elementary school classrooms, the time spent on social studies and science has plummeted." [Natalie Wexler. "Elementary Education Has Gone Terribly Wrong." The Atlantic. August 2019.]

---

[1] Dr. Yosef ben-Jochannan. Cultural Genocide. pg. 123. 1989.
[2] Dr. John Henrik Clarke's Introduction to John G. Jackson's Introduction to African Civilizations. pg. 21. 1970.

908. "This past school year, only half of New York City's third-to-eighth graders achieved proficient reading scores, and among Black and Latino students, that figure was closer to forty percent." [Green.]

[Scores on Ny State exams]

909. During the 2018-2019 school year, the "results for NYC students were: (1.) In English, the overall percentage of New York City students meeting the State's bar for proficiency increased by 0.7 percentage points, from 46.7 percent to 47.4 percent and (2.) In Math, the overall percentage of proficient students in New York City increased by 2.9 percentage points, from 42.7 percent to 45.6 percent." [NYC DOE]

910. 2019 New York State test results for grades 3-8 in reading _____.

911. 2019 New York State test results for grades 3-8 in math _____.

[No Child Left Behind Act]

912. Although "No Child Left Behind" — passed under the Bush administration in [insert year] — sought to close the racial achievement gaps in ten years, it has failed to do so.

913. "No Child Left Behind never mandated that schools must equalize the resources available to all students in order to make those more equitable outcomes likely. Nor did the law...seek to put an end to the pernicious tracking practices in our schools that all but guarantee the leaving behind of children." [Wise, pg. 108.]

914. To make matters worse, many states are using "adopted norm-referenced tests as determinants of their 'annual yearly progress' (mandated by law)." These tests "mandate failure and inequity in achievement are being used under a law intended to promote success and reduce inequity." [Wise, pg. 109.]

915. "As a result of No Child Left Behind, schools have been under intense pressure to meet federal guidelines for test score, so as not to be sanctioned by [DEFENDANT] Department of Education." [Wise, pg. 109.]

916. "This pressure has been especially intense for schools serving mostly students of color, causing many schools to emphasize teaching to the test, simply to meet federal and even state standards, rather than teaching the kinds of high-level materials given to students in suburbs and private schools." [Wise, pg. 109.]

917. "In Chicago...schools have been expelling low-achieving students even by the age of 16, under the pretense that their academic achievement or attendance records make it unlikely that they would graduate by the age of 21." [Wise, pg. 109.]

918. "Rather than resolve to educate such students — almost all of whom are students of color — the schools give up, remove the students and thus boost their test-score profile as a result, with blacks banished from the schools at three times the rate of whites or Latinos." [Wise, pg. 109.]

919. "In additional to unequal instruction and regulations under No Child Left Behind that all but ensure disparate racial outcome in schooling, there is also a substantial amount of evidence demonstrating profoundly unequal discipline meted out to students of color compared to whites." [Wise, pg. 110.]

[Bill and Melinda Gates Foundation's role]

920. DEFENDANT BMGF "has spent hundreds of millions of dollars across the country attempting to change schools." [Miller.]

921. "Their 'reform' model is all about standardizing education. It relies heavily on high-stakes testing and make-or-break evaluations." [Johanna Miller. "BILL GATES SHOULDN'T BE THE ONE 'REIMAGINING' NY'S PUBLIC EDUCATION." NYCLU. May 8, 2020. https://www.nyclu.org/en/news/bill-gates-shouldnt-be-one-reimagining-nys-public-education.]

922. "Disappointingly, the Foundation's efforts have been marked by one high-profile, expensive failure after another. For example, Gates's seven-year, $1 billion initiative to improve teaching in several states did "more harm than good" and cost taxpayers almost $500 million." [Miller.]

923. In September of 2003, DEFENDANT Bill & Melinda Gates Foundation and NYCDOE "announced a $51.2 million effort that will support the creation of 67 new small, challenging high schools citywide to prepare underserved students for success in today's demanding economy." [Susan Byrnes and Edward Skylar. "$51 Million Grant from the Bill & Melinda Gates Foundation to Support Small Dynamic High Schools to Boost Student Achievement." The Bill & Melinda Gates Foundation. September 2003. https://www.gatesfoundation.org/ideas/media-center/press-releases/2003/09/new-york-city-department-of-education-receives-grant.]

924. In 2009, DEFENDANT Gates wrote: "Within the United States, there is a big gap between people who get the chance to make the most of their talents and those who don't. Melinda and I believe that providing everyone with a great education is the key to closing this gap. If your parents are poor, you need a good education in order to have the equal opportunity that our founders promoted for every citizen." [Martin Levine. "Gates Foundation Apologizes Once Again for "Learning Organization" Missteps." Non Profit Quarterly. May 27, 2016. https://nonprofitquarterly.org/gates-foundation-apologizes-once-again-for-learning-organization-missteps/.]

925. "After more than five years of foundation support, in 2009, Bill Gates reported on the failure of their investment in 'small schools': 'Many of the small schools that we invested in did not improve students' achievement in any significant way." The foundation's lessons learned from this experience did not result in any questioning of their core belief that the answer to building a more equitable society would be found within our public schools. They just shifted their focus to increasing the number of charter schools, creating test-based teacher evaluation systems, improving school and student data management, and setting universal standards through the common core curriculum. Each has struggled, and none appear to have been effective." [Levine.]

926. "In 2009, the Bill and Melinda Gates Foundation announced that it was launching the Empowering Effective Teachers initiative." [Martin Levine. "Another Gates Education Experiment Grinds to an End, Leaving Questionable Results Behind." Non Profit Quarterly. September 28, 2015. https://nonprofitquarterly.org/another-gates-education-experiment-grinds-to-an-end-leaving-questionable-results-behind/.]

927. "The objectives of the Foundation's investment were to 'to bring district leadership, school board leadership, and teachers' union leadership to the table to develop a plan to transform teacher effectiveness policies and practices [and] radically reorganize their practices and policies to ensure that every student is taught by an effective teacher.'" [Levine.]

928. Near the end of the seven-year program, the Tampa Bay Times released an article which took a look at how the program has worked in one of the districts that partnered with the Gates Foundation.

929. The article stated, in part: "A seven-year effort to put better teachers in Hillsborough County schools is costing the system millions of dollars more than officials projected. And the district's partner in the project, the Bill & Melinda Gates Foundation, is spending $20 million less than expected. The numbers, found in recent reports, differ significantly from what was commonly understood about the high-profile partnership, known as Empowering Effective Teachers. The district was to raise $102 million for its part, much of it by aggressively pursuing grants from local corporations and other entities. Gates was to kick in $100 million, for a total of $202 million. But as the project stands in its final year, the district's contribution will total $124 million in money and labor, while the Gates organization is paying only $80 million, the reports state. What's more, the district has put the total cost of the program, so far, at $271 million." [Levine.]

930. "The plan developed for implementation in the Hillsborough district in Florida included many of the features that educational reformers have seen as critical elements for a 21st-century school system: creating a teacher evaluation system that would facilitate the firing of "bad" teachers, replacing a salary structure that is based on longevity with one that ties teacher pay to educational effectiveness, and evaluating teachers in a system that uses standardized test results as a major component." [Levine.]

931. As further explained by the Tampa Bay Times: "The original proposal and a 2010 timeline called for the district to fire five percent of its teachers each year for poor performance. That would amount to more than 700 teachers. The thinking was they would be replaced by teachers who earned entry-level wages, freeing up money to pay the bonuses for those at the top. But the mass firings never happened. While an undetermined number of teachers resign out of dissatisfaction or fear that they will be fired, only a handful of terminations happen because of bad evaluations. Also, while the initial proposal sought to pay teachers based on performance instead of seniority, the actual pay plan does both. Teachers receive pay bumps at three-year intervals and, if they score highly in the ratings system, they get bonus pay. Evaluators were supposed to serve two-year stints, then cycle back to the classroom. Instead, many stay three and four years. Critics say they become bureaucrats and not true peers. But [Anna Brown, who manages the Gates grant for the district] said that with more experience, they are better qualified to do the job." [Levine.]

932. Despite these failures, Desmond-Hellmann remained "optimistic that all students can thrive when they are held to high standards. And when educators have clear and consistent expectations of what students should be able to do at the end of each year, the bridge to opportunity opens. The Common Core State Standards help set those expectations."

933. Desmond-Hellman said nothing about "the impact of poverty, or the trauma of community violence, or systemic racism as even small considerations." [Levine.]

934. DEFENDANT Gates saw the problem as "not the strategy, but the high level of resistance they have found to their attempts to implement it"

935. DEFENDANT Gates stated: "Deep and deliberate engagement is essential to success. Rigorous standards and high expectations are meaningless if teachers aren't equipped to help students meet them. Unfortunately, our foundation underestimated the level of resources and support required for our public education systems to be well equipped to implement the standards. We missed an early opportunity to sufficiently engage educators — particularly teachers — but also parents and communities so that the benefits of the standards could take flight from the beginning." [Levine.]

936. In June of 2018, "RAND issued its massive and mostly negative evaluation of the Gates Foundation's ambitious effort to redesign teacher evaluation, compensation, and employment practices [via the Effective Teacher Initiative] in three school districts and four charter school management organizations." [Frederick Hess. "5 Lessons From The Failure Of The Gates Foundation's $575 Million Effective Teacher Initiative." Business Insider. June 25, 2018. https://www.forbes.com/sites/frederickhess/2018/06/25/5-lessons-from-the-failure-of-the-gates-foundations-575-million-effective-teacher-initiative/?sh=67c39f833fe9.]

937. DEFENDANT Gates was the primary driver of the Common Core, which consisted of "a set of national curricular standards and associated high-stakes tests." [Miller.]

938. Former CEO of DEFENDANT BMGF, Sue Desmond-Hellman, "led the foundation as it has invested heavily in the effort to create a national set of learning standards, the Common Core Curriculum. Despite over $300 million in foundation funding, alliances with other large foundations, and strong support from the U.S. Department of Education, the effort has drawn bitter opposition and decreasing support. The strong push that the DoE gave states to implement the Common Core was seen as an unwanted intrusion of federal power into local schools. The use of Common Core to build a testing regimen for students and teachers was seen as disruptive and ineffective. Test data show little impact on bridging the inequity gap in states using Common Core." [Levine.]

939. The "most durable outcome of the Common Core is the disappointing narrowing of school curricula known as 'teaching to the test,' which withered arts education, health and sex ed, social studies, and other subjects the Common Core devalues." [Miller.]

940. "After 10 years of Common Core, American students have demonstrated no significant improvements relative to other developed nations." [Miller.]

941. DEFENDANT Gates "has decried the so-called achievement gap between white and Black students in the U.S. — noting, correctly, that our white and wealthier students rank among the best in the world, while our Black and lower-income students lag far behind. He has spent a lot of his own (and the public's) money on schemes to shrink this gap, usually by focusing on things like individual responsibility, and low teacher quality. But for all his efforts, he has yet to seriously tackle systemic barriers: the bias, discrimination, and racial segregation that hold Black students down." [Miller.]

942. In 2011, the Gates Foundation and the Carnegie Corporation of New York poured $100 million into a student data collection project called InBloom, aimed at helping to direct educational emphasis. [Ruth McCambridge. "Gates' $100M Philanthropic Venture inBloom Dies after Parents Say "No Way"." Non Profit Quaterly. https://nonprofitquarterly.org/gates-100m-philanthropic-venture-inbloom-dies-after-parents-say-no-way/.]

943. "In 2014, the BMGF supported InBloom, an effort to create a national educational data management system, shut down after parents protested the collection and storage in the cloud of data on their children." [Levine.]

944. The "tipping point came when a decision was made in early April by the New York State legislature to not involve themselves in inBloom or any similar endeavor. It also required that any data already stored on the system be deleted." [McCambridge.]

945. "Parents in Louisiana discovered at one point that their children's social security numbers were on the database, which prompted Louisiana's withdrawal." [McCambridge.]

[Drop-out Rates]

946. "The dropout rate [for NYC students] decreased by 2.0 percentage points, from 7.8 percent in August 2019 to 5.8 percent in August 2020." [NYC DOE]

[Graduation rates]

48

947. "In the 2018-19 school year, the percentage of all students in the U.S. graduating within 4 years was about 85.8%." ["New Statistics on Graduation Rates in New York City for Children with Disabilities." https://www.specialedlegalinfo.com/new-statistics-on-graduation-rates-in-new-york-city-for-children-with-disabilities/.]

948. "In New York, the rate went from 82.3% in 2017-18 up to 82.8% in 2018-19." ["New Statistics on Graduation Rates in New York City for Children with Disabilities."]

949. In New York City, the graduation rates for all students, as well as each ethnicity, is lower than the national average.

950. "77.3 percent of high school students graduated on time in 2019, an increase of 1.4 percentage points compared to the year before." [Clodagh McGowan. "High School Graduation Rate Up While Racial Divide Plateaus." NY 1. January 17, 2020. https://www.ny1.com/nyc/manhattan/news/2020/01/17/high-school-graduation-rate-up-while-racial-divide-plateaus.]

951. "The four-year graduation rate [for NYC students] increased by 1.5 percentage points, from 77.3 percent in August 2019 to 78.8 percent in August 2020." [NYC DOE]

952. In 2021, 88.2 percent of Asian-American NYC DOE students, 85 percent of Whites, 73.7 percent of Black students and 72 percent of Hispanic students graduated on time.

953. Many students, at least those enrolled at DEFENDANT NYCDOE, are graduating despite being significantly below grade level.

954. As PLAINITFF Mr. Washington observed, many students that are below grade level are passed to the next grade.

955. This ensures that by the time African American students graduate and become adults, they will essentially be useless to society and/or relegated to lower-status, lower-paying jobs, hence the reason African Americans are overrepresented in these types of positions in the U.S.

1. "Many interpret gaps in educational achievement between white and non-Asian minority students, as measured by standardized test scores, and presume, based on the belief that equal opportunity now exists, that "continued low levels of achievement on the part of minority students must be a function of genes, culture, or a lack of effort and will." [Darling-Hammond. Brookings. CITATION.]

1. In order to mask the overall poor academic performance of students, school district are moving away from using grades like A, B, C, etc. on their report cards and are instead using a pass/fail grading system.

[Global rankings]

1. Unable to compete with other nations.

1. It's getting so bad and embarrassing that they want to do away with grades altogether.

1. "For These are all our children. We will all profit by, or pay for, Whatever they become." – James Baldwin

1. "Students with poor classroom behavior often struggle with academic skills." [The Editorial Team. "Strategies to Improve Classmate Behavior and Academic Outcome." May 20, 2020. https://resilienteducator.com/classroom-resources/strategies-to-improve-classroom-behavior-and-academic-outcomes/.

1. "The relationship between academic and behavior problems is a long recognized phenomenon (Alexander, Entwisle, & Horsey, 1997; Hinshaw, 1992). In their meta-analysis, Maguin and Loeber (1996) found that poor academic performance appears to be related to frequency, persistence, and seriousness of delinquent activity. A more recent study (Joffe & Black, 2012) revealed that those with low academic performance had significantly greater social, emotional, and behavioral difficulties." [Brad Weinstein.]

1. Having worked with students of all grades and ages, PLAINTIFF Mr. Washington has observed what happens to students who are allowed to misbehave in school without consequences or repercussions.

1. By the time the student reaches 12th grade, there is little to no chance of changing the student's attitude and behavior with regards to taking their education seriously.

1. In order to keep the teaching workforce segregated by race, public schools in DEFENANT United States of America have been undergoing a teacher shortage for years.

[Role of Class]

1. "The U.S. educational system is one of the most unequal in the industrialized world." [Darling-Hammond. Brookings.]

1. Students routinely receive dramatically different learning opportunities based on their social status and class.

1. DEFENDANT United States of America's "K-12 system gives undue advantage to those who already have some advantages." [Wright, et al.]

1. As William L. Taylor and Dianne Piche noted in a 1991 report to Congress: "Inequitable systems of school finance inflict disproportionate harm on minority and economically disadvantaged students." [Darling-Hammond. Brookings.]

1. "[S]ocial class accounts for much of the variation in educational achievement by race and ethnicity. That is, if you know the social class of a group of students, you can predict with a good deal of accuracy whether their achievement, ability score, and college attendance rates are high or low...Disadvantaged minorities in the United States remain disproportionately working class and underclass, and their children remain much less successful in the educational system than are the children of the middle class. Moreover, because education is an important channel for gaining access to the job market, minority students with low socioeconomic status have relatively less opportunity for economic success later in their lives. From this point of view, the schools' ineffectiveness in educating students from working-class homes helps to perpetuate the current class system — and the burden of poverty and low achievement falls disproportionately on the nation's racial and ethnic minority groups. Minority students are much less likely than white children to have any of these resources." [Levin and Ornstein. Foundations of Education. pg. 331. 2008.]

1. Majority schools of color in the U.S. receive less in federal funding than majority "white" schools. [Darling-Hammond. Brookings.]

1. In contrast to European and Asian nations that fund schools centrally and equally, the wealthiest 10 percent of U.S. school districts spend nearly 10 times more than the poorest 10 percent, and spending ratios of 3 to 1 are common within states. [Darling-Hammond. Brookings.]

1. According to a report from the nonprofit EdBuild, which studies the ways schools are funded in the U.S, "white school districts receive [$23 billion more] compared with districts that serve mostly students of color. 'For every student enrolled, the average nonwhite school district receives $2,226 less than a white school district,' the report says." [Clare Lombardo. "Why White School Districts Have So Much More Money." NPR. February 26, 2019. https://www.npr.org/2019/02/26/696794821/why-white-school-districts-have-so-much-more-money.]

1. EdBuild singles out 21 states — including California, New Jersey and New York — in which mostly white districts get more funding than districts composed primarily of students of color." [Clare Lombardo. "Why White School Districts Have So Much More Money." NPR. February 26, 2019. https://www.npr.org/2019/02/26/696794821/why-white-school-districts-have-so-much-more-money.]

1. Racism over the centuries has caused significant disparities in wealth between melanated and depigmented Africans and resulted in the unjust enrichment of "whites."

1. Because of slavery, by 1860, enslaved blacks were valued at $4 BILLION USD and that's not adjusted for today's money, which would amount to $40 TRILLION USD.

1. Professor Richard Epstein argued in his book Forbidden Ground that "the economic subjugation of black Americans between Reconstruction and the modern civil rights era was a result of a combination of Jim Crow laws, actual or threatened private violence, and laws that gave monopoly power to private actors who discriminated against blacks." [David E. Berstein. Licensing Laws: A Historical Example of the Use Of Government Regulatory Power Against African-Americans. San Diego Law Review. Vol. 31. pg. 89. 1994.]

1. "New York is leaving too many gifted children behind. Scads of K–3 students in low-income neighborhoods aren't even taking entrance exams for gifted programs. Four of the city's 32 school districts don't even have programs for gifted students, and many that do aren't getting the word out." [Brandon L. Wright and Chester E. Finn, Jr. "New York City is Failing Its Bright Poor Students." Fordham Institute. November 4, 2015. https://fordhaminstitute.org/national/commentary/new-york-city-failing-its-bright-poor-students.]

1. "Every January, K–3 students who sign up for it may take a test to get into one of the city's generally oversubscribed gifted programs. There's a single city-wide score used to separate the wheat from the chaff: Pass, and you're in; fail, and you're not. On its face, that approach looks fair. But it's not." [Wright, et al.]

1. "In Bedford-Stuyvesant's District 16, for example, just 15 percent of test takers passed last year. In South Bronx District 7, it was 5 percent. Yet across a couple of rivers in Manhattan's District 2, spanning the Upper East Side and much of the West Side, a whopping 42 percent of students who took the test qualified for gifted programs." [Wright, et al.]

1. "[H]igh-ability poor kids are among the most neglected populations in American public education." [Wright, et al.]

1. These "kids depend more than upper-middle-class youngsters on the public-education system. Some will manage to overcome the constraints of their origins but many will fall by the wayside, destined by circumstances beyond their control never to realize their full potential." [Wright, et al.]

1. "Schools with high concentrations of low-income and minority students receive fewer instructional resources than others. And tracking systems exacerbate these inequalities by segregating many low-income and minority students within schools. In combination, these policies leave minority students with fewer and lower-quality books, curriculum materials, laboratories, and computers; significantly larger class sizes; less qualified and experienced teachers; and less access to high-quality curriculum. Many schools serving low-income and minority students do not even offer the math and science courses needed for college, and they provide lower-quality teaching in the classes they do offer. It all adds up." [Darling-Hammond.]

[College Admissions]

1. Today, we are living in a society where opportunity is increasingly determined by opportunity and knowledge and where, in the future, one will need a college degree, not a high school diploma, to be eligible for entry-level jobs.

1. It is becoming increasingly necessary to obtain a college degree in order to get a good-paying job.

1. Based on one's performance throughout K-12, it determines which type of college or university you have the opportunity of attend.

1. In theory, those who do the best in school are afforded better opportunities.

1. Colleges continue to discriminate against African Americans and people of color in enrollment.

1. According to the Pew Research Center, "When it comes to educational attainment, roughly a quarter (23%) of single-race Black adults ages 25 and older have earned a bachelor's degree or higher as of 2019. A third (33%) have completed some college and 45% have, at most, graduated from high school or equivalent." [Christine Tamir, et al. "Facts About the U.S. Black Population." Pew Research Center. March 25, 2021. https://www.pewresearch.org/socialtrends/fact-sheet/facts-about-the-us-black-population/.]

1. Because of higher incomes, predominately "white" individuals can afford to live in more affluent neighborhoods, which have the "better" schools.

1. Each year, the cost to attend colleges and universities in DFENDANT United States of America increases — acting as an additional headwind against African Americans.

1. In many Western nations throughout the "industrialized" world, the cost to attend college is free.

1. American citizens are more than ____ in student loan debt.

1. Globally, student loan debt in the U.S. is second only to the United Kingdom according to a 2022 Lending Tree report. [WGBH. https://www.wgbh.org/news/education-news/2023-09-08/other-countries-show-student-loans-can-be-simple-and-humane#.]

D. Research Demonstrating the Positive Value of Black Teachers On All Students

1. Historically, the absence of Black teachers has been and/or continues to be the reality for most students all over the country.

1. "Black teachers (and teachers of color in general) have a well-documented positive impact on Black students' academic and life outcomes." [Abigail Swisher. "How Black teachers make a difference." National Council on Teacher Quality. January 26, 2023. https://www.nctq.org/blog/How-Black-teachers-make-a-difference.]

1. "Research strongly suggests that when Black students, in particular, learn from teachers who look like them, they do better in school, take more advanced courses, and are more likely to graduate from high school and college." [Green.]

1. The State of Tennessee "authorized a massive educational experiment in the mid-1980s called the Tennessee Star Experiment, one of the most critical experiments in educational research history." [Sojourner Ahébée. "'They see me as a role model': Black teachers improve education outcomes for Black students." WHYY. February 19, 2021. https://whyy.org/segments/they-see-me-as-a-role-model-black-teachers-improve-education-outcomes-for-black-students/.]

1. "Seven thousand students in 79 schools were recruited, and they randomly assigned the students in those schools to either small classes, regular-sized classes, or regular-sized classes with a full time teacher's aide. One of the key things they did that would later give rise to a wide set of research papers is that they randomized the students and the teachers to those conditions and to one another — meaning that randomizing for class size meant teacher race was randomized as well." [Ahébée.]

1. "Cassandra Hart, an associate professor of education policy at University of California, Davis, said earlier studies used this data set to prove the short-term impact of race-congruent teachers on things such as next year's test scores or this year's

discipline. But in 2018, Hart and a team of education policy researchers used the Project Star data to explore the long-run impact of having a Black teacher as a Black student." [Ahébée.]

1. Known as the "role model effect," research shows that "Black students who are exposed to Black teachers by third grade are 13% more likely to enroll in college." [Ahébée.]

1. "If kids had two Black teachers by third grade, Hart said, the likelihood of college enrollment jumped to 32%. Hart and her colleagues call this the role-model effect." [Ahébée.]

1. "Many of the lessons Black male teachers bring to the classroom go far beyond academic content and pedagogy. Their unique lived experiences create a rich curriculum that contributes to student success in ways that can't be graded or easily quantified. Using methods that transcend traditional teaching and learning, Black male teachers can provide hope, inspiration, advice, compassionate listening and, sometimes, tough love to make a difference in their students' lives." [Callahan.]

1. Black male students benefit from having a Black male teacher, with research findings noting lower dropout rates, fewer disciplinary issues, more positive views of schools and better tests scores. [Kimberly Underwood. "Why America Needs More Black Male Teachers." EdSurge. August 29, 2019.]

1. In a recent working paper, researcher David Blazar at the University of Maryland, "explor[ed] how strong teaching practices contribute to Black teachers' impact for all of their students" [Swisher.]

1. "Building on a previous study of teachers of color, Blazar narrowed his lens to the impact of Black teachers in particular." [Swisher.]

1. "Blazar found that being assigned a Black teacher produced greater outcomes for all students, regardless of students' race, compared to being assigned a white teacher." [Swisher.]

1. Being assigned a Black teacher increased students' math and reading test scores and decreased chronic absenteeism by roughly 60%—all at the same rates for Black and non-Black students." [Swisher.]

1. "Several of these benefits could still be seen up to six years later. For Black students, being assigned a Black teacher increased students' self-reported sense of self-efficacy and engagement." [Swisher.]

1. "At the same time, students assigned to a Black teacher were actually more likely to be suspended during the year (although unlike white teachers, Black teachers did not suspend their Black students at a disproportionately higher rate than their white students)." [Swisher.]

1. "Blazar analyzed the role of elements of "good teaching," including forming strong relationships with students and families, adopting a growth mindset, and running a well-organized classroom without creating a negative climate. On the whole, Black teachers demonstrated more of these good teaching practices and mindsets than their white peers, as evidenced by classroom observations and a survey of self-reported attitudes and practices." [Swisher.]

1. "Those practices (specifically a growth mindset and running a well-organized classroom) accounted for some of Black teachers' positive contributions to student outcomes—but not all. Rather, these findings suggest that much of what makes Black educators effective goes beyond teaching practices measured in this study." [Swisher.]

1. Blazar "suggests that social effects like role modeling (the benefits of having a teacher who looks like the students and serves as a role model, a hypothesis not tested in this paper) might be at play, although this effect could not wholly explain Black teachers' positive impact across all students." [Swisher.]

1. Blazar's work "adds important depth to the literature on Black educators, reinforces the urgent need to attract and support Black teachers, and points the way toward skills (such as classroom organization and a growth mindset) to cultivate in all current and prospective teachers." [Swisher.]

1. "Black male teachers build different kinds of relationships with their students because they have experienced things that white teachers just don't experience, said LaNelle Ramey, executive director of MENTOR Greater Milwaukee." [Causey.]

1. "Research shows that Black teachers tend to hold slightly higher expectations for their Black students. And Black educators are more likely to use references or examples that tap into the lived experience of their Black students." [Ahébée.]

C. Vaccines Are Bioweapons and Violate the Human Rights of Man:

[History of Vaccines]

1. Around the world, vaccines are promoted as "safe and effective" because they "build up [our] immune system and make [us] stronger to fight off disease."

1. In America, vaccines "began with Thomas Jefferson who, in August of 1800 — shortly before his presidency began — helped conduct trials of the smallpox vaccine, developed four years earlier by British physician Edward Jenner." [Marissa Fessenden. "Thomas Jefferson Conducted Early Smallpox Vaccine Trials." Smithsonian Magazine. February 4, 2015. https://www.smithsonianmag.com/smart-news/thomas-jefferson-conducted-early-smallpox-vaccine-trials-180954146/.]

1. "[B]efore Dr. Jenner discovered [the] vaccine virus to prevent smallpox more than 50,000,000 people perished throughout European countries." [Chattanooga Daily Times. 1915.]

1. "As with so much involving the Founding Fathers, and this Founding Father in particular, Jefferson's otherwise noble work was stained by its ignoble association with slavery. A handful of Jefferson's slaves were among the people to whom he administered the vaccine — and they surely did not have the freedom to object." [Fessenden.]

1. "James Madison, who began his presidency in 1809, followed Jefferson's public-health lead, signing the Vaccine Act of 1813. The law was designed to prevent the spread of counterfeit vaccines, authorize federal agents to distribute the genuine article, and ensure that it could be mailed around the country postage-free." [Jeffrey Kluger. "A Smackdown in the Kennedy Clan Summons Up the History of Presidents and Vaccines." TIME. May 9, 2019. https://time.com/5585702/robert-kennedy-vaccines/.]

1. In the Chattanooga Daily Times article published in 1915, it stated: "Those who resist vaccination would be arrested, taken to police court, fined and then vaccinated in open court."

1. The 1918 influenza pandemic was the most severe pandemic in recent history. It was caused by an H1N1 virus with genes of avian origin.

1. Regarding whopping cough, measles and diphtheria, the success of vaccines "had more to do with timing" as they were "mostly under control by the end of World War II, when vaccines began to appear." [Franklin E. Payne, MD. "Can Vaccines Actually Cause More Harm Than Good?" Association of American Physicians and Surgeons. March/April 2000. https://www.jpands.org/hacienda/article40.html.]

1. "[M]ost of the success attributed to vaccines was their implementation at the time those diseases had declined dramatically. This decline, however, has been conveniently forgotten (or covered up) to bolster the notion that vaccines dramatically reduce or prevent disease." [Payne, MD.]

1. "Because vaccines were introduced shortly after they were researched, all vaccines were mandated without long term evidence of their efficacy or continued immunity." [Payne, MD.]

1. Soon after, "the drive toward vaccination programs in American society became a juggernaut." [Payne, MD.]

1. "President John Kennedy, signed the Vaccine Assistance Act of 1962 into law, expanding the use of the relative handful of childhood vaccinations available at the time. 'There is no longer any reason why American children should suffer from polio, diphtheria, whooping cough, or tetanus,' Kennedy said in a message to Congress. 'I am asking the American people to join in a nationwide vaccination program to stamp out these four diseases.'" [Kluger.]

[John D. Rockefeller's Contributions to Medicine]

1. "At the twentieth century's dawn, [John D.] Rockefeller's sanguinary maneuvering – including bribery, price-fixing, corporate espionage, and creating shell companies to conduct illegal activities – had won his Standard Oil Company control of 90 percent of US oil production and made him the richest man in world history with a net worth of over half a trillion in today's dollars. [Kennedy, Jr., pg. 285.]

1. In the early 1900s, as scientists discovered pharmaceutical uses for refinery by-products, John D. saw an opportunity to capitalize on the family's medical pedigree. [Kennedy, Jr., pg. 285.]

1. Rockefeller and his friend Andrew Carnegie...dispatched educator Abraham Flexner on a cross-country tour to catalog the status of America's 155 medical colleges and hospitals. [Kennedy, Jr., pg. 285.]

1. "The Rockefeller Foundation's 1910 Flexner Report recommended centralizing America's medical schooling, abolishing miasma theory, and reorienting these institutions according to 'germ theory' – which held that germs alone caused disease – and the pharmaceutical paradigm that emphasized targeting particular germs with specific drugs rather than fortifying the immune system through healthy living, clean water, and good nutrition." [Kennedy, Jr., pg. 285.]

1. "With that narrative in hand, Rockefeller financed the campaign to consolidate mainstream medicine, co-opt the burgeoning pharmaceutical industry, and shutter its competition." [Kennedy, Jr., pg. 285.]

1. "The foundation of Rockefeller's allopathic medicine scheme is Louis Pasteur's flawed 'germ theory,' which claims that outside microorganisms such as bacteria and viruses attack, invade, and infect the body, thereby causing disease." [Skripac.]

1. "Most of the Western world credits Pasteur (1822–1895) with playing a fundamental part in establishing what we call 'modern medicine'—a paradigm that traces the origin of each disease to a single germ." [Skripac.]

1. "Germ theory aficionado's approach to health is to identify the culpable germ and tailor a poison to kill it." [Kennedy, Jr., pg. 285.]

1. With germ theory, the "cornerstone was laid for modern biomedicine's basic formula with its monocausal-microbial starting-point and its search for making magic bullets: one disease, one cause, one cure." [Kennedy, Jr., pg. 286.]

1. "Without Pasteur's theory, most modern drugs would never be produced, promoted, or prescribed — a fact that explains why today's medical establishment and its codependent pharmaceutical industry refuse to recognise their flaws or own up to their ineffectiveness." [Skripac.]

1. "By contrast, 'terrain theory,' which was initiated by Claude Bernard (1813–1878) and later built upon by Antoine Béchamp (1816–1908), alleges that the terrain — that is, the internal environment of the body — and not an external germ determines our health or lack thereof." [Skripac.]

1. "What Béchamp referred to as 'terrain' is very close to what modern medicine has now termed the innate immune system." [Skripac.]

1. "Unlike Pasteur, Béchamp did have an academic background in science. He believed disease to be a biological result of the changes that take place in the body when its metabolic processes become imbalanced. When the body is in a state of imbalance, Béchamp alleged, germs become symptoms that in turn stimulate more symptoms, which eventually lead to disease." [Skripac.]

1. "Although Béchamp was moving in the right direction with his terrain theory, Rockefeller's germ-dependent pharmaceutical tyranny has prevailed, due largely to substantial infusions of money, which Rockefeller and Carnegie gladly supplied in the form of grants to universities, hospitals, and medical research facilities." [Skripac.]

1. "Their 'philanthropic' largess, which easily exceeded $100 million, enabled them to influence the policy of the entire US medical establishment and eventually most of the Western nations, steering them toward an exclusively chemical-based allopathic regime." [Skripac.]

1. The champions of germ theory, Louis Pasteur and Robert Koch, proved victorious in their fierce decades-long battle with their miasmist rival Antonie Béchamp. [Kennedy, Jr., pg. 286.]

1. The ubiquity of pasteurization and vaccinations are only two of the many indicators of the domineering ascendancy of germ theory as the cornerstone of contemporary public health policy. [Kennedy, Jr., pg. 286.]

1. "Miasmists complain that those patented poisons may themselves further weaken the immune system, or simply open the damaged terrain to a competitive germ or cause chronic disease." [Kennedy, Jr., pg. 285.]

1. "In 1911, the Supreme Court ruled that Standard Oil constituted an 'unreasonable monopoly' and splintered the behemoth into thirty-four companies that became Exxon, Mobil, Chevron, Amoco, Marathon, and others." [Kennedy, Jr., pg. 289.]

1. "Ironically, the breakup increased rather than diminished Rockefeller's personal wealth." [Kennedy, Jr., pg. 289.]

1. "Rockefeller donated an additional $100 million from that windfall to his philanthropic front group, the General Education Board, to cement the streamlining and homogenization of medical schools and hospitals." [Kennedy, Jr., pg. 289.]

1. Rockefeller simultaneously provided large grants to scientists for identifying the active chemicals in disease-curing plants utilized by the traditional doctors whom he had extirpated." [Kennedy, Jr., pg. 289.]

1. Rockefeller chemists then synthesized the patented petrochemical versions of those molecules. [Kennedy, Jr., pg. 289.]

1. "The foundation's philosophy of 'a pill for an ill' shaped how Americans came to view health care." [Kennedy, Jr., pg. 289.]

1. In 1913, Rockefeller founded the American Cancer Society and incorporated the Rockefeller Foundation. [Kennedy, Jr., pg. 289.]

1. To create the foundation that would give him perpetual control of "donated" wealth, Rockefeller took a $56 million deduction on his donation of 72,569 shares of Standard Oil. [Kennedy, Jr., pg. 289.]

1. A congressional investigation described the foundation as "a self-serving artifice posing 'a menace to the future political and economic welfare of the nation.'" [Kennedy, Jr., pg. 289.]

1. Congress repeatedly denied the Rockefeller a charter and Attorney General George Wickersham denounced the foundation as a "scheme for perpetuating vast wealth" and "entirely inconsistent with public interest." [Kennedy, Jr., pg. 289.]

1. "To reassure public, politicians, and press of its benign purposes, the Rockefeller Foundation declared its ambition to eliminate hookworm, malaria, and yellow fever." [Kennedy, Jr., pg. 289.]

1. The Rockefeller Sanitary Commission for the Eradication of Hookworm Disease sent teams of doctors, inspectors, and lab technicians to administer deworming medication across eleven Southern states. [Kennedy, Jr., pg. 289.]

1. "These ambassadors systematically exaggerated the medication's efficacy, glossed over its regular fatalities, and — through the graces of Rockefeller's mercenary army of journalists for hire — ignited enough favorable popular interest for the Foundation to justify the proposed expansion into the colonized world." [Kennedy, Jr., pg. 289.]

1. "The Rockefeller Foundation launched a 'public-private partnership' with pharmaceutical companies called the International Health Commission, which set about feverishly inoculating the hapless populations of colonized tropics with a yellow fever jab." [Kennedy, Jr., pg. 289-290.]

1. The vaccine killed its beneficiaries in droves and failed to prevent yellow fever. [Kennedy, Jr., pg. 290.]

1. The Rockefeller Foundation dropped the useless vaccine after the foundation's star researcher, the yellow fever's inventor, Hideyo Noguchi, succumbed to the disease. [Kennedy, Jr., pg. 290.]

1. At the time of his death, the New York district attorney was investigating Noguchi for illegally experimenting on New York City orphans with syphilis vaccines without the consent of their legal guardians. [Kennedy, Jr., pg. 290.]

1. "Despite such setbacks, the Rockefeller Foundation's yellow fever project caught the attention of army planners on the lookout for remedies against the tropical diseases that hamstrung the US military's expanding retinue of equatorial adventures." [Kennedy, Jr., pg. 290.]

1. In 1916, the board's president made an early observation about the utility of biosecurity as a tool of imperialism: "For purposes of placating primitive and suspicious peoples, medicine has some advantages over machine guns." [Kennedy, Jr., pg. 290.]

1. "After World War I, the Rockefeller Foundation's patronage of the League of Nations Health Organization gave the organization global reach and an impressive cortège of high-level contracts among the international elites." [Kennedy, Jr., pg. 290.]

1. "From 1913 to 1951, the Rockefeller Foundation was the world's de facto authority on how best to manage global diseases, which influence dwarfing all other nonprofits or government actors working in the field." [Kennedy, Jr., pg. 290.]

1. "The Rockefeller Foundation provided almost half of the budget for the League of Nations Health Organization (LNHO) following its founding in 1922 and populated LNHO ranks with its veterans and favorites." [Kennedy, Jr., pg. 290.]

1. "The Rockefeller Foundation imbued the League with its philosophy, structure, values, precepts, and ideologies, all of which its successor body, the World Health Organization (WHO), inherited at its inauguration in 1948." [Kennedy, Jr., pg. 290.]

1. By the time John D. Rockefeller disbanded the Rockefeller Foundation's International Health Division in 1951, it had spent the equivalent of billions of dollars on tropical disease campaigns in almost 100 countries and colonies." [Kennedy, Jr., pg. 290.]

1. The Rockefeller Foundation's projects were "window dressing for the Foundation's more venal preoccupations," which included "opening developing world markets for US oil, mining, pharmaceutical, telecom, and banking multinationals in which the Foundation and the Rockefeller family were also invested." [Kennedy, Jr., pg. 290.] 1. "Their "philanthropic" largess, which easily exceeded $100 million, enabled them to influence the policy of the entire US medical establishment and eventually most of the Western nations, steering them toward an exclusively chemical-based allopathic regime." [Skripac.]

1. "[T]he allopathic medicine regime...still has a large segment of the scientific community believing that bacteria, fungi, and viruses are our enemy." [Skripac.]

[NIAID]

1. The NIAID is "one of two dozen of NIH's sub-agencies." [Kennedy, Jr., pg. 128.]

1. "Among the 27 Institutes and Centers that comprise the National Institutes of Health, NIAID has a unique mandate, which requires the Institute to respond to emerging public health threats." [NIAID website.]

1. "In 1955, as deaths from epidemic disease declined, DEFENDANT NIAID's forerunner organization at DEFENDANT NIH, the National Microbiological Institute (NMI), became part of the NIAID to reflect the diminished national significance of infectious diseases and the unexplained increases in allergic and immune system diseases." [Kennedy, Jr., pg. 130.]

1. Congress ordered DEFENDANT NIAID to support "innovative scientific approaches to address the causes of these diseases and find better ways to prevent and treat them." [Kennedy, Jr., pg. 130.].

1. During its heyday, the NIAID "served at the forefront of the war against deadly pestilence." [Kennedy, Jr., pg. 129,]

1. "NIH had mobilized scientists to track the epidemics of cholera, Rocky Mountain spotted fever, and the 1918 Spanish flu contagion that infected and killed millions globally." [Kennedy, Jr., pg. 129.]

1. "Drumming up public fear of periodic pandemics was a natural way for NIAID and CDC bureaucrats to keep their agencies relevant." [Kennedy, Jr., pg. 130.]

1. DEFENDANT Anthony Fauci's "immediate boss and predecessor as NIAID Director, Richard M. Krause, helped pioneer this strategy in 1976, during Fauci's first year at the agency." [Kennedy, Jr., pg. 130.]

1. "Krause was a champion of what he called 'The Return of the Microbes' strategy, which sought to reinstate microbes to their former status as the feared progenitors of deadly diseases." [Kennedy, Jr., pg. 130.]

1. "That year, federal regulators concocted a fake swine flu epidemic that temporarily raised hopes around CDC for the resurrection of its reputation as a life-saving superhero." [Kennedy, Jr., pg. 130.]

1. "Only one casualty — a soldier at Fort Dix — succumbed to the 'pandemic,' and Merck's experimental vaccine triggered a national epidemic of Guillain-Barré syndrome, a devastating form of paralysis resembling polio, before regulators recalled the jab." [Kennedy, Jr., pg. 131.]

1. "The four vaccine manufacturers — Merck & Co., Merrell, Wyeth, and Parke-Davis — had refused to sell the vaccines to the government unless they were guaranteed profits and indemnity. They were sued for $19 million within months of the vaccination campaign. The Department of Justice handled the lawsuits." [Kennedy, Jr., pg. 131.]

1. "Sixty Minutes aired a scathing segment in which Mike Wallace...exposed the corruption, incompetence, and cover-ups at HHS that led to the phony swine flu pandemic and the wave of casualties from NIH's experimental vaccine." [Kennedy, Jr., pg. 131.]

1. The scandal forced the resignation of CDC Director David Sencer and NIAID chief Krause quietly resigned in 1984. [Kennedy, Jr., pg. 131.]


[Anthony Fauci]

1. DEFENDANT Fauci was born in Brooklyn's Dyker Heights neighborhood on December 4, 1940.

1. DEFENDANT Fauci classifies as a "white" male and is of European ancestry.

1. Three of DEFENDANT Fauci's grandparents were native Italians; his maternal father was born in the Italian-speaking region of Switzerland. [Kennedy, Jr., pg. 126.]

1. All four of DEFENDANT Fauci's grandparents came to the United States at the end of the nineteenth century. [Kennedy, Jr., pg. 127.]

1. DEFENDANT Fauci's father, Stephen Fauci, owned a pharmacy, his mother operated the cash register and Anthony apprenticed delivering drugs via bike. [Kennedy, Jr., pg. 127.]

1. DEFENDANT Fauci attended Our Lady of Guadeloupe Grammar School in Brooklyn and Regis High School, an elite Jesuit academy. [Kennedy, Jr., pg. 127.]

1. DEFENDANT Fauci also attended a Jesuit college, the College of the Holy Cross in Massachusetts, beginning in 1958.

1. DEFENDANT Fauci studied philosophy, French, Greek and Latin and graduate in 1962 with a BA. [Kennedy, Jr., pg. 127.]

1. DEFENDANT Fauci once stated: "I credit very much the Jesuit training in precision of thought and economy of expression in solving and expressing a problem and the presentation of a solution in a very succinct, accurate way. This has had a major, positive influence on the fact that I enjoy very much and am fairly good at being able to communicate scientific principles or principles of basic and clinical research without getting very profuse and off on tangents." [Dr. Victoria Harden. "Dr. Anthony S. Fauci Oral History 1989." National Institutes of Health, Office of NIH History and Stetten Museum. March 7, 1989.]

1. DEFENDANT Fauci earned his medical degree from Cornell in 1966, graduating first in his class.

1. Faced with the possibility of enlisting in the Armed Forces during Vietnam War after medical school, Fauci enlisted to work with the Public Health Services.

1. DEFENDANT Fauci is a "lifelong germaphobe." [Kennedy, Jy., pg. 128.]

1. For more than twenty years, DEFENDANT Fauci's "theme" has been "human immunobiology and the regulation of the human immune system." [Kennedy, Jr., pg. 128.]

1. "Beginning in 1968, [DEFENDANT Fauci] occupied various posts at the [NIAID, serving as that agency's Director since November 1984]." [Kennedy, Jr., pg. xvi.]

1. "After completing his residency at Cornell Medical Center, [DEFENDANT] Fauci joined NIH in 1968 as a clinical associate at the NIAID." [Kennedy, Jr., pg. 128.]

1. In 1977, DEFENDANT Fauci became deputy clinical director of NIAID. [Kennedy, Jr., pg. 128.]

1. As the AIDS crisis was spiraling out of control, DEFENDANT Fauci became DEFENDANT NIAID's director on November 2, 1984. [Kennedy, Jr., pg. 128.]

1. DEFENDNAT Fauci "spent half a century as America's reigning health commissar, ever preparing for his final role as Commander of history's biggest war against a global pandemic." [Kennedy, Jr., pg. xvi.]

1. DEFENDANT Fauci has served under the administrations of all U.S. Presidents since Ronald Reagan.

1. "For almost 40 years, [DEFENDANT] Dr. Anthony S. Fauci has held two jobs. As director of the National Institute of Allergy and Infectious Diseases, he has run one of the country's premier research institutions. But he has also been an adviser to seven presidents, from Ronald Reagan to, now, Joseph R. Biden Jr.," [Donald G. McNeil, Jr. The New York Times. January 24, 2021. https://www.nytimes.com/2021/01/24/health/fauci-trump-covid.html.]

1. DEFENDANT Fauci's "experiences surviving 50 years as the panjandrum of a key federal bureaucracy, having advised six Presidents, the Pentagon, intelligence agencies, foreign governments, and the WHO, seasoned him exquisitely for a crisis that would allow him to wield power enjoyed by few rules and no doctor in history." [Kennedy, Jr., pg. xvi.]

1. DEFENDANT Fauci was America's "longest-lived – and highest paid – public health apparatchik." [Kennedy, Jr., pg. 160.]

1. "His $417, 608 annual salary ma[de] him the highest paid of all four million federal employees, including the President." [Kennedy, Jr., pg. xvi.]

1. DEFENDANT Fauci's salary was paid for by U.S. taxpayers.

1. DEFENDANT Fauci's wife, Christine Grady, is a nurse-bioethicist and serves as the head of the Department of Bioethics at the National Institutes of Health Clinical Center.

1. DEFENDANT Fauci also serves as a member of the Chan Zuckerberg Foundation board, the CDC, W.H.O., The Clinton Foundation board, served on the Bill and Malinda Gates Foundation board and also has ties to big pharma.

1. DFEDENANT Fauci grew up Roman Catholic, but now considers himself to be a Humanist.

1. Humanists are "Evolutionists, Atheists and Communists" and their beliefs are in complete agreement with the philosophies of [Adam] Weishaupt, [Karl] Marx, and [Vladimir] Lenin." [Epperson, The Unseen Hand, pg. 378.]

1. Humanism is defined by the American Humanist Association as: "the belief that man shapes his own destiny. It is a constructive philosophy, a non-theistic religion, a way of life." [Epperson, The Unseen Hand, pg. 376.]

1. Karl Marx was one of the first to link the philosophy of Communism with the philosophy of Humanism, which he said: "Communism as a fully developed naturalism is Humanism..." And again: Humanism is the denial of God, and the total affirmation of man...Humanism is nothing else but Marxism." [Epperson, The Unseen Hand, pg. 376.]

1. The Humanist philosophy and religion is not new, but it took a formalized step in 1933 when a group of scientists, educators, ministers, authors, and others published The Humanist Manifesto.

1. This document contained three introductory paragraphs and then a series of 15 planks detailing the position of their philosophy and religion.

1. In part, it stated: "The time has come for widespread recognition of the radical change in religious beliefs through the modern world. Science and economic change has disrupted the old beliefs. Religions the world over are under the necessity of coming to terms with the new conditions created by a vastly increased knowledge and experience. In every field of human activity, the vital movement is now in the direction of a candid and explicit Humanism." [Epperson, The Unseen Hand, pg. 377.]

1. It also stated, in part: "We therefore affirm the following: First: Religious humanists regard the universe as self-existing and not created. Second: Humanism believes that man is part of nature and that he has emerged as a result of a continuous process....Sixth: We are convinced that the time has passed for theism (a belief in a Creator.) Fourteenth: The humanists are firmly convinced that the existing acquisitive and profit motivated society has shown itself to be inadequate. A socialized and cooperative economic order must be established to the end that the acquisitive distribution of the means of life be possible." [Epperson, The Unseen Hand, pg. 377.]

The Man-Made AIDS Crisis:

1. "Dr. Fauci's takeaway from the 1976 swine flu crisis, seems to have been the revelation that pandemics were opportunities of convenience for expanding agency power and visibility, and for cementing advantageous partnerships with pharmaceutical behemoths and for career advancement." [Kennedy, Jr., pg. 131.]

1. Less than five years later, "the AIDS pandemic proved a redemptive juncture for NIAID and the launch pad for Dr. Fauci's stellar rise." [Kennedy, Jr., pg. 131.]

1. In July 1981, DEFENDANT CDC reported a unique outbreak of immune deficiency-related health problems in a group of highly promiscuous gay men in Los Angeles, New York, and San Francisco." [Kennedy, Jr., pg. 181.]

1. "For Pharma and its NCI regulators and enablers, the AIDS crisis looked like another ATM machine." [Kennedy, Jr., pg. 133.]

1. A May 1983 Science article published by French Institut Pasteur virologist Luc Montagnier first identified a retrovirus that would later be named HIV. [Kennedy, Jr., pg. 181.]

1. DEFENDANT Fauci "then moved aggressively to capture that revenue stream for his agency." [Kennedy, Jr., pg. 133.]

1. "In a dramatic confrontation with NCI's Sam Broder that year, [Fauci] persuasively argued that, since AIDS was an infectious disease, NIAID must have jurisdiction. His victory over NCI in that tip-off placed [him] in position to capture the sudden flow of congressional AIDS appropriations flowing to NIH through the adept lobbying of a well-organized AIDS community then besieging the Capitol for resources to study and threat the 'gay plague.'" [Kennedy, Jr., pg. 133.]

1. "NCI already had long experience and robust infrastructure for conducting clinical trials on new trugs. NIAID had neither." [Kennedy, Jr., pg. 135.]

1. "Nevertheless, parroting NCI's vows to cure cancer, Fauci promised Congress that he would quickly produce drugs and vaccines to banish AIDS." [Kennedy, Jr., pg. 135.]

1. In 1984 DEFENDANT Fauci became the new AIDS czar and became the gatekeeper for almost all AIDS research. [Kennedy, Jr., pg. 135.]

1. In that same year, DEFENDANT NIH scientist Robert Gallo linked AIDS to his virus, HTLV-III, which in time was renamed the "human immunodeficiency virus" (HIV). [Kennedy, Jr., pg. 133.]

1. Despite the claim, Gallo could not find HTLV in the blood of men suffering from AIDS. [Kennedy, Jr., pg. 183.]

1. In or around the same time, after hearing a lecture by Montagnier, National Cancer Institute (NCI) researcher, entrepreneur and homophobe Dr. Robert Gallo, "persuaded the Frenchman to send him a sample of the newly discovered retrovirus, promising to use his considerable influence with the journal Science to get Montagnier's work published expeditiously." [Kennedy, Jr., pg. 181.]

1. "Instead, Gallo stalled the publication to give himself time to cultivate and steal Montagnier's virus." [Kennedy, Jr., pg. 181.]

1. When Gallo found signs of Montagnier's virus in the blood of gay men suffering from immune system collapse, Gallo rebranded it HTLV and claimed it to be the same virus he had lately 'discovered.'" [Kennedy, Jr., pg. 183.]

1. An examination of Gallo's lab notes by the Chicago Tribune "show that that Gallo renamed the French virus repeatedly...to obscure its pedigree." [Kennedy, Jr., pg. 183.]

1. "With the help of other HHS officials, Gallo then claimed Montagnier's pilfered virus as his own discovery and used an imaginative and cunning retinue of subterfuges and intricate frauds to obscure his larceny." [Kennedy, Jr., pg. 181.]

1. "Scientists who worked for Gallo described his NIH lab, where he presided over some fifty scientists and a budget $13 million, as a 'den of thieves.'" [Kennedy, Jr., pg. 181.]

1. Pulitzer Prize winning journalist John Crewdson's book Science Fictions: A Scientific Mystery, a Massive Cover-up and the Dark Legacy of Robert Gallo "exposes Gallo as a mountebank who built his career poaching discoveries from other scientists and claiming them as his own." [Kennedy, Jr., pg. 181.]

1. On April 23, 1984, Gallo recruited his boss, HHS Secretary Margaret Heckler, to lend credibility and weight to his dramatic announcement. [Kennedy, Jr., pg. 181-182.]

1. Before a packed international press, Heckler told the world: "Ladies and gentlemen, first, the probable cause of AIDS has been found – a variant of a known human cancer virus. Today we add a new miracle to the long honor roll of American medicine and science." [Kennedy, Jr., pg. 182.]

1. "Heckler's participation at Gallo's press event was important stagecraft because it gave the imprimatur of NIH's institutional gravitas to a theory that had not been subject to peer review." [Kennedy, Jr., pg. 182.]

1. The public later learned that DEFENDANT NIH allowed Gallo to delay the announcement until he had personally patented an antibody kit that he claimed was capable of detecting HIV. [Kennedy, Jr., pg. 182.]

1. Gallo developed the test at the expense of American taxpayers. [Kennedy, Jr., pg. 182.]

1. Gallo conspired with DEFENDANT CDC official, James Curran, to improperly certify his test as equivalent in quality to a far better test developed by Montagnier. [Kennedy, Jr., pg. 182.]

1. Gallo became a millionaire from his innovation "while fanning fears of the presumably deadly virus, which coincidentally drove sales." [Kennedy, Jr., pg. 182.]

1. Gallo's "premature announcement pioneered a new strategy of 'Science by Press Release' that would become a familiarly mainstay in Dr. Fauci's arsenal of narrative control, culminating in the COVID-19 pandemic." [Kennedy, Jr., pg. 182.]

1. Science did not publish Gallo's paper until over a week after his TV press conference.

1. This gimmick assured that nobody could review Gallo's work prior to his proclamation. [Kennedy, Jr., pg. 182.]

1. "Gallo's 'proof' that the cause of AIDS was a virus – as opposed to toxic exposures – provided the critical foundation stone of Dr. Fauci's career." [Kennedy, Jr., pg. 181.]

1. "This claim allowed [DEFENDANT] Fauci to capture the AIDS program and its attendant cash flows from the National Cancer Institute (NCI) and launch the project of building NIAID into the world's leading drug-production empire." [Kennedy, Jr., pg. 181.]

1. In 1982, congressional AIDS funding was...$297,0000. By 1986, that number jumped to $63 million. The following year, it was $146 million. By 1990, NIAID's annual AIDS budget was $3 billion." [Kennedy, Jr., pg. 133.]

1. Experts believe that DEFENDANT Fauci's "triumph over NCI cost many thousands of Americans their lives during the AIDS crisis." [Kennedy, Jr., pg. 135.]

1. "A subsequent lawsuit over Gallo's swindle by the French government ultimately forced Gallo to disgorge half his proceeds." [Kennedy, Jr., pg. 182.]

1. In 1991, as part of a settlement ending years of litigation, Bob Gallo finally admitted that he had stolen the HIV virus from Luc Montagnier. [Kennedy, Jr., pg. 279.]

1. "Even all those years ago, [Fauci] had already perfected his special style of ad-fear-tising, using remote, unlikely, farfetched and improbable possibilities to frighten people." [Kennedy, Jr., pg. 131.]

1. Fauci helped terrify millions into wrongly believing they were at risk of getting AIDS when they were not. [Kennedy, Jr., 131.]

1. Fauci stated: "The long incubation period of this disease, we may be starting to see, as we're seeing virtually, as the months go by, other groups that can be involved, and seeing it in children is really quite disturbing. If the close contact of the child is a household contact, perhaps there will be a certain number of individuals who are just living with and in close contact with someone with AIDS or at risk of AIDS who does not necessarily have to have intimate sexual contact or share a needle, but just the ordinary close contact that one sees in normal interpersonal relationships." [Kennedy, Jr., pg. 131-132.]

1. AIDS, zika, ebola and SARS are all patented, which means they were made by scientists in a lab.

1. "The patenting of genetically modified or isolated viruses is nothing new, says David Schwartz, a patent lawyer and partner at the Canadian intellectual property firm Smart & Biggar. 'You can't patent a disease condition per se, such as cancer or influenza,' says Schwartz. 'But if you're talking about patenting a lifeform like a bacteria or virus, if altered by man, the answer there is yes.'" [https://www.cbc.ca/news/health/can-you-patent-a-disease-1.1355379.]

1. "The rationale for patenting a genetic sequence such as the novel coronavirus is to be able to develop products, such as diagnostic tests or a vaccine, that could be marketed and sold, says Bernard Dickens, professor emeritus of Health Law and Policy at the University of Toronto. 'Profit is what underlies the whole patent system,' he says." [Andre Mayer. "Can you patent a disease?" CBC News. June 12, 2013. https://www.cbc.ca/news/health/can-you-patent-a-disease-1.1355379.]

1. For example, on June 12, 2013, the CBC published an article, stating, "The outbreak of a novel coronavirus in the Middle East is not only raising worldwide health concerns but triggering questions about the ability of organizations to patent the genetic sequences of diseases for profit." A new coronavirus called the Middle East Respiratory Syndrome (MERS-CoV) was "identified in September 2012, three months after the Erasmus Medical Center in Rotterdam, Netherlands, acquired a sample of it. The centre has taken out a patent on the virus's genetic sequence." [Andre Mayer. "Can you patent a disease?" CBC News. June 12, 2013. https://www.cbc.ca/news/health/can-you-patent-a-disease-1.1355379.]

Differences Between African AIDS and Western AIDS:

1. "One of the inevitable outcomes of this 'confirmation-biased' research was the rapidly expanding definition of 'AIDS.'" [Kennedy, Jr., pg. 185.]

1. AIDS is not a disease – it's a syndrome. [Paul Philport, MS. "HIV & AIDS Fauci's First Fraud Documentary. YoutTube. 1:10:45.]

1. "AIDS is a collection of diseases and those diseases get called AIDS if they occur in a patient that the doctor somehow concludes is HIV-positive." [Paul Philport, MS. Rethinking AIDS. 1:10:43-1:11:02.]

1. DEFENDANT Fauci's "battalion of scientists implemented a wide-ranging HIV testing program using indiscriminate PCR tests capable of amplifying tiny strands of long-dead genetic debris billions of times." [Kennedy, Jr., pg. 185.]

1. The PCR test could not identify active HIV infection. [Kennedy, Jr., pg. 185.]

1. Nobel Laureate Kary Mullis, inventor of the PCR test, "pointed out that the PCR was capable of finding HIV signals in large segments of the population who suffered no threat from HIV and had no live HIV virus in their bodies." [Kennedy, Jr., pg. 185.]

1. Researchers naturally found harmless HIV DNA detritus in people with a constellation of other diseases. [Kennedy, Jr., pg. 185.]

1. "All those unrelated ailments soon became incorporated beneath the umbrella definition of AIDS. Individuals with Candida or Kaposi's sarcoma and a positive PCR test had AIDS. Those same individuals with a negative PCR would have Kaposi's sarcoma or Candida." [Kennedy, Jr., pg. 185.]

1. "Under this rubric, the AIDS definition rapidly metastasized to encompass a galaxy of some thirty separate well-known diseases, including Kaposi's sarcoma (KS), Hodgkin's disease, herpes zoster (shingles), Pneumocystis carinii pneumonia (PCP), Burkitt's lymphoma, isosporiasis, Salmonella septicemia, and tuberculosis, all of which also occur individuals who had no HIV infection." [Kennedy, Jr., pg. 185.]

1. Asked to define AIDS in a 2009 documentary, DEFENDANT Fauci said, "When your count falls below a certain arbitrary level, by definition you have AIDS." [Anthony Fauci, MD. "House of Numbers: Anatomy of an Epidemic." YouTube. 2009.] 1. Molecular biologist Harvey Bialy, the editor of the Nature Biotechnology journal, observed: "The fearful fascination with the contagion was amplified by the official narrative that the disease originated in Africans doing weird things with monkeys, and spread to the voodoo kingdom of Haiti, and that the sexual depravity of homosexuals drove the disease into the United States." [Kennedy, Jr., pg. 257.]

1. The "theme of unwanted minorities spreading contagion was a standardized soliloquy of totalitarianism, most notoriously Hitler's stoking of public fears of tuberculosis to incite bigotry toward Jews." [Kennedy, Jr., pg. 257.]

1. "With grants from Tony Fauci, intrepid researchers quickly found that the contagion somehow reached Africa and infected up to 25 million Africans, with no one having taken notice." [Kennedy, Jr., pg. 186.]

1. "Researchers, extrapolating from small cohorts with positive PCR results, used murky statistical models to report HIV had infected nearly half the adult population in some nations — and forecast widespread depopulation of the African continent." [Kennedy, Jr., pg. 186.]

1. "None of the shrilly predicted depopulation has ever occurred, and most HIV-infected Africans showed no sign of illness." [Kennedy, Jr., pg. 186.]

1. "It's undeniable that African AIDS is an entirely different disease from Western AIDS. Whereas AIDS in Western countries continued to be a disease of drug addicts and homosexuals — with women reporting only 19 percent of US and European AIDS cases — in Africa, 59 percent of AIDS cases are in women, with 85 percent of cases occurring in heterosexuals, and the remaining 15 percent in children." [Kennedy, Jr., pg. 187.]

1. "No one has ever explained how a disease largely confined to male homosexuals in the West is a female heterosexual disease in Africa." [Kennedy, Jr., pg. 187.]

1. "In those who were sick, the infirmities looked very much like the illnesses that doctors had previously diagnosed as malaria, pneumonia, malnutrition, leprosy, bilharzia, anemia, tuberculosis, dysentery, or infection with a grim inventory of pathogens and parasites familiar to doctors in Africa." [Kennedy, Jr., pg. 186.]

1. "Because HIV antibody tests are too costly for widespread use in Africa, the World Health Organization has since 1985 used the 'Bangui definition' to diagnose AIDS, based on clinical symptoms." [Kennedy, Jr., pg. 186.]

1. The clinical symptoms of African AIDS are high fever, a persistent cough, loose stools for thirty days, and a 10 percent loss of body weight over a two-month period. [Kennedy, Jr., pg. 187.]

1. After 1993, WHO added tuberculosis to the definition. [Kennedy, Jr., pg. 187.]

1. "By that definition, a large percentage of Western tourists have AIDS while in Africa. The simple cure is to get on a plane back to New York, where no doctor would dream of bestowing an AIDS diagnosis on that symptomology alone." [Kennedy, Jr., pg. 187.]

1. "[M]any diseases that are endemic to Africa, such as malaria, TB, flu, and simple fevers, trigger false positives." [Kennedy, Jr., pg. 187.]

1. Duesberg and many other critics accused Dr. Fauci, and an opportunistic pharmaceutical industry, of taking this long inventory of ancient afflictions and recasting them as AIDS." [Kennedy, Jr., pg. 187.]

1. Former epidemiological direct of WHO, Professor James Chin, in his 2006 book, The AIDS Pandemic: The Collision of Epidemiology and Political Correctness, admitted that the AIDS cases figures for developing countries were massively manipulated in order to maintain the flow of billions of dollars. [Kennedy, Jr., pg. 187.]

1. As of today, WHO maintains twelve different descriptions for AIDS, depending on national boundaries. [Kennedy, Jr., pg. 188.]

1. "Many US AIDS sufferers can become 'cured' by crossing the border to Canada. No other disease is so subject to this sort of nationalism." [Kennedy, Jr., pg. 188.]

1. "Tens of millions of people [in Africa] are dying of AIDs. Why are they dying? It's not because we don't know how to treat AIDs. [M]illions of people in the wealthy countries are getting along remarkably well because they have the medicines that will treat it. The people in Africa who are dying of AIDS are not dying because of the HIV virus. They're dying because they don't have the money with which to pay for the drugs that would keep them alive. Gandhi saw this. He said, 'The deadliest form of violence is poverty' and that's absolutely right. Poverty kills far more people than all the wars in history, more people than all the murderers

in history, [and] more than all the suicides in history. Not only does structural violence kill more people than all the behavioral violence put together, structural violence is also the main cause of behavioral violence."

NIAID's Attempts to Cure AIDS with Vaccines and Other Harmful Drugs:

1. Despite millions from Congress, DEFENDANT NIAID had not been able to produce a single AIDS drug.
1. In the spring of 1988, DEFENDANT NIAID testified before Congress to explain DEFENDANT NIAID's slow progress.
1. When asked by Rep. Nancy Pelosi if he would take aerosol pentamidine or wait for a study, DEFENDANT Fauci replied: "If I were an individual patient, I would probably take aerosolized pentamidine if I already had a bout of Penumocystis. In fact, I might try, even before then, taking prophylactic Bactrim." [Kennedy, Jr., pg. 156.]
1. "At that very moment, DEFENDANT Fauci was denying tens of thousands of AIDS patients access to these lifesaving remedies." [Kennedy, Jr., pg. 157.]
1. In July 1987, the New England Journal of Medicine (NEJM) published Burroughs Wellcome's official report on the Phase II AZT trials, which was the basis of DEFENDANT FDA's approval of AZT. [Kennedy, Jr., pg. 163.]
1. AZT is the "most toxic drug ever approved for long-term use." [Kennedy, Jr., pg. 167.]
1. Dr. Joseph Sonnabend stated: "AZT is incompatible with life." [Robert Willner, MD, PhD, "Deadly Deception – Presentation." Youtube. (00:28:12-00:28:42).]
1. DEFENDANT Fauci "waved through another DNA chain antiretroviral terminator drug to quick approval, allowing it to skip the double-blind placebo testing he had previously declared indispensable." [Kennedy, Jr., pg. 170.]
1. DEFENDANT NIH "had developed and patented didanosine (ddI) before licensing it to Bristol Myers Squibb." [Kennedy, Jr., pg. 170.]
1. Didanosine won DEFENDANT FDA approval without even a pretense of a placebo-controlled study. [Kennedy, Jr., pg. 170.]
1. The drug had so many debilitating and lethal side effects that DEFENDANT FDA issued a black box warning. [Kennedy, Jr., pg. 170.]
1. In 1990, one of Gallo's experiments with an HIV vaccine had killed three AIDS patients in Paris.
1. DEFENDANT NIH had launched the project before handing it off to Gallo and his trust henchman, Daniel Zagury, who tested the concoction on volunteers in France and, predictably an African country, this time Zaire." [Kennedy, Jr., pg. 279.]
1. In twenty-five days, the National Cancer Institute granted Gallo's experiments "expedited review, approval." [Kennedy, Jr., pg. 279.]
1. The patients died after Gallo's team inoculated them with an HIV vaccine derived from cowpox. [Kennedy, Jr., pg. 279.]
1. DEFENDANT NIH "scientists formulated the preparation from vaccinia – a virus that causes cowpox in bovines – into which the government scientists genetically inserted a fragment of the HIV virus." [Kennedy, Jr., pg. 279.]
1. "The cowpox remained infectious and three of their nineteen Paris volunteers immediately developed 'vaccinia,' a frequently fatal necrosis, which caused acute lesions and an expanse of hardened, swollen purplish-red skin around the victims' injection sites as the disease devoured their flesh." [Kennedy, Jr., pg. 279.]
1. Neither Gallo nor Zagury reported the deaths. [Kennedy, Jr., pg. 279.]
1. Instead, Gallo vaunted the trial as a great success in the Lancet's July 21, 1990, edition, audaciously claiming that there had been "no deaths" and "no complications or discomfort" among any of those to whom he administered the preparation. [Kennedy, Jr., pg. 279-280.]
1. "André Boué, the French geneticist and secretary to France's National Committee on Medical Ethics, who approved the vaccine trials in 1987, complained that Gallo never informed his panel that any of the subjects had died.
1. French officials only learned of the deaths from physicians who became suspicious at hospitals where Gallo's team had shipped their ailing recruits to die." [Kennedy, Jr., pg. 280.]
1. DEFENDANT NIH managers also protested that Gallo had not come clean about the deaths. [Kennedy, Jr., pg. 280.]
1. "[DEFENDANT] NIH records show that neither Gallo nor any of his DEFENDANT NIH confederates informed the Office of Protection from Research Risks (OPRR) about the body count." [Kennedy, Jr., pg. 280.]
1. Federal law requires that OPRR "approve human experimentation and that researchers report adverse events," including death. [Kennedy, Jr., pg. 280.]
1. After submitted the Lancet article, Zagury applied for a patent on the deadly vaccine technology called "Methods of Inducing Immune Responses to the AIDS Virus," with Zagury listing himself as an "inventor" in the application. [Kennedy, Jr., pg. 280.]

1. "There was no investigation, no accountability and no word of what sort of injuries the volunteers in the Zaire arm of the study may have suffered." [Kennedy, Jr., pg. 280.]

1. "Five years later, Gallo left NCI and established the Institute for Human Virology (IHV) with his two longtime cronies, William Blattner, who served for 22 years under Gallo as Director of Viral Epidemiology at NCI, and Robert Redfield, a military doctor and researcher who shared Gallo's lifelong obsession with HIV and his ethical lacunae." [Kennedy, Jr., pg. 280-281.]

1. In 1996, DEFENDANT Fauci "used his expedited fast track to break another record by winning DEFENDANT FDA approval for Merck's HIV antiviral Crixivan; this time it took only six weeks." [Kennedy, Jr., pg. 170.]

1. Using PRC and expanded diagnosis, WHO estimates that HIV has infected 78 million people and caused 39 million deaths. [Kennedy, Jr., pg. 186.]

1. Today, 35 million people live with HIV with over 2 million new infections each year. [Kennedy, Jr., pg. 186.]

1. Whether they work or not, attempted HIV vaccines are an ATM for DEFENDANTS NIH and NIAID.

1. In the intervening decades, the federal government has spent well over half of a trillion dollars on AIDS. [Kennedy, Jr., pg. 278.]

1. DEFENDANT Fauci has dedicated much of that money to "his quest for an elusive vaccine to immunize people against HIV." [Kennedy, Jr., pg. 278.]

1. DEFENDANT Fauci pumped U.S. taxpayers' money into nearly 100 vaccine candidates, with none of them coming close to the finish line. [Kennedy, Jr., pg. 278.]

1. By June 2003, DEFENDANTS NIH and NIAID "were running 10,906 clinical trials in ninety countries, and [DEFENDANT] Fauci's pioneering AIDS Branch, newly christened DAIDS (Division of Acquired Immunodeficiency Syndrome), was testing new toxic antiviral concoctions in some four hundred clinical trials in the United States and globally." [Kennedy, Jr., pg. 257.]

1. DEFENDANT Fauci's "PIs targeted developing nations that lacked strong institutional structures for protecting impoverished citizens from the abusive practices of powerful pharmaceutical multinationals." [Kennedy, Jr., pg. 257.]

1. For a decade, Oklahoma's US Senator Tom Coburn, MD, occupied front-row seats in Congressional and Senate Health Committees during DEFENDANT Fauci's annual gallivants to Capitol Hill. [Kennedy, Jr., pg. 278.]

1. By 2010, Coburn had grown weary at DEFENDANT Fauci's empty promises of "the imminent delivery of his quixotic jab." [Kennedy, Jr., pg. 278.]

1. On May 18, 2010, DEFENDANT Fauci returned to the Senate hearing room to tout "significant progress in HIV vaccine research." [Kennedy, Jr., pg. 278.]

1. Coburn "lambasted [DEFENDANT] Fauci for deliberately deceiving lawmakers and accused his fellow physician of hoodwinking Congress into approving appropriations with no purpose beyond sustaining his bureaucracy." [Kennedy, Jr., pg. 278.]

1. Coburn stated: "Most scientists involved in AIDS research believe that an HIV vaccine is further away than ever." [Kennedy, Jr., pg. 278.]

1. In 2019, nearly a decade after Cobrun's remonstrance, and only a few months before the COVID-19 pandemic, [DEFENDANT] Fauci made a surprise announcement: he finally had a working HIV vaccine." [Kennedy, Jr., pg. 278.]

1. "While inoculation had demonstrated a bare-bones 30 percent efficacy in human trials in Thailand, data from the Phase III trial in South Africa looked promising, and [DEFENDANT] NIAID was getting teed up to test the vaccine on Americans." [Kennedy, Jr., pg. 278.-279]

1. While DEFENDANT Fauci's "vaccine didn't prevent transmission of AIDS, the nimble technocrat jauntily predicted that intrepid souls who took the jab would find that when they did get AIDS, the symptoms would seem to be much reduced." [Kennedy, Jr., pg. 279.]

1. DEFENDANT Fauci's proposition received zero critical press commentary. [Kennedy, Jr., pg. 279.]

1. On February 9, 2021, with his Operation Warp Speed vaccine rollout approaching the finish line, DEFENDANT Fauci announced that DEFENDANT NIH had just committed to a $200 million joint initiative with DEFENDANT BMGF to fund the next generation of AIDS vaccines using DEFENDANT NIAID's new mRNA technology. [Kennedy, Jr., pg. 299.]

1. At the February 2021 press conference, Francis Collins said that DEFENANT NIH's new generation of HIV vaccines will specifically target Africans and African Americans, "to make sure everybody, everywhere, has the opportunity to be cured, not just those in high-income countries." [Kennedy, Jr., pg. 307.] [FACT CHECK DATE]

1. "After four decades of cataclysmic outcomes, billions of squandered dollars, untold lives lost and failed promises, the press corps gave this most recent production the same rapt and credulous applause with which they greeted [DEFENDANT] Fauci's' hundred other indistinguishable pronouncements." [Kennedy, Jr., pg. 299.]

1. DEFENDANT Moderna "followed up [DEFENDANT] Fauci's appearance with a press release announcing new mRNA vaccines for Zika, Ebola, flu, cancer, and HIV." [Kennedy, Jr., pg. 299.]

1. On July 25, 2021, DEFENDANT Fauci expanded his communiqué by announcing a new multibillion-dollar government initiative to use taxpayer money and [DEFENDANT] NIAID-patented mRNA technology to prepare distinct new vaccines for twenty families of viruses that might spark future pandemics." [Kennedy, Jr., pg. 299.]

1. DEFENDANT Fauci disclosed that he was already in discussions with the Biden White House, said it would cost "a few billion dollars" on top of DEFENDANT NIAID's existing $6 billion budget and expected to launch the project in 2022. [Kennedy, Jr., pg. 299.]

1. On September 2, 2021, DEFENDANT Biden came through for DEFENDANT Fauci again, announcing a $65 billion pandemic response effort in which DEFENDANT Fauci will be its point man. [Kennedy, Jr., pg. 299.]

1. Biden's announcement eclipsed news that on August 31, 2021, DEFENDANT Fauci prematurely terminated another of his African HIV vaccine experiments. [Kennedy, Jr., pg. 299.]

1. This trial involved 2,600 African girls of DEFENDANT Johnson & Johnson HIV jab — funding jointly by DEFENDANTS NIAID and BMGF — failed to demonstrate a beneficial effect. [Kennedy, Jr., pg. 299.]

1. As of today, no vaccine or cure for HIV or AIDS is available to the public.

[An illustrative blueprint for how Fauci and his Pharma partners Get Harmful Vaccines Approved]

1. "NIAID's lack of in-house drug development capacity allowed Fauci to build his new program by farming out drug research to a network of so-called 'principal investigators,' or PIs, effectively controlled by pharmaceutical companies." [Kennedy, Jr., pg. 135.]

1. "Today, when people refer to the 'Medical Cartel,' they are principally speaking of pharmaceutical companies, hospital systems, HMOs and insurers, the medical journals, and public health regulators...[T]he glue that holds all these institutions together, and allows them to march in lockstep, is the army of PIs who act as lobbyists, spokespersons, liaisons, and enforcers." [Kennedy, Jr., pg. 135.]

1. "PIs are powerful academic physicians and researchers who use federal grants and pharmaceutical industry contracts to build feudal empires at universities and research hospitals that mainly conduct clinical trials — a key stage in the licensing process — for new pharmaceutical products." [Kennedy, Jr., pg. 135.]

1. "PIs are pharmaceutical industry surrogates who play key roles promoting the pharmaceutical paradigm and functioning as high priests of all its orthodoxies, which they proselytize with missionary zeal." [Kennedy, Jr., pg. 136.]

1. "They use their seats on medical boards and chairmanships of university departments to propagate dogma and root out heresy. They enforce message discipline, silence criticism, censor contrary opinions, and punish dissent." [Kennedy, Jr., pg. 135.]

1. "They populate the Data and Safety Monitoring Boards (DSMBs) that influence the design of clinical trial protocols and guide the interpretation of clinical trial outcomes and conclusions; the external advisory FDA panel, Vaccines and Related Biological Products Advisory Committee (VRBPAC), that guides determination of whether new vaccines are 'safe and effective' and merit licensure (marketing); and the CDC panel, the Advisory Committee on Immunization Practice (ACIP), that essentially mandates vaccines to children." [Kennedy, Jr., pg. 136.]

1. PIs "are the credentialed and trusted medical experts who prognosticate on television networks — now helplessly reliant on pharmaceutical ad revenue — to push out Pharma content." [Kennedy, Jr., pg. 136.]

1. "These 'experts' — Paul Offit, Peter Hotez, Stanley Plotkin, Ian Lipkin, William Schaffner, Kathleen Edwards, Arthur Caplan, Stanley Katz, Greg Poland, and Andrew Pollard — appear between Pharma ads on network and cable news shows to promote the annual flu shots and measles scares, to drum up fears about COVID, and to rail against 'anti-vaxxers.'" [Kennedy, Jr., pg. 136.]

1. These "experts" "write the steady stream of editorials that appear in local and national newspapers to reinforce the hackneyed orthodoxies of the pharmaceutical paradigms — 'all vaccines are safe and effective,' etc. They root out heresy by sitting on the state medical boards — the 'Inquisition' courts — that censure and de-license dissident doctors. They control the medical journals and peer-review journal literature to fortify Pharma's agenda." [Kennedy, Jr., pg. 136.]

1. They also "teach on medical school faculties, populate journal editorial boards, and chair university departments. They supervise hospitals and chair hospital departments. They act as expert witnesses for pharmaceutical companies in civil court and the federal vaccine court. They present awards to one another." [Kennedy, Jr., pg. 136.]

1. Fauci "played a key historic role in elevating this cohort to dominate public health policy." [Kennedy, Jr., pg. 135.]

63

1. "Thanks to NIH's largesse, and to NIAID in particular, a relatively tiny network of PIs — a few hundred — determines the content and direction of virtually all America's biomedical budget." [Kennedy, Jr., pg. 136.]

1. "In 1987, some $4.6 billion of NIH's $6.1 billion budget went to these off-campus researchers. By 1992, NIH's budget had expanded to $8.9 billion, with $5 billion going to outside scientists at 1,300 universities, laboratories, and other elite institutions." [Kennedy, Jr., pg. 136.]

1. By 2020, "Fauci's NIAD alone controls $7.6 billion in annual discretionary expenditures that he distributes mainly to PIs around the globe." [Kennedy, Jr., pg. 136.]

1. "The 2006 meeting of CDC's ACIP provides an illustrative blueprint for how Fauci and his Pharma partners use their PIs to control the key FDA and CDC panels that license and 'recommend' new vaccines for addition to the childhood schedule." [Kennedy, Jr., pg. 136.]

1. "That 2006 ACIP panel recommended two new blockbuster Merck shots: The Gardasil HPV vaccine for all girls ages nine through twenty-six, and three doses of a Merck rotavirus vaccine, Rotateq, for infants at ages two, four, and six months." [Kennedy, Jr., pg. 136.]

1. "Both Bill Gates and Fauci (via NIAID) had provided seed and clinical trial funding for the development of both Gardasil and the rotavirus vaccine." [Kennedy, Jr., pg. 136.]

1. Merck "maintained it had not tested either vaccine against an inert placebo in pre-approval trials, so no one could scientifically predict if the vaccines would avert more injuries or cancers than they would cause. Nevertheless, the sister FDA panel, VRBPAC, approved Gardasil — to prevent cervical cancer — without requiring proof that the vaccine prevented any sort of cancer, and despite strong evidence from Merck's clinical trial that Gardasil could dramatically raise risks of cancer and autoimmunity in some girls." [Kennedy, Jr., pg. 137.]

1. ACIP mandated both jabs. [Kennedy, Jr., pg. 137.]

1. "Gardasil would be the most expensive vaccine in history, costing patients $420 for the three-jab series and generating revenues of over $1 billion annually for Merck." [Kennedy, Jr., pg. 137.]

1. "The notorious 'Television Doctor' Paul Offit was the codeveloper of the rotavirus vaccine that ACIP approved in that 2006 session." [Kennedy, Jr., pg. 137.]

1. Offit is a "perennial guest on CBS, NBC, ABC, and CNN. He is the New York Times's guest expert and provides regular editorials for the Times op-ed pages. He is a frequently quoted expert on evening news broadcasts and a regular contributor to online media outlets including HuffPost, Politico, and The Daily Beast." [Kennedy, Jr., pg. 137.]

1. "Media platforms uniformly identify Offit as a 'vaccine expert' from the University of Pennsylvania and the Children's Hospital of Philadelphia (CHOP)." [Kennedy, Jr., pg. 137.]

1. "With Offit's encouragement, they seldom, if ever, disclose his pervasive financial entanglements with Fauci and the pharmaceutical companies." [Kennedy, Jr., pg. 137.]

1. "In 2011, for example, while presenting at NIH for the Great Teachers Lecture Series, he...declared, 'I'm sorry, I have no financial conflicts of interests.'" [Kennedy, Jr., pg. 137.]

1. Offit, in fact, "is a vaccine developer who has made millions monetizing his relationships with vaccine companies. He occupies the 'Hilleman Chair' at CHOP, which Merck funded with a $1.5 million donation and named in honor of the company's heavyweight vaccinologist." [Kennedy, Jr., pg. 137-138.]

1. "Offit and his university and hospital affiliates have flourished largely based on hundreds of millions in grant monies from Fauci's agency and from virtually all the big vaccine companies." [Kennedy, Jr., pg. 138.]

1. "In 2006 alone, his institution, CHOP, received $13 million from NIAID and $80 million from NIH." [Kennedy, Jr., pg. 138.]

1. "Merck launders hundreds of thousands of dollars in personal payments to Offit through bulk purchases [of his biennial propaganda books — including titles like Vaccines: What Every Parent Should Know and Autism's False Prophets: Bad Science, Risky Medicine, and the Search for a Cure], which the company then distributes to pediatricians across the country." [Kennedy, Jr., pg. 138.]

1. "Offit is the most visible spokesperson for Pharma, its allied industries, and the chemical paradigm in general." [Kennedy, Jr., pg. 138.]

1. Offit "represents himself as an authoritative source of reliable information, but he is actually a font of wild industry ballyhoo, prevarication and outright fraud. He brazenly claims, against all scientific evidence, that vaccine injuries are a myth — that all vaccines are safe and effective, that children can safely receive ten thousand vaccines at once, and that aluminum is safe in vaccines for babies because it is a 'vital nutrient...Offit says that mercury in vaccines is harmless and is quickly excreted from the body.'" [Kennedy, Jr., pg. 138.]

1. There is no scientific study suggesting that aluminum is safe or that is has any nutritional value. [Kennedy, Jr., pg. 138.]

1. Published science demonstrates decisively that mercury is a cataclysmically harmful and persistent toxin, and it is well known that both ethyl and methylmercury bioaccumulate. [Kennedy, Jr., pg. 138.]

1. Offit warns against the fallacy of going 'GMO free,' and takes the...position that dichlorodiphenyltrichloroethane (DDT) is harmless." [Kennedy, Jr., pg. 138.]

1. Offit "vocally supports GMO foods and chemical pesticides and is...[a] foe to vitamins, nutrition, and integrative medicine." [Kennedy, Jr., pg. 138.]

1. In 2017, Offit coached a group of fellow PIs, saying, 'You can never really say that MMR doesn't cause autism but frankly when you get in front of the media you better get used to saying it because otherwise people hear a door being left open when a door shouldn't be left open." [Kennedy, Jr., pg. 138.]

1. The mainstream media treats Offit's statements as gospel and "physicians rely upon the veracity of his pronouncements in making treatment decisions." [Kennedy, Jr., pg. 138.]

1. Offit "serves on the board of various pharma front groups and astroturf organizations and commands a vast network of bloggers and trolls, each of them directly or indirectly paid by the pharmaceutical companies to stifle debate, propagate lies, bully and intimidate the mothers of intellectually disabled children, silence scientific and medical dissent, and root out heresy." [Kennedy, Jr., pg. 138-139.]

1. "In 1998, Offit sat on the CDC's ACIP Committee and participated in the debate that added rotavirus vaccine to the mandatory schedule for the first time, neither from the debate nor the vote, despite the fact that he had his own rotavirus vaccine then in development." [Kennedy, Jr., pg. 139.]

1. "He voted that year to add Wyeth-Ayerst Pharamceutical's rotavirus, RotaShield, to the mandatory schedule despite the absence of functional safety studies." [Kennedy, Jr., pg. 139.]

1. Offit "knew that ACIP's positive vote on Wyeth's rotavirus jab would virtually guarantee a similar approval for his own rotavirus vaccine during an upcoming ACIP session." [Kennedy, Jr., pg. 139.]

1. The ACIP Committee unanimously recommended Wyeth's RotaShield vaccine. [Kennedy, Jr., pg. 139.]

1. "From 1999 to 2000, Government Oversight Committee (GOC) Chairman Republican Congressman Dan Burton investigated the systemic corruption of these panels during two years of intense investigations and hearings." [Kennedy, Jr., pg. 137.]

1. According to Burton, "CDC routinely allows scientists with blatant conflicts of interest to serve on influential advisory committees that make recommendations on new vaccines...while these same scientists have financial ties, academic affiliations and other...interests in the products and companies for which they are supposed to be providing unbiased oversight." [Kennedy, Jr., pg. 137.]

1. "Before arriving at ACIP, every vaccine must first get reviewed by FDA's sister 'independent panel' called VRBPAC, then licensed as 'safe and effective' by the FDA." [Kennedy, Jr., pg. 139.]

1. "According to the findings of that 2000 Congressional investigation, four of the five FDA VRBPAC committee members who voted to license the Wyeth rotavirus vaccine that year had financial conflicts with the four pharmaceutical companies, Sanofi, Merck, Wyeth, and Glaxo, that were developing versions of the vaccine." [Kennedy, Jr., pg. 139.]

1. Once the FDA committee gave RotaShield its blessing, the vaccine moved to ACIP to vie for a CDC 'recommendation,' which effectively mandates the vaccine for 3.8 million school children annually, guaranteeing the manufacturer a trapped market worth hundreds of millions." [Kennedy, Jr., pg. 139.]

1. "The August 2000 Congressional investigation found that the majority of ACIP members were conflicted in that vote. That report found that seven out of ten ACIP working group committee members who voted to approve the rotavirus vaccine in June 1998 had financial ties to eh pharmaceutical companies that were developing different versions of the vaccine." [Kennedy, Jr., pg. 139.]

1. The investigation concluded that Offit shared a patent on his own rotavirus vaccine funded by a $350,000 grant for Merck to develop this vaccine and was a paid consultant to Merck. [Kennedy, Jr., pg. 139.]

1. Fauci and Pharma's "corrupt control of those two panels allowed Wyeth to obtain both an FDA license and a CDC 'recommendation' without having to genuinely safety test this product, a process that would have revealed terrible risks." [Kennedy, Jr., pg. 140.]

1. "Even the truncated trials of Wyeth's RoaShield, conducted with no placebo, revealed serious side effects in babies, including 'failure to thrive,' fevers high enough to cause brain injury, and a condition called intussusception, wherein a child's intestines telescope into themselves, causing an agonizing blockage that, in some instances, results in death." [Kennedy, Jr., pg. 140.]

1. "The intussusception figures alone were statistically significant – cited as one in two thousand of the children who received the vaccine. At this time, there were around 3.8 million children in the target age group living in the United States; this translated to around 1,890 statistically likely cases of intussusception." [Kennedy, Jr., pg. 140.]

1. "Less than a year after Offit and his confederates on the ACIP voted to mandate RotaShield with no authentic safety testing, Offit again sat on the ACIP committee that revoked this earlier recommendation." [Kennedy, Jr., pg. 140.]

1. "ACIP pulled RotaShield from the market in October 1999 due to the many children who, predictably, suffered intussusception." [Kennedy, Jr., pg. 140.]

1. Offit's "shrewd maneuvering through this sequence of events opened an unobstructed path to approval and enormous riches for his own rotavirus vaccine, RotaTeq." [Kennedy, Jr., pg. 140.]

1. "Since its approval, Offit's rotavirus vaccine has caused a wave of catastrophic illnesses and agonizing deaths in babies from intussusception." [Kennedy, Jr., pg. 140.]

1. "From 1985 to 1991, prior to the introduction of the rotavirus vaccine, the rotavirus disease caused only 20-60 deaths per year nationwide, mainly due to dehydration associated with diarrhea." [Kennedy, Jr., pg. 140.]

1. "Since dehydration is easily treated, virtually all deaths from rotavirus are avoidable with timely and appropriate medical care." [Kennedy, Jr., pg. 140.]

1. "Reported adverse reactions from Offit's RotaTeq vaccine range from 953 to 1,689 per year. These included fever, diarrhea, vomiting, irritability, intussusception, SIDS, severe combined immunodeficiency, otitis media, nasopharyngitis, bronchospasm, urinary tract infection, hematochezia, seizures, Kawasaki disease, bronchiolitis, urticaria, angioedema, gastroenteritis, pneumonia, and death." [Kennedy, Jr., pg. 140.]

1. Offit's "rotavirus vaccine causes negative net public health impacts." [Kennedy, Jr., pg. 140.]

1. In 2010, after its introduction, "NIH learned that Offit's vaccine, RotaTeq, also contained the porcine retrovirus that causes an HIV-like syndrome called 'wasting disease' in pigs." [Kennedy, Jr., pg. 140.]

1. Millions of American children have now been inoculated with the virus, thanks to Offit.

1. Neither Fauci nor any other agency has ever funded a study to establish the safety of injecting their dangerous pig retroviruses into babies. [Kennedy, Jr., pg. 140.]

1. "In 2006, ACIP added Offit's vaccine to the schedule, allowing Offit and his business partners to sell his patent rights for the formulation to Merck for $186 million." [Kennedy, Jr., pg. 140.]

1. Offit "made a declared profit of over $20 million as a result of this series of transactions." [Kennedy, Jr., pg. 141.]

1. "Offit reported, in a…2008 Newsweek story, that the millions he made from his rotavirus caper was 'like winning the lottery.'" [Kennedy, Jr., pg. 141.]

1. Big Pharma and Fauci "rig virtually all the critical drug approval panels using this strategy of populating them with PIs who, bound by financial fealty to Pharma and NIAID funders, reliably approve virtually every new drug upon which they deliberate – with or without safety studies." [Kennedy, Jr., pg. 137.]

1. Fauci's "choice to transfer virtually all of NIAID's budget to pharmaceutical PIs for drug development was an abdication of the agency's duty to find the source and eliminate the explosive epidemics of allergic and autoimmune disease that began under his watch around 1989." [Kennedy, Jr., pg. 141.]

1. "Refereed science, surveillance data, and manufacturers' inserts all implicate the very drugs and vaccines that Fauci largely helped develop as culprits in those new epidemics." [Kennedy, Jr., pg. 141.]

1. "NIAID money effectively became a giant subsidy to the blossoming pharmaceutical industry to incubate a pipeline of profitable new drugs targeted to treat the symptoms of those very diseases." [Kennedy, Jr., pg. 141.]

1. "While NIH remains a massive funding source for PIs, rich contracts from big drug companies and royalty payments from drug products often dwarf their government funding." [Kennedy, Jr., pg. 141.]

1. "Pharma money is the PIs' bread and butter, commanding their loyalties and dictating their priorities. They and their clinics and research institutions are, effectively, arms of the pharmaceutical industry. Their empires rely on Pharma for their growth and survival." [Kennedy, Jr., pg. 141.]

1. "Each drug company – Glaxo, Pfizer, Merck, Sanofi, Johnson & Johnson, and Gilead – cultivates a cadre of its own reliable PIs whom it funds to conduct clinical trials and drug research." [Kennedy, Jr., pg. 141.]

1. "Typically, the drug company contracts with the reliable PI's medical school, attending hospital, or research institution to run clinical trials. The company makes payments ranging from a few hundred dollars to $10,000 (depending on the trial phase, complexity, and the company) for each patient enrolled in the drug trial with the university skimming one-half to two-thirds of those funds for 'academic overhead.'" [Kennedy, Jr., pg. 141.]

1. "Those payments from the pharmaceutical company secure long-term loyalty from the institution and its board." [Kennedy, Jr., pg. 141.]

1. "Moreover, both the researcher and the university customarily share patent interests in any product the PI helps develop, collecting rich royalties when it hits the market. Additional money from the Pharma sponsor supports the PI's assistants and laboratory costs." [Kennedy, Jr., pg. 141.]

1. "The drug company also pays 'legalized bribes' to the PI grantee through honoraria, expert witness fees, speaking gigs, and first-class travel to exclusive resorts for conferences." [Kennedy, Jr., pg. 141.]

1. "All these perquisites tend to fortify loyalty and incentivize the favorable research results necessary to securing FDA drug approvals." [Kennedy, Jr., pg. 141.]

1. "[E]ach stakeholder understands that positive reviews of the subject drug promise future work." [Kennedy, Jr., pg. 141.]

1. According to Nussbaum, "PIs do their own kind of science and, more often than not, their experiments have little to do with either health or the public. They test drugs by private pharmaceutical companies for personal gain, for money that goes to their universities, and for power." [Kennedy, Jr., pg. 141-142.]

1. "The system allows pharmaceutical companies to systemically divert federal monies — the initial NIAID grant — to serve their own private profit priorities." [Kennedy, Jr., pg. 142.]

1. The "system is hostile to drugs with expired patents or those that emerge from companies that are not paying the PI's research expense." [Kennedy, Jr., pg. 142.]

1. Author and historian, Terry Michael, stated: "NIAID funds much of the pharmaceutical industry's research and clinical trials. In fact, Big Pharma has become a client of the NIH and especially its NIAID." [Kennedy, Jr., pg. 142.]

Lessons Learned:

1. The lessons DEFENDANT Fauci learned from orchestrating regulatory responses to the AIDS crisis would become familiar templates for managing subsequent man-made pandemics. [Kennedy, Jr., pg. 131.]

1. For more than two decades, DEFENDANT Fauci has employed a "strategy of promoting false pandemics as a scheme for promoting novel vaccines, drugs and Pharma profits." [Kennedy, Jr., pg. xxiii.]

1. DEFENDANT Fauci has spent the last half-century crafting public responses to a series of real and concocted viral outbreaks — HIV/AIDS in 1983; SARS in 2003; bird flu in 2005; swine flu ('novel N1N1') in 2009, dengue in 2012; MERS in 2014; Ebola in 2014-2016; Zika in 2015-2016; and COVID-19 in 2020. [Kennedy, Jr., pg. 131.]

1. "When authentic epidemics failed to materialize, [DEFENDANT] Fauci became skilled at exaggerating the severity of contagions to scare the public and further his career." [Kennedy, Jr., pg. 131.]

1. "[DEFENDANT] Fauci learned, at the outset of his career, to find excuses for abbreviating clinical trials of toxic medications to keep long-term mortalities invisible and to cloud overall cost/benefit assessments." [Kennedy, Jr., pg. 79.]

Collusion Between Big Pharma & Government:

1. For five decades, Fauci has wielded formidable power to fortify the pharmaceutical industry's explosive growth and its corrosive influence over our government regulatory agencies and public health policy." [Kennedy, Jr., pg. 118.]

1. During Fauci's fifty-year career, he has "nurtured a complex web of financial entanglements among pharmaceutical companies and the National Institute of Allergy and Infectious Diseases (NIAID) and its employees that has transformed NIAID into a seamless subsidiary of the pharmaceutical industry." [Kennedy, Jr., pg. 118.]

1. Fauci promotes his relationship with Big Pharma as a "public-private partnership." [Coronavirus Response, 116th United States Congress, May 12, 2020, Testimony of Dr. Anthony Fauci.]

1. Since 1980, governmental health agencies have become subsidiaries of Big Pharma.

1. "Regulatory capture" is the "process by which the regulator becomes beholden to the industry it's meant to regulate." [Kennedy, Jr. pg. xv.]

1. For five decades, Fauci has wielded formidable power to fortify the pharmaceutical industry's explosive growth and its corrosive influence over our government regulatory agencies and public health policy." [Kennedy, Jr., pg. 118.]

1. During Fauci's fifty-year career, he has "nurtured a complex web of financial entanglements among pharmaceutical companies and the National Institute of Allergy and Infectious Diseases (NIAID) and its employees that has transformed NIAID into a seamless subsidiary of the pharmaceutical industry." [Kennedy, Jr., pg. 118.]

1. Fauci promotes his relationship with Big Pharma as a "public-private partnership." [Coronavirus Response, 116th United States Congress, May 12, 2020, Testimony of Dr. Anthony Fauci.]

1. Since 1980, governmental health agencies have become subsidiaries of Big Pharma.

1. "Regulatory capture" is the "process by which the regulator becomes beholden to the industry it's meant to regulate." [Kennedy, Jr. pg. xv.]

1. According to Robert F. Kennedy, Jr., he realized in or around 2005 that the "pervasive web of deep financial entanglements between Pharma and the government health agencies had put regulatory capture on steroids." [Kennedy, Jr., pg. xv.]

1. Under Fauci's management, "NIAID has become the center of a web of corrupting financial ties with the pharmaceutical industry." [Kennedy, Jr., pg. 119.]

1. Fauci has used the NIAID's $6 billion annual budget to "achieve dominance and control over a long list of agencies and governing bodies, including the CDC, FDA, HHS, NIH, the Pentagon, the White House, the WHO, the United Nations (UN) organizations, and into the deep pockets of the Clinton and Gates Foundations, and Britain's The Wellcome Trust." [Kennedy, Jr., pg. 118.]

1. "A leviathan yearly grant budget gives [Fauci[ power to make and break careers , enrich – or punish – university research centers, manipulate scientific journals, and to dictate not just the subject matter and study protocols, but also the outcome of scientific research across the globe." [Kennedy, Jr., pg. 118.]

1. In addition to the $1.7 billion received by DARPA, "this Pentagon funding brings the annual total of grants that [Fauci] dispenses to an astonishing $7.7 billion – almost twice the annual donations of the Bill & Melinda Gates Foundation." [Kennedy, Jr., pg. 118.]

1. "Working in close collaboration with pharmaceutical companies and other large grant makers, including Bill Gates...[Fauci] has consistently used his...power to defund, bully, silence, de-license, and ruin scientists whose research threatens the pharmaceutical paradigm, and to reward those scientists who support him." [Kennedy, Jr., pg. 118.]

1. Fauci "rewards loyalty with prestigious sinecures on key HHS committees when they continue to advance his interests. [Kennedy, Jr., pg. 118.]

1. "When the...'independent' expert panels license and recommend new pharmaceuticals, [Fauci's] control over these panels gives him the power to fast-track his pet drugs and vaccines through the regulatory hurdles, often skipping key milestones like animal testing or functional human safety studies." [Kennedy, Jr., pg. 118.]

1. Fauci's "funding strategies evince a bias for developing and promoting patented medicines and vaccines, and for sabotaging and discrediting off-patent therapeutic drugs, nutrition, vitamins, and natural, functional, and integrative medicines." [Kennedy, Jr., pg. 118-19.]

1. "Researchers in NIAID's labs supplement their income with honoraria they earn by attending Pharma seminars and briefing pharmaceutical company personnel with inside information about research progress on new drugs in NIAID's pipeline." [Kennedy,Jr., pg. 119.]

1. Fauci's "underlings routinely perform private projects for drug companies in their NIAID labs and take contract work running clinical trials for Pharma's new drugs." [Kennedy, Jr., pg. 119.]

1. "Journalist Bruce Nussbaum reports that it is standard practice for [Fauci's] employees to pocket enough gravy from the deal flow to add 10-20 percent to their NIAID salaries from this sort of work...NIAID also deducts 40, 50, or 60 percent off the top of these contracts for 'overhead,' cementing the agency's partnership with the industry." [Kennedy, Jr., pg. 119.]

1. A 2004 Office of Government Ethics investigation "chided [Fauci] for failing to control the corrupting entanglements between his staffers and pharmaceutical companies. Their report cited NIADI for failing to review and resolve possible ethical conflicts affecting two-thirds of NIAID's workers who were moonlighting in private industry." [Kennedy, Jr., pg. 119-120.]

1. The investigation also found that NIAID had failed to obtain approval for a full 66 percent of "outside activities" the institute had undertaken over the review period. [Kennedy, Jr., pg. 120.]

1. "Outside activities, according to the NIH, are undertakings that 'generally involv[e] providing a service to or a function for an outside organization, with or without pay or other compensation.' That can include generating income from a pharmaceutical patent from a drug company, consulting for industry, obtaining silent or equity involvement with biotech firms, or conducting paid lectures and seminars." [Kennedy, Jr., pg. 120.]

1. Fauci's "management style thrives on creating many such opportunities for his agency and its employees to participate in profitable ventures with pharmaceutical companies." [Kennedy, Jr., pg. 120.]

1. The pharmaceutical companies also pay royalties to Fauci, his employees and the NIAID.

68

1. According to Robert F. Kennedy, Jr., here's how the royalty system works: "Instead of researching the causes of the mushrooming epidemics of allergic and autoimmune diseases --- the function for which US taxpayers pay his salary – [Fauci] funnels the bulk of his $6 billion budget to the research and development of new drugs." [Kennedy, Jr., pg. 120.]

1. Fauci "often begins the process by funding initial mechanistic studies of promising molecules in NIAID's own laboratories before farming the clinical trials out to an old boys' network of some 1,300 academic 'principal investigators' (PIs) who conduct human trials at university-affiliated research centers and training hospitals. After these NIAID-funded researchers develop a potential new drug, NIAID transfers some or all of its share of the intellectual property to private pharmaceutical companies, through HHS's Office of Technology Transfer. The University and its PIs can also claim their share of patent aid royalty rights, cementing the loyalty of academic medicine to [Fauci]." [Kennedy, Jr., pg. 120.]

1. "Once the product gets to market, the pharmaceutical company pays royalties – a form of legalized kickbacks – through an informal scheme that allows Pharma to funnel its profits from drug sales to NIADI and to the NIAID officials who worked on the product." [Kennedy, Jr., pg. 120.]

1. "Under a secretive, unpromulgated HHS policy, [Fauci] and his NIAID underlings may personally pocket up to $150,000 annually from drugs they helped develop at taxpayers' expense." [Kennedy, Jr., pg. 120.]

1. The United States Department of Health and Human Services (HHS) is the owner of at least 4,400 patents. [Kennedy, Jr., pg. 120.]

1. On October 22, 2020, the United States Government Accountability Office (GAO) published a report titled: BIOMEDICAL RESEARCH: NIH Should Publicly Report More Information about the Licensing of Its Intellectual Property. In this document, the authors reported that the NIH has received, 'up to $2 billion in royalty revenue for NIH since 1991, when FDA approved the first of these drugs. Three licenses generated more than $100 million each for the agency.'" [Kennedy, Jr., pg. 120.]

1. Absent from the GAO report are over 130 NIH patents associated with active compounds generating billions of dollars in revenue. [Kennedy, Jr., pg. 120]

1. NIAID grants have resulted in 2,655 patents and patent applications, of which only 95 include an assignment to the Department of Health and Human Services as an owner. [Kennedy, Jr., pg. 120-121.]

1. Fauci assigned most of these patents to universities, thereby making the ultimate commercial beneficiaries entirely opaque while binding the invaluable loyalty of American medica schools and the nation's most influential physicians to [Fauci] and his polices." [Kennedy, Jr., pg. 120-121.]

1. One of the largest holders of NIAID-generated patents is SIGA Technologies, but the GAO made no mention of SIGA in its report. [Kennedy, Jr., pg. 121.]

1. "SIGA's CEO, Phillip L. Gomez, spent nine years working for [Fauci] at NIAID developing Fauci's signature vaccine programs for HIV, SARS, Ebola, West Nile Virus, and Influenza before exiting to commercial ventures." [Kennedy, Jr., pg. 121.]

1. "While NIAID clearly developed SIGA's technology, the company receives commercial revenue from NIAID but no royalty or commercial payments to NIH or any of its programs." [Kennedy, Jr., pg. 121.]

1. Eight US patents list Fauci as an inventor, however, "NIAID, NIH, and GAO do not list any of them in their reports of active licensing despite the fact that [Fauci] has acknowledged collecting patent royalties on his interleukin-2 'invention.'" [Kennedy, Jr., pg. 121.]

1. "Furthermore, GAO reported none of NIAID's patents despite clear evidence that Gilead Sciences and Janssen Pharmaceuticals (a division of Johnson.& Johnson) have generated over $2 billion annually from sales directly resulting from NIAID-funded technologies." [Kennedy, Jr., pg. 121.]

1. "Missing from the GAO report are two patents for Janssen's Velcade, that have generated sales in excess of $2.18 billion annually for many years. The GAO report also omits any mention of the patents for Yescarta, Lumoxiti, or Kepivance in violation of 37 USC §410.10 and 35 USC §202(a)." [Kennedy, Jr., pg. 121.]

1. "At least thirteen out of the twenty-one patents in the GAO report, including [Fauci's] Moderna vaccine, illegally fail to disclose the government interest despite their indisputable NIH pedigrees." [Kennedy, Jr., pg. 121.]

1. Since Fauci arrived at the NIH, the agency has spent approximately $856.90 billion. [Kennedy, Jr., pg. 121.]

1. Between 2010 and 2016, "every single drug that won approval from the FDA – 210 different pharmaceuticals – originated, at least in part, from research funded by the NIH." [Kennedy, Jr., pg. 121.]

1. "Following drug approval, [Fauci] continues to collaborate with his pharmaceutical partners on promoting and pricing and profiting from their new product." [Kennedy, Jr., pg. 121.]

1. "Over the decades since [Fauci] took over NIAID, the agency has formalized an elaborate process of negotiating against US taxpayers to allow Pharma to extract maximum profits back from NIADI's germinated drugs. With NIADI's help, the lucky

pharmaceutical company walks the new drug through accelerated FDA approval. The CDC then sets obscene retail prices for these collaborative products in secretive negotiations. Such sweetheart deals — at taxpayer and consumer expense — and accelerated approvals can yield direct financial benefits to NIAID, to [Fauci's] favored employees, and even to [Fauci] himself." [Kennedy, Jr., pg. 121.]

1. Fauci "launched his career by allowing Burroughs Wellcome (now GlaxoSmithKline) to charge $10,000 annually for azidothymidine (AZT), an antiretroviral medication developed exclusively by NIH and tested and approved by [Fauci] himself. Fauci knew that the product cost Burrough Wellcome a mere $5/dose to manufacture. Higher profit for industry 'partners' often means more extravagant royalty payments for his NIAID and NIH cronies." [Kennedy, Jr., pg. 121.-122.]

1. According to Dr. Michael Carome, a former HHS official and a director of the advocacy group Public Citizen, "Instead of a regulator and a regulated industry, we now have a partnership....That relationship has tilted the agency [HHS] away from a public health perspective to an industry friendly perspective." [Kennedy, Jr., pg. 122.]

1. Under Fauci's leadership, "the commercial features of this partnership have eclipsed his agency's mission to advance science." [Kennedy, Jr., pg. 122.]

1. "Over the last fifty years at NIH, Fauci has played a leading role in Big Pharma's engineered demolition of American health and democracy, working hand in glove with pharmaceutical companies to overcome federal regulatory obstacles and transform the NIH and NIAID into a single-minded vehicle for development, promotion, and marketing of patented pharmaceutical products, including vaccines and vaccine-like products." [Kennedy, Jr., pg. 122.]

1. During the late 1970s, "regulators were allowing Pharma to craft public health policy behind closed doors." [Kennedy, Jr., pg. 130.]

1. NIAID former Director Krause "invited Merck executives to sit in on internal planning meetings as collaborators. Working with Merck, NIAID used taxpayer funds to subsidize development and distribution of vaccines, and to rush untested products to market." [Kennedy, Jr., pg. 130.]

1. Prior to 1997, the FDA forbade pharmaceutical advertising on television. [Kennedy, Jr., pg. 131.]

1. In 2005, Robert F. Kennedy, Jr. published an article simultaneously in the RollingStone and Salon titled "Deadly Immunity," exposing widespread corruption within the CDC's vaccine branch.

1. After Kennedy, Jr. published this article, mainstream media publications refused to publish his articles on vaccine safety and "ultimately banned [him] from publishing on any issues." [Kennedy, Jr., pg. 142.]

1. RollingStone removed the article without explanation in February 2021 and HuffPost purged a half-dozen of his articles.

1. DEFENDANT CDC "owns 57 vaccine patents and spends $4.9 of its $12.0 billion-dollar annual budget (2019) buying and distributing vaccines." [Kennedy, Jr., pg. xv.]

1. DEFENDANT NIH "owns hundreds of vaccine patents and often profits from the sale of products it supposedly regulates." [Kennedy, Jr., pg. xv.]

1. "High level officials, including [DEFENDANT] Dr. Fauci, receive yearly emoluments of up to $150,000 in royalty payments on products that they develop and then usher through the approval process." [Kennedy, Jr., pg. xv.]

1. DEFENDANT FDA "receives 45 percent of its budget from the pharmaceutical industry, through what are euphemistically called 'user fees.'" [Kennedy, Jr., pg. xv.]

Profits Over Health:

1. The 1980 Bayh-Dole Act allowed DEFENDANT NIAID — and DEFENDANT Fauci personally — to file patents on the hundreds of new drugs that his agency-funded PIs were incubating, and then to license those drugs to pharmaceutical companies and collect royalties on their sales. [Kennedy, Jr., pg. 245.]

1. Holocaust survivor Vera Sharav spent her long career investigating abusive human experiments by [DEFENDANT] NIAID and other agencies. [Kennedy, Jr., pg. 245.]

1. Sharav stated: "Beginning around 1990, clinical trials became the profit center for the medical community. The insurance industry and HMOs were squeezing doctors so that it became hard to make big money practicing medicine. The most ambitious doctors left patient care and gravitated toward clinical trials. Everybody involved was making money except the subjects of the human experiments. At the center of everything was NIH and NIAID. While people were not paying attention, the agency quietly became the partner of the industry." [Kennedy, Jr., pg. 245.]

1. DEFENDANT NIAID's drug development enterprise quickly eclipsed DEFENDANT HHS's regulatory function. [Kennedy, Jr., 245.]

1. Millions of dollars began flowing in from drug royalties to DEFENANTS NIH and to NIAID's high-level personnel, including DEFNDANT Fauci. [Kennedy, Jr., 245.]

1. "As early as 1992, a Department of Health and Human Services Inspector General investigation concluded that [DEFENDANT] NIAID failed to police conflicts of interest by his PIs in a vaccine clinical trial." [Kennedy, Jr., pg. 245.]

1. According to an expose by the Associated Press, "In all, 916 current and former [DEFENDANT] NIH researchers are receiving royalty payments for drugs and other inventions they developed while working for the government." [Kennedy, Jr., pg. 245.]

1. All the new money accumulated by DEFENDANTS "NIH and NIAID made clinical trials a vast, booming industry." [Kennedy, Jr., pg. 245.]

1. Pharma's ethics quickly pervaded and corrupted [DEFENDANT] NIAID's culture. [Kennedy, Jr., pg. 245.]

1. DEFENDANT NIAID "routinely overlooked and often sanctioned and engaged in routine manipulation of science of 'prove' efficacy of dangerous and ineffective drugs." [Kennedy, Jr., pg. 245.]

1. "Callous disregard toward suffering and deaths among clinical trial volunteers became a feature of [DEFENDANT] NIAID's modus operandi." [Kennedy, Jr., pg. 245.]

1. Scientists who violate ethical and legal requirements and use underhanded recruitment tactics pose a very real and present threat to public safety. [Kennedy, Jr., pg. 245.]

1. According to the AP expose, "hundreds, perhaps thousands, of patients in [DEFENDANT] NIH experiments made decisions to participate in experiments that often carry risks without full knowledge about the researchers' financial interests." [Kennedy, Jr., pg. 245.]

1. According to Brandy Vaughn, a former Merck sales rep for Vioxx, if a drug company gets one vaccine added to the schedule, they can make upwards of $30 billion in one year.

1. Vaughn stated: "We have a highly profitable product because the safety testing isn't as rigorous as a normal pharmaceutical drug. The gold standard is double-blind, placebo-based, long-term study and that just isn't done with vaccines because they're classified in a different way as a public health measure and they haven't been tested in combination with other vaccines, yet doctors give 6-9 doses per visit. It's insane. If a pharmaceutical drug was tested like this, it wouldn't be on the market but because it's a vaccine, and the safety testing is less rigorous, our children are being experimented on."

1. Since vaccines are a cash cow for pharmaceutical companies, they, according to Mark Blaxill, author of Age of Autism, "want to create environment of vaccination from cradle to grave. They want infant vaccines, expanded flu shots, DTap boosters, Garasil shots, meningococcal shots, they want adult vaccines and then they want vaccines for the elderly."

1. DEFENDANT CDC "owns 57 vaccine patents and spends $4.9 of its $12 billion-dollar annual budget (as of 2019) buying and distributing vaccines." [Robert Kennedy. The Real Anthony Fauci. pg. xv. 2021.]

1. DEFENDANT NIH "owns hundreds of vaccine patents and often profits from the sale of products it supposedly regulates." [Kennedy, pg. xv.]

1. High level officials, like DEFENDANT Fauci, "receive yearly emoluments of up to $150,000 in royalty payments on products that they help develop and then usher through the approval process." [Kennedy, pg. xv.]

1. DEFENDANT FDA "receives 45 percent of its budget from the pharmaceutical industry, through what are euphemistically called 'user fees.'" [Kennedy, pg. xv.]

[Bill Gates]

1. DEFENDANT Gates was born into a wealthy family.

1. DEFENDANT Gates' great-grandfather made a fortune in banking and left Bill a trust fund worth millions in dollars today. [Kennedy, Jr., pg. 283.]

1. DEFENDANT Gates' mother, Mary Gates, was a prominent Seattle businesswoman who sat on the United Way board alongside then-IBM chairman John Opel.

1. DEFENDANT Gates's father, Bill Gates, Sr., was a "prominent corporate lawyer and civic leader in Seattle with a lifelong obsession for 'population control.'" [Kennedy, Jr. pg. 330.]

1. "Gates Sr. sat on the national board of Planned Parenthood, a neo-progressive organization founded in 1916 by the racist eugenicist Margaret Sanger to promote birth control and sterilization and to purge 'human waste' and 'create a race of thoroughbreds.'" [Kennedy, Jr. pg. 330.]

1. "Overpopulation, Gates's father told Salon in a 2015 interview, was 'an interest he's had since he was a kid.'" [Kennedy, Jr. pg. 330.]

71

1. DEFENDANT Gates is son of a eugenics supporter — his father Bill Gates, Sr. — and his mother's side of the family is connected to the Rockefellers and the "queen" of Great Britain. [Ossebaard.]

1. Mary Maxwell, DEFENDANT Gates' mother, was a successful businesswoman whose grandfather, James Willard Maxwell, was a wealthy banker. [Ossebaard.]

1. DEFENDANT Gates' ninth great-grandfather was Stephen Gifford, had two children Hannah and Samuel Gifford. [Ossebaard.]

1. Samuel Gifford's family lines leads to Nelson Rockefeller seven generations later. [Ossebaard.]

1. Nelson Rockefeller was the 41st Vice President of the U.S.

1. When you go back to the 20th great-grandfather of DEFENDANT Gates on his mother's side, it takes you to John le Strange V who lived during the 13th century. [Ossebaard.]

1. 21 generations into the future, John le Strange V's family tree leads to Queen Elizabeth Windsor — the queen of Great Britain. [Ossebaard.]

1. Elizabeth knighted her distant descendant DEFENDANT Gates in 2005 for his contributions to the world of business and charity. [Ossebaard.]

1. After dropping out of Harvard in 1975, DEFENDANT Gates' mother persuaded Opel to recruit DEFENDANT Gates to develop an operating system for its personal computer.

1. "That intervention propelled [DEFENDANT] Gates's fledgling firm into the big leagues and made Gates a billionaire within two decades." [Kennedy, Jr., pg. 283.]

1. DEFENDANT Bill Gates did not graduate from college but is the former co-founder of one of the most ubiquitous tech companies in the world, Microsoft.

1. DEFENDANT Gates's "closest boyhood friend and the Microsoft cofounder, Paul Allen, described Gates in his 2011 book (Idea Man: A Memoir) as a sarcastic bully who in 1982 schemed to oust and steal his share of the company." [Kennedy, Jr., pg. 283.]

1. "Back at work following a bout with cancer, an anemic Allen, depleted by radiation and chemotherapy, overheard [DEFENDANT] Gates conniving with Microsoft's new manager, Steve Ballmer, to dilute Allen's stake." [Kennedy, Jr., pg. 283.]

1. "Declining [DEFENDNAT] Gates's $5-a-share buyout offer, Allen left Microsoft with his 25 percent stake intact, becoming a billionaire when the company went public in 1986." [Kennedy, Jr., pg. 284.]

1. In May 1998, the Department of Justice and twenty state attorneys general filed antitrust charges against Microsoft, accusing DEFENDANT Gates's company of illegally thwarting efforts by consumers to install competing software on its Windows-based computers. [Kennedy, Jr., pg. 284.]

1. Judge Thomas Penfield Jackson ruled that Microsoft had violated the 1890 Sherman Antitrust Act prohibitions outlawing monopolies and cartels, saying, "Microsoft placed an oppressive thumb on the scale of competitive fortune, thereby effectively guaranteeing its continued dominance in the relevant market." [Kennedy, Jr., pg. 284.]

1. Judge Jackson complained DEFENDANT Gates's testimony was "evasive and forgetful" and observed that "[H]e has a Napoleonic concept of himself and his company, an arrogance that derives from power and unalloyed success, with no leavening hard experience, no reverses." [Kennedy, Jr., pg. 284.]

1. Judge Jackson ordered Microsoft to divide itself in halves and divest either its operating system or its software arm, but an appeals court overturned that decision.

1. "In settlement, the DOJ abandoned its drive to break up the company, and Microsoft agreed to pay an anemic $800,000 fine and to share computing interfaces with competing firms." [Kennedy, Jr., pg. 284.]

1. In 2000, class action lawsuits were filed against Microsoft for gross discrimination against African Americans workers and for including racially charged messages in its software. [Kennedy, Jr., pg. 284.]

1. Plaintiffs' lawyer Willie Gary complained that Microsoft had "a 'plantation mentality' when it comes to treating African-American workers" and observed that "there are glass ceilings and walls for African-American workers at Microsoft." [Kennedy, Jr., pg. 284.]

1. Gary settled the case for $97 million and two years later, European regulators levied a $1.36 billion fine against Microsoft, the highest penalty in EU history.

1. Like John D. Rockefeller, DEFENDANT Gates also "blazed his own wildly successful exit ramp from public loathing, bad press, and antitrust prosecution by launching a medical philanthropy." [Kennedy, Jr., pg. 284.]

1. As part of a concerted offensive to recast his public persona, DEFENDANT Gates and his wife formed a charity, the Children's Vaccine Program, with an impressive $100 million donation. [Kennedy, Jr., pg. 284.]

1. DEEFNDANT Gates began coordinating his own foundations' giving with the Rockefeller organization.

1. In 1994, Bill Gates, Sr. "formed the William H. Gates Foundation (the family's first), focused on reproductive and child health in the developing world." [Kennedy, Jr. pg. 330.]

1. DEFENDANT Bill Gates and his wife Melinda Gates created the Bill & Melinda Gates Foundation ("BMGF") in 2000.

1. DEFENDANT Bill & Melinda Gates Foundation was a merger of two previous charitable endeavors.

1. The three trustees of DEFENDANT BMGF are Bill Gates, Melinda Gates and Berkshire Hathaway CEO Warren Buffet. [Kennedy, Jr., pg. 301.]

1. DEFENDANTS Bill and Melinda Gates donated $36 billion of Microsoft stock to the BMGF between 1994 and 2020. [Kennedy, Jr., pg. 291.]

1. DEFENDANT Bill Gates & Melinda Foundation has a followed a business model similar to that of the Rockefeller Foundation.

1. DEFENDANT BMGF's website declares its mission is to "seek more effective models of collaboration with major vaccine manufacturers to better identify and pursue mutually beneficial opportunities." [Kennedy, Jr., pg. 291.]

1. DEFEENDANT Bill Gates is not an elected official, an employee of the government nor is he a doctor.

1. As one of the wealthiest people on the planet, DEFENDANT Gates has influenced public health policy for decades, spanning the administration of several U.S. Presidents.

1. "Population control was an enduring preoccupation of [Bill Gates's] philanthropy from its inception." [Kennedy, Jr. pg. 330.]

1. DEFENDANT Gates — the "biggest funder of vaccines in the world" — is heavily invested in lucrative partnerships with almost all of the world's largest vaccine companies. [Kennedy, Jr., pg. 324.]

1. BMGF "is involved in hundreds of projects related to healthcare for the poor. Vaccination is a significant area of work and BMGF has projects running in almost every country that's counted as poor." [KP Narayana Kumar. "Controversial vaccine studies: Why is Bill & Melinda Gates Foundation under fire from critics in India? India Times. August 31, 2014. https://economictimes.indiatimes.com/industry/healthcare/biotech/healthcare/controversial-vaccine-studies-why-is-bill-melinda-gates-foundation-under-fire-from-critics-in-india/articleshow/41280050.cms.]

1. DEFENDANT Gates wields significant influence at the World Health Organization (WHO).

1. The DEFENDANT Bill & Malinda Gates Foundation is the largest private contributor to the World Health Organization, accounting for some 10% of its budget.

1. "On February 20, 2010, less than one month after he famously committed $10 million to the WHO, Bill Gates suggested in his 'Innovating to Zero' TED Talk in Long, Beach, California, that reducing world population growth could be done in part with 'new vaccines.'" [Kennedy, Jr., pg. 331.]

1. Gates stated: "The world today has 6.8 billion people. That's headed up to about 9 billion [here he is quoting Bryant et al.]. Now, if we do a really great job on new vaccines, health care, reproductive health services, we could lower that by, perhaps, 10 to 15 percent." [Kennedy, Jr., pg. 331.]

1. DEFENDANT United States of America historically has been the largest direct donor to the World Health Organization (WHO) with a contribution of $604.2 million in 2018-2019. [Kennedy, Jr., pg. 300.]

1. That year, DEFENANT BMGF gave $431.3 million to WHO. [Kennedy, Jr., pg. 300.]

1. DEFENDANT Gates also "routes funding to WHO through SAGE and UNICEF and Rotary International, bringing his cumulative total contributions to over $1 billion," making DEFENDANT Gates "the unofficial top sponsor of the WHO, even before the Trump administration's 2020 move to cut all his support to the organization." [Kennedy, Jr., pg. 300.]

1. The $1 billion tax-deductible donations gives DEFENDANT Gates leverage and control over WHO's $5.6 billion budget and over international health policy, which he largely directs to serve the profit interest of his pharma partners. [Kennedy, Jr., pg. 301.]

1. Pharmaceutical companies cement WHO's institutional bias towards vaccines with approximately $70 million of their own direct contributions. [Kennedy, Jr., pg. 301.]

1. This largesse has given DEFENDANT Gates an "outsized influence over its agenda," making him, according to Politico, "the world's most powerful doctor."

1. DEFENDANT Gates's "vaccine obsession has diverted WHO's giving away from poverty alleviation, nutrition, and clean water to make vaccine uptake its preeminent public health metric." [Kennedy, Jr., pg. 301.]

1. In 2011, DEFENDANT Gates spoke at the WHO, ordering that "All 193 member states, you must make vaccines a central focus of your health systems." [Kennedy, Jr., pg. 301.]

1. The following year, the World Health Assembly, which sets the WHO agenda, adopted a "Global Vaccine Plan" that DEFENDANT BMGF coauthored. [Kennedy, Jr., pg. 301.]

1. In 2012, WHO's then-Director General Margaret Chan complained that WHO's budget was "driven by what [she calls] donor interests." [Kennedy, Jr., pg. 301.]

73

1. DEFENDANT Gates "handpicked his deputy, Tedros Adhanom Ghebreyesus, as the WHO's new director general despite complaints that Tedros would be the first director general of the WHO without a medical degree and despite Tedros's dubious background." [Kennedy, Jr., pg. 302.]

1. Tedros previously served on the boards of two organizations that DEFENDANT Gates founded, funded and controls: GAVI and the Global Fund, where Tedros was DEFENDANT Gates's trusted chair of the board. [Kennedy, Jr., pg. 302.]

1. Over half of the World Health Organization's total budget now goes to vaccines. [Kennedy, Jr., pg. 301.]

1. DEFENDANT Gates has dubbed his foundation's operational philosophy "philanthrocapitalism." [Kennedy, Jr., pg. 291.]

1. Federal tax laws require BMGF to give away 7 percent of its foundation assets annually to qualify for tax exemption. [Kennedy, Jr., pg. 291.]

1. DEFENDANT Gates has "used his money strategically to infect the international aid agencies with his distorted self-serving priorities." [Kennedy, Jr., pg. 300.]

1. University of Toronto public health Professor Anne Emanuelle Birn stated: "The Gates Foundation has long championed private sector involvement in, and private sector profit-making from global health." [Kennedy, Jr., pg. 312.]

1. DEFENDANT Gates "strategically targets BMGF's charitable gifts to give him control of the international health and agricultural agencies and the media, allowing him to dictate global health and food policies so as to increase profitability of the large multinationals in which he and his foundation hold large investment positions." [Kennedy, Jr., pg. 291.]

1. "In 1999, Gates's $2.2 billion commitment to the UN Population Fund doubled the size of the Gates Foundation. The same year, he funded, with a $20 million contribution, the founding of the John Hopkins Center for Population." [Kennedy, Jr., 332.]

1. In 2003, DEFENDANT Bill & Melinda Gates Foundation donated $200 million to DEFENDANT National Institutes of Health "to support elimination of disease in the developing world." ["Gates Give $500 Million. August 2003. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC180673/.]

1. At "the end of 2005, the Gates Foundation endowment stood at $35 billion, making it the largest in the world. Then in June 2006, Warren E. Buffett, the world's second-richest man after Bill Gates, pledged to add about $31 billion in installments from his personal fortune. Not counting tens of billions of dollars more that Gates himself has promised, the total is higher than the gross domestic products of 70% of the world's nations." [Pillar. Los Angeles Times.    January 7, 2021. https://www.latimes.com/news/la-na-gatesx07jan07-story.html.]

1. Following such tactics, DEFENDANT Gates Foundation "has given away some $54.8 billion since 1994, but instead of depleting his wealth, those strategic gifts have magnified it." [Kennedy, Jr., pg. 291.]

1. "[DEFENDANT BMGF] invests the other 95% of its worth. This endowment is managed by Bill Gates Investments, which handles Gates' personal fortune. Monica Harrington, a senior policy officer at the foundation, said the investment managers had one goal: returns 'that will allow for the continued funding of foundation programs and grant making.'" [Pillar.]

1. "By comparing these investments with information from for-profit services that analyze corporate behavior for mutual funds, pension managers, government agencies and other foundations, The Times found that the Gates Foundation has holdings in many companies that have failed tests of social responsibility because of environmental lapses, employment discrimination, disregard for worker rights, or unethical practices." [Pillar.]

1. In 2017, the Huffington Post observed that DEFENDANT BMGF blurs "the boundaries between philanthropy, business and nonprofits" and cautioned that calling DEFENDANT Gates' investment strategy "philanthropy" was causing "the rapid deconstruction of the accepted term." [Kennedy, Jr., pg. 291.]

1. "Strategic philanthropizing increased the Gates Foundation's capital corpus to $49.8 billion by 2019 while DEFENDANT Gates' personal net worth grew from $63 billion in 2000 to $133.6 billion today." [Kennedy, Jr., pg. 291.]

1. "Most of the preeminent decision makers and advisers in the Gates organization are former pharmaceutical industry moguls and regulators who not surprisingly share his pharma-centric worldview." [Kennedy, Jr., pg. 310.]

1. "For example, Dr. Tadataka Yamada,...who served as president of the Gates Foundation's Global Health Program from 2005 to 2011, was the former research director for GlaxoSmithKline." [Kennedy, Jr., pg. 310.]

1. Yamada "left GSK just a few steps ahead of a US Senate Finance Committee seeking to question him about multiple accusations that he conducted an intimidation campaign to threaten and silence prominent doctors exploring the British drugmaker for knowingly killing some 83,000 Americans with its blockbuster diabetes drug, Avandia." [Kennedy, Jr., pg. 311.]

1. Yamada's successor at BMGF, Trevor Mundel, was an executive at both Novartis and Pfizer. [Kennedy, Jr., pg. 311.]

1. "[T]he foundation's chief communications officer, Kate James, worked at GSK for almost 10 years." [Kennedy, Jr., pg. 311.]

1. Penny Heaton worked for Merck and Novartis before Gates named her as director of Vaccine Development at BMGF. [Kennedy, Jr., pg. 311.]

1. DEFEDNANT BMGF "currently holds corporate stocks and bonds in drug companies like Merck, GSK, Eli Lilly, Pfizer, Novartis, and Sanofi. Gates also has heavy positions in Gilead, Biogen, AstraZeneca, Moderna, Noravax, and Inovio." [Kennedy, Jr., pg. 291.]

1. "The Times found the Gates Foundation endowment had major holdings in: Companies ranked among the worst U.S. and Canadian polluters, including ConocoPhillips, Dow Chemical Co. and Tyco International Ltd; Many of the world's other major polluters, including companies that own an oil refinery and one that owns a paper mill, which a study shows sicken children while the foundation tries to save their parents from AIDS; [and] Pharmaceutical companies that price drugs beyond the reach of AIDS patients the foundation is trying to treat." [Pillar.]

1. "Using the most recent data available, a Times tally showed that hundreds of Gates Foundation investments — totaling at least $8.7 billion, or 41% of its assets, not including U.S. and foreign government securities — have been in companies that countered the foundation's charitable goals or socially concerned philosophy." [Pillar.]

1. DEFENDANT Gates is also "one of the larger donors of Lucis Trust...[an]organization founded by esotericists Alice and Foster Bailey in the beginning of 1920s who at that time owned 'Lucifer Publishing Company'." [Nikolic.]

1. "The name Lucis, according to the organization's official website, is an esoteric version of the name Lucifer in whose 'honor', following the footsteps of theosophist Helena Blavatska who 'sought to elicit a deeper understanding of the sacrifice made by Lucifer', it was named." [Nikolic.]

1. "The goal of the Lucis Trust is "to implement the Plan". [Nikolic.]

1. "Although the contents of the Plan have not been disclosed, [members describe themselves as] 'Men of goodwill who co-operate (to) form part of the New Group of World Servers which is working to implement the Plan.'" [Nikolic.]

1. Very early on, DEFENDANT Gates "created a separate entity, Bill Gates Investments (BGI), which manages his personal wealth and his foundation's corpus." [Kennedy, Jr., pg. 291.]

1. Renamed BMGI in January 2015 to include Melinda, the company predominantly invests that loot in multinational food, agriculture, pharmaceutical, energy, telecom, and tech companies with global operations. [Kennedy, Jr., pg. 291.]

1. DEFENDANT Gates launched DEFENDANT Global Alliance for Vaccine and Immunization (GAVI) in 1999 with a $750 million donation.

1. DEFENDANT Gates created DEFENDANT GAVI as a "public-private partnership" that facilitates bulk sales of vaccines from his pharma partners to poor countries. [Kennedy, Jr., pg. 302.]

1. DEFENDANT BMGF occupies a permanent seat on DEFENANT GAVI's board. [Kennedy, Jr., pg. 302.]

1. "Other organizations that [DEFENDANT] Gates controls or can rely upon — WHO, UNICEF, the World Bank — and the pharmaceutical industry occupy additional seats, giving [DEFENDANT] Gates dictatorial authority over GAVI's decision making." [Kennedy, Jr., pg. 302.]

1. DEFENDANT BMGF has donated a total of $4.1 billion to GAVI to date. [Kennedy, Jr., pg. 302.]

1. DEFENDANT GAVI is the second largest non-state funder of the WHO. [Kennedy, Jr., pg. 302.]

1. In 2018-2019, GAVI gave $316.5 million to WHO. [Kennedy, Jr., pg. 300.]

1. DEFENDANT Gates has attracted over $16 billion from government and private donors, including $1.16 billion annually from the US government, five times the amount Gates donates to the WHO annually. [Kennedy, Jr., pg. 303.]

1. In August 2021, British Prime Minister Boris Johnson declared that GAVI was the "new NATO." [Kennedy, Jr., pg. 302.]

1. Switzerland, which hosts GAVI's global headquarters in Geneva, has granted DEFENANT Gates' group full diplomatic immunity – a privilege Switzerland denies to many nations and their diplomats. [Kennedy, Jr., pg. 302.]

1. The bulk of spending through the Bill and Melinda Gates Foundation is for the development of vaccines.

1. The Bill and Melinda Gates Foundation, via its funding to the UN through GAVI, is one of the world's largest funders of vaccine programs in low-income nations.

1. DEFENDANT Gates has invested no less than $1.3 billion dollars in Wal-Mart. [Ossebaard.]

1. DEFENDANT BMGF "is involved in hundreds of projects related to healthcare for the poor. Vaccination is a significant area of work and BMGF has projects running in almost every country that's counted as poor." [KP Narayana Kumar. "Controversial vaccine studies: Why is Bill & Melinda Gates Foundation under fire from critics in India? India Times. August 31, 2014. https://economictimes.indiatimes.com/industry/healthcare/biotech/healthcare/controversial-vaccine-studies-why-is-bill-melinda-gates-foundation-under-fire-from-critics-in-india/articleshow/41280050.cms.]

1. From 1995 to 2017, DEFENDANT Gates held Forbes title of richest person in the world every year except from 2010 to 2013.

1. In October of 2017, he was surpassed by Amazon founder and CEO Jeff Bezos, who had an estimated net worth of $90.6 BILLION USD compared to DEFENDANT Gate's net worth of $89.9 BILLION USD at the time.

1. As of 2023, DEFENDANT Gates has a current net worth of $136.1 BILLION USD.
1. Gates is richer and more powerful than most countries in the world, and he is accountable to nobody.

[Dangers of Vaccines]

1. Since no two hue-mans are exactly the same, there can be no "one size fit all" medicinal remedy.
1. "As with any medication, vaccines have side effects, allergies, and unintended effects. These range from slight redness at the site of injection to low-grade fevers, paralysis, and death. The milder reactions are more common, and the more severe reactions are rare." [Franklin E. Payne, MD. "Can Vaccines Actually Cause More Harm Than Good?" https://www.jpands.org/hacienda/article40.html.]
1. Vaccines have been linked to a number of adverse health effects including autism in children, autoimmune diseases, cancer and have resulted in death.
1. Vaccines, past and present, contain a number of unnatural and harmful ingredients, including aborted fetal tissue, chopped up cancer cells, MSG, formaldehyde, glutaraldehyde, mercury, squalene, aluminum hydroxide, "African Green Monkey Kidney cells," reverse transcriptase and/or retroviruses that are known to cause cancer in animals to name a few.
1. Some vaccines may also contain pig blood, horse blood, rabbit brain, dog kidney, vesicle fluid from calf skins, rhesus monkey fetal diploid cells, bovine fetal serum, rhesus monkey fetal lung cells, bovine serum, chicken embryo, monkey kidney cells, calf serum, chick embryonic fluid, washed sheep red blood cells and mouse serum proteins.

Dangerous Ingredients

1. Formaldehyde is used [to preserve dead bodies].
1. Fetal cell line HEK-293
1. The chicken pox vaccine is made with "human embryonic lung cell cultures" and human diploid cell cultures from aborted fetal tissue.
1. Glutaraldehyde is a registered pesticide for use in the U.S. and used in the DTaP (Pentacel, Infanrix), DTAP-IPV (Kinrix, Quadracel), DTaP-HebB-IPV (Pediarix), DTaP-IPV/Hib (Pentacel), and TDaP (Adacel) vaccines.
1. OSHA says that exposure to glutaraldehyde will cause asthma and other respiratory distress. [https://www.osha.gov/Publicatioglutaraldehyde.pdfns/.]

Mercury

1. According to DEFENDANT CDC, "Mercury is a naturally occurring element found in the earth's crust, air, soil, and water. Two types of mercury to which people may be exposed — methylmercury and ethylmercury — are very different. Methylmercury is the type of mercury found in certain kinds of fish. At high exposure levels methylmercury can be toxic to people. In the United States, federal guidelines keep as much methylmercury as possible out of the environment and food, but over a lifetime, everyone is exposed to some methylmercury. Thimerosal contains ethylmercury, which is cleared from the human body more quickly than methylmercury, and is therefore less likely to cause any harm."
1. Mark Blaxill, vice president of Safe Minds, a nonprofit organization concerned about the role of mercury in medicines says, "The damage caused by vaccine exposure is massive. It's bigger than asbestos, bigger than tobacco, bigger than anything you've ever seen." [Kennedy, Jr.]
1. Dr. Kenneth P Stoller, MD was trained as a pediatrician at UCLA and was a fellow of the American Academy of Pediatrics (AAP) for two decades.
1. "In 2008, Dr. Stoller resigned from the AAP after realizing that the AAP has known that mercury in vaccines can cause Autism and other neurological damage, yet the organization has refused to make a determined effort to have mercury (in thimerosal) removed from all vaccines." [https://www.sott.net/article/312785-Dr-Kenneth-P-Stoller-UCLA-pediatrician-resigns-because-American-Association-of-Pediatrics-knows-vaccines-cause-Autism.]
1. Dr. Stoller said: "One of the key triggers is the heavy metal exposure that children receive from vaccination, specifically mercury. And the vaccines that are exported to third world countries have the full complement of the mercury laden preservative thimerosal. In those vaccines.  No one holds pharma accountable  for what they put in vaccines or verifies what they put in vaccines and they have complete immunity for whatever happens to whoever receives those vaccines."

1. Dr. Stoller has also said: "Vaccines are a toxic soup of chemicals which cause autism."

Aluminum

1. Aluminum is common to many vaccines and used as an adjuvant or helper. [Dr. Shaw.]
1. Without the aluminum, the vaccine basically does not provide any long-term protection. [Dr. Shaw.]
1. "The difference between injectable aluminum versus dietary aluminum is that aluminum that you eat is excreted fairly rapidly. Injectable aluminum, however, is meant to stick around. That's precisely there in the first place, that's what an adjuvant does." [Dr. Shaw.]
1. Regarding aluminum, Dr. Christopher Shaw conducted research to "look at injectable aluminum and how it might impact the nervous system." [Dr. Shaw. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2819810/.]
1. Dr. Shaw took the "simple experiment of taking the stuff out of the vaccine — the aluminum hydroxide — and injecting it into mice's muscle to see what would happen if we tried to mimic the vaccine schedule." [Dr. Shaw.]
1. "We were quite surprised to see how rapidly the behavioral symptoms emerged. They showed not only behavioral deficits, motor function but they also showed cognitive deficits as well. Once we sacrificed the animals and started looking inside their brains and spinal columns, we found massive damage to motor neurons and so we may be creating the conditions for Parkinson's disease, Lou Gehrig's disease, Alzheimer's disease — maybe not immediately but maybe 20, 30, 40 years down the road." [Dr. Shaw.]
1. Big pharma largely ignored the study and when approached about Dr. Shaw's study, DEFENDANT FDA responded that it "does not believe that this particular paper brings to light the need for additional research that is not already underway."
1. In 2002, Dr. Jon Poling, a Georgia-based neurologist, and his wife, filed a lawsuit after their daughter developed "autism-like symptoms" after receiving her 9 vaccines in one doctor visit in 2000 at about 19 months old.
1. In an interview with CNN, Dr. Poling stated: "The government, actually the Department of Health and Human Services, conceded that my daughter's medical problems which are autism and encephalopathy seizures, were brought on by vaccination. I wouldn't have believed it until it happened to me to be honest with you. As a doctor, until it happened to me, until I saw the regression, until I saw a normal, 18-month old toddler descend into autism, I wouldn't have believed it was possible.  Pediatricians need to have a grassroots movement amongst the pediatricians and the AAP to develop a safe vaccine schedules for each individual patients."
1. The Polings won a settlement in the millions without ever having a hearing or providing any expert testimony.
1. As the autism epidemic grew, the government faced trillions of dollars in liability.
1. In order to avoid paying trillions of dollars, the government and its health agencies had to develop a fraudulent study to exonerate MMR to deliberately defeat the cases in vaccine court.
1. As a result, thousands of autism petitioners were denied their fair day in court by a corrupt and deliberate obstruction of justice.
1. On July 29, 2015, Rep. Bill Posey stated: "Considering the nature of the whistleblower's documents, as well as the involvement of the CDC, a hearing and through investigation is warranted. So I ask, Mr. Speaker, I beg, I implore my colleagues on the appropriations committees to please, please, take such action."
1. Posey's request for Congress to subpoena Bill Thompson never happened.
1. As an employee of the federal government, Thompson could not speak voluntarily because of the threat of jail time.

[Adverse Effects from Swine Flu Vaccine]

1. "In the late 1970s, the swine flu immunization debacle occurred. The swine flu was predicted to sweep around the world, killing and maiming like the black plagues of the Middle Ages. An unprecedented massive and immediate inoculation of Americans was carried out. The swine flu never appeared, but hundreds had crippling diseases from the immunization itself." [Payne, MD.]
1. "[W]hile some thought immunizations ought to be examined more closely, 'officials'' stance on immunizations was unfazed. They had even more immunizations for 'the good of the children': mumps, Haemophilus, and hepatitis B." [Payne, MD.]
1. Children weren't punctured too often, but "more and more combinations of vaccines at once were devised," and by 2000, a child received approximately 33 vaccinations by the time they entered the first grade. [Payne, MD.]
1. During the hepatitis B epidemic, laws were enacted to inoculate newborns in the delivery room itself." [Payne, MD.]

1. Children were also immunized against vaccination against Haemophilus influenzae B. "Hib is a common bacteria of upper respiratory infections in children. Sometimes, it spreads and becomes a more serious life-threatening infection, as epiglottitis, mastoiditis, or meningitis. Usually, a simple course of antibiotics will cure the infections. However, in these more severe infections, hospitalization and intensive care is needed. Thus, the reason for the vaccine." [Payne, MD.]

1. The hepatitis B vaccine was "found to have a mercury content that is considered unsafe for infants," the live polio vaccine was "stopped because it has became the sole cause of polio, rather than the natural disease itself" and the rotavirus vaccine "has been linked to intestinal obstruction in infants. This effect is likely from an incomplete testing of the vaccine." [Payne, MD.]

1. According to Dr. Hugh Fudenberg M.D. Chief Immunologist, "if you receive 5 (consecutive) flu vaccinations [between 1979-1980, the years of the study], your chances of developing Alzheimer's is increased 10 times that of an individual who has received one, two or none."

[Vaccines Cause Viruses Designed to Prevent]

1. "Doctors and scientists on the staff of the National Institutes of Health during the 1950s were well aware that the Salk vaccine was causing polio. Some frankly stated that it was "worthless as a preventive and dangerous to take." They refused to vaccinate their own children. Health departments banned the inoculations." [Kennedy, Jr.]

1. "[T]he polio vaccine ha[d] been the only cause of polio [for] children in the United States." [Payne, MD.]

1. "The Idaho State Health Director angrily declared: "I hold the Salk vaccine and its manufacturers responsible" for a polio outbreak that killed several Idahoans and hospitalized dozens more." [Kennedy, Jr.]

1. Salk himself was quoted as saying: "When you inoculate children with a polio vaccine you don't sleep well for two or three weeks." But the National Foundation for Infantile Paralysis, and drug companies with large investments in the vaccine coerced the U.S. Public Health Service into falsely proclaiming the vaccine was safe and effective." [Kennedy, Jr.]

1. In 1976, Dr. Jonas Salk, creator of the polio vaccine, testified that the live-virus vaccine (used almost exclusively in the U.S. from the early 1960s to 2000) was the "principal if not sole cause" of all reported polio cases in the U.S. since 1961. [Kennedy, Jr.]

1. "In 1992, the Federal Centers for Disease Control and Prevention (CDC) published an admission that the live-virus vaccine had become the dominant cause of polio in the United States. In fact, according to CDC figures, every case of polio in the U.S. since 1979 was caused by the oral polio vaccine. Authorities claim the vaccine was responsible for about eight cases of polio every year. However, an independent study that analyzed the government's own vaccine database during a recent period of less than five years uncovered 13,641 reports of adverse events following use of the oral polio vaccine. These reports included 6,364 emergency room visits and 540 deaths." [Kennedy, Jr.]

1. In 2008, DEFENDANT Fauci and two colleagues published a paper explaining that influenza was not the predominant cause of death during the 1918 flu pandemic. [https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2599911/.]

[Injuries from Diphtheria, Tetanus and DTP Vaccines]

1. A wave of gruesome brain injuries and deaths followed the introduction of diphtheria, tetanus, and pertussis (DTP) vaccines in the United States and Europe in the1970s. [Kennedy, Jr., pg. 324.]

1. "As early as 1977, a study published by British physicians and researchers in The Lancet established that the risks of the whole-cell pertussis jab (used in the DTP vaccine) exceed the risks associated with wild pertussis." [Kennedy, Jr., pg. 325.]

1. Six years later, in 1983, DEFENDANT NIH-funded UCLA study found that Wyeth's DTP vaccine was killing or causing severe brain injury, including seizures and death, in 1 in every 300 vaccinated children." [Kennedy, Jr., pg. 325.]

1. "Wyeth – now [DEFENDANT] Pfizer – claimed to be losing $20 in downstream liability for every dollar it earned on vaccine sales due to costs of resultant lawsuits and collapse of insurance markets, and induced Congress to pass the National Childhood Vaccine Injury Act in 1986, shielding vaccine makers from liability." [Kennedy, Jr., pg. 325.]

1. "In 1985, the Institute of Medicine (IOM) recommended the abandonment of the whole cell version of the pertussis vaccine – to avert the high incidence of encephalopathy and deaths." [Kennedy, Jr., pg. 325.]

1. In 1991, the United States, E.U. countries, and Japan switched to a far safer (but less effective) dead cell (attenuated) vaccine – DtaP – and discontinued use of the DTP jab. [Kennedy, Jr., pg. 325.]

Cover-Up to Hid Ill Effects of Thimerosal

1. In 2005, RollingStone published an exposé written by Robert F. Kennedy, Jr. on how DEFENDANT United States of America's "government health agencies colluded with Big Pharma to hide the risks of thimerosal from the public." [Robert F. Kennedy, Jr. "Deadly Immunity." RollingStone. July 20, 2015. https://novax.org/?p=2462.]

1. Thimerosal, "which is used to stem fungi and bacterial growth in vaccines, contains ethylmercury, a potent neurotoxin." [RollingStone. July 20, 2015.]

1. "Internal documents reveal that Eli Lilly, which first developed thimerosal, knew from the start that its product could cause damage — and even death — in both animals and humans. In 1930, the company tested thimerosal by administering it to twenty-two patients with terminal meningitis, all of whom died within weeks of being injected — a fact Lilly didn't bother to report in its study declaring thimerosal safe." [RollingStone. July 20, 2015.]

1. "In 1935, researchers at another vaccine manufacturer, Pittman-Moore, warned Lilly that its claims about thimerosal's safety 'did not check with ours.' Half the dogs Pittman injected with thimerosal-based vaccines became sick, leading researchers there to declare the preservative "unsatisfactory as a serum intended for use on dogs." [RollingStone. July 20, 2015.]

1. "In the decades that followed, the evidence against thimerosal continued to mount. During the Second World War, when the Department of Defense used the preservative in vaccines on soldiers, it required Lilly to label it 'poison.'" [RollingStone. July 20, 2015.]

1. Kennedy's Vaccine Assistance Act of 1962 was passed although "evidence began to accumulate that some vaccines might have greater risks than those of the disease against which the vaccine was supposed to protect." [Payne, MD.]

1. In 1967, a study in Applied Microbiology found that thimerosal killed mice when added to injected vaccines. Four years later, Lilly's own studies discerned that thimerosal was "toxic to tissue cells" in concentrations as low as one part per million — 100 times weaker than the concentration in a typical vaccine. Even so, the company continued to promote thimerosal as "nontoxic" and also incorporated it into topical disinfectants." [RollingStone. July 20, 2015.]

1. "In 1977, ten babies at a Toronto hospital died when an antiseptic preserved with thimerosal was dabbed onto their umbilical cords."

1. "In 1977, a Russian study found that adults exposed to much lower concentrations of ethylmercury than those given to American children still suffered brain damage years later. Russia banned thimerosal from children's vaccines twenty years ago, and Denmark, Austria, Japan, Great Britain and all the Scandinavian countries have since followed suit." [RollingStone. July 20, 2015.]

1. "In 1982, the FDA proposed a ban on over-the-counter products that contained thimerosal, and in 1991 the agency considered banning it from animal vaccines. But tragically, that same year, the CDC recommended that infants be injected with a series of mercury-laced vaccines. Newborns would be vaccinated for hepatitis B within twenty-four hours of birth, and two-month-old infants would be immunized for haemophilus influenzae B and diphtheria-tetanus-pertussis." [RollingStone. July 20, 2015.]

1. "The same year that the CDC approved the new vaccines, Dr. Maurice Hilleman, one of the fathers of Merck's vaccine programs, warned the company that six-month-olds who were administered the shots would suffer dangerous exposure to mercury. He recommended that thimerosal be discontinued, 'especially when used on infants and children,' noting that the industry knew of nontoxic alternatives. 'The best way to go,' he added, 'is to switch to dispensing the actual vaccines without adding preservatives.'" [RollingStone. July 20, 2015.]

1. "Faced with this "cost consideration," Merck ignored Hilleman's warnings, and government officials continued to push more and more thimerosal-based vaccines for children." [RollingStone. July 20, 2015.]

1. "During the 1990s, 40 million children were injected with thimerosal-based vaccines, receiving unprecedented levels of mercury during a period critical for brain development." [RollingStone. July 20, 2005.]

1. "At two months, when the infant brain is still at a critical stage of development, infants routinely received three inoculations that contained a total of 62.5 micrograms of ethylmercury — a level 99 times greater than the EPA's limit for daily exposure to methylmercury, a related neurotoxin." [RollingStone. July 20, 2005.]

1. "Many of those on the CDC advisory committee who backed the additional vaccines had close ties to the industry. Dr. Sam Katz, the committee's chair, was a paid consultant for most of the major vaccine makers and was part of a team that developed the measles vaccine and brought it to licensure in 1963. Dr. Neal Halsey, another committee member, worked as a researcher for the vaccine companies and received honoraria from Abbott Labs for his research on the hepatitis B vaccine." [RollingStone. July 20, 2005.]

1. "Rep. Burton says that the CDC 'routinely allows scientists with blatant conflicts of interest to serve on intellectual advisory committees that make recommendations on new vaccines,' even though they have 'interests in the products and companies for which they are supposed to be providing unbiased oversight.'" [RollingStone. July 20, 2005.]

1. Dr. Paul Offit, "one of CDC's top vaccine advisers," acknowledged that "he would make money" if his vote led to a marketable product. [RollingStone. July 20, 2005.]

1. "[I]n July 1999, the Public Health Service agencies, the American Academy of Pediatrics, and vaccine manufacturers agreed that thimerosal should be reduced or eliminated in vaccines as a precautionary measure." ["Thimersol and Vaccines." CDC. https://www.cdc.gov/vaccinesafety/concerns/thimerosal/index.html.]

1. "In June 2000, a group of top government scientists and health officials gathered for a meeting at the isolated Simpsonwood conference center in Norcross, Georgia. Convened by the Centers for Disease Control and Prevention, the meeting was held at this Methodist retreat center, nestled in wooded farmland next to the Chattahoochee River, to ensure complete secrecy. The agency had issued no public announcement of the session — only private invitations to fifty-two attendees. There were high-level officials from the CDC and the Food and Drug Administration, the top vaccine specialist from the World Health Organization in Geneva and representatives of every major vaccine manufacturer, including GlaxoSmithKline, Merck, Wyeth and Aventis Pasteur. All of the scientific data under discussion, CDC officials repeatedly reminded the participants, was strictly "embargoed." There would be no making photocopies of documents, no taking papers with them when they left." [RollingStone. July 20, 2015.]

1. "The federal officials and industry representatives had assembled to discuss a disturbing new study that raised alarming questions about the safety of a host of common childhood vaccines administered to infants and young children." [RollingStone. July 20, 2015.]

1. "According to a CDC epidemiologist named Tom Verstraeten, who had analyzed the agency's massive database containing the medical records of 100,000 children, a mercury-based preservative in the vaccines — thimerosal — appeared to be responsible for a dramatic increase in autism and a host of other neurological disorders among children." [RollingStone. July 20, 2015.]

1. "Since 1991, when the CDC and the FDA had recommended that three additional vaccines laced with the preservative be given to extremely young infants — in one case, within hours of birth — the estimated number of cases of autism had increased fifteenfold, from one in every 2,500 children to one in 166 children." [RollingStone. July 20, 2015.]

1. "But instead of taking immediate steps to alert the public and rid the vaccine supply of thimerosal, the officials and executives at Simpsonwood spent most of the next two days discussing how to cover up the damaging data." [RollingStone. July 20, 2015.]

1. "According to transcripts obtained under the Freedom of Information Act, many at the meeting were concerned about how the damaging revelations about thimerosal would affect the vaccine industry's bottom line. 'We are in a bad position from the standpoint of defending any lawsuits,' said Dr. Robert Brent, a pediatrician at the Alfred I. duPont Hospital for Children in Delaware. 'This will be a resource to our very busy plaintiff attorneys in this country.'" [RollingStone. July 20, 2005.]

1. "Dr. Bob Chen, head of vaccine safety for the CDC, expressed relief that 'given the sensitivity of the information, we have been able to keep it out of the hands of, let's say, less responsible hands.'" [RollingStone. July 20, 2015.]

1. "Dr. John Clements, vaccines advisor at the World Health Organization, declared that 'perhaps this study should not have been done at all.' He added that 'the research results have to be handled,' warning that the study 'will be taken by others and will be used in other ways beyond the control of this group.'" [RollingStone. July 20, 2015.]

1. "[T]he government has proved to be far more adept at handling the damage than at protecting children's health. The CDC paid the Institute of Medicine to conduct a new study to whitewash the risks of thimerosal, ordering researchers to 'rule out' the chemical's link to autism. It withheld Verstraeten's findings, even though they had been slated for immediate publication, and told other scientists that his original data had been 'lost' and could not be replicated." [RollingStone. July 20, 2015.]

1. "And to thwart the Freedom of Information Act, it handed its giant database of vaccine records over to a private company, declaring it off-limits to researchers." [RollingStone. July 20, 2015.]

1. "[T]he CDC turned its database on childhood vaccines — which had been developed largely at taxpayer expense — over to...America's Health Insurance Plans, ensuring that it could not be used for additional research." [RollingStone. July 20, 2005.]

1. "It also instructed the Institute of Medicine, an advisory organization that is part of the National Academy of Sciences, to produce a study debunking the link between thimerosal and brain disorders. The CDC 'wants us to declare, well, that these things are pretty safe,' Dr. Marie McCormick, who chaired the IOM's Immunization Safety Review Committee, told her fellow researchers when they first met in January 2001. 'We are not ever going to come down that [autism] is a true side effect" of thimerosal exposure.'" [RollingStone. July 20, 2005.]

1. "According to transcripts of the meeting, the committee's chief staffer, Kathleen Stratton, predicted that the IOM would conclude that the evidence was "inadequate to accept or reject a causal relation" between thimerosal and autism. That, she added, was the result 'Walt wants' — a reference to Dr. Walter Orenstein, director of the National Immunization Program for the CDC." [RollingStone. July 20, 2005.]

1. "Even in public, federal officials made it clear that their primary goal in studying thimerosal was to dispel doubts about vaccines. "Four current studies are taking place to rule out the proposed link between autism and thimerosal," Dr. Gordon Douglas, then-director of strategic planning for vaccine research at the National Institutes of Health, assured a Princeton University gathering in May 2001. "In order to undo the harmful effects of research claiming to link the [measles] vaccine to an elevated risk of autism, we need to conduct and publicize additional studies to assure parents of safety." [RollingStone. July 20, 2005.]

1. "Douglas formerly served as president of vaccinations for Merck, where he ignored warnings about thimerosal's risks." [RollingStone. July 20, 2005.]

1. By the time Verstraeten finally published his study in 2003, he had gone to work for GlaxoSmithKline and reworked his data to bury the link between thimerosal and autism." [RollingStone. July 20, 2015.]

1. "In May of 2004, "the Institute of Medicine issued its final report. Its conclusion: There is no proven link between autism and thimerosal in vaccines. Rather than reviewing the large body of literature describing the toxicity of thimerosal, the report relied on four disastrously flawed epidemiological studies examining European countries, where children received much smaller doses of thimerosal than American kids." [RollingStone. July 20, 2005.]

1. "It also cited a new version of the Verstraeten study, published in the journal Pediatrics, that had been reworked to reduce the link between thimerosal and autism. The new study included children too young to have been diagnosed with autism and overlooked others who showed signs of the disease. The IOM declared the case closed and — in a startling position for a scientific body — recommended that no further research be conducted." [RollingStone. July 20, 2005.]

1. Patti White, a school nurse, told the House Government Reform Committee in 1999: "The elementary grades are overwhelmed with children who have symptoms of neurological or immune-system damage...Vaccines are supposed to be making us healthier; however, in twenty-five years of nursing I have never seen so many damaged, sick kids. Something very, very wrong is happening to our children." [RollingStone. July 20, 2005.]

1. "Rep. Dan Burton, a Republican from Indiana, oversaw a three-year investigation of thimerosal after his grandson was diagnosed with autism. 'Thimerosal used as a preservative in vaccines is directly related to the autism epidemic,' his House Government Reform Committee concluded in its final report. 'This epidemic in all probability may have been prevented or curtailed had the FDA not been asleep at the switch regarding a lack of safety data regarding injected thimerosal, a known neurotoxin.' The FDA and other public-health agencies failed to act, the committee added, out of 'institutional malfeasance for self protection' and 'misplaced protectionism of the pharmaceutical industry.'" [RollingStone. July 20, 2005.]

1. As of September of 2005, "only two scientists managed to gain access. Dr. Mark Geier, president of the Genetics Center of America, and his son, David, spent a year battling to obtain the medical records from the CDC." [RollingStone. July 20, 2005.]

1. "Since August 2002, when members of Congress pressured the agency to turn over the data, the Geiers have completed six studies that demonstrate a powerful correlation between thimerosal and neurological damage in children." [RollingStone. July 20, 2005.]

1. "One study, which compares the cumulative dose of mercury received by children born between 1981 and 1985 with those born between 1990 and 1996, found a "very significant relationship" between autism and vaccines."

1. DEFENDANT World Health Organization "continue[d] to insist thimerosal [was] safe, but it promise[d] to keep the possibility that it is linked to neurological disorders 'under review.'" [RollingStone. July 20, 2005.]

1. Another study of educational performance found that kids who received higher doses of thimerosal in vaccines were nearly three times as likely to be diagnosed with autism and more than three times as likely to suffer from speech disorders and mental retardation. Another soon-to-be published study shows that autism rates are in decline following the recent elimination of thimerosal from most vaccines." [RollingStone. July 20, 2005.]

1. "At the state level, many officials have also conducted in-depth reviews of thimerosal. While the Institute of Medicine was busy whitewashing the risks, the Iowa legislature was carefully combing through all of the available scientific and biological data. "After three years of review, I became convinced there was sufficient credible research to show a link between mercury and the increased incidences in autism," says state Sen. Ken Veenstra, a Republican who oversaw the investigation. "The fact that Iowa's 700 percent increase in autism began in the 1990s, right after more and more vaccines were added to the children's vaccine schedules, is solid evidence alone." [RollingStone. July 20, 2005.]

1. In 2004, "Iowa became the first state to ban mercury in vaccines, followed by California. Similar bans are now under consideration in thirty-two other states." [RollingStone. July 20, 2005.]
1. "[I]nstead of following suit, the FDA continues to allow manufacturers to include thimerosal in scores of over-the-counter medications as well as steroids and injected collagen." [RollingStone. July 20, 2005.]
1. In April of 2005, "[s]earching for children who had not been exposed to mercury in vaccines — the kind of population that scientists typically use as a 'control' in experiments — [reporter Dan] Olmsted scoured the Amish of Lancaster County, Pennsylvania, who refuse to immunize their infants. Given the national rate of autism, Olmsted calculated that there should be 130 autistics among the Amish. He found only four. One had been exposed to high levels of mercury from a power plant. The other three — including one child adopted from outside the Amish community — had received their vaccines." [RollingStone. July 20, 2005.]
1. "Vaccine manufacturers had already begun to phase thimerosal out of injections given to American infants — but they continued to sell off their mercury-based supplies of vaccines until [2004.]." [RollingStone. July 20, 2015.]
1. "The CDC and FDA gave them a hand, buying up the tainted vaccines for export to developing countries and allowing drug companies to continue using the preservative in some American vaccines — including several pediatric flu shots as well as tetanus boosters routinely given to eleven-year-olds." [RollingStone. July 20, 2015.]
1. "The drug companies are also getting help from powerful lawmakers in Washington. Senate Majority Leader Bill Frist, who has received $873,000 in contributions from the pharmaceutical industry, has been working to immunize vaccine makers from liability in 4,200 lawsuits that have been filed by the parents of injured children." [RollingStone. July 20, 2015.]
1. "On five separate occasions, Frist has tried to seal all of the government's vaccine-related documents — including the Simpsonwood transcripts — and shield Eli Lilly, the developer of thimerosal, from subpoenas. In 2002, the day after Frist quietly slipped a rider known as the "Eli Lilly Protection Act" into a homeland security bill, the company contributed $10,000 to his campaign and bought 5,000 copies of his book on bioterrorism. The measure was repealed by Congress in 2003 — but earlier this year, Frist slipped another provision into an anti-terrorism bill that would deny compensation to children suffering from vaccine-related brain disorders." [RollingStone. July 20, 2015.

[Injuries from MMR Vaccine]

1. On April 1, 2016, the documentary Vaxxed: From Cover-Up to Catastrophe was released.
1. In 1987, there was a MMR vaccine that was produced in Canada, made by SmithKline Beecham. The vaccine caused meningitis and it was recognized quickly and withdrawn in Canada. In the same month that it was withdrawn in Ontario, it was licensed in the U.K. The name of the vaccine was changed from Trivarix to Pluserix. It was used for four years and likewise, it caused meningitis and had to be rapidly withdrawn. There was a public outcry and an acute loss of confidence by the public in vaccine policy makers and the vaccine should, at that point, been destroyed but it wasn't. It was then shipped to developing countries like Brazil where it was used in a mass vaccination campaign. And there was an epidemic of meningitis, which was entirely predictable.
1. "Scientists studied that epidemic and what they found is that risk for meningitis was associated with age of exposure. The younger you got the MMR vaccine, the greater the risk of meningitis." [Wakefield.]
1. Wakefield conducted an extensive research into measles vaccine safety and MMR vaccine safety in the pre-licensing phase, before they were put onto the market and into children.
1. In 1996, the results of Wakefield's findings were published in a 250-page report titled "The Safety of Measles Vaccine."
1. Wakefield said the vaccine safety studies for MMR in particular were "lamentable" and many problems had been "airbrushed."
1. Wakefield wanted to know if age of exposure to the MMR vaccine was a risk for autism just as it was for meningitis.
1. In a letter dated January 15, 1999, Wakefield wrote a letter to Professor J Walker-Smith of the University of London's Royal Free Hospital School of Medicine. In it, he stated: "Any drug, and especially one that involves 3 live viruses, must be considered dangerous until proven otherwise....In an attempt to avert the House-of-Cards collapsing, I will strongly recommend the use of monovalent vaccines as opposed to the polyvalent vaccines."
1. On February 28, 1998, The Lancet published a paper led by gastroenterologist Andrew Wakefield, MB, BS that suggested a link between a novel type of intestinal inflammation after taking the MMR vaccine and autistic regression in previously developmentally normal children.
1. The paper specifically concluded: "We did not prove an association between measles, mumps, and rubella vaccine and the syndrome described. Virological studies are underway that may help to resolve this issue."

1. The press conference for the paper was held at The Royal Free Hospital in London, England on February 4, 1998.
1. At the press conference, Wakefield again, opted for parents to use a single vaccine for mumps, a single vaccine for measles and a single vaccine for rubella until the issue had been resolved scientifically.
1. After Wakefield made that recommendation, unilateral decisions were made by the government in the UK to withdraw the importation license for the single vaccine, Merck opting in the U.S. to cease the production of the single vaccines giving parents no option
1. The British Medical Journal (BMJ) accused Wakefield of fraud.
1. In an interview with CNN, Bill Gates stated: "Dr. Wakefield has been shown used absolutely fraudulent data. He created a fake paper [and] the journal allowed it to run. All the other studies [that] were done showed no connection whatsoever again and again and again. So it's an absolute lie that has killed thousands of kids."
1. On April 6, 2000, Wakefield spoke before the House. He stated in part, "The story, as told to us, which we have an obligation to report, is that the majority of children regressed following a period of normal development in the face of MMR vaccination. That does not mean that it is the cause of the disease."
1. A 17 year old employee of the CDC, William Thompson called Brian Hooker, PhD and stated: "I don't know how this is all going to play out. You have a son with autism and I have great shame now when I meet families with kids with autism because I have been part of the problem."
1. Hooker's son, Steven, was born in February of 1998.
1. Two weeks after his 15 month vaccines, Steven lost all language, eye contact and if picked up, he would be limp.
1. As a scientist, Hooker had been published in more than 60 published studies in major international scientific journals, he was deeply critical of the CDC's studies.
1. DEFENDANT CDC decided that the scientist who would interface with Dr. Hooker at that time, was Dr. William Thompson.
1. Because DEFENDANT CDC didn't like the way Hooker challenged them, he received a letter from the CDC in 2004 saying that he was no longer permitted to contact them.
1. Ten years later, Thompson reached out to Dr. Hooker and provided him with information on how to access a treasure trove of data that would help him in his research.
1. In phone conversations that were recorded unbeknownst to him, William Thompson said: "The CDC has put the research ten years behind. Because the CDC has not been transparent we've missed ten years of research because the CDC is so paralyzed right now by anything related to autism."
1. Dr. Hooker initially sought data sets from studies conduct on the mercury containing preservative known as thimerosal.
1. Thompson also wanted Dr. Hooker to view data sets on studies using the MMR vaccine, specifically a 2004 study co-written by Frank DeStefano, MD and Thompson.
1. Thompson described it as the "It was the one study where we could end up creating a mess while the CDC tried to sort out something they couldn't understand."
1. Prior to Dr. Hooker, no one had requested this data because it was a big secret that one could do it.
1. Thompson recognized a legal loophole known as a "citizen's request" that allowed Thompson to deliver to Hooker potentially classified information in a legal way.
1. Thompson's study showed that African Americans who received the MMR vaccine on time were 2.64 times more likely to autism diagnosis than those African Americans thar received the MMR after three years age.
1. When Hooker looked at African American males only, the relative risk was 3.36, which equates to a 236% increased risk of developing autism.
1. When Hooker asked if race was downplayed, Thompson said, "Of course it is.".
1. Dr. Hooker stated: "The CDC, the way that they do research studies is very reactionary. They look at something that's creating press and creating a buzz that could actually lower vaccination rates and that's what they study. They don't study vaccines proactively so if [researchers] had never done [their] studies and gotten it published...would've never created the uproar that rightfully it should've created, then the CDC would've never studied this."
1. The analysis plan is one of the most important parts of a scientific study – it's where the laws or rules by which the scientist adheres to while doing the study. [Del Bigtree, Vaxxed.]
1. This analysis plan is put together by the scientists themselves; sometimes their superiors weigh in but once they lock that analysis plan, they say 'This is how we're going to use this data,' and you can't deviate from that analysis plan or you're at risk of fraud, scientific fraud.
1. Thompson played a major role in creating the study's analysis plan, but he was also the numbers guy. [Wakefield.]

1. By November 2001, the results were in. Thompson stated: "Now, with the MMR-autism [study], we had an analysis plan that we were supposed to execute as was written and I'm going to be sharing these draft analysis plans that we had and you can see whether we said what we're going to do."

1. In order to conceal the effect of the MMR [vaccine], what they had to do was to reduce the number of children studied in order to reduce what is referred to as the statistical power. That is the ability of the study to detect a difference if one genuinely exists. In their analysis plan, they had agreed to use two sources of information. The first was the children's school records and the second was the children's Georgia birth certificate records. So while every child in the study had a school record, only half in the study had a Georgia birth certificate because the other half had been born in other states. So that analysis plan was explicit. Information on a child's race was to come from their school record, but when confronted by data that revealed an increased risk of autism in African American children, they deviated from their analysis plan. They chose to get the race data not from the school record, but from the Georgia birth certificate record."

1. Hooker stated: "Instead of having 3,000 individuals in the study, it went down to about 1,800. The relative risk went down from 2.64 to 1.8 but more importantly, that relative risk was no longer statistically significant."

1. Virologist Luc Montagnier, M.D stated: "The vaccine autism interaction is a worldwide problem — not only in this country but also in Asia and even in Africa. The MMR vaccination, in the very early stage of infancy, before the age of 2, was more prominent for African Americans and this was hidden for some time. This fraud of course ranks very high, to my opinion, in the ethics of medicine and science. The CDC, in the past, has done very important work on the discovery of AIDS so I'm very disappointed to see a different situation with the CDC's dealing with autism."

1. Since the mid to late 1980s, the trend in autism has been exponential growth.

1. Senior research scientist at MIT, Stephanie Seneff, PhD, stated: 'If we assume that things are going to continue as they have for the past 30 years into the future, we can predict by 2032, 80% of boys born will end up on the autism spectrum. Half the children and 80% of the boys."

1. Wakefield "When the researchers set out to do the study, they asked themselves the question: 'If MMR vaccine causes autism, in which children would we be most likely to find this effect?' Their answer is children with no developmental concerns in the first year of life, children who were perfectly healthy until they received their vaccine. They called this group 'isolated autism.' This does not refer to an isolated case of autism or an isolated group with autism. They isolated autism out, so children who had no comorbid conditions apart from their autism — no cerebral palsy, no mental retardation, no visual or hearing impairment, no epilepsy and no birth defects. This risk group includes essentially every healthy child in the world."

1. Paul Offit: "There is no good reason to choose not to get a vaccine....If vaccines were unsafe, I think this would be an interesting and reasonable discussion."

1. Thompson stated: "I actually think the most interesting results are the elevated or isolated ones — ones that don't have comorbid conditions. The effect is where you would think it would happen."

1. Brian Hooker: "In isolated autism, he saw a very, very strong effect specific to those kids who got the MMR on time. When Bill Thompson ran those numbers, he saw an astronomical effect. Some of the numbers were actually the relative risks were as high as seven or eight times higher with these kids that were diagnosed with just isolated autism, no other diagnosis versus those controls."

1. Del Bigtree: "When we look at isolated autism, we see that there's up to a seven-fold increase in the incidence of autism between those that receive the vaccine between 12 and 15 months versus those that got it after three years old. But let's be perfectly clear: Every child in the study had received the MMR vaccine. What would the numbers be if you compared children who got the MMR vaccine between 12 and 15 months versus children who never got the vaccine at all. This is often referred to as the 'vax versus unvax' study. The CDC refuses to do this study, even though every drug that we take has been through this exact same study. There's a group who take the drug and then they compare it with the group that do not take the drug and then they see if there are more side effects and complications with the group that takes the drug. So why does the CDC refuse to do the 'vax versus unvax' study? Proably because, when we look at the results of this study, we realize that the risks would be astronomical and is likely to be one of the major reasons we are seeing this skyrocketing increase of autism worldwide."

1. Wakefield: "Just like the African American children, they went into the room and they sliced and diced the data in an effort to get rid of that effect."

1. On one of Coleen Boyle's meeting notes, she wrote "reformat" the age groups after the data came in and then she put in new age groups., which also failed to achieve the desired results.

1. The CDC eventually omitted the relevant finings altogether.

1. Thompson stated: "I was looking at that like, 'Oh my God.' I cannot believe we did what we did, but we did. So, it's all there. It's all there."

1. In an October 18, 2002 e-mail from Thompson to CDC Director of NCRID Melinda Wharton, he stated: "I am writing you once more regarding the recent Department of Justice (DOJ) request for a broad range of documents associated with MMR, Thimerosal, and Autism. I first spoke with you on September 3, 202 regarding **the sensitive results we have been struggling with in the MADDSP MMR/Autism Study.**" (emphasis added)

1. The e-mail revealed that government scientists were lawyering up over a children's safety study.

1. Later in the e-mail, Thompson wrote: "I don't think anyone has broken the law but I was extremely uncomfortable when Dr. Coleen Boyle, a coauthor on our paper, was required to testify before Congressman Dan Burton's Committee in April of 2002 regarding MMR and Autism. I became more concerned regarding legal issues surrounding the MADDSP MMR/Autism Study when individuals from the NCBDDD began to cc Beverly Dozier, an attorney, on e-mails regarding discussions we were having surrounding the provision of appropriate documents to satisfy the DOJ request. I became further concerned when I attended a meeting at the NCBDDD on October 16th at 1:00 PM to discuss the provision of documents and found out that Beverly was a NCBDDD lawyer, not a DOJ lawyer, who was providing legal advice to Dr. Coleen Boyle regarding what documents to provide. Therefore, I will be hiring my own personal attorney to make sure I am also providing all the appropriate documents for this study. It is extremely unfortunate that we need to be concerned about whether our own legal rights are covered when participating in a study such as this. My level of concern has also caused me to seriously consider removing myself as an author on the draft manuscript."

1. A few days later, Thompson wrote an e-mail to Walter Orenstein, then Director of the National Immunization Program.

1. In the October 20, 2002 e-amil, sent at 12:21 AM, Thompson stated, in part: "I am not interested in taking all the political heat that will go along with that study."

1. In response, Thompson states: "The higher ups wanted to do certain things and I went along with it. In terms of chain of command, I was number four out of five."

1. In the fall of 2002, there was a meeting with a trash can rolled in and they selected documents to be destroyed.

1. Thompson stated: "I led all the analysis we did discussing those things. Literally, everyone else got rid of all of their documents, so the only documents that exist right now from that study are mine."

1. Hooker stated: "There was a dramatically different result presented before and after the timeframe Thompson alleged that these data were destroyed. If I never had the documents before October 2002, there would be nothing that would show that they actually had the results in hand and they decided to destroy those results."

1. Thompson's colleagues denied that the meetings ever took place, but Thompson was able to provide meeting notes for precisely the time where the coauthors claimed no meeting took place.

1. Thompson stated: "That's what I keep seeing again and again and again, where these senior people just do completely unethical, vile things and nobody holds them accountable."

1. This study was supposed to be completed in six months (May 15, 2001-December 1, 2001), but the results were not released until four years later.

1. Thompson stated: "The reason you don't see anything else circulating from this study, it was five of us behind closed doors for two years."

1. In a February 2, 2004 email to Julie Gerberding, M.D., Thompson wrote, in part: "I will have to present several problematic results relating to statistical associations between receipt of the MMR vaccine and autism."

1. Thompson was scheduled to provide testimony via a presentation titled "Age at First Measles-Mumps-Rubella Vaccination in Children with Autism and School-Matched Control Subjects," but was replaced at the last minute by Frank DeStefano, M.D. MPH.

1. DeStefano falsely reported to the Institute of Medicine's (IoM) Immunization Safety Review Committee that there was no association between MMR and autism.

1. Wakefield stated: "The IoM was the 'point of no return' and so deprived of the truth, the IoM declared MMR vaccine safe."

1. The Immunization Safety Review Committee stated: "The committee does not consider a significant investment in studies of the theoretical vaccine-autism connection to be useful at this time."

1. After their work on the MMR study, DeStefano's team (referred to as "The Autism Public Health Response Team") received the HHS's Secretary's Award for Distinguished Service and several years later, Dr. Julie Gerberding received a high paying job as the Executive Vice President of Strategic Communications, Global Public Policy, and Population Health at Merck.

1. Boyle lied before the House Oversight & Government Reform Committee when asked by Rep. Bill Posy (FL) if the CDC had conducted or facilitated any studies comparing vaccinated and unvaccinated children.

1. Boyle's response was: "We have actually done a number of studies looking at the relationship between thimerosal vaccines and autism and other developmental disabilities."
1. Boyle later stated: "Vaccines and their components did not increase the risk for autism."
1. When later probed by Posey if the CDC "clearly, definitely and unequivocally" studied comparing vaccinated and unvaccinated children, Boyle stated: "We have not studied vaccinated versus unvaccinated."
1. Hooker stated: "These children have been maimed by the actions of Colleen Boyle, Frank DeStefano, Marshallyn Yeargin-Allsopp and Tanya Bhashin.
1. Researcher and author Hilary Buter stated: "When I look at the vaccine damage I see, it's almost a pattern that goes like this: Damage as early as possible, damage as often as possible, deny the damage could possibly be anything other than a coincidence, denigrate the damage when they point it out, describe the parents of the damaged children as 'deluded' or 'delusional' and then demonize those parents, and then divide society so that pro-vaccine then demonize parents who were once pro-vaccine, but vaccinated their children who became damaged."

Rise in Autism and Emotional Behavioral Disorders (EBDs) and Disparate Impact on African Americans:

1. The number of vaccines a baby receives today is more than PLAINTIFF Mr. Washington's generation and earlier have received in their whole lives.
1. Children born between 1989 and 2003 are known as the "Thimerosal Generation" and they "received heavy doses of mercury from vaccines." [RollingStone. July 20, 2005.]
1. According to DEFENDANT CDC's recommended vaccine schedule, a child born in 1983 received 12 shots by age 18 and in 2019, that number has skyrocketed to as many as 54 shots.
1. During the first year of life, many babies experience a medical event in close proximity to vaccination.
1. A significant number of babies suffer serious, life-threatening illnesses and medical events, such as Sudden Infant Death Syndrome (SIDS), and may develop congenital conditions.
1. Autism "was unknown until 1943, when it was identified and diagnosed among eleven children born in the months after thimerosal was first added to baby vaccines in 1931. [RollingStone. July 20, 2005.]
1. "The prevalence of autism in the United States has risen steadily since researchers first began tracking it in 2000. The rise has sparked fears of an autism 'epidemic.'" [Jessica Wright. "Autism prevalence in the United States explained." Spectrum News. September 3, 2020. https://www.spectrumnews.org/news/autism-rates-united-states-explained/.]
1. "Even more alarming, the government continues to ship vaccines preserved with thimerosal to developing countries — some of which are now experiencing a sudden explosion in autism rates." [RollingStone. July 20, 2005.]
1. "In China, where the disease was virtually unknown prior to the introduction of thimerosal by U.S. drug manufacturers in 1999, news reports indicate that there are now more than 1.8 million autistics." [RollingStone. July 20, 2005.]
1. "Although reliable numbers are hard to come by, autistic disorders also appear to be soaring in India, Argentina, Nicaragua and other developing countries that are now using thimerosal-laced vaccines." [RollingStone. July 20, 2005.]
1. Autism used to be a very rare disorder. In 1978, the prevalence of autism was about 1 in 15,000.
1. As of 2020, autism in children has risen to 1 in 54 in the U.S., according to 2016 data. [https://www.autism-society.org/releases/cdc-releases-new-prevalence-rates-of-people-with-autism-spectrum-disorder/.]
1. "In 2014, DEFENDANT CDC whistleblower, the agency's senior vaccine safety scientist, Dr. William Thompson, disclosed that top CDC officials had forced him and four other senior researchers to lie to the public and destroy data that showed disproportionate vaccine injuries — including a 340 percent elevated risk for autism — in Black male infants who received the Measles, Mumps, Rubella (MMR) vaccine on schedule." [Kennedy, Jr., pg. 244.]
1. A study conducted by scientist Dr. William Thompson on the MMR vaccine showed that black boys are at a 240% greater risk than their "white" counterparts for developing autism when the MMR vaccine is administered prior to their third birthday. [https://pediatrics.aappublications.org/content/113/2/259/tab-article-info.]
1. The study also showed that the vaccine is wiping black boys out not just with autism, but with ADHD, ADD, and many kinds of allergies to name a few.
1. Over this same period of time, there has been a steady rise in the number of students with emotional and behavioral disorders (EBDs).
1. In 2016, a child in the U.S. was diagnosed with autism every seven minutes.

1. Although a link has yet to be made, there is a strong likelihood that the vaccines are responsible for the increase of EBD In children.
1. Dangers of vaccines and link to rise in EBDs.
1. Over the last few decades, there has been a steady rise in the number of students with emotional and behavioral disorders (EBDs).
1. Leading to autism and increases in EBDs.
1. In education, it is well documented that there has been a rise in emotional and behavioral disorders amongst students.
1. As a substitute teacher working with children ages 3 to 18 for the last six years, PLAINTIFF Mr. Washington has noticed a drastic and alarming behavioral change in this generation's kids, particularly in New York City.
1. Many students are unable to focus, have short attention spans, display inappropriate behavior, etc.
1. Despite the evidence showing that vaccines are not "safe and effective," legislators like Sacramento Democratic Senator Richard Pan, MD, proposed bills that would abolish the "personal belief" exemptions for childhood vaccines.
1. Many politicians today, mostly Democratic, remain in support of mandatory vaccination.
1. Many states, including DEFENDANT State of New York, require students to be vaccinated to attend school.
1. DEFENDANT NYCDOE require "all students" to receive the DTaP (diphtheria- tetanus-pertussis), poliovirus, MMR (measles-mumps-rubella), varicella, and hepatitis B vaccines in order to attend school.
1. DEFENDANT NYCDOE requires students "under the age of five enrolled in child care and pre-kindergarten," to receive the Hib (Haemophilus influenza type b), PCV (pneumococcal conjugate), and influenza (flu) vaccines.

[Studies Disproving Vaccine's Effectiveness]

1. "Today CDC and NIAID promote the popular orthodoxy: that intrepid public health regulators, armed with innovative vaccines, played the key role in abolishing mortalities from these contagious illnesses [such as cholera and the 1918 Spanish flu]." [Kennedy, Jr., pg. 129.]
1. The doctrinal canon of the germ theory credits vaccines for the dramatic declines of infectious disease mortalities in North America and Europe during the twentieth century. [Kennedy, Jr., pg. 286.]
1. DEFENDANT Fauci, routinely claims that vaccines eliminated mortalities from the infectious diseases of the early twentieth century, saving millions of lives. [Kennedy, Jr., pg. 286.]
1. On July 4, 2021, DEFENDANT Fauci commented to NBC's Chuck Todd, "You know, as the director of the National Institute of Allergy and Infectious Diseases, it was my responsibility to make sure that we did the science that got us to the vaccines that as we know now have already saved millions and millions of lives." [Kennedy, Jr., pg. 285.]
1. Most Americans accept this claim as dogma, but it is untrue.
1. "Both science and history dismiss this self-serving mythology as baseless." [Kennedy, Jr., pg. 129.]
1. Science gives the honor of having vanquished infectious disease mortalities to nutrition and sanitation. [Kennedy, Jr., pg. 286.]
1. In "a widely cited study, MicKinlay and McKinlay — required reading in virtually every American medical school during the 1970s — found that all medical interventions including vaccines, surgeries, and antibiotics accounted for less than about 1 percent — and no more than 3.5 percent — of the dramatic mortality declines." [Kennedy, Jr., pg. 286.]
1. "The McKinlays presciently warned that the profiteers among the medical establishment would seek to claim credit for the mortality declines for vaccines in order to justify government mandates for those pharmaceutical products." [Kennedy, Jr., pg. 286.]
1. "Seven years earlier, the world's foremost virologist, Harvard Medical School's Dr. Edward H. Kass, a founding member and first president of the Infectious Disease Society of America and founding editor of the Journal of Infectious Diseases, rebuked his virology colleagues for trying to take credits for that dramatic decline, scolding them for allowing the proliferation of "half-truths...that medical research had stamped out the great killers of the past — tuberculosis, diphtheria, pneumonia, puerperal sepsis, etc. — and that medical research and our superior system of medical care were major factors extending life expectancy." [Kennedy, Jr., pg. 286.]
1. "Kass recognized that the real heroes of public health were not the medical profession, but rather the engineers who brought us sewage treatment plants, railroads, roads, and highways for transporting food, electric refrigerators, and chlorinated water." [Kennedy, Jr., pg. 286.]

87

1. "An exhaustive 2000 study by CDC and John Hopkins scientists published in Pediatrics, the official journal of the American Academy of Pediatrics, concluded, 'Thus vaccination does not account for the impressive declines in [infectious disease] mortality seen in the first half of the [20th] century...nearly 90 percent of the decline in infectious disease mortality among US children occurred before 1940, when few antibiotics or vaccines were available." [Kennedy, Jr., pg. 129.]

1. "Both CDC and McKinley attributed the disappearance of infectious disease mortalities not to doctors and health officials, but to improved nutrition and sanitation — the latter credited to strict regulation of food preparation, electric refrigerators, sewage treatment, and chlorinated water." [Kennedy, Jr., pg. 129.]

1. Despite the availability of studies showing the harmful effects of vaccines, there are even more scientific studies that reach the opposite conclusion.

1. More likely than not, many of the scientific studies that conclude vaccines are "safe" have been funded by the pharmaceutical industry.

1. "At least three studies over the years have documented that there is often a link between conclusions of studies and the source of the money that paid for the research. Science funded by industry is less likely to find health risks than studies paid for by institutions or authorities...Studies which are solely financed by industry are likely to be biased." ["How much is safe?" Investigate Europe. January 4, 2019. https://www.investigate-europe.eu/en/2019/how-much-is-safe/.]

1. Any doctor advancing vaccines to the public is violating the Hippocratic Oath and the Nuremburg Code.


Vaccine Litigation and Continued Denials:

1. Government passing laws to protect vaccine manufacturers.

1. In 1986, due to lobbying from the pharmaceutical industry lobbyists, DEFENDANT United States of America's Congress sold out the American people and passed the National Childhood Vaccine Injury Act of 1986, which indemnified the trillion-dollar pharmaceutical industry from being sued if a child died or suffered an adverse health effect after taking a vaccine and put the financial burden on taxpayers.

1. Parents are forced to petition to the Department of Health and Human Services (HHS) and if federal health officials oppose compensation, the case is argued by a special master in the U.S. claims court referred to as "vaccine court."

1. Pharmaceutical companies do not have to participate in the proceedings at all.

1. "Established in 1990, the Vaccine Adverse Event Reporting System (VAERS) is a national early warning system to detect possible safety problems in U.S.-licensed vaccines. VAERS is co-managed by the Centers for Disease Control and Prevention (CDC) and the U.S. Food and Drug Administration (FDA)." [https://vaers.hhs.gov/about.html.]

1. "Adverse events from drugs and vaccines are common, but underreported. Although 25% of ambulatory patients experience an adverse drug event, less than 0.3% of all adverse drug events and 1-13% of serious events are reported to the Food and Drug Administration (FDA). Likewise, fewer than 1% of vaccine adverse events are reported. Low reporting rates preclude or slow the identification of "problem" drugs and vaccines that endanger public health." ["Electronic Support for Public Health–Vaccine Adverse Event Reporting System (ESP:VAERS)." 2010. https://rickjaffeesq.com/wp-content/uploads/2021/02/r18hs017045-lazarus-final-report-20116.pdf.]

1. According to the National Vaccine Injury Compensation (VIC) program: "Since 1988, over 24,441 petitions have been filed with the VICP. Over that 30-year time period, 20,300 petitions have been adjudicated, with 8,353 of those determined to be compensable, while 11,947 were dismissed. Total compensation paid over the life of the program is approximately $4.6 billion." [https://www.hrsa.gov/sites/default/files/hrsa/vaccine-compensation/data/data-statistics-report.pdf.] 1. Researcher and author Hilary Buter stated: "When I look at the vaccine damage I see, it's almost a pattern that goes like this: Damage as early as possible, damage as often as possible, deny the damage could possibly be anything other than a coincidence, denigrate the damage when they point it out, describe the parents of the damaged children as 'deluded' or 'delusional' and then demonize those parents, and then divide society so that pro-vaccine then demonize parents who were once pro-vaccine, but vaccinated their children who became damaged."

1. The U.S. Department of Justice acts as the government's lawyer with taxpayers footing the bill for their defense.

1. By 2002, there were already thousands of cases before the vaccine court.

1. According to Jim Moody, J.D., the average payout per child was in the range of $5 million.

1. Taxpayers pay for all damages.

1. From 1986 to 2016, the "Vaccine Court" has paid approximately $3 billion to victims of vaccine injuries and their families.

1. Despite these studies and evidence of the pharmaceutical industry, Anthony Fauci, the NIAID, FDA and other U.S. government institutions suppressed this information and over time, have increased the amount of vaccines required.

1. During an interview with KCRA NBC, Pan stated: "[We] still continue to hear that vaccines cause autism even though that's been debunked."

1. During an interview with Democracy Now, Offit stated: "I think you're starting to see why it is that [vaccine] mandates are so important."

1. Former U.S. Surgeon General Vivek Murthy, MD stated: "There's been some inaccurate information circulating about vaccines. Mostly stemming from a British study linking vaccines to autism. [It has been] repeatedly and thoroughly debunked."

1. In _____, President Obama stated: "I would strongly encourage everybody – look at the science, look at the facts. The Center for Diseases and Control can give you good information. Get your children vaccinated."

1. In an interview with NBC News that aired in February of 2015, Obama stated: "There is every reason to get vaccinated — there aren't reasons to not." [Abby Phillip. The Washington Post. February 2, 2015. https://www.washingtonpost.com/news/morning-mix/wp/2015/02/02/get-your-kids-vaccinated-obama-tells-parents-doubting-indisputable-science/.]

1. In a May 22, 2019 interview with David Rubenstein, DEFENDANT Fauci was asked: "In the modern era, there has been some concern about vaccination. Some people think it causes diseases, it can cause autism? Is there any evidence that being vaccinated causes these disease?"

1. DEFENDANT Fauci responded: "No, the answer is absolutely not and it's unfortunate because there's a lot of misinformation spreading widely right now, leading to a diminution in the percentage of parents who vaccinate their children, particularly against measles. And that's why right now today, as we speak, we're seeing completely avoidable measles outbreaks throughout the country and even throughout the world. There's currently one in New York City, in the Williamsburg section of Brooklyn that is really quite alarming."

America's Decline in Health Under Fauci's Leadership:

1. DEFENDANT Fauci has "presided over cataclysmic declines in public health, including an exploding chronic disease epidemic that has made the 'Fauci generation' – children born after his elevation to [DEFENDANT'S] NIAID kingpin in 1984 – the sickest generation in American history, and has made Americans among the least healthy citizens on the planet." [Kennedy, Jr. pg. xx.]

1. When Fauci assumed leadership of the NIAID in 1984, "[a]llergic and autoimmune disorders were hardly a factor in American life. Peanut allergies, asthma, and autoimmune diseases (e.g. diabetes and rheumatoid arthritis) were still so rare that their occasional occurrences in schoolchildren were novelties. Most Americans had never seen a child with autism." [Kennedy, Jr., pg. 128.]

1. "Dramatic improvements in nutrition, sanitation, and hygiene had largely abolished the frightening mortalities from mumps, diphtheria, smallpox, cholera, rubella, measles, pertussis, puerperal fever, influenza, tuberculosis, and scarlet fever. The devastating lethality from these former scourges that decimated earlier generations of Americans had dwindled." [Kennedy, Jr., pg. 128-129.]

1. "From 1900, when one-third of all deaths were linked to infectious diseases (e.g. pneumonia, tuberculosis, and diarrhea and enteritis), through 1950, infectious disease mortality decreased dramatically (except for the 1918 Spanish flu), leveling off in the 1950s to what we see today, about 5 percent of all US deaths." [Kennedy, Jr., pg. 129.]

1. "Annual deaths from communicable disease dropped in the 1980s to around 50 per hundred thousand population, from 800 per hundred thousand in 1900." [Kennedy, Jr., pg. 129.]

1. By the twentieth-first century, more people were dying of old age and heart attacks than from contagious illnesses. [Kennedy, Jr., pg. 129.]

1. DEFENDANT Fauci's "obsequious subservience to the Big Ag, Big Food, and pharmaceutical companies has left [American] children drowning in a toxic soup of pesticide residues, corn syrup, and processed foods, while also serving as pincushions for 69 mandated vaccine doses by age 18 – none of them properly safety tested." [Kennedy, Jr. pg. xi.]

1. When DEFENDANT Fauci "took office, America was still ranked among the world's healthiest populations. An August 2021 study by the Commonwealth Fund ranked America's health care system dead last among industrialized nations, with the highest infant mortality and the lowest life expectancy." [Kennedy, Jr. pg. xxi.]

1. "Under [DEFENDANT Fauci's] leadership, the allergic, autoimmune, and chronic illnesses which Congress specifically charged NIAID to investigate and prevent, have mushroomed to afflict 54 percent of children, up from 12.8 percent when he took over NIAID in 1984." [Kennedy, Jr., pg. xxi-xxii.]

1. "While ignoring the explosion of allergic conditions, DEFENDANT Fauci has instead reshaped DEFENDANT NIAID into the leading incubator for new pharmaceutical products, many of which, ironically, profit from the cascading chronic disease pandemic." [Kennedy, Jr., pg. 122.]

1. "On its website, NIAID boasts that autoimmune disease is one of the agency's top priorities. Some 80 autoimmune diseases, including juvenile diabetes and rheumatoid arthritis, Graves' disease, and Crohn's disease, which were practically unknown prior to 1984, suddenly became epidemic under his watch." [Kennedy, Jr., pg. xxii.]

1. Autism, which many scientists now consider an autoimmune disease, exploded between 2/10,000 and 4/10,000 Americans when [Fauci] joined NIAID, to one and thirty-four today." [Kennedy, Jr., pg. xxii.]

1. Neurological diseases like ADD/ADHD, speech and sleep disorders, narcolepsy, facial tics, and Tourette's syndrome have become commonplace in American children." [Kennedy, Jr., pg. xxii.]

1. The human, health, and economic costs of chronic disease dwarf the costs of all infectious diseases in the United States. [Kennedy, Jr., pg. xxii.]

1. "America is among the ten most overweight countries on Earth." [Kennedy, Jr., pg. xxii.]

1. "By this decade's end, obesity, diabetes, and pre-diabetes are on track to debilitate 85 percent of America's citizens." [Kennedy, Jr., pg. xxii.]

1. Since genes don't cause epidemics, the cause for this cataclysm are environmental toxins, including but not limited to vaccines and GMO/artificial foods.


[Fauci & Gates's Business Relationship]

1. In 1998, a new HIV funder with "deep pockets and a shared obsession with vaccines" appeared named DEFENADNT Bill Gates.

1. That same year, the William H. Gates Foundation announced a nine-year, $500 million plan to fund AIDS vaccine development through DEFENDANT Gates' International AIDS Vaccine Initiative (IAVI).

1. IAVI is the predecessor organization to the DEFENDANT Global Alliance for Vaccines and Immunizations (GAVI).

1. IAVI's president, Seth Berkley "said the plan would fund multiple efficacy trials of AIDS vaccine candidates in developing countries" and "if any of the vaccines worked even reasonably well on sub-Saharan Africans, they could then presumably be tested in Western countries." [Kennedy, Jr., pg. 282.]

1. "Two years after DEFENDANT Gates announced IAVI, he summoned [DEFENDANT] Fauci to Seattle to propose a partnership that, two decades later, would have profound impacts on humanity." [Kennedy, Jr., pg. 283.]

1. DEFENDANT Fauci recalled their conversation saying: "...And he said, 'Can I have some time with you in my library,' this amazingly beautiful library...And we sat down. And it was there that he said, 'Tony, you run the biggest infectious disease institute in the world. And I want to be sure the money I spend is well spent. Why don't we really get to know each other? Why don't we be partners?'" [Kennedy, Jr., pg. 283.]

1. "Over the next two decades, that partnership would metastasize to include pharmaceutical companies, military and intelligence planners, and international health agencies all collaborating to promote weaponized pandemics and vaccines and a new brand of corporate imperialism rooted in the ideology of biosecurity." [Kennedy, Jr., pg. 283.]

1. The partnership between DEFENDANTS Gates and Fauci have yielded "unprecedented bonanzas in wealth and power and have catastrophic consequences for democracy and humanity." [Kennedy, Jr., pg. 283.]

1. "After sealing their collaboration with a handshake, DEFENDANTS Gates and Fauci geared up their vaccine partnership quickly; by 2015, DEFENDANT Gates was spending $400 million annually on AIDS drugs – mainly testing them on Africans." [Kennedy, Jr., pg. 291-292.]

1. In 2008, the Journal of the European Molecular Biology Organization published a peer-reviewed article examine how DEFENDANTS Gates and Fauci's partnership had skewed DEFENANT NIH's funding to reflect Gates' priorities.

1. The article outlined the technical details of the Gates NIH partnership, with DEFENDANT BMGF and the Wellcome Trust funneling their donations through the NIH Foundation, which administers the money while Gates determines how it is spent.

1. That article showed how, in or around of their handshake, DEFENDANT NIH also shifted $1 billion to DEFENDANT Gates' global vaccine programs. [Kennedy, Jr., pg. 292.]

90

1. DEFENDANT Gates' alliance with DEFENDANT Fauci "anointed Gates' public health experiments with credibility and gravitas." [Kennedy, Jr., pg. 292.]

1. DEFENDANT Fauci was also "an international power broker controlling a gargantuan bankroll and wielding Brobdingnagian political wallop across Africa." [Kennedy, Jr., pg. 292.]

1. DEFENDANT Fauci, "by then, had persuaded a succession of US presidents to burnish their humanitarian bona fides by redirecting US foreign aid away from the causes of nutrition, sanitation, and economic development and toward solving Africa's HIV crisis with vaccines and drugs." [Kennedy, Jr., pg. 292.]

1. DEFENDANT Fauci persuaded President Bill Clinton in May 1997 to set a new national goal for science by making the cure for African AIDS his "JFK moonshot promise." [Kennedy, Jr., pg. 292.]

1. Despite his poor track record at actually reducing illness, DEFENDANT Fauci extracted a $15 billion commitment from George W. Bush in 2003 for AIDS drugs in Africa. [Kennedy, Jr., pg. 292.]

1. Between 2004 and 2008, Bush diverted $18 billion of US government's foreign aid contributions to DEFENDANT Fauci's pet global AIDS projects. [Kennedy, Jr., pg. 292.]

1. Thanks to DEFENDANTS Gates and Fauci's "powerful collaboration, Pharma would emerge as, perhaps, Africa's cruelest and most deadly colonial overlord." [Kennedy, Jr., pg. 293.]

1. "HIV provided DEFENDANT Gates and Fauci a beachhead in Africa for their new brand of medical colonialism and a vehicle for the partners to build and maintain a powerful global network that came to include heads of state, health ministers, international health regulators, the WHO, the World Bank, the World Economic Forum, and key leaders from the financial industry and the military officials who served as command center of the burgeoning biosecurity apparatus." [Kennedy, Jr., pg. 292.]

1. DEFENDANTS Gates and Fauci's control of several billion dollars in annual inputs gives them effective control over not only WHO, but also the retinue of authoritative quasi-governmental agencies that DEFENDANT Gates – often with DEFENDANT Fauci's assistance and support – created and/or funded, including CEPI, GAVI, PATH, UNITAID, UNICEF, SAGE, the Global Development Program, the Global Fund, the Brighton Collaboration, and governmental health ministries in dozens of African nations that are largely dependent on WHO and other global health partnerships." [Kennedy, Jr., pg. 301.]

1. A 2017 analysis of the twenty-three global health partnerships revealed that seven were entirely dependent on DEFENDANT Gates funding and another nine listed the foundation as its top donor. [Kennedy, Jr., pg. 301.]

1. DEFENDANT BMGF also controls the Strategic Advisory Group of Expert (SAGE), the principal advisory group to the WHO for vaccines. [Kennedy, Jr., pg. 301.]

1. During a recent meeting, half of SAGE's governing board of fifteen people listed conflicts of interests with DEFENDANT BMGF. [Kennedy, Jr., pg. 301-302.]

1. "GAVI is the most tangible outcome of the partnership [DEFENDANT] Gates sealed with [DEFENDANT] Fauci in the early 2000s." [Kennedy, Jr., pg. 302.]

1. Under the terms of their partnership, [DEFENDANT] Fauci greenhouses a pipeline of new vaccines in NIAID labs and farms them out for cultivation in clinical trials by his university PIs and the pharmaceutical multinationals in which [DEFENDANT] Gates holds high investment stakes." [Kennedy, Jr., pg. 302.]

1. DEFENDANT Gates then "builds out supply chains and creates innovative financial devices for guaranteeing those companies markets in Third World countries." [Kennedy, Jr., pg. 302.]

1. "A key feature of this scheme, is [DEFENDANT] Gates's capacity, through WHO, to pressure developing countries to expedite and purchase the vaccine, and to use GAVI as a bank through which wealthy countries consign the debt." [Kennedy, Jr., pg. 302-303.]

1. "Western nations once funneled their foreign aid through traditional NGOs for food and economic develop," but DEFENDANT Gates has captured those "deal flows" for GAVI and his pharma partners by pressuring Western countries to fork over their foreign aid to GAVI. [Kennedy, Jr., pg. 303.]

1. In May 2012, DEFENDANT Fauci described the close relationship between GAVI and DEFENDANT NIH: "We, NIH, work on the upstream component of the fundamental research development. GAVI develop[s] a vaccine and get[s] it into the arms of people who need them." [Kennedy, Jr., pg. 303.]

1. The partnership between DEFENDANTS Gates and Fauci have yielded "unprecedented bonanzas in wealth and power and have catastrophic consequences for democracy and humanity." [Kennedy, Jr., pg. 283.]

I. [Africa]

1. A reoccurring theme in African history is the story of "well-intentioned white men visiting calamity on Africans." [Kennedy, Jr., pg. 300.]

1. For centuries, people classified as "white" have imposed Western civilizations and Europeanized versions of Christianity on tribal and indigenous peoples, allegedly for their own good.

1. "For two centuries, unimpeded access to the colonized world's rich national resources had been the principal source of European wealth." [Kennedy, Jr., pg. 293.]

1. "In the colonial era, Africa provided model precincts for testing new vaccines." [Kennedy, Jr., pg. 324.]

1. In August 1941, President Franklin Roosevelt forced Winston Churchill to sign the Atlantic Charter as a condition for US support of the Allied effort in World War II. [Kennedy, Jr., pg. 293.]

1. The Charter required the European allies to relinquish their colonies following the war. [Kennedy, Jr., pg. 293.]

1. The Atlantic Charter and nationalist liberation movements in the 1950s and 1960s dismantled the traditional colonial model in Africa. [Kennedy, Jr., pg. 293.]

1. The continent, however, quickly reopened to "soft colonization" by multinational corporations and their state sponsors. [Kennedy, Jr., pg. 293.]

1. "During the Cold War, the US military and intelligence agencies largely replaced Europe's colonial armies in those regions, supporting virtually any tinhorn dictator who proved his 'anti-Communist' bona fides by rolling out red carpets for US multinationals." [Kennedy, Jr., pg. 293.]

1. "When the Berlin Wall fell, [DEFENDANT] United States of America already had 655 military bases (now 800) across the developing world, and US companies had blank checks in host nations to extract agricultural, mineral, petroleum, and lumber resources, and large markets for finished goods including, notably, pharmaceuticals." [Kennedy, Jr., pg. 293.]

1. "In the 1950s, white colonial overlords rolled out the red carpet for pharmaceutical companies to perform vaccine experiments on compliant test subjects numbering in the millions." [Kennedy, Jr., pg. 324.]

1. "Following the colonial era, most of Africa's new nationalist governments considered healthcare a national priority, and many of them developed model health programs for their populations." [Kennedy, Jr., pg. 324.]

1. "During the 1970s, International Monetary Fund (IMF) austerity policies bankrupted the best of these programs and left African nations almost entirely dependent on the WHO to finance National Health Ministries and vital HIV programs." [Kennedy, Jr., pg. 324.]

1. "In the 1980s, Pharma moved most of its clinical trials to poor nations where human guinea pigs are cheap and even the most severe injuries rarely delay the study." [Kennedy, Jr., pg. 324.]

1. "Government complicity and anemic corporate liability laws allow vaccine makers to write off injuries as collateral damage with little consequence or accountability." [Kennedy, Jr., pg. 324.]

1. "Today, Pharma still regards Africa as the beau ideal to test immunizations, and as a lucrative receptacle for dumping expired and defective stocks." [Kennedy, Jr., pg. 324.]

1. DEFENDANT Gates has "played a key role in legitimizing this arrangement while collaborating with captive or corrupt WHO officials to scam Western donor nations into footing the bill, and guaranteeing rich profits for pharmaceutical companies in which, coincidentally, he holds hefty stock positions." [Kennedy, Jr., pg. 324.]

1. DEFENDANTS Bill and Melinda Gates are continuing "the tradition of human experimentation in Africa with WHO stepping neatly into the role of an enabling colonial vassal." [Kennedy, Jr., pg. 324.]

1. "WHO uses its funding power to bully African governments that slack on vaccine uptake." [Kennedy, Jr., pg. 324.]

1. "Using its control of the flow of international assistance, WHO exerts discipline, rewards compliance, and punishes resistance to Pharma's African ambitions." [Kennedy, Jr., pg. 324.]

1. DEFENDANT Gates's pervasive control over WHO has made Africa his fiefdom. [Kennedy, Jr., pg. 324.]

1. DEFENDANT Gates stated: "A child in northern Nigeria is more than 20 times more likely to die before the age of 5 than a child in a rich country. That is simply unjust and reducing this inequity has been the Gates Foundation's top priority for more than 20 years." [Bill Gates. "Bill Gates: How we can close the vaccine gap much faster next time." CNN. October 13, 2021. https://www.cnn.com/2021/10/13/opinions/closing-vaccine-gap-faster-bill-gates/index.html.]

17. "Half of the Bill & Melinda Gates Foundation spending goes to Africa. The funds put into the foundation by themselves and fellow philanthropist Warren Buffett now amount to more than $50bn (£38bn)." [Polly Toynbee. "The African youth boom: what's worrying Bill Gates." The Guardian. September 18, 2018. https://www.theguardian.com/global-development/2018/sep/18/the-african-youth-boom-whats-worrying-bill-gates.]

1. On January 7, 2007, the Los Angeles Times published an article titled "Dark Cloud Over Good Works of Gates Foundation." It first discussed how ink spots were being used to certify that children in Ebocha, Nigeria "had been immunized against polio and measles, thanks to a vaccination drive supported by the Bill & Melinda Gates Foundation." [Charles Pillar, et al. "Dark Cloud Over Good Works of Gates Foundation." Los Angeles Times. January 7, 2007. https://www.latimes.com/news/la-na-gatesx07jan07-story.html.]

1. The writers then state: "But polio is not the only threat [children in Ebocha, Nigeria] face[ ]. Almost since birth, [14 month old Justice Eta]  has had respiratory trouble. His neighbors call it 'the cough.' People blame fumes and soot spewing from flames that tower 300 feet into the air over a nearby oil plant. It is owned by the Italian petroleum giant Eni, whose investors include the Bill & Melinda Gates Foundation." [Pillar.]

1. "In Ebocha, where Justice lives, Dr. Elekwachi Okey, a local physician, says hundreds of flares at oil plants in the Niger Delta have caused an epidemic of bronchitis in adults, and asthma and blurred vision in children. No definitive studies have documented the health effects, but many of the 250 toxic chemicals in the fumes and soot have long been linked to respiratory disease and cancer." [Pillar.]

1. "The oil plants in the region surrounding Ebocha find it cheaper to burn nearly 1 billion cubic feet of gas each day and contribute to global warming than to sell it. They deny the flaring causes sickness." [Pillar.]

1. "Investigators for Dr. Nonyenim Solomon Enyidah, health commissioner for Rivers State, where Ebocha is located, cite an oil spill clogging rivers as a cause of cholera, another scourge the foundation is battling. The rivers, Enyidah said, 'became breeding grounds for all kinds of waterborne diseases.'" [Pillar.]

1. "The bright, sooty gas flares — which contain toxic byproducts such as benzene, mercury and chromium — lower immunity, Enyidah said, and make children such as Justice Eta more susceptible to polio and measles — the diseases that the Gates Foundation has helped to inoculate him against." [Pillar.]

1. "The Gates Foundation has poured $218 million into polio and measles immunization and research worldwide, including in the Niger Delta. At the same time that the foundation is funding inoculations to protect health, The Times found, it has invested $423 million in Eni, Royal Dutch Shell, Exxon Mobil Corp., Chevron Corp. and Total of France — the companies responsible for most of the flares blanketing the delta with pollution, beyond anything permitted in the United States or Europe." [Pillar.]

1. "The makeshift clinic at a church where Justice Eta was vaccinated and the flares spewing over Ebocha represent a head-on conflict for the Gates Foundation. In a contradiction between its grants and its endowment holdings, a Times investigation has found, the foundation reaps vast financial gains every year from investments that contravene its good works." [Pillar.]

1. "At a clinic in Isipingo, a suburb of the South African port city of Durban where the HIV infection rate is as high as 40%, Thembeka Dube, 20, was getting a checkup. Dube had volunteered for tests of a vaginal gel that researchers hope will be shown to protect against HIV. The tests are part of a study conducted by the New York-based Population Council, and funded by a $20-million grant from the Bill & Melinda Gates Foundation." [Pillar.]

1. "Kyrone Smith was born only a few kilometers from the Isipingo clinic. At the same time the Gates Foundation was trying to help Dube, it owned a stake in companies that appeared to be hurting Kyrone."

1. "At six weeks, his lungs began to fail. Kyrone struggled to cry, but he was so weak that no sound came out — just husky, labored breaths.... Two of the area's worst industrial polluters — a Mondi paper mill and a giant Sapref oil refinery — squat among the homes near Isipingo like sleepy grey dragons, exhaling chemical vapors day and night." [Pillar.]

1. "The Sapref plant, which has had two dozen significant spills, flares, pipeline ruptures and explosions since 1998, and the Mondi plant together pump thousands of tons of putrid-smelling chemicals into the air annually, according to their own monitoring." [Pillar.]

1. "In 2002, a study found that more than half of the children at a school in nearby Merebank suffered asthma — one of the highest rates in scientific literature." [Pillar.]

1. "A second study, published last year, found serious respiratory problems throughout the region: More than half of children aged 2 to 5 had asthma, largely attributed to sulfur dioxide and other industrial pollutants. Much of it was produced by companies in which the Gates Foundation was invested." [Pillar.]

1. "Asthma was not the only danger. Isipingo is in what environmental activists call "Cancer Valley." Emissions of benzene, dioxins and other carcinogens were "among the highest levels found in any comparable location the world," said Stuart Batterman at the University of Michigan, a coauthor of both studies." [Pillar.]

1. "The Gates Foundation is a major shareholder in the companies that own both of the polluting plants. As of September [of 2006], the foundation held $295 million worth of stock in BP, a co-owner of Sapref. As of 2005, it held $35 million worth of

stock in Royal Dutch Shell, Sapref's other owner. The foundation also held a $39-million investment in Anglo American, which owns the Mondi paper mill." [Pillar.]

1. "The foundation has held large investments in all three companies since at least 2002. Since then, the worth of BP shares has shot up by about 83%, Royal Dutch Shell shares by 77% and Anglo American shares about 255%. Dividends have padded the foundation's assets by additional millions of dollars." [Pillar.]

1. "In 2005, the foundation held nearly $1.5 billion worth of stock in drug companies whose practices have been widely criticized as restricting the flow of key medicines to poor people in developing nations." [Pillar.]

1. Felix – a 56 year-old HIV-positive, retired soldier from the outskirts of Lagos, Nigeria – received a pension of $115 a month and had difficulty affording the cost of the antiretroviral drugs, which cost $62 a month. [Pillar.]

1. Felix's body soon stopped responding to the drugs and in May of 2006, he began taking Kaletra – "a second-line AIDS drug." [Pillar.]

1. The initial gel capsules of Kaletra melted in Nigeria's sweltering climate, but a new version didn't require refrigeration.

1. "The hospital [who helps run the AIDS program] is helped by the Nigerian government, which gets money from the Global Fund to Fight AIDS, Tuberculosis and Malaria. The fund has been awarded $651 million by the Gates Foundation. Yet the hospital does not offer the new Kaletra. It is too expensive." [Pillar.]

1. "In August, private pharmacists said they could sell it for $246 a month. But that was far out of Felix's reach." [Pillar.]

1. Kaletra is made by Abbott Laboratories. As of September of 2006, the Gates Foundation held $169 million in Abbott stock.

1. The article also stated: "In 2010, the Gates Foundation funded a trial of a GSK's experimental malaria vaccine, killing 151 African infants and causing serious adverse effects including paralysis, seizure, and febrile convulsions to 1,048 of the 5,049 children. During Gates 2002 MenAfriVac Campaign in Sub-Saharan Africa, Gates operatives forcibly vaccinated thousands of African children against meningitis. Between 50-500 children developed paralysis. South African newspapers complained, 'We are guinea pigs for drug makers.' Nelson Mandela's former Senior Economist, Professor Patrick Bond, describes Gates' philanthropic practices as 'ruthless' and 'immoral'."

1. The article also stated: "In 2010, Gates committed $10 billion to the WHO promising to reduce population, in part, through new vaccines. In 2014, Kenya's Catholic Doctors Association accused the WHO of chemically sterilizing millions of unwilling Kenyan women with a phony "tetanus" vaccine campaign. Independent labs found the sterility formula in every vaccine tested. After denying the charges, WHO finally admitted it had been developing the sterility vaccines for over a decade. Similar accusations came from Tanzania, Nicaragua, Mexico and the Philippines."

1. In 2015, DEFENDANT Bill & Melinda Gates Foundation decided that the chickens in Africa and their eggs were too small, so Bill came up with the plan of genetically modifying chickens.

1. DEFENDANT Bill & Melinda Gates Foundation donated money to Wageningen University in the Netherlands and Hendrix Genetics to invent a new chicken species, made especially for poor African people and families.

1. No one in Africa asked DEFENDANT Gates and/or Bill & Melinda Gates Foundation asked for this.

1. Janet Mawiyoo, President of the Kenya Community Development Foundation stated: "The native chickens are great; they may look a little skimpy but they taste terrific, and they are unvaccinated! Our chickens feed themselves in nature, if we get more of them, who is going to pay for the food? And who will pay for the vaccinations?"

1. In 2016, DEFENDANT Gates, donated 100,000 genetically modified chickens that need special food and vaccinations to the poor families in places like Ethiopia, Tanzania and Nigeria.

1. DEFENDANT Gates tried to give the genetically modified chickens to Bolivia too, but they did not want them.

1. In less than a month after DEFENDANT Gates introduced his superchickens, a new bird flu strain (H5N1) hit the poultry industry in six African countries, resulting in 750,000 outbreaks and 3.5 million dead chickens.

1. All of the chickens that died were replaced by the Netherlands based Hendrix Genetics.

1. On January 1, 2016, it was announced that the man in charge of the genetically modified chicken project at Wageningen University, Dr. Johan van Arendonk, became head of research at Hendrix Genetics.

1. In 2018, Hendrix Genetics received another grant from DEFENDANT Bill & Melinda Gates Foundation in the amount of $8,973,857.00 to genetically create a new breed of chicken.

1. Four years after Dr. Arendonk joined Hendrix Genetics, he was promoted to Chief Technology & Innovation Officer and serves on the executive committee.

1. In the African countries affected, this devasted their communities.

1. The mainstream media remained silent and provided very little coverage on this story.

94

1. In an interview with reporters, Gates stated: "Population growth in Africa is a challenge." [Kate Kelland. "Bill Gates has a warning about population growth." World Economic Forum. September 19, 2018. https://www.weforum.org/agenda/2018/09/africas-rapid-population-growth-puts-poverty-progress-at-risk-says-gates/.]

1. According to U.N. data, "Africa is expected to account for more than half of the world's population growth between 2015 and 2050. Its population is projected to double by 2050, and could double again by 2100."

1. With a projected population of over 3 billion, Africa will be one of the most populous regions of the world in 2050.

1. Meanwhile, the "white" population in Europe and America is on the decline.

1. In a Ted Talks released in February of 2010, DEFENDANT Gates said, " The world today has 6.8 billion people. That's headed up to about 9 billion. Now if we do a really great job on new vaccines, health care, reproductive health services, we lower that [predicted world population increase] by perhaps 10 or 15 percent."

1. As stated in a Forbes article written by Will Yakowitcz, "Population control has long been a euphemism for colonists and racist."

1. Instead of using the phrase outright, in public, DEFENDANT Gates has used the euphemism "family planning" when discussing his desire to populate Africa and other black and brown nations.

16. In 2018, DEFENDANT Gates Foundation released a report called Goalkeepers and, according to the World Economic Forum, concluded that "rapid population growth in some of Africa's poorest countries could put at risk future progress towards reducing global poverty and improving health."

1.  The study "found that poverty in Africa is increasingly concentrated in a few countries, which also have among the fastest-growing populations in the world. By 2050, it projected, more than 40 percent of world's extremely poor people will live in just two countries: Democratic Republic of the Congo and Nigeria."

67. Although "Africa is currently the continent least affected by COVID-19, with nearly 7,500 cases and more than 320 deaths [as pf April 2020]," two French doctors went on French television channel, LCI, and suggested that a potential vaccine for coronavirus should be first tested on people in Africa. "'It may be provocative. Should we not do this study in Africa where there are no masks, no treatment or intensive care, a little bit like it's been done for certain AIDS studies, where among prostitutes, we try things, because we know that they are highly exposed and don't protect themselves?' said Jean-Paul Mira, head of the intensive care unit at the Cochin Hospital in Paris. Camille Locht, research director at France's national health institute, Inserm, agreed: 'You are right. And by the way, we are thinking of in parallel about a study in Africa using this same approach.'" [Rebecca Rosman. "Racism row as French doctors suggest virus vaccine test in Africa." Al Jazeera. April 4, 2020. https://www.aljazeera.com/news/2020/4/4/racism-row-as-french-doctors-suggest-virus-vaccine-test-in-africa.]

1. "According to Dr. Richard Mihigo, program area manager for immunization and vaccine development at WHO's Regional Office for Africa, four countries that qualify for free vaccines under the COVAX advance market commitment financing instrument — Tanzania, Madagascar, Burundi, and Eritrea — have not yet completed the necessary requirements." [Rumbi Chakamba. "The countries that don't want the COVID-19 vaccine." Devex. March 10, 2021 https://www.devex.com/news/the-countries-that-don-t-want-the-covid-19-vaccine-99243.]

1. Dr. Shadrack Mwaibambe, president of the Medical Association of Tanzania, stated: "There is no deadline to say, 'After certain months, the whole world must be vaccinated.' ... First of all, we must ask ourselves why emergency approval [of vaccines was given] and not full approval. Emergency approval means there are some things they are not sure about. They are not sure about the safety and efficacy of vaccination in two years to come or in one year to come." [Chakamba.]

1. "The U.S. government ship[ped] nearly 10 million doses of COVID-19 vaccines to two of the most populous African countries - Nigeria and South Africa - as the continent battles a third wave of infections, White House officials said. Four million doses of the Moderna (MRNA.O) COVID-19 vaccine will go to Nigeria and 5.66 million doses of the Pfizer (PFE.N) vaccine to South Africa, the officials said.... The latest shipments bring the total number of U.S. vaccine doses sent to Africa to 16.4 million." [Andrea Shalal. "U.S. to ship 4 mln COVID-19 vaccine doses to Nigeria, 5.66 mln to South Africa." Reuters. July 28, 2021. https://www.reuters.com/world/africa/us-ship-4-mln-covid-19-vaccine-doses-nigeria-566-mln-south-africa-2021-07-28/.]

1. On October 26, 2021, DEFENDANT Moderna announced that they would "be supplying up to 110 million doses" of their COVID-19 vaccine to the African Union at their "lowest tiered price." [Moderna. October 26, 2021. https://investors.modernatx.com/news-releases/news-release-details/moderna-announces-memorandum-understanding-supply-110-million.]

1. On September 28, 2021, the New York Times reported: "Doctors and other staff members working for the World Health Organization to render aid during an Ebola outbreak in the Democratic Republic of Congo sexually abused or exploited women and girls there, a commission appointed by the head of the agency reported on Tuesday."

1. The Bill Clinton Foundation, as well as Hilary Clinton and others in their circle, have been accused of doing the same thing in Haiti, including child trafficking. [Vimal Patel. "W.H.O. Workers Sexually Abused Women During Ebola Mission in Congo, Inquiry Finds." The New York Times. September 28, 2021. https://www.nytimes.com/2021/09/28/world/africa/who-congo-sex-abuse.html.]

1. Africa does not have a population problem -- neither does the world. Instead, it has a problem with power and money-hungry exploiters and opportunists from nations outside of Africa – particularly Europe, America and China.

1. Most of the AIDS patients in Africa are dying of hunger and nausea prevent them from keeping their anti-AIDS pills down. [Kennedy, Jr., pg. 312.]

1. Instead of donating millions of dollars to help eliminate poverty, provide access to clean drinking water, eradicate the effects of Euro-American imperialism, etc. DEFENDANT Gates has invested the money in deadly vaccines.

1. "University of Toronto public health Professor Anne Emanuelle Birn wrote in 2005 that the Gates foundation had a 'narrowly conceived understanding of health as the product of technical interventions divorced from economic, social, and political contexts.'" [Kennedy, Jr., pg. 312.]

1. Although DEFENDANT Gates is not a doctor and does not have a medical license, he has, on numerous occasions, personally administered experimental poisons into the bodies of black and brown children.

1. DEFENDANT Gates and Fauci have "turned the African continent into a dumping ground for expired, dangerous, and ineffective drugs, many of them discontinued for safety reasons in the US and Europe." [Kennedy, Jr., pg. xxiii.]

1. "A Nigerian judge has ordered the arrests of three Pfizer officials for failing to attend court to respond to criminal charges against Pfizer for treating children with an experimental drug during a deadly meningitis outbreak in Kano, Nigeria, in 1996. Judge Shehu Atiku in Kano ordered arrest warrants for the head of Pfizer in Nigeria, Ngozi Edozien, and the senior officials Lare Baale and Segun Donguro, after they failed to attend court on 6 November." [https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2174781/.]

1. The state of Kano sought $2.6 billion from Pfizer, charging that the company illegally tested an experimental antibiotic, Trojan, on children in Kano during a meningitis outbreak in 1996.

1. According to the government, drug trial were carried out without the informed consent of the children's parents.

1. This illegal experiment resulted in the deaths of 11 children and dozens of other children experienced severe harm.

1. "In Africa, there are groups that provide vaccines to young African women and these vaccines are often described as tetanus shots and this is done usually in conjunction with UNICEF and Kiwanis International." [Mike Adams.]

1. Kiwanis has a project that they use to give tetanus vaccines to African women called the Eliminate Project.

1. It was discovered by various Catholic missionary groups that were pro-vaccine and administering these vaccines, that a very high percentage of these vaccines were laced with covert sterilization chemicals.

1. One of those sterilizing chemicals was identified as beta BCG.

1. Beta BCG "causes the female body to have an immune system response that builds antibodies that destroy her own fetus she gets pregnant." [Mike Adams.]

1. This chemical was put into vaccines without the informed consent of women who were being sterilized.

1. This was not reported inside of the U.S., although it was widely reported outside of the country.

1. In April of 2016, it was reported that for years, Catholic bishops in Kenya urged people to resist WHO's polio vaccine.

1. "In 2000, the Gates Foundation partnered with Merck to launch a $100 million pilot program in Botswana to showcase how mass AIDS treatment with vaccines, patented antivirals, and prevention could eliminate AIDS in Africa. The pilot's disastrous failure instead became a parable for how Gates's obsession with expensive pharmaceuticals is killing Africans. The project produced no reduction in HIV rates. By 2005, the virus had spread to a quarter of all adults." [Kennedy, Jr., pg. 312.]

1. DEFENDANT Fauci's "deadly retrovirals and vaccines" took a toll on Botswana's mothers and children. "The rate of pregnancy-related maternal deaths nearly quadrupled, and child mortality rose dramatically." [Kennedy, Jr., pg. 312.]

1. "In 2017, the Danish government commissioned a study of health outcomes among African children who received WHO's flagship DTP vaccine – the world's most popular inoculation. They found that vaccinated girls had ten times the death rate compared to unvaccinated girls." [Kennedy, Jr., pg. 311.]

1. Bill Gates's continent-wide experiment on the African population is a long tragic joke. The Times reporters deliver its devastating punchline: '2006 data, the most recent available, show a paradoxical relationship between GAVI funding in Africa and child mortality. Overall, child mortality improved more often in nations that received smaller than average GAVI grants per capita. In seven nations that received greater-than-average funding, child mortality rates worsened.'" [Kennedy, Jr., pg. 313-314.]

96

1. During an interview with host Stephen Colbert on The Late Show with Stephen Colbert, DEFENDANT Gates jokingly admitted to "producing childhood death" in Africa.  The direct quote was: "We see a lot of things that are going well, things like producing childhood death."

[India]

1. India is the second most populated country in the world and in 2014, India's population was 1.296 billion.
1. "India is expected to add nearly 273 million people to its population between now and 2050, a UN report said in 2019, forecasting that the country will cross China as the world's most populous country by 2027." ["India may overtake China as most populous country even before 2027: Report." Business Standard. May 12, 2021.  https://www.business-standard.com/article/current-affairs/india-may-overtake-china-as-most-populous-country-even-before-2027-report-121051201219_1.html.]
1. DEFENDANT Bill & Melinda Gates Foundation "has funded two organizations that...have played a significant role in the country's immunization programme and are both under fire for conflict of interest. The organizations are GAVI (earlier known as Global Alliance for Vaccines and Immunization), a global aid organization that specializes in vaccination, and Public Health Foundation of India (PHFI), a public-private partnership society that BMGF co-founded with the UPA government in 2006." [Kumar.]
1. "Activists allege that these two institutions have a working relationship with pharma companies. The main charge against GAVI is that it has representatives from pharmaceutical companies on its board while the PHFI accepts grants from pharma companies." [Kumar.]
1. "Started in 2000, GAVI is a first-of-its kind funding agency that brings together poor countries, donor nations, global agencies, foundations, individual donors and pharma companies to enhance vaccination in poor countries. The funding is split between governments of the developed world (74%) and corporations, foundations and individuals (26%). BMGF accounts for about a fifth of the total contributions." [Kumar.]
1. "The GAVI board comprises of a representative each of the pharma industry from the industrialized and developing countries."" [Kumar.]
1. Dr. Dadbade said: "BMGF is a founding partner of GAVI. Its initial grant helped establish GAVI and it continues to support its work. Some of the pharmaceutical companies have affiliation with BMGF to manufacture the vaccine." [Kumar.]
1. The "PHFI which was co-founded by BMGF and the UPA government as a public private partnership." [Kumar.]
1. Ritu Priya Mehrotra, professor of Social Medicine and Community Health and School of Social Sciences, Jawaharlal Nehru University, Delhi, said: "BMGF and GAVI are pushing the [vaccine] agenda with governments around the world, including India." [Kumar.]
1. "In 2009, several schools for tribal children in Khammam district in Telangana — then a part of undivided Andhra Pradesh — became sites for observation studies for a cervical cancer vaccine that was administered to thousands of girls aged between nine and 15. The girls were administered the Human Papilloma Virus (HPV) vaccine in three rounds that year under the supervision of state health department officials. The vaccine used was Gardasil, manufactured by Merck. It was administered to around 16,000 girls in the district, many of whom stayed in state government-run hostels meant for tribal students." [Narayana Kumar. "Controversial vaccine studies: Why is Bill & Melinda Gates Foundation under fire from critics in India?" Economic Times. August 31, 2014. https://economictimes.indiatimes.com/industry/healthcare/biotech/healthcare/controversial-vaccine-studies-why-is-bill-melinda-gates-foundation-under-fire-from-critics-in-india/articleshow/41280050.cms.]
1. "Months later, many girls started falling ill and by 2010 five of them died. Two more deaths were reported from Vadodara, Gujarat, where an estimated 14,000 children studying in schools meant for tribal children were also vaccinated with another brand of HPV vaccine, Cervarix, manufactured by GSK. Earlier in the week, the Associated Press reported that scores of teenaged girls were hospitalised in a small town in northern Colombia with symptoms that parents suspect could be an adverse reaction to Gardasil." [Kumar.]
1. An American NGO — Program for Appropriate Technology in Health (PATH) — had carried out the studies and the project was funded by DEFENDANT Bill & Melinda Gates Foundation.
1. "In 2013, India's Parliamentary Standing Committee on Health and Family Welfare, comprising of members across political lines, held the BMGF-funded Program for Appropriate Technology in Health (PATH) guilty of violating regulatory and ethical norms laid down by the Indian and U.S. governments for clinical trials." [Pallava Bagla. "Indian Parliament Comes Down Hard on Cervical Cancer Trial." Science. September 9, 2013. https://www.science.org/content/article/indian-parliament-comes-down-hard-cervical-cancer-trial-rev2.]

1. "A standing committee on health and family welfare that investigated the irregularities pertaining to the observation studies in India tabled its report...on August 30[, 2014]. The committee found that consent for conducting these studies, in many cases, was taken from the hostel wardens, which was a flagrant violation of norms. In many other cases, thumbprint impressions of their poor and illiterate parents were duly affixed onto the consent form. The children also had no idea about the nature of the disease or the vaccine." [Kumar.]

1. "The authorities concerned could not furnish requisite consent forms for the vaccinated children in a huge number of cases. The committee said it was 'deeply shocked to find that in Andhra Pradesh out of the 9,543 [consent] forms, 1,948 forms have thumb impressions while hostel wardens have signed 2,763 forms. In Gujarat, out of the 6,217 forms 3,944 have thumb impressions and 5,454 either signed or carried thumb impressions of guardians. The data revealed that a very large number of parents or guardians are illiterate and could not even write in their local languages, Telugu or Gujarati.'" [Kumar.]

1. In August of 2014, "the Supreme Court asked the Drug Controller General of India (DCGI) and the Indian Council of Medical Research (ICMR) to explain how permissions were given. The SC bench of justices Dipak Misra and V Gopala Gowda asked the Centre to produce relevant files that pertained to the grant of license for trial of the HPV vaccine in India. The court also asked the Centre to appraise it of steps taken on the report of the parliamentary committee." [Kumar.]

1. "When a team of health activists from an NGO that specializes in women's health named Sama visited Khammam in March 2010 on a fact-finding mission, they were told that as many as 120 girls experienced adverse reactions such as epileptic seizures, severe stomach ache, headaches and mood swings. The Sama report also said there had been cases of early onset of menstruation following the vaccination, heavy bleeding and severe menstrual cramps among many students." [Kumar.]

1. "The standing committee pulled up the relevant state governments for the shoddy investigation into these deaths. It said it was disturbed to find that 'all the seven deaths were summarily dismissed as unrelated to vaccinations without in-depth investigations...the speculative causes were suicides, accidental drowning in well (why not suicide?), malaria, viral infections, subarachnoid hemorrhage (without autopsy) etc.'" [Kumar.]

1. "The committee said that in the context of deaths of girls classified as suicide, the role of the 'HPV vaccine as a possible, if not probable, cause of suicidal ideation cannot be ruled out.'" [Kumar.]

1. "Although the government did not find any connection to the vaccines in the deaths, it did uncover ethical failings in the subsequent investigation." [Tarfe.]

1. "The committee found that the objective behind the observation studies in India primarily was to collect and record data on the effect of the vaccines on the minor subjects. Another objective was to help the relevant authorities in India make an informed opinion on introducing the vaccine into India's immunization programme. Providing a background, the report states that on June 1, 2006, American drug regulator, the US Food and Drug Administration (USFDA) approved the first vaccine — Gardasil — to prevent HPV...In the very same month, PATH embarked upon a large-scale, five-year project that involved observation studies, covering Peru, Vietnam and Uganda, apart from India." [Kumar.]

1. "[Mehrotra] says the biotechnology industry was pushing more and more vaccines into India and that the health ministry was not ensuring that adequate testing was done before recommending their use in government programmes." [Kumar.]

1. Mehrotra stated: "We need to follow the precautionary principle when it comes to vaccines. We do need more vaccines...but we should ensure that enough time is given for research to prove the efficacy and safety of new vaccines. The vaccines that are to be brought here should also fit our epidemiological profile." [Kumar.]

1. Mehrotra also stated: "They have the advantage of an existing medicalized mindset that believes vaccines are the perfect, safe, effective, low-cost solution for prevention of infectious diseases. There is ample evidence that this is not always the case." [Kumar.]

1. In its defense, DEFENDANT Bill & Melinda Gates Foundation said that "the WHO, the International Federation of Gynaecology and Obstetrics, and the Federation of Obstetric and Gynaecological Societies of India have all recommended vaccination 'as a proven and highly effective preventive measure for cervical cancer.' The project used vaccines that are licensed in India and that have been administered safely around the world tens of millions of times, preventing countless cases of cervical cancer illness and death.'" [Kumar.]

1. V Rukmini Rao, one of the activists who filed a writ petition before the Supreme Court in connection with the HPV vaccine studies, stated: "BMGF has to take full responsibility because PATH is funded by them. It is also unethical when people championing the cause of vaccines are the same ones who are also investing in vaccine development." [Kumar.]

1. "The government of India responded by restricting the BMGF from country's immunization program. But years later, the BMGF continued to work with India's Health Ministry through its Immunization Technical Support Unit (ITSU)." [Tarfe.]

1. As of 2014, DEFENDANT Bill & Melinda Gates Foundation "continue[d] to partner with PATH in a number of studies such as the ones for a Rotavirus vaccine and pneumococcal vaccine in several countries, mainly in Africa and Asia." [Kumar.]

1. "The health ministry also has not stopped PATH, in any manner, from becoming a part of such studies in India. The NGO has been roped in for other vaccine observation studies in India wherein it partners the department of bio-technology and other government departments." [Kumar.]

1. "In recent years, the deaths of many infants allegedly soon after they were immunized with the Pentavalent vaccine, a five-in-one shot, has contributed towards anxiety around vaccines. The vaccine has been controversial in Sri Lanka, Bhutan and Vietnam, too, where it was temporarily suspended on account of some reported post-vaccination deaths of infants." [Kumar.]

1. "Launched in 2011 in India, Pentavalent is a combination of five vaccines in one: diphtheria, tetanus, whooping cough, hepatitis B and haemophilus influenza type b (the bacteria that causes meningitis and pneumonia)." [Kumar.]

1. "[M]any infants from across the country were reported to have died after the vaccination." [Kumar.]

1. "In an opinion piece published recently in Deccan Herald titled "New Vaccines: Gates Foundation's philanthropy or business?", Dr. Gopal Dabade of the All India Drug Action Network said that GAVI had committed a $165-million grant for the phased introduction of Pentavalent in India and provides a subsidy of Rs 145 per injection for five years after which the government will have to pay the total cost of the vaccines." [Kumar.]

1. "A reply by the health ministry to an RTI application shows that the deaths of three infants in Tamil Nadu have 'a consistent causal association to immunization', which means the ministry confirms that there is a connection between the vaccination and the deaths. In all, 54 cases of deaths of infants who were vaccinated with Pentavalent have been classified as 'adverse events following immunization' (AEFI), nomenclature that confirms the deaths have occurred soon after vaccination." [Kumar.]

1. In 2014, a "strategy document on immunization published...by the health ministry suggest[ed] doubling the expenditure on purchase of Pentavalent. The Multi-Year Strategic Plan for the Universal Immunization Programme (UIP) [made] the case that the ministry need[ed] to double its spend[ing] on Pentavalent from Rs 312.7 crore in 2013 to Rs 773.8 crore in 2017. The report also call[ed] for a seven-fold increase in total spend on vaccines — from Rs 510.6 crore to Rs 3,587.1 crore by the same year." [Kumar.]

1. "The report was drafted by a team of immunization researchers who work under the PHFI....A few experts from UNICEF and WHO were also part of the team." [Kumar.]

1. "[I]t's on the basis of such multiyear plans that GAVI, also funded by BMGF, disburses grants to countries." [Kumar.]

1. The HPV vaccine and Pentavalent "are both part of a range of vaccines that countries can seek co-financing support for under GAVI's scheme for new and underused vaccines." [Kumar.]

1. DEFENDANT Gates visit to India in 2019 "marked the re-entry of the BMGF in India's Health Ministry through the Modi government's approval of a Memorandum of Cooperation (MoC) between the Department of Health & Family Welfare (DOHFW), the government of India, and the BMGF on cooperation in the field of health." [Tarfe.]

1. "In his exclusive interview to the Press Trust of India (PTI) during his visit in November 2019, Gates praised three vaccine manufacturers in India — the Serum Institute of India (SII), Bharat Biotech, and Biological-E. All three private and for-profit vaccine manufacturers have been beneficiaries of world's largest COVID-19 vaccination program by the government of India." [Tarfe.]

1. "SII has been receiving BMGF grants since November 2012. It received an additional grant amount of $4 million in October 2020. Bharat Biotech received funding of $19 million from the BMGF in November 2019. Biological-E Limited has been Ba MGF grantee since 2013. It received funding of $37 million dollars in April 2021 from BMGF." [Tarfe.]

1. "Despite funding from the foundation and even by the Indian government, the private vaccine manufacturers are making high profit margins in India's vaccine market. India's opposition party, the Indian National Congress (INC), has accused vaccine manufacturers of amassing profits of $17 billion from COVID-19 vaccines." [Tarfe.]

1. "After criticism from India's Supreme Court, civil society, and politicians, Modi has reversed multiple clauses from country's vaccination policy and capped the price of the vaccine to prevent profiteering." [Tarfe.]

1. Civil society, farmers groups, human rights activists and political allies of India's Prime Minister Narendra Modi have flagged concerns and expressed anger about DEFENDANTS Gates and Bill & Melinda Gates Foundation in India.

1. "Indians have called for Gates' arrest over alleged violations of medical ethics and laws by the Bill and Melinda Gates Foundation (BMGF) in the country. #ArrestBillGates trended on Indian Twitter in May, part of a campaign calling Indian authorities to charge the BMGF and Gates for conducting illegal medical trials on vulnerable groups in two Indian states." [Akshay Tarfe. "Why Are Indians So Angry at Bill Gates?" The Diplomat. June 15, 2021. https://thediplomat.com/2021/06/why-are-indians-so-angry-at-bill-gates/.]

1. DEFENDANT Bill & Melinda Gates Foundation is involved in several agricultural programs throughout India.

99

1. "Gates has also been criticized by Indian farmer groups, who have been protesting on the border of the national capital New Delhi for six months. The farmers are protesting against controversial laws promoting privatization of agriculture passed by the Hindu nationalist government, and they see Gates as a supporter of such efforts. Dainik Jagran, one of the largest Hindi newspapers in the country, reported on June 8 that farmers burned an effigy of Bill Gates at one of the protest sites due to his support for the privatization of agriculture in India." [Tarfe.]

1. "India's civil society organizations revealed last month that Microsoft India will unfairly benefit from Sections 4-2, 5, 7 and 17-2a of the controversial Farmers' Produce Trade and Commerce (Promotion and Facilitation) Act of 2020, one of the laws farmers have been protesting against. Farmer organizations and internet privacy advocacy groups showed that a memorandum of understanding (MOU) signed between Microsoft India and India's Ministry of Agriculture could potentially give Gates' company access to a database of 50 million Indian farmers and their land records maintained by the government." [Tarfe.]

1. "In April 2018, Swadeshi Jagran Manch (SJM) — an affiliate of the Hindu nationalist Rashtriya Swayam Sevak Sangha (RSS) — urged Modi to remove then-BMGF India representative Nachiket Mor from the Reserve Bank of India (RBI) board, citing a conflict of interest. Alleging that the BMGF was working to further interests for foreign multinational companies, SJM urged the government of India's agriculture, health, planning, child welfare and finance ministries to keep 'such outfits at bay.'" [Tarfe.]

1. "In 2021, the BMGF and its grantees are active all over India, working in sanitation, health, agriculture, and family planning. Since Modi came to power, the foundation has approved 363 grants across government departments, NGOs, think tanks, private companies, universities, and research institutions in India." [Tarfe.]

1. In a September 15, 2021 interview with India Times, DEFENDANT Gates stated: "The foundation is very proud that back in the spring of 2020 we got $300 million to Serum (Institute of India). Serum has executed very well on ramping up the volume, making really record numbers of vaccines. Now, we wish we'd have even more, but in the months ahead the numbers are going to go up quite a bit. Novavax will come into the picture. We'll have Johnson & Johnson. We'll figure out what can be done with the booster. We're not quite sure about that right now, but that's probably beneficial as we get into 2022." [Surojit Gupta. "'For the next pandemic, we'll have gigantic mRNA factories in India.'" The Times of India. September 15, 2021. https://timesofindia.indiatimes.com/world/rest-of-world/for-the-next-pandemic-well-have-gigantic-mrna-factories-in-india/articleshow/86223792.cms.]

1. DEFENDANT Gates also stated: "The mRNA platform, we're working with that German company, BioNTech, to do an HIV vaccine using their mRNA technology. We have a malaria vaccine. We think that we can do a very low-cost flu vaccine and bring the worldwide level of flu down dramatically. Ideally, we would eradicate some of these respiratory viruses because they actually create quite a significant health burden even in normal years, and of course, they can mutate into a form that could cause the next pandemic." [Gupta.]

1. DEFENDANT Gates stated: "For the next pandemic, we will make sure we have gigantic mRNA factories in India and the rest of the developing world to achieve our 100-day goal of being able to make vaccines for everyone." [Gupta.]

1. On October 22, 2021, DEFENDANT Gates tweeted: "India has administered 1 billion vaccine doses, a testament to India's innovation, ability to manufacture at scale, and the efforts of millions of health workers backed by CoWIN." [Twitter.]

1. On November 26, 2021, it was reported: "The Indian Bar Association is reporting that murder charges have been filed in India's High Court against two billionaires responsible for the AstraZeneca's COVID-19 vaccine, Covishield, for the murder of a 23-year-old man who was injected with the shot." [Brian Shilhavy. "Bill Gates Charged with Murder for COVID-19 Vaccine Death in India's High Court — Death Penalty Sought." Health Impact News. November 26, 2021. https://healthimpactnews.com/2021/bill-gates-charged-with-murder-for-covid-19-vaccine-death-in-indias-high-court-death-penalty-sought/.]

1. "The two named defendants are Bill Gates, and Adar Poonawalla, the CEO of Serum Institute of India (SII), reportedly the world's largest vaccine maker."

1. "Adar Poonawalla's company produces not only the COVID-19 vaccine Covishield, but also over 50% of the world's vaccines that are injected into babies."

1. "The unnamed defendants are 'other Government officials and leaders involved in the murder of a 23 year old man, who lost his life because of vaccination.'"

[Conclusion]

100

1. "...[Bill] Gates's careless public statements and the programs that he habitually funds suggest that Gates has involved himself in sketchy stealth campaigns to sterilize dark-skinned and marginalized women without their informed consent -- including by the deceptive use of dangerous sterility vaccines." [Kennedy, Jr., pg. 331.]

1. "Gates' efforts to rescue the dark races from disease and famine mask all the familiar impulses for imperial control." [Kennedy, Jr., pg. 309.]

1. "WHO, GAVI, and the Global Fund effectively function as ideological commissars enforcing Gates's vanity priorities." [Kennedy, Jr., pg. 310.]

1. "Gates's claim that his vaccines have 'saved several million lives' is a reflexive trop for which he offers no proof, no validation, and no accountability." [Kennedy, Jr., pg. 310.]

1. DEFNDANT Gates and Fauci's "militarized approach to medicine has precipitated an apocalyptic battle on the African and Asian continents between the two philosophies in a zero-sum game that pits nutrition and sanitation against vaccines in a life-and-death conflict for resources and legitimacy." [Kennedy, Jr., pg. 288.]

1. Gates' "systematic diversion of Africa's international medical spending to his high-tech, high-price, and often untested vaccines is killing babies across Africa." [Kennedy, Jr., pg. 309.]

1. Gates' "prioritization of vaccines has dried the stream of foreign assistance that once flowed to basic nutrition and that financed the cheap, functional medical devices that could prevent many deaths." [Kennedy, Jr., pg. 309.]

1. The Los Angeles Times "documented how, in a single Lesotho hospital, one or two babies die from asphyxiation every day for lack of a $35 oxygen valve: 'That life-saving valve is outside the purview of Gate's $400 million annual vaccine giving — almost all of which goes to HIV, polio, TB, and malaria vaccines.'" [Kennedy, Jr., pg. 309.]

1. "Gates's regimen has also deprioritized the off-patent malaria medicines like hydroxychloroquine that could prevent half of all malaria deaths at 12 cents per dose, as well as $4 mosquito nets that can spare a child from contracting malaria." [Kennedy, Jr., pg. 309.]

1. It is estimated that "three dollars of food and conventional medicines to each new mother could prevent five million child deaths annually." [Kennedy, Jr., pg. 309.]

1. "The Times investigation found that Gates's programs, including those of the Global Fund and the GAVI Alliance, have had net negative consequences on public health. In fact, the Times found an inverse correlation between dollars spent by Gates's charities and declines in children's health. The nations that get the most Gates money see the worst health outcomes." [Kennedy, Jr., pg. 309-310.]

1. Gates has not only reduced public expenditures on basic equipment and lifesaving food and water, he has pulled many of the best health-care workers and researchers away from lifesaving basic care." [Kennedy, Jr., pg. 310.]

1. "The LA times quotes leaders in half a dozen sub-Saharan African nations facing desperate shortages while doctors and nurses chase extravagant salaries that Gates's Global Fund pays to clinicians who provide antiretroviral drug therapy, known as ART, for HIV/AIDS patients." [Kennedy, Jr., pg. 310.]

1. "In Rwanda, the Los Angeles Times reports, nurses earning $50 to $100 a month in local clinics work beside Gates-supported nurses earning $175 to $200 a month." [Kennedy, Jr., pg. 310.]

1. "Gates-funded vaccination programs have instructed caregivers to ignore — even discourage patients from discussing g— ailments that the vaccinations cannot prevent. This is especially harmful in outposts where a visit to a clinic for a shot is the only contact some villagers have with healthcare providers for years." [Kennedy, Jr., pg. 310.]

1. DEFENDANTS Gates and BMGF function "as a trojan horse for Western corporations, which of course have no goal greater than an increased bottom line...The foundation appears to see the Global South as both a dumping ground for drugs deemed too unsafe for the developed world and a testing ground for drugs and not yet determined to be safe enough for the developed world." [Jeremy Loffredo and Michele Greenstein. "Why the Bill Gates Global Health Empire Promises More Empire and Less Public Health. The Gray Zone. July 8, 2020.]

1. DEFENDANTS Gates and Fauci are the "latest in a long line of crusaders, con artists, and conquistadors who periodically appear on the continent armed with the conviction that they know what's best for Africans. Too often, these are self-serving, one-size-fits-all vanity projects that, in the end, only compound calamity and magnify suffering." [Kennedy, Jr., pg. 300.]

1. "[S]houldered [with] their weaponized vaccines and toxic antivirals," DEFENDANTS Fauci and Gates "made themselves the twenty-first century versions of crusading Europeans... — bestowing the blessings of Western civilization upon the Dark Continent and requiring only obedience in return." [Kennedy, Jr., pg. 293.]

1. "Magical vaccines are [DEFENDANT] Gates's preeminent cookie-cutter solution for the ills of poverty, famine, drought, and disease. The absurdity of expensive shots as a remedy for the indigence, a salve for malnutrition, or dearth of potable water is

obvious when one considers that three billion people live on less than two dollars per day. Eight hundred and forty million people don't have enough to eat. One billion lack clean water, or access to sanitation. One billion are illiterate. About a quarter of children in poor countries do not finish primary school. Poverty is a target-rich environment, but the data suggest that Gates's vaccines miss the target altogether." [Kennedy, Jr., pg. 300.]

1. "Gates's success metrics rarely measure better health outcomes" and instead focus only on "the number of vaccine administered and the number of pills distributed and consumed." [Kennedy, Jr., pg. 311.]

1. "Like Fauci, Gates raises expectations, yet takes no responsibility and offers no convincing proof that his schemes have had a beneficial impact on morbidities , public health, or quality of life." [Kennedy, Jr., pg. 311.]

1. "Gates's patterns of funding reflect his bias toward white Western institutions and his hostility toward indigenous community-based African solutions." [Kennedy, Jr., pg. 313.]

1. Gates is "impervious to the importance of cultivating local leadership, institutions, and talent. His giving patterns reinforce the colonial architecture that keeps the authority to 'call the shots,' outside Africa. Investigating the Gates Foundation's global health spending in 2009, British public health policy expert David McCoy found that of 659 grants BMGF awarded to nongovernmental or for-profit organizations, 560 went to organizations in high-income countries, mainly in the US. Only thirty-seven grants went to NGOs based in low- or middle-income countries. Similarly, of the 231 grants BMGF awarded to universities, only twelve went to universities based in developing regions." [Kennedy, Jr., pg. 313.]

1. DEFENDANTS Gates, Fauci and the BMGF have hijacked "WHO's public health agenda away from the projects that are proven to curb infectious diseases (clean water, hygiene, nutrition, and economic development) and diverting international aid to wedge open emerging markets for their multinational partners and to serve their personal vaccine fetish." [Kennedy, Jr., pg. 323.]

1. Gates's underlying assertion that his African and Asian vaccines are yielding a net public health benefit are untrue.

1. Journalist Celia Farber observed: "The racism is cloaked inside carefully philanthropic manipulations such as 'access' to drugs. It's never access to clean drinking water, education, sanitation, nutrition. It's a very blighting message for the US to constantly be browbeating Africans with our self-serving messaging that they are so sick, and we have just the drugs to 'save' their lives. When the opposite happens, it's swept away and hidden behind the false front of charity. I call it Pharma-Colonialism." [Kennedy, Jr., pg. 257.]

D. Genocide Caused by Man-Made "Pandemic" & COVID-19 Vaccines:

[The U.S. Government Uses Vaccines As Bioweapons]

1. "The military-industrial complex have been, for several decades, converting and harnessing microbes as 'weapons of mass destruction' of people perceived to be their enemies" and "the distorted, corporate-controlled medical science have pushed for mass vaccinations with the aim of total elimination despite scientific evidence that mass vaccinations do more harm than good." [Quijano, M.D. Alter Midya. April 3, 2020. https://www.altermidya.net/opinion-origin-of-covid-19-ecological-historical-and-geopolitical-perspective/?fbclid=IwAR3sEOeFWUaeh-hxAC-Ed8YGPEzTrcRqy-kpyGbFjKDtaKCIFeLW9TAtAJo.]

1. "Fort Detrick, in Maryland, has been the epicentre of the US Army's bioweapons research since the beginning of the Cold War." [Wyatt.]

1. The USAMRIID located at Fort Detrick has a history of conducting "illicit human experiments and research on the production of genetically-modified organisms for deployment as weapons of war." [Alter Midya.]

1. In a 1969 book titled A Survey of Chemical and Biological Warfare by John Cookson and Judith Nottingham, the book is described as follows: "Derived from a three year study conducted by a British biochemist and geneticist and a British political scientist, the text affords a comprehensive review of materials used, and policies adopted by authorities in the U.S., Canada, Great Britain and West Germany...[It] provides one of the most comprehensive views on the subject of chemical and biological warfare written for the layman. The authors, who are well qualified produced a vast amount of documentation of the use and research on these types of weapons." [pg. ___.]

1. On page 322, the authors state: "The question of whether new diseases could be used is of considerable interest. Vervet monkey disease (African Green Monkey Disease) may well be an example of a whole new class of disease-causing organisms. Handling of blood and tissue without precaution causes infection. It is unaffected by any antibiotic substance so far tried and is unrelated to any other organism. It causes fatality in some cases and can be venerally transmitted in man. In the words of Dr. C.E. Gordon Smith, 'It has possible potential as an infectious disease of man. It presumably is also of BW (biological warfare)

interest. New diseases are continually appearing (chikungunya and o'nyong-nyong fever for example). In addition to these there are the possibilities of virus and bacteria being genetically manipulated to produce 'new' organism[s]."

1. In a letter dated April 12, 1997, Dr. John Burton stated: "I went to China in 1952 wanting to assess the assertions of germ warfare being one reason. Without going into the evidence, I came away convinced that Chinese officials believed that the evidence was conclusive. On returning, Alan Watt, my successor as permanent head of the Australian Department of External Affairs, informed me that in the light of my public statements he had sought a response from Washington and was informed that the United States had used biological weapons during the Korean war but only for experimental purposes." [Stephen Endicott and Edward Hagerman

1. In A Higher Form of Killing (The Secret Story of Chemical and Biological Warfare) (1982) by Robert Harris and Jeremy Paxman, the authors state on page 219: "The claims continued. In January 1978, a correspondent with Reuters news agency reported from NATO headquarters that 'scientific experts' had informed him that the Russians were developing 'three horrific new diseases for warfare...Lassa Fever, which according to the sources, kills 35 out of every 100 people it strikes, Ebola fever, which kills 70 out of every 100, and the deadly Marburg fever (Green Monkey Disease)."

1. Dr. Welsing spotted an obvious pattern: "Over and over again the name 'African Green Monkey' shows up," she says. "This is not a 'monkey' biting Africans and causing disease, but a weapon of biological warfare developed in laboratories by people who classify themselves as white. [The Isis Papers. pg. _____.]

1. "The HIV virus, which was first discovered by French virologist Luc Montagnier, has been falsely accused of being the primary culprit responsible for AIDS — a form of guilt by association. In actual fact, the HIV virus is benign and is not trying to take over the mechanics of any cell." [Skripac.]

1. In HIV's more than 40 year history, "no scientific peer-reviewed study has been done to provide conclusive evidence that a virus called HIV causes a disease named AIDS." [Skripac.]

1. "US military secret biolabs have...been most advanced in doing research on pathogenic microorganisms including SARS and other coronaviruses." [Alter Midya.]

1. "[I]n 2002, when SARS emerged in China's Guandong province, it served as a wake-up call. Over the next few decades, the U.S., China and other nations poured money into efforts to hunt down and catalogue strange new pathogens that live in wild animals and figure out how much of a threat they pose to humans, with the goal of preventing the next devastating pandemic." [Fred Guterl, et al. "The Controversial Experiments and Wuhan Lab Suspected of Starting the Coronavirus Pandemic." Newsweek. April 27, 2021. https://www.newsweek.com/controversial-wuhan-lab-experiments-that-may-have-started-coronavirus-pandemic-1500503.]

1. "In the years since the SARS outbreak, many instances of mishaps involving the accidental release of pathogens have taken place in labs throughout the world." [Guterl.]

1. "Despite the clear dangers to public health, the US Federal government has dramatically increased US research and development activity and infrastructure focused on biological weapons agents." [Alter Midya.]

1. "More than two dozen large new high-containment research facilities were funded specifically to work with bioweapons agents, according to the Center for Arms Control and Non-Proliferation. 'When more dangerous research is performed by more people in more locations, there are simply more opportunities for significant biosafety or biosecurity breaches to occur... Worse, if the accident involves an agent such as the 1918 influenza virus, which was reconstructed at the US Center for Disease Control (CDC) in 2005, it could start a global pandemic,' it added." [Alter Midya.]

1. "A list of biolab accidents compiled by the Stop the Biolab Movement in Boston, USA showed more than 50 biolab accidents from 1985-2007, occurring mostly in the US, including 7 accidents involving the United States Army Medical Research Institute of Infectious Diseases (USAMRIID)." [Alter Midya.]

1. "Hundreds of breaches have occurred in the U.S., including a 2014 release of anthrax from a U.S. government lab that exposed 84 people." [Guterl.]

5. "In October 2014, all federal funding [in the U.S.] was halted on efforts to make three viruses more dangerous: the flu virus, and those causing Middle East respiratory syndrome (MERS) and severe acute respiratory syndrome (SARS)." [Donald G. McNeil. "A Federal Ban on Making Lethal Viruses Is Lifted." The New York Times. December 19, 2017. https://www.nytimes.com/2017/12/19/health/lethal-viruses-nih.html.]

15. On December 19, 2017, The New York Times published an article titled "A Federal Ban on Making Lethal Viruses Is Lifted." In that article, it states: "Federal officials on Tuesday ended a moratorium imposed three years ago on funding research that alters germs to make them more lethal. Such work can now proceed, said Dr. Francis S. Collins, the head of the National Institutes of Health, but only if a scientific panel decides that the benefits justify the risks. Some scientists are eager to pursue these studies

because they may show, for example, how a bird flu could mutate to more easily infect humans, or could yield clues to making a better vaccine. Critics say these researchers risk creating a monster germ that could escape the lab and seed a pandemic." [https://www.nytimes.com/2017/12/19/health/lethal-viruses-nih.html.]

1. "In 2018, the Pentagon's Defense Advanced Research Project Agency (DARPA) began spending millions on [researching pathogenic microorganisms including SARS and other coronaviruses]. Some of those Pentagon-funded studies were conducted at known US military bioweapons laboratories bordering China, and has resulted in the discovery of dozens of new coronavirus strains as recently as last April 2019." [Alter Midya.]

1. "At the same time, DARPA also embarked on a secretive research to disperse infectious genetically modified viruses that have been engineered to edit crop chromosomes directly in fields. Ostensibly, the research program aims to allow farmers to adapt to changing climate conditions." [Alter Midya.]

1. "[I]ndependent scientists warned that DARPA's program could create uncontrollable and potentially dangerous genetically engineered viruses—using insects as the vehicle for a Horizontal Environmental Genetic Alteration Agents (HEGAAS), or, in other words, using insects to disperse them—in a 'new class' of biological warfare." [Alter Midya.]

1. "Genetic engineering technology facilitates horizontal transfer and unnatural recombination of genetic material across species barriers—precisely the conditions favoring the creation of new viruses and bacteria that cause diseases." [Alter Midya.]

1. In 2003, "Dr. Mark Buller, a virologist at the National Institute of Allergy and Infectious Diseases (NIAID) and working for the US Biodefense Program under the USAMRIID at Fort Detrick...created, through genetic engineering technology, a mousepox strain that kills 100 per cent of vaccinated mice, even when they were also treated with the antiviral drugs." [Alter Midya.]

1. "Many scientists have warned that increased commercial exploitation of genetic engineering in both agriculture and medicine have actually unleashed the potential for creating viruses and bacteria more virulent than nature's worst." [Alter Midya.]

1. USAMRIID itself recorded a total of 128 incidents occurring from 2016 to 2018, with seven incidents of potential biological exposures. Some risk of exposure to infectious agents and/or toxins may have occurred, and has resulted in precautionary medical surveillance of the personnel involved." [Alter Midya.]

1. In 2015, "Dr. Ralph Baric and his team at the University of North Carolina created a virus using genetic engineering, with the surface protein of the SHC014 coronavirus found in horseshoe bats in China, and the backbone of one that causes human-like Severe Acute Respiratory Syndrome (SARS) in mice." [Alter Midya.]

1. "The study demonstrated the ability of the SHC014 surface protein, in a genetically engineered coronavirus, to bind and infect human cells, validating concerns that this virus—or other coronaviruses found in bat species — may be capable of making the leap to people without first evolving in an intermediate host." [Alter Midya.]

1. "Scientists from the Key Laboratory of Special Pathogens and Biosafety, Wuhan Institute of Virology in China were collaborators in the study." [Alter Midya.]

1. "In the following year, Dr. Baric and his team (this time without the scientists from Wuhan, China), published another study entitled "SARS-like WIV1-CoV poised for human emergence." The results 'indicate a significant threat posed by WIV1-CoV. Both full-length and chimeric WIV1-CoV readily replicated efficiently in human airway cultures and in vivo, suggesting capability of direct transmission to humans. In addition, while monoclonal antibody treatments prove effective, the SARS-based vaccine approach failed to confer protection. Together, the study indicates an ongoing threat posed by WIV1-related viruses and the need for continued study and surveillance.'" [Alter Midya.]

1. As early as 2012, "Dr. Baric had received a $2.4 M grant from the NIAID 'to identify key immune regulatory genes and networks that control disease severity, better understand how immune compartments 'talk' to one another and determine disease outcomes after infection.'" [Alter Midya.]

1. "In July of 2019, the Centers for Disease Control and Prevention (CDC) – the government's public health body – stripped [Fort Detrick] of its license to handle highly restricted 'select agents', which includes Ebola, smallpox and anthrax." [Tim Wyatt. "Research into deadly viruses and biological weapons at US army lab shut down over fears they could escape." Independent. August 6, 2019. https://www.independent.co.uk/news/world/americas/virus-biological-us-army-weapons-fort-detrick-leak-ebola-anthrax-smallpox-ricin-a9042641.html.]

1. On August 6, 2019, "America's main biological warfare lab [was] ordered to stop all research into the deadliest viruses and pathogens over fears contaminated waste could leak out of the facility." [Wyatt.]

1. Fort Detrick released Ebola.

1. Ebola was named after the Ebola River in Zaire (now known as the Democratic Republic of Congo), Africa.

1. Fort Detrick released Zika as well.

1. Both of these viruses are transmitted to humans from genetically modified mosquitoes.

1. "Given the foregoing context, it is not surprising that a new coronavirus, SARS-CoV2 (which causes the disease COVID-19), has emerged and is now causing a serious pandemic wreaking havoc all over the world." [Alter Midya.]

1. As early as 1953, DEFENDANT United States of America initiated its "weaponization efforts with disease vectors" focusing on fleas spreading the plague, mosquitoes causing brain infections by spreading encephalitis and mosquitoes spreading yellow fever. [Ossebaard.]

1. "Operation Big Buzz was a U.S. military entomological warfare field test conducted in the U.S. state of Georgia in 1955. The test involved dispersing over 300,000 mosquitoes from aircraft and through ground dispersal methods." ["Operation Big Buzz." Military.]

1. "Between April and November 1956, the U.S. Army Chemical Corps conducted Operation Drop Kick to test the practicality of employing mosquitoes to carry an entomological warfare agent in different ways. The Corps released uninfected female mosquitoes into a cooperative residential area in Savannah, Georgia, and then estimated how many mosquitoes entered households and bit people. Within a day the mosquitoes had bitten many people. In 1958, the Corps released 600,000 mosquitoes in Avon Park, Florida." ["Operation Drop Kick." Military.]

1. On July 15, 1962, it was reported in the Baltimore American: "Forty Army scientists are working on a project that could add deadly super germs of types that do not exist in nature to the potential of biological warfare, it was learned today."

1. 'Operation Magic Sword was a U.S. military operation undertaken in 1965. It was designed to ascertain the effectiveness of releasing mosquito vectors for biological agents at sea. It took place off the southeastern coast of the United States and employed yellow fever mosquitoes with the hope of assessing their biting habits following an ocean-borne release."

1. "Since 2005, the Defense Advanced Research Project Agency (DARPA) has funneled...$1.7 billion into Dr. Fauci's annual discretionary budget to launder sketchy funding for biological weapons research, often of dubious legality." [Kennedy, Jr., pg. 118.]

1. "Congressional investigations in the 1970s exposed the CIA's years of experimentation to develop untraceable poisons and secretive murder tools. CIA scientists, including NIH brain surgeon Maitland Baldwin, working under MK Ultra's director Sidney Gottlieb at Ft. Detrick, concocted a diabolical arsenal of assassination weaponry including beamed radio frequency radiation, pathogenic microbes, and dissipating chemicals, all intended to mimic natural deaths." [Kennedy, Jr., pg. 309.]

[COVID-19 and "Pandemic" Were Man-Made As A Pretext to Vaccinate and Depopulate the World]]

1. The COVID-19 "pandemic" was not accidental and/or due to chance.

1. DEFENDANT United States of America and its co-conspirators, including but not limited to, DEFENDANTS NIAID, CDC, FBI, Fauci, Bill Gates, BMGF, John Hopkins University and others, are responsible for orchestrating the COVID-19 "pandemic."

1. SARS-CoV-2, also known as COVID-19, first appeared, allegedly, in Wuhan, China in or around December of 2019.

1. With the goal of vaccinating the entire planet, a virus was created and unleashed on hue-manity and the mandated remedy was a released in record time, in part, by those involved with creating the virus.

1. According to official reports, "patient zero" was said to have contracted coronavirus at the Huanan Seafood Market, a wet market that sold live animals next to seafood and meat, in or around December of 2019. [Natalie Colarossi. "Photos show how China's novel coronavirus outbreak unfolded as Wuhan's 76-day lockdown ends." Business Insider. https://www.businessinsider.com/wuhan-coronavirus-outbreak-how-china-coping-photos-2020-1.]

1. The closest relative of SARS-CoV-2, which causes COVID-19, is a virus found in bats. [Lemur.]

1. With more than 9800 cases of the virus confirmed around the globe and more than 200 deaths, the WHO, for its sixth time in its history, declared a public health emergency on January 31, 2020. [The New York Times. January 31, 2020. https://www.nytimes.com/2020/01/31/world/asia/coronavirus-china.html.]

1. On February 3, 2020, DEFENDANT United States of America's government declared a public health emergency due to the coronavirus outbreak. ["A Timeline of COVID-19 Developments in 2020." AMJC. January 1, 2021. https://www.ajmc.com/view/a-timeline-of-covid19-developments-in-2020.]

1. On March 11, 2020, the World Health Organization declared COVID-19 to be a "global pandemic."

1. Despite the millions allegedly invested by DEFENDANTS Gates and the BMGF for a future "pandemic," when COVID-19 appeared, the U.S. was not prepared, as it did not have enough hospital beds, ventilators and masks.

1. The director of DEFENDANT NIH and some scientists working for DEFENDANT NIAID claimed that SARS-CoV2 emerged naturally from animals. [Andersen, K.G., Rambaut, A., Lipkin, W.I. et al. The proximal origin of SARS-CoV-2. Nat Med 26, 450–452 (2020). https://doi.org/10.1038/s41591-020-0820-9.]

1. "[T]he studies from which their conclusion was based can be traced back to studies done under the US biodefense program, largely through [DEFENDANT] NIAID." [Alter Midya.]

1. The U.S. and China have repeatedly denied having any involvement in creating COVID-19 and at various points, have blamed one another.

1. "In a statement published in The Lancet, a group of scientists said, 'We…strongly condemn conspiracy theories suggesting that COVID-19 does not have a natural origin. Scientists from multiple countries have published and analysed genomes of the causative agent, SARS-CoV-2, and they overwhelmingly conclude that this coronavirus originated in wildlife.'" [The Lancet. Correspondence. (2020, February 18). Statement in support of the scientists, public health professionals, and medical professionals of China combatting COVID-19. https://www.thelancet.com/action/showPdf?pii=S0140-6736%2820%2930418-9.]

1. DEFENDANT United States of America released a "report dated March 27 and corroborated by two U.S. officials, reveals that U.S. intelligence revised its January assessment in which it "judged that the outbreak probably occurred naturally" to now include the possibility that the new coronavirus emerged "accidentally" due to "unsafe laboratory practices" in the central Chinese city of Wuhan, where the pathogen was first observed late last year. The classified report, titled "China: Origins of COVID-19 Outbreak Remain Unknown," ruled out that the disease was genetically engineered or released intentionally as a biological weapon." [Fred Guterl. "The Controversial Experiments and Wuhan Lab Suspected of Starting the Coronavirus Pandemic." Newsweek. April 27, 2021.        https://www.newsweek.com/controversial-wuhan-lab-experiments-that-may-have-started-coronavirus-pandemic-1500503.]

1. On April 19, 2020, "White House Coronavirus Task Force response coordinator Dr. Deborah Birx said during an appearance on CBS News' Face the Nation Sunday that she doesn't dispute that coronavirus originated in China--but so far evidence is lacking that its spread was the result of a Wuhan laboratory accident…[She] stated, "I don't have evidence that it was a laboratory accident. I also don't know precisely where it originated. So until we have the concrete evidence…[r]ight now, the general consensus is animal-to-human."

1. Since the beginnings of the "pandemic," China and a number of Asian countries have also denied China's involvement in creating the virus and have pointed the finger at United States of America.

1. "A spokesman for China's ministry of foreign affairs claimed that COVID-19 may have been brought into China by US soldiers who were in Wuhan 14 days before the first case of SARS-CoV2 infection was discovered, and that the origin might be the United States." [Quijano. https://www.altermidya.net/opinion-origin-of-covid-19-ecological-historical-and-geopolitical-perspective.]

1. Shortly after the virus' outbreak in Wuhan, a whistleblower appeared om Reddit, saying right before social media in China was taken over and shut down.

1. The unidentified user stated, in part: "I am a Chinese citizen in Wuhan who occupies —— or perhaps occupied —— a high-ranking position in military intelligence. I am also a member of the Chinese Communist Party. As a senior official near the top of the Party, I have access to a great deal of classified information and I have been involved in many top secret government projects. I have a doctorate from a leading university in a western country, which is why I am able to write my account in English. I have information that I believe could lead to the overthrow of my government. It is also relevant to billions of people outside of China, all of whom are now in existential peril."

1. The officer said: "Let me start by telling you that the world does not operate the way you think it does. Although countries like the US and China vie for global dominance, that competition is restricted to certain limited areas. In most ways, the two countries are more interested in cooperation so that they can stop other competing countries from gaining more power. They also have a shared interest in keeping real power out of the hands of their "ordinary" citizens. To this end, they have many different mechanisms by which they control the overwhelming majority of their media outlets. The Americans in particular have perfected the art of creating made-up "divisions" between their two main parties which are designed to hide the fact that both serve the same masters."

1. The officer said: "These same nations also possess technology that is far more advanced than you can imagine and which is kept carefully hidden from public view. This includes advanced artificial intelligence capable of undermining and deciding any election in the world; biological and chemical agents that can manipulate and control the thinking patterns and behaviours of citizens to terrifying degrees; highly sophisticated manipulation techniques using hypnotic practices entirely unknown to the public; and other things that I will not go into now. My point is that the great nations do not compete so much as work together. Their principal goal is to shield the true workings of the world from the "uninitiated" public."

1. "In February of 2020, the Japanese Asahi news report (print and TV) claimed the coronavirus originated in the US, not in China, and that some (or many) of the 14,000 American deaths attributed to influenza may have in fact have resulted from the

coronavirus....The TV Asahi network presented scientific documentation for their claims, raising the issue that no one would know the cause of death because the US either neglected to test or failed to release the results." [Global Research CA. https://www.globalresearch.ca/china-coronavirus-shocking-update/5705196.]

1. In an article published on February 23, 2020 by People's Daily, it stated: "Perhaps the US delegates brought the coronavirus to Wuhan, and some mutation occurred to the virus, making it more deadly and contagious, and causing a widespread outbreak this year." ["Japanese TV report sparks speculations in China that COVID-19 may have originated in US." People's Daily. February 23, 2020. http://en.people.cn/n3/2020/0223/c90000-9661026.html]

1. On February 27, 2020, Taiwan ran a TV news program featuring a top virologist and pharmacologist who performed a long and detailed search for the source of the virus.

1. One of the virologist's main arguments was that the strain infecting people in Taiwan only existed in Australia and the US and, since Taiwan was not infected by Australians, the infection in Taiwan could have come only from the US.

1. The basic logic is that the geographical location with the greatest diversity of virus strains must be the original source because a single strain cannot emerge from nothing. He demonstrated that only the US has all the five known strains of the virus (while Wuhan and most of China have only one, as do Taiwan and South Korea, Thailand and Vietnam, Singapore, and England, Belgium and Germany), constituting a thesis that the haplotypes in other nations may have also originated in the US. [Global Research CA. https://www.globalresearch.ca/china-coronavirus-shocking-update/5705196.]

1. According to the Taiwanese virologist, the virus outbreak may have began earlier than assumed, saying, "We must look to September of 2019," or months before SARS-CoV2 was discovered. [Alter Midya.]

1. In April of 2020, an Indonesian based media outlet was very detailed in its explanation of what happened, showing that both countries were involved.

1. It stated: "The US government had reportedly funded $3.7 million to the Chinese laboratory in Wuhan which has been at the centre of speculations surrounding coronavirus outbreak. The Wuhan Institute of Virology is believed to have conducted coronavirus experiments on mammals captured from the caves of Yunnan, China, with the US money. According to documents obtained by British media outlet Daily Mail, scientists there experimented on bats as part of a project funded by the US National Institutes of Health, which continues to license the Wuhan laboratory to receive American money for experiments. The National Institutes of Health (NIH) is an agency of the US Department of Health and Human Services responsible for biomedical and public health research. Research into the sequencing of the COVID-19 has traced the virus back to bats in the Yunnan caves." (emphasis added) ["Shocking! US gave $3.7 million to China's Wuhan lab that conducted coronavirus tests on bats." BusinessToday.IN. April 13, 2020. https://www.businesstoday.in/latest/economy-politics/story/shocking-us-gave-37-million-to-chinas-wuhan-lab-that-conducted-coronavirus-tests-on-bats-254610-2020-04-13.]

1. Despite the U.S. and China's denials, the overwhelming evidence demonstrates that the two nations work together to bring about this catastrophic event.

1. On June 6, 2005, Obama co-wrote an article with Republican Richard Lugar for The New York Times, titled "Grounding A Pandemic," stating: "We recommend that this administration work with Congress, public health officials, the pharmaceutical industry, foreign governments, and international organizations to create a permanent framework for curtailing the spread of future infectious diseases." [https://www.nytimes.com/2005/06/06/opinion/grounding-a-pandemic.html.]

1. On January 14, 2022, a 2010 clip from C-SPAN resurfaced, showing DEFENDANT Fauci talking about a "universal vaccine."

1. DEFENDANT Fauci stated: "The goal that I would see to really stabilize the system and therefore make it less of a crisis issue when you get to have a pandemic flu which we know will again occur as was predicted even though they're rare events they do occur, is to get as many people vaccinated as possible and what we foresee in the future is that influenza vaccine will be something that is essentially a routine vaccination for everyone and if we then transition that into the universal vaccine, then you may only have to do that every couple of years and get the people protected not only from seasonal flu but from pandemic flu. In my mind, that's the end game and that's good for the companies too because they're going to know and predict that every year, the vast majority of the American population is going to get vaccinated not having to guess will they or will they not this year or next year."

1. On December 2, 2014, President Obama stated during his speech, "We have to put in place an infrastructure — not just here at home, but globally — that allows us to see it quickly, isolate it quickly, [and] respond to it quickly. **So that if and when a new strain of flu, like the Spanish flu, crops up, five years from now** or a decade from now, we've made the investment and we're further along to be able to catch it. It is a smart investment for us to make. It's not just insurance; it is knowing that down the road, we're going to continue to have problems like this — particularly in a globalized world, where you move from one side of the world to the other in a day. So this is important now, but it is also important for our future, and our children's future, and our

107

grandchildren's future." (emphasis added). [Barack Obama. "Remarks by the President on Research for Potential Ebola Vaccines." The White House. December 2, 2014. https://obamawhitehouse.archives.gov/the-press-office/2014/12/02/remarks-president-research-potential-ebola-vaccines.]

1. DEFENDANT Gates highlighted the stellar efforts of health workers in 2014 to contain the Ebola outbreak and said, "There's no need to panic … but we need to get going."

1. In March of 2015, DEFENDANT Gates gave a Ted Talks titled "The Next Outbreak: We're Not Ready." "If anything kills over 10 million people in the next few decades, it's likely to be a highly infectious virus rather than a war. Not missiles, but microbes." He also stated that our "failure to prepare could allow the next epidemic to be dramatically more devastating than Ebola."

1. DEFENDANT Gates repeated the sentiment in a 2017 op-ed article for Business Insider, reiterating that "we are not prepared." He said that he viewed the threat of a pandemic as being on the same level as climate change and nuclear war and that the next epidemic could be "a super contagious and deadly strain of the flu." [Debanjali Bose. "Bill Gates has warned of an impending pandemic for years. Here's how he's dealing with the coronavirus pandemic, from pledging $100 million to fight the outbreak to becoming Warren Buffett's 'scientific adviser.'" Business Insider. September 21, 2020. https://www.businessinsider.com/how-bill-gates-is-dealing-with-coronavirus-outbreak-2020?r=US&IR=T.]

1. On February 18, 2017, at the Munich Security conference, DEFENDANT Gates issued a strong warning about the dangers of bio-terrorism. During his speech, he predicted that the next epidemic could result from the "use genetic engineering to create a synthetic version of a smallpox virus or a contagious and highly deadly strain of the flu." He then stated that epidemiologists, through their models, show "a respiratory spread pathogen would kill more than 30 million people in less than a year." [Bose.]

1. That same year, DEFENDANT Fauci gave a speech, stating, "There is no question that there will be a challenge to the coming administration in the area of infectious diseases, both chronic infectious diseases in the sense of already ongoing diseases…but also, there will be a surprise outbreak."

1. In 2018, DEFENDANT Gates said that the next pandemic was imminent and that he believed it would arise and spread within the next decade. "In the case of biological threats, that sense of urgency is lacking," he said. "The world needs to prepare for pandemics in the same serious way it prepares for war." [Bose.]

1. On October 4, 2021, InfoWars republished a video of panelists, including DEFENDANT Fauci, speaking at an event on the topic of a "universal flu vaccine," which was hosted by the Milken Institute on October 29, 2019. [Brian Shilhavy. "BOMBSHELL: Video Emerges Where Fauci and Others Planned for a "Universal mRNA Flu Vaccine" Which Became the "COVID-19 mRNA Vaccine" Because People were not Afraid Enough of the Flu Virus." Medical Kidnap. October 5, 2021. https://medicalkidnap.com/2021/10/05/bombshell-video-emerges-where-fauci-and-others-planned-for-a-universal-mrna-flu-vaccine-which-became-the-covid-19-mrna-vaccine-because-people-were-not-afraid-enough-of-the-flu-virus/.]

1. In the 1 minute and 51 second collage, which was extracted from the hour-long panel discussion aired on C-SPAN2, there was dialogue between the moderator, Michael Specter, a journalist who is a New Yorker staff writer and also an adjunct professor of bioengineering at Stanford University, DEFENDANT Rick Bright, the director of HHS Biomedical Advanced Research and Development Authority (BARDA) and DEFENDANT Fauci.

1. Specter stated: "Why don't we blow this system up? I mean obviously, we can't just turn off the spigot on the system that we have, then say, 'Hey. Everyone in the world should get this new vaccine we haven't given to anyone yet, but there must be some way…We grow vaccines mostly in eggs — the way they did in 1947."

1. DEFENDANT Fauci stated: "In order to get out of the transition from getting out of the tried and true egg growing, which we know gives us results that can be beneficial, I mean, we've done well with that, to something that has to be much better. You have to prove that this works and then you've got to go through all of the clinical trials — phase 1s, phase 2s, phase 3s — and then show that this particular product is going to be good over a period of years. That alone, if it works perfectly, is going to take a decade."

1. DEFENDANT Fauci knew because "he had been trying to do it for about a decade already by then (October, 2019), trying to develop an mRNA based vaccine for HIV." [Shilhavy.]

1. DEFENDANT Fauci also stated: "So we really do have a problem with the way the world perceives influenza and it's going to be very difficult to change that unless you do it from within and say, 'I don't care what your perception is, we're going to address the problem — in a destructive way and an iterative way because you do need both."

1. DEFENDANT Rick Bright stated: "There might be a need, or better yet, an urgent call for an entity of excitement out there, that's completely disruptive, that's not beholden to bureaucratic strings and processes."

108

1. DEFENDANT Bright also stated: "...but it is not too crazy to think that an outbreak of a novel avian virus could occur in China somewhere. We could get the RNA sequence from that, beam it to a number of regional centers, if not local, if not even in your home at some point, and print those vaccines on a patch and self-administer."

1. DEFENDANT Bright stated: "I think that if we move towards the era of synthetic-based vaccines, I think we remove the dependencies of thinking the vaccine has to be grown into something else, an egg, a cell, or insect cell – any type of dependency embryo. If we can move into more synthetic, the nucleic acid based, messenger RNA based, those sequences can be rapidly shared around the world."

1. DEFENDANT Fauci explained why he was "so opposed to natural immunity, because natural immunity for influenza, according to his view, translates to an immune response against other strains of a particular influenza virus, which will interfere with what they are trying to do with the vaccines. That is why he wants to inject infants as young as 6 months old with a universal vaccine, as he states here, to prevent that 'confused' natural immunity from happening before the child grows older." [Shilhavy.]

1. DEFENDANT Bright stated: "We distribute 150 million doses of the seasonal (flu) vaccines every year, we don't even know how many people are being vaccinated from the doses that are delivered to the people, which doses they got, and what the real outcome was, so that we can learn from that knowledge base on how to optimize or improve our vaccine. So there are opportunities that we have today...I think if we uncloaked the poorest performing vaccines in the market place today, it might be very revealing to tell us which of the technologies we have, and allow us to go deeper into those technologies to determine why they are more effective. There are vaccine licenses today that are more effective. I think that we're just afraid to admit the truth."

1. One month before the patient zero diagnosed with COVID-19 was identified in Wuhan, China, a war game titled "Event 201" was held in New York City.

1. Before the coronavirus outbreak hit China or America, on October 18, 2019, the "Johns Hopkins Center for Health Security in partnership with the World Economic Forum and [DEFENDANT] Bill and Melinda Gates Foundation hosted Event 201, a high-level pandemic exercise,...in New York, NY. The exercise illustrated areas where public/private partnerships will be necessary during the response to a severe pandemic in order to diminish large-scale economic and societal consequences."

1. 34 seconds into the promotional video for "Event 201," they refer to the hypothetical virus as "coronavirus associated pulmonary syndrome (CAPS)" and state that the "virus [is transmittable] through air -- all people are susceptible."

1. According to an April 28, 2020 article published by Newsweek, in 2019, "the National Institute for Allergy and Infectious Diseases, the organization led by Dr. Fauci, funded scientists at the Wuhan Institute of Virology and other institutions for work on gain-of-function research on bat coronaviruses." [Fred Guterl. "Dr. Fauci Backed Controversial Wuhan Lab with U.S. Dollars for Risky Coronavirus Research." Newsweek. April 28, 2020. https://www.newsweek.com/dr-fauci-backed-controversial-wuhan-lab-millions-us-dollars-risky-coronavirus-research-1500741.]

1. "In 2019, with the backing of NIAID, the National Institutes of Health committed $3.7 million over six years for research that included some gain-of-function work. The program followed another $3.7 million, 5-year project for collecting and studying bat coronaviruses, which ended in 2019, bringing the total to $7.4 million." [Guterl.]

1. "Gain-of-function research involves extracting viruses from animals and artificially engineering them in a laboratory to make them more transmissible or deadly to humans." [Carolina Downey. "NIH Admits to Funding Gain-of-Function Research in Wuhan, Says EcoHealth Violated Reporting Requirements." National Review. October 21, 2021. https://www.nationalreview.com/news/nih-admits-to-funding-gain-of-function-research-in-wuhan-says-ecohealth-violated-reporting-requirements/.]

1. On September 6, 2021, The Intercept "obtained more than 900 pages of documents detailing the work of EcoHealth Alliance, a U.S.-based health organization that used federal money to fund bat coronavirus research at the Chinese laboratory." [Sharon Lerner and Mara Hvistendahl. "New Details Emerge About Coronavirus Research at Chinese Lab." The Intercept. September 6, 2021. https://theintercept.com/2021/09/06/new-details-emerge-about-coronavirus-research-at-chinese-lab/.]

1. "The trove of documents includes two previously unpublished grant proposals that were funded by the National Institute of Allergy and Infectious Diseases, as well as project updates relating to EcoHealth Alliance's research." [Lerner.]

1. "One of the grants, titled "Understanding the Risk of Bat Coronavirus Emergence," outlines an ambitious effort led by EcoHealth Alliance President Peter Daszak to screen thousands of bat samples for novel coronaviruses. The research also involved screening people who work with live animals. The documents contain several critical details about the research in Wuhan, including the fact that key experimental work with humanized mice was conducted at a biosafety level 3 lab at Wuhan University Center for Animal Experiment." [Lerner.]

1. "The bat coronavirus grant provided EcoHealth Alliance with a total of $3.1 million." [Lerner.]

1. "Peter Daszak, the EcoHealth Alliance president, has worked closely with scientists in China for years, and roughly $750,000 of the grant was allocated for the Wuhan Institute of Virology. An additional nearly $300,000 went to East China Normal University, where researchers did field sampling." [Lemer. September 9, 2021.]

1. In a 2005 study, co-authored by Wuhan Institute of Virology's Shi Zheng-li, DEFENDANT Daszak's "team showed that the first SARS virus originated in bats." [https://pubmed.ncbi.nlm.nih.gov/16195424/.]

1. The image is titled "Dr. Fauci's March Madness Bracketology Picks," it is dated March 11, 2020, and signed "—Tony F." In the morbid pool, coronavirus — top-seeded out of the East region — defeats a field that included such dreaded diseases as Ebola, H1N1, Zika, herpes, and measles. *See* Exhibit ___.

1. If a deadlier version of coronavirus was not made through "gain of function" research, the COVID-19 "pandemic" would have never happened.

[The COVID-19 Vaccine Was Not the Only Solution]

1. In Ecclesiasticus 38:4, it states: "The Lord hath created medicines out of the earth; and he that is wise will not abhor them."

1. DEFENDANT Fauci refused to advocate for healthy and natural alternatives to boost one's immunity.

1. Preoccupied with his single vaccine solution, Fauci "did little in the way of telling Americans how to bolster their immune response." [Kennedy, Jr., pg. 6.]

1. Sunlight, l-lysosine, elderberry, zinc, sea moss, exercise, grounding and human contact are a few natural remedies known to boost an individual's immune response.

1. Fauci "never took time during his daily White House briefings from March to May 2020 to instruct Americans to avoid tobacco (smoking and e-cigarettes/vaping double death rates from COVID); to get plenty of sunlight and to maintain adequate vitamin D levels ('Nearly 60 percent of patients with COVID-19 were vitamin D deficient upon hospitalization, with men in the advanced stages of COVID-19 pneumonia showing the greatest deficit'); or to diet, exercise, and lose weight ('78 percent of Americans hospitalized for COVID-19 were overweight or obese)." [Kennedy, Jr., pg. 6.]

1. Fauci "didn't recommend avoiding sugar and soft drinks, processed foods, and chemical residues, all of which amplify inflammation, compromise immune response, and disrupt the gut biome which governs the immune system." [Kennedy, Jr., pg. 6.]

1. "During the centuries that science has fruitlessly sought remedies against coronavirus (aka the common cold), only zinc has repeatedly proven its efficacy in peer-reviewed studies." [Kennedy, Jr., pg. 6.]

1. DEFENDANT Fauci "never advised Americans to increase zinc uptake following exposure to infection." [Kennedy, Jr., pg. 6.]

1. DEFENDANT Fauci also never advanced hydroxychloroquine ("HCQ") and ivermectin ("IVM") — two drugs proven to effectively treat COVID-19.

1. DEFENDANT Fauci's "strategy committed hundreds of billions of societal resources on a high-risk gambit to develop novel technology vaccines, and virtually nothing toward developing repurposed medications that are effective against COVID." [Kennedy, Jr., pg. 9.]

1. DEFENDANT Fauci advanced failed and harmful drugs like remdesivir and molnupiravir.

1. "From the outset, hydroxychloroquine and other therapeutics posed an existential threat to [Fauci] and Bill Gates' $48 billion COVID vaccine project, and particularly their vanity drug remdesivir, in which Gates has a large stake." [Kennedy, Jr., pg. 19.]

1. "From the outset, hydroxychloroquine and other therapeutics posed an existential threat to [Fauci] and Bill Gates' $48 billion COVID vaccine project, and particularly their vanity drug remdesivir, in which Gates has a large stake." [Kennedy, Jr., pg. 19.]

1. During public health emergencies, "the FDA has the legal power to grant emergency use authorization to certain products if they meet specific criteria and if there's no adequate, approved and available alternative to treat the malady."

1. "Under federal law, new vaccines and medicines cannot qualify for Emergency Use Authorization (EUA) if any existing FDA-approved drug proves effective against the same malady." [Kennedy, Jr., pg. .19.]

1. "Thus, if any FDA-approved drug...proved effective against COVID, pharmaceutical companies would no longer be legally allowed to fast-track their billion dollar vaccines to market under Emergency Use Authorization. Instead, vaccines would have to endure the years-long delays that have always accompanied methodical safety and efficacy testing, and that would mean less profits, more uncertainty, longer runways to market, and a disappointing end to the lucrative COVID-19 vaccine gold rush." [Kennedy, Jr., pg. 20.]

1. "The prospect of an existing therapeutic drug (with an expired patent) that could outperform any vaccine in the war against COVID posed a momentous threat to the pharmaceutical cartel. Among the features pharma companies most detest is low cost,

and HCQ is about $10 per course. Compare that to more than $3000 per course for [Fauci's] beloved remdesivir." [Kennedy, Jr., pg. 24.]

1. Compromised government health officials "silenced doctors who offered any early treatments that might compete with vaccines or who refused to pledge unquestioning faith in zero liability, shoddily tested, experimental vaccines." [Kennedy, Jr., pg. 5.]

1. "Fauci deliberately led an effort to derail America's access to lifesaving drugs and medicines that might have saved hundreds of thousands of lives and dramatically shortened the pandemic." [Kennedy, Jr., pg. 19.]

1. "The relentless malpractice of deliberately withholding early effective COVID treatments, of forcing the use of toxic remdesivir, may have unnecessarily killed up to 500,000 Americans in hospitals." [Kennedy, Jr., pg. 17.]

1. Dr. Cole, who has overseen or helped perform over 125,000 COVID tests during the pandemic and provided early treatment to over 300 positive patients, stated: "Never in the history of medicine has early treatment, of any patient with any disease, been so overly neglected by the medical profession on such a massive scale." [Kennedy, Jr., pg. 17.]

1. According to Dr. Cole, the only true deadly pandemic has been the "pandemic of under treatment." [Kennedy, Jr., pg. 17.]

1. Dr. McCullough stated: "We could have dramatically reduced COVID fatalities and hospitalizations using early treatment protocols and repurposed drugs including ivermectin and hydroxychloroquine and many, many others." [Kennedy, Jr., pg. 8.]

1. "Leading doctors and scientists, including some of the nation's most highly published and experienced physicians and front-line COVID specialists like McCullough, Kory, Ryan Cole, David Brownstein, and Risch believe that [Fauci's] suppression of early treatment and off-patent remedies was responsible for up to 80 percent of the deaths attributed to COVID." [Kennedy, Jr., pg. 17.]

1. By controlling DEFENDANTS CDC and FDA to promote the "killer virus pandemic" narrative as long as possible, DEFENDANTS United States of America, NIAID, Fauci, NIH and others were able to "justify taking emergency measures that short-cut the normal procedures for bringing novel, new drugs to the market." [Shilhavy.]

1. Due to the invoking of the PREP Act (Public Readiness and Emergency Preparedness Act) for the first time in our nation's history, the COVID19 vaccine is being fast-tracked without the usual testing and safety precautions, and will undoubtedly become the first mRNA-based vaccine to be tested in the U.S. and world population.

1. "Congress passed the CARES Act signed into law on Mar. 27, 2020 that will cost American taxpayers over two trillion dollars. The federal legislation includes $27B for development of COVID-19 vaccines, drug therapies and purchase of pandemic medical supplies." [Barbara Loe Fisher. "Meet the New Billionaires Club: COVID-19 Vaccine Developers." Health Impact News. April 13, 2020. https://healthimpactnews.com/2020/meet-the-new-billionaires-club-covid-19-vaccine-developers/.]

1. Under the false pretense that no available drugs existed on the market, the vaccines were approved by DEFENDANT FDA under "emergency use authorization."

1. The drug company Moderna was the first company to receive funding to develop a vaccine for COVID19 and developed under the leadership of Dr. Fauci and the NIAID.

1. DEFENDANT Fauci never disclosed during his many press conferences at the White House that he was also co-owner of DEFENDANT Moderna, one of three U.S. pharmaceutical companies eventually given approval to release a COVID-19 vaccine.

1. DEFENDANT Moderna "designed the final version of its vaccine within 48 hours of analyzing the virus genome on January 11, 2020. Phase 1 trials began 60 days later (in comparison, it took 20 months of conventional vaccine development for the SARS vaccine to reach Phase 1). This vaccine was approved by the FDA on December 17, 2020 (the 11 months until approval were spent with testing and regulatory formalities)." [Nano Werk. January 28, 2021. https://www.nanowerk.com/spotlight/spotid=57148.php?fbclid=IwAR29fO2FiQsOX32AJjk_sBRXW5y6SnFWVZIAXrQZxDlKdoIPQkpckmoJCOQ.]

1. Prior to the COVID-19 vaccine, the "quickest vaccine ever developed was for mumps. It took four years and was licensed in 1967." [MacKenzie Sigalos. CNBC. December 17, 2020. https://www.cnbc.com/2020/12/16/covid-vaccine-side-effects-compensation-lawsuit.html.]

1. "These novel vaccines exploit the process by which cells build proteins from the information encoded in a single-stranded molecule called messenger RNA (mRNA). Once the COVID-19 vaccine enters a cell, the mRNA molecule tells it exactly how to build a piece of the SARS-CoV-2 virus. By exposing the body to this piece of virus induces its immune system to mount a response, thereby training the body to fight the real deal if it gets infected by SARS-CoV-2."

1. "Moderna makes 'mRNA vaccines' by embedding the genetic instructions for a component of a virus into a nanoparticle, which can then be injected into a person. The company adds the genetic codes for the membrane protein the virus uses to invade human cells. If injected into a person, such nanoparticles could cause the body to immunize itself against the real contagion by disallowing the corona virus to fuse its receptors with membrane proteins." [Nikolić. Diplomat Magazine.]

111

1. DEFENDANT Moderna was sponsored by the Coalition of Epidemic Preparedness Innovations (CEPI) – a "worldwide alliance that finances and coordinates the development of vaccines."

1. In order to make the coronavirus vaccine as fast as possible, DEFENDANT Moderna collaborated with Inovio Pharmameuticals, The Wistar Institute, VGXI (a subsidiary of GeneOne Life Science) and Twist Bioscience.

1. All four of the companies that collaborated with DEFENDANT Moderna on the creation of the vaccine were financed by DEFENDANT Bill Gates through DEFENDANT Bill & Melinda Gates Foundation.

1. "Both myself and Dr. Fauci featured in some conspiracy theories, you know. One says Dr. Fauci is trying to make money off of these vaccines." – DEFENDANT Bill Gates on MSNBC

1. DEFENDANTS NIH and Moderna "have researched coronaviruses, like MERS, for several years, and signed a contract this past December that stated 'mRNA coronavirus vaccine candidates [are] developed and jointly owned' by the two parties. The contract was not specific to the novel coronavirus, and it was signed before the new virus had been sequenced." [Bob Herman. "The NIH claims joint ownership of Moderna's coronavirus vaccine." Axios. June 25, 2020. https://www.axios.com/moderna-nih-coronavirus-vaccine-ownership-agreements-22051c42-2dee-4b19-938d-099afd71f6a0.html.]

1. DEFENDANT Fauci "invested $6 billion in taxpayer lucre in the Moderna vaccine alone. His agency is co-owner of the patent and stands to collect a fortune in royalties. At least four of Fauci's hand-picked deputies are in line to collect royalties of $150,000/year based on Moderna's success, and that's on top of the salaries already paid for by the American people." [Kennedy, Jr., pg. 20.]

1. DEFENDANT Fauci was "thrilled to sponsor a human trial of a Moderna COVID vaccine (partly owned by his agency), before there were any safety and efficacy data from animal studies, which goes against FDA regulations. He then pushed for hundreds of millions of people to get EUA vaccines before the randomized placebo-controlled trials were complete." [Kennedy, Jr., pg. 36.]

1. "Fauci's requirement for having high-quality evidence before risking use of drugs and vaccines in humans was not applicable to the COVID-19 vaccines." [Kennedy, Jr., pg. 36.]

1. DEFENDANT Fauci's "ethical flip-flopping about the need for rigid safety testing is particularly troubling since he is championing a competitive product from which his agency and his employees expect a lucrative financial outcome." [Kennedy, Jr., pg. 36.]

1. In the U.S., DEFENDANTS Pfizer-BioNTech, Moderna and Johnson & Johnson are makers of the vaccines currently available to the public.

1. On December 11, 2020, DEFENDANT FDA issued an Emergency Use Authorization (EUA) for the use of DEFENDANT Pfizer-BioNTech COVID-19 Vaccine.

1. "More than half of FDA's VRBPAC committee, which approved EUAs for Moderna, Johnson & Johnson, and Pfizer, and granted final licensure to the Pfizer vaccine, were grant recipients from NIH, NIAID, BMGF, and pharmaceutical companies." [Kennedy, Jr., pg. 75.]

1. "More than half of the CDC's ACIP committee participants were similarly compromised." [Kennedy, Jr., pg. 75.]

1. On December 18, 2020, DEFENDANT FDA issued an EUA for the use of DEFENDANT Moderna COVID-19 Vaccine.

1. On February 27, 2021 DEFENDANT FDA issued an EUA for the use of DEFENDANT Janssen COVID-19 Vaccine.

1. DEFENDANT Pfizer's COVID-19 vaccine was "developed and cleared for emergency use in eight months." [Sigalos]

1. DEFENDANT Pfizer's CEO DEFENDANT Dr. Albert Bourla stated in an interview with CNBC's "Squawk Box": "This is a vaccine that was developed without cutting corners. This is a vaccine that is getting approved by all authorities in the world. That should say something." [CNBC. December 14, 2020. https://www.cnbc.com/video/2020/12/14/pfizer-ceo-albert-bourla-on-vaccine-hesitancy-trust-science.html.]

1. DEFENDANT Pfizer's clinical trial was supposed to end in December of 2023.

1. DEFENDANTS Pfizer and the FDA opted to end the trial after six months "after realizing that the vaccine was causing significant harms and that its fast-waning efficacy would make a cost/benefit analysis unsupportable if the study continued."   [Kennedy, Jr., pg. 91-92.]

1. "The Covid vaccine was approved even though Pfizer did not follow industry-standard quality management practices and even though key studies did not meet good laboratory practice." [Whitney.]

1. "The final summary of the Pfizer's six-month clinical trial data…revealed one key data point that should have killed that intervention forever. Far more people died in the vaccine group than in the placebo group." [Kennedy, Jr., pg. 76.]

1. "Pfizer won FDA's approval despite the rather pathetic showing that its vaccine might prevent one COVID death in over 22,000 vaccine recipients." [Kennedy, Jr., pg. 77.]

1. Pfizer transformed its unimpressive record of eliminating a single COVID fatality among 22,000 vaccinated subjects into a $5 billion/year success story by "gulling the public with a deceptive measure called 'relative risk,' instead of the presumptive and far more useful measure of 'absolute risk.'" [Kennedy, Jr., pg. 77.]

1. During the six-month trial, two people in the placebo group numbering approximately 22,000 and only one in the similarly sized vaccine group died from COVID. [Kennedy, Jr., pg. 77.]

1. "[T]his data point is the source of Pfizer's claim that the vaccine is 100 percent effacious against death. Since only one person died from COVID in the vaccine group and two died in the placebo group, Pfizer can technically represent that the vaccine [had] a 100 percent improvement over the placebo." [Kennedy, Jr., pg. 77.]

1. "The media winked at this canard, obligingly reporting Pfizer's extraordinary 100 percent efficacy claim." [Kennedy, Jr., pg. 77.]

1. "At least some reporters must have understood that most Americans hearing this statistic would naturally believe that the vaccine would prevent 100 percent of deaths. A more honest – and helpful – way of thinking about the Pfizer vaccine's efficacy is to consider that 22,000 vaccines must be given to save a single life from COVID." [Kennedy, Jr., pg. 77.]

1. The true reduction in risk of 1/22,000 – or about 0.01 percent, as the BMJ reported – was far too insignificant to make the vaccine even a minor barrier against the spread of COVID. [Kennedy, Jr., pg. 77.]

1. The "meager advantage of preventing a single COVID death in every 22,000 vaccinated individuals is entirely canceled out by a fivefold increase in excess fatal cardiac arrests and congestive heart failures in vaccinated individuals (5/22,000)." [Kennedy, Jr., pg. 77-78.]

1. The "all-cause mortality" measure "alone tells us whether vaccinated individuals enjoy better outcomes and longer lives than the unvaccinated. Drugs and vaccines that appear, at first glance, effective against the target disease may, over longer terms, trigger deaths from unexpected causes: accidents, cancers, heart attacks, seizures, even depression and suicide – or from pathogenic priming – which cancel out the short-term benefits of the intervention." [Kennedy, Jr., pg. 78-79.]

1. "Twenty people died of 'all-cause mortality' among the 22,000 recipients in Pfizer's vaccine group, versus only fourteen in the numerically comparable placebo group...That means there were 42.8 percent more deaths in the vaccine than in the placebo group." [Kennedy, Jr., pg. 79.]

1. "Under FDA guidelines, researchers must attribute all injuries and deaths among the study group during clinical trials to the intervention (the vaccine) unless proven otherwise. Under this rule, the FDA must assume people who take the vaccine have a 42.8 percent increased risk of dying." [Kennedy, Jr., pg. 79.]

1. "This six-month safety report was so damning that it should have closed the case against this vaccine, but captured FDA officials nevertheless gave Pfizer their approval." [Kennedy, Jr., pg. 79.]

1. "The Pfizer vaccine trial offers a lesson on the perils of ignoring 'all-cause mortality' as the governing endpoint for vaccine approval." [Kennedy, Jr., pg. 77.]

1. "Pfizer and FDA may have opted to end the company's clinical trial after six months, after realizing that the vaccine was causing significant harms and that its fast-waning efficacy would make a cost/benefit analysis unsupportable if the study continued. In other words, the injury axis almost immediately crosses the benefit axis." [Kennedy, Jr., pg. 91-92.]

1. "Because the FDA allowed Pfizer to unblind and terminate its study after six months – and to offer the vaccine to individuals in the placebo group – we will never know whether vaccinated individuals in the trial suffered long-term injuries, including pathogenic priming." [Kennedy, Jr., pg. 72.]

1. Under the PREP Act, passed by DEFENDANT United States of America's Congress, DEFENDANTS Pfizer, Moderna and Johnson & Johnson have total immunity from liability if something unintentionally goes wrong with their vaccines. [MacKenzie Sigalos. "You can't sue Pfizer or Moderna if you have severe Covid vaccine side effects. The government likely won't compensate you for damages either." CNBC. December 17, 2021. https://www.cnbc.com/2020/12/16/covid-vaccine-side-effects-compensation-lawsuit.html.]

1. "The 2005 law empowers the HHS secretary to provide legal protection to companies making or distributing critical medical supplies, such as vaccines and treatments, unless there's "willful misconduct" by the company. The protection lasts until 2024." [Sigalos.]

1. DEFENDANT United States of America is obligated to defend DEFENDANT Pfizer in court and pay all of their legal fees.

1. If the COVID-19 vaccines were safe, the pharmaceutical companies would not need to be shielded from liability by the U.S. and other governments.

1. "During the spring of 2020, [Fauci and Gates] carpet-bombed the airwaves bearishly predicting that a 'miraculous vaccine' would stop COVID transmission, prevent illness, end the pandemic, and release humanity from house arrest." [Kennedy, Jr., pg. 70.]

1. On March 22, 2020: "Things won't be back to truly normal until we have a vaccine that we've gotten out to basically the entire world." [Kennedy, Jr., pg. 298.]

53. On March 24, 2020, Bill Gates gave another TED Talks, offering "insights into the COVID-19 pandemic, discussing why testing and self-isolation are essential, which medical advancements show promise and what it will take for the world to endure this crisis."

57. In a lengthy interview with CBS: This Morning, released on April 2, 2020, DEFENDANT Gates stated that life after COVID-19 will not be the same "for some time," or at least until the population is "widely vaccinated." He predicted that people's fear of large public gatherings would be closer to normal "once we have the vaccination," possibly 18 months. "Our foundation works a lot on diagnostics and vaccines," Gates said. Vaccine producers are the ones "that can really get things back on track where we're not worried about large public gatherings." "Which activities, like schools, have such benefit and can be done in a way that the risk of transmission is very low? And which activities, like mass gatherings, may be — in a certain sense — more optional? And so until you're widely vaccinated, those may not come back at all." (emphasis added)

58. In the same CBS interview, DEFENDANT Gates stated: "For the next one, we will be far more ready than we were for this one."

59. In an April 2, 2020 interview with Trevor Noah, DEFENDANT Gates said, "We'll have a lot of unusual orders until we get the world vaccinated. 7 billion people – that's a tall order, but it is where we need to get to despite a lot of things in between now and then to minimize the damage." He described coronavirus a "naturally caused epidemic" and stated that "there could be epidemics that are worse than that, including ones that aren't naturally caused and are a form of bioterrorism. One thing I feel good about is: This is such a big change to the world, that this time, it won't be like ebola...This time, the tens of billions to have the diagnostics standing by, the vaccine manufacturers standing by, this time we will get ready for the next epidemic."

1. In DEFENDANT Gates' April 2, 2020 CBS interview, he stated that "there are currently 'seven or more' potential vaccines that look promising to combat the COVID-19 pandemic. In order to have billions of doses of the vaccine ready to go as soon as possible, Gates proposed to build factories mass-producing each of the potential vaccines while testing is being done. In the end, 'only probably two of the vaccines will be the ones we go ahead with,' he admitted, pointing to the enormous risks involved in making his plan a reality."

1. DEFENDANT Gates also discussed how he planned to "plug money into building factories for seven promising coronavirus vaccine candidates, even though it will mean wasting billions of dollars." [Isobel Hamilton. "Bill Gates is helping fund new factories for 7 potential coronavirus vaccines, even though it will waste billions of dollars." Business Insider. April 3, 2020. https://www.businessinsider.com/bill-gates-factories-7-different-vaccines-to-fight-coronavirus-2020-4.]

74. In an interview with FOX News' Chris Wallace on April 5, 2020, DEFENDANT Gates stated: "It is fair to say, things won't go back to truly normal until we have a vaccine that we've gotten out to basically the entire world, and so, the best people at the Foundation are all about high volume vaccines."

1. "The vaccines are so risky that the insurance industry has refused to underwrite them, and the manufacturers refuse to produce them without blanket immunity from liability." [Kennedy, Jr., pg. 35-36.]

65. Speaking to reporters at a news briefing on Monday, April 6, 2020, DEFENDANT Fauci, "made it clear that despite the current social distancing expiration date, there is no 'going back to normal' until we have a vaccine." A reporter asked DEFENDANT Fauci how we can get back to normal." "If 'back to normal' means acting like there never was a coronavirus problem, I don't think that's going to happen until we do have a situation where you can completely protect the population," DEFENDANT Fauci said. "But when we say getting back to normal, we mean something very different from what we're going through right now. Because right now, we're in a very intense mitigation.'" [Madison Vanderberg. "Dr. Fauci Says We're Not Going Back To Normal Without A Vaccine Or Treatment" Scary Mommy. April 16, 2020. https://www.scarymommy.com/fauci-normal-vaccine-treatment/.]

1. DEFENDANT Gates reiterated versions of this message ad nauseum and stated on a April 20, 2020 blog post: "Realistically, if we're going to return to normal, we need to develop a safe, effective vaccine. We need to make billions of doses, we need to get them out to every part of the world, and we need all of this to happen as quickly as possible." [Bill Gates. "What You Need To Know About the COVID-19 Vaccine." Gates Notes. April 20, 2020.]

1. DEFENDANTS Fauci and Gates claimed that vaccination would achieve collective immunity, an end of the crisis and a return to normal life.

1. According to DEFENDANT Gates, "Vaccines make Covid-19 a largely preventable disease – and a survivable one in all but the rarest cases." [Bill Gates. "Bill Gates: How we can close the vaccine gap much faster next time." CNN. October 13, 2021. https://www.cnn.com/2021/10/13/opinions/closing-vaccine-gap-faster-bill-gates/index.html.]

1. According to DEFENDANT Gates: "The world should have the goal of being able to make and deliver enough vaccines for everyone on the planet within six months of detecting a potential pandemic." [Gates. CNN.]

1. In December of 2020, Fauci explained that he had upgraded his estimate of vaccine coverage to insure "herd immunity" from 70 percent in March to 80-90 percent in September not based on science, but in response to polling that indicated rising rates of vaccine acceptance. [Donald McNeil, Jr. "How Much Herd Immunity Is Enough?" New York Times. December 24, 2020.]

1. Fauci "and the industry propagandists later attributed the January decline in COVID cases, hospitalizations, and deaths to their vaccines, which began their rollout in mid-December 2020." [Kennedy, Jr., pg. 18.]

1. "Many media doctors reluctantly acknowledged that the drop could not possibly be a vaccine effect" because "by February 1, 2021, only 25.2 million or 7.6 percent of Americans, had received a single vaccine dose" and the "CDC acknowledged that there is no effect until many weeks after the second COVID jab." [Kennedy, Jr., pg. 18.]

1. By mid-April, only 31 percent of Americans were vaccinated and even by June 15, only 48 percent had been jabbed. The January drop-off was probably from natural herd immunity – thanks to the spread of natural infections over the previous year – and widespread use of ivermectin and hydroxychloroquine following Pierre Kory's December 5 Senate testimony, and the proliferation of six nationwide telemedicine clinics and several large networks of independent physicians that began early treatment of about one-fourth to one-third of all new infections in January." [Kennedy, Jr., pg. 79-80.]

1. DEFENDANT Fauci supported jabs for previously infected persons, "defying overwhelming scientific evidence that post-COVID inoculations were both unnecessary and dangerous." [Kennedy, Jr., pg. 4.]

1. "Under questioning on September 9, 2021, [Fauci] conceded he could cite no scientific justification for this policy." [Kennedy, Jr., pg. 4.]

1. "The even more daunting obstacle to coronavirus vaccines was their tendency to induce 'pathogenic priming' – also known as 'antibody-dependent enhancement' (ADE)." [Kennedy, Jr., pg. 71.]

1. ADE is "an overstimulation of immune and death when vaccinated individuals subsequently encounter the wild viruses." [Kennedy, Jr., pg. 71.]

1. "In early experiments, coronavirus vaccines produced a robust immune response in both animals and children – temporarily heartening researchers – but then tragically killing the vaccine recipients upon re-exposure to the wild virus, or making them vulnerable to uniquely debilitating infections." [Kennedy, Jr., pg. 71.]

1. In his March 5, 2020 testimony before the House Science, Space and Technology Committee on Coronavirus, Bill Gates' paid mouthpiece, Dr. Peter Hotez, cautioned: 'One of the things we're not hearing a lot about is the unique potential safety problem of coronavirus vaccines. With certain types of respiratory virus vaccines you get immunized, and then when you get actually exposed to the virus, you get this kind of paradoxical immune enhancement phenomenon.'" [Kennedy, Jr., pg. 71.]

1. "Dr. Hotez confessed to the committee that his colleagues had killed a number of children from pathogenic priming during experiments with the respiratory syncytial virus (RSV) vaccines in 1966, and recounted that during his own earlier work on coronavirus vaccines, he saw the same effect on ferrets." [Kennedy, Jr., pg. 71.]

1. During Fauci's March 26, 2020 White House coronavirus briefing, he acknowledged the perils of pathogenic priming by stating: "The issue of safety is something I want to make sure the American public understands: does the vaccine make you worse? And there are diseases, in which you vaccinate someone, they get infected with what you're trying to protect them with [sic] and you actually enhance the infection. That's the worst possible thing you could do – is vaccinate somebody to prevent infection and actually make them worse.'" (emphasis added) [Kennedy, Jr., pg. 72.]

1. Fauci and his confederates employed at least six strategies for minimize the risk of ADE: 1. Abort the three-year clinical trials at six months and then vaccinate the controls – a preemption that would prevent detection of long-term injuries; 2. Fauci refused to fix HHS's designed-to-fail vaccine injury surveillance system (VAERS); 3. Enlist mainstream and social media companies to make reporting of injuries and deaths disappear from the airwaves, newspapers and the Internet, and therefore from the public consciousness; 4. Fauci allowing the CDC to discourage autopsies in deaths following vaccination; 5. Populating key FDA and CDC committees with NIAID, NIH and Gates Foundation grantees and loyalists and 6. Striving to eliminate the control group to hid vaccine injuries by trying to vaccinate the entire population. [Kennedy, Jr., pg. 72-75.]

1. "By November 2021, that retinue of concerning devices largely succeeded in concealing from Americans the well-established facts that [Fauci's] vaccines neither prevented the disease nor its transmission, and that COVID vaccines were killing and injuring record numbers of Americans." [Kennedy, Jr., pg. 76.]

1. Additionally, a year and a half earlier, in April of 2020, DEFENDANT China lifted its lockdown and didn't require vaccines to do so.

1. "The Chinese published their own early treatment protocol on March 3, 2020, using many of the same categories of prophylactic and early treatment drugs uncovered by McCollough — chloroquine (a cousin of hydroxychloroquine), antibiotics, anti-inflammatories, antihistamines, a variety of steroids, and probiotics to stabilize and fortify the immune system and apothecaries of traditional Chinese medicines, vitamins, and minerals, including a variety of compounds containing quercetin, zin and gluatathione precursors." [Kennedy, Jr., pg. 13.]

1. In a March 25, 2020 article published by National Geographic, it states: "Less than a month after taking steps to permanently ban the trade and consumption of live wild animals for food, the Chinese government has recommended using Tan Re Qing, an injection containing bear bile, to treat severe and critical COVID-19 cases. It is one of a number of recommended coronavirus treatments—both traditional and Western — on a list published March 4 by China's National Health Commission, the government body responsible for national health policy." [Rachel Fobar. "China promotes bear bile as coronavirus treatment, alarming wildlife advocates." National Geographic. March 25, 2020. https://www.nationalgeographic.com/animals/article/chinese-government-promotes-bear-bile-as-coronavirus-covid19-treatment.]

1. DEFENDANT Fauci prolonged the epidemic "in order to impose expensive patented drugs and vaccines on a captive population, during a pandemic that has crashed the world economy, caused famines, and destroyed lives." [Kennedy, Jr., pg. 37.]

1. DEFENDANT Fauci "dictated a series of policies that resulted in by far the most deaths, and one of the highest percentage [of] COVID-19 body counts of any nation on the planet." [Kennedy, Jr., pg. xcii.]

1. "In the midst of a pandemic, with hundreds of thousands of deaths attributed to COVID, and the economy in free fall, [Fauci's] suggestion that we withhold promising treatments that have an established safety profile — from patients who have a potentially lethal disease — pending the completion of randomized controlled clinical trials, is highly manipulative and utterly unethical." [Kennedy, Jr., pg. 36.]

1. "It is not medically ethical to allow a COVID-19 patient to deteriorate in the early stages of the infection when there is an inexpensive, safe, and demonstrably effective HCQ treatment that CDC's and NIAID's own studies show block coronavirus replication." [Kennedy, Jr., pg. 36.]

1. Fauci's "shocking inconstancy and ethical breaches are congruent with his long history of promoting Big Pharma's more profitable patented products and using his power and influence to advance its agenda without regard to public health." [Kennedy, Jr., pg. 37.]

1. Fauci's "leadership role in this deadly scandal is consistent with his long history of discrediting therapies that compete with vaccines and other patented pharmaceutical products." [Kennedy, Jr., pg. 37.]

[COVID-19 Vaccine Is Not "Safe and Effective" As Claimed]

1. On July 12, 2021, Kamala Harris tried to lessen vaccine hesitancy by trying to appeal to citizen's faith in God.

1. Harris stated: "I do believe that the act of getting vaccinated is the very essence of what the Bible tells us when it says, 'Love they neighbor.' So by getting vaccinated, you are loving your neighbor." ["Vice President Harris Says Getting COVID Vaccine Is 'Loving Thy Neighbor.'" KTVN. July 12, 2021. https://www.ktvn.com/story/44289362/vice-president-harris-says-getting-covid-vaccine-is-loving-thy-neighbor.]

1. In August of 2021, Pope Francis urged everyone to get vaccinated in a video message produced in conjunction with the Ad Council. ["Pope Francis urges people to get vaccinated against Covid-19." Vatican News. August 2021. https://www.vaticannews.va/en/pope/news/2021-08/pope-francis-appeal-covid-19-vaccines-act-of-love.html.]

1. Pope Francis stated, "Thanks to God's grace and to the work of many, we now have vaccines to protect us from Covid-19," and added that vaccines "bring hope to end the pandemic, but only if they are available to all and if we collaborate with one another." [Id.]

1. Pope Francis went on to say that getting a Covid jab that is "authorized by the respective authorities" is an "act of love." [Id.]

1. At a Christian Cultural Center in Brooklyn on September 26, 2021, the new governor of New York, DEFENDANT Kathy Hochul stated to the audience: "I need you to be my apostles. I need you to go out and talk about it and say, we owe this to each other. We love each other. Jesus taught us to love one another and how do you show that love but to care about each other enough to say, please get the vaccine ..."

1. In that same speech, DEFENDANT Hochul proclaimed that the vaccine came from God. She stated, "God did answer our prayers. He made the smartest men and women, the scientists, the doctors, the researchers — he made them come up with a vaccine."

1. DEFENDANT Hochul has also stated that Pope Francis, leader of the Catholic Church that endorsed slavery agrees with her position.

1. On October 3, 2021, Hochul gave a speech at a women's rights rally, stating that she would protect women's reproductive rights, while simultaneously allowing for the state and businesses to have autonomy over all people's bodies by pushing for mandatory vaccination of all people.

1. Interjecting God into this matter is blasphemous and constitutes a violation of the separation of church and state.

1. Despite claims to the contrary, the COVID-19 vaccines produced by DEFENDANTS Pfizer, Johnson & Johnson and Moderna are not "safe and effective."

[Safety]

1. All of the ingredients used to make the COVID-19 vaccine are unknown to the public.

1. On October 6, 2021, Project Veritas interviewed Melissa Strickler, managing quality auditor at DEFENDANT Pfizer, who leaked internal emails from DEFENDANT Pfizer's Chief Scientific Officer and Senior Director of Worldwide Research discussing vaccine's ingredients that are intentionally being withheld from the public.

1. In a February 4, 2021 e-mail from Advait Badkar to Vanessa Gelman and others, it states: "Hi Vanessa. This question came in as an enquiry to our Med Info group. Specifically they are asking 'did Pfizer make use of a cell line from an aborted fetus when carrying out any confirmatory tests for this vaccine?' This is AFTER we had already confirmed with the customer that no cell lines from an aborted fetus were used in the manufacturing process of the COVID-19 mRNA Vaccine BNT162b2."

1. On February 4, 2021 at 4:52PM, DEFENDANT Pfizer executive Vanessa Gelman said: "I prefer we do not use the text in yellow." (emphasis in the original)

1. The text in yellow stated: "Human fetal derived cell lines are not used to produce our investigational vaccine, which consists of synthetic and enzymatically produced components. One or more cell lines with an origin that can be traced back to human fetal tissue has been used in laboratory tests associated with the vaccine program."

1. DEFENDANT Pfizer executive Vanessa Gelman said: "We want to avoid having the information on the fetal cells floating out there...[W]e believe that the risk of communicating this right now outweighs any potential benefit we could see, particularly with general members of the public who may take this information and use it in ways we may not want it out there...avoid raising this if possible."

1. DEFENDANT Pfizer executive Gelman also stated: "We have been trying as much as possible to not mention the fetal cell lines. So we would really like to stay focused on the first part if possible — this is what we have said most recently for inquiries received via our Board of Directors and through direct emails to Mikael Dolsten....The piece in yellow we have tried really hard to not share unless it's strictly necessary and mission critical."

1. DEFENDANT Pfizer's Vice President and Chief Scientific Officer of Viral Vaccines, Philip Dormitzer, also responded: "Hi Advait, Copying Vanessa Gelman from our Communications group. We have an approved answer to this question, which she probably can provide. HEK293T cells, used for the IVE assay, are ultimately derived from an aborted fetus. On the other hand, the Vatican doctrinal committee has confirmed that they consider it acceptable for Pro-Life believers to be immunized. Pfizer's official statement couches the answer well and is what should be provided in response to an outside inquiry."

1. Gelman also deleted her LinkedIn page and her current employment status at DEFENDANT Pfizer is unknown.

1. Most aborted fetuses are of Afrcian descent.

1. The specific contents of each vaccine are not exactly the same.

1. With regards to COVID-19 vaccine's "safety," more people have experienced adverse reactions and/or died within the first nine months than all other vaccines combined.

1. The COVID-19 vaccine is not "safe" because short-term adverse effects have included blood clotting, bleeding, autoimmune disease, thrombosis in the brain, stroke, myocarditis, pericarditis blood clots, strokes ending in severe paralysis, pulmonary embolisms, Graves' disease, menstrual irregularities and death to name a few.

1. "On September 28, a scientific journal, JAMA Neurology, reported a new series of cases of cerebral venous sinus thrombosis (CVST) linked to COVID-19 vaccinees, confirming the severity of the reaction and the associated high mortality rate, and another journal confirmed the resumption of hepatitis C in a patient related to the jab." [Kennedy, Jr., pg. 90.]

117

1. The COVID vaccines that qualified for Emergency Use Authorization include novel platforms like mRNA and DNA with no known safety profile. Others use toxic adjuvants like squalene and aluminum or novel adjuvants, with proven risks and potentially high rates of serious injuries. [Kennedy, Jr., pg. 35.]

1. DEFENDANT Moderna has described its COVID-19 vaccine as an "operating system."

1. According to DEFENDANT CDC's website, "Messenger RNA (mRNA) vaccines teach our cells how to make a protein that will trigger an immune response inside our bodies."

1. DEFENDANT CDC's website states that "researchers have been studying and working with mRNA vaccines for decades."

1. Vaccine manufacturers settled on the spike protein as an antigen that would induce an immune response in the body.

1. Vaccine-generated spike proteins are pathogenic.

1. The spike protein is a "uniquely dangerous" transmembrane fusion protein that is an integral part of the SARS-CoV-2 virus. [Whitney.]

1. "'The S protein plays a crucial role in penetrating host cells and initiating infection.' It also damages the cells in the lining of the blood vessel walls which leads to blood clots, bleeding, massive inflammation and death." [Whitney.]

1. "Salk researchers and collaborators show how the protein damages cells, confirming COVID-19 as a primarily vascular disease...SARS-CoV-2 virus damages and attacks the vascular system (aka—The circulatory system) on a cellular level...scientists studying other coronaviruses have long suspected that the spike protein contributed to damaging vascular endothelial cells, but this is the first time the process has been documented..." ["COVID-19 Is a Vascular Disease: Coronavirus' Spike Protein Attacks Vascular System on a Cellular Level." SciTech Daily. https://scitechdaily.com/covid-19-is-a-vascular-disease-coronavirus-spike-protein-attacks-vascular-system-on-a-cellular-level/.]

1. "[T]he spike protein alone was enough to cause disease. Tissue samples showed inflammation in endothelial cells lining the pulmonary artery walls. The team then replicated this process in the lab, exposing healthy endothelial cells (which line arteries) to the spike protein. They showed that the spike protein damaged the cells by binding ACE2...."If you remove the replicating capabilities of the virus, it still has a major damaging effect on the vascular cells, simply by virtue of its ability to bind to this ACE2 receptor, the S protein receptor, now famous thanks to COVID." ["COVID-19 Is a Vascular Disease: Coronavirus' Spike Protein Attacks Vascular System on a Cellular Level." SciTech Daily. https://scitechdaily.com/covid-19-is-a-vascular-disease-coronavirus-spike-protein-attacks-vascular-system-on-a-cellular-level/.]

1. "Research suggests this could lead to the production of spike protein in unintended places, including the brain, ovaries and spleen, which may cause the immune system to attack organs and tissues resulting in damage, and raises serious questions about genotoxicity and reproductive toxicity risks associated with the vaccine." [Children's Health Defense.]

1. "Studies indicate that the protein is able to gain access to cells in the testicles, and may disrupt male reproduction." [Hodgkinson.]

1. "Furthermore, the genetic code the virus carries contains inserts that make it 'extremely plausible' that the protein could misfold into a prion (such as held responsible for mad cow disease in the 1980s), causing widespread damage to brain cells and increasing the risk of conditions including Alzheimer's and Parkinson's disease." [Hodgkinson.]

1. The FDA brought these experimental "new technology" vaccines into service before they had the slightest inkling of where the substance in the vaccine would end up in the body.

1. DEFENDANT Johnson & Johnson's vaccine is "linked to a blood clotting condition known as thrombosis with thrombocytopenia syndrome, or TTS. The AstraZeneca vaccine has also been associated with the blood clot issue." [Lovelace, Jr.]

1. On April 17, 2021, DEFENDANT United States of America's Surgeon General Vivek Murthy stated to "the 6.8 million Americans who have received" DEFENDANT Johnson & Johnson coronavirus vaccine, "You will be just fine" despite the pause on DEFENDANT Johnson & Johnson's vaccine continued. [Alexander Nazarya. "'You will be just fine,' says surgeon general of Johnson & Johnson vaccine, though pause continues." Yahoo! News. April 16, 2021. https://news.yahoo.com/you-will-be-just-fine-says-surgeon-general-of-johnson-johnson-vaccine-though-pause-continues-181320913.html.]

1. On April 23, 2021, "[f]ollowing a thorough safety review, including two meetings of the CDC's Advisory Committee on Immunization Practices, the [DEFENDANTS] U.S. Food and Drug Administration and the U.S. Centers for Disease Control and Prevention have determined that the recommended pause regarding the use of the Johnson & Johnson (Janssen) COVID-19 Vaccine in the U.S. should be lifted and use of the vaccine should resume." [https://www.fda.gov/news-events/press-announcements/fda-and-cdc-lift-recommended-pause-johnson-johnson-janssen-covid-19-vaccine-use-following-thorough.]

1. On July 12, 2021, DEFENDANT FDA announced that DEFENDANT Johnson & Johnson's vaccine could "trigger neurological condition." [Hellen Branswell. "J&J's Covid-19 vaccine may trigger neurological condition in rare cases, FDA says." STAT. July 12,

2021. https://www.statnews.com/2021/07/12/jjs-covid-19-vaccine-may-trigger-neurological-condition-in-rare-cases-fda-says/.]

1. On December 16, 2021, DEFENDANT CDC reported that "people shouldn't get [DEFENDANT] Johnson & Johnson's COVID-19 vaccine when [DEFENDANTS] Pfizer-BioNTech and Moderna shots are available" [Berkeley Lovelace Jr. and Sara G. Miller. "CDC Recommends People Not Get J&J Vaccine If Pfizer, Moderna Are Available." NBC News. December 17, 2021. https://www.nbcnews.com/health/health-news/cdc-panel-recommends-people-not-get-jj-vaccine-pfizer-moderna-availabl-rcna8987.]

1. "In a very emotional interview, Denver police officer Jose Manriquez, appearing on Fox News along with his attorney, explains how he reluctantly took the Pfizer COVID-19 shot in order to keep his job, and now can no longer walk by himself. He is a 34-year-old father of four and military veteran who had recovered from COVID-19, and was allegedly in good health prior to receiving the Pfizer shot."

1. Israel, Iceland, Canada, Norway, Sweden and Denmark have all recognized the increased risk of Moderna's vaccine for the heart conditions.

1. "In October 2021, Sweden, Denmark, and Finland announced that they will pause the use of Moderna's COVID vaccine for children under 18 years of age, after increased reports of inflammatory diseases like myocarditis and pericarditis." [Kennedy, Jr., pg. 91.]

1. On October 18, 2021, IB Times released an article stating that "more than 140 fully vaccinated individuals in Oregon have died of COVID-19 despite receiving the vaccine developed by Pfizer-BioNTech, according to state data" as of October 14, 2021. [Danielle Ong. "143 Fully Vaccinated Oregon Residents Who Received Pfizer Vaccine Have Died Of COVID-19." IB Times. October 18, 2021.]

1. The article also reported that the "state recorded 15,057 breakthrough infections and 562 breakthrough hospitalizations among Pfizer recipients since the beginning of the pandemic, according to the latest data." [Danielle Ong. "143 Fully Vaccinated Oregon Residents Who Received Pfizer Vaccine Have Died of COVID-19." IB Times. October 18, 2021.]

1. The article also reported that "[a]mong those who received those two-dose Moderna vaccine, 72 have died of COVID-19 [and] there have also been 7,938 breakthrough cases and 333 breakthrough hospitalizations."

1. As for Johnson & Johnson, 34 recipients have died, while 203 have been admitted and 3,648 J&J recipients have been diagnosed with COVID-19.

1. The article also reported that "majority of Oregon residents with COVID-19 are patients aged 65 and older." [Danielle Ong. "143 Fully Vaccinated Oregon Residents Who Received Pfizer Vaccine Have Died Of COVID-19." IB Times. October 18, 2021.]

1. VAERS "recorded nearly 800,000 injuries by the 9½ months between December 14, 2020 and October 2021, with 112,000 classified as 'serious.'" [Kennedy, Jr., pg. 90.]

1. "A 2010 HHS study of the government's notoriously dysfunctional VAERS concluded that VAERS detects 'fewer than 1 percent of vaccine injuries.'" [Kennedy, Jr., pg. 72-73.]

1. In late October 2021, the FDA, via letter, "admitted that VAERS is worthless for detecting vaccine injuries." [Kennedy, Jr., pg. 91.]

1. The FDA stated: "We have determined that an analysis of spontaneous postmarketing adverse events [VAERS reports] reported under section 505(k)(l) of the FDCA [Federal Food, Drug and Cosmetic Act] will not be sufficient to assess known serious risks of myocarditis and pericarditis and identify an unexpected serious risk of subclinical myocarditis. Furthermore, the pharmacovigilance system that FDA is required to maintain under section 505(k)(3) of the FDCA is not sufficient to assess those risks." [Kennedy, Jr., pg. 91.]

1. "Pfizer either did not report several severe injuries — short of death — or deceptively deemphasized their severity, during clinical trials, including neurological harm, thrombocytopenia, blood clots, strokes, embolisms, aneurysms, myocarditis, Bell's palsy, Guillain-Barré syndrome, multi-organ failure, amputation, blindness, paralysis, tinnitus, and menstrual harms. More than 30,000 women in the UK and 6,000 in the US have complained of the latter." [Kennedy, Jr., pg. 90.]

1. Thus, "VAERS missed OVER 99 percent of vaccine injuries, thereby lending the illusion of safety to even the most deadly inoculations." [Kennedy, Jr., pg. 73.]

1. "In 1976, US regulators pulled the swine flu vaccine after it was linked to 25 deaths. In contrast, between December 14, 2020 and October 1, 2021, American doctors and bereaved families have reported more than 16,000 deaths and a total of 778,685 injuries to the Vaccine Adverse Event Reporting System (VAERS) following COVID vaccination." [Kennedy, Jr., pg. 87.]

119

1. "Health workers have administered billions of vaccines during the past thirty-two years, yet in just eight months, the COVID vaccines have injured and killed far more Americans than all other vaccines combined over three decades." [Kennedy, Jr., pg. 87-88.]

1. "VAERS data show the huge spikes — 69.84 percent — of deaths occurring during the two weeks after vaccination, 39.48 percent within 24 hours of the injections. According to CDC's fatality data, a COVID vaccine is 98 times more likely to kill than a flu vaccine." [Kennedy, Jr., pg. 88.]

1. "A recent peer-reviewed study in the high-gravitas Elsevier journal Toxicology Reports found that COVID-19 vaccines kill more people in each age group than they save." [Kennedy, Jr., pg. 88.]

1. "[A] September 2021 analysis by a team of prominent scientists and mathematicians convened by Silicon Valley entrepreneur Steve Kirsch — of half a dozen population and surveillance system databases, including VAERS — using eight different independent methods, attributes 150,000 deaths to COVID vaccines in the United States since January 2020." [Kennedy, Jr., pg. 88.]

1. Kirsch's study "found that vaccines kill more people than they save in every age range" and the results were "consistent with Pfizer's six-month clinical trial finding that people who took the vaccine were more likely to die than people who didn't take the vaccine." [Kennedy, Jr., pg. 88.]

1. Kirsch has offered a million-dollar reward for anyone who finds an error in his calculation. [Kennedy, Jr., pg. 88.]

1. "One of CDC's bold deceptions is to hide vaccine mortalities in US data by counting all people as 'unvaccinated' unless their deaths occur more than two weeks AFTER the second vaccine." [Kennedy, Jr., pg. 89.]

1. "The CDC utilized an even brassier canard to support President Joe Biden's claim that 98 percent of vaccine hospitalizations and deaths were among the unvaccinated. In an August 5 video statement, CDC director [Rochelle Walensky]...admitted that CDC included hospitalization and mortality data from January through June 2021 in its calculation. The vast majority of the US population were, of course, unvaccinated during that time frame, so it makes sense that almost all hospitalizations would therefore be only among the unvaccinated." [Kennedy, Jr., pg. 89.]

1. Social media and mainstream outlets censored or removed stories that suggested a vaccine association. [Kennedy, Jr., pg. 307.]

1. DEFENDANT Gates-funded "fact checker" organizations "debunked" any link. [Kennedy, Jr., pg. 307.]

1. The long-term effects of the COVID-19 vaccines are unknown.

1. The FDA confessed that Americans have no way of assessing the risks from COVID vaccines. [Kennedy, Jr., pg. 91.]

1. Man's God-given immune system isn't manufactured with aborted fetal cells and mRNA nanotechnology.

1. If God was actually responsible for making the vaccine, it would not result in so many adverse reactions and deaths from those who have taken it.

[Warnings]

1. A number of scientist tried to warn us about the dangers of the COVID-19 vaccine.

1. Dr. Byram Bridle (who is a viral immunologist and associate professor at University of Guelph, Ontario) summed it up: "We made a big mistake. We didn't realize it until now... We thought the spike protein was a great target antigen, we never knew the spike protein itself was a toxin and was a pathogenic protein. So, by vaccinating people we are inadvertently inoculating them with a toxin." [Neville Hodgkinson. "Vaccine scientist: 'We've made a big mistake.'" Conservative Woman. June 7, 2021. https://www.conservativewoman.co.uk/vaccine-researcher-weve-made-a-big-mistake/.]

1. Dr. Bridle stated: "There's a couple of key pieces of scientific information that we've been privy to, in the past few days, that has made the final link, so we understand now — myself and some key international collaborators — we understand exactly why these problems [with the vaccine] are happening.' One of these 'is that the spike protein, on its own, is almost entirely responsible for the damage to the cardiovascular system, if it gets into circulation. Indeed, if you inject the purified spike protein into the blood of research animals they get all kinds of damage to the cardiovascular system, and it can cross the blood-brain barrier and cause damage to the brain."

1. Dr. Bridle stated: "At first glance that doesn't seem too concerning because we're injecting these vaccines into the shoulder muscle. The assumption, up until now, has been that these vaccines behave like all of our traditional vaccines: they don't go anywhere other than the injection site, so they stay in our shoulder. Some of the protein will go to the local draining lymph node in order to activate the immune system. However — this is where the cutting edge science has come in, and this is where it gets scary — through a request for information from the Japanese regulatory agency, myself and several international collaborators have been able to get access to what's called the biodistribution study. It's the first time ever that scientists have been privy to

120

seeing where the messenger RNA vaccines go after vaccination; in other words, is it a safe assumption that it stays in the shoulder muscle? The short answer is, absolutely not. It's very disconcerting. The spike protein gets into the blood and circulates over several days post-vaccination."

1. Dr. Robert Malone is the maker of the mRNA vaccine.

1. "Malone is the president of the Rome Declaration of Physicians, signed by 10,000 doctors and counting, which calls for doctors to be able to prescribe according to the evidence and their training rather than politics — a concept that should hardly need a declaration." [McGovern.]

1. On October 7, 2021, Dr. Robert Malone, the inventor of the mRNA vaccine, complained in a tweet that America's people were almost utterly blind to the floods of adverse vaccine events that were killing and debilitating their countrymen: 'The real problem is here is the damn press and the internet giants. The press and these tech players act to manufacture and reinforce 'consensus' around selected and approved narratives. And then this is being weaponized to attack dissenters, including highly qualified physicians.'" [Kennedy, Jr., pg. 73.]

1. Dr. Christina Parks, an African American scientist with a Ph.D. in cellular and molecular biology from the state of Michigan, gave expert testimony on August 19, 2021 before the [name of legislative body] in support of House Bill 4471, which prohibits certain vaccinations as a condition of employment.

1. Dr. Parks said she was "well versed in the science of both mRNA gene therapy vaccines, this kind of technology, as well as what a vaccine is designed to do in the body, what it can do, what it can't do."

1. "This is extremely complex science that has been oversimplified in the media to basically take away our freedom of choice." [Dr. Park.]

1. "Vaccine requirements and mandates are based on the faulty assumption that the vaccines in question prevent transmission of the pathogen. Does the vaccine for dTAP prevent transmission? No. Does the vaccine for flu prevent transmission? No. Do the vaccines for COVID prevent transmission? No. In fact, they were never designed to do that. All right, so you're asking, 'What about this 95% effectiveness?' If you look at those clinical trials, they do not say that they prevent transmission. They expressly say that they're measuring whether they attenuate symptoms. So they're 95% effective based on their clinical trials at attenuating symptoms for the first variant which is essentially gone in our population. Right now, the predominant variant is the delta. CDC Director Walensky basically said that these vaccines have no ability to prevent infection by and transmission of the delta variant." [Dr. Parks.]

1. "Our policies need to be built, not on the hope of something we want it to do, but what the data actually tells us. Do the vaccines prevent the virus from infecting and replicating in the nose and nasopharynx? No. They've only been shown to prevent that replication in the lungs. They're different. The mucosa [in] the lungs is very different than the blood. You inject it into the blood, you make antibodies in your blood. The virus isn't infecting your blood. It's affecting your mucosa and you don't produce any IGA [immunoglobulin A] to neutralize it." [Dr. Parks.]

1. "In fact, recent studies have shown that the vaccinated, especially with the delta variant, and the unvaccinated have similar amounts of virus in their nose and throat. In Barnstable, Massachusetts, the CDC tracked an outbreak of 469 cases of COVID, 74% occurred in fully vaccinated and 4 out of 5 of those hospitalized, were vaccinated." [Dr. Parks.]

1. On October 31, 2021, Dr. Christina Parks stated that DEFENDANTS Moderna, Johnson & Johnson and Pfizer have hidden the fact that their vaccines are a form of "gene therapy."

1. "So maybe they're mandating this because they just didn't know with COVID, so my main complaint is with our health agencies and the CDC who basically know better and are misleading the public."

1. "Let's look at dTAP, which the scientists and the CDC has known, since 2014, that the acellular pertussis does not prevent people from getting infected with the pertussis bacteria and passing it to others. In fact, it was never designed to do that. The vaccine was designed to neutralize the pertussis, this toxin. Pertussis, we know it as whooping cough, and it's fatal in children under six months so neutralizing this toxin saves lives. I'm not going to debate that, but what it doesn't do is neutralize the bacteria. So what ends up happening is that fully vaccinated children go to daycare, they pick up that bacteria, and they come home and give it to their newborn brother or sister. They get deathly ill and they go the hospital. Hopefully, our medical professionals are able to save them, but, who do they blame? Now, the CDC is blaming antivaxxers for the limitations of this vaccine's design. I suggest that they be transparent and tell parents that although it is preventing severe disease in their children, it is not preventing transmission because we have created a whole class of asymptomatic pertussis carriers who are increasing the disease. The old dTAP vaccine that many of you my age or older got did prevent transmission. When we switched to the safer, acellular version, they knew that it was never designed to prevent transmission. It was safer, it had less adverse events,

but pertussis cases have gone through the roof. There's a resurgence in pertussis because of the design of the vaccine and the vaccinologist know this [and] they're trying to address it, so we cannot mandate something that does not prevent transmission."

1. "What about the flu vaccine? Well, [studies] have shown that there's no statistical difference if you're vaccinated or unvaccinated whether you get the flu or not. But, it's even worse because although that first year it is somewhat effective, it's about 65% effective at preventing symptoms in you, after that, it actually has negative efficacy." [Dr. Parks.]

1. "I want to address this because it's very important: Vaccines are made to a specific variant and when that variant mutates, the vaccine no longer recognizes it, so it's like you're looking at a completely new virus. Because that's so, you actually get more severe symptoms when you're vaccinated against one variant and then it mutates, and your body sees the other variant. So there's potential, and the science shows with the flu, that if you get vaccinated in multiple years, you're more likely to get severe disease, you're more likely to have more viral replication and you're more likely to be hospitalized – both in adults and in children. We are seeing the same thing in COVID with the delta variant. So we're mandating that people get a vaccine that could actually make them more sick when they're exposed to the virus? In fact, this week, a paper came out and what it showed, is that with this delta variant, when you're vaccinated, your body makes antibodies that are supposed to neutralize the virus, but they were supposed to neutralize the old variant. When they see this new variant, the antibodies are taking the virus and helping it infect the cells. That science was just published this week and we need to be looking at the science and we need our policies to reflect the science and we also need it to reflect our rights."  [Dr. Parks.]

1. "As a Ph.D. who knows the science, I am in the category of the most vaccine hesitant group. Yes, PhDs are the most vaccine hesitant, followed by people who have less than a high school degree because they know what they don't know and they don't trust their government. The other group that are very vaccine hesitant are African Americans. 70 percent of African Americans have not taken this vaccine. Why? Because they don't trust their government. Do they have reason not to trust their government? Well, between the years of 1930 and 1970, the CDC conducted the Tuskegee Experiment where they took untreated males with syphilis and they refused to treat them. Even after antibiotics became available, they still did not treat them and they did not tell them that they had syphilis. They told those people that they were there to secure their health and they did not secure their health. They abused them. You say, 'That was in the past' although I don't think 1970 was that long ago, well in 2012, a whistleblower William Thompson came out and said 'We published a study that said MMR does not cause autism, but we lied. In fact, we shredded data which showed that black boys are vaccinated on time, they have increased rates of autism diagnosis. We shredded it and we left it out of the paper.' As an African American and a PhD, I want to ask each of you: Are we going to exclude 70% of African Americans people from the workforce and from education? My ancestors did not work this hard. I come from a family that worked very hard and I am very aware that my privileges are dependent on the work of my [grandparents and great-grandparents] and I have great respect for these people that put me where I am, and yet you're telling me that my son will not be able to educated if based on the history of African Americans in this country ,that he doesn't want to be vaccinated? So I will leave you with that question. Who are we going to exclude from the workforce? Are we going to continue with discrimination and segregation in the United States of America?"

1. "When [the virus] was released, my immediate thought was biological warfare. I'm glad the virus wasn't as severe as they originally hyped it up to be...but they had power to do that, so I didn't know." [Dr. Parks.]

1. "Many people do not understand the very complex molecular biology that's involved, especially with the J&J [vaccine]. They could put as many genes as they want, they could put regulatory elements, upstreaming them, and make it so that when you eat cheese, they express a gene that promotes cancer. They could make it so it silences the genes that protect you from cancer. They could make it where you go septic. They could do all kinds of [things] to destroy you. They could spray something that activates the expression of that....We're trusting that what's in there is what they say it is, that spike protein is absolutely toxic. These researchers are not that stupid and if they are, they should be in prison...There have been scientists screaming from the beginning, 'You cannot put that whole spike protein in there,' They've been studying this for twenty years. They have been studying coronaviruses for twenty years. This idea that it came out of a bat cave, when people have been chimeric making ____ coronaviruses putting them in the freezer for twenty years, no! It's beyond the pale lie and it's time to hold them to account." [Dr. Parks.]

1. Dr. Judy "Mikovits thinks the COVID-19 vaccine is a bioweapon designed to destroy your innate immunity and set you up for rapid onset of debilitating illness and premature death. She too suspects many will die rather rapidly. 'It's not going to be 'live and suffer forever,' she says. 'It's going to be suffer five years and die.'" [Dr. Joseph Mercola. Mercola. https://articles.mercola.com/sites/articles/archive/2021/05/30/covid-19-vaccines-causing-damage.aspx.]


[Efficacy]

1. DEFENDANT CDC updated its guidelines temporarily on March 13, 2021 to say that fully vaccinated people no longer needed to wear a face mask or stay 6 feet away from others in most settings, whether outdoors or indoors.

1. DEFENDANT CDC Director Dr. Rochelle Walensky said: "Anyone who is fully vaccinated can participate in indoor and outdoor activities, large or small, without wearing a mask or physical distancing. If you are fully vaccinated, you can start doing the things that you had stopped doing because of the pandemic. We have all longed for this moment, when we can get back to some sense of normalcy."

1. On March 29, 2021, DEFENDANT CDC's Director Walensky stated during an MSNBC interview with Rachel Maddow: "Our data from the CDC today suggests that vaccinated people do not carry the virus, don't get sick, and that it's not just in the clinical trials, but it's also in real-world data." [Azmi Haroun and Hilary Brueck. "CDC director says data 'suggests that vaccinated people do not carry the virus.'" Business Insider. March 30, 2021. https://www.businessinsider.com/cdc-director-data-vaccinated-people-do-not-carry-covid-19-2021-3.]

1. Walensky is a "Jew-ish" woman of EurAsian descent. [Maayan Jaffe-Hoffman. "This Jewish woman has become the face of America's fight against COVID." The Jerusalem Post. September 12, 2021. https://www.jpost.com/50-most-influential-jews/rochelle-p-walensky-678108.]

1. A few days later, DEFENDANT CDC "distanced itself from comments made by its director, Rochelle Walensky, who earlier in the week suggested that vaccinated people do not carry the COVID-19 virus. A CDC spokesperson told The New York Times that Walensky 'spoke broadly' and that the evidence to support her claim 'isn't clear.'" [Azmi Haroun and Paul Squire. "The CDC walked back comments from its director suggesting that vaccinated people couldn't 'carry the virus.'" Business Insider. April 2, 2021. https://www.businessinsider.com/cdc-vaccination-comments-director-rochelle-walensky-2021-4.]

1. On July 21, 2021, during a town hall hosted by CNN, DEFENDANT Biden stated: "You're not going to get COVID if you have these vaccinations." [Amy Sherman. "Joe Biden exaggerates efficacy of COVID-19 vaccines." PolitiFact. July 22, 2021. https://www.politifact.com/factchecks/2021/jul/22/joe-biden-biden-exaggerates-efficacy-covid-19-vaccines/.]

1. On July 27, 2021, DEFENDANT CDC reversed its guidelines, telling vaccinated people that they still had to wear masks.

1. COVID-19 vaccines are not effective because they "prevent neither transmission nor infection, nor reductions in viral loads." [Kennedy, Jr., pg. 76.]

1. There is "uncontestable proof that COVID vaccine efficacy drops precipitously almost immediately after vaccination." [Kennedy, Jr., pg. 91.]

1. The efficacy of COVID-19 vaccines drop almost immediately after vaccination.

1. "An October 3, 2021 study in the peer-reviewed journal BioRxiv by Stanford and Emory University scientists suggests that antibody levels generated by the Pfizer-BioNTech vaccine can suffer a ten-fold decrease seven months after the second vaccination." [Kennedy, Jr., pg. 92.]

1. "A second study published the same week confirms that the immune protection offered by two doses of Pfizer's COVID-19 vaccine drops off after only two months." [Kennedy, Jr., pg. 92.]

1. "Another government-funded study in October [Sarah Y. Tartof, Ph.D. et al, "Effectiveness of mRNA BNT162b2 COVID-19 vaccine up to 6 months in a large integrated health system in the USA: a retrospective cohort study." The Lancet.] confirms the decline in vaccine effectiveness in England finding that the reduction in transmission 'declined over time since second vaccination, for Delta reaching similar levels to unvaccinated individuals by 12 weeks for [the AstraZeneca.vaccine] and attenuating substantially for [Pfizer].'" [Kennedy, Jr., pg. 92.]

1. Tartof's study "found that vaccine effectiveness against infection plummeted from 88 percent during the first month after double vaccination to 47 percent after five months. The researchers found vaccine effectiveness against Delta infection was 93 percent during the first month after double vaccination but dropped to 53 percent after four months." [Kennedy, Jr., pg. 92.]

1. "Dr. Fauci's official theology makes 'unvaccinated' America's national scapegoat, holding that they are more likely to spread disease and therefore should not be allowed to participate in civic life." [Kennedy, Jr., pg. 94.]

1. The data across multiple sources and studies proves that the vaccinated are just as infectious as the unvaccinated.

1. "Overwhelming science has proven that vaccinated and unvaccinated individuals are equally as likely to spread disease." [Kennedy, Jr., pg. 76.]

1. "In July 2021, the CDC found that fully vaccinated individuals who contract the infection have as high a viral load in their nasal passages as unvaccinated individuals who get infected." [Kennedy, Jr., pg. 94.]

1. "Another study from Indonesia supported this observation, nothing that vaccinated individuals carry 251x the viral loads of Delta and other mutant variants than they did in the pre-vaccine era." [Kennedy, Jr., pg. 94-95.]

1. "An October 2021 investigation by Israel's medical authorities of a COVID-19 outbreak in a highly vaccinated population of health workers at the Meir Medical Center in Sheba recorded 23.3 percent of patients and 10.3 percent of staff infected, despite a 96.2 percent vaccination rate among exposed individuals." [Kennedy, Jr., pg. 95.]

1. "The researchers recorded multiple transmissions between two fully vaccinated individuals, both wearing masks, and in one instance using full PPE, including N-95 mask, face shield, gown, and gloves." [Kennedy, Jr., pg. 95.]

1. "An October 2021 investigation by Israel's medial authorities of a COVID-19 outbreak in a highly vaccinated population of health workers at the Meir Medical Center in Sheba recorded 23.3 percent of patients and 10.3 percent of staff infected, despite a 96.2 percent vaccination rate among exposed individuals. Moreover, the researchers recorded multiple transmissions between two fully vaccinated individuals, both wearing surgical masks, and in one instance using full PPE, including N-95 mask, face shield, gown, and gloves." [Kennedy, Jr., pg. 95.]

1. The DEFENDANT United States of America's government now acknowledges that those who are vaccinated can get coronavirus, but state that you won't end up in the hospital or dead.

1. DEFENDANT CDC's Director Walensky admitted during an August 5, 2021 interview with CNN's Wolf Blitzer that COVID-19 vaccine "cannot prevent transmission." [Gateway Pundit. https://www.thegatewaypundit.com/2021/10/cdc-director-walensky-covid-vaccines-cannot-prevent-transmission-china-coronavirus-video/.]

1. Walensky also stated: "So if you're going home to someone who is not vaccinated...I would suggest you wear a mask in public indoor settings."

1. "CDC acknowledges that vaccinated individuals carry at least as many COVID germs in their noses as the unvaccinated. CDC cited this revelation to justify its August 2021 mask mandate." [Kennedy, Jr., pg. 95.]

1. Dr. McCullough observed: "[E]ach vaccinated person is now a kind of Typhoid Mary for COVID, spreading concentrated viral loads of vaccine resistant mutants to vaccinated and unvaccinated alike." [Kennedy, Jr., pg. 95.]

1. Although the vaccinated could still contract COVID-19, they didn't have to be tested regularly or show proof of their negative status.

1. It cannot be disputed that current vaccines are ineffective against newer strains.

1. In an August 25, 2021 article published by The BMJ Opinion, they stated: "More vaccinated people are dying of the delta variant of covid than unvaccinated people, according to a recent report from Public Health England. The report shows that 489 of 742 people (65.9%) who died of the delta variant within 28 days of a positive covid test between 1 February 2021 and 2 August 2021, had received at least one dose of the vaccine. 54.1% (402 of 742) had received both doses." [https://blogs.bmj.com/bmj/2021/08/25/significant-proportions-of-people-admitted-to-hospital-or-dying-from-covid-19-in-england-are-vaccinated-this-doesnt-mean-the-vaccines-dont-work/]

1. "While most Delta infections have been in people who have not had a vaccine, data also has shown the variant to have increased transmissibility even among some vaccinated people." [Katella.]

1. It cannot be disputed that a person can never be "fully" vaccinated.

1. Although two vaccines were initially required for the Pfizer and Moderna mRNA vaccines, in less than a year, the FDA has now recommended a booster and there is talks that a fourth vaccine might be needed.

1. It cannot be disputed that COVID-19 vaccine is responsible for the numerous variants that now exist, including delta, omicron and ihu.

1. On December 10, 2021, Reuters reported that "Most of the 43 COVID-19 cases caused by the Omicron variant identified in the United States so far were in people who were fully vaccinated, and a third of them had received a booster dose, according to a U.S. report published on Friday." [Mrinalika Roy. Reuters. "Most reported U.S. Omicron cases have hit the fully vaccinated - CDC." December 10, 2021. https://www.reuters.com/world/us/most-reported-us-omicron-cases-have-hit-fully-vaccinated-cdc-2021-12-10/.]

1. The article additionally stated: "The U.S. Centers for Disease Control and Prevention (CDC) said that of the 43 cases attributed to Omicron variant, 34 people had been fully vaccinated. Fourteen of them had also received a booster, although five of those cases occurred less than 14 days after the additional shot before full protection kicks in."

1. The surge in the number of COVID-19 cases were due to the vaccines.

1. The makers of these vaccines, including DEFENDANT Fauci, knew that they had the potential to make people worse than before taking the vaccine.

1. In an interview with Facebook founder Mark Zuckerberg in 2020, DEFENDNAT Fauci stated: "This would not be the first time, if it happened, that a vaccine that looked good in initial safety, actually made people worse. There's the history of the respiratory

vaccine in children which paradoxically which made the children worse. One of the HIV vaccines that we tested several years ago actually made individuals more likely to get infected."

1. It cannot be disputed that natural immunity is stronger than artificially induced immunity.

1. In a study published in August of 2021, they "demonstrated that natural immunity confers longer lasting and stronger protection against infection, symptomatic disease and hospitalization caused by the Delta variant of SARS-CoV-2, compared to the BNT162b2 two-dose vaccine-induced immunity. Individuals who were both previously infected with SARS-CoV-2 and given a single dose of the vaccine gained additional protection against the Delta variant." ["Comparing SARS-CoV-2 natural immunity to vaccine-induced immunity: reinfections versus breakthrough infections." MedRxiv. August 25, 2021. https://www.medrxiv.org/content/10.1101/2021.08.24.21262415v1.article-info.]

1. "A September 2021 Israeli study demonstrating that natural immunity provides 27x better protection against COVID than the Pfizer vaccine is just one of 29 recently published, peer-reviewed studies that vouch for the superiority of natural immunity." [Kennedy, Jr., pg. 76.]

1. In another "study published by the U.K.'s Office of National Statistics (ONS)," it "looked at more than 8,000 positive coronavirus tests across Britain between May and August, when delta was the dominant variant" and found that "people who had previously recovered from Covid-19 were about 71% less likely to contract it a second time" which "represents about the same level of protection the study found was offered by two doses of the vaccines made by Pfizer and AstraZeneca, which have been prominently used in Europe's inoculation drive." [Jemima McEvoy. Forbes. October 18, 2021. https://www.forbes.com/sites/jemimamcevoy/2021/10/18/prior-covid-infection-is-as-effective-at-preventing-the-virus-as-vaccination-uk-study-suggests/?sh=721ac60e589f.]

1. In all known cases, natural immunity is superior to vaccine-induced immunity, "being both more durable (if often lasts a lifetime) and broader spectrum — meaning it provides a shield against subsequent variants." [Kennedy, Jr., pg. 9.]

1. In pushing the vaccine, the DEFENDANTS United States of America, NIAID, Fauci and the CDC have "ignore[d] naturally acquired immunity among the COVID-19 recovered, of which there are more than 45 million in the United States." [Martin Kulldorff and Jay Bhattacharya. "How Fauci Fooled America | Opinion." Newsweek. November 1, 2021.]

1. On November 4, 2021, DEFENDANT Xavier Becerra admitted when asked by Sen. Paul, that he was "not familiar" with the study out of Israel showing that out of 2.5 million patients, the vaccinated were 7 times more likely to get infected with COVID than the people who'd acquired natural immunity.

1. In response, Paul stated: "Well, you would think that you would want to be if you're going to travel the country insulting the millions of Americans...who have had COVID, recovered, look at a study with 2.5 million people and say, 'Well, you know what? It looks like my immunity is as good as the vaccine or not. In a free country, maybe I out to be able to make that decision.' Instead, you've chosen to travel the country calling people...'flat earthers.' We find that very insulting. It goes against the science."

1. DEFENDANT Xavier Becerra is the Secretary of Health and Human Services.

1. Becerra is a lawyer and politician, and is not a medical doctor and did not obtain a degree in science.

1. "It is not true that an experimental injection is the only way one can reach immunity." [Skripac.]

1. The DEFENDANT United States of America and its agents, including but not limited to DEFENDANT Fauci, refused to advocate natural and holistic remedies to its citizens that are known to keep people healthy and/or boost one's immune system (e.g. healthy eating, sunlight, exercise, body contact, grounding, human contact, colloidal silver, black seed oil, elderberry, lysine, sea moss, mushrooms, zinc, etc.).

1. Thus, the COVID-19 vaccines "confer no benefits to individuals or society and their long-term costs are foreboding and largely unknown." [Kennedy, Jr., pg. 92.]

1. On September 21, 2021, the Surgeon General of Florida Dr. Joseph Ladapo stated: "Florida will completely reject fear as a way of making policies in public health. So we're done with fear. That's been something that's been, unfortunately, a centerpiece of health policy in the United States ever since the beginning of the pandemic and it's over here. Expiration date. It's done." [Brendan Farrington. "New Florida surgeon general on COVID: 'We're done with fear.'" Associated Press. September 21, 2021. https://apnews.com/article/business-health-florida-united-states-public-health-266fab39afaf6635bd10f96d7fb193ee.]

1. On January 9, 2022, it was reported by Staten Island Live that NYC is "considering vaccine mandates for the 2022-2023 school year." [Annalise Knudson. "NYC considering vaccine mandate for students for 2022-2023 school year, report says." SI Live. January 9, 2022. https://www.silive.com/education/2022/01/nyc-considering-vaccine-mandatefor-students-for-2022-2023-school-year-report-says.html.]

1. The debates surrounding COVID-19 have turned into a political issue, with most leaders of Democratic states (e.g. DEFENDANT State of New York, California) being in support of school closures, vaccines and vaccine mandates, while leaders of Republican states (e.g. Florida) have typically been against it.
1. As of October 6, 2021, US health officials ha[ve] administered more than 230 million doses of Pfizer's COVID vaccine, compared to 152 million doses of Moderna, and 15 million doses of Johnson & Johnson." [Kennedy, Jr., pg. 76.]

[Censorship and Efforts to Suppress the Truth]

1. Since the beginning of the "pandemic" until 2022, the mainstream media's coverage surrounding coronavirus and vaccines has been nonstop and relentless, spreading misinformation and creating fear.
1. In the early stages of the pandemic, American media outlets were caught lying and disseminating false reports to make the American public think the virus was worse than it was.
1. For example, on April 1, 2020, major media outlet CBS "admitted that alarming footage of an overflowing ward used during a report on the coronavirus crisis in Big Apple hospitals was actually shot in Italy." [Lee Brown. "CBS admits to using footage from Italy in NYC coronavirus report." April 1, 2020. The New York Post https://nypost.com/2020/04/01/cbs-admits-to-using-footage-from-italy-in-report-about-nyc/.]
1. Although the media reported that emergency rooms at hospitals across the nation were filled to capacity, many everyday citizens posted videos that many of the ERs in their cities were empty.
1. ER rooms filled to capacity but many people from around the country, including Hawaii, uploaded videos of the emergency rooms in their communities  having normal to little patients.
1. PLAINITFF Mr. Washington had a similar experience at his local hospital in Brooklyn, New York — Woodhull Hospital — where police attempted from seeing his doctor because they were only taking COVID-19 cases.
1. When the PLAINTIFF Mr. Washington was finally allowed into the hospital, the hospital was practically empty, aside from hospital personnel.
1. On another visit, PLAINTIFF Mr. Washington saw a group of medical workers practicing a Tik Tok dance in the hallway. He asked how did they have time to learn choreography when we were in the middle of a "pandemic"? No answer was given.
1. "By 2006, the tsunami of advertising revenues from pharmaceutical firms — about $4.8 billion annually — had already drowned out most of the voices of vaccine dissent in mainstream media. By 2020, those expenditures grew to $9.53 billion." [Kennedy, Jr., pg. 314.]
1. DEFENDANT BMGF has invested millions in journalism training and in researching effective ways of crafting media narratives to support DEFENDANT Gates's global ambitions. [Kennedy, Jr., pg. 314.]
1. For example, DEFENDANT Gates gave grants totaling nearly $1.5 million from 2015 through 2019 to the Center for Investigative Reporting — apparently to discourage investigative reporting." [Kennedy, Jr., pg. 314.]
1. "An August 2020 expose by Tim Schwab in the Columbia Journalism Review showed how Gates dispensed at least $250 million in grants to media outlets including NPR, Public Television (PBS), The Guardian, The Independent, BBC, Al Jazeera, ProPublica, The Daily Telegraph, The Atlantic, The Texas Tribune, Gannett, Washington Monthly, Le Monde, The Financial Times, The National Journal, Univision, Medium, and the New York Times to dampen journalistic appetites for — well — journalism." [Kennedy, Jr., pg. 314.]
1. BMGF has also "invested millions in journalism training and in researching effective ways of crafting media narratives to support Gates's global ambitions." [Kennedy, Jr., pg. 314.]
1. BMGF "frequently hosts 'strategic media partners' meetings at its headquarters in Seattle." [Kennedy, Jr., pg. 314.]
1. In 2013, BMGF "gave marketing colossus Ogilvy & Mather, a global public relations firm, a $100,000 grant for a project titled "Aid is Working: Tell the World."" [Kennedy, Jr., pg. 314.]
1. Gates also made "large strategic investments in Poynter and the International Network of Fact Checking Organizations, which dutifully 'debunks' virtually every public statement that seems critical of Gates, whether accurate or not." [Kennedy, Jr., pg. 315.]
1. In 2008, the communications chief for PBS NewsHour, Rob Flynn, explained that 'there are not a heck of a lot of things you could touch in global health these days that would not have some kind of Gates tentacle.' This was around the time when the foundation gave NewsHour $3.5 million to establish a dedicated pr5uction unit to report on important global health issues." [Kennedy, Jr., pg. 315.]
1. "Media recipients of pharma advertising dollars and Gates Foundation lucre like to characterize Gates as a 'public health expert.'" [Kennedy, Jr., pg. 309.]

126

1. "Mainstream media outlets unanimously parrot BBC's assessments that DEFENDANT Gates is a 'public health expert' and ridicule those who question whether the whole world should take his self-serving advice on lockdowns, masks, and vaccines." [Kennedy, Jr., pg. 315.]

1. Jeff Bezos's Washington Post called DEFENANT Gates the "champion of science-backed solutions." [Kennedy, Jr., pg. 315.]

1. The New York Times said that DEFENDANT Gates is "the most interesting man in the world." [Kennedy, Jr., pg. 315.]

1. Time Magazine named DEFENDANT Gates "Master of the Universe." [Kennedy, Jr., pg. 315.]

1. Forbes called DEFENDANT Gates "savior of the world" who "set the standard for a billionaire good citizen." [Kennedy, Jr., pg. 315.]

1. The Bill and Melinda Gates Foundation finances The Guardian's entire "Global Development" section. [Kennedy, Jr., pg. 314.]

1. "That shrewd investment presumably earned the couple this February 14, 2017 Guardian headline: "How Bill and Melinda Gates helped saved 122m lives — and what they want to solve next." [Kennedy, Jr., pg. 314.]

1. The Guardian also referred to DEFENDANT Gates and his partner Warren Buffett as "Superman and Batman."" [Kennedy, Jr., pg. 314.]

1. "In just the month of April 2020, while the virus and lockdowns were severely impacting the United States, Gates and Fauci did tag-team appearances on CNN, CNBC, Fox, PBS, BBC, CBS, MSNBC, the Daily Show, and the Ellen DeGeneres Show, reinforcing their self-serving messages about lockdowns and vaccines." [Kennedy, Jr., pg. 315.]

1. "None of those reporters mentioned the fact that the quarantines that Gates was cheerleading on their networks have increased Gates's wealth by $22 billion over twelve months." [Kennedy, Jr., pg. 315.]

1. In 2020, Netflix released a series about the creation of a universal vaccine called "Pandemic: How to Prevent an Outbreak."

1. DEFENDANT Bill Gates co-financed the series and also starred in it.

1. DEFENDANT Fauci's "direct and indirect control — through NIH, Bill & Melinda Gates Foundation, and the Wellcome Trust of some 57 percent of global biomedical research funding — guarantees him this sort of obsequious homage from leading medical researchers, allows him to craft and perpetuate the reigning global medical narratives, and can fortify the canon that he, himself, is science incarnate." [Kennedy, Jr., pg. xvii.]

1. "[D]rug makers rigorously control medical publishing and...The Lancet, NEJM, and JAMA are currently corrupted instruments of Pharma." [Kennedy, Jr., pg. 30.]

1. The Lancet editor, Richard Horton, confirms, "Journals have developed into information laundering operations for the pharmaceutical industry." [Kennedy, Jr., pg. 30.]

1. "Dr. Marcia Angell, who served as an NEJM editor for 20 years, says journals are 'primarily a marketing machine. Pharma, she says, has co-opted 'every institution that might stand in its way.'" [Kennedy, Jr., pg. 30.]

1. Since the beginning of the "pandemic," DEFENDANT United States of America's media organizations are suppressing all "misinformation" that proves the vaccines are not "safe and effective" and/or exposes their sinister conspiracy to strip hue-manity of their unalienable rights and civil liberties.

1. DEFENDANT United States of America and its conspirators have silenced independent journalists and thinkers who raise legitimate concerns over pharmaceutical industry corruption or the vaccines' safety and effectiveness.

1. "Google has a long history of suppressing information that challenges vaccine industry profits." [Kennedy, Jr., pg. 25.]

1. Google's parent company, Alphabet, owns several vaccine companies, including Verily, as well as Vaccitech, a company banking on flu, prostrate cancer and COVID vaccines. [Kennedy, Jr., pg. 25.]

1. "Google has lucrative partnerships with all the large vaccine manufacturers, including a $715 million partnership with GlaxoSmithKline." [Kennedy, Jr., pg. 25.]

1. "Verily also owns a business that tests for COVID infection." [Kennedy, Jr., pg. 25.]

1. Search engines have filled top search results on topics such as "COVID-19," "vaccines," "5G," etc. with favorable website pages, many belonging to fact checking sites, to limit exposure to DEFENDANT United States of America's diabolical plans for genocide.

1. On December 15, 2020, Facebook issued a statement advising users that they were starting a program to "work with third-party fact checking organizations that are signatories of Poynter's International Fact Checking Code of Principles."

1. In an e-mail from Facebook CEO Mark Zuckerberg to DEFENDANT Fauci, Zuckerberg "offered to provide a platform to Fauci to answer questions about the pandemic and "get authoritative information out." [Ed Browne. "Dr. Fauci on Redacted Mark Zuckerberg Emails: 'Friendly and Innocent.'" Newsweek. June 22, 2021. https://www.newsweek.com/dr-fauci-mark-zuckerberg-emails-friendly-innocent-1602875.]

1. In a June 15, 2021 email sent by Facebook's then-Public Policy Manager, Nkechi "Payton" Iheme, to several White House employees, Iheme announced a new initiative, the "Alliance for Advancing Health Care," between Facebook and several major companies and organizations, including Merck, the Vaccine Confidence Project, the Sabin Vaccine Institute, and the CDC Foundation.

1. One of the CDC Foundation's corporate partners is DEFENDANT Pfizer.

1. In the email, Iheme explains that the Alliance is "focused on advancing public understanding of how social media and behavioral sciences can be leveraged to improve the health of communities around the world" and states that its first project is to "provide grants to researchers and organizations for projects that explore how to use social media and digital platforms to build confidence in and drive uptake of vaccines."

1. Any post about vaccines on Facebook or Instagram gets a COVID-19 disclaimer.

1. DEFENDANT Fauci's daughter worked at Twitter.

1. Citizens who did not believe the official narrative advanced by members of DEFENDANTS United States of America's government were labeled "conspiracy theorists."

1. "The International Fast-Checking Network (IFCN) is a forum for fact-checkers worldwide hosted by the Poynter Institute for Media Studies. These organizations fact-check statements by public figures, major institutions and other widely circulated claims of interest to society." [Domina Petric. "Who Is Going to Fast check the Fast Checkers." August 2020. https://www.researchgate.net/publication/343962629_Who_is_going_to_Fast_Check_the_Fast_Checkers.]

1. "Poynter´s journalists are funded by George Soros' Open Society Foundations, [DEFENDANT] The Bill & Melinda Gates Foundation, the National Endowment for Democracy (which has financial links to the State Department), Ebay's Omidyar Foundation, and Craig Newmark, the founder of Craigslist who donated a massive $1 million to Poynter to create this 'anti fake news' mechanism." [Petric.]

1. "The Bill Gates-funded fact-checking organization, Politifact, worked with Pharma-funded fact checkers like FactCheck, which receives, funding from the Robert Wood Johnson Foundation, and whose current CEO is Richard Besser, former acting head of the CDC, which owns $1.8 billion in Johnson & Johnson stock to 'debunk' stories and studies of vaccine injuries." [Kennedy, Jr., pg. 72-73.]

1. On August 13, 2021, the CEO of Snopes — an outlet dedicated to fact-checking — suspended its co-founder David Mikkelson after "plagiarism was discovered in dozens of articles over several years." [Lexi Lonas. "Snopes Suspends Co-Founder After Plagiarism Discovered." The Hill. August 13, 2021.]

1. The media and big tech companies like Facebook, Instagram and YouTube are censoring truthful information released by doctors and others showing that this was a "pandemic" was planned or anything exposing the truth about COVID-19, the harms of vaccines and 5G, as well as information about "Pizzagate."

1. On March 13, 2020, a Michigan doctor and trader, Dr. James Todaro, M.D., tweeted his review of HCQ as an effective COVID treatment, including a link to a public Google doc. Google quietly scrubbed Dr. Todaro's memo. This was six days before the President endorsed HCQ." [Kennedy, Jr., pg. 24- 25.]

1. When DEFENDANT Trump suggested that DEFENDANT Fauci was not being truthful about the efficacy of hydroxychloroquine, social media responded by removing his posts.

1. Numerous posts by the PLAINTIFF Mr. Washington, as well as many scientists, doctors, etc. have been blocked and/or had their pages and videos deleted by social media companies.

1. Mr. Washington's IG account — Marcusluther.x — was deleted on December 25, 2022 after reposting a meme from NBA basketball player LeBron James.

1. The meme showed three Spider-mans pointing at each other and each was labeled "corona," "flu" and "common cold."

1. A few days later, "flurona" was announced.

1. "The very Internet companies that snookered [Americans] with the promise of democratizing communications made it impermissible for Americans to criticize their government or question the safety of pharmaceutical products; these companies propped up all official pronouncements while scrubbing all dissent." [Kennedy, Jr., pg. xx.]

1. In a short matter of time, DEFENDANT Fauci became a household name as a result of the pandemic and is viewed by the public at large and media in a favorable manner.

1. DEFENDANT Fauci has received many honors and accolades as a result. For example, on July 1, 2021, the American Humanist Association announced that DEFENDANT Fauci was named the 2021 Humanist of the Year.

1. In August of 2021, CNN television doctor, Peter Hotez, published an article in a scientific journal calling for legislation to "expand federal hate crime protections" to make criticism against DEFENDANT Fauci a felony. [Kennedy, Jr., pg. xvii.]

1. "In declaring that he had no conflicts, Dr. Hotez, who says that vaccine skeptics should be snuffed out...forgot the millions of dollars in grants he has taken from [DEFENDANT Fauci's] NIAID since 1993, and more than $15 million from [DEFENDANT Fauci's] partner, [DEFENDANT] Bill Gates, for his Baylor University Tropical Medicine Institute." [Kennedy, Jr., pg. xvii.]

1. In attempt to show DEFENDANT Fauci in a positive light, Disney released a documentary about him and his work in October of 2020.

1. An individual cannot make a fully informed choice if unfavorable, factual information is intentionally being withheld.

1. Google, Youtube and other big tech companies are continuing to remove any truthful information from the world wide web that runs counter to the global elite's narrative.

[Disparate Impact on Africa, People of African Descent and African Americans]

[Virus]

1. When asked about the racial disparities emerging amid the pandemic during the House Energy and Commerce Committee hearing on the "Oversight of the Trump Administration's Response to the Covid-19 Pandemic," DEFENDANT Fauci said "unfortunately we have a situation where it's sort of a double whammy." But also, "obviously, the African American community has suffered from racism for a very, very long period of time. I can't imagine that that is not contributing to the conditions that they find themselves in, economically or otherwise." [Jacqueline Howard. "Institutional racism contributes to Covid-19's "double whammy" impact on the Black community, Fauci says." CNN. June 23, 2020. https://www.cnn.com/2020/06/23/health/coronavirus-pandemic-racism-fauci-bn/index.html.]

1. During a commencement address given virtually to new graduates of Emory University, DEFENDANT Fauci's acknowledged the role racism is playing on the disparate outcomes related to COVID-19. He stated: "Now, very few of these comorbidities [with COVID-19] have racial determinants. Almost all relate to the social determinants of health dating back to disadvantageous conditions that some people of color find themselves in from birth regarding the availability of an adequate diet, access to health care and the undeniable effects of racism in our society," [Bowden.]

1. Prior, on the US Department of Health and Human Services' podcast "Learning Curve" podcast, DEFENDANT Fauci "African-Americans have suffered disproportionately from coronavirus disease. They've suffered in that their rate of infection is higher because of the nature of the economic status that many of them find themselves in where they're outside working, being unable to physically separate." [Jacqueline Howard. "Institutional racism contributes to Covid-19's "double whammy" impact on the Black community, Fauci says." CNN. June 23, 2020. https://www.cnn.com/2020/06/23/health/coronavirus-pandemic-racism-fauci-bn/index.html.]

1. In a FOX News article titled "Lead NIH Coronavirus Researcher Suggested Pandemic Could Be 'Genocide', Said Doctors Would Let Blacks Die," published on April 17, 2020, it states immunologist at DEFENDANT NIAID, 34 year old Dr. Kizzmekia Corbett, called the "pandemic a black 'genocide' and condemned what she called 'systemic oppression' by white people." [Gregg Re. "Lead NIH coronavirus researcher suggested pandemic could be 'genocide', said doctors would let blacks die." FOX News. April 17, 2020. https://www.foxnews.com/politics/coronavirus-researcher-pandemic-genocide-blacks-nih.]

1. "Corbett is described as one of the 'lead' members of the U.S. government team trying to find a cure for a coronavirus vaccine."

1. The article states "[s]he further slammed the White House coronavirus task force in February, saying it 'is largely people (white men) he appointed to their positions as directors of blah blah institute. They are indebted to serve him NOT the people.'" [Re.]

1. "On March 29, Corbett tweeted out a Bloomberg article about how the poor are dying at higher rates from coronavirus. In her tweet, she said that doctors would deliberately choose to deny ventilators to black Americans, leaving them to die instead." [Re.]

1. "She added: 'I tweet for the people who will die when doctors has [sic] to choose who gets the last ventilator and ultimately...who lives. The poor. And, while the article doesn't explicitly say it...the black.'" [Re.]

1. "Researchers have linked the higher rates of deaths in those groups to social factors including housing and employment as well as some health factors including higher rates of diabetes and other underlying conditions in those communities." [John Bowden. "Fauci: Pandemic showed 'undeniable effects of racism' in society." The Hill. May 16, 2021. https://thehill.com/blogs/blog-briefing-room/news/553790-fauci-coronavirus-pandemic-showed-undeniable-effects-of-racism.]

[Lockdowns]

1. "Throughout the first year of the crisis, Dr. Fauci's personal charisma and authoritative voice inspired confidence in his prescriptions and won him substantial – though not universal – affection." [Kennedy, Jr., pg. xvi.]

1. DEFENDANT Fauci's "strategy for managing the COVID-19 pandemic was to suppress viral spread by mandatory masking, social distancing, quarantining the healthy (also known as lockdowns), while instructing COVID patients to return home and do nothing – receive no treatment whatsoever – until difficulties breathing sent them back to the hospital to submit to intravenous remdesivir and ventilation." [Kennedy, Jr., pg. 1.]

1. "Many Americans, dutifully locked in their homes in compliance with Dr. Fauci's quarantine, took consolation in their capacity to join a Tony Fauci fan club, chillax on an 'I heart Fauci' throw pillow, sip from an 'In Fauci We Trust' coffee mug, warm cold feet in Fauci socks and booties, gorge on Fauci donuts, post a 'Honk for Dr. Fauci' yard sign, or genuflect before a Dr. Fauci prayer candle. Fauci aficionados could choose from a variety of Fauci browser games and a squadron of Fauci action figures and bobbleheads, and could read his hagiography to their offspring from a worshipful children's book. At the height of the lockdown, Brad Pitt, performed a reverential homage to Dr. Fauci on Saturday Night Live, and Barbara Streisand surprised him with a recorded message during a live Zoom birthday party in his honor. The New Yorker dubbed him 'America's Doctor.'" [Kennedy, Jr., pg. xvi-xvii.]

1. "This approach to ending an infectious disease contagion had no public health precedent and anemic scientific support" and was "grossly ineffective." [Kennedy, Jr., pg. 1.]

1. As a result, America "racked up the world's highest body counts." [Kennedy, Jr., pg. 1.]

1. For most of last 2020, various states imposed arbitrary lockdowns and quarantines, prevented people from attending birthdays parties and funerals, required everyone to wear masks and socially distance at least six feet.

1. America's trusted institutions acted in "concert to generate fear, promote obedience, discourage critical thinking, and herd seven billion people to march to a single tune, culminating in mass public health experiments with a novel, shoddily tested and improperly licensed technology." [Kennedy, Jr., pg. xiv.]

1. "Across Western nations, shell-shocked citizens experienced all the well-worn tactics of rising totalitarianism – mass propaganda and censorship, the orchestrated promotion of terror, the manipulation of science, the suppression of debate, the vilification of dissent, and use of force to prevent protest." [Robert F. Kennedy, Jr. The Real Anthony Fauci. pg. xiv. 2021.]

1. "American lives and livelihoods were shattered by a bewildering array of draconian diktats imposed without legislative approval or judicial review, risk assessment or scientific citation." [Kennedy, Jr., pg. xiv.]

1. "So-called Emergency Orders closed our businesses, schools and churches, made unprecedented intrusions into privacy, and disrupted our most treasured social and family relationships." [Kennedy, Jr., pg. xiv.]

1. The lockdowns and shutdowns had large, negative economic consequences, resulting in many businesses filing for bankruptcy and massive unemployment.

1. DEFENDANT Fauci "seems to have not considered that his unprecedented quarantine of the healthy would kill far more people than COVID, obliterate the global economy, plunge millions into poverty and bankruptcy, and grievously wound constitutional democracy globally." [Kennedy, Jr., pg. xviii.]

1. DEFENDANT Fauci's "lockdown predictably shattered the nation's [economy], putting 58 million Americans out of work, and permanently bankrupting small businesses, including 41 percent of Black-owned businesses, some of which took generation of investments to build." [Kennedy, Jr., pg. xix.]

1. "Unemployment shock is expected to cause 890,000 additional deaths over the next 15 years." [Kennedy, Jr., pg. xix.]

1. "The business closures contributed to a run-up in the national deficit – the interest payments along will cost almost $1 trillion annually." [Kennedy, Jr., pg. xix-xx.]

1. "That ruinous debt will likely permanently bankrupt the New Deal programs – the social safety net that, since 1945, fortified, nurtured, and sustained America's envied middle-class." [Kennedy, Jr., pg. xx.]

2. "Governmental officials have already begun liquidating the almost 100-year legacies of the New Deal, New Frontier, the Great Society, and Obamacare to pay the accumulated lockdown debts." [Kennedy, Jr., pg. xx.]

1. "As [Fauci's] policies took hold globally, 300 million humans fell into dire poverty, food insecurity, and starvation." [Kennedy, Jr., pg. xix.]

1. "According to the Associated Press (AP), during 2020, 10,000 children died each month due to virus-linked hunger from global lockdowns. In addition, 500,000 children per month experienced wasting and stunting from malnutrition – up 6.7 million from last year's total of 47 million – which can 'permanently damage children physically and mentally, transforming individual tragedies into a generational catastrophe." [Kennedy, Jr., pg. xix.]

1. "In 2020, disruptions to health and nutrition services killed 228,000 children in South Asia." [Kennedy, Jr., pg. xix.]

1. "Deferred medical treatments for cancers, kidney failure, and diabetes killed hundreds of thousands of people and created epidemics of cardiovascular disease and undiagnosed cancer." [Kennedy, Jr., pg. xix.]

1. "One-third of teens and young adults reported worsening mental health during the pandemic." [Kennedy, Jr., pg. xix.]

1. According to an Ohio State University study, suicide rates among children rose 50 percent. [Kennedy, Jr., pg. xix.]

1. "An August 11, 2021 study by Brown University found that infants born during the quarantine were short, on average, 22 IQ points as measured by Baylor scale tests." [Kennedy, Jr., pg. xix.]

1. "Due to Fauci's narrow focus on the solution of mass vaccination," he "never mentioned any of the many other costs associated with his policy directives." [Kennedy, Jr., pg. xviii.]

1. Some 93,000 Americans died of overdoses in 2020 – a 30 percent rise over 2019 – and overdoes from synthetic opioids increased by 38.4 percent. [Kennedy, Jr., pg. xix.]

1. "Three million children disappeared from public school systems, and ERs saw a 31 percent increase in adolescent mental health visits." [Kennedy, Jr., pg. xix.]

1. Millions of hospital and nursing home patients died alone without comfort or a final goodbye from their families. [Kennedy, Jr., pg. xix.]

1. "The lockdown disintegrated vital food chains, dramatically increased rates of child abuse, suicide, addiction, alcoholism, obesity, mental illness, as well as debilitating developmental delays, isolation, depression, and severe educational deficits in young children." [Kennedy, Jr., pg. xix.]

1. "We have no way of knowing how many people died from isolation, unemployment, deferred medical care, depression, mental illness, obesity, stress, overdoses, suicide, addiction, alcoholism, and the accidents that so often accompany despair." [Kennedy, Jr., pg. xviii.]

1. Despite his acknowledgement to the New York Times that he had twice lied to Americans on masks and herd immunity to promote his agenda, DEFENDANT Fauci "encouraged his own canonization and the disturbing inquisition against his blasphemous critics." [Kennedy, Jr., pg. xvi.]

1. "Peer-reviewed science offered anemic if any support for masking, quarantines, and social distancing, and [Fauci] offered no citations or justifications to support his diktats." [Kennedy, Jr., pg. 1]

1. "Both common sense and the weight of scientific evidence suggest that all these strategies, and unquestionably shutting down the global economy, caused far more injuries and deaths than they averted." [Kennedy, Jr., pg. 1.]

1. "Only relentless propaganda and wall-to-wall censorship could conceal [Fauci's] disastrous mismanagement during COVID-19's first year." [Kennedy, Jr., pg. xvii.]

1. "The very governmental health regulators, social media eminence, and media companies that idealistic populations relied upon as champions of freedom, health, democracy, civil rights and evidence-based public policy" collected acted "in concert to generate fear, promote obedience, discourage critical thinking, and herd seven billion people to march to a single tune, culminating in mass public health experiments with a novel, shoddily tested and improperly licensed technology so risky that that manufacturers refused to produce it unless every government on Earth shielded them from liability." [Kennedy, Jr., pg. xiv.]

1. "[T]he lockdown of the healthy was so unprecedented that WHO's official pandemic protocols recommended against them. Some WHO officials were passionate on the topic, among them Professor David Nabarro, Senior Envoy on COVID-19, a position reporting to the Director General." [Kennedy, Jr., pg. 3.]

1. On October 8, 2020, Nabarro stated: "We in the World Health Organization do not advocate lockdowns as a primary means of controlling this virus. We may well have a doubling of world poverty by next year. We'll have at least a doubling of child malnutrition because children are not getting meals at school and their parents in poor families are not able to afford it. This is a terrible, ghastly, global catastrophe, actually, and so we really do appeal to all world leaders: Stop using lockdown as your primary control method...lockdowns just have one consequence that you must never ever belittle – and that is making poor people an awful lot poorer." [Kennedy, Jr., pg. 3.]

1. Fauci admitted that he never assessed the costs of desolation, poverty, unhealthy isolation, and depression fostered by his countermeasures.

1. DEFENDANT Fauci stated: "I don't give advice about economic things. I don't' give advice about anything other than public health." [Kennedy, Jr., pg. xix.]

1. A June 24, 2021 BMJ study showed that US life expectancy decreased by 1.9 years during the quarantine. [Kennedy, Jr., pg. xviii.]

1. "Between 2018 and 2020, the 1.9 year decrease in average life expectancy at birth in the US was roughly 8.5 times the average decrease in 16 comparable countries, all of which were measured in months, not years." [Kennedy, Jr., pg. xviii.]
1. "Since COVID mortalities were mainly among the elderly, and the average age of death from COVID in the UK was 82.4, which was above the average lifespan, the virus could not by itself cause the astonishing decline." [Kennedy, Jr, pg. xviii.]
1. "Average life expectancy in the United States plummeted in 2020, widening the life expectancy gap between the U.S. and other high-income countries. The decline was particularly sharp among Hispanic and Black Americans, a new study found." [Kaitlin Sullivan. "U.S. life expectancy decreased by an 'alarming' amount during pandemic." NBC News. June 23, 2021. https://www.nbcnews.com/health/health-news/u-s-life-expectancy-decreased-alarming-amount-during-pandemic-n1272206.]
1. "Between 2018 and 2020, the average Hispanic American lost around 3.9 years in longevity, while the average lifespan of a Black American dropped by 3.25 years." [Kennedy, Jr., pg. xviii.]
1. "As the world watched, Tony Fauci dictated a series of policies that resulted in by far the most deaths, and one of the highest percentage of COVID-19 body counts of any nation on the planet." [Kennedy, Jr., pg. xvii.]
1. "The US, with 4 percent of the world's population, suffered 14.5 percent of total COVID deaths." [Kennedy, Jr., pg. xvii.]
1. By September 30, 2021, mortality rates in the US had climbed to 2,107/1,000,000, compared to 139/1,000,000 in Japan." [Kennedy, Jr., pg. xvii.]

[Vaccines]

1. Based on DEFENDANT United States of America's history of medical racism towards people of African descent and clear evidence that vaccines cause more harm than good, the U.S. government's decision to impose mandatory vaccination on all citizens in order to be a part of society causes a disparate impact against people of African descent.
1. DEFENDANTS "Gates, Fauci and the intelligence agency and pharmaceutical company partners repeatedly wargamed strategies for overcoming anticipated Black resistance in many of the dozen pandemic simulations leading up to COVID-19." [Kennedy, Jr., pg. 307.]
1. "Once the pandemic was underway, HHS recruited Black preachers, HBCU college deans, civil rights leaders, and sports figures like Hank Aaron to soften jab hesitancy in the Black community." [Kennedy, Jr., pg. 307.]
1. They also "staged press conferences and highly publicized celebrity vaccination confabs and extravagantly financed government advertising campaigns targeting Blacks in both the United States and Africa." [Kennedy, Jr., pg. 307.]
1. In April of 2020, African American U.S. Surgeon General Jerome Adams, "dip[ped] into personal responsibility talking points — and some other questionable rhetoric — in remarks given to the press today about the disproportionate impact the novel coronavirus has had on black communities and other communities of color." [Anne Branigin. "Surgeon General Jerome Adams Tells Black People to Lay Off Alcohol, Tobacco, and Drugs to Prevent COVID-19 Deaths: 'Do It for Your Big Mama.'" The Root. April 10, 2020. https://www.theroot.com/surgeon-general-jerome-adams-tells-black-people-to-lay-1842797456.]
1. Adams full statement was: "Avoid alcohol, tobacco, and drugs. And call your friends and family. Check in on your mother; she wants to hear from you right now. And speaking of mothers, we need you to do this, if not for yourself, then for your abuela. Do it for your granddaddy. Do it for your Pop-Pop. We need you to understand — especially in communities of color, we need you to step up and help stop the spread so that we can protect those who are most vulnerable." [Zeesham Aleen. "The problem with the surgeon general's controversial coronavirus advice to Americans of color." Vox. April 11, 2020. https://www.vox.com/2020/4/11/21217428/surgeon-general-jerome-adams-big-mama-coronavirus.]
1. On April 10, 2020, DEFENDANT Melinda Gates lamented on CNN that she was "kept up at night" worrying about vulnerable populations in Africa. ["Melinda Gates: This is What Keeps Me Up At Night." CNN. April 10, 2020.]
1. In a June 4, 2020 article published by TIME, Melinda Gates stated: "The first people that need this vaccine are the 60 million health care workers around the world. They deserve to get it before anybody else. Then you start tiering. In the U.S., that would be black people next, quite honestly, and many other people of color. They are having disproportionate effects from COVID-19. From there, people with underlying health conditions, and then people who are older. Those are the ones who all need it first. We also need to think about essential workers who are keeping our grocery stores open for us so we can buy food, or who are making sure that food moves through the warehouses." [Jamie Ducharme. "Melinda Gates Lays Out Her Biggest Concern for the Next Phase of the COVID-19 Pandemic." TIME. June 4, 2020. https://time.com/5847483/melinda-gates-covid-19/.]
1. Texas Lieutenant Governor Dan Patrick falsely claimed that "African Americans who have not been vaccinated" were driving the state's COVID-19 stats up. [The Washington Post. https://www.washingtonpost.com/nation/2021/08/20/dan-patrick-covid-african-americans/.]

1. In December of 2020, DEFENDANT Fauci scolded resistance in the Black community, stating: "The time is now to put skepticism aside." [Kennedy, Jr., pg. 307.]

1. Without citing any studies demonstrating the vaccine was safe, DEFENDANT Fauci said, "The first thing that you might want to say to my African brothers and sisters is that the vaccine you're going to be taking was developed by an African-American woman — and that's just a fact." [Zoe Christen Jones. "Fauci Urges Black Community to be Confident in COVID-19 Vaccine: 'The Time is Now to Put Skepticism Aside.'" CBS News. December 8, 2020.]

1. While approximately half of all white Americans were vaccinated by August of 2021, only 38 percent of African Americans had received at least one shot, the lowest rate of any ethnic or racial group. [Tobin.]

1. French doctors who said Africans should be vaccinated first.

1. Fauci has "presided over a progression of increasingly draconian forms of coercion to compel vaccination of the entire population." [Kennedy, Jr., pg. 75.]

1. "With [Fauci's] open encouragement, universities, schools, businesses, hospitals, public employers, and a litany of other societal power centers simultaneously launched numbing waves of strong-arm tactics to compel unwilling Americans to submit to vaccination, including threats of discrimination, job loss, exclusion from schools, parks, sports and entertainment venues, bars, restaurants, military service, public employment, travel and health care." [Kennedy, Jr., pg. 75.]

1. Throughout the course of the "pandemic," federal policies have treated the "vaccine-hesitant as dangerous public enemies." [Kennedy, Jr., pg. 75.]

1. The unvaccinated have "experienced exclusion, marginalization, vilification, purges by social media platforms and mainstream media, as well as threats of violence, incarcerations, legal reprisals, and deprivation of rights." [Kennedy, Jr., pg. 75.]

1. During a national address on September 9, 2021, Joe Biden warned, "Our patience is wearing thin." [Kennedy, Jr., pg. 75.]

1. "New York City Mayor Bill de Blasio threatened to exclude the unvaccinated from subways, gyms, bars, and businesses." [Kennedy, Jr., pg. 75.]

1. "In October 2021, New York Governor Kathy Hochul promised to deny driver's licenses and automobile registration to the unvaccinated." [Kennedy, Jr., pg. 75.]

1. "A Colorado hospital announced the removal of unvaccinated patients from its lists of those eligible for organ transplants." [Kennedy, Jr., pg. 75.]

1. "The relentless broadcast of frightening and purposefully inflated COVID death reports stoked fears of the contagion that convinced many Americans to believe the government's mantra that COVID vaccines were 'safe and effective' and that, to the extent that they weren't, 'the vaccines cause more good than harm.'" [Kennedy, Jr., pg. 76.]

1. DEFENDANT Fauci's desire to eliminate the control group during the six-month vaccine trial studies explains his "reckless and ferocious drive to vaccinate every last American, even those who have natural immunity and nothing to gain from vaccination, Americans below fifty, even kindergarten-age children with zero risk from COVID, and pregnant women, despite a nearly complete lack of information about the jab's impact on the fetus." [Kennedy, Jr., pg. 75.]

1. DEFENDANT Fauci's desire to have the entire world vaccinated contradicted earlier statements made in a 2015 interview, where he stated: "I mean, if a parent feels strongly against [vaccination], that parent can go get an exemption. So there's never a situation where someone is going to tie you down and vaccinate you or say you can't go to any schools at all if you're not vaccinated. Nowhere should you force someone to do anything." [Kennedy, Jr., pg. 75.]

1. In 2021, the DEFENDANT United States of America's government and media tried to ostracize African American public figures like, Nicki Minaj and Kyrie Irving, who have spoken out against and/or voiced concerns regarding the safety of vaccines.

1. NBA basketball player Irving risks losing $381,000 per game if he remains unvaccinated.

1. Former Atlanta Hawks point guard Brandon Goodwin's season ended early last year due to "minor respiratory condition," but in or around October 2, 2021, Goodwin revealed that he'd gotten a rare blood clot that ended his NBA season. Rashad Miligan. "Former Atlanta Hawks guard Brandon Goodwin claims COVID-19 vaccine ended his season." Peachtree Hoops. October 3, 2021. https://www.peachtreehoops.com/2021/10/3/22706769/former-atlanta-hawks-guard-brandon-goodwin-claims-covid-19-vaccine-ended-his-season.]

1. Goodwin stated, "Yes, the vaccine ended my season," Goodwin said. "One thousand percent." [Miligan.]

1. On November 30, 2021, it was reported that NBA player LeBron James tested positive for COVID-19 despite being vaccinated.

1. Nations throughout Africa enjoyed some of the lowest mortality rates from COVID.

1. Prior to the pandemic, millions of Africans took hydroxychloroquine — called "Sunday Sunday" by Africans — religiously once a week, as a malaria prophylaxis. [Kennnedy, Jr., pg. 20.]

133

1. "The African leaders who died suddenly after criticizing WHO vaccination policy included President John Magufuli of Tanzania (March 17, 2021), Prime Minister Hamed Bakayoko of Ivory Coast (March 10, 2021), President Pierre Nkurunziza of Burundi (January 8, 2020), and Madagascar's popular, influential, and anti-vax ex-President Didier Ignace Ratsiraka (March 28, 2021)." [Kennedy, Jr., pg. 308.]

1. "Kenya's beloved physician Stephen Karanja, the chairman of the Kenya Catholic Doctors Association — who had exposed the WHO sterilization program in 2014 and who criticized the agency's COVID rollout in 2020 — also died, reportedly of COVID (April 29, 2021)." [Kennedy, Jr., pg. 308.]

1. "A peer-reviewed article in the BMJ titled "Why have so many African leaders died of COVID" lists seventeen heads of state and leading government health ministers who passed in the twelve months between February of 2020 and February of 2021." [Kennedy, Jr., pg. 308.]

1. "The BMJ article states that almost all of these deaths resulted in dramatic shifts in national health policies from skepticism toward strong support for vaccination in their respective countries." [Kennedy, Jr., pg. 308.]

1. "The article points out that the overall death rates (1:33) among African elected leaders from COVID are seven times the rates for their sex and age and demographics of the general population during that time period." [Kennedy, Jr., pg. 308.]

1. Haiti's President Jovenel Moise was murdered by a team of elite, well-trained Colombian mercenaries with links to the United States intelligence agencies. [Kennedy, Jr., pg. 308.]

1. "Moise was a vocal opponent of the WHO vaccine program." [Kennedy, Jr., pg. 308.]

1. "The historic involvement of Western intelligence agencies in coups and the murders of African leaders on behalf of their corporate clientele is well documented." [Kennedy, Jr., pg. 308.]1. Despite DEFENDANTS Gates, Fauci and others' efforts to depopulate Africa, the continents population is still projected to increase in 2050 and beyond.


[Disparate Impact on Children]

1. From the beginning of the "pandemic" until COVID-19 vaccines were approved for children, very few children had been infected with and/or died from COVID-19.

1. Every study "shows that children are less susceptible to the virus and pass the virus along at a [lower] rate than adults." [Paz.]

1. While DEFENDANT Trump was president, he acknowledged that children are "virtually immune" to COVID-19. [Paz.]

1. Children 12 years of age or older are "offered either COMIRNATY (COVID-19 Vaccine, mRNA) or the Pfizer-BioNTech COVID-19 Vaccine to prevent Coronavirus Disease 2019 (COVID-19)." [https://www.fda.gov/media/153716/download.]

1. On May 9, 2021, the FDA authorized use of the Pfizer-BioNTech Covid-19 vaccine for 12- to 15-year-olds in the United States.

1. "The Pfizer vaccine only gained emergency authorization for use in children because Pfizer manipulated trial data and committed serious offences." [Kennedy, Jr., pg. 90.]

1. "Some 86 percent of children suffered an adverse reaction to the Pfizer COVID vaccine in clinical trial. And one in nine children suffered a serious reaction grave enough to leave them unable to perform daily activities." [Kennedy, Jr., pg. 92.]

1. "[D]ue to the courage of Maddie and her parents...Maddie De Garay, a 14-year-old who participated in the Pfizer trial, suffered severe neurological injuries including seizures and permanent paralysis. However, Pfizer reported only that Maddie suffered a stomach ache." [Kennedy, Jr., pg. 90.]

1. "Given that Maddie was only one of 2,300 teenagers in Pfizer's trial, her injury was potentially very significant. By extrapolating a one in 2,300 injury rate to the 86 million teens who Pfizer and [Fauci] have targeted for vaccination, some 36,000 of these potentially debilitating injuries could be expected to develop nationwide." [Kennedy, Jr., pg. 90.]

1. "Pfizer's clinical data predicted potentially fatal myocarditis in one in every 318 teens." [Kennedy, Jr., pg. 90.]

1. "Post-marketing data confirm astronomically high rates of myocarditis injuries. On October 1, 2021, a team of medical researchers and statisticians found that myocarditis rates reported in VAERS were significantly higher in teens than Pfizer had reported in its clinical data." [Kennedy, Jr., pg. 90.]

1. "According to the [VAERS], there have been 7,537 cases of myocarditis and pericarditis reported following COVID vaccines, with 5,602 cases attributed to Pfizer. Some 476 of these reports occurred in children from 12 to 17 years old." [Kennedy, Jr., pg. 90.]

1. "[M]yocarditis has been found mostly in male adolescents and young adults who received a vaccine from Pfizer or Moderna, according to the Centers for Disease Control and Prevention." [Towey.]

1. "According to an article in Current Trends in Cardiology, 'Within eight weeks of the public offering of COVID-19 products to the 12-15-year-old age group, we found 19 times the expected number of myocarditis cases in the vaccination volunteers over background myocarditis rates for this age group." [Kennedy, Jr., pg. 90-91.]

1. "Israeli data and US data presented to the CDC's advisory committee on June 23, 2021 similarly found the rate of reported cases of myocarditis in vaccinated teenage boys aged 12-17 is at least twenty-five times greater than expected, and is fifty times greater than the reported rate in vaccinated males over 65." [Kennedy, Jr., pg. 91.]

1. "A recent study suggests that myocarditis is associated with a 50 percent mortality within five years."

1. "COVID-19 vaccines have caused cardiac arrest, blindness and paralysis in American children." [Kennedy, Jr., pg. 92.]

1. "British Health Services reports emergency calls for cardiac arrest are at an all-time high since the government began offering teens the COVID-19 vaccine." [Kennedy, Jr., pg. 93.]

1. A "teen has [an] effectively zero risk of dying from COVID and a substantial risk of death from vaccination." [Kennedy, Jr., pg. 91.]

1. "COVID vaccines do not protect children from hospitalization or death associated with COVID-19 because healthy children are not being hospitalized or dying with COVID-19." [Kennedy, Jr., pg. 93.]

1. "According to an analysis by The Exposé's Will Jones, between weeks 23 and 37 in 2021 – simultaneous with the vaccine rollout – there were 252 deaths among 15- to 19-year-olds in England and Wales, compared to 162 in the same period in 2020, an increase of ninety, or 56 percent." [Kennedy, Jr., pg. 93-94.]

1. There was "no similar rise among younger children aged one to fourteen, a cohort that was not vaccinated." [Kennedy, Jr., pg. 94.]

1. "Troubling statistics from Britain's Office for National Statistics (ONS) verify the expected: deaths among teenagers during the summer of 2021 increased significantly over the previous year, coinciding with the vaccine rollout." [Kennedy, Jr., pg. 93.]

1. On September 3, 2021, it was reported that: "Britain's vaccine advisers said they were not recommending the vaccination of all 12- to 15-year-olds against COVID-19, preferring a precautionary approach in healthy children due to a rare side effect of heart inflammation." [Alistair Smouth. "UK panel does not recommend COVID vaccines for healthy 12- to 15-year-olds." Reuters. September 3, 2021. https://www.reuters.com/world/uk/uk-advisers-decide-against-covid-vaccines-healthy-12-15-year-olds-2021-09-03/.]

1. "Teen deaths among 15- to 19- year-olds have increased by 47 percent in the UK since they started getting the COVID-19 vaccine, according to official ONS data." [Kennedy, Jr., pg. 94.]

1. On September 10, 2021, DEFENDANT FDA "urged parents not to seek out the shots for children who are under 12, and therefore not yet eligible for vaccination." [The New York Times. September 10, 2021.]

1. Kirsch's model estimates that 600 children died from the COVID-19 vaccines as of September 2021. [Kennedy, Jr., pg. 92.]

1. "Fauci has urged that kids will be vaccinated in schools without parental consent, despite a mountain of evidence that the COVID-19 vaccines are killing American children and bestow on them no benefit." [Kennedy, Jr., pg. 94.]

1. On October 20, 2021, DEFENDANT United States of America the Biden administration unveiled its plan to "quickly" vaccinate roughly 28 million children age 5-11, pending authorization from DEFENDANT FDA. [Zeke Miller and Lindsey Tanner. "White House details plans to vaccinate 28M children age 5-11." AP News. October 20, 2021. https://apnews.com/article/coronavirus-pandemic-business-health-coronavirus-vaccine-bf6e5c8725aca6c757b129dad8f96926.]

1. On October 29, 2021, the FDA approved vaccines for children aged 5-11.

1. DEFENDANT Pfizer-BioNTech COVID-19 Vaccine for children 5 through 11 years of age is administered as a two-dose primary series, 3 weeks apart, but is a lower dose (10 micrograms) than that used for individuals 12 years of age and older (30 micrograms).    [https://www.fda.gov/news-events/press-announcements/fda-authorizes-pfizer-biontech-covid-19-vaccine-emergency-use-children-5-through-11-years-age.]

1. Dr. Kelly Victory stated: "Children in that 5 to 11 age range, the CDC itself is only willing to acknowledge a total of 100 deaths from COVID in that age range and its deaths with COVID, not necessarily deaths from COVID. Those children all had significant, underlying health conditions including diabetes and cancers and morbid obesity. Yet out of the 28 million 5 to 11 year olds in the United States, there's been a total of 100 deaths since the beginning of the pandemic so the risks in that risk-benefit calculation is almost zero for children. And then again, you have to weigh it against the potential risks of the vaccine and as I said, we simply don't know. There's no way to answer what are the potential side effects, what are the potential impacts on fertility, autoimmune diseases, neurologic development and on and on. Cardiac complications, in which we've seen in worrisome numbers in that adolescent age range so we don't know yet what impact it will be in 5 to 11 year olds."

1. Dr. Victory stated: "We know that children have been tested for COVID because they're in the hospital but they're frequently in the hospital for something other than COVID. They might have been admitted, for example, with a complication from diabetes or they might be in end stages of treatment for cancer or they're children who have been admitted with severe trauma and they tested positive for COVID. Unfortunately, because of the way that COVID deaths and even hospital admissions have been reported from the beginning of this pandemic, we have wildly overestimated the actual deaths from COVID as opposed to with COVID. So it will take us some time for us to actually sort through all of the data and come to the actual numbers, but I can say that is certainly less than 100 and when you consider again, 28 million children in that 5 to 11 age range, and less than 100 deaths over a 22 month period, you can really come to the conclusion that children, particularly healthy children, are at a risk as close as you can possibly say, to zero. Dr. Marty Makary at Johns Hopkins looked at 48,000 cases of COVID in people under the age of 18 and found a mortality rate of zero.

1. On October 25, 2021, DEFENDANT Moderna stated that their vaccine is safe and produces a powerful immune response in children aged 6 through 11. [Apoorva Mandavilli. "Moderna's Covid vaccine produces a strong immune response in younger children, the company said." The New York Times. October 25, 2021. https://www.nytimes.com/2021/10/25/health/moderna-covid-vaccine-children.html.]

1. One month after immunization was complete, the children in DEFENDANT Moderna's trial had "antibody levels that were 1.5 times higher than those seen in young adults, the company said."

1. DEFENDANT Moderna did not release the full data, nor are the results published in a peer-reviewed journal.

1. DEFENDANT Moderna announced the results one day before an advisory committee of the Food and Drug Administration is scheduled to review data for the Pfizer-BioNTech vaccine in children 5 through 11.

1. DEFENDNT Moderna is "still recruiting children aged 2 through 5 and 6 months to under 2 years for trials of the vaccine in those age groups. The company has enrolled about 5,700 children in the United States and Canada in the trial."

1. It is unknown what the long term effects the COVID vaccine will have on children and/or how it will react with all of the other vaccines that are injected into a child's body throughout their childhood.

1. On December 9, 2021, the FDA "expand[ed] the use of a single booster dose of the Pfizer-BioNTech COVID-19 Vaccine for administration to individuals 16 and 17 years of age at least six months after completion of a primary series of the Pfizer-BioNTech COVID-19 Vaccine."

1. On January 3, 2022, the U.S. Food and Drug Administration (FDA) expanded the Emergency Use Authorization (EUA) of a booster dose of the Pfizer-BioNTech COVID-19 Vaccine to include individuals 12 years of age and older. The booster dose is the same dosage strength (30-μg) as the dose approved in the primary series.

1. On January 5, 2022, the CDC endorsed the Advisory Committee on Immunization Practices' (ACIP) recommendation to expand eligibility of booster doses to those 12 to 15 years old.

1. Although DEFENDANT United States of America and Israel have chosen to vaccinate children, the United Kingdom has refused to do so.

1. There is no evidence that the COVID-19 vaccine has prevented a single child's death.

1. Dr. Levy stated: "As we go into younger and younger age groups, they're less and less at personal risk of severe Covid, and on the other hand, somewhat more at risk of this inflammatory heart condition with the mRNA vaccine."

1. "Since the vaccine is almost certainly causes more teen deaths and injuries than COVID-19, vaccinating this age group is highly unethical, and any physician who inoculates a healthy child is committing serious medical malpractice." [Kennedy, Jr., pg. 94.]

1. Despite the science overwhelmingly supporting that the vaccines were not "safe and effective," schools throughout mostly Democratic states like California and New York, including DEFENDANT NYCDOE, mandated

1. DEFENDANTS State of New York, City of New York and its institutions like NYCDOE received billions in aid as a result of the COVID-19 "pandemic."

1. In a September 2021 press release, DEFENDANT City of New York's Independent Budget Office announced: "New York City is set to receive $7.3 billion in federal education aid to assist the city's school system in its recovery from the impacts of the Covid-19 pandemic. The relief, which comes from two separate stimulus packages—the Coronavirus Response and Relief Supplemental Appropriations Act (CRRSA) and American Rescue Plan Act (ARPA), must be spent by the end of fiscal year 2025. These funds are in addition to $721 million the city received though the Coronavirus Aid, Relief, and Economic Security (CARES) Act in 2020. Unlike the federal funding from the CARES Act, which New York State used to supplant its own education aid for the city, the new relief funds are supplemental." ["How The Mayor Plans to Use Billions In Covid-Related Aid For Schools." Independent

136

Budget Office of the City of New York. September 2021. https://ibo.nyc.ny.us/iboreports/federal-assistance-how-the-mayor-plans-to-use-billions-in-covid-related-aid-for-schools-fiscal-brief-september-2021.html.]

1. As reported by The Post on February 15, 2022: "The Department of Education has allocated well over a quarter billion dollars to cover gaping school budget deficits tied to ongoing student enrollment declines. The DOE will give city public schools a total of $323 million dollars this year to help them cover basic costs — including teacher salaries, according to a memo. The mammoth expenditure 'allocates funding to schools in order to offset budget declines resulting from the SY 2021-2022 mid-year adjustment,' according to the agency. Since funding is calculated by student population, principals confronted with steep drops are unable to meet costs without additional funding."

1. In July of 2022, DEFENDANT Adams announced a $1.5 million grant from DEFENDANT Pfizer Inc. "to the Mayor's Fund to Advance New York City — with funds earmarked for science, technology, engineering, and math (STEM) educational programs for middle and high school students." ["Mayor Adams, Mayor's Fund, and Pfizer Announce $1.5 Million Grant to Boost City's Stem Education Efforts for Middle and High School Students." NYC.GOV. July 11, 2022. https://www.nyc.gov/office-of-the-mayor/news/487-22/mayor-adams-mayor-s-fund-pfizer-1-5-million-grant-boost-city-s-stem-education.]

1. Proposals to make the COVID-19 vaccine mandatory for children to attend school.

1. DEFENDANT Jeffrey Dinowitz is an Assemblyman in Albany, New York.

1. DEFENDANT Dinowitz has proposed a new bill, A2178, that will not only mandate the COVID-19 vaccine for children in kindergarten through 12th grade, but any child older than 6 months who is in daycare, Pre-K, Head Start or nursery school.

1. On August 17, 2022, DEFENDANT State of New York and its governor DEFENDANT Hochul announced on their website: "Governor Kathy Hochul today announced the re-launch of #VaxtoSchool, the multi-faceted statewide campaign aimed at increasing COVID-19 vaccination rates among school-aged New Yorkers. The campaign furthers Governor Hochul's commitment to ensuring equitable access to vaccines, and to make the health and well-being of students, teachers and families a top priority."

["Pandemic's" Impact on Education]

1. Coronavirus school closures deepened vast opportunity gaps between Black and white students.

1. In a January 8, 2022 article published by the Daily Mail UK, it reported that an anonymous Bronx Science high school student wrote a viral Reddit post describing the chaos in New York City public schools. [Ariana Diaz. Daily Mail UK. January 8, 2022. https://www.dailymail.co.uk/news/article-10381783/NYC-public-high-school-student-claimsschools-chaos-amid-COVID-wave.html.]

1. The student claimed "the situation is beyond control" with "no learning occurring," and called study hall a "super spreader event." [Diaz.]

1. The student claimed large numbers of teachers have been absent leaving classes overcrowded and untaught as Mayor Eric Adams insist on in-person learning. [Diaz.]

1. The student also said that the bathrooms of the public high school are filled with students taking at-home COVID test with several testing positive while at school. [Diaz.]

1. During the pandemic, many schools faced staffing shortages as teachers were needed for both in-person and online instruction.

1. Schools, students and families have faced significant disruptions in terms of attendance and staff shortages.

1. A large number of students missed two years of learning and during the first year of the pandemic, many students did not show up to their online classes.

1. "The pandemic made a difficult profession harder: reports of mental-health crises, unmanageable classrooms, and staggering learning loss are everywhere." [Green.]

1. Data released in July of 2023 from the assessment provider NWEA shows that "[s]tudents aren't gaining ground fast enough in reading and math to make up for the academic effects of the pandemic. And in many cases, these academic gaps are getting wider." [Sarah Schwartz. "Students Aren't Rebounding From the Academic Effects of the Pandemic." Education Week. July 11, 2023. https://www.edweek.org/leadership/students-arent-rebounding-from-the-academic-effects-of-the-pandemic/2023/07.]

1. "The report, which analyzed test scores from 6.7 million U.S. public school students in grades 3-8, found that students are still making progress at a slower rate than their peers were pre-COVID." [Schwartz.]

1. "The data suggest that interrupted learning time during the initial phase of school shutdowns has become a "compounding debt," creating gaps that have made it harder for students to move forward[.]" [Schwartz.]
1. "On average, students will need the equivalent of 4.1 additional months of instruction in reading and 4.5 months in math to meet pre-pandemic levels of achievement, the report estimates." [Schwartz.]
1. "Analyses of student test scores have repeatedly shown severe declines in academic achievement. For example, the most recent scores on the National Assessment of Educational Progress long-term trend test saw declines for 13-year-olds between the 2019-20 school year and the 2022-23 school year." [Schwartz.]
1. "The average scores, from tests given last fall, declined 4 points in reading and 9 points in math, compared with tests given in the 2019-2020 school year, and are the lowest in decades. The declines in reading were more pronounced for lower performing students, but dropped across all percentiles." [Sequoia Carrillo. "U.S. reading and math scores drop to lowest level in decades." NPR. June 21, 2023. https://www.npr.org/2023/06/21/1183445544/u-s-reading-and-math-scores-drop-to-lowest-level-in-decades.]
1. "The math scores were even more disappointing. On a scale of 500 points, the declines ranged from 6 to 8 points for middle and high performing students, to 12 to 14 points for low performing students." [Carrillo.]
1. "The math results also showed widening gaps based on gender and race. Scores decreased by 11 points for female students over 2020 results, compared with a 7-point decrease for male students." [Carrillo.]
1. "Among Black students, math scores declined 13 points, while white students had a 6-point drop. Compared with the 35-point gap between Black and white students in 2020, the disparity widened to 42 points." [Carrillo.]
1. "The trends exist across demographic groups, though racial disparities between Black and Hispanic students and their white and Asian peers that existed before COVID have deepened." [Schwartz.]
1. "Since the pandemic, New York State has tumbled in the national ranking of performance in reading and math for fourth graders." [Green.]
1. "This past school year [2022-2023], only half of New York City's third-to-eighth graders achieved proficient reading scores, and among Black and Latino students, that figure was closer to forty percent." [Green.]
1. "Districts have implemented a slew of academic interventions—many funded with federal COVID-relief money—to catch students up, funding tutoring, additional summer school, and more small-group instruction." [Schwartz.]
1. In 2023, U.S. Education Secretary Miguel Cardona said, "Schools have committed nearly 60 percent of their American Rescue Plan funds to address lost learning time and accelerate academic recovery." [Carrillo.]
1. Teachers are leaving in record numbers.
1. "Since the pandemic, New York State has tumbled in the national ranking of performance in reading and math for fourth graders." [Green.]
1. For the 2022-2023 school year, mayor Eric Adams plans to cut the Department of Education's budget by more than $826 million, or 2.6 percent, to about $30.7 billion due to "[r]educed enrollment in the nation's largest school system and the elimination of more than 3,200 open jobs will account for about $375 million in savings," according to City Hall.[3]


[Unjust Enrichment]

1. "In 2020, workers lost $3.7 trillion while billionaires gained $3.9 trillion." [Kennedy, Jr., pg. xx.]
1. "Some 493 individuals became new billionaires, and an additional 8 million Americans dropped below the poverty line." [Kennedy, Jr., pg. xx.]
1. "The biggest winners were the robber barons – the very companies that were cheerleading [Fauci's] lockdown and censoring his critics: Big Technology, Big Data, Big Telecom, Big Finance, Big Media behemoths (Michael Bloomberg, Rupert Murdoch, Viacom, and Disney), and Silicon Valley Internet titans like Jeff Bezos, Bill Gates, Mark Zuckerberg, Eric Schmidt, Sergey Brin, Larry Page, Larry Ellison, and Jack Dorsey." [Kennedy, Jr., pg. xx.]
1. "Larry Ellison's company, Oracle, which partnered with the CIA to build new cloud services, won the contract to process all CDC vaccination data. Ellison's wealth increased by $34 billion in 2020." [Kennedy, Jr., pg. xx.]
1. "Mark Zuckerberg's wealth grew by $35 billion; Google's Sergey Brin by $41 billion; Jeff Bezos by $86 billion; Bill Gates by $22 billion and Michael Bloomberg by nearly $7 billion." [Kennedy, Jr., pg. xx.]

---

[3] Sam Raskin,  Selim Algar and  Bruce Golding . "Eric Adams rolls out fiscal 2023 budget, claims NYC will save $2 billion." New York Post.February 16, 2022. https://nypost.com/2022/02/16/eric-adams-rolls-out-98-5b-nyc-budget-for-fiscal-2023/.

1. DEFENDANT Gates' wealth expanded by more than $23 billion during the 2020 lockdowns that he and DEFENDANT Fauci played key roles in orchestrating. [Kennedy, Jr., pg. 291.]

[COVID-19 Exposés and Related Lawsuits]

1. Millions of deaths have been caused by the man-made COVID-19 virus, the mandates and vaccines.
1. "As the world watched, Tony Fauci dictated a series of policies that resulted in by far the most deaths, and one of the highest percentage of COVID-19 body counts of any nation on the planet." [Kennedy, Jr., pg. xvii.]
1. "The US, with 4 percent of the world's population, suffered 14.5 percent of total COVID deaths." [Kennedy, Jr., pg. xvii.]
1. "Between 2018 and 2020, the 1.9 year decrease in average life expectancy at birth in the US was roughly 8.5 times the average decrease in 16 comparable countries, all of which were measured in months, not years." [Kennedy, Jr., pg. xviii.]
1. "Between 2018 and 2020, the average Hispanic American lost around 3.9 years in longevity, while the average lifespan of a Black American dropped by 3.25 years." [Kennedy, Jr., pg. xviii.]
1. "Since COVID mortalities were mainly among the elderly, and the average age of death from COVID in the UK was 82.4, which was above the average lifespan, the virus could not by itself cause the astonishing decline." [Kennedy, Jr, pg. xviii.]
1. "Average life expectancy in the United States plummeted in 2020, widening the life expectancy gap between the U.S. and other high-income countries. The decline was particularly sharp among Hispanic and Black Americans, a new study found." [Kaitlin Sullivan. "U.S. life expectancy decreased by an 'alarming' amount during pandemic." NBC News. June 23, 2021. https://www.nbcnews.com/health/health-news/u-s-life-expectancy-decreased-alarming-amount-during-pandemic-n1272206.]
1. A June 24, 2021 BMJ study showed that US life expectancy decreased by 1.9 years during the quarantine. [Kennedy, Jr., pg. xviii.]
1. By September 30, 2021, mortality rates in the US had climbed to 2,107/1,000,000, compared to 139/1,000,000 in Japan." [Kennedy, Jr., pg. xvii.]
1. No legal action has been taken against DEFENDANTS Fauci, Bill Gates, BMGF, MIAID, NIG, FDA and their co-conspirators by DEFENDANT United States of America, because they were acting on their behalf.
1. On September 20, 2022, DEFENDANT Adams announced that "New York City [would] end its coronavirus (COVID-19) vaccine mandates for private sector workers [on November 1, 2022], and the requirements for public school extracurricular requirements." SI Live. [Paul Liotta. "NYC to end private sector worker COVID-19 vaccine mandates, school extracurricular requirements." SI Live. September 20, 2022. https://www.silive.com/coronavirus/2022/09/nyc-to-end-private-sector-worker-covid-19-vaccine-mandates-school-extracurricular-requirements.html.]
1. On _____, DEFENDANT City of New York announced that its vaccine mandates for city workers and other individuals would end on February 10, 2023.
1. The GOP announced on February 14, 2023 that they are seeking to have DEFENDANT Fauci, Birx, Daszack and others testify about the origins of COVID-19.
1. On January 10, 2024, Select Subcommittee on the Coronavirus Pandemic Chairman Brad Wenstrup (R-Ohio) issued the following statement after the second day of Dr. Anthony Fauci's transcribed interview: "After two days of testimony and 14 hours of questioning, many things became evident. During his interview today, Dr. Fauci claimed that the policies and mandates he promoted may unfortunately increase vaccine hesitancy for years to come. He testified that the lab leak hypothesis — which was often suppressed — was, in fact, not a conspiracy theory. Further, the social distancing recommendations forced on Americans 'sort of just appeared' and were likely not based on scientific data."
1. DEFENDANT Adams is personally being sued in least two separate cases related to his decision to continue the City of New York's COVID-19 Vaccine.
1. Most employees of DEFENDANT City of New York that were terminated for refusing the COVID-19 vaccine have not been rehired.
1. In an interview with DEFENDANT Eric Adams, when asked about the 2,000 employees that were fired, Adams stated: "They can reapply for their jobs. 96% of employers, I mean employees, took the mandate, I mean, took the vaccine. 96% of employees took the vaccine. Listen, this was a tough time. I remember when our nurses and our healthcare professionals...I know what COVID look like and I know that if we didn't have those mandates, I take my hat off to Bill DeBlasio, that was a tough call because you know New Yorkers. No New Yorker wants anyone telling them anything. The mere fact you tell them...If you tell a New Yorker, 'You better take this million dollars,' they're going to say, 'Why? No I'm not.' That's just who we are. We don't want to be mandated, we don't want anyone to tell us to put on a mask, that's just who we are so that was a cultural shift in our mindset to

say, 'We're fighting this dangerous virus.' I was at the hospitals seeing trailers of bodies. I saw the nurses, and doctors and hospital employees wearing plastic bags and makeshift face masks, putting themselves in harm's way. I saw the first responders. You know, I was on the ground. Remember I moved into Borough Hall and dealt with that virus, responding every day on the ground. This was real. If we didn't have that vaccine, and we didn't have those mandates, we would have lost so many more lives and so New Yorkers stepped up and they said, 'We don't want it. I don't want to get injected...This is new.' They stepped up anyway. So those who made the determination, 'No, I still want to come into a work environment and I'm not going to be vaccinated' or 'No, I still want to ride the trains. I want to do whatever I want,' that just wasn't right. That wasn't right and they made a decision and the law was on our side that said we could mandate and so they were removed. Now that we're seeing a normalization of COVID, there may be another time that we're going to have to do mandates again because these viruses are not going away, we're dealing with a whole new environment of what we're fighting against some of these viruses. They made the decision not to be vaccinated. They lost their jobs. We see the need now to lift the mandate but those who lost their jobs can reapply for their job but they have to reapply just like everyone else."

1. When asked if they should receive backpay, DEFENDANT Adams responded, "Nope. Their backpay is the pay they got when they got another job somewhere. New Yorkers should not be paying for someone that wasn't working and they made a decision. People made a decision to not take the vaccine when they were supposed to...So no, you have a right We're going to try to be as fair as possible. We bent over backwards to understand the needs that people had. The goal was not to be punitive, but to be protective."

1. DEFENDANT Pfizer is being sued for defrauding the U.S. government and in their motion to dismiss, they responded: "We did not defraud the government. We delivered the fraud that the government ordered."

1. On [insert date], Project Veritas released an undercover video, in which DEFENDANT Pfizer executive stated on camera, that

1. After it was revealed that he made those statements on camera,

1. After the video generated more than 50 million views in less than a week, O'Keefe was terminated from Project Veritas by its board of directors.

1. Upon information and belief, DEFENDANT Pfizer colluded with Project Veritas' board members to have O'Keefe removed from the company he created.

1. On July 10, 2023, House Energy and Commerce Committee Chair Cathy McMorris Rodgers (R-WA) "revealed that 14 National Institutes of Health (NIH) officials, including former National Institutes of Allergy and Infectious Diseases (NIAID) Director Dr. Anthony Fauci, were not properly reappointed to their positions in December of 2021, as required by law."

1. On February 15, 2024, "Robert F. Kennedy Jr. won a preliminary injunction against the White House and other federal defendants in his suit alleging government censorship of his statements against vaccines on social media. The injunction, however, will be stayed until the US Supreme Court rules in a related case brought by Missouri and Louisiana."


E. Irreparable Harm Caused to PLAINTIFF Mr. Washington and His Family:

1. Many of PLAINTIFF Mr. Washington's family members were born during and raised in the period of Jim Crow semi-slavery in the South.

1. PLAINTIFF Mr. Washington's great-grandparents, grandparents, parents and other family members attended segregated schools or did not get an opportunity to attend school at all.

1. Despite their setbacks and educational limitations, PLAINTIFF Mr. Washington's parents attended and graduated from Winston-Salem State University.

1. On PLAINTIFF Mr. Washington's mom side, none of her seven brothers and sisters went to college.

1. PLAINTIFF Mr. Washington attended the University of Miami for both undergraduate and graduate school.

1. The cost of attending of attending the University of Miami between 2003 and 2008 was more than $40,000 a year.

1. Mr. Washington is currently in more than $100,000 student loan debt.

1. Since moving to DEFENDANT City of New York, PLAINTIFF Mr. Washington has been employed in lower-status, lower-paying jobs throughout three racially segregated industries (e.g. Hollywood, education and hospitality).

1. PLAINTIFF Mr. Washington spent 18 years of his life being miseducated by DEFENDANTS United States of America, Department of Education, various schools, including the University of Miami, and teachers, both intentionally and unintentionally.

1. In preparation for the case, PLAINTIFF Mr. Washington spent more than 80 hours a week following his constructive discharge from William Morris in April of 2010, studying the Federal Rules of Civil Procedure, as well as reading various law and sociological journals, books and anything else he could find.

1.PLAINTIFF Mr. Washington became introduced to a number of African-centered scholars and learned about a number of things that were never taught to me in the 18 years that I was taught to me by my predominately all-"white" teachers and professors, including but not limited to: the African origins of man and civilization, the importance of melanin, the "whitening" of black Gods, the European origins of racism, the myth of race, Maafa and the on-going African Holocaust, Hollywood's corruptible influence and its role in maintaining racism throughout the U.S. and entire world, etc.

1. On [insert date], PLAINTIFF Mr. Washington e-mailed the president and others within University of Miami's administration to inquire about its diversity at the administrative level, as well as

1. PLAINITFF Mr. Washington was labeled "anti-Semitic" and "racist" for challenging institutionalized racism and supporting his legal arguments with compelling case law, sociological jurisprudence, documentary evidence and current events_____

1. Many of PLAINTIFF Mr. Washington's family members received the COVID-19 vaccine, including his grandmother who died shortly thereafter.

1. Like most people around the world, many of PLAINTIFF Mr. Washington's relationships have become strained over the issue of vaccination.

1. PLAINTIFF Mr. Washington has suffered psychologically and emotionally, like majority of the world, from the man-made COVID-19 "pandemic."

F. Racial Discrimination Lawsuits Against NYCDOE:

[Filed on Behalf of Students]

1. A wide-ranging lawsuit, originally filed in March of 2021, claims New York City's education system is racist in design and operation — effectively separating largely white and Asian students from Black and Latino students through a discriminatory testing processes for its gifted and talented (G&T) programs and curriculum. [Hyehoon Choi. "What to know about suit challenging alleged 'racist' education system in NYC." ABC News. September 9, 2021. https://abcnews.go.com/amp/US/suit-challenging-alleged-racist-education-system-nyc/story?id=79410312.]

1. There are eight specialized high schools throughout NYC.

1. "The system reproduced by the New York City public schools is fundamentally one of caste: an artificial, graded 'ranking of human value that sets the presumed supremacy of one group against the presumed inferiority of other groups on the basis of,' in the United States, race," the suit says.

1. This system, the complaint says, is accomplished by effectively setting groups apart at an early age and perpetuating those divisions.

1. The complaint also states, "Consequently, the demographics of the City's G&T programs reflect disparate familial resources, enrolling predominantly white and certain Asian students," the suit says. The system culminates in admissions to specialized high schools, which it says cements the notion that certain groups are privileged while others are not."

1. The City and State intentionally maintain and sanction this system despite their knowledge — acquired through decades of experience and reflected in their own admissions — of its racist character and outcomes," the complaint says.

1. According to the suit, a teacher at Hibbert's school kept a list of racist incidents reported by Black and Latino students between 2012 and 2015, including racially charged jokes and perpetuating stereotypes.

1. The teacher reported the incidents to school leadership, but "the school enacted no meaningful policy changes."

1. On February 17, 2023, a "Black family in New York City has filed a lawsuit against the city's education department and leaders of a public school alleging that the school, district and city officials enabled and downplayed years of racism and bullying against the family's two children and failed to act on repeated complaints." [Daniella Silva. "NYC parents allege years of racism and bullying in civil rights lawsuit against elementary school and city Education Department." NBC News. February 1, 2023. https://www.nbcnews.com/news/us-news/nyc-parents-allege-years-racism-bullying-civil-rights-lawsuit-elementa-rcna71104.]

1. "Amos and Tiffany Winbush said...that their children 'have endured unimaginable racism, physical and emotional trauma' during their time at the Peck Slip School, a public elementary school in New York City. The Winbushes said their children are two of only a few Black students who attend the school, which is predominantly white." [Silva.]

1. Their lawsuit said, in part: "Teachers and school officials have fostered, enabled, and perpetuated a racially hostile environment at Peck Slip, and that environment has emboldened students to harass and abuse the Winbush children physically and emotionally."

[Filed on Behalf of African American NYCDOE Employees]

1. On May 18, 2020, "Geoffrey S. Berman, the United States Attorney for the Southern District of New York, announced...that the United States has settled a federal civil rights lawsuit alleging that the NEW YORK CITY DEPARTMENT OF EDUCATION (the "DOE") engaged in a pattern and practice of discrimination and retaliation in violation of Title VII."

1. "Specifically, as alleged in the Government's complaint, the DOE and Superintendent Juan Mendez permitted Principal Minerva Zanca to discriminate against all three African American teachers who worked at Pan American International High School ("Pan American") and retaliate against an assistant principal who spoke out against the discrimination.

1. "In connection with the settlement agreements, which were approved by U.S. District Judge Lewis A. Kaplan, the DOE agreed to pay a total of $1,187,500 to the four victims of DOE's discrimination and retaliation, and provide training to all DOE superintendents regarding DOE's anti-discrimination policies and procedures." ["NYC Department Of Education To Pay Over $1.1 Million To Four Victims Of Race Discrimination And Retaliation In Connection With Suit Brought By U.S. Attorney." United States Attorney's Office: Southern District of New York. May 18, 2020. https://www.justice.gov/usao-sdny/pr/nyc-department-education-pay-over-11-million-four-victims-race-discrimination-and.]

[Challenges to License]

1. "[I]n 1991, a new law went into effect that meant that Wilds-Bethea, along with other teachers across the city, had to pass yet another test: the National Teacher Examination, or N.T.E. The N.T.E., which had been administered in other states for decades, was adopted by New York after several task forces concluded that low standards for teachers were hurting student performance, and called for greater knowledge of the liberal arts among educators." [Emma Green. "The $1.8-Billion Lawsuit Over a Teacher Test." The New Yorker. October 31, 2023. https://www.newyorker.com/news/annals-of-education/the-teachers-who-oppose-tests.]

1. "The exam covered basic knowledge of social studies, science, math, literature, and writing. New York City teachers—even those who had already been tenured and previously licensed—needed to pass in order to keep their full-time jobs with seniority and benefits." [Green.]

1. "In 1993, the state began phasing out the N.T.E. and introduced an alternative exam, the Liberal Arts and Science Test, or last[.]" [Green.]

1. Teachers began organizing and gave themselves the name: the Committee for a Fair Licensing Procedure.

1. One of the group's members Peter Wilds-Bethea "felt consumed by these tests. He wrote to the heads of licensing for New York City and State, asking for an exemption for previously full-time, tenured teachers, but got no response. To him, it seemed unfair to make full-time teachers prove themselves in this way—and to watch the ones who failed get demoted and lose pay, which is what eventually happened to him. And then there was the personal humiliation of it: 'your feelings of being incompetent,' he said. His colleagues 'wanted to be educators. And they've been tarnished and labelled. It's not good for your self-esteem.'" [Green.]

1. "The committee members were predominantly Black, although not exclusively: a few Latino educators joined, along with a substantial minority of white Russian immigrants." [Green.]

1. "A presentation by Bob Schaeffer, from the advocacy organization FairTest, confirmed the committee's perception that the test was racially biased. From 1993 through 1994, an average of eighty-four per cent of white test-takers passed the N.T.E., compared with forty-four per cent of Black test-takers, and forty per cent of Latino test-takers. From March, 1993, to June, 1995, the average pass rate for the last was ninety-three per cent for white test-takers, compared with fifty-three per cent and fifty per cent for Black and Latino test-takers, respectively." [Green.]

1. "After consulting a civil-rights attorney, the committee voted to sue New York City and State for violating Title VII, the legal provision that prohibits race-based discrimination in the workplace, along with other provisions." [Green.]

1. In Gulino v Board of Education three teachers filed the lawsuit in 1996 against the city and state education departments claiming that the mandated certification tests — the National Teacher Examination (NTE) and its successor the Liberal Arts & Sciences Test (LAST) — had a "disparate impact on African-American and Latino test takers." [Sophia Chang. "City Faces Largest-Ever Lawsuit Payout To NYC Teachers Affected By "Discriminatory" Certification Tests." The Gothamist. November 19 2021. https://gothamist.com/news/city-pay-largest-ever-settlement-nyc-teachers-affected-discriminatory-certification-tests.]

1. "The court found that Black and Latino teachers clearly passed these tests at lower rates than white teachers. In order to prove that this wasn't illegal, the defendants had to show that the test actually demonstrated what it promised: that teachers who did well on the test would do better in their jobs." [Green.]

1. Many of the questions asked on the two tests were not job-related.

1. In "the available sections of the transcript, the prosecution's expert witness, Frank Landy, a professor of industrial psychology at Penn State, did discuss a few N.T.E. questions that he found particularly problematic. One apparently asked test-takers to look at a performance stage and speculate about why its designer had created it in such an "unadorned" way. Another concerned the splitting of the hemispheres of the brain, which Landy said would require a sophisticated understanding of "neurophysiology and neuroanatomy" and had "multiple correct answers." Some test-takers were presented with a picture of the cadet chapel of the Air Force Academy in Colorado Springs and asked about its aesthetic purpose. Landy visited the Academy's Web site looking for an answer, and found that none of the multiple-choice options listed on the test matched the explanation the Academy gave." [Green.]

1. "During the trial, Landy argued that people's experiences and knowledge are always shaped by race. 'If I grew up in New York, would I go to MOMA and the Metropolitan Opera and the Metropolitan Museum and listen to NPR?' he said. 'I'm a 60-year-old Irish Catholic. I look at things a particular way, whether I want to or not.'" [Green.]

1. "In a conversation with [writer Emma Greene], Joshua Sohn, the lead attorney for the plaintiffs, recalled that on the last, teachers were asked to explain the meaning of Andy Warhol's famous soup-can paintings." [Green.]

1. As Sohn stated: "The further away the test gets from evaluating basic skills — reading, writing, math — the more likely it is to have some type of difference performance by group. It necessarily tests culture." [Green.]

1. Dan Goldhaber, "a professor at the University of Washington whom another scholar described as 'the doyen' of researchers in this area," stated: "I don't think it's surprising that we see a disparate impact on test performance. There is inequality in society. And one of the ways that manifests is with different educational outcomes." [Green.]

1. "Heather Peske, the president of the National Council on Teacher Quality (N.C.T.Q.), pointed out that disparate pass rates may reflect the racial inequalities of K-12 schooling — all aspiring teachers were once students themselves, and lots of evidence suggests that racial and ethnic minorities aren't doing as well in American schools as white students." [Green.]

1. "According to the N.C.T.Q., most teacher-training programs don't even require applicants to have a G.P.A. of 3.0 or above, the equivalent of a B average. Once aspiring teachers enter their programs, they don't necessarily learn what they need to prepare students: only a quarter of elementary-school teacher-training programs address all the components of scientifically based reading instruction, and another quarter don't teach scientifically based reading methods at all. Graduate programs for elementary-school teachers often emphasize math pedagogy over math content, even though many teachers feel unprepared to instruct students in basic concepts. Many programs don't give teachers in training enough opportunities for clinical practice in classrooms. And teacher-training programs are overwhelmingly whiter than the campuses where they're housed." [Green.]

1. "A district-court judge, Constance Baker Motley—a Black woman and famous civil-rights lawyer who worked with Thurgood Marshall on Brown v. Board—initially found in favor of New York, concluding that the N.T.E. and the last were sufficiently job-related to justify their use. But the Second Circuit vacated part of that decision and dropped New York State as a defendant." [Green.]

1. "Another district-court judge, Kimba Wood, subsequently found that the city had violated Title VII because the last was not properly validated, or proven to show what it said it showed. In 2021, the city agreed to a schedule of payments." [Green.]

1. As reported by Gothamist writer Sophia Chang on November 19 2020 she states: "A massive decades-long lawsuit against New York City over the use of two teaching certification tests is winding to a conclusion with nearly $660 million and pension benefits in damages awarded to plaintiffs in the class action lawsuit claiming the tests were discriminatory against Black and Latino teachers and prevented them from achieving full seniority pay and benefits. The city could be further liable for hundreds of millions of dollars more in damages yet to be determined with an estimated maximum payout of about $1.8 billion for the 4700 plaintiffs in the...class action suit — in what city officials say is the highest amount of damages that New York City has ever paid." [Sophia Chang. "City Faces Largest-Ever Lawsuit Payout To NYC Teachers Affected By "Discriminatory" Certification Tests." The Gothamist. November 19 2021. https://gothamist.com/news/city-pay-largest-ever-settlement-nyc-teachers-affected-discriminatory-certification-tests.]

1. On July 5, 2023, it was reported by the New York Post that "[r]oughly 5,200 black and Hispanic ex-Big Apple teachers and once-aspiring educators are expected to collect more than $1.8 billion in judgments after the city stopped fighting a nearly three-decade federal discrimination lawsuit that found a certification exam was biased." [Rich Calder, Susan Edelman and Deirdre

Bardolf. "Black, Hispanic NYers who failed teacher's test strike $1.8B in NYC settlement." New York Post. July 15, 2023. https://nypost.com/2023/07/15/nyc-bias-suit-black-hispanic-teachers-and-ex-teachers-rich/.]

[Reverse Discrimination]

1. On January 24, 2024, "[t]hree white female executives who worked for the city Department of Education (DOE) and claimed they were demoted in favor of less-qualified people of color [were] handed a momentous victory in their $90 million blockbuster lawsuit." [Aneeta Bhole. "NYC DOE employees who claim racial discrimination over demotion can pursue bombshell $90M lawsuit, judge rules." New York Post. January 24, 2024. https://nypost.com/2024/01/24/metro/judge-clears-way-for-bombshell-90m-racial-discrimination-suit/.]
1. Article III federal judge Mary Kay Vyskocil of DEFENDANT Southern District of New York "ruled that '(the women) offer evidence of a policy of race-based discrimination at Carranza's DOE,' paving the way for a trial or possible settlement." [Bhole.]
1. Vyskocil is a woman classified as "white" and was born and raised in DEFENDANT State of New York.
1. Vyskocil was appointed to DEFENDANT SDNY by DEFENDANT Trump.
1. Prior to Vyskocil's appointment to the bench, she practiced general commercial litigation for almost thirty-three years at the racially segregated, predominately "white" New York City-based law firm of Simpson Thacher & Bartlett.

A. Recent Decisions on Affirmative Action and Teaching "Critical Race Theory" in Education:

1. Since the Civil Rights Act of 1964 was last amended in 1991, the decisions of DEFENDANT United States of America's highest court, have attempted to take a colorblind, instead of race conscious, approach to resolving issues concerning civil rights and affirmative action.
1. Due to symbolic gestures like the passage of the Civil Rights Act of 1964 and election of the first "mixed-race" President, there are many Americans today, who believe that the vestiges of global white supremacy (racism) have disappeared, and that affirmative action now provides an unfair advantage to minorities.
1. In the last few years, there have been many attacks by "whites" to ban affirmative action and stop children from learning the truth about DEFENDANT United States of America's history of anti-black racism and genocide.
1. Ultimately, DEFENDANTS United States of America, the Department of Education, each segregated school district, including DEFENDANTS NYCDOE and UFT, are responsible for this outcome.
1. "To increase racial diversity among America's educators, it is critical for states to develop programs that recruit and support Black men entering the teaching profession." [????? https://thehill.com/opinion/education/571157-when-black-men-cant-afford-to-teach-our-children-pay-the-price?amp.]
1. Increasing Black male teacher representation in schools across the nation and NYC "requires strategic planning, including collaborative efforts at the national, state, district and local levels." [Kimberly Underwood. EdSurge. August 28, 2019.]
1. "There is an obligation for policymakers and school administrators to examine and implement sustainable initiatives aimed at creating inclusive, equitable and supportive school environments." [Kimberly Underwood. EdSurge. August 28, 2019.]
1. "In 2016, in Fisher v. University of Texas, the Supreme Court reaffirmed that the consideration of race as part of a holistic admissions process, a practice known as affirmative action, is consistent with the Equal Protection Clause." [ACLU. https://www.aclu.org/news/racial-justice/meet-edward-blum-man-who-wants-kill-affirmative-action-higher.]
1. In 2018, the Supreme Court decided "two cases concerning affirmative action brought by the conservative activist group Students for Fair Admissions." [Sarah Hinger. "Meet Edward Blum, the Man Who Wants to Kill Affirmative Action in Higher Education." ACLU. October 18, 2018. https://www.aclu.org/news/racial-justice/meet-edward-blum-man-who-wants-kill-affirmative-action-higher.]
1. Students for Fair Admissions was created by Edward Blum.
1. Blum is a male classified as a "white."
1. "Blum is not a lawyer, but he has a long history of crafting legal attacks on civil rights." [Hinger.]
1. "After losing a congressional election in the early 1990s, Blum, who is white, challenged the Texas redistricting process as discriminating in favor of African American and Latinx voters." [Hinger.]

1. "While his success in that case, Bush v. Vera, was limited to particular districts, among his other challenges to the voting rights, Blum was behind Shelby v. Holder. That case gutted important protections in the Voting Rights Act with drastic effects for voters of color." [Hinger.]

1. "His attacks on laws and policies designed to promote the equality of people of color are not limited to voting rights. Blum also crafted the unsuccessful challenge to race-conscious college admissions programs in Fisher v. University of Texas." [Hinger.]

1. "Failing in Fisher, Blum baldly strategized that he "needed Asian plaintiffs." He formed Students for Fair Admissions as a vehicle to file litigation. The organization's leadership consists solely of Mr. Blum, Abigail Fisher, and Richard Fisher, her father. Through Students for Fair Admissions, Blum recruited "members" and filed his challenge to college admissions against Harvard and the University of North Carolina with a twist. This time, Blum claims that the consideration of race discriminates against Asian Americans." [Hinger.]

1. "While Blum now purports to represent the interests of Asian Americans, none of his goals in litigation have changed. Blum isn't seeking to ensure that universities adequately address any implicit biases against Asian Americans in their admissions practices, nor is he asking them to take other affirmative steps to recognize the value of Asian-American applicants." [Hinger.]

1. "The relief Blum seeks is narrowly focused on what has always been his objective: a prohibition on any awareness of race in college admissions." [Hinger.]

1. "[S]tatistical projections show[ed] that white applicants [would] be the primary beneficiaries." [Hinger.]

1. "Not talking about race doesn't erase discrimination; it reinforces the privileges of white applicants by ignoring the ways in which deep-seeded structural racial inequality impacts individuals." [Hinger.]

1. "Blum's cynical attempt to use members of the Asian American community seeks to pit people of color against one another. This is the direct antithesis of race-conscious admissions programs, which endeavor to create richly diverse college campuses." [Hinger.]

1. "Contemporary events demonstrate all too clearly that racial divides and racial discrimination persist in America. In this context, efforts to promote diversity cannot be viewed as mere niceties, and attacks on those efforts cannot be treated as benign. There are real consequences for democracy at stake." [Hinger.]

1. On June 29, 2023, the Supreme Court "effectively ended race-conscious admission programs at colleges and universities across the country. In a decision divided along ideological lines, the six-justice conservative supermajority invalidated admissions programs at Harvard and the University of North Carolina." [Nina Totenberg. "Supreme Court guts affirmative action, effectively ending race-conscious admissions." NPR. June 29, 2023. https://www.npr.org/2023/06/29/1181138066/affirmative-action-supreme-court-decision.]

1. "The decision reverses decades of precedent upheld over the years by narrow Supreme Court majorities that included Republican-appointed justices. It ends the ability of colleges and universities — public and private — to do what most say they still need to do: consider race as one of many factors in deciding which of the qualified applicants is to be admitted." [Totenberg.]

1. In a July 13, 2023 letter, Attorneys General of 13 states (Alabama, Arkansas, Indiana, Iowa, Kansas, Kentucky, Mississippi, Missouri, Montana, Nebraska, South Carolina, Tennessee, and West Virginia) issued a warning to the CEOs of Fortune 100 companies, threatening "serious legal consequences" over race-based employment preferences and diversity policies.

1. Recent bans on critical race theory.

1. Recent reports that NYCDOE is trying to introduce a "misinformation" lesson so that children are indoctrinated to trust "reliable" media sources.

1. A miseducated populous is easy to manipulate and control.

1. Rising rates of parents taking their children out of school and homeschooling them instead.

1. Racial inequality in education ensures racial inequality in housing, employment, criminal justice and many other important and influential areas of human activity.

1. "Countering racism is an essential step in supporting students of color to access their full potential. To truly transform the current landscape, change is needed at the systemic level; this in turn supports and reinforces change at the individual level. Systemic change highlights the interrelationships and interdependencies of the educational system. Unless we fully recognize how the system — replete with institutionalized racism and privilege — is embedded within the solution, we will only be able to achieve minimal shifts for young people and their families." [Caverly.]

XI. Race-Based Conspiracy to Maintain Racial Segregation Throughout NYC and the Nation:

A. PLAINTIFF Mr. Washington's Attempt to Eradicate Institutionalized Racism from Hollywood:

1. Between 2008 and 2010, PLAINTIFF Mr. Washington was employed at one of the oldest and largest talent agencies in Hollywood – the William Morris Agency (now known as William Morris Endeavor Entertainment).

1. DEFENDANT WME was founded by a German "Jew" named Zelman Moses and has historically represented by this group who identify as "white."

1. In 2009, the William Morris Agency merged with Endeavor to become DEFENDANT William Morris Endeavor Entertainment.

1. The co-CEO of DEFENDANT William Morris is Ari Emanuel.

1. Emanuel classifies himself as a "white," "Jewish" male.

1. "Jews" of EurAsian descent falsely proclaim to be "God's chosen people" and have used their monopolistic control over powerful communicative mediums of persuasion to project the myths of white superiority, "Jews" being "white" and black inferiority.

1. DEFENDANT WME's principal office is located in DEFENDANT City of New York.

1. After being unable to rise the company's "glass ceiling" as one of two African American Agent Trainees employed throughout their racially segregated Agent Trainee program, PLAINTIFF Mr. Washington filed a voluminous complaint in DEFENDANT Southern District of New York.

1. PLAINTIFF Mr. Washington litigated the case against an elite, predominately "white" law firm in predominately "white" judicial and quasi-judicial forums.

1. "White" male, Republican appointed federal judge DEFENDANT Peter Kevin Castel was appointed to the preside over the case and James C. Francis IV was selected as the magistrate judge.

1. PLAINTIFF Mr. Washington raised arguments about the myth of race throughout the Washington Litigation, but it was also ignored by the various finders of fact in his case – further evidence of a race-based conspiracy.

1. Throughout the entirety of the case, William Morris and its lawyers maintained that PLAINTIFF Mr. Washington's claims were "without merit, legally and factually."

1. The case was erroneously compelled to arbitration and after four failed attempts to have the Second Circuit overturn DEFENDANT Castel's decision, PLAINTIFF Mr. Washington complied with Castel's Order.

1. While appealing DEFENDANT Castel's decision to compel the case into arbitration with the Second Circuit, PLAINTIFF Mr. Washington learned about another racial discrimination case against DEFENANT WME, which involved a class of black concert promoters: Rowe Entertainment v. William Morris Agency, et al. ("Rowe Litigation").

1. Finding it futile to submit a petition for certiorari to the Supreme Court, PLAINTIFF Mr. Washington reluctantly submitted his complaint to DEFENDANT American Arbitration Association ("AAA").

1. In the arbitrator's ____ decision, he admitted "Exhibit 31" into the evidence of recording – something the federal judge did not do in the original case.

1. On December 17, ____, Arbitrator Gregory issued his Partial Final Award, which was "final" on the merits and "final" for the sake of judicial review.

1. In his Partial Final Award, the arbitrator concluded: "I FIND William Morris Endeavor Entertainment LLC discriminated against Claimant [Mr. Washington] in violation of pertinent federal, state, and local law prohibiting discrimination in employment on the basis of race."

1. DEFENDANTS Loeb & Loeb LLP, Michael P. Zweig and Christian Carbone improperly moved for DEFENDANT AAA to disqualify Arbitrator Gregory after he issued his final decision on the merits because only the court had authority to make that decision.

1. PLAINTIFF Mr. Washington's objections to DEFENDANT AAA and DEFENDANT Castel were both ignored and DEFENDANT Timothy K. Lewis was selected to replace Arbitrator Gregory.

1. DEFENDANT American Arbitration Association knew that DEFENDANT Christian Carbone was married to one of their executives, but neither party shared this information with PLAINTIFF Mr. Washington.

1. PLAINTIFF Mr. Washington was informed of this information by a third party and learned that DEFENDANT Carbone's wife worked closely with DEFENDANT Timothy K. Lewis.

1. DEFENDANT AAA also allowed DEFENDANTS WME, Loeb & Loeb LLP, Zweig and Carbone to pay DEFENDANT Lewis directly, in violation of DEFENDANT AAA's own rules.

1. DEFENDANT Castel downplayed PLAINTIFF Mr. Washington's claims of "fraud upon the Court" against DEFENDANTS WME, Loeb & Loeb LLP, Zweig and Carbone.

1. In order to make it extremely hard for PLAINITFF Mr. Washington to have DEFENDANT Castel's erroneous decision vacated and him impeached, he issued a filing injunction against him.

1. The Washington Litigation was purposefully suppressed by the mainstream media, which works closely with William Morris/Hollywood and also maintains racially segregated workforces violative of Title VII.

1. In July of 2020, in or around the time DEFENDANT WME was about to go public as s company, DEFENDANT Ariel Emanuel released a statement admitting that Hollywood had a problem with racism and announced that his company was partnering with one of their African American actor clients to improve diversity, equity and inclusion practices and policies throughout their company.

1. PLAINTIFF Mr. Washington immediately informed DEFENDANT Castel of DEFENDANTS WME and Emmanuel's admission, but DEFENDANT Castel refused to vacate the filing injunction or take any action against

1. In or around that same time, PLAINTIFF Mr. Washington came across a documentary about Hollywood titled *Out of Hollywood.*

1. Kevin M. Shipp is former agent of DEFENDANT United States of America's former CIA who served in many capacities and later became a whistleblower.

1. According to Shipp: "The CIA is funneling information into Hollywood, Hollywood is putting that out into movies and the population believes it."

1. In 1996, DEFENDANT CIA established the Entertainment Industry Liaison. On their website, it states: "For years, artists from across the entertainment industry – actors, authors, directors, producers, screenwriters, and others – have been in touch with the CIA to gain a better understanding of our intelligence mission. Our goal is an accurate portrayal of the men and women of the CIA, and the skill, innovation, daring, and commitment to public service that defines them."

1. Before the CIA existed, DEFENDANT United States of America's Office of Strategic Services (OSS) wrote a memo dated June 8, 1943, where they discussed a study on the use of motion pictures as a "weapon of psychological warfare." [Kevin M. Shipp.]

1. The objective of the study: "To exploit the potentialities of the motion picture as a weapon of psychological warfare for the United States."

1. In the section titled "Survey of the Situation," it stated in part: "The motion picture is one of the most powerful propaganda weapons at the disposal of the United States. It can serve many diversified functions."

1. It stated that "motion pictures can contribute to the building and maintenance of morale by: (1.) Dispelling doubt and uncertainty, by allaying anxiety and (2.) Providing a unique and valuable form of recreation."

1. It stated that motion pictures "can be aimed at the civilians and the armed forces – to inform and instruct, to create attitudes, stimulate or inhibit action, to build morale."

1. In a February 9, 1944 letter from the Director of DEFENDANT United States of America's FBI, it stated: "Motion pictures are inescapably one of the world's greatest forces for influencing public thought and opinion, both at home and abroad.

1. The letter announces offers that will prevent "the effort of Communist, Fascist, and other totalitarian-minded groups to pervert this powerful medium into an instrument for the dissemination of un-American ideas and beliefs."

1. The President was Sam Wood, the First Vice-President was Walt Disney, the Second Vice-President was Cedric Gibbons and the Third Vice-President was Norman Taurog.

1. In a June 1951 memo titled "Scientific Methods for Controlling the Minds of Individuals" from DEFENDANT United States of America's CIA, it says the aim is "...controlling an individual to the point where he will do our bidding against his will and even against such fundamental laws of nature as self-preservation."

1. Operation Mockingbird was a large-scale program of the United States Central Intelligence Agency (CIA) that began in the early years of the Cold War and attempted to manipulate news media for propaganda purposes.

1. In 1965, Allen Dulles, former director of DEFENDANT United States of America's CIA, stated: "At no time has the CIA engaged in any political activity or intelligence activity that was not approved at the highest level."

1. In the documentary Out of Shadows, former CIA agent _____ stated: "There's no question about the fact that Operation Mockingbird is real. It started out paying journalists, Pulitzer Prize winning journalists, the media, to print fake stories that the CIA wanted in the press and fake interviews. This was revealed in the Church Committee [hearings]."

1. Television shows and films that have discussed things that are now happening in real life.

1. In a 2003 episode of "Dead Zone," they discuss coronavirus and talk about Hydroxychloroquine.

1. In the first season of the Netflix show "My Secret, Terrius," episode 10, around the 53 minute mark, there is an eerie scene in which two Asian cast members playing doctors or lab scientists have the following conversation. One medical personnel informs another: "It appears we have a mutant coronavirus." The other responds: "Corona? MERS?" The doctor or lab scientist answers: "MERS, SARS, the common flu. They all fall in the same family with the same gene information. The coronavirus attacks the respiratory system. During the 2015 MERS epidemic, the mortality rate was over 20 percent." The other responds: "But that's not serious enough to be used as a weapon. Am I wrong?" The woman responds: "Like I said, this is a mutant virus. Someone

147

tweaked it to increase the mortality rate to almost 90 percent." The same lady later says: "What's more serious, is that the coronavirus has an incubation period of two to fourteen days. This virus was manipulated to attack the lungs directly within just five minutes of being exposed." Later on, the woman who learns of this information discusses the information with a man on the phone. His response to the news: "They're planning a biochemical terrorist attack."

1. This episode was released in 2018.

1. Contagion.

1. The three Emanuel brothers worked in three key areas: Rahm (government), Zeke (former employee of the NIH) and Ari (Hollywood).

B. Complaints Filed by PLAINTIFF Mr. Washington Against DEFENDANT NYCDOE:

1. At the institutional level, DEFENDANTS DOE, NYCDOE and UFT maintain racially segregated workplaces at the administrative levels.

i. NYCDOE:

1. Internally, PLAINTIFF Mr. Washington filed numerous complaints against DEFENDANT Amott.

1. PLAINTIFF Mr. Washington submitted a complaint to then-NYC DOE Chancellor, Meisha Ross Porter, on August 3, 2021.

4. PLAINTIFF Mr. Washington submitted a complaint (SCI Case #2021-2981) to the Special Commissioner of Investigation For the New York City School District [Intake@nycsci.org] on August 5, 2021.

5. The complaint was forwarded to Office of Equal Opportunity (OEO) on August 5, 2021 by asklegal@schools.nyc.gov.

1. On August 5, 2021, PLAINITFF Mr. Washington forwarded his complaint against DEFENDANT Amott and P.S. 250 to Dr. Nyree Dixon – acting Superintendent for District 14.

1. Dr. Dixon identifies as an African American male.

1. On August 18, 2021, Dr. Dixon acknowledged that he'd received PLAINTIFF Mr. Washington's e-mail and stated, "In addition, I have filed a complaint on the Principal per legal directives."

1. On August 18, 2021, PLAINTIFF Mr. Washington informed Dr. Dixon that DEFENANT Amott resigned two days after terminating him, and on that same day, Dr. Dixon replied, "I am aware.  However, I still placed an investigation."

1. On October 18, 2021, PLAINTIFF Mr. Washington e-mailed Dr. Dixon requesting an update on his investigation and Dr. Dixon stated, in part: "As I shared previously a complaint was made against Principal Amott. The investigation unit would be able to share an update."

1. On October 18, 2021, Dr. Dixon wrote: "Good evening!  As I shared previously a complaint was made against Principal Amott. The investigation unit would be able to share an update."

1. In response, PLAINTIFF Mr. Washington wrote: "Okay. Can you please provide me the name of the investigation unit and I will reach out to them for an update regarding my complaint? Also, not sure if you have already, but please look into the science showing the link between autism in children and vaccines. I am appalled by what I am reading and the studies further explain why emotional and behavioral disorders in children have been on the rise. You all have made a grave mistake with your [mandatory] vaccination requirements...."

1. On August 5, 2021, PLAINTIFF Mr. Washington forwarded his complaint to Chancellor LaShawn Robinson.

1. On August 5, 2021, PLAINTIFF Mr. Washington forwarded his complaint to Judy Nathan, Senior Executive Deputy Counsel for DEFENDANT NYCDOE.

1. On October 5, 2021, SCI Intake Unite wrote: "Please be advised that the information you reported has been reviewed by the Office of the Special Commissioner (SCI) and the decision has been made to refer the matter to the Chancellor's Office of Special Investigations (OSI) and to the Office of Equal Opportunity (OEO) for appropriate action. You can contact OSI at 718-935-3800 and OEO at 718-935-3320 for further information."

1. On March 8, 2022, PLAINTIFF Mr. Washington wrote to Dixon: "Since e-mailing you seven months ago, no one you referred my complaint do has properly investigated my claims. Thus, a detailed complaint has now been filed with the EEOC, which is attached below. I even quote you as well! I didn't realize how bad things were while employed, but the NYC DOE's intentionally unlawful and historically racist policies and practices are both unconscionable and appalling. Just know, when I'm finished, this institution, as well as the state of education in America as a whole, will be dramatically different — for the betterment of all people. Forward this to your legal counsel so they can get their lies and denials ready."

1. On March 8, 2022, Dixon replied: "Thank you for your email.  Your complaint was forwarded as I was brand new when this was brought to my attention.  I reported the Principal myself to the proper authorities.  I am looping in our legal counsel and ES Watts."
1. On March 9, 2022, PLAINTIFF Mr. Washington for Dixon to "[f]orward [the complaint] to Chancellor David Banks as well."
1. On July ___, 2022, PLAINTIFF Mr. Washington e-mailed Camille Blake to get a copy of the complaint that had been filed against him.
1. On July 6, 2022, Blake replied: "As I told Steve yesterday, I cannot provide you with any additional information other than the case is closed. You do have an open case number 21-02396X that is a school based investigation. I informed Steve that you should reach out the principal and or employee relations. You can also reach out to the FOIL unit at the information listed below."
1. In response, PLAINTIFF Mr. Washington said: "Whether it's closed or not, why would I need to submit a FOIL request to see a copy of any complaint filed against me? The principal is no longer at the school so who is handling this frivolous investigation nearly a year after my unlawful termination? To this day, I have never been informed of what I allegedly did or said wrong. This is beyond wrong and this policy will change when it's all said and done. What is the name of your supervisor? Please forward this correspondence to them."
1. On July 8, 2022, PLAINITFF Mr. Washington sent a follow up e-mail to Blake, stating: "Did you honor my request and forward this matter to your supervisor? I need an update by the end of the day."
1. On that same day, PLAINTIFF Mr. Washington uncovered an article detailing Blake's arrest for drunk driving months after being accused of reeking of pot while on the job.
1. On July 8, 2022, PLAINTIFF Mr. Washington e-mailed a number of DEFENDANT NYCDOE employees, requesting a copy of the complaints filed against him.
1. On June 26, 2023, PLAINTIFF Mr. Washington e-mailed Dixon and Brooklyn Executive Superintendent Karen Watts: "Why haven't I ever been informed of the results of this investigation into my complaint against Amott? Do you really think you all are going to waste my time and I'm going to let this slide? Wrong black man here."

ii. New York Stated Education Department ("NYSED"):

1. PLAINTIFF Mr. Washington submitted a complaint to the Office of Professional Discipline ("OPD") [conduct@nysed.gov] on August 5, 2021.
1. The Office of Professional Discipline replied same day that they do "not have jurisdiction over schools or teachers."

iii. UFT:

1. DEFENDANT United Federation of Teachers ("UFT") is the labor union that represents most teachers in DEFENDANT NYCDOE's schools.
1. DEFENDANT UFT has the jurisdiction to resolve grievances filed by its members.
1. At the time of PLAINTIFF Mr. Washington's termination from P.S. 250 and DEFENDNAT NYCDOE, he was a due paying member of DEFENDANT UFT.
1. Beginning on August 3, 2023, PLAINTIFF Mr. Washington filed complaints with DEFENDANT UFT.
1. PLAINTIFF Mr. Washington initially sent the complaint to various Brooklyn Borough Office Representatives of DEFENDANT UFT, including Iradies Munet, Jason Golberg (Special Representative for High Schools) and Vanecia Wilson.
1. PLAINTIFF Mr. Washington's UFT Complaint focused purely on his employment and termination from P.S. 250.
1. On August 5, 2021, DEFENDANT UFT drafted a letter to DEFENDANT NYCDOE's Office of Labor Relations on PLAINTIFF Mr. Washington's behalf, requesting a conference for having been "improperly terminated from a position in the Summer Rising 2021 per session activity for the Summer 2021 Program" in "clear violation of Articles 15, 20, and 21 of the Teacher's Collective Bargaining Agreement."
1. With regards to UFT Case # K72996, a Step 1 hearing took place on August 16, 2021.
1. Throughout the Step 1 and Step 2 hearings, PLAINTIFF Mr. Washington was represented by DEFENDANT UFT rep Ms. B. Bell-Lee.
1. Although Ms. Bell-Lee argued that DEFENDANT Amott's termination violated DEFENDANT NYC DOE's policies, she never explicitly mentioned what those policies were or identified the agreements that were violated.

1. In violation of PLAINTIFF Mr. Washington's constitutional right to due process, no written decision was rendered following the Step 1 hearing.
1. While subbing at a high school in Brooklyn, PLAINTIFF Mr. Washington met DEFENDANT UFT rep Anthony Klug and forwarded him his complaint on September 24, 2021.
1. On October 20, 2021, PLAINTIFF Mr. Washington forwarded his complaint to Steven Bernstein
1. In response to complaints from PLAINTIFF Mr. Washington, the case was then moved to a Step 2 hearing, which took place on October 26, 2021 before Elenor Radzivilover.
1. PLAINTIFF Mr. Washington should have been allowed to appeal the finder of fact's Step 1 decision at the Step 2 phase but was prevented from doing.
1. At the Step 2 stage, the Superintendent's representative, Winston Tse, continued to argue that my termination was lawful because I was a "per diem substitute teacher" with "no guarantee of continued employment." He also argued that the complaints filed against me justified my termination because it is the NYC DOE's "longstanding practice" for "substitute teachers [to be] removed from all per session service pending the outcome of the investigation."
1. Bertha Bell-Lee and PLAINTIFF Mr. Washington argued that the NYC DOE's arguments were a pretext for my termination because proper and full investigations never took place, and had they been conducted, DEFENDANT NYCDOE's investigators would have concluded that he'd done nothing wrong.
1. PLAINTIFF Mr. Washington further argued that he wasn't removed from all per session employment, but instead moved to another class, and that the true reason for his termination was in retaliation for complaining about the school allowing adults and high school interns to use their cellphones during the entirety of class each day.
1. On November 3, 2021, NYC DOE Special Investigator Camille Blake e-mailed Mr. Washington's UFT representative S. Bernstein and informed him: "The scheduled interview with Mr. Washington for tomorrow is cancelled. The case is now closed. Thank you."
1. A few days after, Mr. Washington e-mailed Mrs. Radzivilover to update on the status of his pending investigation since the principal's rep in his October 26, 2021 Step 2 appeal discussed this alleged investigation to support that the principal had legitimate, non-discriminatory grounds for terminating Mr. Washington.
1. On [insert date], Radzivilover rendered her Step 2 decision, ruling in favor of DEFENDANT NYC DOE.
1. The biased finder of fact, Elenor Radzivilover, was obligated to issue her decision within "ten school days after the appeal" but it took nearly eight months for her to render her improvident, three-paragraph decision in favor of the NYC DOE for the two reasons advanced by Tse and made no mention of the arguments raised by PLAINTIFF Mr. Washington.
1. Radzilover's decision should have been rendered at the Step 1 phase, which would have allowed PLAINTIFF Mr. Washington to show why her decision was erroneous.
1. PLAINTIFF Mr. Washington's complaint was not limited to his termination from P.S. 250 – it also included the events leading up to his termination.
1. DEFENDANT UFT has refused to explicitly state whether or not Amott violated DEFENDANT NYCDOE's Chancellor Regulations A-420 and A-421, as well as DEFENDANT UFT's Teacher and "Day-to-Day Substitute Teachers" Collective Bargaining Agreements with DEFENDANT NYCDOE when she violated his right to due process and terminated him without allowing him to see the complaint and refused to receive a statement from him or the other adults in the classroom, amongst other intentional violations (e.g. terminating PLAINTIFF Mr. Washington a day after he complained about the cellphone usage of adults and high school interns (a total of 5-6 people) in a class of about 6 to 7 students).
1. Since no finder of fact decided these issues at the Step 1 and Step 2 stages, PLAINTIFF Mr. Washington sought for an arbitrator to do so.
1. Arbitration is the last stage of the UFT's grievance process.
1. In accordance with the UFT's Teachers and "Day-to-Day Substitute Teachers" Collective Bargaining Agreements, PLAINTIFF Mr. Washington sought to have the matter resolved through arbitration.
1. Given that procedural due process was violated at the Step 1 and Step 2 phases and no decision has been rendered which discusses whether or not Amott's handling of student and employee complaints violated NYC DOE's policies," this matter should have been sent to arbitration.
1. PLAINTIFF Mr. Washington waited for months for an arbitration date and was given the run around by Jeanie Santopietro for nearly six months.
1. On December 12, 2022, UFT "Special Representative" Anthony Klug wrote, in part: "I just spoke with Jeanine, who informed me that your arbitration will take place in January and that your arbitration advocate will notify you of the date (well before). In these proceedings, **you will likely have access to any files pertinent to the hearing.**" (emphasis added)

1. On December 14, 2022, DEFENDANT Santopietro wrote, "Mr. Washington, I was just informed that Michael Herron will be your advocate. Due to a conflict with the Arbitrator's schedule they have changed the date of your hearing from January 20, 202[3] to January 17, 202[3]. My Colleague, Michael Herron will be reaching out to you soon."

1. As early as March 8, 2022, PLAINTIFF Mr. Washington was informed by the Brooklyn Grievance Liaison, Andrea Carte, that his case had been "referred to the central grievance department to review for possible arbitration" because the finder of fact — Elenor Radzivilover — was considerably "late" in rendering her Step 2 decision.

1. On June 24, 2023, Carte wrote, in part: "[W]e do not have contractual standing to demand that a new hearing officer rehear the case. The contractual next step if the case is deemed viable will be arbitration." In the same e-mail, she wrote, "As previously advised on June 16, 2022 your case was scheduled to be reviewed for arbitration in part due to the missing decision. Now that the decision has been issued, your case must be reviewed for arbitration on its merits."

1. Near the letter's conclusion, PLAINTIFF Mr. Washington stated: "I am not seeking anything more than what I am contractually entitled to. If I am denied the right to have this matter arbitrated, then I will have no choice than to name the UFT in my pending lawsuit against the NYCDOE for causes of action including, but not limited to: fraud, obstruction of justice, and aiding and abetting in a race-based conspiracy to deprive African Americans, including myself, of their unalienable, human, constitutional and civil rights."

1. At the end of the letter, PLAINTIFF Mr. Washington requested to "address[ ] this matter in-person at a conference with members of the UFT Administrative Committee sometime in early February."

1. Since PLAINTIFF Mr. Washington was seeking to have the arbitrator review and vacate the decisions of DEFENDANT UFT, they did not have the jurisdiction to decide whether or not his grievance could "successfully be pursued to arbitration."

1. DEFENDANT UFT cannot determine whether or not a grievant will be "successful[ ]" in arbitration — only the arbitrator can.

1. On January 18, 2023, Mr. Washington submitted a letter in response to DEFENDANT UFT's abrupt decision to cancel the scheduled arbitration.

1. PLAINTIFF Mr. Washington representative from DEFENDANT UFT never explicitly raised these arguments during the Step 1 and 2 hearings, although she did argue that PLAINTIFF Amott's termination violated due process.

1. On January 11, 2023, PLAINTIFF Mr. Washington had a brief call with UFT "Special Representative" Michael Herron.

1. On January 13, 2023, four days before the arbitration, PLAINTIFF Mr. Washington received an email from Herron stating, "The Grievance Department reviewed your case and unfortunately we were unable to find a way to proceed with the case to arbitration. In reviewing the facts of your grievance, the Union was unable to find a contractual expectation and right to continuous work in the activity as a day to day substitute. As such, the Union will not be able to proceed to arbitration on 1/17/23. The Union will be sending you a letter with instructions on how to appeal the decision." (emphasis added)

1. On January 13, 2023, PLAINTIFF Mr. Washington submitted an appeal to the decisions of Mark Collins and Michael Herron.

1. On January 18, 2023, PLAINTIFF Mr. Washington submitted a letter to Ms. Sharon Moses, "seek[ing] a conference at the UFT Headquarters with members of the UFT Administrative Committee sometime between February 1-10, 2023. **See Exhibit __**

1. On that same day, PLAINITFF Mr. Washington received a letter from Mark Collins, Director of UFT's Grievance Department, saying, "As a result of further investigation of [your] case, **we still believe** that your grievance cannot successfully be pursued to arbitration." (emphasis added)

1. If DEFENDANT UFT "still believe[d]" that PLAINITFF Mr. Washington's grievance could not be successfully pursued, then a date for arbitration should have never been set.

1. On January 18, 2023, PLAINTIFF Mr. Washington sent an 11-page letter to Sharon Moses via e-mail. PLAINTIFF Mr. Washington agued that the arbitrator had to "determine whether or not Amott and P.S. 250 improperly handled complaints filed by both students and myself and whether her actions violated the Chancellor's Regulations A-420 and A-421, the UFT's Collective Bargaining Agreement regarding "Day-to-Day Substitute Teachers" and various Articles under the Teachers Collective Bargaining Agreement, as well as review the procedural errors of the UFT."

1. On February 7, 2023, PLAINTIFF Mr. Washington wrote in an e-mail, in part: "I'm not waiting four months just to have a hearing, which is not the arbitration that was supposed to take place, followed by however many months it will take the decisionmakers to render their decision. Given that there is no guarantee they will uphold the various agreements and laws cited, this entire process could be futile, allowing the NYC DOE and UFT to continue maintaining employment and business practices, policies and procedures that intentionally violate, Brown, our nation's antidiscrimination laws, as well as various agreements entered into between the UFT and NYC DOE. To prevent further harmful delay, I am now requesting for the members scheduled

to oversee the hearing to issue a written decision based on the arguments raised in my January 18, 2023 submission no later than February 28, 2023." See Exhibit __.

1. On February 17, 2023, PLAINTIFF Mr. Washington wrote in an e-mail to DEFENDANT UFT: "I am still awaiting a response to my February 7, 2023 email. If the request is not honored, then state that in writing and that will conclude my attempt to resolve this matter through the UFT."

1. On February 22, 2023, PLAINTIFF Mr. Washington wrote in an e-mail to DEFENDANT UFT: "This serves as my official notice that I will no longer be attempting to resolve this matter through the UFT. I'll be taking this corrupt and racist organization that has deprived me of my unalienable, human, constitutional and civil rights, along with your conspirators, to federal court."

1. A few days after PLAINTIFF Mr. Washington's call with DEFENDANT Michael Herron and four days before the actual arbitration, he have received a letter from the DEFENDANT UFT's Grievance Department saying his "grievance cannot successfully be pursued to arbitration."

1. DEFENDANTS Collins and Herron do not have the authority to decide the merits of DEFENDANT UFT member's cases and should not be making prejudicial conclusions when they clearly aren't knowledgeable of antidiscrimination law and are ignoring the language contained in the UFT's collective bargaining agreements.

1. On May 23, 2023, DEFENDANT UFT stated that a hearing had been scheduled for June 27, 2023.

1. DEFENDANT UFT waited two weeks before the scheduled arbitration to provide PLAINTIFF Mr. Washington with the date.

1. On June 20, 2023, PLAINTIFF Mr. Washington wrote an e-mail to

1. Following the hearing, on June 27, 2023, PLAINTIFF Mr. Washington requested via e-mail for DEFENDANT UFT to provide the "correct spelling of each individual on the conference call with me today." They refused to do so.

1. In August of 2023, PLAINTIFF Mr. Washington had a conference call with various members of DEFENDANT UFT to argue why this matter should proceed to arbitration.

1. On August 15, 2023, PLAINTIFF Mr. Washington e-mailed the "Administrative Committee of Appeals": "I am seeking an immediate decision on this matter. There is absolutely no reason why it would take this long to make a determination when you all are refusing to consider my legitimate legal arguments. Stop wasting my time. The lawsuit has already been filed in federal court anyway so hurry up."

1. On January 18, 2024, PLAINTIFF Mr. Washington e-mailed the "Administrative Committee of Appeals": "It has been more than five months since I requested an expedited decision on this matter. If a decision is not made by the end of this month, I ask that this group of majority white men deny my appeal. I'm tired of dealing with this racist organization and its incompetent staff."

1, On January 30, 2024, PLAINTIFF Mr. Washington wrote to DEFENDANT Michael Milgrew via e-mail: "This matter needs to be resolved immediately! You all have violated my unalienable, human, civil and constitutional rights by depriving my of due process and trying to prevent this matter from being resolved by a third-party. I am demanding a final decision be rendered immediately to prevent further harmful delay."

1. On more than one occasion, a "special" representative from DEFEDANT UFT told PLAINTIFF Mr. Washington that substitute teachers "do not have rights" because he was a per diem employee.

1. As of the date of this pleading, no decision has been rendered by DEFENDNAT UFT.

1. DEFENDANT UFT's employees that were involved in the improper handling of complaint, which resulted in me being deprived of my constitutional rights include: Jeanie Santopietro, Andrea Carte, Mark Collins, Mark Herron and Michael Milgrew.

1. Each of these individuals are being paid not to enforce our nation's antidiscrimination laws as it concerns African Americans.

1. DEFENDANT UFT purposefully sabotaged my grievance while receiving money from my paycheck.

1. At every step of DEFENDANT UFT's grievance process, PLAINTIFF Mr. Washington's constitutional right to due process has been violated.

1. If DEFENDANT UFT were truly being impartial in its investigation of PLAINITFF Mr. Washington's complaint, this many procedural errors would not exist, even if it were concluded that Amott and P.S. 250 complied with the Chancellor's Regulations and UFT's Agreement with DEFENDANT NYCDOE.

1. DEFENDANT UFT's intentional procedural errors also constitute violations of PLAINTIFF Mr. Washington's constitutional, human and civil rights and they must be corrected.

1. Based on the fact that DEFENDANT UFT is intentionally refusing to abide by the procedures set forth in agreements they helped draft and negotiate, then this union is also engaging in fraud.

iv. DOE's Office of Civil Rights:

1. In 1980, the Department of Education was established as a separate governmental department.
1. DEFENDANT DOE has a civil rights division, called the Office of Civil Rights (OCR), which is tasked with the responsibility of ensuring that our public schools are acting in compliance with our nation's antidiscrimination laws.
1. On September 2, 2021, Mr. Washington filed a complaint against the NYC DOE with the US Department of Education, Office for Civil Rights.
1. PLAINTIFF Mr. Washington's complaint was forwarded to DEFENDANT DOE's NY office on the same day.
1. PLAINTIFF Mr. Washington submitted the draft of more formal complaint against DEFENDANT NYC DOE on September 8, 2021.
1. PLAITNIFF Mr. Washington spoke with hearing officers on September 20, 2021.
1. PLAITNIFF Mr. Washington's e-mail recapping meeting. See Exhibit ___.
1. Complaint was broad and all encompassing.
1. The Director of OCR's New York Office is Rachel Pomerantz.
1. On September 16, 2021, DEFENDANT Lauren Numeroff and Diane Castro e-mailed PLAINTIFF Mr. Washington stating "We have been assigned to evaluate the complaint you filed with OCR against the New York City Department of Education" and seeking to know a time to speak with him about his complaint.
1. DEFENDANT Numeroff is a woman classified as "white."
1. On that same day, PLIANTIFF Mr. Washington responded: "So I have an assignment until September 30th at a high school. I will be finished at 2:50pm and can talk after 3:30pm."
1. On September 16, 2021, DEFENDANT Numeroff wrote via e-mail that his call to discuss his complaint would take place on Monday, September 20, at 3:30 pm.
1. On September 20, 2021, PLAINTIFF Mr. Washington wrote an e-mail to DEFENDANT Numeroff, stating in part: "Lauren stated that the concerns I have raised "are absolutely what [y]our agency is meant to address," that my claims are "squarely within [y]our jurisdiction" and that your agency "enforce[s] Title XI which is meant to penalize, basically regulate race discrimination." Based on these three things, if the detailed information I have presented to you before the call was not enough for you to recommend for the Department of Education civil rights division to conduct a proper investigation into my complaint and hold the NYC Department of Education and others accountable for maintaining racial segregation that's well-documented throughout all levels of its educational system, then nothing else that I could say matters and you should just issue your rejection letter in writing as soon as possible so I can take legal action against all parties involved in this conspiracy to maintain racism throughout the U.S. education system, and ultimately, our racially stratified society." **See Exhibit ___.**
1. In that same e-mail, PLAINTIFF Mr. Washington wrote: "Ultimately, what's causing racial segregation is institutionalized racism — a legacy of slavery and Jim Crow. It's the obvious elephant in the room that the white majority refuses to discuss, but now it is time."
1. On September 23, 2021, DEFENDANT Numeroff wrote to PLAINTIFF Mr. Washington, stating in part: "Thank you for your email below, and again for speaking with us earlier this week. We wanted to once again offer you the opportunity to speak by phone to let us know more about your allegation that the NYCDOE "maintain[s] racial segregation at the teacher and student level" and provide any information that may be relevant to your complaint. During the complaint evaluation process, we really want to ensure that you have ample opportunity to voice the concerns that brought you to OCR, to clarify your allegation(s) with specificity, and provide whatever information you may have about your allegation(s), so we hope that you will speak with us again."
1. On September 30, 2021, PLAINTIFF Mr. Washington wrote DEFENDANT Numeroff and Diane Castro: "I believe the documents provided and my statements during our call are suffice and I do not feel as though I have anything further to say about this historical issue that predates our existence and continues to this very day. If there are any further questions you would like to ask that you haven't already, I ask that you put them in writing and I will respond within a day via e-mail. I am currently without a job as of today due to the NYC DOE's diabolical, mandatory vaccination mandate against all DOE employees. I will be taking legal action regarding all of these issues either way in the next couple weeks. This is a violation of our human rights and African Americans will suffer the most because of these crimes against humanity."
1. On December 22, 2021, PLAINTIFF Mr. Washington e-mailed DEFENDANT Numeroff and Diane Castro, stating: "When should I expect to hear a final answer from the Department of Education's regarding my complaint? It's been more than three months and this is not a new issue..."
1. On January 11, 2022, PLAINTIFF Mr. Washington wrote to DEFENDANT Numeroff: "Nobody has time for the games. If you and your organization are going to drag your feet on something you know to be a historical issue and have done little to correct these historical wrongs aside from symbolic and meaningless gestures, then hurry up and deny my complaint so I can add the Department of Education as a Defendant to my pending legal complaint against the NYC DOE."

1. On January 19, 2022, PLAINTIFF Mr. Washington e-mailed DEFENDANT Numeroff "the amendment to my complaint, explaining why the COVID-19 vaccine mandates create an additional disparate impact against African Americans and others in all areas of education."

1. In the e-mail to DEFENDANT Numeroff, PLAINTIFF Mr. Washington also wrote: "I just want to note that I find it strange that you — a "white" female attorney working for the civil rights division of a department that has allowed many school districts to remain racially segregated 66 years after Brown v. Board of Education — keep asking me to explain "how" the NYC DOE's history of racism and racially discriminatory policies, practices and procedures create a disparate impact against African Americans. Why do you have this job if you expect the non-attorney grievant to explain the law and legal concepts to you? That's not how it's supposed to work. I feel like I'm doing your job for you and that's very problematic for me because that tells me, more qualified people, typically who are of color, exist and are being overlooked in order to maintain the status quo and racial inequality throughout the country."

1. On March 9, 2022, PLAINTIFF Mr. Washington sent an e-mail to DEFENDANT Numeroff, making her aware of two lawsuits filed against DEFENDANT NYCDOE. One case was filed by black and brown students and the other was filed by African Americans who argued DEFENDANT NYCDOE's license requirements create a disparate impact against this protected group.

1. Om May 3, 2022, PLAINTIFF Mr. Washington e-mail Catherine Lhamon, Ramin Teeri, Hannah Zack, Addie Zinsner, Monique Dixon, Ajeandro Reyes, Seth Galanter, Alice Abrokwa, Jasmine Bolton, Jady Hsin, Suzanne Goldberg Laurie Monk, Randolph Wills, Meena Chandra, Lisa Chang, Mia Karvondes, Sherrell Evans, Peter Gelissen, Joshua Schopf, and Sandra Bruce, writing: "Please see e-mail below. I am asking for a final decision to my complaint to be rendered immediately. Also, how many African Americans employed within the OCR?".

1. On June 15, 2022, PLAINTIFF Mr. Washington submitted an e-mail to DEFENDANT Numeroff and many other employees of DEFENDANT NYCDOE, stating: "I am still awaiting a decision on this matter. If a decision is not rendered by the end of the month, I ask that you dismiss my complaint so the matter can be resolved in court."

1. Om June 16, 2022, DEFENDANT Numeroff wrote to PLAINTIFF Mr. Washington: "Thank you again for your patience and for reaching out. Management within OCR New York and at Headquarters are aware of your concerns and we are working to address them."

1. On June 16, 2022, PLAINTIFF Mr. Washington replied to DEFENDANT DOE: "I've asked you repeatedly to not drag your feet with regards to issuing a decision on this historical and long-standing issue. Thus, if your agency is not able to do its job and render a final decision by the end of the month, dismiss my complaint so I can add this agency as a defendant in this overall conspiracy by white America to commit physical, cultural and spiritual genocide against people of African descent."

1. On June 17, 2022, PLAINTIFF Mr. Washington received an e-mail from Alexander Artz, introducing himself as "the Team Leader assigned to your complaint," and saying "[p]lease be assured that OCR takes your complaint very seriously and that it remains under consideration."

1. On August 22, 2022, OCR's Team Compliance Leader Alexander H. Artz rendered his decision on Mr. Washington's complaint.

1. Artz summarized Mr. Washington's arguments in three allegations.

1. Allegation 1: "the staff at NYCDOE's P.S. 250 (the School) discriminated against you on the bases of your race and sex by terminating your employment as a substitute teacher at the School in summer 2021."

1. Allegation 2: "NYCDOE discrimination on the bases of race, color and/or national origin by (a) terminating your employment for not complying with the NYCDOE's mandate that employees receive the COVID-19 vaccine, and (b) implementing the COVID-19 vaccine mandate."

1. Allegation 3: "NYCDOE discriminates on the basis of race by engaging in practices that result in racial segregation and institutional racism."

1. The OCR stated that they "generally refer[ ] complaints that allege employment discrimination against an individual on the bases of race, color, national origin and/or sex to the U.S. Equal Employment Opportunity Commission (EEOC) under Section 701(c) of its Case Processing Manual" and referred allegations 1 and 2(a) to Hernan Morales — a supervisor at the EEOC's New York office.

1. With regards to Allegation 2(b), Artz dismissed it, stating, "While you have made general assertions about the potential impact that the COVID-19 vaccine mandate may have, the information you provided regarding vaccination rates does not indicate that the mandate."

1. DEFENDANT NYCDOE is exclusively in possession of data detailing the vaccination rates of its employees based on race. SEFENDANT DOE never compelled DEFENDANT NYCDOE to produce this information.

1. In violation of due process, the DOE and its investigator should have compelled DEFENDANT NYC DOE to produce that data before dismissing PLAINTIFF Mr. Washington's claim.

1. With regards to Allegation 3, DEFENDANT Artz dismissed it under Section 108(d) of the Case Processing Manual, stating, "While you have made general assertions about institutional racism, the NYCDOE, and the alleged discriminatory effects of its practices, you have not identified any specific decision, practice, or policy that you believe is currently discriminatory on the basis of race and/or how any specific alleged conduct is discriminatory on the basis of race."

1. PLAINTIFF Mr. Washington appealed the OCR's decision one day later on August 23, 2022 and included the 63-page complaint that was submitted to the EEOC on March 7, 2022.

1. In the e-mail sent to DEFENDANT Artz, PLAINTIFF Mr. Washington stated: "I expected this improvident decision from you, which why I asked [ ] you repeatedly to expedite your final decision regarding my complaint against the NYC DOE. For the following reasons below, I'm appealing your decision regarding claims 2(b) and 3." *See* Exhibit ___.

1. In response, DEFENDANT Artz wrote on that same day: "Confirming that I received your message below, and that I am submitting your appeal for review. To ensure impartiality, a staff member in a different OCR office will handle the appeal."

1. In response, PLAINTIFF Mr. Washington sent DEFENDANT Artz two e-mails. The first stated: "'Ensure impartiality'?!? What a joke." and the second contained a link to a report that DEFENDANT Artz contributed to. The report was a "Response to the Periodic Report of the United States to the United Nations Committee on the Elimination of Racial Discrimination" and was titled "LOCAL IMPLEMENTATION: NEW YORK, NEW YORK, Race Realities in New York City."

[https://www2.ohchr.org/english/bodies/cerd/docs/ngos/usa/USHRN36.doc.]

1. On August 25, 2021, PLAINTIFF Mr. Washington wrote to DEFENDANT Artz via e-mail: "I'm glad you denied my COVID claims prematurely because as you should be aware, the CDC recently admitted to botching it's response to COVID-19. Walensky admitted that the agency made many errors and we need to stop pretending that the vaccine actually works and is safe. Please see August 19, 2022 FOX News interview with Dr. McCollough: https://video.foxnews.com/v/6311077574112#sp=show-clips. As stated, this is a form of biological warfare made by the US government for the purposes of depopulation and to help usher in a "new world order." This is nothing short of genocide and is further proof that the DOE, NYC DOE and others are aiding and abetting in a larger conspiracy to deprive all Americans, especially African Americans, of their unalienable, human and civil rights. You all have purposefully dumbed down Americans so that present day, majority of them would believe all of your lies. All vaccine mandates throughout society, especially the educational sector, must be abolished immediately."

1. In a second e-mail sent to DEFENDANT Artz shortly after, PLAINITFF Mr. Washington wrote: "See also: Sharon LaFraniere and Noah Weiland. "Walensky, Citing Botched Pandemic Response, Calls for C.D.C. Reorganization." The New York Times. August 17, 2022. https://www.nytimes.com/2022/08/17/us/politics/cdc-rochelle-walensky-covid.html."

1. On October 12, 2022, PLAINTIFF Mr. Washington wrote to DEFENDANT Artz: "Can you please provide me with a copy of the NYC DOE's response to my complaint by the end of the week?"

1. That same day, DEFENDANT Artz wrote to PLAINITFF Mr. Washington: "On August 22, 2022, OCR advised the NYCDOE of the referral of Allegations 1 and 2(a) to the EEOC. The NYCDOE did not submit a response to OCR; I am not aware of whether the NYCDOE has submitted anything to the EEOC. I hope this helps, and I hope you are doing well."

1. On October 13, 2022, PLAINITFF Mr. Washington e-mailed DEFENDANT Artz: "Save the fake sentiments. Just wanted to confirm that **you all denied my complaint without receiving a response from the NYC DOE.**" (emphasis added)

1. In a second e-mail, PLAINTIFF Mr. Washington wrote to DEFENDANT Artz: "Also, I did not ask for a copy of the NYC DOE's response to the OCR after you referred Allegations 1 and 2(a) to the EEOC. I asked for a copy of the NYC DOE's response to my initial complaint, which you dismissed a few weeks ago.."

1. On October 25, 2022, PLAINITFF Mr. Washington wrote to DEFENDANT Artz: "I am still awaiting a reply. It has been more than a week…"

1. On October 26, 2022, DEFENDANT Artz wrote to PLAINTIFF Mr. Washington: "The first notice that OCR provided to the NYCDOE regarding your complaint was the letter on August 22 advising the NYCDOE of the referral to the EEOC. I'm sorry that was not clear in my previous message."

1. In response, PLAINTIFF Mr. Washington replied to DEFENDANT Artz on that same day and CC'ed Christiana Doreity from DEFENDANT EEOC, stating in part: "So what investigation did you and/or the U.S. Department of Education actually do if it took you all nearly a year to dismiss my legitimate and serious complaint? What documents did this agency collect from the NYC DOE in response to all the submissions you note in your dismissal letter? The NYC DOE should have had to provide your federal agency with documents or statistics reflecting the racial composition of its workforce and/or student body since it has been reported by numerous media outlets that NYC DOE is one of the most racially segregated school districts in the nation. Also, you

state that I 'did not provide information of vaccination rates for Black teachers,' but how would I — a former employee — have that information? That's information this agency should have compelled the NYC DOE to produce given that they are the employer…"

1. DEFENDANT DOE transferred the appeal to the Illinois branch on [insert date].

1. On November 21, 2022, Adele Rapport, Regional Director, wrote in part, "After careful consideration, I find that the issues raised in the appeal do not warrant a change in OCR New York's disposition of the complaint under the laws and regulations enforced by OCR. Accordingly, the appeal is denied."

1. The Department of Education's Civil Rights division has failed to uphold our nation's antidiscrimination laws because majority of its staff and key decisionmakers are "white."

1. On January 19, 2022, Mr. Washington amended his complaint, adding the claim that QUOTE. See Exhibit ___.

1. DEFENDANT DOE's employees that were involved in the improper handling of complaint, which resulted in me being deprived of my constitutional rights, include: Lauren Numeroff, Alexander Artz and Adele Rapport.

1. Each of these individuals are being paid not to enforce our nation's antidiscrimination laws as it concerns African Americans.

1. It's not up for debate that DEFENDANT NYCDOE is maintaining racially segregated schools in violation of Brown and racially segregated workforces in violation of Title VII and additional civil rights laws.


v. EEOC:

1. The Equal Employment Opportunity Commission ("EEOC")

1. The most frequently filed claims with DEFENDANT EEOC are allegations of race discrimination, racial harassment, or retaliation arising from opposition to race discrimination. [EEOC.]

1. In DEFENDANT EEOC's literature on E-Race, they state in their section "What Will EEOC Do?," it states: "To combat race and color discrimination in the 21st century workplace, EEOC will: Identify issues, criteria and barriers that contribute to race and color discrimination in the workplace; Explore strategies to improve the administrative processing and litigation of race and color discrimination claims; Enhance public awareness of the persistence race and color discrimination in employment; and Strengthen partnerships with employee advocates, state and local human rights commissions, human resource professionals, and employer groups to address race and color discrimination in the workplace and promote inclusion of employees of all races." [EEOC.]

1. In 2005, DEFENDANT EEOC established the Systemic Task Force ("Task Force") to evaluate how the EEOC addressed systemic discrimination. [EEOC.]

1. On August 9, 2021, PLAINTIFF Mr. Washington forwarded his complaint to DEFENDANT EEOC, including DEFENDANTS Judy Keenan and Jeffrey Burstein.

1. The next day, on August 10, 2021, DEFENDANT Burstein wrote: "Mr. Washington, as the Regional Attorney for EEOC's New York District, I have no involvement in processing EEOC charges. I have forwarded your email to the District's intake unit, and an investigator will be contacting you to complete your charge."

1. In response, PLAINTIFF Mr. Washington wrote: "Cool. When is your organization going to finally address and actively combat the longstanding issue of systemic and institutionalized racism that exists throughout numerous industries and companies in NYC and the entire nation, resulting in the "inexorable zero" and/or a gross underrepresentation of qualified African Americans in the workplace? For example, William Morris Endeavor Entertainment and numerous other talent agencies based in NYC. The EEOC has allowed these companies to maintain their racially discriminatory practices, policies and procedures and has clearly forgotten why Title VII was passed in the first place. It's time for this organization to help breathe new life into an eviscerated statute that is now on life support."

1. After a month elapsed without a response, PLAINTIFF wrote to Burstein on September 9, 2021: "Crickets. Your silence speaks volumes and given the historical nature of this issue, it is not surprising. Just know: African Americans will not allow this to continue for much longer. Transformative change is going to take place whether you all want it to or not."

1. An unknown employee of DEFENDANT EEOC emailed PLAINTIFF Mr. Washington on September 2, 2021, stating, "From the information you provided in your e-mail, it does not appear that your situation is covered by the laws we enforce." They told me to contact the Department of Education.

1. DEFENDANT EEOC assigned investigator Christiana Doriety to the case.

1. DEFENDANT Doriety is a non-black woman and upon information and belief, classifies herself as Hispanic.

1. On January 25, 2022, PLAINTIFF Mr. Washington forwarded DEFENDANT Doriety the complaint that had been filed with DEFENDANTS UFT AND NYCDOE.

1. On March 7, 2022, PLAINTIFF Mr. Washington filed a 63-page complaint, proving "why the NYC DOE and P.S. 250's racially stratified organizational structure and historically discriminatory employment practices, policies and procedures constitute crimes against humanity, acts of genocide, fraud, conspiracy and intentional violations of the Civil Rights Act of 1964 and additional civil & human rights laws."

1. PLAINTIFF Mr. Washington's complaint also proved "how the NYC DOE's unlawful employment practices, including but not limited to its mandatory COVID-19 vaccine mandate, discriminate against African Americans as a class and myself individually, on the basis of race, color, perceived national origin and/or sex."

1. On May 9, 2022, DEFENDANT NYCDOE submitted their position statement, denying any and all claims.

1. DEFENDANT NYCDOE was represented by attorney and DEFENDANT Liz Vladeck.

1. DEFENDANT Vladek was hired to the position in [insert date].

1. DEFENDANT Vladek studied _____ from _____ and upon completing her law degree, moved to Russia to advocate for and defend the civil rights of mostly "white" Russians.

1. DEFENDANT NYC DOE did not make DEFENDANT Vladek's position publicly available.

1. DEFENDANT Vladek's arguments were disingenuous because had "white women" been underrepresented throughout DEFENDANT NYC DOE's schools and its administration, she would not have raised the same argument.

1. On January ___, 2023, the New York office abruptly transferred the case to the EEOC's Florida office.

1. Having dealt with the incompetent Florida office before, Mr. Washington objected to the transfer and asked for it to be transferred to another office outside of Florida.

1. On February 10, 2023, the EEOC's Florida office transferred Mr. Washington case to the Indianapolis District Office without reason or explanation.

1. PLAINTIFF Mr. Washington has repeatedly asked for DEFENANT EEOC to expedite its decision since he had already requested an oral hearing, the decision could be appealed and the merits of the case had to ultimately be decided by an impartial jury.

1. DEFENDANT Vladeck is being duplicitous and her unethical actions violate the New York Rules of Professional Conduct, New York Judiciary Law § 487 and additional laws.

1. In response to PLAINITFF Mr. Washington's EEOC complaint, DEFENDANTS NYC DOE and Vladeck argued that his claims should be dismissed because (1.) he was a per diem employee, (2.) _____ and (3.) _____. *See* **Exhibit ___.**

1. On January 19, 2022, Mr. Washington amended his complaint, adding the claim that QUOTE. *See* **Exhibit ___.**

1. On October 26, 2022, PLAINTIFF Mr. Washington wrote DEFENDANT Doriety, stating: "I am looking for an update on the status of my complaint. Not sure if you're aware, but after a year, the U.S. Department of Education decided to forward part of my complaint to your agency. What a waste of time! Typical racist behavior! I know the EEOC typically takes a long time to render decisions and dismisses most discrimination complaints. I know all of my claims are legitimate no matter what the EEOC decides, so I am seeking for the EEOC to issue an expedited decision on the matter so the parties can have their hearing and any other proceeding allowed to ensure due process and equal protection under the law. Too much time is being wasted and NYC DOE is still imposing vaccine mandates although the conspiracy to orchestrate the COVID-19 pandemic and commit massive genocide is being exposed each and every day…"

1. On November 15, 2022, PLAINTIFF Mr. Washington wrote to DEFENDANT Doriety: "I am still awaiting a reply Christiana…"

1. On November 16, 2022, DEFENDANT Doriety responded: "How are you? Thanks for your e-mail. Your case is still ongoing… I know you are anticipating to hear a decision from the EEOC, it will be soon but not yet. Your rebuttal had pushed for more further investigation necessary to fully assess the scope needed to make a decision, and this is why it's taking a bit of time. I hope this information helps."

1. On November 18, 2022, PLAINTIFF Mr. Washington e-mail DEFENDANT Doriety, stating in part: "While looking for more evidence to prove my claims of systemic disparate treatment and disparate impact, I came across this webpage from the NYC DOE titled: "Guidance to Foster Ongoing Dialogue and Action About Race and Equity." [https://infohub.nyced.org/in-our-schools/programs/race-and-equity] Their attorney claimed they have no engaged in any unlawful conduct but why would a non racist company complying with Title VII write this: "As the largest school system in the country, we are accountable to addressing the ways in which our institution perpetuates racism and inequities. Accountability is reflecting, understanding biases, prioritizing learning and educating oneself, engaging in conversations with young people, community members, family, and colleagues about race, racism, and racial violence, listening, unpacking the root causes of our current state, and most importantly, taking action against racial injustice"? Blanket denials don't sound like accountability to me, especially when their workforce remains segregated by race and/or color…" *See* **Exhibit ___.**

1. Shortly after sending DEFENDANT Doriety the November 18, 2022 e-mail, DEFENDANT EEOC transferred PLAINITFF Mr. Washington's complaint.

1. On December 14, 2022, DEFENDANT Doriety informed the parties via e-mail that the case was being transferred to DEFENDANT EEOC's Miami division.

1. DEFENDANT Doriety stated: "The purpose of this letter is to inform you that the instant charge of employment discrimination filed with the EEOC has been transferred to our Miami District Office for processing, and another Equal Opportunity Investigator will be assigned to the case."

1. PLAINITFF Mr. Washington was pissed because more than a year had elapsed and this would cause further harmful delay.

1. On December 20, 2022, PLAINTIFF Mr. Washington responded, in part: "I am just getting back to NYC from vacation in Miami and am beyond frustrated after reading about the latest development in my case."

1. PLAINTIFF Mr. Washington also requested for his case to be transferred to another division, stating: "I am also requesting that this matter be transferred outside of the Miami branch because I've dealt with them in the past (e.g. EEOC investigator Michael Mathelier) and don't trust them at all because I watched them screw over my mother by not considering all of her claims, which later prevented her from pursuing all of her claims in federal court. Following the transfer, I am requesting that the investigator issue an expedited decision, followed by an expedited hearing before an Administrative judge in New York City no later February 17, 2023."

1. On January 3, 2023, PLAINTIFF Mr. Washington wrote to DEFENDANTS Doriety and Richard Buckley: "Don't think you all are receiving millions in taxpayers funds when you all are incapable of upholding the law and unable to make a finding of discrimination when it's blatant and slaps you in your face. I have worked in two industries throughout my career that have historically remained segregated by race and the EEOC has never done anything about it! What a joke! It's time for this organization to be held accountable for allowing racism to remain rampant throughout the American workplace. You all have absolutely no credibility and this organization will no longer exist and/or will have to change significantly when I take legal action against this racist and corrupt government."

1, On January 9, 2023, PLAINTIFF Mr. Washington asked Doriety and Buckley again: "I also want my case transferred to another office. I have dealt with the Miami office in the past and they are no different than the New York office. Transfer my complaint to another office by the end of the business day."

1`. On that same day, DEFENDANT Doriety replied: "All EEOC offices run the same and we cannot transfer your case to 'another office', except for Miami for which is made available. You would have gotten the Right to Sue already if I had dismissed your case. Since you're not being cooperative with how long this is taking, then I would suggest you put in a request for the Right to Sue so you could bring NYCDOE to trial."

1. In response, PLAINTIFF Mr. Washington wrote: ""Not being cooperative"? I've been pretty cooperative with you from the beginning until now, so again, stop the games. I specifically asked for an expedited decision, so no, I am not allowing you and the EEOC to pretend to "investigate" my complaint for nearly a year to then transfer my complaint, make no final decision on the merits and offer to give me a "Right to Sue" letter. You think I'm going to let you all waste a year of my life without providing a written decision on the matter? You must not be thinking. If that's what I wanted, I would have requested that a long time ago since I already know the games you all play. You all are clearly afraid to make a decision that states the obvious which is why you all are dragging your feet and now trying to harmfully delay a final decision by transferring the case. You already knew you were understaffed when I filed the complaint so it wouldn't take a year to transfer the complaint if that was the true reason. Given that I've dealt with this incompetent office and its investigators before, I don't want any complaint that I file to be handled by those people. This is the same state in which its governor has sought to ban the teaching of "critical race theory" (which was never being taught in grades Pre-K through 12) throughout its racially segregated schools in order to continue whitewashing history and to keep the masses miseducated. This entire process is tainted with bias and I want my complaint transferred to an ethnically diverse office that I've never dealt with before."

1. PLAINTIFF Mr. Washington sent a second e-mail, stating: "And Richard, your poor leadership is obvious. You must be removed from this extremely important position because institutionalized racism is rampant throughout the state of New York and New York City. This is exactly why racist and/or racially biased white men and women should not be put in positions of power and authority concerning issues of discrimination, especially racial discrimination. Do the state of New York a favor and resign immediately."

1. In response, DEFEFENDANT Doriety wrote: "Many charging parties are aggravated just as you are with us and we understand that but our office, unfortunately, are extremely short-staffed and backlogged. This is the reason why we had to transfer numerous charges over to Miami because they have plenty of investigators who are not backlogged. It is most likely you will receive an

outcome much sooner than you would coming from our office. Otherwise, if we did not transfer, many charges would not be completed for at least another year to 2 years, which thereby would cause a further backlog for new incoming charges that need be investigated for discrimination. I truly hope you do understand this and your cooperation would be appreciated. So, please give Miami some time to process your charge transfer and you will be assigned to a different investigator as soon as possible. Let me know if you have any questions or concerns."

1. On [insert date], per PLAINTIFF Mr. Washington's request was granted, and his complaint was transferred to the Indianapolis division.

1. On March 27, 2023, PLAINTIFF Mr. Washington sent an email to Michelle Ware, [insert title], stating: "My name is Marcus Washington and I am reaching out to you after having heard nothing from the EEOC's Indianapolis division after my complaint was transferred to your office from the Miami branch in or around January 2023. Prior to being transferred to the Miami branch, my complaint was before the NY branch for nearly a year. Since there is a strong likelihood that the EEOC will not uphold the law and will allow the NYCDOE to continue maintaining employment practices, policies and procedures that result in systemic disparate impact and disparate treatment against African Americans, I ask the you issue an expedited decision on the issues raised before you no later than April 1, 2023. My patience is running thin. If the EEOC plans to allow another school year to pass without taking any remedial or legal action against the NYC DOE, then I will have no choice than to take legal action against the EEOC as well."

1. On March 30, 2023, DEFENDANT Ware wrote: "Thank you for your email. The Indianapolis District Office is in receipt of your case. Your case is currently assigned to Investigator Twanya Westmoreland. Her direct number is (463) 999-1203. Investigator Westmoreland will reach out to you no later than April 7, 2021. Best, Michelle"

1. Days before the Indianapolis division entered its final decision, PLAINTIFF Mr. Washington received a call from DEFENDANT EEOC's investigator Twanya Westmoreland, inquiring if he had any more evidence to present before a final decision was made.

1. On April 10, 2023, DEFENDANT EEOC dismissed PLAINTIFF Mr. Washington's complaint without reason and issued its Determination and Notice of Rights letter. *See* **Exhibit ___.**

1. DEFENDANT EEOC's determination stated: "The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge."

1. The letter was signed by District Director Michele Eisele.

1. This is the third time PLAINTIFF Mr. Washington has filed a complaint or assisted someone filing a complaint with the EEOC and they failed to impartially to their job and render a decision on the merits.

1. In more than a year, DEFENDANT EEOC has transferred PLAINTIFF Mr. Washington's complaint two times and failed to render a decision.

1. On April 12, 2023, PLAINTIFF Mr. Washington spoke with Twanya Westmoreland.

1. Following the call, PLAINTIFF Mr. Washington wrote Westmoreland, Michelle Eisele and Frederick Brubaker via e-mail:

1. On April 14, 2023, PLAINTIFF Mr. Washington e-mailed Charlotte Burrows, Jocelyn Samuels, Keith Sonderling, Andrew Lewis and Gwendolyn Reams, stating: "Please see e-mails below and talk to your racist white colleagues. For more than a decade, I've watched the EEOC help eviscerate the substantive strength of our nation's civil rights laws, particularly as it pertains to African Americans in this country, by their refusal to fully investigate claims of racial discrimination filed by African Americans. If these gross errors are not corrected, I will be left with no choice than to sue this federal agency for engaging in a conspiracy to deprive African Americans of their unalienable, human, constitutional and civil rights under the color of law. If this matter goes to court, I will ultimately seek for this agency to be abolished because you all are not living up to your purpose and are doing more harm than actual good given that systemic forms of racism in employment continue to exist and are worsening each year. Based on this fact alone, there is absolutely no reason why this agency receives more than $360 million a year if they are working to help keep racism alive (race is not a biological reality). If I do not get a response by the end of the month, I will let the courts resolve this longstanding issue."

1. DEFENDANT EEOC's employees that were involved in the improper handling of complaint, which resulted in PLAINTIFF Mr. Washington being deprived of his constitutional rights, include: Judy Keenan, Jeffrey Burnstein, Richard Buckley, Christiana Doriety Twanya Westmoreland, Michelle Eisele, Frederick Brubaker, Michelle Ware and Kenneth Bird.

1. Majority of the _____ [commissioners] of DEFENDANT EEOC's various U.S. branches are "white."

vi. Intentional Failures of Investigatory Agencies:

1. DEFENDANT NYCDOE, like all other businesses and institutions, must comply with Title VII, NYCHRL and additional antidiscrimination laws.

1. In violation of Title VII and other antidiscrimination laws, each institution responsible for investigating PLAINTIFF Mr. Washington's claims maintains a workplace that is overrepresented by whites and/or maintains occupational segregation based on race and/or color.

1. In the same way PLAINTIFF Mr. Washington was not afforded due process by Arnott, he was not afforded due process by DEFENDANTS NYCDOE, DOE, UFT and the EEOC.

1. For nearly three years, each of the four named institutions have done everything in their power to downplay Mr. Washington's legitimate claims of discrimination and to deprive him of his unalienable, human, constitutional and civil rights.

1. Neither DEFENDANTS UFT nor the NYCDOE can ignore or downplay claims of discrimination when brought to their attention — even if one is a "per session substitute teacher" or because the UFT thinks substitutes aren't afforded the same legal protections as licensed teachers.

1. DEFENDANTS NYCDOE and UFT refused to acknowledge and resolve PLAINTIFF Mr. Washington's Title VII claims.

1. Employees of DEFENDANTS DOE, NYCDOE and EEOC are employees of the government and their salaries are paid for by US taxpayers.

1. Given that each institution employs attorneys who are tasked with goal of making sure schools and businesses comply with our nation's antidiscrimination laws, this longstanding issue should have been corrected before PLAINTIFF Mr. Washington was employed by DEFENDANT NYCDOE.

1. DEFENDANT NYC DOE never refuted the historical and statistical evidence presented by Mr. Washington.

1. DEFENDANTS NYCODE, DOE, UFT and EEOC have failed to comply with their own rules regarding handling of complaints.

1. PLAINTIFF Mr. Washington's efforts to correct this historical injustice is what various so-called civil rights divisions and institutions are paid to do.

1. These various institutions have ignored the law and deprived Mr. Washington of his constitutional right to due process in order to ensure no unfavorable decision is made against DEFENDANT NYC DOE.

1. Many of these individuals are being paid by taxpayers' money to maintain racism throughout DEFENDANTS City of New York, State of New York and the entire United States of America.

1. DEFENDANT DOE is conspiring with school districts like DEFENDANT NYCDOE to maintain racial segregation throughout schools and the workplace in violation of <u>Brown</u>, Title VII and additional civil rights laws.

1. When predominately "white" institutions make this many procedural errors against an African American "substitute teacher," it can be concluded that racism is the reason.

XII. DEFENDANT NYCDOE's Arguments Are Pretextual:

1. DEFENDANT NYC DOE has denied all claims and advanced the arguments that Mr. Washington's termination was both justified and legal.

1. DEFENDANT NYCDOE did not met its heightened burdens of production and persuasion, yet no unfavorable decision was rendered in their favor.

a. At-will Employment

1. Although PLAINTIFF Mr. Washington was a per-diem substitute teacher and employed "at-will," there are exceptions to this facially neutral, yet highly discriminatory doctrine.

1. There was an implied contract when PLAINITFF Mr. Washington was asked to and accepted the position to teach during the seven- week Summer Rising program.

1. PLAINTIFF Mr. Washington had a reasonable expectation that if he continued to perform to the best of his abilities as a teacher, he would work for the entirety of the Summer Rising program at P.S. 250.

1. Businesses can't dismiss employees if this violates the implied covenant of good faith and fair dealing.

1. Treating people differently on the basis of their race, color, sex and/or other protected class does not constitute acts of good faith or fair dealing.

1. Whether or not an individual is a "per session" or "at-will" employee, all employers must comply with our nation's anti-discrimination laws, specifically the Civil Rights Act of 1964 ("Title VII") and the more expansive New York City Human Rights Laws.

1. An employer can discharge an employee for any reason, as long as it is not prohibited by law and they have a "legitimate, nondiscriminatory reason" for their decision.

1. Although substitute teachers are "per session" employees, the NYC DOE and UFT's rules and regulations do not supersede federal anti-discrimination law and adverse employment decisions cannot be made in violation of the Chancellor's regulations, agreements entered into by the UFT & NYC DOE, Title VII and other anti-discrimination laws.

1. Since PLAINTIFF Mr. Washington has demonstrated Amott's violations of the Chancellor's regulations, the UFT's Teachers and "Day-to-Day Substitute Teachers" (2007-2009) Collective Bargaining Agreements and our nation's antidiscrimination laws, the argument that I am a "per session substitute teacher" is moot.

b. Differences in Treatment Based on Race, Color and Sex:

1. Teachers manage and resolve conflicts with students each and every day.

1. Some students hate being in school. Some students don't want to learn. Not every student is going to like their teacher. Those are givens. Students are not always going to like the things adults say to them, especially if they are allowed to get their way. That's child psychology 101.

1. Sometimes teachers, as well as parents, have to raise their voice in order to get the attention of their students/children. This is pretty normal, especially in DEFENDANT NYCDOE schools.

1. It cannot be disputed that each school's administration is responsible for establishing and maintaining the school's climate and that for majority of the 2020-2021 school year, as well as during the Summer Rising program, Amott was noticeably missing and her presence throughout the school was minimal.

1. It cannot be disputed that students have more first amendment rights than teachers, given that they can say and/or do practically anything without punishment but teachers have to walk on eggshells in how they respond to problematic students.

1. As a result, disruptive student behavior in classrooms has increased and little to nothing is being done about it by administrators throughout DEFENDANT NYCDOE's schools.

1. Instead of supporting PLAINTIFF Mr. Washington's decisions as a teacher, P.S. 250's administration took the side of underperforming students who rebelled against academic work and/or were disruptive in class.

1. PLAINTIFF Mr. Washington witnessed "white" and Asian teachers at P.S 250 raise their voice on numerous occasions.

1. PLAINTIFF Mr. Washington witnessed an Asian teacher who had to use a microphone and speaker to address her class and still had to raise her voice at times.

1. None of these teachers were reprimanded or disciplined.

1. Had PLAINTIFF Mr. Washington been "white" and/or a "white woman," he would have not been disciplined and/or terminated.

1. A day or two before PLAINTIFF Mr. Washington was terminated, he complained verbally and in writing to both the vice principal and Amott about the cellphone usage of adults and high school interns in his class while he taught, and within a day or two, he was terminated.

1. Amott was aware from the 2020-2021 school year that PLAINITFF Mr. Washington took his job, as well as education, seriously and that he did not let children walk all over him.

1. It cannot be disputed that although PLAINTIFF Mr. Washington was not a special education teacher, Amott assigned the only substitute teacher to teach a "self-contained" class with grades 2-5th during the Summer Rising program while the rest of his colleagues taught one grade.

1. PLAINTIFF Mr. Washington was not employed by DEFENDANT NYCDOE to be a babysitter.

1. PLATINIFF Mr. Washington was well liked by most students, teachers and paras that he worked with.

1. Unlike many substitutes, PLATINIFF Mr. Washington was very involved. He called parents, had conferences with them if need be and did many other things that aren't typical of substitutes (e.g. grading homework outside of school hours, creating lesson plans, teaching lessons, etc.).

1. PLATINIFF Mr. Washington did these things and more because he actually cared about the well-being and growth of all students he encountered.

c. DEFENDANT Amott's Violation of the Chancellor's regulations and the Teachers and "Day-to-Day Substitute Teachers" (2007-2009) Collective Bargaining Agreements between DEFENDANTS UFT and NYC DOE…

1. With regards to the student-led complaint(s) filed against me, A-420 and A-421 of the Chancellor's Regulation concerning "Pupil Behavior and Discipline" (2018) is controlling and the collective bargaining agreements between DEFENDANTS UFT and NYC DOE regarding Teachers and "Day-to-Day Substitute Teachers" (2007-2009) are controlling with regards to the complaint that PLAINTIFF Mr. Washington filed against the various individuals who stay on their phones while in his class.

1. PLAINTIFF Mr. Washington never knew of and/or read some of DEFENDANT UFT's agreements with DEFENDANT NYCDOE or DEFENDANT NYCDOE's Chancellor's Regulations until November 28, 2022, when UFT "Special Representative" Anthony Klug forwarded him a link containing "readable contracts for teachers and per diem teachers."

1. A-421 "sets forth the procedures for reporting and investigating allegations of verbal abuse." In Section II, it defines verbal abuse "as language (written or oral) about or directed toward students, that: (1) "belittles, embarrasses or subjects students to ridicule"; (2) has or would have the effect of unreasonably and substantially interfering with a student's educational performance or ability to participate in or benefit from an educational program, school-sponsored activity or any other aspect of a student's education;" or (3) "has or would have the effect of unreasonably and substantially interfering with a student's mental, emotional, or physical well-being;" or (4) "reasonably causes or would reasonably be expected to cause a student to fear for his/her physical safety."

1. In Section IV, titled "Reporting an Allegation of Verbal Abuse," it states that the "Office of Special Investigations ("OSI") is responsible for the intake, evaluation, review, follow-up and dissemination of information to various offices within the DOE and to other appropriate entities with respect to allegations of verbal abuse."

1. In IV(A)(1), it states that "any staff member who witnesses or otherwise has knowledge or information about a student who may have been a victim of verbal abuse is required to orally report the allegation to the principal/designee within one school day of learning of the allegation." In IV(B), it states that the principal is obligated to (1) "immediately report all allegations of verbal abuse of students by DOE employees, custodial workers, vendors, consultants, CBO staff and similar individuals to OSI within one school day of learning of the allegation by entering the information into the DOE's Online Occurrence Reporting System ("OORS")" and (3) "obtain a witness statement from any reporting staff member (using the form in OORS) and enter the statement into OORS within two school days of learning of the allegation."

1. In paragraph 4, it states that after making a report to OSI and obtaining witness statements from any reporting staff members, the principal/designee shall take no further investigative action until OSI provides instructions as to how to proceed, except that if the alleged conduct constitutes a crime, the principal/designee must follow the notification and reporting requirements set forth in Chancellor's Regulation A-412, including immediately contacting the New York City Police Department ("NYPD") and the Office of the Special Commissioner of Investigation."

1. Subsection D states that "parents, students, and non-DOE staff may report a complaint of verbal abuse by notifying the principal/designee of the school the alleged victim attends, by notifying OSI directly."

1. Section V is titled "Removal of Employee During Investigation" and it says "[d]uring the course of a verbal abuse investigation, the subject employee may be removed from assignment with students to safeguard the health, welfare, and safety of students, as well as the integrity of the investigation" for the following reasons: (A) Upon receipt of a complaint of verbal abuse, OSI will recommend whether the employee should be removed from his/her assignment pending completion of the investigation. If OSI does not recommend removal initially, the principal may request removal, subject to review by the Office of Personnel Investigation," (B) "when determining whether to remove the employee, the following should be considered: the severity of the alleged behavior; the prior record of the accused employee; the likely disciplinary action if the allegations are substantiated; the nature and frequency of contact between the subject and students; and any other relevant factors," and (C) "[i]f an employee has been removed from his or her assignment pending the outcome of a verbal abuse investigation, the principal shall inform the employee, in writing, that the employee is subject of an investigation no later than five school days from the date of the employee's removal."

1. Section VI is titled "Investigation." (IV)(A) states that "allegations of verbal abuse will be investigated by OSI or handled by the school as a School-Based Investigation" and "after OSI receives a report of verbal abuse, OSI will advise the principal whether OSI will conduct the investigation or whether it will be handled as an SBI."

1. Section (VI)(A)(1) states that "all DOE employees are required to cooperate with investigations of verbal abuse and are required to appear for an interview if summoned."

1. Subsection B states, "If, during the course of an investigation, there is reasonable suspicion to believe that a crime has been committed, the NYPD and SCI must be contacted immediately, and the investigation must stop pending receipt of further direction."

1. Section (VI)(B)(1) states that interviews must be conducted with the "alleged victims and student/staff witnesses separately and obtain any written statements as quickly as possible."

1. Section (VI)(B)(2) states that the accused employee must be provided a "48-hour written notice of the right to appear with union representation at an investigative interview to discuss the allegation of verbal abuse using the 48-hour notification form."

1. In Section (VI)(B)(4), it states that the principal/designee must "meet with the accused employee as necessary to make a determination. At the meeting, the employee must be provided with a description of the allegation of verbal abuse and the opportunity to respond to the allegation."

1. In Section (VI)(B)(4)(a), it states that "if the accused employee requests an opportunity to review student witness statements, or adult witness statements that contain any student's personally identifiable information, the employee must be provided with the opportunity to review and sign a privacy acknowledgement in the presence of union representation acknowledging that the employee will not disclose the contents of the statements or the identity of the authors, or retaliate against the author(s) of the statements."

1. Section (VI)(B)(5) states that investigator must then "evaluate the evidence and the credibility of all witnesses, including the alleged victim and the accused employee, and determine whether the complaint is substantiated."

1. If the complaint is substantiated, it states in (VI)(B)(6) that a disciplinary conference must be held. At this conference, all accused employees and their union representatives present at the disciplinary conference are entitled to see and retain copies of all witness statements prior to administration of any disciplinary action."

1. Section (VI)(C) concerns "School-Based Investigations only" and states in the first paragraph that within 15 school days of receiving the complaint, the principal must determine whether the complaint is substantiated and must complete the Alleged Corporal Punishment and/or Verbal Abuse — Report of Investigation Form, explaining the conclusions reached with respect to each allegation.

1. In the second paragraph, it states that when "a SBI is complete, principals must scan/email or fax the completed and signed Report of Investigation Form, along with all interview notes, written statements, and investigative findings, to Senior Field Counsel." SBIs are "considered closed only after the principal receives confirmation from Senior Field Counsel to this effect."

1. In Section (V)(D), it states that "once the case is closed, OSI, or in the case of a SBI, the principal/designee, must inform the parent of the alleged victim whether the allegations were substantiated or not substantiated."

1. Section (VII) is titled "Personnel Actions" and states in (A), that the "principal must take appropriate action against any staff member against whom the allegations of verbal abuse are substantiated" and (B) "once the principal receives confirmation from the Senior Field Counsel that the case is closed, the accused staff member must be informed of the results of the investigation." In paragraph C, it states that an "employee who violates any provision of this Regulation may be subject to discipline, which may include termination, or other appropriate follow-up action."

1. Very little is known about the complaint made against PLAINTIFF Mr. Washington. It is unknown whether the complaints were filed by parents, by the school or both.

1. It is not known whether the investigations were handled by OSI, the school or both.

1. During PLAINTIFF Mr. Washington's termination meeting with Amott, no specifics were provided to him. It wasn't until after he was terminated, that another administrator, Mr. Budhu, informed him that I'd been accused of engaging in "corporal punishment" although during the termination meeting, Amott never suggested that he put my hands on a student.

1. In A-420, it defines corporal punishment "as any act of physical force upon a pupil for the purpose of punishing that pupil."

1. The procedures for handling complaints of corporal punishment are similar to those listed in A-421.

1. Thus, (VI)(B)(4) of A-421 was violated because PLAINTIFF Mr. Washington was never informed of who the alleged victim of corporal punishment was or the specifics of what he said and/or did wrong. He was also never allowed to respond or rebut the allegations and the other adults present in his classroom were never interviewed although they were willing and ready to testify on his behalf.

1. Teachers Agreement & Day-to-Day Substitute Teachers Agreement

1. Articles 21 and 22 of the Teachers Collective Bargaining Agreement and Article 11 of the Day-to-Day Substitute Teachers Collective Bargaining Agreement supports that Amott mishandled my legitimate complaint against the staff in my classroom should have been resolved.

1. The language in both agreements are similar, so this Complaint for Reparations will reference the Day-to-Day Substitute Teacher agreement. At the beginning of the section, it states: "An employee's complaint should be presented and handled promptly and should be disposed of at the lowest level of supervision consistent with the authority of the supervisor."

1. Between July 29 and August 2, 2021, I e-mailed the acting vice principal Mr. Budhu about the excessive cellphone usage. See Exhibit A. I complained verbally to vice principal Rosecindy a day or two before I was terminated. These complaints fell under subsection A, which is titled "Informal Complaint Procedure." When I followed up that complaint in writing the next day to Rosecindy and Amott and asked them to do a walk through my classroom, subsection B titled, "Formal Grievance Procedure" became applicable since the matter had not been disposed of informally. Instead of taking my compliant seriously, Amott terminated me less than a few hours later.

1. In subsection B, it lists the "procedure for presentation and adjustment of grievances." It clearly states that at the Step 1 stage, the "employee shall initiate the grievance...with the head of the school," at the Step 2 stage, "the Union may appeal from the decision at Step 1 to the Chancellor within 10 school days after the decision of the head of the school is received" and states that "[w]hen a grievance is appealed to the Chancellor at Step 2, the Union may advise the arbitrator of that appeal, in order to expedite possible scheduling before the arbitrator in the event that the grievance is subsequently appealed to the arbitrator." At each Step, the employee may be accompanied by a Union representative, and a conference is to be arranged with the aggrieved employee and a designated Board representative. It also states that the "decision at each step should be communicated to the aggrieved employee and his/her representative...within five school days" at the Step 1 level and "within ten days after an appeal is received" at the Step 2 level.

1. If a "satisfactory resolution is not reached or if a decision is not rendered within the time limit at Steps 1 or 2, the Union may appeal the grievance to the next higher step." Subsection C concerns Step 3 – arbitration. It states that "a grievance may not be appealed to the arbitrator unless a decision has been rendered by the Chancellor at Step 2, except in cases where the decision on the grievance has not been communicated to the aggrieved employee and his/her representative by the Chancellor within the time limit specified for Step 2 appeals."

1. It states that the "appeal to arbitration with a copy to the Board, shall be filed within ten school days after receipt of the decision of the Chancellor." (emphasis added)

1. It states that "[w]here no hearing has been held, or no decision has been issued, within ten school days following receipt of the grievance by the Chancellor at Step 2, the appeal to arbitration shall be filed within ten school days following the expiration of the ten-day period."

1. A panel of seven arbitrators are to be designated by "mutual agreement of the parties to serve for any case or cases submitted to them in accordance with their ability to promptly hear and determine the case(s)." It also states that "[a]ny costs relating to the participation of the arbitrator shall be shared equally by the parties to the dispute."

1. "With respect to grievances which involve the application or interpretation of the provisions of this Agreement the decision of the arbitrator, if made in accordance with his/her jurisdiction and authority under this Agreement, will be accepted as final by the parties to the dispute and both will abide by it.

1. With respect to all other grievances, if the grievance is not resolved at the conference, then a report and recommendation of the arbitrator shall be transmitted to the Chancellor. Within ten school days after the date that the report and recommendation are received by the Chancellor, he/she shall indicate whether he/she will accept the recommendation. Unless the Chancellor disapproves the recommendation within ten school days after the date it is received by him/her, the recommendation shall be deemed to be his/her decision."

1. Whether or not the Chancellor approves or disapproves of the arbitrator's recommendation, he/she must notify the aggrieved employee and the Union of his/her decision.

1. Amott did none of these things. Instead, I was terminated.

1. Amott's improper mishandling of the alleged complaint, includes, but is not limited to: failing to inform PLAITNIFF Mr. Washington of the allegations made against him, failing to show him the complaint, failing to allow him an opportunity to give a statement, and failing to get a statement from the other adults present in the classroom, to name a few.

1. Amott's refusal to impartially investigate the complaint supports PLAINTIFF Mr. Washington's claims that DEFENDANT NYCDOE's strong reliance on subjective decisionmaking causes an additional disparate impact against African Americans because its tainted with racial bias.

1. The reason Amott violated so many of NYC DOE's regulations with regards to PLAINTIFF Mr. Washington's termination and treated him differently in the terms and conditions of my employment was due to the fact that he is an African American male --

164

an underrepresented group employed throughout the NYC DOE school district due to on-going racism and employment discrimination.

1. More likely than not, these racial disparities are a result of Amott's conscious and/or unconscious biases.

1. Had PLAINTIFF Mr. Washington been "white" and/or non-black, he would not have been falsely accused of engaging in "corporeal punishment."

1. Had PLAINTIFF Mr. Washington been in the classroom on my phone throughout the entirety of class, I would have been reprimanded and/or terminated.

1. Had PLAINTIFF Mr. Washington been "white" and/or non-black and did things the exact same way, he would not have been falsely accused of engaging in "corporal punishment" and if so, I would have been afforded due process to prove my innocence.

1. Had PLAINTIFF Mr. Washington been in the classroom on his phone throughout the entirety of class, he also would have been reprimanded and/or terminated but the two, non-black adults were never reprimanded and were allowed to continue working for the remainder of the Summer Rising program.

1. PLAINTIFF Mr. Washington was screwed either way because if he'd allowed the disruptive behavior to continue uncorrected, I would have been accused of having poor classroom management and terminated for that.

1. To be falsely accused of and terminated for "corporal punishment," without ever being informed of what I did and/or said, is wrong on so many levels and racist in and of itself.

1. When a "white" person falsely accuses an African American of putting their hands on another, that is reminiscent of what happened to Emmett Till. Instead of losing my life, my livelihood was jeopardized.

1. When a person falsely accuses me of "corporal punishment" in order to justify my termination to others, then I have the right to defend myself and my reputation.

1. All student complaints should be taken seriously, but no individual and/or employee should be penalized for complaints that are not substantiated and/or fully investigated.

1. Since Amott did not properly investigate complaints against PLAINTIFF Mr. Washington and allowed others to accuse him of engaging in "corporeal punishment," her actions constitute defamation of character and libel as well.

1. The NYC DOE's procedures for resolving complaints are pretty objective, but are being performed in a very arbitrary, highly subjective and inconsistent manner.

1. These collective bargaining agreements and regulations exist, so that protocols can be followed objectively, and individual biases can be minimized.

1. Amott made a conscious decision to not follow DEFENDANT NYCDOE's procedures.

1. Although Amott was the principal of the school, she was an employee of DEFENDANT NYCDOE and still had to comply with their rules and regulations, as well as federal, state and local laws prohibiting discrimination in employment.

1. It is well settled that in any predominately "white" and/or racially segregated environment, subjective decision-making is likely to be tainted with racial bias.

1. PLAINTIFF Mr. Washington has never accused Amott of being racist but based on the differences in treatment between himself and his similarly situated, non-black colleagues, it can be inferred that she harbors racial biases and prejudices, whether conscious and/or unconscious.

1. Had Amott complied with DEFENDANT NYCDOE's procedures for conducting investigations, then there's a strong likelihood that PLAINTIFF Mr. Washington would have not been terminated.

1. Even if complaints had been filed against PLAINTIFF Mr. Washington was innocent until proven guilty and Amott was never able to conclude that he did anything wrong.

1. Amott knew that if she followed the rules of procedure for investigating and handling complaints that she would not be able to justify PLAINTIFF Mr. Washington's termination, so she ignored them and used false allegations to remove him from the school.

1. Amott's wrongs must be acknowledged and those responsible for trying to give these false accusations legitimacy must be held accountable for the damage caused to my life and reputation.

d. After Being Falsely Accused of Engaging in Corporeal Punishment, PLAINTIFF Mr. Washington Was Allowed to Continue to Teach:

1. Although DEFENDANT NYCDOE and Radzivilover argued that it's a "longstanding practice" for "substitute teachers [to be] removed from all per session service pending the outcome of the investigation," PLAINTIFF Mr. Washington was not terminated from "all per session service."

1. Although PLAINTIFF Mr. Washington was terminated from P.S. 250, he was allowed to immediately teach the following day at another school.

1. PLAINTIFF Mr. Washington accepted a multi-day teaching assignment but was informed by the school that the job was only for one day.

1. Despite DEFENDANT NYCDOE allegedly still investigating complaints against PLAINTIFF Mr. Washington two and a half years later, he was also allowed to teach during the 2021-2022 school year until he was terminated for refusing the COVID-19 vaccine.

e. Further Evidence of Race Conscious Hiring:

1. Although P.S. 250 did not employ any African American male teachers during Mr. Washington's employment at the school, they hired an African American male to replace DEFENANT Amott as principal.

e. DEFENDANT NYCDOE Failed to Refute Historical and Statistical Evidence:

1. Regarding PLAINTIFF Mr. Washington's claims of systemic disparate treatment, disparate impact and violations of Brown, the issue has been well documented before PLAINTIFF Mr. Washington was employed by DEFENDANT NYC DOE.

1. PLAINTIFF Mr. Washington did not research DEFENDANT NYC DOE's history of racism and racial exclusion until after filing his August __, 2021 complaints with DEFENDANTS UFT and NYC DOE.

1. DEFENANT NYC DOE had the opportunity to refute the pyramid of historical and statistical evidence supporting claims of systemic disparate treatment, disparate impact and violations of Brown, but refused to do so.

1. DEFENDANTS DOE, NYC DOE and UFT have been aware of this reality for decades and have done very little to correct it.

f. PLAINTFF Mr. Washington Was Qualified to Teach:

1. PLAINTIFF Mr. Washington was qualified to be a teacher, but was not licensed because he would have had to go back to school and go further into debt in order to get a degree in education.

1. PLAINTIFF Mr. Washington knew it was futile for him to apply for teaching positions without a license because most job postings explicitly stated it was a requirement to be considered for the job.

1. PLAINITFF Mr. Washington worked with all grade levels (3K through 12) and taught all subjects, academic and non-academic, and worked at more than 50 schools throughout NYC over a five-year period.

1. Substitute teachers who work more than __ days out of the school year are required by DEFENDANT NYC DOE to receive six continuing education credits per year, up to 30 credits, in order to continue teaching the following year.

1. Substitute teachers have to pay out of pocket to take these graduate courses, although they

1. Objectively speaking, PLAINTIFF Mr. Washington was just as qualified, if not more qualified, than most of the teachers he worked with.

1. Licensed or not, PLAINTIFF Mr. Washington's 5 years of teaching experience and 30 continuing education credits were comparable to a recently licensed teacher with no teaching experience.

1. PLAINTIFF Mr. Washington spent countless hours each week off the clock, preparing lessons, grading classwork/homework/tests, talking with parents, etc. See Exhibit ____.

1. Being a qualified and/or excellent teacher requires more than having mastery of a subject(s).

1. Mr. Washington was just as qualified, if not more qualified, than most of the teachers he worked with and many teachers praised him for his teaching abilities.

1. In the 21st century, most teacher manuals for core academic subjects contain scripts and lesson plans for teachers to follow, so a teacher's need to demonstrate subject matter mastery has lessened.

1. Actual teaching experience far outweighs learning about how to teach.

1. On more than two occasions, PLAINTIFF Mr. Washington applied for the program and was denied.

1. During the second year of applying, PLAINTIFF Mr. Washington made it to the second round where he had to give a mock lesson in front of an all-white group of decisionmakers.

1. Following the presentation, PLAINTIFF Mr. Washington was asked to complete a math exam that contained advanced level math problems that would never be taught to students in grades Pre-K through 12th.

1. This is not accidental and was meant to weed out minority applicants.

166

1. Less than a week later, PLAINTIFF Mr. Washington was informed that he didn't make it to the next round.
1. It is not known how many African Americans males have actually hired each year as a result of the NYC Men Teach program.
1. PLAINTIFF Mr. Washington also applied for non-teaching jobs at DEFENDANT NYC DOE and never received a call back.

g. COVID-19 Vaccine Mandates Constitute a Violation of Man's Unalienable & Human Rights:

1. The mandatory COVID-19 vaccine mandates are unconstitutional and are a violation of human rights because the vaccines are not safe and effective.
1. Making vaccination mandatory as a condition of employment is a form of coercion.
1. In a TED talk in 2015, DEFENDANT Gates cited lessons learned from western Africa's 2014 Ebola virus crisis, and said the U.S. and other countries were not prepared for the future pandemic that was going to hit them.
1. DEFENDANT Gates stated: "If anything kills over 10 million people in the next few decades, it's most likely to be a highly infectious virus rather than a war. Not missiles, but microbes."
1. "The Johns Hopkins Center for Health Security in partnership with the World Economic Forum and the Bill and Melinda Gates Foundation hosted Event 201, a high-level pandemic exercise on October 18, 2019, in New York, NY."
1. "The exercise illustrated areas where public/private partnerships will be necessary during the response to a severe pandemic in order to diminish large-scale economic and societal consequences."
1. DEFENDANT Fauci's disease competition chart. *See* **Exhibit ___.**
1. DEFENDANT Fauci's employer, DEFENDANT NIAID, paid for the gain of function research responsible for creating a deadlier from of coronavirus and is also a co-owner in DEFENDANT Moderna, one of the three manufacturers of the COIVD-19 vaccine.
1. Prior to the release of the COVID-19 vaccine, more than 99 percent of people who contracted coronavirus recovered and many of those people developed natural immunity.
1. People who are vaccinated can still contract and spread coronavirus.
1. The first two doses of the COVID-19 vaccine did not protect against the later strains such as "delta," "mu," and "omicron."
1. Notable politicians and scientific "experts" who advanced the COVID-19 vaccine and still ended up testing positive for COVID-19 include, but are not limited to: DEFENDANTS Fauci, Biden, Hochul and Adams.
1. The COVID-19 vaccines from DEFENDANTS Pfizer and Moderna contain foreign objects and harmful substances, including but not limited to nanotechnology, which has been described by one manufacturer as "an operating system."
1. On DEFENDANT Moderna's website, they state, "...we set out to create an mRNA technology platform that functions very much like an operating system on a computer. It is designed so that it can plug and play interchangeably with different programs. In our case, the "program" or "app" is our mRNA drug - the unique mRNA sequence that codes for a protein."
1. There have been numerous people that have suffered adverse health effects after receiving one and/or both doses of the vaccine, including myocarditis, "brain fog" and even death.

1. DEFENDANT Hochul "announced on [February 9, 2022] that New York State would drop its stringent mask-or-vaccine mandate, which required businesses to demand proof of full vaccination or mask-wearing at all times in indoor public spaces. The mandate, which Ms. Hochul implemented on Dec. 10 during the surge driven by the Omicron variant" expired on February 10, 2022.
1. DEFENDANTS State of New York and City of New York announced that they were ending all mask and vaccine mandates effective March 7, 2022, however, DEFENDANT NYC DOE decided to keep its mask and vaccine mandates in place.
1. On July 11, 2022, DEFENDANTS City of New York and Adams announced that DEFENDANT Pfizer gave a $1.5 million dollar donation to the "Mayor's Fund to Advance New York City — with funds earmarked for science, technology, engineering, and math (STEM) educational programs for middle and high school students."
1. DEFENDANT Pfizer's "grant" to DEFENANT NYC DOE, which constitutes quid pro quo.
1. Since DEFENDANT NYC DOE granted very few religious exemptions, majority of DEFENDANT NYC DOE employees that contracted COVID-19 were vaccinated.
1. At the height of the man-made pandemic, hospitalizations from COVID-19 accounted for less than 1% of those infected.
1. In the same way DEFENDANT United States of America has lied about race, Jesus being "white," Pearl Harbor and 9/11 to name a few, it has also lied about the origins of COVID-19.
1. As of August of 202_, less than 2__% of African Americans throughout New York City had been vaccinated.

Brief reason

1. Given that African Americans are at the bottom of DEFENDANT United States of America's socioeconomic ladder, they will be hit the hardest during period of economic and/or societal turmoil.

1. Either way, DEFENDANT NYC DOE has put the lives of all of its now vaccinated employees in jeopardy.

1. DEFENDANT NYC DOE must release stats reflecting the number of COVID-19 vaccinated employees and students who have been hospitalized and/or died.

1. Given that majority of DEFENANT NYC DOE's student population is black and brown and vaccines adversely affect melanated peoples, this is yet another example of genocide.

1. DEFENANT Hochul is trying to mandate the COVID-19 vaccine as a requirement for students to attend school.

1. Even though all of the adults employed are vaccinated, it was reported on January 5, 2022 that "over 38,000 teachers and students in New York City public schools have reported positive COVID tests since the December 24 start of winter recess." [Alex Zimmerman. "COVID Cases Among NYC Students and School Staff Spiked Over Winter Break." Chalkbeat. January 5, 2022. https://ny.chalkbeat.org/2022/1/4/22867408/covid-cases-spike-winter-break-nycschools.]

1. In a January 8, 2022 article published by the Daily Mail UK, an anonymous Bronx Science high school student wrote a viral Reddit post describing the chaos in New York City public schools. [Ariana Diaz. Daily Mail UK. January 8, 2022. ' https://www.dailymail.co.uk/news/article-10381783/NYC-public-high-school-student-claims-schools-chaos-amid-COVID-wave.html]

1. The student claimed "the situation is beyond control" with "no learning occurring," and called study hall a "superspreader event." [Diaz.]

1. The student claimed large numbers of teachers have been absent leaving classes overcrowded and untaught as Mayor Eric Adams insist on in-person learning. [Diaz.]

1. The student also said that the bathrooms of the public high school are filled with students taking at-home COVID test with several testing positive while at school. [Diaz.]

1. Each individual has autonomy over their body and no man can tell them what they can put inside of their temple.

1. No vaccine can constitute a "universal" remedy for a virus because each person's genetics and chemical composition are different.

1. It was argued on February 10, 2023, by attorney John Bursch, that DEFENDANT NYC DOE flagged the names of unvaccinated employees and sent that information to DEFENDANT FBI. [Bailee Hill. "Fingerprints of unvaccinated NYC teachers reportedly sent to FBI with 'problem codes': 'Invasion of privacy.'" FOX News. February 14, 2023.]

1. Upon learning of this information, PLAINTIFF Mr. Washington suspects he was also flagged when he legally challenged institutionalized racism in the U.S. and Hollywood.

1. DEFENDANT NYC DOE received "$7 billion in total federal Covid recovery funding dedicated to K-12 education under the Coronavirus Response and Relief Supplemental Appropriations Act (CRRSAA) and the American Rescue Plan Act (ARPA)."

1. People classified as "white" have absolutely no religious authority over people of African descent.

1. Judaism, Christianity nor Islam originated in Europe.

1. None of the characters mentioned in the Torah, Bible or Quran were "white," including but not limited to: Adam & Eve, Abraham, Moses and Jesus.

XII. DEFENDANT NYCDOE's Refusal to Comply with PLAINTIFF Mr. Washington's Good-Faith FOIL Requests:

1. Throughout the investigations, PLAINTIFF Mr. Washington requested for DEFENDANT NYCDOE to provide him with copies of the complaints that were filed against him.

1. On July 5, 2022, PLAINITFF Mr. Washington asked Camille Blake

1. Since DEFENDANT NYCDOE refused to produce documents solely in their possession, PLAINTIFF Mr. Washington filed numerous FOIL requests in an effort to obtain pertinent documents before filing his Complaint in federal court.

1. DEFENDANT NYC DOE's refusal to comply with FOIL requests.

1. The UFT has refused to assist Mr. Washington in obtaining access to his employee file and/or the complaint that was filed against him and being used to justify his termination.

1. Dana Nieves

1. To prevent PLAINTIFF Mr. Washington from having access to the complaints which resulted in his termination, DEFENDANT NYCDOE's representatives are now claiming that access to these complaints are "denied pursuant to POL § 87(2)(e)(i), which permits government agencies to deny access to records that are compiled for law enforcement purposes and which, if disclosed,

would interfere with law enforcement investigations. Because OSI # 21-02396X is an active investigation, access to records is denied."

1. If an "active investigation" is on-going, why has PLAINTIFF Mr. Washington still never seen the complaint and never been questioned by police? On January 17, 2023, he contacted the NYPD to see if any complaints had been filed against me by the NYC DOE. None have.

1. Articles 21 and 22 of the Teacher's Agreement between DEFEDANTS NYCDOE and UFT further supports that at the minimum, PLAINTIFF Mr. Washington should have been given access to the complaints filed against him.

1. On November 3, 2021, SCI investigator Camille Blake informed the UFT that the case was "closed," so this is yet another lie being advanced by DEFENDANT NYCDOE.

1. On January 17, 2023, PLAINTIFF Mr. Washington submitted Request No. 34: "All e-mails between June 29, 2022 and July 29, 2022 which indicate that the NYC DOE's servers were working properly again following a malfunction in or around June 29, 2022."

1. As of February ___, 2023, PLAINTIFF Mr. Washington has not received an acknowledgement from DEFENDANT NYC DOE regarding Request No. 34.

1. Claiming that they cannot release the complaint that was filed against me because there's an on-going police investigation which is untrue.

1. Claiming that unvaccinated employees of DEFENDANT NYC DOE were never terminated.

1. The documents sought by PLAINTIFF Mr. Washington will further prove all of his claims and must be produced before a decision on the merits can be rendered.

1. Although DEFENDANT NYCDOE is supposed to maintain EEO-1 data concerning the racial demographics of its workforce, they have refused to provide PLAINTIFF Mr. Washington with this information.

1. On February ___, 2024, DEFENDANT NYCDOE submitted documents pertaining to Request No. ___.

1. If Amott did absolutely nothing wrong, why is DEFENDANT NYCDOE refusing to provide me with a copy of the complaints that were made against me?

1. For more than a year, DEFENDANT NYCDOE has refused to produce various documents that are exclusively in their possession and DEFENDANT UFT refused to help PLAINTIFF Mr. Washington gain access to documents of extreme importance, including but not limited to his employee work file and the complaints filed by Amott and/or P.S. 250.

1. Both DEFENDANTS UFT and NYCDOE have been made aware that I am seeking access to these documents and no decision should have been rendered in the NYC DOE's favor if these pertinent documents were never produced because they will prove beyond a reasonable doubt that their arguments are pretextual.

1. DEFENDANT NYCDOE's decision to violate the Freedom of Information Law ("FOIL"), Public Officers Law § 84, et seq. and 21 NYCRR Part 1401 constitute an obstruction of justice.

1. DEFENDANT NYCDOE's actions constitute further evidence of retaliation against PLAINITFF Mr. Washington for raising complaints of genocide and violations of our nation's antidiscrimination laws.


XIV. Failed Leadership and Governmental Tyranny is to Blame:

1. In 1993, Marimba Ani published a book titled *Yurugu* and defines "yurugu" as "a being in Dogon Mythology which is responsible for disorder in the universe. This is a being conceived in denial of the natural order, which then acts to initiate and promote disharmony in the universe. In African Cosmology such a being is deficient in spiritual sensibility, is perpetually in conflict, is limited cognitively, and is threatening to the well-being of humanity."

1. "The Indo-European mindset has always seen nature as something to be conquered and controlled. This is evident in the desire to control weather patterns, natural courses of rivers, the animal species of the world, and the human organism with the use of artificial drugs and devices. The severity of these actions are expressed in various customs that have pushed humanity to the brink of environmental catastrophe." [Chandler. Ancient Future. pg. 173. 1999.]


a. Maintaining the Myth of Race:

1. "White" racism continues to be embedded into the DNA of DEFENDANT United States of America's culture.

1. "[R]acial hierarchy is firmly entrenched in American society, a hierarchy evident in current American educational, justice, and economic systems." [Hardaway.]
1. Although race is not a biological reality, DEFENDANT United States of America continues to classify its citizens by race.
1. The resulting racial caste system is meant to maintain and perpetuate the myth of white superiority.

b. On-Going, Widespread Employment Discrimination:

1. Institutionalized racism is rampant throughout the United States.
1. Access to better colleges leads to better job opportunities, housing, life experiences, as well as the same for their progeny.
1. "Algernon Austin, an economist for the Economic Policy Institute in Washington, DC, crunched data from the Bureau of Labor Statistics and found that blacks with the same level of education as whites have consistently lower employment levels. It doesn't matter whether you compare high-school dropouts or workers with graduate degrees, whites are still more likely to have a job than blacks." [Andy Kroll. "What We Don't Talk About When We Talk About Jobs." The Nation. July 5, 2011. https://www.thenation.com/article/what-wedont-talk-about-when-we-talk-about-jobs/.]
1. "[R]acial and ethnic disparities still exist in the labor market. People of color are more likely than Whites to work in lower-paying jobs and less likely to work in higher-paying jobs. Unlawful employment discrimination is one of the reasons for these disparities." ["Race & Color Discrimination." EEOC's Compliance Manual. 2006. https://www.eeoc.gov/policy/docs/race-color.html.]
1. "Black workers continue to face significant gaps in the labor market when it comes to promotion, pay and opportunity, costing the U.S. economy trillions of dollars. If the Black wage, education, housing and investing gaps had been closed 20 years ago, it would have added an estimated $16 trillion to the economy, according to a report by Citi, with the Black pay gap alone accounting for $2.7 trillion." [Courtney Connley. "Why Black workers still face a promotion and wage gap that's costing the economy trillions." CNBC. April 16, 2021. https://www.cnbc.com/2021/04/16/black-workers-face-promotion-and-wage-gaps-that-cost-the-economy-trillions.html.]
1. Historically, "white Americans disproportionately outnumber their African American and Latino counterparts when it comes to obtaining good jobs, regardless of education they have obtained." [Johnson.]
1. A 2019 "study released by Georgetown University in part refutes the notion that African American and Latinx minorities can improve their socioeconomic standing just by going to college. According to the study, between 1991 and 2016, black and Latino Americans increased their likelihood of obtaining and maintaining a good job, but their white peers still disproportionately hold better jobs compared to their overall employment." [Johnson.]
1. "A good job as defined by the study is one that provides "family-sustaining earnings," which translates to minimums of $35,000 annually for workers 25 to 44 and $45,000 for workers 45 to 64." [Johnson.]
1. "White workers are...paid more than black or Latinx workers in good jobs at every level of education received. College-educated whites have benefited the most from the increased demand for college-educated workers, said the study." [Johnson.]
1. "The study also found that in 2016 white workers held 77 percent of the good jobs despite only representing 69 percent of available job holders. Black workers had 10 percent of the good jobs out of 13 percent of the jobs they held, and Latinx workers had 13 percent of good jobs while holding 18 percent of all jobs." [Johnson.]
1. "Also in the study findings was that black Americans have almost twice the unemployment rate of white Americans, and Latinos have about 1.5 times the unemployment rate of whites." [Johnson.]
1. Many industries remain segregated by race and/or color.
1. On-going racial discrimination in employment, preserves and/or "freezes" existing racial segregation in housing, education and other areas of society.
1. Employment discrimination results in housing segregation, which ensures segregated schools and school districts – a never ending cycle.
1. White women have been the biggest beneficiaries of Title VII.
1. Studies show that black sounding names are less likely to be called than a "white" person with a criminal record.
1. It is well settled that the EEOC is ineffective as a regulatory agency in eradicating discrimination from the workplace.
1. Majority of EEOC's investigators are not attorneys and have very little knowledge in antidiscrimination law.
1. In _____, DEFENDANT EEOC publicly claimed to be committed to investigating pattern and practice claims of discrimination with the launch of its E-RACE Initiative (Eradicating Racism And Colorism from Employment) program.
1. Most people cannot afford a home without having a job.
1. Racial segregation is rampant in one of the most diverse cities in the world: DEFENDANT City of New York.

1. Both DEFENDANT State and City of New York have human rights laws, the New York State Human Rights Law and New York City Human Rights Law respectively.

1. DEFENDANTS Eric Adams and Kathy Hochul, as well as all previous mayors and governors, have done little to ensure companies are complying with Title VII and are not maintaining racially segregated workplaces.

1. In May of 2023, DEFENDANT Adams told The City: "The opportunity of the recovery has not been shared equally and we are taking aggressive action to rebuild an equitable economy and address the high unemployment rate among Black New Yorkers." [Safiyah Riddle and Greg David. "Why Black Workers in NYC Are Unemployed at Critical Levels — and What Can Be Done" The City. May 22, 2023. https://www.thecity.nyc/2023/05/22/nyc-black-workers-high-unemployment/.]

1. Since making those statements, DEFENDANT Adams has shifted his focus to ensuring that illegal immigrants have jobs.

1. "According to 2020 U.S. census data, the median net worth of Black households is only $18,430, which is the lowest among any race or ethnicity in America. In comparison, the median net worth of all U.S. households is about 7.6 times higher than black net worth." [Nzinga Blake. "New documentary focuses on financial health in Black community | Watch 'Our America: In the Black." ABC 7 Chicago. February 1, 2024. https://abc7chicago.com/our-america-in-the-black-generational-wealth-financial-health-microsoft-philanthropy/14302730/.]

1. A 2017 "report calculates that median wealth for black Americans will fall to $0 by 2053[.] Latino-Americans, who are also experiencing a sustained downward wealth slide, will hit $0 about two decades later, according to the study by Prosperity Now and the Institute for Policy Studies." [Jamiles Lartey. "Median wealth of black Americans 'will fall to zero by 2053', warns new report." The Guardian. September 13, 2017. https://www.theguardian.com/inequality/2017/sep/13/median-wealth-of-black-americans-will-fall-to-zero-by-2053-warns-new-report.]

1. "According to the latest data from the Federal Reserve's Survey of Consumer Finances, the nation's racial wealth gap increased during the COVID-19 pandemic. Between 2019 and 2022, median wealth increased by $51,800, but the racial wealth gap increased by $49,950—adding up to a total difference of $240,120 in wealth between the median white household and the median Black household." [Andre Perry, Hannah Stephens, and Manann Donoghoe. "Black wealth is increasing, but so is the racial wealth gap." Brookings. January 9, 2024. https://www.brookings.edu/articles/black-wealth-is-increasing-but-so-is-the-racial-wealth-gap/.]

1. To this day, many employers still require the job applicant and/or employee be "fully vaccinated" although that's impossible.

c. On-going Racial Discrimination in Housing:

1. Gentrification.

1. In New York City, developers are building new residential and retail buildings in many neighborhoods that once were predominately of color.

1. On-going job discrimination in higher-status, higher-paying industries also contributes to gentrification, which is raising the prices of rent in and further displacing members of once-predominately African American and Hispanic neighborhoods in New York City like parts of Brooklyn and Harlem.

1. In many instances, advanced degrees end up hurting African Americans for employment opportunities.

d. Discrimination in Criminal Justice System:

1. "The discriminatory impact of [criminal disenfranchisement] laws and practices continues to this day. Nationwide, 8% of the African-American population, or 2,000,000 African Americans, are disenfranchised." [Woods]

1. "Given current rates of incarceration, approximately one in three of the next generation of black men will be disenfranchised at some point during their lifetime." [Woods.]

1. "Today, New York's criminal disenfranchisement law is nearly identical to the provision enacted 140 years ago" and "the law continues to have its originally intended effect: the widespread disenfranchisement of African Americans and other ethnic minorities." [Erika Woods. "Jim Crow in New York." Brennan Center for Justice. February 10, 2010. https://www.brennancenter.org/our-work/research-reports/jim-crow-new-york.]

1. More than 108,000 New Yorkers cannot vote because of a conviction in their past and "[a]lmost half of these disenfranchised citizens have completed their prison sentence and are living and working in the community."

1. Nearly 80% of those who have lost their right to vote under New York's law are African-American or Hispanic.

e. Discrimination in Health:

1. Cancer is known to be more severe in African American patients and other ethnic groups.
1. Most prevalent form of cancer that African American women die from is breast cancer and for African American males, it's prostrate cancer.
1. "Studies conducted by the Sinai Urban health Institute have shown that African-American women in Chicago are more than twice as likely to die of breast cancer compared to Caucasian women. The mortality rate for African American women is a shocking 116 percent higher than that of white women, compared to a 47 percent disparity nationally and 21 percent in New York." [A report prepared by the Metropolitan Chicago Breast Cancer Task Force. October 2017.]


f. Discrimination in Politics

1. In 2021, the Voting Rights Act was almost completely dismantled.


g. On-Going Wars Funded with US Taxpayers' Dollars:

1. Epperson's comments about war.
1. The September 11, 2001 "attack" on the World Trade Center in New York City was one of many "inside jobs" carried out be DEFENDANT United States of America as a pretext to garner the support of Americans for going into war.
1. DEFENDANT United States of America misled the American people into believing there were "weapons of mass destruction" in Iraq.
1. The United States of America's government, including its agents including but not limited to DEFENDANTS Gates and Fauci, have been and are continuing to use "silent weapons" in its "quiet wars" war against the American people and hue-manity as a whole.
1. "Silent weapons" being used currently against hue-manity include man-made viruses, the COVID-19 vaccine and 5G.
1. David Rockefeller stated at a UN Business Conference on September 14, 1994: "We are on the verge of a global transformation. All we need is the right major crisis and the nations will accept the New World Order."
1. Prince Philip is quoted as saying: "If I were reincarnated, I would wish to be returned to Earth as a killer virus to lower human population levels."
1. In 2016, Barack Obama signed an agreement for an overall package of $38bn (26.8bn) in military aid over the decade 2017-2028. [Jake Horton. "Israel-Gaza: How much money does Israel get from the US?" BBC. May 24, 2021. https://www.bbc.com/news/57170576.]
1. Funding the war between Israel and Palestine and supporting the genocide of Palestinians, another melanated ethnic group.
1. "In 2020, the US gave $3.8bn (£2.7bn) in aid to Israel - part of a long-term, yearly commitment made under the Obama administration. Almost all of this aid was for military assistance." [Horton.]
1. $3.8 billion dollars a year amounts to approximately $10,410,959 per day.
1. This represents an increase of about 6% (adjusted for inflation) over the spending commitment for the previous decade. [Horton.]
1. DEFENDANT United States of America's "aid has helped Israel develop one of the most advanced militaries in the world, with the funds allowing them to purchase sophisticated military equipment from the US." [Horton.]
1. "Israel has purchased 50 F-35 combat aircraft, which can be used for missile attacks - 27 of the aircraft have so far been delivered, costing around $100m (£70.4m) each." [Horton.]
1. In 2020, Israel bought eight KC-46A Boeing 'Pegasus' aircrafts for an estimated $2.4bn (£1.7bn). These are capable of refuelling planes such as the F-35 in mid-air. [Horton.]
1. On February 19, 2023, Tulsi Gabbard told a crowd of anti-war protestors "Those people who work in our nation's capital eagerly continue to escalate tensions, eagerly wage new cold wars, understanding that if there's a nuclear attack, yes, they will be okay in their bonkers where they literally have plans to be able to continue to wage wars from their bonkers without any consideration for the rest of us."
1. In the last year, Biden has given $____ in monetary aid for a war DEFENDANT United States of America was responsible for creating.
1. On February 21, 2023, Biden made a secret trip to the Ukraine.

172

1. On February 21, 2023, he stated, while in the Ukraine: "and deliver much needed humanitarian assistance as well as food, water, medicine, shelter and other aid to Ukrainians displaced by Russia's war and provide aid from those seeking refuge in other countries from Ukraine. It's also going to help schools and hospitals open. It's going to allow pensions and social support to be paid to the Ukrainian people so they can have something in their pocket. It's also going to provide critical resources to adjust food shortages around the globe."

1. Potential World War III with China and Russia.

1. Top NATO official Adm. Rob Bauer, chair of the Western security alliance's Military Committee,

1. Bauer also said "I'm not saying it is going wrong tomorrow, but we have to realize it's not a given that we are in peace. That's why we have the plans, that's why we are preparing for conflict with Russia and the terror groups if it comes to it" and that "not everything is going to be hunky dory in the next 20 years."

1. In a speech Monday, British Secretary of State for Defense Grant Shapps argued the world has entered a "pre-war" period in which adversaries like Russia, China, North Korea and Iran pose an unprecedented threat. [AHTRA Elnashar. ABC 3340 News.

1. "Sweden's military commander-in-chief Gen. Micael Bydén said all Swedes should mentally prepare for the possibility of war as the country moves toward joining NATO." [Hope O'Dell. "Why is Sweden telling its citizens to prepare for war?" Blue Marble. January 24, 2024. https://globalaffairs.org/bluemarble/sweden-tells-citizens-prepare-war-russian-aggression-nato-membership.]

1. "Member countries, including Poland and Germany, have said that within the next decade Russia could attack nations that have joined the military alliance."

1. Bydén warned that "Russia's war against Ukraine is just a step, not an end game."

h. Man-Made Economic Turmoil:

1. Poising water, air, food and other things that we consume and/or put onto our bodies.

1. The governor and state purposefully conspired to contaminate water with poisonous heavy metals (e.g. lead) in Flint, Michigan, a region in which majority of its residents are black.

1. "In the United States, the adverse health consequences of lead-contaminated water were recognized as early as 1845." [Mary Jean Brown, Stephen M____dis. Lead in Drinking Water and Human Blood Lead Levels in the United States. 2012]

1. Lead not only causes bone disorders, but a sort of "brain lobotomy," including but not limited to loss of cognitive function, loss of IQ) and a host of other problems which affect the nervous system, kidneys and heart.

1. These actions were "so deliberate and so criminal that the Attorney General of the State of Michigan has filed at least 43 criminal charges against predominately scientists and bureaucrats who ran teams of scientists, water quality experts and so on, many of whom have been charged with felony crimes." [Mike Adams.]

1. They knew about this, failed to tell people about it, covered it up and allowed millions of African American children, adults and senior citizens to be poisoned with toxic heavy metals.

1. Some of the water quality officials included Stephen Busch, Michael Prysby and Michal Glasgow – all males classified as "white."

1. Around 6.9% of municipal water samples in America is poisoned with heavy metals and those areas that are most affected by these toxic heavy metals tend to be those with a larger population of African Americans. [Mike Adams.]

1. Federal Reserve

1. DEFENDANT United States of America's dollar as no real value.

1. As of February ___, 2023, DEFENDANT United States of America is $ ___ TRILLION dollars in debt.

1. Every year, DEFENDANT United States of America's government threatens a "showdown," which prompts it to borrow more money and increase the national debt.

1. Inflation.

1. Inflation is caused due to increases in the money supply.

1. Creation of the BRICS

i. Further Examples of Societal Decay:

1. Tainting our natural resources by purposefully polluting our water, air and food.

1. Italy became the first country to ban the "production, marketing and import of synthetic food," including "synthetic meat" from being sold in their country.

1. State that is proposing legislation to ban human parts in food.
1. DEFENDANT Bill Gates _____ in Monsanto.
1. Rise in Satanism and Pedophilia/Child Sex Trafficking.
1. Pizzagate.
1. Using money that could be spent to improve the greater good of society into projects that are ultimately destructive to hue-manity.
1. What happened in Hawaii.
1. Illegal Immigration problem.
1. Companies like the Red Cross are helping illegal immigrants to come into the U.S.

j. DEFENDANTS Biden, Trump and Other Politicians Are Unfit to Serve:

1. The three leading contenders for the 2024 presidential election are DEFENDANT Joe Biden, DEFENDANT Donald Trump and independent Robert F. Kennedy.
1. The current president of the DEFENDANT United States of America is DEFENDANT Joe Biden.
1. Biden is the grandson of a slaveowner.
1. Instead of showing support to and visiting the people of East Palestine, Ohio _____ [explain what happened with the railroad and explosion], DEFENANT Biden decided to make a trip to _____, Ukraine.
1. The events which took place in East Palestine exactly mirror the events which took place in the Hollywood film, White Noise.
1. Biden is a career politician, having spent more than ____ years holding positions as both senator and most recently, president.
1. Biden and Congress have demonstrated that they have no desire to correct these historic wrongs.
1. Based on his poor handling of COVID-19 and his low approval ratings.
1. Elected leaders work for the public, not the other way around.
1. The "only president alive, past or present, whose family can't be linked to slave ownership" is DEFENDANT Trump.
1. On June 30, 2023, during a campaign rally in Philadelphia, Pennsylvania, DEFENDANT Trump "promised to eliminate all diversity, equity and inclusion programs 'across the entire federal government.'" [Yahoo! News. July 1, 2023. https://news.yahoo.com/trump-vows-eliminate-diversity-programs-060139068.html.]
1. On January 21, 2024, during a campaign stop in Rochester, New Hampshire, DEFENDANT Trump stated: "We will terminate every diversity, equity, and inclusion program across the entire federal government." [C-SPAN. January 21, 2024. https://www.c-span.org/video/?533084-1/president-trump-speaks-rochester-hampshire.]
1. DEFENDANT Biden's approval rating and more likely will lose the upcoming presidential election to either DEFENANT Trump or Robert F. Kennedy.
1. "After federal authorities raided the home of [DEFENDANT] Eric Adams's chief fund-raiser on Nov. 2, a broad criminal inquiry into the fund-raising practices of Mr. Adams's 2021 campaign spilled into public view. Federal prosecutors and the F.B.I. are examining whether the campaign conspired with members of the Turkish government, including its consulate in New York, to receive illegal donations, according to a search warrant obtained by The New York Times." [The New York Times. November 28, 2023. https://www.nytimes.com/2023/11/13/nyregion/eric-adams-investigation-turkey.html.]
1. In 1927, DEFENDANT Donald Trump's father was arrested at a Klan parade — in Queens of the DEFENDANT State of New York. [Brian Purell, et al. "How New York City became the capital of the Jim Crow North." Washington Post. August 23, 2017. https://www.washingtonpost.com/news/made-by-history/wp/2017/08/23/how-new-york-city-became-the-capital-of-the-jim-crow-north/.]
1. Our elections are rigged because DEFENDANTS Biden and Trump are not the best two candidates for presidency out of more than 200 million adults living in the U.S.
1. On March 4, 2024, it was reported by the Associated Press that 60% of Americans "doubt" that DEFENDANTS Biden and Trump "have the mental capacity for presidency."

k. Fear of White Genetic Annihilation:

1. Doing everything to destroy what remains of DEFENDANT United States of America because by the year 2050, people classified as "white" will no longer constitute a statistical majority on this stolen land.

1. After becoming unjustly enriched through their monopolistic power and control over all areas of human activity, people classified as "white" are seeking for a "great reset" by deliberately destroying the economy and depopulating the world, to usher in their "new world order."

XIV.  The Role Freemasons, Illuminati, Skull & Bones and Other "White"-Controlled, Globalist Organizations Have Played in Bringing About A "New World Order":

1. Manly P. Hall has described Freemasonry to be "the most powerful organization" in DEFENDANT United States of America. [Lectures on Ancient Philosophy. pg. 451.]
1. Freemasons are "more than a mere social organization a few centuries old and can be regarded as a perpetuation of the philosophical mysteries and initiations of the ancients." [Publisher's Forward. Cited in Manly P. Hall, The Lost Keys of Freemasonry. pg. 3. 1976.]
1. According to W. F. Brainard, a Mason in New London, CT, stated in 1825: "[Masonry] is powerful. It comprises men of rank, wealth, office and talent, in power and out of power; and that, in almost every place among other classes of the community, to the lowest, in large numbers, active men, united together, and capable of being directed by the efforts of others, so as to have the Force of Concert throughout the civilized world. They are distributed too, with the means of knowing one another, and the means of keeping secret, and the means of cooperating, in the desk — in the Legislative Hall — on the Bench — in every gathering of business — in peace and war — among enemies and friends — in one place as well as in another! So powerful indeed, is it at this time that it fears nothing from violence, either public or private, for it has every means to learn it in season, to counteract, defeat and punish it." [Arthur M. Schlesinger, Jr. History of U.S. Political Parties, Vol. 1, 1789-1960. pg. 634. 1973.]
1. "In April 1969, Freemasonry boasted having 45 United States Senators, 147 members in the House, four Supreme Court Justices, and 21 state governors." [Schmidt, pg. 279.]
1. In a November 1946 issue of The New Age Magazine, published by the Scottish Rite of Freemasonry, Andre Tardieu, a former French Premier wrote: "Freemasonry does not explain everything; yet, if we leave it out of account, the history of our times is unintelligible." ["What About Today?" pg. 667.]
1. Hegelism.
1. It doesn't "make any difference whether the American people vote[ ] Republican and 'anti-Socialist,' or Democratic and 'Liberal,' they get the same thing: more [Europeanized] Socialism." [A. Ralph Epperson. The Unseen Hand. pg. 259. 1985.]
1. One of the goals of the "new world order" is depopulation and the COVID-19 "pandemic" has helped achieve that goal.
1. Warnings of future pandemics.
1. They are going to keep releasing bioweapons, as they [military industrial complex], make leaps and bounds in artificial intelligence and get closer and closer to achieve their "new world order."
1. On September 2021, it was announced that DEFENDANT NIAID awarded "approximately $36.3 million to three academic institutions to conduct research to develop vaccines to protect against multiple types of coronaviruses and viral variants. The awards are intended to fuel vaccine research for a diverse family of coronaviruses, with a primary focus on potential pandemic-causing coronaviruses, such as SARS-CoV-2." ["NIAID Issues New Awards to Fund "Pan-Coronavirus" Vaccines." NIAID. September 2021. https://www.niaid.nih.gov/news-events/niaid-issues-new-awards-fund-pan-coronavirus-vaccines.]
1. DEFENDANT Fauci said: "These new awards are designed to look ahead and prepare for the next generation of coronaviruses with pandemic potential." [NIAID.]
1. "The new awards build on the $1.2 billion investment NIAID has made in coronavirus vaccine research since the COVID-19 pandemic began, including multiple projects in pan-coronavirus vaccine research in the NIAID intramural and extramural programs." [NIAID.]
1. "President Joe Biden warned on Tuesday that the US would eventually face another pandemic and said the country must start preparing for it. 'We do need more money,' he said at a White House press conference when asked about getting Congress to fund COVID-19 vaccines for infants and toddlers."
1. Putting vaccines into lettuce, tomatoes and other foods.
1. World Economic Forum and its founder's, Klaus Schwab, quest to achieve a "great reset."
1. "The Great Reset refers to a global agenda to monitor and control the world through digital surveillance. You'll be tied to it through an electronic ID linked to your bank account and health records, and a social credit ID that will end up dictating every facet of your life. Not one area of life will be left untouched by The Great Reset plan, which aims to reform everything from

government, energy and finance to food, medicine, real estate, policing — even how we interact with our fellow human beings." [Dr. Joseph Mercola. "Who Pressed the Great Reset Button?" Transcend. November 23, 2020. https://www.transcend.org/tms/2020/11/who-pressed-the-great-reset-button/.]

[Rise of artificial intelligence, which is also racist like its creators]

1. [Noam] Chomsky is one of the pioneers in the field artificial intelligence. [Jeffrey Mervis. Science. https://www.science.org/content/article/what-kind-researcher-did-sex-offender-jeffrey-epstein-fund-he-told-science-he-died.]
1. Marvin Minsky was one of the founders of artificial intelligence and a longtime MIT professor who died in 2016. [Mervis.]
1. Sundar Pichai, CEO of Google, says "AI could be our savior." [Ted Peters. "H+ 1: Is AI a Shortcut to Virtue? Or to Holiness?" Patheos. November 17, 2021. https://www.patheos.com/blogs/publictheology/2021/11/ai-ethics-a-shortcut-to-sanctification/.]
1. The automation of jobs can and will lead to massive unemployment.
1. One of the early goals of artificial intelligence pioneers was to "mimic the human brain in all its generality. It [is] supposed to be enough like us that, through it, we would know ourselves better. [George Musser. "The Wizard of Consciousness." Psychology Today. November 12, 2018. https://www.psychologytoday.com/us/articles/201809/the-wizard-consciousness.]
1. Machine learning systems are notorious for demonstrating unintended bias.
1. Since human intelligence is flawed and it's mostly "white" and Asian makers are racially biased, its creations using artificial intelligence are also flawed and racially-biased.
1. In a New York Times special edition magazine titled "Artificial Intelligence" published in _____ of 2020, writer Sahil Chinoy explored the racist history behind facial recognition technology. [pg. 34-37.]
1. "[T]he surveillance potential of facial recognition — its ability to create a 'perpetual lineup' — isn't the only cause for concern. The technological frontiers being explored by questionable researchers and unscrupulous start-ups recall the discredited pseudosciences of physiognomy and phrenology, which purport to use facial structure and head shape to assess character and mental capacity." [Chinoy, pg. 34.]
1. "Artificial intelligence and modern computing are giving new life and a veneer of objectivity to these debunked theories, which were once used to legitimize slavery and perpetuate Nazi race 'science.'" [Chinoy, pg. 34.]
1. "More broadly, new applications of facial recognition — not just in academic research, but also in commercial products that try to guess emotions from facial expressions — echo the same biological essentialism behind physiognomy." [Chinoy, pg. 34.]
1. Francis Galton, one of the pioneers of 19th-century facial analysis, was a prominent British eugenicist. [Chinoy, pg. 34.]
1. Galton "superimposed images of men convicted of crimes, attempting to find through 'pictorial statistics' the essence of the criminal face," [Chinoy, pg. 34.]
1. Galton was unsuccessful because "physiognomy is junk science — criminality is written neither in one's genes nor on one's face." [Chinoy, pg. 34.]
1. "Galton's tools and ideas have proved surprisingly durable, and modern researchers are again contemplating whether criminality can be read from one's face." [Chinoy, pg. 34.]
1. "In a much-contested 2016 paper, researchers at a Chinese university claimed that they had trained an algorithm to distinguish criminal from noncriminal portraits, and that 'lip curvature, eye inner corner distance, and the so-called nose-mouth angle' could help tell them apart." [Chinoy, pg. 34-35.]
1. "The paper echoes many of the fallacies in Galton's research: that people convicted of crimes are representative of those who commit them (the justice system exhibits profound bias), that the concept of inborn 'criminality' is sound (life circumstances drastically shape one's likelihood of committing a crime) and that facial appearance is a reliable predictor of character." [Chinoy, pg. 34, 36.]
1. An "Israeli start-up called Faception uses machine learning to score facial images using personality types like 'academic researcher,' 'brand promoter,' 'terrorist' and 'pedophile.'" [Chinoy, pg. 36.]
1. The company HireVue "sells technology that uses A.I. to analyze videos of job applicants, then scores them on measures like 'personal stability' and 'conscientiousness and responsibility.'" [Chinoy, pg. 36.]
1. "Today, facial recognition programs are being piloted at American universities and Chinese schools to monitor students' emotions and engagement. This is problematic for myriad reasons: Studies have shown no correlation between student engagement and actual learning, and teachers are more likely to see black students' faces as angry, bias that might creep into an automated system." [Chinoy, pg. 36.]

1. "Progress in computer-driven facial recognition has been spurred by military investment and government competitions. By the late 1990s, algorithms could automatically map facial features – and supercharged by computers, they could scan videos in real time." [Chinoy, pg. 37.]

1. "Facial analysis services are commercially available from providers like Amazon and Microsoft. Anyone can use them at a nominal price – Amazon charges one-tenth of a cent to process a picture – to guess a person's identity, gender, age and emotional state. Other platforms like Face++ guess race, too." [Chinoy, pg. 37.]

1. These algorithms have problems with nonwhite, nonmale faces. [Chinoy, pg. 37.]

1. "Study after study has confirmed that face recognition technology is flawed and biased, with significantly higher error rates when used against people of color and women." [Victoria Burton-Harris, et al. "Wrongfully Arrested Because Face Recognition Can't Tell Black People Apart." ACLU. June 24, 2020. https://www.aclu.org/news/privacy-technology/wrongfully-arrested-because-face-recognition-cant-tell-black-people-apart/.]

1. "Customers have used 'affect recognition' for everything from measuring how people react to ads to helping children with autism develop social and emotional skills, but a report from the A.I. Now Institute argues that the technology is being 'applied in unethical and irresponsive ways.'" [Chinoy, pg. 37.]

1. "Affect recognition draws from the work of Paul Ekman, a modern psychologist who argued that facial expressions are an objective way to determine someone's inner emotional state, and that there exists a limited set of basic emotion categroeis that are fixed across cultures." [Chinoy, pg. 37.]

1. "Ekman's work has been criticized by scholars who say emotions cannot be reduced to such easily interpretable – and computationally convienent – categories. Algorithms that use these simplistic categories are 'likely to reproduce the errors of an outdated scientific paradigm,' according to the A.I. Now report. It goes on to say that affect recognition 'raises troubling ethical questions about locating the arbiter of someone's "real" character and emotions outside of the individual.'" [Chinoy, pg. 37.]

11. On December 29, 2020, the New York Times reported that in February 2019, Nijeer Parks was falsely accused by facial recognition software of shoplifting candy and trying to hit a police officer with a car at a Hampton Inn in Woodbridge, N.J. [Kasmir Hill. "Another Arrest, and Jail Time, Due to a Bad Facial Recognition Match." The New York Times. December 29, 2021. https://www.nytimes.com/2020/12/29/technology/facial-recognition-misidentify-jail.html.]

1. "Mr. Parks spent 10 days in jail and paid around $5,000 to defend himself. In November 2019, the case was dismissed for lack of evidence." [Hill.]

1. Mr. Parks was "the third person known to be falsely arrested based on a bad facial recognition match. In all three cases, the people mistakenly identified by the technology have been Black men." [Hill.]

1. "AI tools have perpetuated housing discrimination, such as in tenant selection and mortgage qualifications, as well as hiring and financial lending discrimination." [Olga Akselrod. "How Artificial Intelligence Can Deepen Racial and Economic Inequities." ACLU. July 13, 2021. https://www.aclu.org/news/privacy-technology/how-artificial-intelligence-can-deepen-racial-and-economic-inequities/.]

1. "For example, AI systems used to evaluate potential tenants rely on court records and other datasets that have their own built-in biases that reflect systemic racism, sexism, and ableism, and are notoriously full of errors. People are regularly denied housing, despite their ability to pay rent, because tenant screening algorithms deem them ineligible or unworthy." [Akselrod.]

1. "People of color seeking loans to purchase homes or refinance have been overcharged by millions thanks to AI tools used by lenders. And many employers now use AI-driven tools to interview and screen job seekers, many of which pose enormous risks for discrimination against people with disabilities and other protected groups." [Akselrod.]

1. On July 13, 2021, "the ACLU, the Leadership Conference on Civil and Human Rights, Upturn, and two dozen partner organizations are calling on the Biden administration to take concrete steps to bring civil rights and equity to the forefront of its AI and technology policies, and to actively work to address the systemic harms of these technologies." [Akselrod.]

1. "AI is built by humans and deployed in systems and institutions that have been marked by entrenched discrimination — from the criminal legal system, to housing, to the workplace, to our financial systems. Bias is often baked into the outcomes the AI is asked to predict. Likewise, bias is in the data used to train the AI — data that is often discriminatory or unrepresentative for people of color, women, or other marginalized groups — and can rear its head throughout the AI's design, development, implementation, and use. The tech industry's lack of representation of people who understand and can work to address the potential harms of these technologies only exacerbates this problem." [Olga Akkselrod. "How Artificial Intelligence Can Deepen Racial and Economic Inequities." ACLU. July 31, 2021. https://www.aclu.org/news/privacy-technology/how-artificial-intelligence-can-deepen-racial-and-economic-inequities/.]

1. Some in the field of A.I. have tried to create an AI sophisticated enough to make ethical judgements, and potentially turn them into moral authorities.

1. In October of 2021, it was reported that Ask Delphi, a software would react 'ethically' when people asked it questions, was racist and a homophobic after studying 1.7 million real-life human examples of responses to ethical questions sourced from Reddit. [Jeff Parsons. "Artificial intelligence turns racist after learning from humans." Metro UK. November 10, 2021. https://metro.co.uk/2021/11/10/artificial-intelligence-turns-racist-after-learning-from-humans-15575220/.]

1. "Rather than help eliminate discriminatory practices, AI has worsened them — hampering the economic security of marginalized groups that have long dealt with systemic discrimination." [Akselrod.]

1. "[F]ederal agencies that regulate industries using AI have not taken the steps necessary to ensure that AI systems are accountable to the people they impact or that they comply with civil rights laws." [Akselrod.]

1. "Federal legislative and regulatory efforts have not yet methodically undertaken the task of ensuring our civil rights laws protect vulnerable people from the harms exacerbated by today's technologies. In fact, while the Biden administration has made an overarching commitment to center racial equity throughout federal policymaking, the administration's emerging AI and technology priorities have lacked the necessary focus on equity for people of color and others who have been subject to discrimination and bias." [Akselrod.]

1. As of the date of this complaint, the Biden administration has taken no action in response to the ACLU's request.

1. According to the findings of a 2017 study, "72% of Americans are very or somewhat worried about a future where robots and computers are capable of performing many human jobs — more than double the 33% of people who were enthusiastic about the prospect. Seventy-six per cent are concerned that automation of jobs will exacerbate economic inequality and a similar share (75%) anticipate that the economy will not create many new, better-paying jobs for those human workers who lose their jobs to machines." [Olivia Solon. "More than 70% of US fears robots taking over our lives, survey finds." The Guardian. October 4, 2017. https://www.theguardian.com/technology/2017/oct/04/robots-artificial-intelligence-machines-us-survey.]

1. "Tesla chief executive Elon Musk has warned about artificial intelligence before, tweeting that it could be more dangerous than nuclear weapons." [Matt MacFarland. "Elon Musk: 'With artificial intelligence we are summoning the demon.'" The Washington Post. October 24, 2014. https://www.washingtonpost.com/news/innovations/wp/2014/10/24/elon-musk-with-artificial-intelligence-we-are-summoning-the-demon/.]

1. At another conference, Musk stated: "I have exposure to the most cutting edge A.I. I think people should be really concerned about it. A.I. is a fundamental risk to human civilization."

1. Speaking at the MIT Aeronautics and Astronautics department's Centennial Symposium, Musk called artificial intelligence our biggest existential threat: "I think we should be very careful about artificial intelligence. If I were to guess like what our biggest existential threat is, it's probably that. So we need to be very careful with the artificial intelligence. Increasingly scientists think there should be some regulatory oversight maybe at the national and international level, just to make sure that we don't do something very foolish. With artificial intelligence we are summoning the demon. In all those stories where there's the guy with the pentagram and the holy water, it's like yeah he's sure he can control the demon. Didn't work out." [MacFarland.]

1. In December 2014, Stephen Hawking said the development of artificial intelligence could "spell the end of the human race."

1. As the "white" population declines in the U.S., they have invented A.I. with the ultimate goal of maintaining their monopolistic power over an increasingly melanated, multi-cultural and ethnically diverse society.


[Jeffrey Epstein's Undue Influence in A.I.]

1. DEFENDANT Epstein is a "Jew-ish" man of EurAsian descent.

1. DEFENDANT Epstein "managed to lure an astonishing array of rich, powerful and famous men into his orbit. There were billionaires (Leslie Wexner and Leon Black), politicians (Bill Clinton and Bill Richardson), Nobel laureates (Murray Gell-Mann and Frank Wilczek) and even royals (Prince Andrew)."

1. DEFENDANT Epstein was a convicted child sex-offender and trafficker.

1. In 2008, DEFENDANT Epstein pleaded guilty to charges of soliciting prostitution from a minor.

1. DEFENDANT Epstein was "a latter-day eugenicist whose interests were tied to a delusional notion of seeding the human race with his own DNA." [Naomi Oreskes. "Jeffrey Epstein's Harvard Connections Show How Money Can Distort Research." Scientific American. September 1, 2020. https://www.scientificamerican.com/article/jeffrey-epsteins-harvard-connections-show-how-money-can-distort-research/.]

1. "On multiple occasions starting in the early 2000s, Mr. Epstein told scientists and businessmen about his ambitions to use his New Mexico ranch as a base where women would be inseminated with his sperm and would give birth to his babies, according to two award-winning scientists and an adviser to large companies and wealthy individuals, all of whom Mr. Epstein told about it." [Stewart, et al.]

1. "One of the scientists said Mr. Epstein divulged his idea in 2001 at a dinner at the same townhouse; the other recalled Mr. Epstein discussing it with him at a 2006 conference that he hosted in St. Thomas in the Virgin Islands." [Stewart, et al.]

1. "Once, at a dinner at Mr. Epstein's mansion on Manhattan's Upper East Side, Mr. Lanier said he talked to a scientist who told him that Mr. Epstein's goal was to have 20 women at a time impregnated at his 33,000-square-foot Zorro Ranch in a tiny town outside Santa Fe." [Stewart, et al.]

1. "According to Mr. Lanier, the NASA scientist said Mr. Epstein had based his idea for a baby ranch on accounts of the Repository for Germinal Choice, which was to be stocked with the sperm of Nobel laureates who wanted to strengthen the human gene pool. (Only one Nobel Prize winner has acknowledged contributing sperm to it. The repository discontinued operations in 1999.)" [Stewart, et al.]

1. DEFENDANT Epstein, was "was very close to Marvin Minsky for quite a long time" and he "funded some of Marvin's projects." [Mervis.]

1. "One adherent of transhumanism said that he and Mr. Epstein discussed the financier's interest in cryonics, an unproven science in which people's bodies are frozen to be brought back to life in the future. Mr. Epstein told this person that he wanted his head and penis to be frozen." [Stewart, et al.]

1. "Epstein not only donated his own funds, but also served as 'an intermediary (with) other wealthy donors, soliciting millions of dollars in donations from individuals and organizations, including the technologist and philanthropist Bill Gates and the investor Leon Black.'" [Domagoj Nikolić. "And the Wind Cries Jeffrey: Biohacking Humans with DNA, Nanotechnology, IoT and 5G." Diplomat Magazine. June 7, 2020. https://diplomatmagazine.eu/2020/06/07/and-the-wind-cries-jeffrey-biohacking-humans-with-dna-nanotechnology-iot-and-5g/.]

1. A participant to DEFENDANT Epstein's 2006 conference in Saint Thomas "recalled that Mr. Epstein wanted to talk about perfecting the human genome. Mr. Epstein said he was fascinated with how certain traits were passed on, and how that could result in superior humans.." [Stewart, et al.]

1. Prior to his 2008 conviction, "Mr. Epstein attracted a glittering array of prominent scientists. They included the Nobel Prize-winning physicist Murray Gell-Mann, who discovered the quark; the theoretical physicist and best-selling author Stephen Hawking; the paleontologist and evolutionary biologist Stephen Jay Gould; Oliver Sacks, the neurologist and best-selling author; George M. Church, a molecular engineer who has worked to identify genes that could be altered to create superior humans; [ ] the M.I.T. theoretical physicist Frank Wilczek, a Nobel laureate[,]" as well as "Jaron Lanier, a prolific author who is a founder of virtual reality," "Martin Nowak, a Harvard professor of mathematics and biology, and the theoretical physicist Lawrence Krauss." [James B. Stewart, et al. "Jeffrey Epstein Hoped to Seed Human Race With His DNA." The New York Times. July 31, 2019. https://www.nytimes.com/2019/07/31/business/jeffrey-epstein-eugenics.html.]

1. "Mr. Epstein appears to have gained entree into the scientific community through John Brockman, a literary agent whose best-selling science writers include Richard Dawkins, Daniel Goleman and Jared Diamond. Mr. Brockman did not respond to requests for comment." [Stewart, et al.]

1. "For two decades, Mr. Brockman presided over a series of salons that matched his scientist-authors with potential benefactors." [Stewart, et al.]

1. At Harvard, DEFENDANT Epstein "focused his largesse on research on the genetic basis of human behavior." [Oreskes.]

1. DEFENDANT Epstein donated "$200,000 to [Harvard's] psychology department and was appointed as a visiting fellow there despite a complete lack of appropriate academic qualifications." [Oreskes.]

1. DEFENDANT Epstein had a "close connection to Harvard's Program for Evolutionary Dynamics (PED). Even after his release from prison, Epstein continued to be a frequent visitor: between 2010 and 2018 Epstein (at that point a registered sex offender) went to the PED offices more than 40 times. During that period he had an on-campus office and a key card and pass code with which he could enter buildings during off-hours." [Oreskes.]

1. "[M]ore than two thirds of Epstein's donations [to Harvard]— $6.5 million — went to PED director Martin Nowak. Epstein encouraged others to give another $2 million to geneticist George Church." [Oreskes.]

1. "There were numerous....top scientists involved in this network of global pedophile and underage sex organizations, human trafficking enterprises, biotech and bioweapons industry, AI revolution and vaccination depopulation cartel, one of them being

another frequent flyer on Epstein airlines, also accused of sexual abuse which went hand in hand with scientific events at the Epstein's private island. His name is Marvin Minsky, the renowned Harvard-educated AI pioneer, inventor of modern VR and augmented reality systems, founder of MIT's Artificial Intelligence Lab, and a friend of the geneticist George Church." [Nikolić. Diplomat Magazine.]

1. DEFENDANT Epstein lawyer in his 2008 case was Harvard professor Alan Dershowitz.

1. Dershowitz is a "Jew-ish" man of EurAsian descent.

1. "In 2011, a charity established by Mr. Epstein gave $20,000 to the World Transhumanist Association, which now operates under the name Humanity Plus." [Stewart, et al.]

1. Humanity Plus' website says that its goal is "to deeply influence a new generation of thinkers who dare to envision humanity's next steps." [Stewart, et al.]

1. "Mr. Epstein's foundation, which is now defunct, also gave $100,000 to pay the salary of Ben Goertzel, vice chairman of Humanity Plus, according to Mr. Goertzel's résumé."

1. "[B]road evidence [exists to show] that the interests of funders often influence the work done. The New York Times concluded that in this case it led researchers 'to give credence to some of Mr. Epstein's half-baked scientific musings.'" [Oreskes.]

1. Epstein helped start Harvard's Program for Evolutionary Dynamics with a $6.5 million donation. [Stewart, et al.]

1. "Jaron Lanier, a prolific author who is a founder of virtual reality, said that Mr. Epstein's ideas did not amount to science, in that they did not lend themselves to rigorous proof." [Stewart, et al.]

1. "At one session at Harvard, Mr. Epstein criticized efforts to reduce starvation and provide health care to the poor because doing so increased the risk of overpopulation, said [cognitive psychologist] Mr. [Steven] Pinker, who was there." [Stewart, et al.]

1. "Southern Trust Company, Mr. Epstein's Virgin Island-incorporated business, disclosed in a local filing that it was engaged in DNA analysis." [Stewart, et al.]

1. "In 2011, a charity established by Mr. Epstein gave $20,000 to the World Transhumanist Association, which now operates under the name Humanity Plus." [Stewart, et al.]

1. "The group's website says that its goal is 'to deeply influence a new generation of thinkers who dare to envision humanity's next steps'" [Stewart, et al.]

1. "Mr. Epstein's foundation, which is now defunct, also gave $100,000 to pay the salary of Ben Goertzel, vice chairman of Humanity Plus, according to Mr. Goertzel's résumé." [Stewart, et al.]

1. DEFENDANT Jeffrey Epstein also had close ties to DEFENDANT Gates.

1. "[B]eginning in 2011, Mr. Gates met with Mr. Epstein on numerous occasions — including at least three times at Mr. Epstein's palatial Manhattan townhouse, and at least once staying late into the night, according to interviews with more than a dozen people familiar with the relationship, as well as documents reviewed by The New York Times. [Fitter.]

1. DEFENDANT Epstein was convicted of two counts of soliciting underage girls for prostitution before his known ties to DEFENDANT Gates occurred.

1. "In 2011, Gates instructed a team to meet Epstein at his townhouse to discuss philanthropic fundraising, The New York Times reports. Epstein told the people there that his conviction for soliciting prostitution from an underage girl was no worse than "stealing a bagel," according to two people who were there." [Elizabeth Lopatto. "Bill Gates had a closer relationship with Jeffrey Epstein than he admitted, The New York Times reports." The Verge. October 12, 2019. https://www.theverge.com/2019/10/12/20911488/bill-gates-foundation-jeffrey-epstein-meetings.]

1. "[I]n 2013, Gates flew on Epstein's jet from New Jersey to Palm Beach, Florida, according to a flight manifest." [The Verge.]

1. DEFENDANT Gates flew on the Lolita Express to DEFENDANT Epstein's 'Pedo' or 'Orgy' Island on more than one occasion.

1. Other passengers upon the Lolita Express include Bill Clinton and Prince Andrew.

1. "Gates' spokeswoman claims Gates, who owns his own private jet, didn't know it was Epstein's plane.

1. DEFENDANT Gates made donations to MIT through DEFENDANT Epstein. [Nikolić. Diplomat Magazine.]

1. In September of 2019, the New Yorker obtained emails from MIT Media Lab directors that said DEFENDANT Epstein "directed" Gates to donate $2 million to the research lab in October 2014.

1. MIT Media Lab Director, Joi Ito, resigned following media reports that DEFENDANT Epstein had invested in his private companies as well as donating to the lab. [Jeffrey Mervis. "What kind of researcher did sex offender Jeffrey Epstein like to fund? He told Science before he died." Science. September 1, 2019. https://www.science.org/content/article/what-kind-researcher-did-sex-offender-jeffrey-epstein-fund-he-told-science-he-died.]

1. Ito is Asian and of Japanese descent.

1. Though the relationship between DEFENDANTS Gates and Epstein "cooled off after 2014," the DEFENDANT Gates Foundation remained in contact with Epstein through 2017. [Lopatto.]

1. Two members of DEFENDANT Gates' inner circle served as intermediaries between Gates and DEFENDANT Epstein: Melanie Walker and Boris Nikolic.

1. Walker "met Epstein after she graduated from college in 1992; she moved to New York, where she stayed in a building owned by Epstein. She also worked for Epstein in 1998 as a science advisor, after graduating from medical school. She joined the Gates Foundation in 2006." [Lopatto.]

1. At DEFENDANT Gates Foundation, Walker "met Boris Nikolic, who was the Gates Foundation's science advisor. She introduced him to Epstein." [Lopatto.]

1. "Pizzagate" is not a "conspiracy theory."

1. The Jeffrey Epstein and Ghislaine Maxwell cases and verdicts prove that the majority "white" elite are involved in pedophilia, child sex trafficking and Satanism.

1. Numerous videos online of Biden touching children inappropriately and making inappropriate remarks to children.

1. DEFENDANT Gates "is heavily into buying shares [of stock] and thus, influences big companies such as Apple, Twitter, Alphabet (mother company of Google), Amazon, and Alibaba. Companies that have massive influence in the area of tracking apps, global surveillance, facial recognition, and spyware. His part in Alphabet and Twitter explains the absurd level of censorship we encounter when posting or searching for anything controversial about vaccinations and COVID-19." [Ossebaard.]

1. DEFENDANT Gates is also an investor in companies like Alibaba, which sell adrenochrome, and other companies like Amazon and WayFair, who have both been accused of being engaged in child pedophilia and child sex trafficking.

1. "Adrenochrome is connected to Pizzagate, child trafficking, sacrificial abuses, and now Alibaba, and thus [DEFENDANT] Bill Gates." [Ossebaard.]

1. In or around the time DEFENDANTS Gates and Epstein's friendship became public, DEFENDANT Gates' wife, Melinda, began seeking counsel for divorce.

1. Deep State author James Stewart reported that DEFENDANTS Gates and Epstein met more than six times and when asked in an interview with MSNBC. When asked what DEFENDANT Gates' response was to his accusations, he stated: "He and his people would not say how many in total they actually met, but this included visits to the mansion, seeing each other in Seattle, flying on Epstein's plane when we all know Bill Gates has his own $40 million plane....Why would Bill Gates say, 'Oh. I have no relationship with him' when he of course knows we know what the facts are. That always sets off red flags for me."

1. In 2005, more than 50 women came out and accused Jeffrey Epstein of sexual abuse against children.

1. Alexander Acosta, Attorney General for the state of Florida, was told to "leave it alone" and that it was "above his pay grade."

1. In 2008, Dershowitz negotiated the "deal of a lifetime," to which Epstein received 13 months in jail and probation.

1. In 2010, Prince Andrew met with Epstein in New York City.

1. From 2010-2019, Epstein and Maxwell settled a myriad of lawsuits out of court for undisclosed sums.

1. In 2015, Virginia Giuffre exposed Jean Luc Brunel's MC2 modeling agency as sex traffickers to Epstein.

1. In 2015, ABC News flew Virginia Giuffre to New York City to do an interview with reporter Amy Robach.

1. In an undercovering recording released by Project Veritas, Robach stated: "I've had the story for three years. I've had this interview with Virginia Roberts (Giuffre). We would not put it on the air. Then, the Palace found out that we had her whole allegations about Prince Andrew and threatened us a million different ways...It was unbelievable what we had. We had Clinton, we had everything...There will come a day when we will realize Jeffrey Epstein was the most prolific pedophile this country has ever known...There were a lot of men on those planes., a lot of men who visited that island, lot of powerful men who came into that apartment...Ghislaine Maxwell, she knows everything. She knows she should be careful. Well, she was his, like, she went out and recruited all of these girls  She should watch her back."

1. Virginia Guthrie made allegations that Epstein and Maxwell forced her to sleep with men like Prince Andrew and Bill Clinton while underage.

1. On Meredith, Sarah Ferguson responded to the allegations saying: "He's one of the greatest men great I've ever met in my life and my best friend and a great father to my children. I don't understand how in this day and age how people can make salacious lies up and the media write about it, and then follow on with it. I don't understand. This is defamation of character of a person that is the opposite of how he's being portrayed. So Buckingham Palace put out a denial on his behalf and that's how it works within the Royal Family and they stand by that denial – there's nothing more to be said. It's just shockingly accusatory lies and I won't stand by – because I know what it feels like to have salacious lies made up about you – and not support him so publicly, because they are just shockingly accusatory allegations."

1. On February 15, 2022, Prince Andrew announced a settlement with Guthrie.
1. In 2016, Wikileaks publishes John Podesta's e-mails which contained pedophilia code words.
1. Podesta and his brother Tony would attend "spirit cooking" dinners hosted by Marina Abramovic.
1. Abramovic is a Satanist.
1. In July of 2019, DEFENDANT Epstein was charged with the sexual trafficking of girls as young as 14.
1. July 23, 2019, Epstein was found unconscious in his cell.
1. July 29, 2019, Epstein was taken off suicide watch.
1. August 8, 2019, Epstein signed his last will and testament.
1. On August 9, 2019, Epstein's cellmate is transferred out and no replacement is given.
1. August 20, 2019, two cameras malfunction, two guards fall asleep and Epstein is found dead in his cell at 6:30am.
1. From August to October 2019, the medical examiner says it's a suicide, Michael Baden says it's a homicide and Epstein is buried in Palm Beach.
1. At the time of Epstein's death, his estate was worth an estimated $636.1 million, which included "islands, cars, still-unappraised artwork, a 1964 dune buggy, collectibles, jewelry, and watches—plus a list of corporate entities including wholly owned limited liability companies designed to disclose limited public information about those involved.". [Olivia Messer. "Inventory of Jeffrey Epstein's Estate Reveals Extensive Assets Including Islands, Dune Buggy and More." Daily Beast. February 29, 2020. https://www.thedailybeast.com/inventory-of-jeffrey-epsteins-estate-reveals-extensive-assets-including-islands-dune-buggy-and-more.]
1. "Nikolic, who now runs a venture capital firm, was named as a fallback executor to Epstein's will. (He has declined to do so in court proceedings.) Gates is an investor in Nikolic's fund." [Lopatto.]
1. DFENDANT Gates' former chief scientific advisor – Boris Nikolic – was named as alternate executor to DEFENDANT Epstein's will.
1. Nikolic, "an immunologist and biotech entrepreneur who formerly served as Gates' chief scientific adviser until 2014," "served as an intermediary between Epstein and Gates" but now "deeply regret(s) ever meeting Mr. Epstein" and "was 'shocked' to see he was named alternate (will) executor by Epstein." [Nikolić. Diplomat Magazine.]
2. Nikolic did not the regret the "event in which he 'was excited about advice Epstein —— who was fascinated with genetic research —— had given to bankers about the public offering of a gene company that Nikolic had a $42 million stake in, Bloomberg reported at the time." [Nikolić. Diplomat Magazine.]
1. On September 10, 2019, DEFENDANT Gates stated in an interview with The Wall Street Journal: "I met [Jeffrey Epstein]. I didn't have any business relationship or friendship with him. I didn't go to New Mexico or Florida or Palm Beach or any of that. There were people around him who were saying, hey, if you want to raise money for global health and get more philanthropy, he knows a lot of rich people." [John Jurgensen. "In Bill Gates's Mind, a Life of Processing." The Wall Street Journal. September 10, 2019. https://www.wsj.com/articles/the-mind-of-bill-gates-revealed-on-netflix-11568107801.]
1. A spokesperson for DEFENDANT Gates told Business Insider that "Although Epstein pursued Bill Gates aggressively, any account of a business partnership or personal relationship between the two is categorically false." [Kat Tenbarge, et al. "Bill Gates made donations to MIT through Jeffrey Epstein —here are all of the tech mogul's connections to the financier." Business Insider. September 10, 2019. https://www.businessinsider.com/bill-gates-connections-jeffrey-epstein-mit-donations-ronan-farrow-2019-9.]
1. When asked why DEFEDANT Gates would set up a trust for Epstein, James Steward answered: "Not only does he have one of the world's largest charitable foundations, but one of their primary missions is to help young women in underprivileged countries. Jeffrey Epstein was preying on young women from Eastern Europe, from South Africa, luring them into his web – it's the antithesis of what the Gates Foundation stands for. And by the way, there were Gates Foundation employees who were horrified when they realized what Jeffrey Epstein had done and were saying, 'We don't want to have anything to do with this,' and yet, the project went on."
1. When asked what DEFENDANT Gates Foundation's explanation for handling Epstein's trust, he answered: "That it was all about philanthropy. That Bill Gates just wanted to find new sources of money."

[Transhumanism]

1. Transhumanism is "the science of improving the human population through technologies like genetic engineering and artificial intelligence." [James B. Stewart, et al. "Jeffrey Epstein Hoped to Seed Human Race With His DNA." The New York Times. July 31, 2019. https://www.nytimes.com/2019/07/31/business/jeffrey-epstein-eugenics.html.]

1. The vaccine and 5G will allow the DEFENDANT United States of America's government to allow for transhumanism, which is the merging of man with machine. [Evolution News. https://evolutionnews.org/2018/12/for-a-transhumanists-a-dawning-realization/.]

1. Transhumanism is the process by which the posthuman comes into being. [Peters.]

1. "For the first time since human civilization began, our species is being genetically modified. Vaccine manufacturers have now made it possible for the human genome to be permanently altered — and humanity's relationship with nature forever changed — by means of an experimental pharmaceutical injection that is being falsely referred to as a 'vaccine.'" [David Skripac. "'Our Species is Being Genetically Modified': Humanity's March Toward Extinction? Analysis of the Microbiome and Virome." Global Research CA. October 4, 2021. https://www.globalresearch.ca/humanity-march-toward-extinction/5750260.] 1. Transhumanism, according to The New York Times, is "the science of improving the human population through technologies like genetic engineering and artificial intelligence." [James B. Stewart, et al. "Jeffrey Epstein Hoped to Seed Human Race With His DNA." The New York Times. July 31, 2019. https://www.nytimes.com/2019/07/31/business/jeffrey-epstein-eugenics.html.]

1. "Transhumanist prophets anticipate a coming neo-salvific event known as the "Singularity" — a point in human history when the crescendo of scientific advances become unstoppable, enabling transhumanists to recreate themselves in their own image. Want to have the eyesight of a hawk? Edit in a few genes. Want to raise your IQ? Try a brain implant. Want to look like a walrus? Well, why not? Different strokes for different folks, don't you know?" [Wesley Smith. "Transhumanism: A Religion for Postmodern Times." Acton Institute. November 29, 2018. https://acton.org/religion-liberty/volume-28-number-4/transhumanism-religion-postmodern-times.]

1. "Most importantly, in the post-Singularity world, death itself will be defeated. Perhaps, we will repeatedly renew our bodies through cloned organ replacements or have our heads cryogenically frozen to allow eventual surgical attachment to a different body. However, transhumanists' greatest hope is to eternally save their minds (again, as opposed to souls) via personal uploading into computer programs. Yes, transhumanists expect to ultimately live without end in cyberspace, crafting their own virtual realities, or perhaps, merging their consciousnesses with others' to experience multi-beinghood." [Smith.]

1. "Critics have likened transhumanism to a modern-day version of eugenics, the discredited field of improving the human race through controlled breeding." [Stewart, et al.]

1. "[M]ajor IT corporations, such as IBM and Microsoft, developed systems for biotechnology analytics, and with 5G they will finally have the technical infrastructure to connect practically an infinite number of nanodevices super-efficiently and control them in real time." [Nikolić. Diplomat Magazine.]

1. Transhumanism is also known as Humanity Plus or H+. [Stewart, et al.]

1. Natasha Vita-More, Executive Director of Humanity + Inc., declared: "Transhumanism is a philosophy, a worldview and a movement." [Peters.]

1. Through technology, transhumanism seeks to usher in "new stages in human evolution, ultimately leading to apotheosis as humans achieve near-divinity and effective immortality." [David Klinghoffer. "For Transhumanists, a Dawning Realization." Evolution News and Science Today. December 11, 2018. https://evolutionnews.org/2018/12/for-a-transhumanists-a-dawning-realization/.]

1. "The Transhumanist Manifesto challenges the issue of human aging and the finality of death by advocating three conditions. These conditions assert that (1) aging is a disease that medical science can cure; (2) augmentation and enhancement to the human body and brain are essential for survival, and that (3) human life is not restricted to any one form or environment." [Peters.]

1. Transhumanists "intend to self-make today's human into tomorrow's deity." [Peters.]

1. Yuval Harari, a historian and transhumanist from Hebrew University of Jerusalem, stated: "Having raised humanity above the beastly level of survival struggles, we will now aim to upgrade humans into gods, and turn Homo sapiens into Homo deus,"

1. Harari told The Telegraph, "I think it is likely in the next 200 years or so Homo sapiens will upgrade themselves into some idea of a divine being, either through biological manipulation or genetic engineering by the creation of cyborgs, part organic, part non-organic." [Stewart, et al.]

1. Harari also stated, "Religion is the most important invention of humans. As long as humans believed they relied more and more on these gods, they were controllable. With religion, it's easy to understand. You can't convince a chimpanzee to give you a banana with the promise it will get 20 more bananas in chimpanzee Heaven. It won't do it. But humans will...But what we see

183

in the last few centuries is humans becoming more powerful, and they no longer need the crutches of the gods. Now we are saying, 'We do not need God, just technology.'" [Stewart, et al.]

[Implanting Nanochips in the Brain]

1. Plans to input chips into the brains of homo sapien sapiens.
1. On February ___, 2022, it was reported that 15 out of 23 monkeys with Elon Musk's Neuralink brain chips died and/or suffered from debilitating health effects.
1. "Neuralink chips were implanted by drilling holes into the monkey's skulls. One primate developed a bloody skin infection and had to be euthanized. Another was discovered missing fingers and toes, 'possibly from self-mutilation or some other unspecified trauma,' and had to be put down. A third began uncontrollably vomiting shortly after surgery, and days later 'appeared to collapse from exhaustion/fatigue.' An autopsy revealed the animal suffered from a brain hemorrhage." ["'Extreme Suffering': 15 of 23 Monkeys with Elon Musk's Neuralink Brian Chips Reportedly Died." 1. On [insert date], it was announced that Elon Musk's Neuralink successfully implanted a chip into the brain of one of its guinea pigs.

[Social credit score]

1. Many of these draconian measures being sought DEFENDANT United States of America's government have already been implemented in Australia and countries like China and South Korea.
62. "Some governments such as Hong Kong are using electronic wristbands to track people who have tested positive for the novel coronavirus in order to enforce quarantines and reduce the spread of the virus." [Samantha Putterman. "Post about Bill Gates' work on vaccine tracking distorts research, timeline." Politifact. April 9, 2020. https://www.politifact.com/factchecks/2020/apr/09/instagram-posts/post-about-bill-gates-work-vaccine-tracking-distor/.]
1. In May of 2019, France 24 produced a news segments on China's "social credit" system. [https://www.youtube.com/watch?v=NXyzpMDtpSE&feature=emb_title.]
1. Chinese citizens are "constantly monitored by face recognition cameras that are able to instantly put a face to a name."
1. They are "ranked given a mark out of a possible 950 points," which a score of 700 is good and a score below 500 is not good.
1. The score acts as sort of a "bank credit rating, keeping track of everyone's spending habits."
1. In 2020, China was "taking the system a step further" by "aggregating data gathered by banks, private companies and the state to rate is someone is a good or bad citizen."
1. The founder of China's social credit theory, Lin Junyue, stated: "By using the most data possible, the so called 'big data,' the system will play an important role in rebuilding a moral society."
1. "The state will go over every detail of a person's life with a fine tooth comb — their financial situation, spending habits, career, even behavior on social media. Criticizing the government online or displaying outward signs of wealth is a no-no. On the other hand, praising the party or giving blood increases your social credit."
1. "In theory, everything can be taken into account in the social score, even the most innocuous errands like supermarket shopping. When [people] make an electronic payment, her purchases tell the state a lot of about her. Buying cigarettes would count against her...Beer could indicate alcoholism and [people] would be better off buying water."
1. There are social perks for being model citizens, including but not limited to discounts on public services, even at museums and the library.
1. "People with low scores lose rights. The cinema names and shames people considered untrustworthy, plastering their details and even their addresses across big screens...The Supreme Court has created a 'blacklist' for so-called 'bad citizens.'"
1. Once blacklisted, you can no longer buy a train ticket, get a bank loan, start a business, buy an apartment, or send your children to private school.
1. China's "social credit" system has been labeled a "digital dictatorship."
1. Under ___ years of communism, Chinese citizens have little control and lesser freedoms in comparison to Americans, making a social experiment like this more manageable.
1. Because of DEFENDANT United States of America's racist government and widespread discrimination, a social credit system in the U.S. would be racially biased, cause a disparate impact on African Americans and would be resisted by the American people.

184

[RFID Chips & Other Nanotechnology]

1. Radio-frequency-identification (RFID) microchips are used to remotely identify objects and the technology has been around for decades.

1. In retail, RFID chips have reinvented the universal bar code (UPC).

1. "RFID tags, a technology once limited to tracking cattle, are tracking consumer products worldwide. Many manufacturers use the tags to track the location of each product they make from the time it's made until it's pulled off the shelf and tossed in a shopping cart." [https://electronics.howstuffworks.com/gadgets/high-tech-gadgets/rfid.htm.]

1. Created in the early 1970s, UPCs "help manufacturers and retailers keep track of inventory. They also give valuable -information about the quantity of products being bought and, to some extent, the consumers buying them. These codes serve as product fingerprints made of machine-readable parallel bars that store binary code."

1. Most credit cards today contain RFID chips.

1. American pets receive RFID implants as well.

1. Airlines like Delta use RFID luggage tags to make sure the traveler's bag arrives at the correct destination.

1. In 2005, DEFENDANT United States of America's Congress, under the pretense of immigration control and the so-called war on terrorism, passed the Real ID Act.

1. "Beginning on May 3, 2023, the federal government will require your driver license, permit or ID card to be REAL ID compliant if you wish to use it as identification to board a domestic flight (within the U.S.), or enter military bases and certain federal facilities." [https://dmv.ny.gov/driver-license/federal-real-id.]

1. "Since August 2007, all U.S. passports have come embedded with an RFID chip, intended to deter fraud and improve security. The chip contains the same information as on the passport's picture page, including a digital version of your passport photograph." [Claudia Buck. "Are microchips in our passports and credit cards safe?" July 20, 2014. The Buffalo News. https://buffalonews.com/business/local/are-microchips-in-our-passports-and-credit-cards-safe/article_121e1d69-5bb0-5d0b-ba86-372db2b9e38d.html.]

1. Over time, scientists began implanting RFID chips into the hue-man body.

1. In November of 2003, it was announced that "Delray Beach, FL-based VeriChip, the maker of human-implantable radio frequency identification chips...made its first sale of its infant-protection, wander-protection, and staff duress system to Brampton (Ontario) Civic Hospital in Canada." ["VeriChip sells first baby protection system." HCPRO. November 3, 2003. http://www.hcpro.com/HOM-63820-3486/VeriChip-sells-first-baby-protection-system.html.]

1. Before 2017, Swedish citizens have been unlocking their car doors and turning on coffee machines with a wave of their palm, courtesy of a "millimeters-long microchip equipped with near-field communication capabilities" that was "lodged just under the skin." [Haley Weiss. "Why You're Probably Getting a Microchip Implant Someday." The Atlantic. September 21, 2018. https://www.theatlantic.com/technology/archive/2018/09/how-i-learned-to-stop-worrying-and-love-the-microchip/570946/.]

1. In July 2017, Patrick McMullan – a 20-year veteran of the tech industry – created microchip that was "genuinely functional" and allowed his employees at Three Square Market in River Falls, Wisconsin that receive chip implants to be "part of a multistage feedback network." [Weiss.]

1. On April 13, 2020, one of DEFENDANT Gates' "longtime confidant[s]" Roger Stone went on The Joe Piscopo show and said "[Gates] and other globalists are definitely using it for mandatory vaccinations and microchipping people so we know if they've been tested."

1. The WEF "has been a leading proponent of digital biometric identity systems, arguing that they will make societies and industries more efficient, more productive and more secure." ["The WEF and the Pandemic." Swiss Policy Research. October 6, 2021.                                                                      https://swprs.org/the-wef-and-the-pandemic/?fbclid=IwAR3C74ED2m0sM4ylqRulkl1KAfXuG52wnKtcbgVJSwJm4nLdPlbYsgjuh64.]

1. "In July 2019, the WEF started a project to "shape the future of travel with biometric-enabled digital traveler identity management.'" [Swiss Policy Research.]

1. The WEF collaborates with the ID2020 alliance, which is funded by the DEFENDANT Gates and Rockefeller Foundations and runs a program to 'provide digital ID with vaccines.'" [Swiss Policy Research.]

1. ID2020 sees the vaccination of children as "an entry point for digital identity." [Swiss Policy Research.]

185

1. DEFENDANT Gates is also involved with ID2020 Alliance Partners – a company that is trying to create a universal identification card.

1. In March of 2020, DEFENDANT Gates stated: "Eventually, what we'll have to have is certificates of who's a recovered person and who's a vaccinated because you don't want people moving around the world where you'll have some countries that won't have it under control, sadly. You don't want to completely block off the ability for those people to go there, come back and move around."

1. DEFENDANT Gates' next statement was edited out of the Ted Talk interview. Gates then stated: "So eventually, there will be this digital immunity proof that will help facilitate the global reopening up."

1. "COVID-19 vaccine syringes may include RFID chips to help track who has received the vaccine, check expiration dates and ensure a vaccine isn't counterfeit." [Chelsey Cox. "Fact check: Syringes with RFID technology track vaccines, not recipients." USA Today. December 6, 2020. https://www.usatoday.com/story/news/factcheck/2020/12/16/fact-check-syringes-rfid-technology-dont-track-recipients/3904995001/.]

[Luciferase]

1. For the first time, vaccines made by DEFENDANTS Pfizer and Moderna, contain mRNA nanotechnology.

1. Nanotechnology is "any technological endeavor that deals with anything with a dimension of fewer than 100 nanometers." ["Hacking Humans with Nanotechnology." Alpine Security. https://alpinesecurity.com/blog/hacking-humans-with-nanotechnology/.]

1. For comparison, there are 25,400,000 nanometers in just one inch. [Alpine Security.]

1. Much of this scientific and technological field focuses on working with atoms. [Alpine Security.]

1. While the concept was first brought to light in the late 1950s, it wasn't until the late 1980s that technology advanced enough to actually allow scientists to work in such a small field. [Alpine Security.]

1. In 1971, UCLA psychiatrist Dr. Louis "Jolly" West continued psychiatry's legacy of racism by hatching a secret aversion therapy experiment known as the violence centers.

1. West's government funded experiment put electrodes into the brains of African American and Hispanic males to shock them whenever they exhibited violent behavior or behavior that they didn't like.

1. If that didn't work, the subjects of the experiments were chemically castrated with drugs.

1. "mRNA technology has a software, digital-like nature that functions very much like an operating system on a computer." [Nikolić. Diplomat Magazine.]

1. On January 28, 2020, the Department of Justice announced that DEFENDANT Dr. Charles Lieber, 60, "the Chair of Harvard University's Chemistry and Chemical Biology Department and two Chinese nationals [were] charged in connection with aiding the People's Republic of China." [Department of Justice.]

1. "Yanqing Ye, 29, a Chinese national, was charged in an indictment today with one count each of visa fraud, making false statements, acting as an agent of a foreign government and conspiracy. Ye is currently in China." [Department of Justice.]

1. "Zaosong Zheng, 30, a Chinese national, was arrested on Dec. 10, 2019, at Boston's Logan International Airport and charged by criminal complaint with attempting to smuggle 21 vials of biological research to China. On Jan. 21, 2020, Zheng was indicted on one count of smuggling goods from the United States and one count of making false, fictitious or fraudulent statements." [Department of Justice.]

1. "According to court documents, since 2008, Dr. Lieber who has served as the Principal Investigator of the Lieber Research Group at Harvard University, which specialized in the area of nanoscience, has received more than $15,000,000 in grant funding from the National Institutes of Health (NIH) and Department of Defense (DOD)." [Department of Justice.]

1. DEFENDANT Lieber Research Group "focuses on research and development of nanoscale material, nanoelectronics, and brain research. 'We're focusing on a novel approach for integrating electronics within the brain and other areas of the nervous system;' the company states." [Ossebaard.]

1. DEFENDANT Lieber Research Group is trying to influence the cognitive functions and behavior of people.

1. "Cognitive functions are all processes involved in the taking in and processing of information [like] intelligence, memory, focus, concentration, speed of thinking, planning ability, social cognition, language skills and problem-solving capabilities." [Ossebaard.]

186

1. "Unbeknownst to Harvard University beginning in 2011, Lieber became a "Strategic Scientist" at Wuhan University of Technology (WUT) in China and was a contractual participant in China's Thousand Talents Plan from in or about 2012 to 2017." [Department of Justice.]

1. "China's Thousand Talents Plan is one of the most prominent Chinese Talent recruit plans that are designed to attract, recruit, and cultivate high-level scientific talent in furtherance of China's scientific development, economic prosperity and national security." [Department of Justice.]

1. "These talent programs seek to lure Chinese overseas talent and foreign experts to bring their knowledge and experience to China and reward individuals for stealing proprietary information." [Department of Justice.]

1. "Under the terms of Lieber's three-year Thousand Talents contract, WUT paid Lieber $50,000 USD per month, living expenses of up to 1,000,000 Chinese Yuan (approximately $158,000 USD at the time) and awarded him more than $1.5 million to establish a research lab at WUT." [Department of Justice.]

1. "In return, Lieber was obligated to work for WUT 'not less than nine months a year' by 'declaring international cooperation projects, cultivating young teachers and Ph.D. students, organizing international conference[s], applying for patents and publishing articles in the name of' WUT." [Department of Justice.]

1. "Yanqing Ye, a Boston University robotics researcher who prosecutors said lied about being in the Chinese army, and Zaosong Zheng, a cancer researcher at Beth Israel Deaconess Medical Center...was arrested [for] allegedly trying to smuggle research samples out of the country. Prosecutors said Ye is a lieutenant in the Chinese People's Liberation Army, which she did not disclose when she obtained a visa to enter the United States. She is accused of passing information on research conducted at Boston University to China's government." ["U.S. charges target alleged Chinese spying at Harvard, Boston institutions." Reuters. January 28, 2020. https://www.reuters.com/article/us-usa-china-crime/us-charges-target-alleged-chinese-spying-at-harvard-boston-institutions-idUSKBN1ZR23V.]

1. "Zheng was arrested last month at Boston's Logan International Airport as he tried to leave the United States with 21 vials containing sensitive biological samples. He planned to return to China to continue his research there, prosecutors allege." [Id.]

1. DEENDANT Lieber took "generous" donations from DEFENDANT Epstein. [Nikolić. Diplomat Magazine. https://diplomatmagazine.eu/2020/06/07/and-the-wind-cries-jeffrey-biohacking-humans-with-dna-nanotechnology-iot-and-5g/.]

1. DEFENDANT Lieber's funding also included more than $15 million from donors such as DoD and DEFENDANT NIH. [Nikolić. Diplomat Magazine.]

1. On December 21, 2021, DEFENDANT Lieber was convicted of lying to the government about his involvement in a Chinese effort to attract foreign-educated scientists for the Thousand Talents recruitment program.

1. "Epstein had an executive assistant named Cimberly Espinosa with whom the Alpine Security founder (the nanotech – IoT – 5G blogger from above) shares the same last name."

1. "The founder of the company originates, without a shadow of a doubt, from the military industrial complex. Before starting his own company, he worked as a senior consultant for a cyber technology firm called TechGuard specializing, again, in anti-ransom technology. Their government clients include DHS, DoD, DOL, DISA, MARFORCYBER, USCYBERCOM, FLYCYBERCOM, etc., etc."

1. On [insert date], a military industrial complex contracting firm called Alpine Security made a blog post on its website about the capabilities of mRNA technology.

1. Alpine Security stated that some "nanotechnology ideas include a tiny device that gets injected into the body as a sensor or medical delivery device."

1. Alpine Security also stated: "Some digital security experts posit that a single nanoparticle in the body with its own processor could be hacked, but they also say that if someone had more than one particle in the body, which many treatments would require, a hacker could theoretically turn them into a network in the body, using the body's own systems to communicate and do their bidding."

1. Alpine Security stated: "If a hacker took over your inner nanotechnology devices, they could demand a ransom with fatal consequences. If you're unable or unwilling to pay, they could easily turn your body against you and at the very least make you suffer or get sick, if not kill you."

1. Alpine Security stated: "One of the most exciting applications of nanotechnology is inhalable particulate powders developed to directly treat the lungs. These particles can work together to form an artificial cell to do a certain job.... Getting infected with something could be as simple as breathing the air, taking a shower or getting a regular vaccination from your doctor."

1. The various parties in control of this technology have the ability to "manage our bodies through the IoT network of nanoparticles controllable by the AI operated through a 5G system."

1. "Apart from the potential (and likely dubious) benefits, there are also risks associated with the unknown long-term consequences of manipulating human DNA."

1. This technology was invented for the purpose of achieving a genocidal outcome.

1. DEFENDANT Epstein's "connections with CyberReason, another shadowy tech firm, deeply connected to the obscure Unit 8200 of the Israeli Defense Force (IDF). "

1. "CyberReason was founded by...Lior Div, a former Israeli military hacker who regards his company as 'the continuation of the six years of training and service he spent working with the Israeli army's 8200 Unit.' After he left the IDF, he 'worked for the Israeli government as a private contractor reverse-engineering hacking operations'."

1. "Their portfolio includes, similarly, anti-ransom and health care. Such products can obviously be easily weaponized and, once developed, whoever has such capabilities is only a step away (with a simple reversal) from being in the position to blackmail just about anyone on the planet."

1. "CyberReason's management roster reads like a who-is-who of an Israeli techspook yearbook including a lady who 'commanded 24/7 operational team of 20 Intelligence specialists on mission-critical sensitive tasks' in IDF."

1. "Cybereason's proprietary AI-powered data analytics engine and built-in forensic capabilities to correlate data attributes and behavior with potential threats. The heightened correlation will assist in rapidly pinpointing suspicious activities that may require further investigation or annihilation of attacks already in progress.'"

1. "...deeper analysis of dubious events can be initiated and cross referenced using up-to-the-second threat intelligence obtained from the Trustwave global network of Advanced Security Operation Centers (ASOCs) and the Trustwave SpiderLabs Fusion Center, a state-of-the-art cyber-command center, to help ensure effective measures against threats are immediately taken."

1. "...threat hunters and digital forensic teams will add to their arsenal a new level of behavioral analytics to extend and magnify their abilities for quickly finding those proverbial needles in the haystack."

1. "Cimberly Espinosa was formerly part of a tech firm called M86 Security a military contractor provably connected to Microsoft and Israel through connections with another tech firm called Finjan and Trustwave Holdings, another military contractor, inter alia. The Trustwave website indicates intelligence agencies and the military as their clients, but the list remains undisclosed, as is the norm in the military contracting underworld. Trustwave has been very closely affiliated with, not surprisingly, Microsoft for over a decade. And, also not surprisingly, to Israel."

1. "Cimberly Espinosa is now part of Thales Avionics focusing on avionic cyber security which, curiously, is also in the focus of Alpine Security founder."

1. On Espinosa's "personal presentation page on Maryville University's website where he used to teach...[he wrote] 'some of the notable projects I've worked on have included penetration testing for commercial aircraft – to help make aircraft "hackproof" while in flight and on ground'."

1. "[I]nitiatives such as digital ID implants combined with vaccines pushed by Bill Gates and the Rockefeller Foundation could only make the process of search and destroy (and, on the flip side, search and rescue) faster and easier to manage."

1. Vaccine passports.

1. Given that the vaccinated are more likely to be infected with coronavirus, vaccine passports also make no sense and are unconstitutional.

1. In a February 19, 2019 article published by Neoscope, they wrote: "For the people overseeing nationwide vaccination initiatives in developing countries, keeping track of who had which vaccination and when can be a tough task. But researchers from MIT might have a solution: they've created an ink that can be safely embedded in the skin alongside the vaccine itself, and it's only visible using a special smartphone camera app and filter." The research, conducted by M.I.T. bioengineers Robert Langer and Ana Jaklenec and their colleagues and Scientific American also added: "The work was funded by the Bill & Melinda Gates Foundation and came about because of a direct request from Microsoft founder and philanthropist Bill Gates himself, who has been supporting efforts to wipe out diseases such as polio and measles across the world." [Victor Tangermann. "Invisible ink 'Tattoos' Could Be Used to ID Vaccinated Kids." Neoscope. December 19, 2019. https://futurism.com/neoscope/invisible-vaccine-ink-tattoos-kids.]

1. DEFENDANT Gates Foundation funded an MIT and Institute of Chemistry of the Chinese Academy of Sciences in Beijing study of a tattoo-like vaccine combining nanoparticles or 'near-infrared quantum dots' encoding information for 'decentralized data storage and bio-sensing' combining in vivo smartphone imaging and machine learning algorithms." [Nikolić. Diplomat Magazine.]

1. In September of 2021, it was reported that "UC Riverside scientists are studying whether they can turn edible plants like lettuce into mRNA vaccine factories." [Jules Berstein. "Grow and eat your own vaccines?" University of California Riverside. September 16, 2021. https://www.universityofcalifornia.edu/news/grow-and-eat-your-own-vaccines.]

1. "If we combine that technology with implants wirelessly tracking and transmitting real-time data from nerves, organs and muscles, the bio-hybrid DNA creepy crawlers-nanobots, 5G and 'state-of-the-art cyber-command centers', the hackable network for remote controlling humanity is all in place." [Nikolić. Diplomat Magazine.]

1. Countries like Denmark have begun implanting its mostly "white" citizens with RFID chips.

1. Although PLAINTIFF Mr. Washington is not a practicing Christian, he does acknowledge that in Revelations, the events transpiring modern day are referenced in the Bible's New Testament.

1. Revelations 13:16-17 states: "He also forced everyone, small and great, rich and poor, free and slave, to receive a mark on his right hand or on his forehead, so that no one could buy or sell unless he had the mark, which is the name of the beast or the number of his name."

1. Based on the limited information above, the COVID-19 vaccine, RFID chips and other unnecessary, foreign objects containing nanotechnology that are inserted into the body are equivalent to the "mark of the beast" referenced in the Bible.

[Recent Comments from Biden and Others About the "New World Order"]

1. In January of 2021, U.S. Trade Representative Katherine Tai told "the world's one percent at Davos that the Biden administration would try to shape a 'new economic world order' around protecting workers." [Politico. May 25, 2023. https://www.politico.com/news/2023/05/25/joe-bidens-economy-trade-china-00096781.]

1. On March 21, 2023, DEFENDNAT Biden stated: "And now is a time when things are shifting. We're going to — there's going to be a new world order out there, and we've got to lead it." ["Remarks by President Biden Before Business Roundtable's CEO Quarterly Meeting." The White House. March 21, 2023. https://www.whitehouse.gov/briefing-room/speeches-remarks/2022/03/21/remarks-by-president-biden-before-business-roundtables-ceo-quarterly-meeting/.]

1. On October 20, 2023, during a campaign reception, DEFENDANT Biden stated: "So, I think we have an opportunity to do things, if we're bold enough and have enough confidence in ourselves, to unite the world in ways that it never has been. We were in a post-war period for 50 years where it worked pretty damn well, but that's sort of run out of steam. Sort of run out of steam. It needs a new — a new world order in a sense, like that was a world order." [The White House. October 20, 2023. https://www.whitehouse.gov/briefing-room/speeches-remarks/2023/10/20/remarks-by-president-biden-at-a-campaign-reception-3/.]

1. In his 1952 book, "The Impact of Science on Society", Bertrand Russell — a well-recognized New World Order insider — forewarned the world about plans for the use of vaccination, education and other practices to control the population. On pages 49-50, he wrote: "Scientific societies are as yet in their infancy. It may be worthwhile to spend a few moments in speculating as to possible future developments of those that are oligarchies. It is to be expected that advances in physiology and psychology will give governments much more control over individual mentality than they now have even in totalitarian countries. Fichte laid it down that education should aim at destroying free will, so that, after pupils have left school, they shall be incapable, throughout the rest of their lives, of thinking or acting otherwise than as their schoolmasters would have wished. But in his day this was an unattainable ideal: what he regarded as the best system in existence produced Karl Marx. In future such failures are not likely to occur where there is dictatorship. Diet, injections, and injunctions will combine, authorities consider desirable, and any serious criticism of the powers that be will become psychologically impossible. Even if all are miserable, all will believe themselves happy, because the government will tell them that they are so."

1. DEFENDANT United States of America's government is continuing to suppress the truth because they know American citizens will be outraged and they will no longer be in positions of power.

1. As evident by all of the chaos in the U.S. and world, the elite's plan for a "new world order" is not in the best interest of the world's majority, which happen to be people of color.

1. Elected leaders work for "we, the people," not the other way around.

1. All elected officials acting in alignment with the goals of these diabolical secret societies are engaging in acts of treason.

. Historical Refusal to Provide Reparations to African Descendants of Slaves, Other Black Citizens and Africa:

1. Since the trans-Atlantic slave trade, there has been "a concerted, organized, longstanding effort to eliminate African Americans from the hue-man gene pool. Not just African Americans [ ], but Africans...It's happening through multiple vectors, [including] science, medicine and care...and it's [mostly] being done covertly, so almost no one is aware of this." [Mike Adams.]

1. "The entire mainstream media refuses to acknowledge this. The scientific community will say that none of this is true, and yet if you look at the facts [ ] and the history that's undeniable, you will see, there is a concerted and organized effort to eliminate blacks, i.e. African Americans." [Mike Adams.]

1. The case for reparations can be made at the international, tort, civil, and/or legislative levels.

1. "The history of America has been closely pegged with racism and discrimination against African Americans. It's an issue the founding fathers struggled to address in the early stage of the great nation and, as a result, it has continued to haunt our society during slavery, Jim Crow's segregation, and modern day legalized and systematic racism. Since the inception of America, the house of democracy has been plagued with cracks of racism and discrimination against African Americans, women and other minority groups. During the last 300 years we have made little attempt to fix these cracks and, as a result, have struggled with a defective foundation." [Stephen Balkaran. Why Race Matters: America's 21st Century Social Cancer. International Journal of Education and Social Science. Vol. 2, No. 2: 74-75. February 2015. http://www.ijessnet.com/wp-content/uploads/2015/02/9.pdf.]

1. "Three and a quarter centuries of slavery and Jim Crow created racial fault lines that continue to erupt in twenty-first century America. There is hardly a major segment of American life in which the influence of slavery and Jim Crow cannot be felt." [Brooks, pg. 47.]

International Law Concerning Crimes Against Humanity, Genocide and Violations of Human Rights:

1. In order to challenge equal access between groups of people in a society, we must focus our attention at the group level." [DiAngelo, pg. 22.]

1. Universal Declaration of Human Rights.

1. The Charter of the Nuremberg Tribunal defined crimes against humanity as "Murder, extermination, enslavement, deportation, and other inhumane acts committed against any civilian population...whether or not in violation of the domestic law of the country where perpetrated."

1. In 1948, the United Nations promoted the Convention on the Prevention and Punishment of the Crime of Genocide. "Genocide" includes deliberately inflicting on a racial or ethnic group "conditions of life calculated to bring about its physical destruction in whole or in part."

1. The precepts of reconciliation are apology, atonement, and forgiveness.

Denials by Judicial Branch:

1. "Attempts to adjudicate the legal merits of slave reparations against the United States government date back to 1916" and those attempts have continued over nearly a century without any success. [Hardaway.]

1. "These claims sought to remedy the purported tortious, racist, and/or inequitable treatment suffered by slaves and their descendants. Private corporations, state municipalities, and the federal government have been named defendants in the actions. The claims against those defendants have attempted to recover damages for inequitable gains related to unjust enrichment from slave labor, receipt of tax proceeds on cotton cultivated and harvested by slave labor, insurance proceeds earned from policies that insured the purchase of slaves, and the tortious acts committed against Blacks during the American slave trade.

1. "Some decisions have acknowledged that there is a moral argument to claims for reparations." [See Jackson v. United States, No. C 94-01494 CW, 1994 U.S. Dist. LEXIS 7872, at *1 (N.D. Cal. June 7, 1994) (commenting that "[t]he moral weight of Plaintiff's charges cannot be gainsaid"); Obadele v. United States, 52 Fed. Cl. 432, 442 (2002), aff'd, 61 F. App'x (Fed. Cir. 2003).]

1. Nonetheless, a "common refrain found in the dismissals of those suits points to the inadequacy of the judiciary to address reparations claims because of doctrinal barriers such as sovereign immunity, statutes of limitations, and standing." [Hardaway.]

1. "Two groups of African American plaintiffs, collectively referred to here as Cato, sought compensation in the amount of $100 million for, among other things, forced labor, kidnapping, and deprivation of freedom." [Hardaway.]

1. "In her complaint, Cato argued that the Thirteenth Amendment created a national right for African Americans to be free of the badges and incidents of slavery, and that as African Americans continue to suffer from the lingering incidents of slavery, there

should be relief available under the FTCA for 'intentionally inflicted harm and violation of duty by the federal government.' [Hardaway.]

1. The plaintiffs also sought "an acknowledgement of the injustice of slavery in the United States and in the 13 American colonies between 1619 and 1865, as well as of the existence of discrimination against freed slaves and their descendants from the end of the Civil War to the present."

1. "In 1995, the Ninth Circuit Court of Appeals ruled that plaintiffs lacked standing to sue for injury caused to all African Americans as a result of discrimination." [See e.g., Cato v. United States, 70 F.3d 1103, 1105 (9th Cir. 1995.]

1. The court also held that the doctrine of sovereign immunity barred their suit.

1. "The Ninth Circuit ruled that the FTCA was not applicable to suits seeking reparations for at least three distinct reasons. First, the court noted that the FTCA, by its terms, is only available for claims which accrued on or after January 1, 1945.Though the effects of slavery and post-Civil War discrimination continued long after 1945, the actual enslavement of Africans and their descendants obviously occurred long before 1945. This provision effectively bars any reparations claims sought by African Americans for the wrongful acts committed by the government during slavery and thereafter.

1. "Second, the FTCA permanently bars all claims brought more than two years after their accrual. Consequently, assuming tort claims from slavery were possible under the FTCA, the statute of limitations requires that the claim be filed within two years of the acts."

1. "Finally, under the FTCA there must be a government employee acting, or failing to act, in their official government capacity. The plaintiffs in Cato claimed that Congress was liable for failing to pass reparative legislation, but as the court noted, failure to discharge a 'discretionary' duty (including legislative duties) is not cognizable under the FTCA.'"

1. "The court also found that the analogy to Indian land claim cases presented by Cato to be unpersuasive. The Ninth Circuit agreed with the government's contention that regardless of whether or not there were factual similarities between the treatment accorded Indian tribes and African American slaves and their descendants, 'there is nothing in the relationship between the United States any other persons, including African American slaves and their descendants, that is legally comparable to the unique relationship between the United States and Indian tribes.'"

1. The court then reasoned that "[c]ourts have recognized fiduciary responsibilities running from the United States to Indian Tribes because of specific treaty obligations and a network of statutes that by their own terms impose specific duties on the government." Cato at 1109.

1. In the consolidated case of In re African-American Slave Descendants Litigation, 471 F.3d 754 (7th Cir. 2006) was filed on behalf of the descendants of African American slaves seeking recovery for violations of various state laws and the Civil Rights Act of 1866.

1. "The consolidated complaint alleged that defendant corporations provided services to slave owners, and that some defendants owned and trafficked in slaves, in violation of Northern anti-slavery state laws and, in some cases, of the Thirteenth Amendment." [Hardaway.]

1. The Seventh Circuit Court of Appeals "affirmed the district court's dismissal. The court concluded that the plaintiffs lacked standing to sue on behalf of their ancestors' estates. Nor could the plaintiffs claim injury to themselves by virtue of what had been done to their ancestors, according to the court, because it would be an "impossible" task to connect remote past harm to a modern person's condition or calculate the appropriate damages. As the court summarily opined, "the wrong to the ancestor is not a wrong to the descendant." The court stated that calculating the economic damages owed to any specific plaintiff would be impossible—arguably eliding the role that discovery and expert economists could play in litigation. With regard to the statute of limitations, the court reasoned that it would be impermissible to toll the statute for a century or more and further opined, without basis or support, that some courts in the North and the South would have been receptive to reparations suits within the permissible filing deadlines.

1. The doctrine of sovereign immunity is one of a few legal constructs routinely cited as a major impediment to plaintiffs' attempts to recover monetary damages from the federal government.

1. Several courts have found that the actions are time-barred by the six-year statute of limitations for civil suits against the United States and that the government has not consented to be sued by African Americans for reparations. [See e.g. See, e.g., Powell v. United States, No. C 94-01877 CW, 1994 U.S. Dist. LEXIS 8628, at *1 (N.D. Cal. June 20, 1994), 28 U.S.C. 2401(a) (2012).]

1. On July 10, 2023, PLAINTIFF Mr. Washington filed a reparations complaint against DFENDANTS United States of America, State of New York, City of New York and many others involved in and profiting from the African Holocaust, which consists of periods including but not limited to the trans-Atlantic slave trade, chattel slavery, Jim Crow semi-slavery and on-going racial discrimination.

191

1. In response to PLAINTIFF Mr. Washington's initial reparations complaint, Judge Komitee dismissed all claims against all parties, except his employment discrimination claim against his former employer, DEFENDANT NYCDOE.

1. In a footnote, Judge Komitee wrote: "In addition, the United States, Joe Biden, Donald Trump, Kamala Harris, the National Institutes of Health, National Institute of Allergy and Infectious Diseases, Food & Drug Administration, Center for Disease Control & Prevention, Anthony Fauci, United States Department of Education, the Equal Employment Opportunity Commission, Lauren Numeroff, and Alexander Artz all enjoy sovereign immunity."

1. The doctrine of sovereign immunity is not written in DEFENDANT United States of America's Constitution.

Denials by Executive Branch:

1. In 2003, President George W. Bush acknowledged that the Trans-Atlantic Slave Trade was "one of the greatest crimes of history" and even went as far as to recognize that the United States was "[a] republic founded on equality for all [that] became a prison for millions."

1. Bush was careful not to explicitly apologize for United States-sanctioned and enforced slavery and/or Jim Crow semi-slavery.

1. It was not until 2009 that both houses of Congress passed resolutions to apologize for slavery and the subsequent government-enforced segregation.

1. Those resolutions, however, failed to take the next step in the reconciliation process by atoning for the genocide and other crimes that were committed.

1. The Senate apology explicitly disclaims any right to monetary reparations for the millions of African Americans denigrated and harmed by the government's actions.

1. Obama's comments on reparations.

1. Both the Republican and Democratic parties are engaging in racial politics in order to garner the votes of "whites" and African Americans.

1. During DEFENDANT Biden's campaign for presidency, he and other Democratic candidates stated that they were not opposed to reparations for African Americans.

1. On May 13, 2023, DEFENDANT Biden "denounced white supremacy as the 'most dangerous terrorist threat' to the nation in his commencement address to Howard University's graduating class[.]" ["Biden calls white supremacy 'most dangerous terrorist threat' in speech at Howard." Politico. May 13, 2023. https://www.politico.com/news/2023/05/13/biden-howard-university-white-supremacy-terrorism-00096811.]

Denials by Legislative Branch:

1. H.R. 40

1. Since 1989, Congress has repeatedly refused to even pass legislation investigating the possibility of African American reparations.

Systemic Disparate Treatment by Legislative Branch:

1. "The absence of a successful claim for African American reparations is unique" because the "government has recognized the merit and necessity of apologizing and providing compensation to atone for its past wrongs against other minorities." [Hardaway.]

1. "As an international leader, the United States has not only demanded that other nations apologize for their own misdeeds but also has routinely intervened with military action to halt the oppressive acts of foreign governments against their own marginalized citizens." [Hardaway.]

1. "American courts served as sympathetic venues for reparation claims made by ["white"] Jewish Holocaust survivors against Swiss banks, German banks, corporations and insurance companies." [Hardaway.]

1. "The U.S. government has also played a role in political negotiations aimed at securing Holocaust reparations." [Hardaway.]

1. "In 1952, the Federal Republic of Germany reached an agreement with Israel for the payment of $222 million, following a claim by Jews who had fled from Nazi-controlled countries. Much later, in 1990, Austria made payments totaling $25 million to survivors of the Jewish Holocaust. [Gifford.]

1. This was done to further create the illusion that European "Jews" and Christians are ancestrally related to the characters mentioned in both the Torah and Bible, as well as to create the myth that they are descendants of those from the state of Israel.

1. "In 1997, Congress, in bold and hypocritical fashion, passed the Lipinski Resolution demanding that Japan pay immediate reparations and give a clear apology for its wrongful acts against others during World War II." [Hardaway.]

1. "Moreover, various federal courts and the Supreme Court have remedied past government mismanagement of Native American property and funds by ordering that the government provide accountings and payments to Native Americans." [Hardaway.]

1. Since _____, African Americans in Congress have sought to get its majority "white" colleagues to pass H.R. 40 — a bill designed to study the effects of slavery on present day African Americans — but have been unsuccessful.

1. No U.S. President has done more than provide lip-service on the issue of paying reparations to descendants of African slaves and the African American community for DEFENANT United States of America's crimes against African people (e.g. slavery, Jim Crow semi-slavery and on-going racism).

Historical Racial Composition of DEFENDANT United States of America's Government:

1. The racial composition of DEFENDANT United States of America's is directly connected to its refusal to provide reparations to descendants of African slaves and the African American community.

1. Throughout DEFENDANT United States of America's history, most elected public officials and leaders have family members with ties to slavery.

1. In a June 27, 2023 article published by *Reuters*, they concluded that "Among America's political elite…5 living presidents, 2 Supreme Court justices, 11 governors and 100 legislators descend from ancestors who enslaved black people." [https://www.reuters.com/investigates/special-report/usa-slavery-lawmakers/.]

1. These are many of the same individuals co-signing anti-black laws to undo the Voting Rights Act of 1965, as well as ban the teaching of "critical race theory" and affirmative action to name a few.

Historical Denials Constitute a Violation of Common Law Trust:

1. Before, during and after the passage of the Civil Rights Act of 1964, all branches of DEFENDANT United States of America's government have been overrepresented by people classified as "white."

1. Any defense raised by DEFENDANT United States of America's government to African Americans (e.g. lack of jurisdiction, sovereign immunity, etc.), but not to other ethnic groups, is further evidence of racism and racial discrimination and is null and void.

1. No other ethnic group in DEFENDANT United States of America's history have endured what people of African descent have had to by the hands of those classified as "white."

1. Although the precepts of reconciliation have been met for numerous ethnic groups (e.g. Native Americans, Japanese, "Jews" of EurAsian descent), they have not yet been applied by DEFENDANT United States of America in its efforts to achieve racial reconciliation with African descendants of slaves and the larger African American community.

1. Common law trust relationship between the United States government and African Americans serves as "a vehicle for establishing an equitable right to African American post-slavery reparations claims." [Haradaway.]

1. "Existing Native American trust case law supports the argument that a breach of common law trust duties provides plaintiffs a right to an accounting from the government as well as a substantive right to monetary damages." [Hardaway.]

1. DEFENDANT United States of America's breach of common law trust duties provides African Americans with a right to significant monetary damages and injunctive relief as reparations.

1. "The Federal Tort Claims Act ("FTCA") was enacted in 1946 as a sovereign immunity waiver for certain types of tort claims. The FTCA grants federal courts jurisdiction over claims against the federal government for 'negligent or wrongful act[s] or omission[s],' including claims for money damages, if a private person would be similarly liable." [Hardaway.]

1. "Given the statute's limitations and requirements, it seems certain that the FTCA cannot provide a viable avenue to damages in the quest for African American slave and discrimination reparations. This roadblock, however, does not foreclose the availability of reparations from the government for breaches it committed in violation of the duties that arise as a result of the government's post-slavery common law trust relationship with African Americans." [Haradway.]

1. The Tucker Act (the "Act"), passed in 1887 by Congress, replaced the previously unwieldy and unpredictable practice of requesting a waiver of sovereign immunity for each potential suit an individual wished to file against the government. The Act

193

provided a means by which routine claims for monetary contract damages could be brought against the United States." [Hardaway.]

1. "The legislative history of the Act reveals that it was 'designed to give the people of the United States what every civilized nation of the world has already done—the right to go into the courts to seek redress against the Government for their grievances.'" [Hardaway.]

1. "Jurisdiction was given to both the Court of Claims and the federal district courts to hear and decide claims brought against the United States 'founded either upon the Constitution, or any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States, or for liquidated or non-liquidated damages in cases not sounding in tort.' In other words, for cases involving contracts, the Constitution, federal statutes, admiralty, or non-tort claims, the government has waived its immunity...The Court of Claims has exclusive jurisdiction over cases involving claims of more than $10,000." [Hardaway.]

1. "Courts have recognized that the Indian Tucker Act is very similar in purpose and design to that of the original Tucker Act. The original Tucker Act barred Indian Tribal claims from United States courts. The Indian Tucker Act, passed in 1949, reflected a legislative acknowledgment that the United States had assumed a fiduciary obligation towards Native Americans." [Hardaway.]

1. A report released by the House of Representatives cautioned that, "[i]f we fail to meet these obligations by denying access to the courts when trust funds have been improperly dissipated or other fiduciary duties have been violated, we compromise the national honor of the United States." [Hardaway.]

1. "Relatively recent suits seeking African American reparations have relied on the FTCA and the Tucker Act to support their claims." [Hardaway.]

1. In Cato, the Court did not examine "the existence of a common law trust relationship and the fiduciary duties that accompany it." [Hardaway.]

1. In Cato, "the court's requirement for a specific treaty or network of statutes is misguided. The trust relationship between Native Americans and the national government, as recognized by the Supreme Court, did not originate in a statute. Prior to the enactment of the General Allotment Act or the Indian Tucker Act, courts had long acknowledged the trust relationship between the federal government and Native Americans. The government's political goals prompted the Supreme Court to recognize a trust relationship between the federal government and Native Americans in 1831." [Hardaway.]

1. "The Court in Mitchell II extended this line of jurisprudence, stating that 'the distinctive obligation of trust incumbent upon the Government in its dealings with these dependent and sometimes exploited people' created a special trust relationship. Furthermore, the Court held that where such a common law trust relationship is present, and where the government is given control over resources held in trust, a fiduciary duty automatically arises. Trustee liability is a natural consequence of breach of these fiduciary duties." [Hardaway.]

1. Cobell v. Norton similarly stated that the presence of a common law trust gives rise to fiduciary duties. The court also noted the presumption that money held for Native Americans by the United States is held in trust." [Hardaway.]

1. "The proposition that there are no similarities between African Americans and Native Americans ignores the similar approaches taken by the United States government to exercise domination and control over both groups to build this nation. It is precisely that treatment which gives rise to legally cognizable fiduciary duties. The absence of specific statutes or regulations is the essence of the common law." [Hardaway.]

1. "The legal mechanism known as a trust is a well-established staple of the Anglo-American legal system. As described by the Restatement of Trusts, a trust is 'a method of disposing of property and of enabling the transferor to provide flexibly for varied purposes and for a number of beneficiaries, often in sequence over time and often including persons yet to be born.' The law of trusts provides legally enforceable rights to beneficiaries who previously had only mere equitable interests." [Hardaway.]

1. "Under the common law, trusts are created when three elements are present: the trust corpus (also referred to as trust property), trustee, and beneficiary. The trust corpus is to be held for the benefit and equitable interests of the beneficiaries. The trustee, who holds the property in trust, is under a fiduciary duty to act in the interest of the beneficiaries. Acting in the interest of the beneficiaries is the minimum standard of fiduciary duty to which a trustee must comply. Trustees generally have a fiduciary obligation to not profit at the beneficiaries' expense. Additional fiduciary duties can and do arise depending upon the nature and details of various trusts. The beneficiary can be a class of one or more persons to whom the trustee owes said duties. It is important to recognize that a trust may be created even though the class of beneficiaries has yet to be identified. Likewise, the trust is not destroyed if the position of the trustee is temporarily vacant. Further, even if the trust corpus ceases to exist, any legal claim by, or on behalf of, the beneficiaries against the trustee constitutes trust property. As a result, the right to damages

under the common law of trusts yields from the breach of duties, not the continued or current existence of the trust property." [Hardaway.]

1. "The Native American trust cases illustrate that when the government exercises elaborate control over the resources and money of another, a common law trust relationship arises." [Hardaway.]

1. "Sovereign immunity is only a barrier to reparations suits seeking monetary recompense from federal or state governments. Federal courts have generally held that they lack jurisdiction over reparations cases because the government has not consented to be sued in that context. Because Congress has failed to enact legislation similar to the Civil Liberties Act of 1988, the American judicial system has refused to redress the injustices suffered by African Americans. However, when a common law trust relationship exists, the barrier of sovereign immunity is broken." [Hardaway.]

1. "Similar to Africans and their descendants, Native Americans were exploited and forced into subservient existences by the United States. Litigation between Native Americans and the United States reaches back to the establishment of early American courts. It is well settled that a common law trust relationship exists between the United States and the indigenous American nations... [T]he judicial branch of the United States government has used this common law trust relationship as a basis to find that the government owes certain fiduciary duties due to its control over Native American resources." [Hardaway.]

1. "For some time, case law clearly held the government owed fiduciary duties as it related to its dealings with Native Americans and their resources. Though Mitchell I and related cases assert that monetary damages cannot be obtained absent a specific statute, there is a line of jurisprudence that supports the opposite proposition, that the duties of trust owed by the federal government to Native Americans are legally enforceable without need of a statute, treaty, or agreement." See Reid Payton Chambers, Judicial Enforcement of the Federal Trust Responsibility to Indians, 27 Stan L. Rev. 1213, 1230-32 (1975) (citing United States v. Creek Nation, 295 U.S. 103 (1935); Cramer v. United States, 261 U.S. 219 (1923); and Lane v. Pueblo of Santa Rosa 249 U.S. 110 (1919) as Supreme Court cases that limit federal action with regard to Native American land based on the government's fiduciary obligations).

1. "According to the Mitchell II Court, the Tucker Act is indeed a waiver of sovereign immunity. The waiver only gives proper plaintiffs the right to sue the federal government; plaintiffs must also have a substantive right to obtain money damages from the government. But that right need not be explicit; in the case of Native Americans, the Court found a right to money damages arising out of laws and regulations that did not expressly provide for such. While Mitchell II used statutes as support for finding the government liable to the Quinault Tribe, there is dicta concerning the existence of a fiduciary duty even outside of those statutes. The Court's opinion, expressly identifying the elements of a common law trust relationship, indicated that elaborate control by the government over the land, forest, and property belonging to another establishes a fiduciary relationship, even if the control arises outside the context of legislation." [Hardaway]

Growing Support for Reparations:

1. "In order to challenge unequal access between groups of people in a society, we must focus our attention at the group level."
2. People classified as "white" created race and the problem of racial inequality in the U.S. and they must now, acknowledge their wrongdoing and eradicate the problem for good.
1. In DEFENDANT United States of America and each state, including DEFENDANT State of New York, "there's no equitable path forward that doesn't confront systemic racism." [Miller.]
1. In 2022, for the first time, "the UN Committee on the Elimination of Racial Discrimination (CERD) is calling on the U.S. government to begin the process of providing reparations to descendants of enslaved people." [https://ccrjustice.org/home/press-center/press-releases/un-committee-report-presses-us-slavery-reparations-first-time.]
1. In November of 2022, "New York City voters approved three ballot measures meant to alleviate impacts of structural racism on New Yorkers of color and create a more equal city through equitable city services." [Ethan Geringer-Sameth. "New York City Voters Approve Racial Justice Ballot Measures." Gotham Gazette. November 9, 2022. https://www.gothamgazette.com/city/11666-new-york-city-voters-approve-racial-justice-ballot-measures?edchoice=btm.]
1. On May 29, 2023, Rep. Cori Bush, D-Mo., introduced H.R. 414, calling "on Congress to adopt several measures aimed at righting historic wrongs, including urging the federal government to issue federal reparations to Black Americans and other reparatory justice efforts. A minimum of $14 trillion would be needed "to eliminate the racial wealth gap that currently exists between Black and White Americans," the resolution argues." [Beatrice Paterson. "Rep. Cori Bush says $14 trillion reparations bill will 'eliminate the racial wealth gap.'" ABC News. May 29, 2023. https://abcnews.go.com/Politics/rep-cori-bush-14-trillion-reparations-bill-eliminate/story?id=99390652.]

1. H.R. 414 declares: "The United States has a moral and legal obligation to provide reparations for the enslavement of Africans and its lasting harm on the lives of millions of Black people in the United States."

1. At the state level, states like California

1. On January 31, 2024, "California state lawmakers introduced a slate of reparations bills...including a proposal to restore property taken by 'race-based' cases of eminent domain and a potentially unconstitutional measure to provide state funding for 'specific groups.'" [Lara Korte. "California introduces first-in-nation slavery reparations package." Politico. January 31, 2024. https://www.politico.com/news/2024/01/31/california-black-reparations-bills-00138854.]

1. "The package marks a first-in-the-nation effort to give restitution to Black Americans who have been harmed by centuries of racist policies and practices. California's legislative push is the culmination of years of research and debate, including 111-pages of recommendations issued last year by a task force." [Korte.]

1. The set of bills notably excludes direct cash payments. [Korte.]

1. On December 19, 2023, DEFENDANT Hochul "signed legislation to continue New York's leadership on racial equity by creating a new commission to study reparations and racial justice. This commission acknowledges the horrific injustice of slavery and will be tasked with examining the legacy of slavery, subsequent discrimination against people of African descent, and the impact these forces continue to have in the present day." ["Governor Hochul Continues New York's Leadership on Racial Equity, Signs Legislation Establishing Commission to Study Reparations and Racial Justice." Governor Kathy Hochul. December 19, 2023. https://www.governor.ny.gov/news/governor-hochul-continues-new-yorks-leadership-racial-equity-signs-legislation-establishing.]

## II. Causes of Action

- DEFENDANTS United States of America, State of New York, City of New York, et al. [crimes against humanity, genocide, conspiracy, fraud, violation of African's unalienable, human, constitutional and civil rights, theft, unjust enrichment, intentional infliction of emotional distress, defamation, libel, violation of common law trust and fiduciary duties]

- DEFENDANTS William Morris Endeavor Entertainment, Loeb & Loeb LLP, Michael P. Zweig, Christian Carbone, American Arbitration Association, Sonnenshein Nath & Rosenthal LLP, Timothy K. Lewis, et al. [intentional violations of Title VII, Section 1981, New York State Human Rights Law and New York City Human Rights Law, conspiracy, fraud upon the Court, fraud, the Ku Klux Klan Act of 1871 as codified as 42 U.S.C. § 1983, intentional violations of New York Judiciary Law § 487, spoliation of evidence, obstruction of justice, violations of the Sherman and Donnelly Acts, etc.]

- DEFENDANTS P. Kevin Castel, Estate of Robert P. Patterson and Loretta A. Preska, all judges from the Second Circuit and all justices from the Supreme Court that failed to uphold the law in the Rowe and Washington Litigations [intentional violations of Judicial Code of Conduct, U.S. Constitution and Oath of Office, intentional violations of 18 U.S.C. § 241, the Ku Klux Klan Act of 1866 (18 U.S.C. § 242), the Ku Klux Klan Act of 1871 as codified as 42 U.S.C. § 1983, conspiracy, fraud, fraud upon the Court by the Court, obstruction of justice]

- DEFENDANTS NYCDOE Department of Education, United Federation of Teachers, EEOC, Richard Buckley, Christina Doriety, et al. [crimes against humanity, genocide, conspiracy, fraud, intentional violations of human, conspiracy to deprive me of due process and equal protection under the law, violation of constitutional and civil rights of African Americans, negligence, intentional violations of Brown.]

- DEFENDANT University of Miami and all other colleges and universities throughout the U.S. [conspiracy, fraud, unjust enrichment, negligence, unjust enrichment]

- DEFENDANTS Anthony Fauci, Bill Gates, Bill & Melinda Gates Foundation, NAID, NIH, CDC, Pfizer, Moderna, Johnson & Johnson, et al. [crimes against humanity, genocide, conspiracy, fraud, violation of African's unalienable, human, constitutional and civil rights, theft, unjust enrichment, intentional infliction of emotional distress]

## III. Demands for Relief:

No man, business, government or nation is above God's universal laws.

The necessary consequence of DEFENDANT United States of America's long history of monopolistic power and control is that its federal government, businesses and individuals must be held accountable for the historical and on-going genocide of descendants of African slaves and the African American community.

Per the instructions set forth in the U.S. Constitution, the U.S. government and its Constitution must be significantly altered and/or abolished.

Before that happens, the existing U.S. government must fulfill these demands, including but not limited to:

1. An apology to Africans that were stolen and enslaved in the Americas, as well as their descendants for genocide and its egregious crimes against hue-manity, which include, but are not limited to, the trans-Atlantic slave trade, slavery, Jim-Crow semi-slavery and on-going racism.
1. Establishment a waiver of sovereign immunity by the United States for the disbursement of reparations for African descendants of slaves and the larger African American community.
1. Explicit acknowledgement that the birthplace of homo sapien sapiens (modern man) is on the continent now known as Africa.
Immediate passage of HR 40 and study completed no later than June 15, 2023.
No later than July 4, 2024, reparations in an amount no less than $50 quadrillion dollars (paid in gold).
Allocate 33% of NYC DOE's budget each year to the African American community to be used exclusively for the creation and development of black-owned educational institutions.
Ban all vaccines.
End all vaccine mandates and never compel employees and students to take vaccines as a condition of employment or to attend school.
Clear all student loan debt and make all colleges and universities free to all.
Force college and university administrations to diversify immediately, especially the Ivy leagues.
Ban the Skull & Bones from Yale's campus.
Compel NYC DOE to comply with Mr. Washington's FOIL requests.
Clear all student loan debt immediately.
Shutting down Pfizer, Moderna and Johnson & Johnson and/or allowing all revenue and future profits derived to be distributed to public and programs for social uplift.
NYC DOE must officially declare institutional and school diversity a policy goal of the DOE.
Equitable funding must be provided, so that majority low-income schools receive the same financial assistance as predominately "white," upper class schools that receive the most in funding.
1. Pursuant to our nation's antidiscrimination laws, Mr. Washington is seeking monetary and non-monetary relief for being unlawfully terminated because of his race and/or color.
2. Backpay for days I was unable to work, as well as front pay, compensatory and punitive damages in an amount no less than $25 million.
3. Meeting with Chancellor to discuss experiences and issues I've observed over the last six years or legal action will be taken against the DOE.
4. Officially declare school diversity and eradicating institutionalized racism throughout all levels of NYC's education system as a policy goals of the DOE.
5. Increase presence of black male teachers and administrators, particularly at predominately black schools.
[https://districtadministration.com/schools-recruit-retain-black-more-teachers/]
a. Partner with HBCUs throughout the country to gain a greater pool of black applicants.
b. Create mentoring program to retain black teachers.
6. Create a Diversity and Inclusion type position, hiring me for the job.
7. Initiate a parent outreach campaign to encourage more involvement in their child's academics and behavior.
8. "Instead of using a separate, optional test for gift programs, use one that everybody takes, such as the state achievement tests that kick in by third grade. Use those results to identify the top 5 percent or so of test takers in each school or district,

197

not the 5 percent in the entire city. This will diversify the qualifying population and not just favor upper-middle-class kids. Next, ask all elementary teachers to nominate another 5 percent who may not be top scorers but who show uncommon potential. Encourage them to look at everything, not just at grades and scores." [Fordham Institute.]
1. Ban lobbying.

